FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2022-1890

**Short Case Caption:** Apple Inc. v. Masimo Corporation

**Filing Party/Entity:** Appellee Masimo Corporation

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USPTO PTAB | IPR2020-01523 | inter partes review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the Board's determination that Petitioner Apple had not shown that the challenged claims of U.S. Patent 8,457,703 are unpatentable

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The Board determined that Petitioner Apple had not shown that the challenged claims of U.S. Patent 8,457,703 are unpatentable.

**Briefly describe the judgment/order appealed from:**

Final Written Decision and Judgment Determining No Challenged Claims Unpatentable and Dismissing Patent Owner's Motion to Exclude as Moot

**Nature of judgment (select one):**          **Date of judgment:** 4/11/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                     _____

FORM 26. Docketing Statement                                       Form 26 (p. 2)
                                                                   July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Correctness of the decision by the Board that challenged claims of U.S. Patent 8,457,703 were not shown by Petitioner Apple to be unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

Masimo believes that mediation is unlikely to be productive in these cases. Masimo disagrees with the Petitioner Apple's position in the IPR proceeding.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None

Date: 6/24/22           Signature: /s/ Joshua J. Stowell
                        Name:      Joshua J. Stowell

Save for Filing