FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                 July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

| | |
|---|---|
| **Case Number:** | 22-1890 |
| **Short Case Caption:** | Apple Inc. v. Masimo Corporation |

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | | |
|---|---|---|
| Apple Inc. | | |
| **Principal Counsel:** Lauren A. Degnan | Admission Date: | 8/4/1999 |
| Firm/Agency/Org.: Fish & Richardson P.C. | | |
| Address: 1000 Maine Ave., SW, Suite 1000, Washington, DC 20024 | | |
| Phone: (202) 783-5070 | Email: LAD@fr.com | |
| **Other Counsel:** Christopher Dryer | Admission Date: | 10/4/2017 |
| Firm/Agency/Org.: Fish & Richardson P.C. | | |
| Address: 1000 Maine Ave., SW, Suite 1000, Washington, DC 20024 | | |
| Phone: (202) 783-5070 | Email: dryer@fr.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/24/2022                    Signature: */s/ Lauren A. Degnan*

                                   Name:      Lauren A. Degnan

**FORM 8A. Entry of Appearance**　　　　　　　　　　　　　　　　　　　　　　　Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** W. Karl Renner | Admission Date: 2/20/2015 |
|---|---|
| Firm/Agency/Org.: Fish & Richardson P.C. | |
| Address: 1000 Maine Ave., SW, Suite 1000, Washington, DC 20024 | |
| Phone: (202) 783-5070 | Email: renner@fr.com |
| **Other Counsel:** Laura E. Powell | Admission Date: 3/4/2020 |
| Firm/Agency/Org.: Fish & Richardson P.C. | |
| Address: 1000 Maine Ave., SW, Suite 1000, Washington, DC 20024 | |
| Phone: (202) 783-5070 | Email: powell@fr.com |
| **Other Counsel:** Michael J. Ballanco | Admission Date: 2/9/2017 |
| Firm/Agency/Org.: Fish & Richardson P.C. | |
| Address: 1000 Maine Ave., SW, Suite 1000, Washington, DC 20024 | |
| Phone: (202) 783-5070 | Email: ballanco@fr.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |