No. 22-1890

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**

*Appellant,*

*v.*

**MASIMO CORPORATION,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01523

**JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(a)**

Lauren A. Degnan
W. Karl Renner
Christopher Dryer
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
degnan@fr.com

Michael J. Ballanco
Laura E. Powell
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

*Attorneys for Appellant*
*Apple Inc.*

Joseph R. Re, Principal Counsel
Stephen C. Jensen
Joshua J. Stowell
Jarom D. Kesler
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

*Attorneys for Appellee*
*Masimo Corporation*

# **CERTIFICATE OF INTEREST**

Counsel for Appellant Apple Inc. ("Apple") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **Apple Inc.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **Apple Inc.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **None**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **Fish & Richardson P.C.: Daniel D. Smith, and Kim H. Leung**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

   *Masimo Corporation, et al. v. Apple Inc.,*
   **Case No. 8:20-cv-00048 (C.D. Cal.)**

   *Apple Inc. v. Masimo Corporation,*
   **Case No. 22-1891 (Fed. Cir.)**

6.     Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

Dated: February 15, 2023          */s/ Lauren A. Degnan*
                                                       Lauren A. Degnan

# CERTIFICATE OF INTEREST

Counsel for Appellee Masimo Corporation ("Masimo") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **Masimo Corporation**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **Masimo Corporation**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **BlackRock Inc.**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **Knobbe, Martens, Olson & Bear, LLP: Stephen W. Larson, Jacob L. Peterson**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

   *Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc.*,
   U.S. District Court for the Central District of California,
   Case No. 8:20-cv-00048-JVS

6.     Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None**

Dated: February 15, 2023      */s/ Joshua J. Stowell*
    Joshua J. Stowell

# JOINT STATEMENT OF COMPLIANCE
# WITH FEDERAL CIRCUIT RULE 33(a)

The parties hereby certify, by and through their respective undersigned counsel, that they have conducted settlement discussions relating to this appeal, including most recently on January 5, 2023, as envisioned by Federal Circuit Rule 33(a). At the present time, the parties are unable to resolve their differences through settlement.

Dated: February 15, 2023          Respectfully submitted,

                                   */s/ Lauren A. Degnan*
                                   Lauren A. Degnan
                                   W. Karl Renner
                                   Christopher Dryer
                                   Michael J. Ballanco
                                   Laura E. Powell
                                   FISH & RICHARDSON P.C.
                                   1000 Maine Ave., Suite 1000
                                   Washington, DC 20024
                                   Telephone: (202) 783-5070

                                   ***Attorneys for Appellant Apple Inc.***

Dated: February 15, 2023    Respectfully submitted,

    */s/ Joshua J. Stowell*
Joseph R. Re, Principal Counsel
Stephen C. Jensen
Joshua J. Stowell
Jarom D. Kesler
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404

***Attorneys for Appellee***
***Masimo Corporation***

## CERTIFICATE OF SERVICE AND FILING

I certify that on February 15, 2023, I electronically filed the foregoing **JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(a)** using the Court's CM/ECF filing system. All counsel of record were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

　　　　　　　　　　　　　　　　　*/s/ Lauren A. Degnan*
　　　　　　　　　　　　　　　　　Lauren A. Degnan