No. 22-1890

# United States Court of Appeals
# for the Federal Circuit

## APPLE INC.,

*Appellant,*

*v.*

## MASIMO CORPORATION,

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE,
PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01523

## JOINT APPENDIX

Lauren A. Degnan
W. Karl Renner
Christopher Dryer
Michael J. Ballanco
Laura E. Powell
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
degnan@fr.com

*Attorneys for Appellant Apple Inc.*

Joseph R. Re, Principal Counsel
Stephen C. Jensen
Joshua J. Stowell
Jarom D. Kesler
KNOBBE, MARTENS, OLSON & BEAR,
LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404

*Attorneys for Appellee Masimo
Corporation*

February 15, 2023

Apple Inc. v. Masimo Corp.
Docket No. 2022-1890
Joint Appendix Index

| **Date** | **Document Title** | **Beginning Page No.** |
|---|---|---|
| 04/11/2022 | Final Written Decision (Paper 32) | Appx1 |
| 06/04/2013 | U.S. Patent No. 8,457,703 to Al-Ali (APPLE-1001) | Appx40 |
| 07/21/2022 | Certified List for *Inter Partes* Review 2020-01523 | Appx61 |
| | **Record Before Patent Trial and Appeal Board (PTAB) for IPR2020-01523** | |
| 09/09/2020 | Petition for *Inter Partes* Review of United States Patent No. 8,457,703 Pursuant to 35 U.S.C. §§ 311-319, 37 C.F.R. § 42  (Paper 2) | Appx63 |
| | APPLE-1002 - Excerpts from the Prosecution History of the '703 Patent | Appx148 |
| | APPLE-1003 - Declaration of Brian W. Anthony, Ph.D. | Appx342 |
| | APPLE-1004 - U.S. Patent No. 6,293,915 to Amano et al. ("Amano") | Appx454 |
| | APPLE-1007 - U.S. Patent No. 5,632,272 to Diab et al. ("Diab") | Appx606 |
| | APPLE-1015 - U.S. Patent No. 5,027,410 to Williamson et al. | Appx865 |
| | APPLE-1016 - U.S. Patent Application Publication No. 2003/0004428 to Pless et al. | Appx893 |
| | APPLE-1017 - U.S. Patent Application Publication No. 2002/0032386 to Sackner et al. | Appx934 |
| | APPLE-1018 - U.S. Patent Application Publication No. 2003/0163287 to Vock et al. | Appx965 |
| | APPLE-1019 - U.S. Patent No. 6,163,721 to Thompson | Appx1062 |
| | APPLE-1021 - U.S. Patent No. 6,711,691 to Howard et al. | Appx1124 |
| 07/28/2021 | Patent Owner's Response (Paper 15) | Appx1260 |
| | Exhibit 2001 - Expert Declaration of Vijay K. Madisetti Ph.D. | Appx1349 |

| Date | Document Title | Beginning Page No. |
|---|---|---|
| | Exhibit 2003 - Transcript of Deposition of Brian Anthony, Ph.D. | Appx1454 |
| 10/21/2021 | Petitioner's Reply to Patent Owner's Response (Paper 18) | Appx1677 |
| | APPLE-1039 - Transcript of Deposition of Vijay K. Madisetti, Ph.D. | Appx1716 |
| 12/02/2021 | Patent Owner's Sur-Reply to Reply (Paper 20) | Appx1803 |
| | APPLE-1040 – Petitioner's Demonstratives | Appx1877 |
| 02/16/2022 | Transcript of hearing held January 19, 2022 (Paper 31) | Appx1998 |

Trials@uspto.gov                                            Paper 32
571-272-7822                                        Date: April 11, 2022

UNITED STATES PATENT AND TRADEMARK OFFICE

————————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————————————

APPLE INC.,
Petitioner,

v.

MASIMO CORPORATION,
Patent Owner.

————————————————

IPR2020-01523
Patent 8,457,703 B2

————————————————

Before JOSIAH C. COCKS, ROBERT L. KINDER, and
AMANDA F. WIEKER, *Administrative Patent Judges.*

COCKS, *Administrative Patent Judge.*


JUDGMENT
Final Written Decision
Determining No Challenged Claims Unpatentable
*35 U.S.C. § 318(a)*
Dismissing Patent Owner's Motion to Exclude
*37 C.F.R. § 42.64*

IPR2020-01523
Patent 8,457,703 B2

## I.   INTRODUCTION

### A.   Background

Apple Inc. ("Petitioner") filed a Petition (Paper 2, "Pet.") pursuant to 35 U.S.C. §§ 311–319 to institute an *inter partes* review of claims 1–7, 9–18, and 20–24 ("challenged claims") of U.S. Patent No. 8,457,703 B1 (Ex. 1001, "the '703 patent").  We instituted the petitioned review (Paper 7).

Masimo Corporation ("Patent Owner") filed a Patent Owner Response (Paper 15, "PO Resp.") to oppose the Petition.  Petitioner filed a Reply (Paper 18, "Pet. Reply") to the Patent Owner Response.  Patent Owner filed a Sur-reply (Paper 20, "Sur-reply") to the Reply.  Patent Owner filed a Motion to Exclude Petitioner's Evidence (Paper 25).  Petitioner filed an Opposition to the Motion to Exclude (Paper 26).  Patent Owner filed a Reply (Paper 27) to Petitioner's Opposition.  We conducted an oral hearing on January 19, 2022.  A transcript has been entered in the record (Paper 31, "Tr.").

We have jurisdiction under 35 U.S.C. § 6(b)(4) and § 318(a).  This Decision is a final written decision under 35 U.S.C. § 318(a) and 37 C.F.R. § 42.73 as to the patentability of claims 1–7, 9–18, and 20–24 of the '703 patent.  We determine Petitioner has not shown by a preponderance of the evidence that those claims are unpatentable.

IPR2020-01523
Patent 8,457,703 B2

### B.  Related Matters

The parties identify the following matters related to the '703 patent:

*Masimo Corporation v. Apple Inc.*, Civil Action No. 8:20-cv-00048 (C.D. Cal.) (filed Jan. 9, 2020);

*Apple Inc. v. Masimo Corporation*, IPR2020-01520 (PTAB Aug. 31, 2020) (challenging claims of U.S. Patent No. 10,258,265 B1);

*Apple Inc. v. Masimo Corporation*, IPR2020-01521 (PTAB Sept. 2, 2020) (challenging claims of U.S. Patent No. 10,292,628 B1);

*Apple Inc. v. Masimo Corporation*, IPR2020-01524 (PTAB Aug. 31, 2020) (challenging claims of U.S. Patent No. 10,433,776 B2);

*Apple Inc. v. Masimo Corporation*, IPR2020-01526 (PTAB Aug. 31, 2020) (challenging claims of U.S. Patent No. 6,771,994 B2);

*Apple Inc. v. Masimo Corporation*, IPR2020-01536 (PTAB Aug. 31, 2020) (challenging claims of U.S. Patent No. 10,588,553 B2);

*Apple Inc. v. Masimo Corporation*, IPR2020-01537 (PTAB Aug. 31, 2020) (challenging claims of U.S. Patent No. 10,588,553 B2);

*Apple Inc. v. Masimo Corporation*, IPR2020-01538 (PTAB Sept. 2, 2020) (challenging claims of U.S. Patent No. 10,588,554 B2); and

*Apple Inc. v. Masimo Corporation*, IPR2020-01539 (PTAB Sept. 2, 2020) (challenging claims of U.S. Patent No. 10,588,554 B2). Pet. 75; Paper 3, 2.

### C.  The '703 Patent

The '703 patent is titled "Low Power Pulse Oximeter," and issued on June 4, 2013, from U.S. Patent Application No. 16/174,144, filed November 13, 2007.  Ex. 1001, codes (21), (22), (45), (54).  The '703 patent relates to a pulse oximeter that may reduce power consumption in the

IPR2020-01523
Patent 8,457,703 B2

absence of certain parameters that may be monitored to trigger or override the reduced power consumption state. *Id*. at code (57). "In this manner, a pulse oximeter can lower power consumption without sacrificing performance during, for example, high noise conditions or oxygen desaturations." *Id.*

As depicted below, the low power pulse oximeter has signal processor 340 that derives physiological measurements 342, including oxygen saturation, pulse rate, and plethysmograph, from input sensor signal 322. Ex.1001, 4:64–5:10, Figs. 3, 4.



FIG. 3

Figure 3 above illustrates a top-level block diagram of a low power pulse oximeter. *Id.* at 4:40–41. Signal processor 340 may also derive signal statistics 344, such as signal strength, noise, and motion artifact. *Id.* at 5:14–15, Figs. 3, 4. Physiological measurements 342 and signal statistics 344 may be input into sampling controller 360, which outputs sampling controls 362 that in turn are used to regulate pulse oximeter power dissipation by causing sensor interface 320 to vary the sampling characteristics of sensor

IPR2020-01523
Patent 8,457,703 B2

port 302 and by causing signal processor 340 to vary its sample processing characteristics. *Id.* at 5:15–27, Figs. 3, 4. According to the '703 patent, power dissipation "is responsive not only to output parameters, such as the physiological measurements 342, but also to internal parameters, such as the signal statistics 344." *Id.* at 5:24–27.

The pulse oximeter uses the physiological measurements and signal statistics to determine "the occurrence of an event or low signal quality condition." Ex. 1001, 6:25–28. An event determination is based upon the physiological measurements and "may be any physiological-related indication that justifies the processing of more sensor samples and an associated higher power consumption level, such as an oxygen desaturation, a fast or irregular pulse rate or an unusual plethysmograph waveform." *Id.* at 6:28–34. A low signal quality condition is based upon the signal statistics and "may be any signal-related indication that justifies the processing or more sensor samples and an associated higher power consumption level, such as a low signal level, a high noise level or motion artifact." *Id.* at 6:34–41.

The pulse oximeter "utilizes multiple sampling mechanisms to alter power consumption." Ex. 1001, 5:59–61. One sampling mechanism is "an emitter duty cycle control" that "determines the duty cycle of the current supplied by the emitter drive outputs 482 to both red and IR sensor emitters." *Id.* at 5:61–66. The sampling mechanisms "modify power consumption by, in effect, increasing or decreasing the number of input samples received and processed." *Id.* at 6:9–11. "Sampling, including acquiring input signal samples and subsequent sample processing, can be reduced during high signal quality periods and increased during low signal

IPR2020-01523
Patent 8,457,703 B2

quality periods or when critical measurements are necessary." *Id.* at 6:11–15. "In conjunction with an intermittently reduced duty cycle or as an independent sampling mechanism, there may be a 'data off' time period longer than one drive current cycle where the emitter drivers . . . are turned off." *Id.* at 7:8–12. The occurrence of an event or low signal quality triggers a higher duty sensor sampling, allowing high fidelity monitoring of the event and providing a larger signal-to-noise ratio. *Id.* at 8:44–57.

## D. Illustrative Claims

Of the challenged claims, claims 1, 9, 12, 15, 20, and 22 are independent. Claims 1 and 9 are illustrative and are reproduced below.

1. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:

[a] driving one or more light sources configured to emit light into tissue of a monitored patient;

[b] receiving on or more signals from one or more detectors configured to detect said light after attenuation by said tissue;

[c] continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;

[d] comparing processing characteristics to a predetermined threshold; and

[e] when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level,

[f] wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor,

[g] said sensor positioning said light sources and said detectors proximate said tissue.

6

IPR2020-01523
Patent 8,457,703 B2

> 9. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:
>
> [a] driving one or more light sources configured to emit light into tissue of a monitored patient;
>
> [b] receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;
>
> [c] continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;
>
> [d] comparing processing characteristics to a predetermined threshold; and
>
> [e] when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level,
>
> [f] wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor.

Ex. 1001, 11:32–51, 12:5–22 (bracketed identifiers [a]–[g] and [a]–[f] added).

Independent claim 12 is also a method claim that includes similar limitations, but its last clause recites "wherein said processing characteristics include an override condition." *Id.* at 12:29–46. Independent claims 15, 20, and 22 are corresponding apparatus claims, each directed to a "patient monitor." *Id.* at 12:53–67, 13:16–14:3, 14:6–21.

IPR2020-01523
Patent 8,457,703 B2

### *E. Evidence Relied Upon*

Petitioner relies on the following references:

| Reference | Publication/Patent Number | Exhibit |
|---|---|---|
| Diab | U.S. Patent No. 5,632,272 issued May 27, 1997 | 1007 |
| Amano | U.S. Patent No. 6,293915 B1 issued Sept. 25, 2001 | 1004 |
| Edgar | U.S. Patent No. 6,393,311 B1 issued May 21, 2002 | 1005 |
| Turcott | U.S. Patent No. 6,527,729 B1 issued Mar. 4, 2003 | 1006 |

Pet. 3.

Petitioner also relies on the declaration testimony of Brian W. Anthony, Ph.D. (Exhibit 1003). Patent Owner relies on the declaration testimony of Vijay K. Madisetti, Ph.D. (Exhibit 2001).

### *F. Asserted Grounds*

We instituted trial to determine if claims 1–7, 9–18, and 20–24 are unpatentable based upon the following grounds:

| Claims Challenged | 35 U.S.C. § | References/Basis |
|---|---|---|
| 9, 10, 12–14, 20, 22–24 | 103 | Diab, Amano |
| 11, 21 | 103 | Diab, Amano, Edgar |
| 1–7, 15–18 | 103 | Diab, Amano, Turcott |
| 9, 10, 12–14, 20, 22–24 | 103 | Diab and "the General Knowledge of a [person of ordinary skill in the art]" ("GK-POSITA") |
| 11, 21 | 103 | Diab, GK-POSITA, Edgar |
| 1–7, 15–18 | 103 | Diab, GK-POSITA, Turcott |
| 9, 10, 12–14, 20, 22–24 | 103 | Amano |
| 1–3, 15–17 | 103 | Amano, Turcott |

IPR2020-01523
Patent 8,457,703 B2

## II.  ANALYSIS

### A.  Claim Construction

For petitions filed on or after November 13, 2018, a claim shall be construed using the same claim construction standard that would be used to construe the claim in a civil action under 35 U.S.C. § 282(b).  37 C.F.R. § 42.100(b) (2019).  The parties offer constructions for the following claim terms or phrases (1) "reducing/reduce activation of an attached sensor" (claims 1 and 15), and (2) "processing characteristics" (all challenged claims).  We determine that it is only necessary to consider the meaning of "processing characteristics."

### 1.  "processing characteristics"

The term "processing characteristics" is one that is required by all of the challenged claims.  In the body of the Petition, Petitioner offers two apparent constructions of the term.  In one instance, Petitioner sets forth a "limiting interpretation requiring 'processing characteristics' to be obtained from a signal provided by a photodetector."  Pet. 50 (citing Ex. 1003 ¶ 97).  In another instance, Petitioner expresses that "the plain meaning of 'processing characteristics' includes characteristics or features obtained from or used for processing information."  *Id.* at 51 (citing Ex. 1003 ¶ 98; Ex. 1004, 21:9–49).  Dr. Anthony characterizes this "plain meaning" construction as constituting "an alternative non-limiting interpretation." Ex. 1003 ¶ 98.

In its Response, Patent Owner lays out disagreement with Petitioner on the construction of "processing characteristics."  Patent Owner contends that neither Petitioner nor Dr. Anthony has adequately taken a position as to

IPR2020-01523
Patent 8,457,703 B2

what is the proper or correct construction of "processing characteristics."
Patent Owner indicates that on cross-examination, Dr. Anthony, "admitted
he had not formed an opinion regarding the correct construction."  PO Resp.
22 (citing Ex. 2003, 126:13–127:5).  Because in Patent Owner's view, Dr.
Anthony "never formed an opinion regarding the proper construction,"
Patent Owner submits that Petitioner's claim construction positions should
be regarded with skepticism.  *See id.* at 23.  Patent Owner expresses that the
panel should "construe 'processing characteristics' to require that the
processing characteristics are determined from a signal received from one or
more detectors configured to detect light."  *Id.* at 23 (citing Ex. 2001 ¶ 44).
Notably, Patent Owner likens its proposed construction to "Petitioner's
'limiting construction'" and characterizes that construction as "the plain and
ordinary meaning" of "processing characteristics," rather than Petitioner's
broader proposed construction of the term.  *Id.* at 24.  Patent Owner
contends that its proposed construction draws supports from the claims
themselves as well as the Specification of the '703 patent.  *Id.* at 24–27.

   In particular, Patent Owner notes that all of the challenged claims
require that one or more signals are received from one or more detectors that
are configured to detect the light after attenuation by body tissue.  *Id.* at 24
(referencing independent claims 1, 9, 12, 15, 20, 22).  Patent Owner also
observes that all of the claims require "comparing processing characteristics
to a predetermined threshold."  *Id.*  Patent Owner reasons the following:

> A POSITA would have understood that the processing
> characteristics are determined from the signal received from the
> detector because (1) the signal received from the detector is the
> only signal referenced in the claims, (2) all data processing in the
> claims depends on the signal from the detector, and (3) as
> discussed herein, the specification consistently describes

Case: 22-1890    Document: 22    Page: 14    Filed: 02/15/2023

IPR2020-01523
Patent 8,457,703 B2

> determining the processing characteristics from the signal
> received [from] the detector.

*Id.* at 24–25 (citing Ex. 2001 ¶ 46).

Patent Owner also explains that throughout the Specification the characteristics that are described and shown as being processed are those conveyed via signals from light detectors. *Id.* at 24–27 (citing Ex. 1001, 5:28–30, 5:35–38, 5:40–41, 5:46–48, 11:43–47, 12:16–20, 12:40–44, 12:62–66, 13:25–41:1, 14:15–19, Fig. 4; Ex. 2001 ¶¶ 43–49).

In its Reply, Petitioner characterizes Patent Owner's proposed construction as "unjustifiably limiting." Pet. Reply 1. In support of its view, Petitioner points to claims 4 and 8 that, according to Petitioner, convey a more expansive meaning of "processing characteristics." Specifically, Petitioner contends that because claim 4 recites "said processing characteristics comprise signal characteristics from one or more light sensitive detectors" the claim allegedly would be "meaningless" if "processing characteristics are already required to be 'determined from a signal received from one or more detectors.'" *Id.*

Claim 8 recites "said processing characteristics include determining an estimate of current power consumption and comparing said estimate with a target power consumption." Ex. 1001, 12:1–4. Petitioner contends that the meaning of that claim as informed by the Specification is that in determining an estimate of current power consumption, the processing characteristics are determined from control engine 440 rather than detector front-end 490 (i.e., a light detector). *Id.* at 2–3.

In its Sur-reply, Patent Owner responds to Petitioner's interpretation of claims 4 and 8 as allegedly informing the meaning of "processing

11
**Appx11**

IPR2020-01523
Patent 8,457,703 B2

characteristics." Specifically, with respect to claim 4, Patent Owner argues

that Petitioner's understanding of the claim is incorrect, stating the

following:

> Petitioner assumes the limitation "from one or more light
> sensitive detectors" is the narrowing limitation of claim 4.
> However, Petitioner ignores that claim 4 is narrower than claim 1
> because the "processing characteristics *comprise signal
> characteristics*." The '703 patent discloses that processing
> characteristics can include (1) physiological measurements and
> (2) signal statistics, both of which are received from the one or
> more light sensitive detectors. (Ex. 1001, 4:11-27, Figs. 3-4.)
> Claim 4 is limited to signal characteristics (i.e., as opposed to
> physiological measurements).
>
> The clause identified by Petitioner, "from one more light
> sensitive detectors," *supports* Masimo's construction that the
> "processing characteristics" must come "from a signal received
> from one or more detectors configured to detect light." (*See also*
> POR 23-27.)

Sur-reply 4–5.

In connection with claim 8, and the portions of the Specification cited

by Petitioner in construing the claim, Patent Owner expresses that Petitioner

is incorrect in its view that a power consumption estimate is not determined

from a signal received from detector 490. Patent Owner argues "[a]s

illustrated by the red lines below, the 'process status calculator 460' [orange]

estimates the current power consumption using a signal received from the

detector front-end 490 [green]." *Id.* at 5–6. Patent Owner's annotated

version of Figure 4 is reproduced below.



FIG. 4

The annotated version of Figure 4 above shows a signal path from detector front-end 490 to power status calculator 460. Patent Owner explains that, while the signal passes through other processing modules before reaching power status calculator 460, the power consumption estimate is still "determined from a signal received from one or more detectors [490] configured to detect light." *Id.* at 6.

In our view, Patent Owner has the better explanation for what a person of ordinary skill in the art would understand from the '703 patent as to what constitutes the "processing characteristics" that factor into the patient monitoring described by the claims. In that respect, we agree with Patent Owner's above-noted assessments of the requirements of claims 4 and 8. Patent Owner persuasively explains that claim 4 does not emerge as meaningless based on Patent Owner's construction of "processing

IPR2020-01523
Patent 8,457,703 B2

characteristics" but instead claim 4 further refines the understanding of the
type of processing characteristics that are received from the light detectors,
i.e., signal characteristics rather than physiological measurements.  We also
share Patent Owner's view that the understanding of claim 8 taken in the
context of the Specification (e.g., Fig. 4), establishes that the estimate of
power consumption is determined based on signals from light detector 490.
We agree that Petitioner's views as to how claims 4 and 8 inform the
meaning of "processing characteristics" lack support and fall short.

      We conclude that it is inconsistent with the '703 patent to tease out
the sweeping premise advanced by Petitioner that simply any information
that is processed, regardless of its source, can constitute the "processing
characteristics" that are employed as a part of all of the challenged claims to
monitor a patient based on light signals.  Rather, we rely on the written
description of the '703 patent as a useful guide in informing the meaning of
"processing characteristics," and conclude that the proper understanding of
the term is that such characteristics are derived from signals from light
detectors.  *See Phillips v. AWH Corp.*, 415 F.3d 1303, 1317 (Fed. Cir. 2005)
("It is therefore entirely appropriate for a court, when conducting claim
construction, to rely heavily on the written description for guidance as to the
meaning of the claims.").

      Accordingly, we conclude that, in the context of the '703 patent,
"processing characteristics" are determined from a signal received from one
or more detectors configured to detect light.

      *2. Other Claim Terms*

      Upon consideration of the entirety of the arguments and evidence
presented, we conclude no further explicit construction of any claim term is

14

IPR2020-01523
Patent 8,457,703 B2

needed to resolve the issues presented by the arguments and evidence of record. *See Nidec Motor Corp. v. Zhongshan Broad Ocean Motor Co.*, 868 F.3d 1013, 1017 (Fed. Cir. 2017) (per curiam) (claim terms need to be construed "only to the extent necessary to resolve the controversy" (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999))).

### B.  Principles of Law

A claim is unpatentable under 35 U.S.C. § 103 if "the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains." *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007). The question of obviousness is resolved on the basis of underlying factual determinations, including (1) the scope and content of the prior art; (2) any differences between the claimed subject matter and the prior art; (3) the level of skill in the art; and (4) objective evidence of non-obviousness.[1] *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966). When evaluating a combination of teachings, we must also "determine whether there was an apparent reason to combine the known elements in the fashion claimed by the patent at issue." *KSR*, 550 U.S. at 418 (citing *In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006)). Whether a combination of prior art elements would have produced a predictable result weighs in the ultimate determination of obviousness. *Id.* at 416–417.

---

[1] Neither party presents objective evidence of non-obviousness.

IPR2020-01523
Patent 8,457,703 B2

In an *inter partes* review, the petitioner must show with particularity why each challenged claim is unpatentable. *Harmonic Inc. v. Avid Tech., Inc.*, 815 F.3d 1356, 1363 (Fed. Cir. 2016); 37 C.F.R. § 42.104(b). It is Petitioner's burden to show unpatentability by a preponderance of the evidence. 35 U.S.C. § 316(e). The burden of persuasion never shifts to Patent Owner. *Dynamic Drinkware, LLC v. Nat'l Graphics, Inc.*, 800 F.3d 1375, 1378 (Fed. Cir. 2015).

We analyze the challenges presented in the Petition in accordance with the above-stated principles.

### C. *Level of Ordinary Skill in the Art*

Petitioner identifies the appropriate level of skill in the art as that possessed by a person having

> a Bachelor of Science degree in an academic discipline emphasizing the design of electrical, computer, or software technologies, in combination with training or at least one to two years of related work experience with capture and processing of data or information, including but not limited to physiological monitoring technologies or a Master of Science degree in a relevant academic discipline with less than a year of related work experience in the same discipline.

Pet. 5 (citing Ex. 1003 ¶ 33).

Patent Owner does not offer its own assessment of the level of ordinary skill. Patent Owner, however, does level a measure of criticism of Petitioner's assessment of the level of skill in the art as being inconsistent with Petitioner's own declarant, Dr. Anthony, in not accounting for experience in "non-invasive optical biosensors." PO Resp. 16–17. Nevertheless, Patent Owner expresses that it "applies the asserted level of skill identified in the Petition." *Id.* at 17 (citing Ex. 2001 ¶ 22). We

16

IPR2020-01523
Patent 8,457,703 B2

determine that the Petitioner's expressed level of ordinary skill in the art is consistent with the '703 patent and the prior art of record. Accordingly, we adopt it in this Decision.

### D. Ground Based on Diab and Amano

Petitioner contends that claims 9, 10, 12–14, 20, and 22–24 of the '703 patent would have been obvious over the combined teachings of Diab and Amano. Pet. 6–28. Patent Owner challenges that obviousness contention. *See generally* PO Resp.; Sur-reply.

### 1. Overview of Diab (Ex. 1007)

Diab is a U.S. Patent titled "Signal Processing Apparatus." Ex. 1007, code [54]. Diab discloses a "method and apparatus for analyzing two measured signals that are modeled as containing primary and secondary portions" particularly with respect to blood oximetry measurements. *Id.* at code [57]. Diab further presents "[a] physiological monitor particularly adapted to pulse oximetry oxygen saturation measurement comprises two light emitting diodes (LED[]s) which emit light at difference wavelengths to produce first and second signals." *Id.* at 4:51–54.

IPR2020-01523
Patent 8,457,703 B2

Diab's Figure 11 is reproduced below:



FIG. 11

Figure 11 above shows "[a] schematic of a physiological monitor for pulse oximetry" that "depicts a general hardware block diagram of a pulse oximeter 299." *Id.* at 34:10–12. Pulse oximeter 299 includes sensor 300 with light emitters 301 and 302, digital signal processing system 334, and display 336. *Id.* at 34:12–25. Digital signal processing system 334 provides outputs to display 336 that may include "blood oxygen saturation, heart rate, and a clean plethysmographic waveform." *Id.* at 34:25–29.

18

IPR2020-01523
Patent 8,457,703 B2

Diab's Figure 14 is reproduced below:



Figure 14 depicts a "functional block diagram[] of the operations of the pulse oximeter 299 carried out by the digital signal processing system 334." *Id.* at 38:61–63. Data entering processing system 334 undergoes various operations including "demodulation" by demodulation module 400, "decimation" by decimation module 402, certain statistical calculations by statistics module 404, and a "saturation transform" by saturation transform module 406. *Id.* at 38:66–39:10. "The data subjected to the statistics operations and the data subjected to the saturation transform operations are forwarded to the saturation operations as represented by a saturation calculation module 408 and pulse rate operations as represented in a pulse rate calculation module 410." *Id.* at 39:10–15.

IPR2020-01523
Patent 8,457,703 B2

Diab's Figure 20 is reproduced below:



*FIG. 20*

Figure 20 shows pulse rate module 410. *Id.* at 47:30. Pulse rate module 410 includes, *inter alia*, motion status module 584 and "motion artifact suppression module 580." *Id.* at 47:33–34. An "average peak width value" is provided to motion status module 584 and, "if the peaks are wide, this is taken as an indication of motion." *Id.* at 47:50–52. "In the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580." *Id.* at 47:55–56. "If motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression." *Id.* at 47:52–54.

  *2.  Overview of Amano (Ex. 1004)*

  Amano is a U.S. Patent titled "Pulse Wave Examination Apparatus, Blood Pressure Monitor, Pulse Waveform Motion, and Pharmacological

20

IPR2020-01523
Patent 8,457,703 B2

Action Monitor." Ex. 1004, code (54). Amano characterizes its disclosure

as follows:

> The present invention relates to a pulse wave examination apparatus suitable for specifying the type of human pulse wave, a blood pressure monitor using the mean blood pressure and pulse pressure as its parameters and a pulse waveform monitor and a pharmacological action monitor which use a parameter related to a dicrotic notch part of an arterial pressure waveform.

*Id.* at 1:7–13.[2]

Amano's Figures 37A and 37B are reproduced below:



Figure 37A "is a view showing the condition of a wrist watch-type pulse

wave examination apparatus which is installed." *Id.* at 16:38–40.

---

[2] A "pulse wave is usually defined as a wave of blood which is output from the heart and propagates through a blood vessel." *Id.* at 1:17–19.

IPR2020-01523
Patent 8,457,703 B2

Figure 37B "is a view showing a pulse wave detecting section of a wrist
watch-type pulse wave examination apparatus" that is mounted on "the root
of a finger." *Id.* at 16:41–43, 40:44–45. Wrist watch-type pulse
examination apparatus 1 includes device body 100 with cable 101
connecting to pulse wave detecting section 10. *Id.* at 40:23–27.

Amano's Figure 1 is reproduced below:



Figure 1 above "is a block diagram showing the functional structure of the
pulse wave examination apparatus according to" an embodiment. *Id.* at
21:3–5. Pulse wave detecting section 10 detects a pulse waveform and
outputs the detected signal to body movement elimination section 30. *Id.* at
21:5–8. The pulse wave examination apparatus also includes, *inter alia*,

IPR2020-01523
Patent 8,457,703 B2

body movement detecting section 20, waveform treating section 21, and judging section 22. "[B]ody movement detection section 20 comprises, for instance, an acceleration sensor and detects the body movement of a subject to output the detected signal as a signal TH to . . . waveform treating section 21." *Id.* at 21:9–12. "[J]udging section 22 determines whether body movement is present or not, based on the body movement waveform TH, to yield a control signal C." *Id.* at 21:58–60. "[W]hen control signal C indicates that no body movement is present the operations of the waveform treating section 21 and body movement component elimination section 30 are suspended." *Id.* at 21:64–22:2. Such suspension can result in "reduce[d] power consumption in the apparatus." *Id.* at 22:6.

### 3. Discussion

Petitioner takes the position that Diab and Amano satisfy all the features required by claims 9, 10, 12–14, 20, and 22–24. Pet. 6–28. Patent Owner disagrees. *See generally* PO Resp.; Sur-reply. Patent Owner expresses that each of independent claims 9, 12, 20, and 22 requires "(1) operating a patient monitor 'at a lower power consumption level to determine measurement values for one or more physiological parameters of (a/said) patient,' and (2) 'transitioning to continuously operating . . . at a higher power consumption level.'" PO Resp. 29. Patent Owner contends that Petitioner's ground based on Diab and Amano fails to account for those features characterized by Patent Owner as the "power consumption

IPR2020-01523
Patent 8,457,703 B2

limitations." *Id.* at 30.[3]  We focus first on the parties' views as to Diab's disclosure.

### i. *Diab's Motion Artifact Suppression Module*

A principal basis of disagreement between the parties with respect to the power consumption limitations centers on operation of Diab's "motion artifact suppression" module 580.  Petitioner contends that Diab describes that when motion is detected, "motion artifacts are suppressed using the motion artifact suppression module 580," but "[i]f motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression."  Pet. 17 (citing Ex. 1007, 47:52–56).  In Petitioner's view, that means that Diab "teaches not executing the motion artifact suppression module 580 if motion is not detected." *Id.*  It is clear that this view plays a role in Petitioner's general proposal that Diab contemplates reduced power consumption when the motion artifact suppression module allegedly is not executing or operating.

Patent Owner contends that Petitioner misunderstands Diab's disclosure.  For instance, Patent Owner submits that Petitioner's statement that Diab "teaches not executing the motion artifact suppression module 580 if motion is not detected" is inaccurate.  PO Resp. 31 (quoting Pet. 17).  Rather, Patent Owner explains the following:

> Diab merely discloses that "spectral estimation on the signals is carried out directly without motion artifact suppression" to calculate the heart rate when motion is not detected.  The continuous operation of the motion artifact suppression module is still necessary to generate the clean plethysmograph

---

[3] For convenience, at times we also refer to the noted features collectively as the power consumption limitations in this Decision.

IPR2020-01523
Patent 8,457,703 B2

> waveform.  This is why Diab ***never*** discloses "suspend[ing] and
> not execut[ing]" the motion artifact suppression module.
> Petitioner incorrectly ignores the clean plethysmograph
> waveform in its analysis.

*Id.* at 31–32 (citing Ex. 1007, 47:52–54; Ex. 2001 ¶¶ 53–59, 65–69).

Thus, Patent Owner argues that Petitioner mischaracterizes Diab's

teachings as conveying that its motion artifact suppression module is ever

suspended and not executed because the module is required to continuously

operate for the generation of a "clean plethysmograph waveform."  *Id.*; *see*

*id.* at 34–35 (citing Ex. 2001 ¶¶ 57–59).  In that regard, we understand

Patent Owner's position as being that although Diab contemplates omitting

motion artifact suppression in some circumstances to calculate heart rate, the

motion artifact suppression module 580 is never suspended but instead

operates continuously, because it functions at all times to enable generation

of a "clean plethysmograph waveform."  Patent Owner provides the

following annotated versions of Diab's Figure 20 to illustrate that

understanding:



*FIG. 20*



FIG. 20

PO Resp. 34–35.  The annotated versions of Figure 20 above illustrate that although Diab contemplates calculating "heart rate" in a situation in which the "infrared" signal (i.e., designated the "infrared snapshot" in Figure 20) is not passed through motion artifact suppression module 580, in all circumstances generation of the clean plethysmograph waveform occurs after each of the "infrared" signal and the "red" signal pass through the motion artifact suppression module.  Patent Owner also emphasizes that Diab necessitates that motion artifact suppression module 580 uses each of the infrared and red signals to generate the clean waveform, providing the following annotated version of Diab's Figure 21 in making that point:

IPR2020-01523
Patent 8,457,703 B2



FIG. 21

*Id.* at 36. Figure 21 above illustrates the internal operating components of motion artifact suppression module 580. Ex. 1007, 8:19–20. We agree with Patent Owner that Diab makes clear that operation of the motion artifact suppression module includes a single processing path that uses each of the infrared and red signals to generate the clean plethysmograph waveform, which is necessary for Diab's approach to patient monitoring. *Id.* at 36–41 (citing Ex. 2001 ¶¶ 53–59, 65–73).

We also note that, as is shown in Diab's Figure 20, Diab's system provides for "spectral estimation" (via modules 586 and 588) for only the processing paths that result in calculation of the heart rate. *See, e.g.*, Ex. 1007, 47:30–39; PO Resp. 38–39. We, therefore, agree with Patent Owner that Petitioner's argument that "[i]f motion is not detected, ***spectral estimation*** on the signals is carried out directly without artifact suppression" means Diab "teaches not executing the motion artifact suppression module 580 if motion is not detected" is questionable. *See* PO Resp. 38–39. As Patent Owner observes, "[s]pectral estimation is not part of the clean plethysmograph waveform processing path." *Id.* at 39 (citing Ex. 2001

IPR2020-01523
Patent 8,457,703 B2

¶¶ 53–54, 65–66).  That is evident from Diab's Figure 20.  Yet, generation of the clean plethysmograph waveform necessarily occurs based on signals that have passed through motion artifact suppression module 580.  Thus, whether spectral estimation occurs does not impact the function of motion artifact suppression module 580 in generating a clean plethysmograph waveform.  Simply put, Petitioner's assessment of what Diab would have taught a skilled artisan as to the function of motion artifact suppression module 580 does not find adequate support within Diab's own disclosure, and does not address sufficiently the impact of Figures 20–21 on its position.

Accordingly, we agree with Patent Owner that the record does not support Petitioner's view that Diab contemplates "suspend[ing] and not execut[ing]" motion artifact suppression module 580.  PO Resp. 32.  In that regard, we conclude that Petitioner does not offer adequate evidence or argument that Diab contemplates either not generating a clean plethysmograph waveform or some non-use of that module in so generating a clean waveform.  We credit Dr. Madisetti's testimony to that effect, as we conclude that his testimony accurately reflects what an ordinarily skilled artisan would have gleaned from Diab's teachings.  *See, e.g.,* Ex. 2001 ¶¶ 53–59.  As a result, we find unpersuasive Petitioner's apparent view that Diab, itself, suggests reducing power consumption of its patient monitoring system by suspending or shutting off operation of motion artifact suppression module 580.

> ii.  *Petitioner's Proposed Reasoning to Combine Diab and Amano*

Petitioner also theorizes that it would have been obvious to "suspend and not execute the operations of Diab's motion artifact suppression

28

IPR2020-01523
Patent 8,457,703 B2

module 580 if motion is not detected based on Amano's teaching of
suspending 'the operations of. . . body movement component elimination
section' 'when no body movement is presented.'"  Pet. 17 (citing Ex. 1004,
21:65–22:6).  According to Petitioner,

> A POSITA would have been motivated and would have found it
> obvious and straightforward to combine Diab with Amano to
> "reduc[e] calculation time and power consumption," as
> suggested by Amano, "[i]f motion is not detected" by performing
> "spectral estimation on the signals... directly *without* motion
> artifact suppression," as taught by Diab. Accordingly, the
> combination of Diab and Amano renders obvious continuously
> operating the oximeter at a lower power consumption level "[i]f
> motion is not detected" to determine measurement values for one
> or more physiological parameters of a patient.

*Id.* at 18 (citing Ex. 1004, 21:50–22:6, 35:54–64; Ex. 1007, 48:34–49:38;
Ex. 1003 ¶ 55).

Patent Owner challenges Petitioner's position.  *See, e.g.*, PO
Resp. 41–45.  We find Patent Owner's arguments availing as we do not find
Petitioner's position persuasive as to what one of ordinary skill in the art
would have taken from the teachings of Diab and Amano.  Although Diab
and Amano are both directed to systems for the physiological monitoring of
patients, we agree with Patent Owner that "Diab and Amano disclose
different processing algorithms that result in different outputs that are not
directly applicable to each other."  PO Resp. 41 (citing Ex. 2001 ¶¶ 70–73).
For instance, we agree with Patent Owner that where Diab discloses
producing "multiple patient-monitoring outputs, including a heart rate and
clean plethysmograph waveform," the portions of Amano on which
Petitioner relies seemingly produce a "single output" that is descriptive of a
patient's pulse condition.  *Id.* at 41 (citing Ex. 1004, 213–57, 23:5–9, 40:23–
24).  Although Amano does teach that some of the modules of its particular

29

IPR2020-01523
Patent 8,457,703 B2

system may be suspended (*see, e.g.*, Ex. 1004, 21:57–60), Petitioner does
not explain adequately why a skilled artisan would have applied such a
teaching to Diab's particular motion artifact suppression module 580. As
Patent Owner observes, and as discussed above, Diab's system is one that
requires operation of motion artifact suppression module 580 to produce a
clean plethysmograph waveform. *See* PO Resp. 42–43 (citing Ex. 2001
¶¶ 61–62, 71); *supra* § II.D.3.i. Petitioner's proposed modification,
however, is premised on the conclusion that a skilled artisan would,
nevertheless, suspend operation of that module under the guise of reducing
power consumption. Yet, that circumstance would seemingly result in no
clean plethysmograph waveform being generated. Petitioner simply does
not explain adequately why that outcome follows from the teachings of the
prior art.

　　We further take note of the disagreement between the parties as to
whether, even if Diab's motion artifact suppression module was suspended,
such suspension necessarily would result in reduced power consumption of
Diab's system. *Compare* Pet. 10, 17–18; Pet. Reply 8–13 *with* PO Resp.
52–54; Sur-reply 15–17. The main thrust of Petitioner's position is that
suspending Diab's motion artifact suppression module would eliminate its
processing requirements and result in "reduce[d] calculation time and power
consumption." *See, e.g.*, Pet. Reply 9 (citing Ex. 1004, 21:50–22:6, 35:54–
64; Ex. 1007, 48:34–49:38; Ex. 1003 ¶¶ 54–55). Patent Owner counters that
Petitioner's reasoning in that regard is speculative, and submits argument
and evidence that one of ordinary skill in the art would have regarded
suspending Diab's motion artifact suppression module as requiring *more*
overall data processing, not less, thus increasing power consumption of

IPR2020-01523
Patent 8,457,703 B2

Diab's system. *See, e.g.*, PO Resp. 52–54; Sur-reply 15–17. Specifically, Patent Owner points to disclosure in Diab conveying that output filter 594 processes samples "much faster" when no motion is detected. PO Resp. 53; Sur-reply 17. And, Patent Owner submits that the filter's capacity to sample much faster means more data is processed potentially causing more power consumption. PO Resp. 53–54 (citing Ex. 1007, 50:23–27; Ex. 2001 ¶ 88); Sur-reply 16 (citing Ex. 2001 ¶ 76). Patent Owner also contends that Diab's spectrum analysis module 590 "operates differently" based on motion status, and that eliminating the function of motion artifact suppression module 580 could also cause increased power consumption. PO Resp. 54 (citing Ex. 1007, 50:8–14; Ex. 2001 ¶ 89); Sur-reply 17 (citing Ex. 2001 ¶ 77; Ex. 1039 68:2–72:2).

We are not persuaded by Petitioner's view that suspending Diab's motion artifact suppression module necessarily will result in reduced power consumption. Although Amano does describe that its particular system enjoys reduced power consumption when its body movement component eliminating section 30 is suspended (Ex. 1004, 21:65–22:6), Patent Owner presents plausible reasoning and evidence that such power reduction may not occur in Diab's differently structured and configured system. As between the conflicting testimony of Dr. Anthony and Dr. Madisetti on this matter, we find more credible the testimony of Dr. Madisetti in explaining why the same power consumption reduction attributed in Amano may not occur in Diab's differently structured system. *See, e.g.*, Ex. 2001 ¶¶ 76–77, 87–90. Yet, the premise of supposed power reduction is the foundational reason that Petitioner advances in combining the teachings of Amano with

IPR2020-01523
Patent 8,457,703 B2

Diab.  We conclude that Petitioner has not met its burden of persuasion on this issue.  *See Dynamic Drinkware,* 800 F.3d at 1378.

### iii.  Summary

We have considered the respective positions of the parties, including the proffered briefings and underlying evidence.  For the foregoing reasons, we conclude that Petitioner has not met its burden to show that claims 9, 10, 12–14, 20, and 22–24 of the '703 patent would have been obvious over the teachings of Diab and Amano.

## E.  Ground Based on Diab, Amano, and Edgar

Petitioner contends that claims 11 and 21 would have been obvious based on Diab, Amano, and Edgar.  Pet. 29–37.  Claim 11 ultimately depends from claim 9.  Claim 21 depends from claim 20.  Petitioner relies on Edgar to account for features added by claims 11 and 21.  Patent Owner argues that Petitioner's ground has the same deficiencies noted above with respect to the ground based on Diab and Amano, and that Petitioner does not rely on Edgar to account for the deficiencies.  PO Resp. 55.  We agree with Patent Owner.  For the same reasons discussed above (*see supra* § II.D.3), we conclude that Petitioner has not shown by a preponderance of the evidence that claims 11 and 21 are unpatentable based on Diab, Amano, and Edgar.

## F.  Ground Based on Diab, Amano, and Turcott

Petitioner contends that claims 1–7 and 15–18 of the '703 patent would have been obvious over the combined teachings of Diab, Amano, and Turcott.  Pet. 37–47.  Claim 1, like claim 9, is directed to a "method of

IPR2020-01523
Patent 8,457,703 B2

managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor." Ex. 1001, 11:32–34.  Claim 1 requires the same limitations of claim 9 that are designated [a]–[e] in this Decision.  Claims 2–7 ultimately depend from claim 1.  Independent claim 15 is drawn to a "patient monitor" that corresponds to the method of claim 1, including corresponding steps for noted limitations [a]–[e]. Claims 16–18 ultimately depend from claim 15.  Petitioner relies on the combined teachings of Diab and Amano in the same manner as it did for the limitations in claim 9.  *See* Pet. 40–41.

Patent Owner contends that the proposed ground of unpatentability based on Diab, Amano, and Turcott and applied to claims 1–7 and 15–18 suffers from the same flaws that Patent Owner submits for the ground based on Diab and Amano and applied to claims 9, 10, 12–14, 20, and 22–24.  PO Resp. 56.  In particular, Patent Owner contends the following:

> Independent claims 1 and 15 include similar limitations as the claims discussed in [the ground based on Diab and Amano], except for their final limitation (Limitations 1[f] and 15[e]). Limitations 1[f] and 15[e] require "reducing/reduce activation of an attached sensor." Petitioner argues that Turcott discloses this limitation. (Pet. 41-42, 46.) Petitioner does not allege that Turcott satisfies any other limitations in independent claims 1 and 15. (*Id.*) Consequently, [the ground based on Diab, Amano, and Turcott] fails to show obviousness for many of the same reasons as [the ground based on Diab and Amano].

*Id.*

> Patent Owner further expresses the following:

> [I]ndependent claims 1 and 15 require (1) operating a patient monitor "at a lower power consumption level to determine measurement values for one or more physiological parameters of (a/said) patient," and (2) "transitioning to continuously operating … at a higher power consumption level." Petitioner does not

33

IPR2020-01523
Patent 8,457,703 B2

> make any new arguments regarding these limitations in [the ground based on Diab, Amano, and Turcott]. (Pet. 41, 46.) Rather, Petitioner simply refers back to its arguments in [the ground based on Diab and Amano]. Therefore, [the ground based on Diab, Amano, and Turcott] fails to render these limitations obvious for the same reasons as [the ground based on Diab and Amano].

*Id.* at 57.

We agree with all of Patent Owner's above-noted assertions. We conclude that the deficiencies discussed above (*see supra* § II.D.3) also extend to the proposed ground for claims 1–7 and 15–18 based on Diab, Amano, and Turcott. Therefore, for the same reasons discussed above, we conclude that Petitioner has not shown by a preponderance of the evidence that claims 1–7 and 15–18 are unpatentable based on Diab, Amano, and Turcott.

### G. Grounds Based on: (1) Diab and GK-POSITA; (2) Diab, GK-POSITA, and Edgar; and (3) Diab, GK-POSITA, and Turcott

Petitioner contends that: (1) claims 9, 10, 12–14, 20, and 22–24 are unpatentable over Diab and GK-POSITA; (2) claims 11, and 21 are unpatentable over Diab, GK-POSITA, and Edgar; and (3) claims 1–7 and 15–18 are unpatentable over Diab, GK-POSITA, and Turcott. These three grounds largely mirror those discussed above that employ Amano for its asserted teachings of reducing power consumption by not performing motion artifact suppression when no motion is detected. For these grounds, however, in lieu of Amano's teachings, Petitioner seeks recourse to the "general knowledge and ordinary level of skill" in proposing that "changes in power consumption were obvious from changes in the amount of processing that are contemplated by Diab." Pet. 47. This theory of the

IPR2020-01523
Patent 8,457,703 B2

"general knowledge" is said to be collectively "corroborated by" seven additional prior art references.  *Id.* at 48.

Patent Owner urges that the same arguments that it advanced for the grounds using Amano also apply for the grounds that reference GK-POSITA, and specifically that "Diab never suspends the motion artifact suppression module and a POSITA would not have been motivated to do so."  PO Resp. 68 (referencing §§ VII.A and VII.C of the Patent Owner Response).  Patent Owner additionally contends that "Diab does not operate at a lower power level or process less data when motion is not detected."  *Id.* (also referencing §§ VII.A and VII.C of the Patent Owner Response).

We are not persuaded by Petitioner that the "general knowledge" of an ordinarily skilled artisan in lieu of Amano's teachings bootstraps these grounds to overcome the deficiencies discussed above in connection with the reasoning for, and potential implications of, suspending or eliminating Diab's motion artifact suppression module.  *See supra* §§ II.D.3, II.E, II.F. For the same reasons as those discussed above, we are not persuaded that any of the grounds employing GK-POSITA establish the unpatentability of any of the challenged claims.

### H.  Grounds Based on: (1) Amano; and (2) Amano and Turcott

Petitioner contends that claims 9, 10, 12–14, 20, and 22–24 are unpatentable based on Amano.  Pet. 49–63.  Petitioner also contends that claims 1–5 and 15–17 are unpatentable over Amano and Turcott.  *Id.* at 64–70.  Patent Owner disputes that any of the noted claims have been shown to be unpatentable based on the noted grounds.  PO Resp. 69–79.  We find Patent Owner's dispute availing.

IPR2020-01523
Patent 8,457,703 B2

A central issue with the grounds that are based primarily on Amano lies in the meaning of "processing characteristics."  As discussed above (*supra* § II.A.1), we conclude that, in the context of the '703 patent, "processing characteristics" must necessarily be determined from a signal received from one or more detectors configured to detect light.  Petitioner's grounds based on Amano, however, rely on an "acceleration sensor" that outputs a signal.  *See, e.g.*, Pet. 50.  Patent Owner contends that "[t]he Parties agree that Amano receives the alleged processing characteristics from an acceleration sensor, not one or more detectors configured to detect light."  Sur-reply 29 (citing Petitioner's Reply 24).  Petitioner also notes that the parties "agree that Amano receives processing characteristics from an acceleration sensor[.]"  Pet. Reply 24.  We do not discern any dispute that Amano's "acceleration sensor" is not configured to detect light.

All of the challenged claims require "comparing processing characteristics to a predetermined threshold."  Because in the context of the '703 patent, processing characteristics must be derived from detectors configured to detect light, and because there is no dispute that Amano's acceleration sensor is not such a detector, we find Petitioner's proposed grounds based on Amano to be ineffective to establish the unpatentability of any of the challenged claims.  Accordingly, we conclude that Petitioner has not shown by a preponderance of the evidence that claims 9, 10, 12–14, 20, and 22–24 are unpatentable based on Amano or that claims 1–5 and 15–17 are unpatentable based on Amano and Turcott.

## I.    *Patent Owner's Motion to Exclude*

Patent Owner moves to exclude Exhibit 1038 as being inadmissible evidence because it is not authenticated and contains hearsay.  Paper 25, 1–

36

IPR2020-01523
Patent 8,457,703 B2

4.  Because we do not rely on Exhibit 1038 in this Decision, we *dismiss*
Patent Owner's Motion as moot.

## III. CONCLUSION

In summary:

| Claims | 35 U.S.C. § | Reference(s)/ Basis | Claims Shown Unpatentable | Claims Not Shown Unpatentable |
|---|---|---|---|---|
| 9, 10, 12–14, 20, 22–24 | 103 | Diab, Amano | | 9, 10, 12–14, 20, 22–24 |
| 11, 21 | 103 | Diab, Amano, Edgar | | 11, 21 |
| 1–7, 15–18 | 103 | Diab, Amano, Turcott | | 1–7, 15–18 |
| 9, 10, 12–14, 20, 22–24 | 103 | Diab, GK-POSITA | | 9, 10, 12–14, 20, 22–24 |
| 11, 21 | 103 | Diab, GK-POSITA, Edgar | | 11, 21 |
| 1–7, 15–18 | 103 | Diab, GK-POSITA, Turcott | | 1–7, 15–18 |
| 9, 10, 12–14, 20, 22–24 | 103 | Amano | | 9, 10, 12–14, 20, 22–24 |
| 1–3, 15–17 | 103 | Amano, Turcott | | 1–3, 15–17 |
| **Overall Outcome** | | | | 1–7, 9–18, 20–24 |

IPR2020-01523
Patent 8,457,703 B2

## IV. ORDER

Upon consideration of the record before us, it is:

ORDERED that Petitioner has not shown that claims 1–7, 9–18, and 20–24 of the '703 patent are unpatentable by a preponderance of the evidence;

FURTHER ORDERED that Patent Owner's Motion to Exclude is *dismissed as moot*; and

FURTHER ORDERED that, because this is a final written decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

IPR2020-01523
Patent 8,457,703 B2

FOR PETITIONER:

W. Karl Renner
Dan Smith
Kim Leung
FISH & RICHARDSON P.C.
axf-ptab@fr.com
dsmith@fr.com
leung@fr.com


FOR PATENT OWNER:

Joshua Stowell
Joseph R. Re
Stephen W. Larson
Jarom D. Kesler
Jacob L. Peterson
KNOBBE, MARTENS, OLSON, & BEAR, LLP
2jys@knobbe.com
2jrr@knobbe.com
2jrr@knobbe.com
2swl@knobbe.com
2jzk@knobbe.com
2jup@knobbe.com



US008457703B2

(12) **United States Patent**     (10) **Patent No.:**     **US 8,457,703 B2**
Al-Ali                            (45) **Date of Patent:**         **Jun. 4, 2013**

(54) **LOW POWER PULSE OXIMETER**

(75) Inventor: **Ammar Al-Ali**, Tustin, CA (US)

(73) Assignee: **Masimo Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1603 days.

(21) Appl. No.: **11/939,519**

(22) Filed: **Nov. 13, 2007**

(65) **Prior Publication Data**

US 2008/0064936 A1    Mar. 13, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 10/785,573, filed on Feb. 24, 2004, now Pat. No. 7,295,866, which is a continuation of application No. 10/184,028, filed on Jun. 26, 2002, now Pat. No. 6,697,658.

(60) Provisional application No. 60/302,564, filed on Jul. 2, 2001.

(51) **Int. Cl.**
    *A61B 5/1455*    (2006.01)
(52) **U.S. Cl.**
    USPC ........................... **600/323**; 600/310; 600/322
(58) **Field of Classification Search**
    USPC ................. 600/309, 310, 322, 323, 324, 333,
                          600/473, 476; 356/41
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,960,128 | A | 10/1990 | Gordon et al. |
| 4,964,408 | A | 10/1990 | Hink et al. |
| 5,041,187 | A | 8/1991 | Hink et al. |

| | | | |
|---|---|---|---|
| 5,069,213 | A | 12/1991 | Polczynski |
| 5,163,438 | A | 11/1992 | Gordon et al. |
| 5,337,744 | A | 8/1994 | Branigan |
| 5,341,805 | A | 8/1994 | Stavridi et al. |
| D353,195 | S | 12/1994 | Savage et al. |
| D353,196 | S | 12/1994 | Savage et al. |
| 5,377,676 | A | 1/1995 | Vari et al. |
| D359,546 | S | 6/1995 | Savage et al. |
| 5,431,170 | A | 7/1995 | Mathews |
| D361,840 | S | 8/1995 | Savage et al. |
| D362,063 | S | 9/1995 | Savage et al. |
| 5,452,717 | A | 9/1995 | Branigan et al. |
| D363,120 | S | 10/1995 | Savage et al. |
| 5,456,252 | A | 10/1995 | Vari et al. |
| 5,482,036 | A | 1/1996 | Diab et al. |
| 5,490,505 | A | 2/1996 | Diab et al. |
| 5,494,043 | A | 2/1996 | O'Sullivan et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 872 210 A1 | 10/1998 |
| WO | WO 99/63883 | 12/1999 |

OTHER PUBLICATIONS

PCT International Search Report, App. No. PCT/US02/20675, App. Date: Jun. 28, 2002, 4 pages.

*Primary Examiner* — Eric Winakur
*Assistant Examiner* — Chu Chuan (JJ) Liu
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear LLP

(57)    **ABSTRACT**

A pulse oximeter may reduce power consumption in the absence of overriding conditions. Various sampling mechanisms may be used individually or in combination. Various parameters may be monitored to trigger or override a reduced power consumption state. In this manner, a pulse oximeter can lower power consumption without sacrificing performance during, for example, high noise conditions or oxygen desaturations.

**24 Claims, 11 Drawing Sheets**



APPLE 1001

Appx40

**US 8,457,703 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,533,511 | A | 7/1996 | Kaspari et al. |
| 5,561,275 | A | 10/1996 | Savage et al. |
| 5,562,002 | A | 10/1996 | Lalin |
| 5,590,649 | A | 1/1997 | Caro et al. |
| 5,602,924 | A | 2/1997 | Durand et al. |
| 5,632,272 | A | 5/1997 | Diab et al. |
| 5,638,816 | A | 6/1997 | Kiani-Azarbayjany et al. |
| 5,638,818 | A | 6/1997 | Diab et al. |
| 5,645,440 | A | 7/1997 | Tobler et al. |
| 5,685,299 | A | 11/1997 | Diab et al. |
| D393,830 | S | 4/1998 | Tobler et al. |
| 5,743,262 | A | 4/1998 | Lepper, Jr. et al. |
| 5,758,644 | A | 6/1998 | Diab et al. |
| 5,760,910 | A | 6/1998 | Lepper, Jr. et al. |
| 5,769,785 | A | 6/1998 | Diab et al. |
| 5,782,757 | A | 7/1998 | Diab et al. |
| 5,785,659 | A | 7/1998 | Caro et al. |
| 5,791,347 | A | 8/1998 | Flaherty et al. |
| 5,810,734 | A | 9/1998 | Caro et al. |
| 5,823,950 | A | 10/1998 | Diab et al. |
| 5,827,969 | A * | 10/1998 | Lee et al. ..................... 600/455 |
| 5,830,131 | A | 11/1998 | Caro et al. |
| 5,833,618 | A | 11/1998 | Caro et al. |
| 5,860,919 | A | 1/1999 | Kiani-Azarbayjany et al. |
| 5,890,929 | A | 4/1999 | Mills et al. |
| 5,904,654 | A | 5/1999 | Wohltmann et al. |
| 5,919,134 | A | 7/1999 | Diab |
| 5,924,979 | A | 7/1999 | Swedlow et al. |
| 5,934,925 | A | 8/1999 | Tobler et al. |
| 5,940,182 | A | 8/1999 | Lepper, Jr. et al. |
| 5,995,855 | A | 11/1999 | Kiani et al. |
| 5,997,343 | A | 12/1999 | Mills et al. |
| 6,002,952 | A | 12/1999 | Diab et al. |
| 6,011,986 | A | 1/2000 | Diab et al. |
| 6,027,452 | A | 2/2000 | Flaherty et al. |
| 6,036,642 | A | 3/2000 | Diab et al. |
| 6,045,509 | A | 4/2000 | Caro et al. |
| 6,067,462 | A | 5/2000 | Diab et al. |
| 6,081,735 | A | 6/2000 | Diab et al. |
| 6,088,607 | A | 7/2000 | Diab et al. |
| 6,110,522 | A | 8/2000 | Lepper, Jr. et al. |
| 6,115,622 | A * | 9/2000 | Minoz ........................... 600/309 |
| 6,124,597 | A | 9/2000 | Shehada |
| 6,144,868 | A | 11/2000 | Parker |
| 6,151,516 | A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 | A | 11/2000 | Gerhardt et al. |
| 6,157,850 | A | 12/2000 | Diab et al. |
| 6,165,005 | A | 12/2000 | Mills et al. |
| 6,184,521 | B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 | B1 | 3/2001 | Diab et al. |
| 6,229,856 | B1 | 5/2001 | Diab et al. |
| 6,232,609 | B1 | 5/2001 | Snyder et al. |
| 6,236,872 | B1 | 5/2001 | Diab et al. |
| 6,241,683 | B1 | 6/2001 | Macklem et al. |
| 6,256,523 | B1 | 7/2001 | Diab et al. |
| 6,263,222 | B1 | 7/2001 | Diab et al. |
| 6,278,522 | B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 | B1 | 8/2001 | Tobler et al. |
| 6,285,896 | B1 | 9/2001 | Tobler et al. |
| 6,321,100 | B1 | 11/2001 | Parker |
| 6,334,065 | B1 | 12/2001 | Al-Ali et al. |
| 6,343,224 | B1 | 1/2002 | Parker |
| 6,349,228 | B1 | 2/2002 | Kiani et al. |
| 6,360,114 | B1 | 3/2002 | Diab et al. |
| 6,368,283 | B1 | 4/2002 | Xu et al. |
| 6,371,921 | B1 | 4/2002 | Caro et al. |
| 6,377,829 | B1 | 4/2002 | Al-Ali |
| 6,388,240 | B2 | 5/2002 | Schulz et al. |
| 6,397,091 | B2 | 5/2002 | Diab et al. |
| 6,402,690 | B1 * | 6/2002 | Rhee et al. ..................... 600/323 |
| 6,430,525 | B1 | 8/2002 | Weber et al. |
| 6,463,311 | B1 | 10/2002 | Diab |
| 6,470,199 | B1 | 10/2002 | Kopotic et al. |
| 6,501,975 | B2 | 12/2002 | Diab et al. |
| 6,505,059 | B1 | 1/2003 | Kollias et al. |
| 6,515,273 | B2 | 2/2003 | Al-Ali |
| 6,519,487 | B1 | 2/2003 | Parker |
| 6,525,386 | B1 | 2/2003 | Mills et al. |
| 6,526,300 | B1 | 2/2003 | Kiani et al. |
| 6,541,756 | B2 | 4/2003 | Schulz et al. |
| 6,542,764 | B1 | 4/2003 | Al-Ali et al. |
| 6,580,086 | B1 | 6/2003 | Schulz et al. |
| 6,584,336 | B1 | 6/2003 | Ali et al. |
| 6,595,316 | B2 | 7/2003 | Cybulski et al. |
| 6,597,932 | B2 | 7/2003 | Tian et al. |
| 6,597,933 | B2 | 7/2003 | Kiani et al. |
| 6,606,511 | B1 | 8/2003 | Ali et al. |
| 6,632,181 | B2 | 10/2003 | Flaherty et al. |
| 6,639,668 | B1 | 10/2003 | Trepagnier |
| 6,640,116 | B2 | 10/2003 | Diab |
| 6,643,530 | B2 | 11/2003 | Diab et al. |
| 6,650,917 | B2 | 11/2003 | Diab et al. |
| 6,654,624 | B2 | 11/2003 | Diab et al. |
| 6,658,276 | B2 | 12/2003 | Kianl et al. |
| 6,661,161 | B1 | 12/2003 | Lanzo et al. |
| 6,671,531 | B2 | 12/2003 | Al-Ali et al. |
| 6,678,543 | B2 | 1/2004 | Diab et al. |
| 6,684,090 | B2 | 1/2004 | Ali et al. |
| 6,684,091 | B2 | 1/2004 | Parker |
| 6,697,656 | B1 | 2/2004 | Al-Ali |
| 6,697,657 | B1 | 2/2004 | Shehada et al. |
| 6,697,658 | B2 | 2/2004 | Al-Ali |
| RE38,476 | E | 3/2004 | Diab et al. |
| 6,699,194 | B1 | 3/2004 | Diab et al. |
| 6,714,804 | B2 | 3/2004 | Al-Ali et al. |
| RE38,492 | E | 4/2004 | Diab et al. |
| 6,721,582 | B2 | 4/2004 | Trepagnier et al. |
| 6,721,585 | B1 | 4/2004 | Parker |
| 6,725,075 | B2 | 4/2004 | Al-Ali |
| 6,728,560 | B2 | 4/2004 | Kollias et al. |
| 6,735,459 | B2 | 5/2004 | Parker |
| 6,745,060 | B2 | 6/2004 | Diab et al. |
| 6,760,607 | B2 | 7/2004 | Al-Ali |
| 6,770,028 | B1 | 8/2004 | Ali et al. |
| 6,771,994 | B2 | 8/2004 | Kiani et al. |
| 6,792,300 | B1 | 9/2004 | Diab et al. |
| 6,813,511 | B2 | 11/2004 | Diab et al. |
| 6,816,741 | B2 | 11/2004 | Diab |
| 6,822,564 | B2 | 11/2004 | Al-Ali |
| 6,826,419 | B2 | 11/2004 | Diab et al. |
| 6,830,711 | B2 | 12/2004 | Mills et al. |
| 6,850,787 | B2 | 2/2005 | Weber et al. |
| 6,850,788 | B2 | 2/2005 | Al-Ali |
| 6,852,083 | B2 | 2/2005 | Caro et al. |
| 6,861,639 | B2 | 3/2005 | Al-Ali |
| 6,898,452 | B2 | 5/2005 | Al-Ali et al. |
| 6,920,345 | B2 | 7/2005 | Al-Ali et al. |
| 6,931,268 | B1 | 8/2005 | Kiani-Azarbayjany et al. |
| 6,934,570 | B2 | 8/2005 | Kiani et al. |
| 6,939,305 | B2 | 9/2005 | Flaherty et al. |
| 6,943,348 | B1 | 9/2005 | Coffin IV |
| 6,950,687 | B2 | 9/2005 | Al-Ali |
| 6,961,598 | B2 | 11/2005 | Diab |
| 6,970,792 | B1 | 11/2005 | Diab |
| 6,979,812 | B2 | 12/2005 | Al-Ali |
| 6,985,764 | B2 | 1/2006 | Mason et al. |
| 6,993,371 | B2 | 1/2006 | Kiani et al. |
| 6,996,427 | B2 | 2/2006 | Ali et al. |
| 6,999,904 | B2 | 2/2006 | Weber et al. |
| 7,003,338 | B2 | 2/2006 | Weber et al. |
| 7,003,339 | B2 | 2/2006 | Diab et al. |
| 7,015,451 | B2 | 3/2006 | Dalke et al. |
| 7,024,233 | B2 | 4/2006 | Ali et al. |
| 7,027,849 | B2 | 4/2006 | Al-Ali |
| 7,030,749 | B2 | 4/2006 | Al-Ali |
| 7,039,449 | B2 | 5/2006 | Al-Ali |
| 7,041,060 | B2 | 5/2006 | Flaherty et al. |
| 7,044,918 | B2 | 5/2006 | Diab |
| 7,067,893 | B2 | 6/2006 | Mills et al. |
| 7,096,052 | B2 | 8/2006 | Mason et al. |
| 7,096,054 | B2 | 8/2006 | Abdul-Hafiz et al. |
| 7,132,641 | B2 | 11/2006 | Schulz et al. |
| 7,142,901 | B2 | 11/2006 | Kiani et al. |
| 7,149,561 | B2 | 12/2006 | Diab |
| 7,186,966 | B2 | 3/2007 | Al-Ali |
| 7,190,261 | B2 | 3/2007 | Al-Ali |
| 7,215,984 | B2 | 5/2007 | Diab |

2

**Appx41**

**US 8,457,703 B2**

Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 7,215,986 | B2 | 5/2007 | Diab | 7,272,425 | B2 | 9/2007 | Al-Ali |
| 7,221,971 | B2 | 5/2007 | Diab | 7,274,955 | B2 | 9/2007 | Kiani et al. |
| 7,225,006 | B2 | 5/2007 | Al-Ali et al. | D554,263 | S | 10/2007 | Al-Ali |
| 7,225,007 | B2 | 5/2007 | Al-Ali | 7,280,858 | B2 | 10/2007 | Al-Ali et al. |
| RE39,672 | E | 6/2007 | Shehada et al. | 7,289,835 | B2 | 10/2007 | Mansfield et al. |
| 7,239,905 | B2 | 7/2007 | Kiani-Azarbayjany et al. | 7,292,883 | B2 | 11/2007 | De Felice et al. |
| 7,245,953 | B1 | 7/2007 | Parker | 7,295,866 | B2 | 11/2007 | Al-Ali |
| 7,254,431 | B2 | 8/2007 | Al-Ali | 2005/0234317 | A1 | 10/2005 | Kiani |
| 7,254,433 | B2 | 8/2007 | Diab et al. | | | | |
| 7,254,434 | B2 | 8/2007 | Schulz et al. | * cited by examiner | | | |

3

Case: 22-1890          Document: 22          Page: 46          Filed: 02/15/2023



FIG. 1 (Prior Art)

Case: 22-1890     Document: 22     Page: 47     Filed: 02/15/2023



FIG. 2 (Prior Art)

**Appx44**

Case: 22-1890     Document: 22     Page: 48     Filed: 02/15/2023



FIG. 3

Appx45



Case: 22-1890 Document: 22 Page: 49 Filed: 02/15/2023

FIG. 4

Appx46



FIG. 5



FIG. 6

**Appx48**



FIG. 7A

FIG. 7B

Case: 22-1890     Document: 22     Page: 53     Filed: 02/15/2023



FIG. 8

Appx50

Case: 22-1890    Document: 22    Page: 54    Filed: 02/15/2023



FIG. 9

E = EVENT
Q = LOW QUALITY
P = ABOVE POWER TARGET FOR A
PARTICULAR TIME PERIOD
T = TIMEOUT

12

Case: 22-1890    Document: 22    Page: 55    Filed: 02/15/2023




FIG. 10

13

**Appx52**

Case: 22-1890     Document: 22     Page: 56     Filed: 02/15/2023



FIG. 11

Q = LOW QUALITY
E = EVENT
P = ABOVE POWER TARGET FOR A
PARTICULAR TIME PERIOD

US 8,457,703 B2

1

# LOW POWER PULSE OXIMETER

## REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 10/785,573, entitled "Low Power Pulse Oximeter," filed Feb. 24, 2004, which is a continuation of application Ser. No. 10/184,028, entitled "Low Power Pulse Oximeter," filed Jun. 26, 2002, now U.S. Pat. No. 6,697,658, which claims priority benefit under 35 U.S.C. §119(e) from U.S. Provisional Application No. 60/302,564, entitled "Low Power Pulse Oximeter," filed Jul. 2, 2001. The present application incorporates each of the foregoing disclosures herein by reference.

## BACKGROUND OF THE INVENTION

Pulse oximetry is a widely accepted noninvasive procedure for measuring the oxygen saturation level of a person's arterial blood, an indicator of their oxygen supply. Oxygen saturation monitoring is crucial in critical care and surgical applications, where an insufficient blood supply can quickly lead to injury or death. FIG. 1 illustrates a conventional pulse oximetry system 100, which has a sensor 110 and a monitor 150. The sensor 110, which can be attached to an adult's finger or an infant's foot, has both red and infrared LEDs 112 and a photodiode detector 114. For a finger, the sensor is configured so that the LEDs 112 project light through the fingernail and into the blood vessels and capillaries underneath. The photodiode 114 is positioned at the finger tip opposite the fingernail so as to detect the LED emitted light as it emerges from the finger tissues. A pulse oximetry sensor is described in U.S. Pat. No. 6,088,607 entitled "Low Noise Optical Probe," which is assigned to the assignee of the present invention and incorporated by reference herein.

Also shown in FIG. 1, the monitor 150 has LED drivers 152, a signal conditioning and digitization front-end 154, a signal processor 156, a display driver 158 and a display 159. The LED drivers 152 alternately activate the red and IR LEDs 112 and the front-end 154 conditions and digitizes the resulting current generated by the photodiode 114, which is proportional to the intensity of the detected light. The signal processor 156 inputs the conditioned photodiode signal and determines oxygen saturation based on the differential absorption by arterial blood of the two wavelengths emitted by the LEDs 112. Specifically, a ratio of detected red and infrared intensities is calculated by the signal processor 156, and an arterial oxygen saturation value is empirically determined based on the ratio obtained. The display driver 158 and associated display 159 indicate a patient's oxygen saturation, heart rate and plethysmographic waveform.

## SUMMARY OF THE INVENTION

Increasingly, pulse oximeters are being utilized in portable, battery-operated applications. For example, a pulse oximeter may be attached to a patient during emergency transport and remain with the patient as they are moved between hospital wards. Further, pulse oximeters are often implemented as plug-in modules for multiparameter patient monitors having a restricted power budget. These applications and others create an increasing demand for lower power and higher performance pulse oximeters. A conventional approach for reducing power consumption in portable electronics, typically utilized by devices such as calculators and notebook computers, is to have a "sleep mode" where the circuitry is powered-down when the devices are idle.

2

FIG. 2 illustrates a sleep-mode pulse oximeter 200 utilizing conventional sleep-mode power reduction. The pulse oximeter 200 has a pulse oximeter processor 210 and a power control 220. The power control 220 monitors the pulse oximeter output parameters 212, such as oxygen saturation and pulse rate, and controls the processor power 214 according to measured activity. For example, if there is no significant change in the oxygen saturation value over a certain time period, the power control 220 will power down the processor 210, except perhaps for a portion of memory. The power control 220 may have a timer that triggers the processor 210 to periodically sample the oxygen saturation value, and the power control 220 determines if any changes in this parameter are occurring. If not, the power control 220 will leave the processor 210 in sleep mode.

There are a number of disadvantages to applying consumer electronic sleep mode techniques to pulse oximetry. By definition, the pulse oximeter is not functioning during sleep mode. Unlike consumer electronics, pulse oximetry cannot afford to miss events, such as patient oxygen desaturation. Further, there is a trade-off between shorter but more frequent sleep periods to avoid a missed event and the increased processing overhead to power-up after each sleep period. Also, sleep mode techniques rely only on the output parameters to determine whether the pulse oximeter should be active or in sleep mode. Finally, the caregiver is given no indication of when the pulse oximeter outputs were last updated.

One aspect of a low power pulse oximeter is a sensor interface adapted to drive a pulse oximetry sensor and receive a corresponding input signal. A processor derives a physiological measurement corresponding to the input signal, and a display driver communicates the measurement to a display. A controller generates a sampling control output to at least one of said sensor interface and said processor so as to reduce the average power consumption of the pulse oximeter consistent with a predetermined power target.

In one embodiment, a calculator derives a signal status output responsive to the input signal. The signal status output is communicated to the controller to override the sampling control output. The signal status output may indicate the occurrence of a low signal quality or the occurrence of a physiological event. In another embodiment, the sensor interface has an emitter driver adapted to provide a current output to an emitter portion of the sensor. Here, the sampling control output determines a duty cycle of the current output. In a particular embodiment, the duty cycle may be in the range of about 3.125% to about 25%.

In another embodiment, the sensor interface has a front-end adapted to receive the input signal from a detector portion of the sensor and to provide a corresponding digitized signal. Here, the sampling control output determines a powered-down period of the front-end. A confidence indicator responsive to a duration of the powered-down period may be provided and displayed.

In yet another embodiment, the pulse oximeter comprises a plurality of data blocks responsive to the input signal, wherein the sampling control output determines a time shift of successive ones of the data blocks. The time shift may vary in the range of about 1.2 seconds to about 4.8 seconds.

An aspect of a low power pulse oximetry method comprises the steps of setting a power target and receiving an input signal from a pulse oximetry sensor. Further steps include calculating signal status related to the input signal, calculating power status related to the power target, and sampling based upon the result of the calculating signal status and the calculating power status steps.

15

US 8,457,703 B2

3

In one embodiment, the calculating signal status step comprises the substeps of receiving a signal statistic related to the input signal, receiving a physiological measurement related to the input signal, determining a low signal quality condition from the signal statistic, determining an event occurrence from the physiological measurement, and indicating an override based upon the low signal quality condition or the event occurrence. The calculating power status step may comprise the substeps of estimating an average power consumption for at least a portion of the pulse oximeter, and indicating an above power target condition when the average power consumption is above the power target. The sampling step may comprise the substep of increasing sampling as the result of the override. The sampling step may also comprise the substep of decreasing sampling as the result of the above power target condition, except during the override.

Another aspect of a low power pulse oximetry method comprises the steps of detecting an override related to a measure of signal quality or a physiological measurement event, increasing the pulse oximeter power to a higher power level when the override exists, and reducing the pulse oximeter power to a lower power level when the override does not exist. The method may comprise the further steps of predetermining a target power level for a pulse oximeter and cycling between the lower power level and the higher power level so that an average pulse oximeter power is consistent with the target power level.

In one embodiment, the reducing step comprises the substep of decreasing the duty cycle of an emitter driver output to the sensor. In another embodiment, the reducing step comprises the substep of powering-down a detector front-end. A further step may comprise displaying a confidence indicator related to the duration of the powering-down substep. In yet another embodiment, the reducing step comprises the substep of increasing the time-shift of post-processor data blocks.

Another aspect of a low power pulse oximeter comprises a sensor interface adapted to receive an input signal from a sensor, a signal processor configured to communicate with the sensor interface and to generate an internal parameter responsive to the input signal, and a sampling controller responsive to the internal parameter so as to generate a sampling control to alter the power consumption of at least one of the sensor interface and the signal processor. The signal processor may be configured to generate an output parameter and the sampling controller may be responsive to a combination of the internal and output parameters so as to generate a sampling control to alter the power consumption of at least one of the sensor interface and the signal processor. The internal parameter may be indicative of the quality of the input signal. The output parameter may be indicative of oxygen saturation.

In another embodiment, the sampling controller is responsive to a predetermined power target in combination with the internal parameter so as to generate a sampling control to alter the power consumption of at least one of the sensor interface and the signal processor. The signal processor may be configured to generate an output parameter and the sampling controller may be responsive to a combination of the internal and output parameters and the power target so as to generate a sampling control to alter the power consumption of at least one of the sensor interface and the signal processor. The sensor interface may comprise an emitter driver and the sampling control may modify a duty cycle of the emitter driver. The sensor interface may comprise a detector front-end and the sampling control may intermittently power-down the detector front-end. The processor may generate a plurality of data blocks corresponding to the input signal, where each of

4

the data blocks have a time shift from a preceding one of the data blocks, and where the sampling control may determine the amount of the time shift.

A further aspect of a low power pulse oximeter comprises an interface means for communicating with a sensor, a processor means for generating an internal parameter and an output parameter, and a controller means for selectively reducing the power consumption of at least one of the interface means and the processor means based upon the parameters. In one embodiment, the interface means comprises a driver means for determining the duty cycle of emitter current to the sensor, the driver means being responsive to the controller means. In another embodiment, the interface means comprises a detector front-end means for receiving an input signal from the sensor, the power for the detector front-end means being responsive to the controller means. In yet another embodiment, the processor means comprises a post-processor means for determining a time shift between data blocks, the post-processor means being responsive to the controller means. In a further embodiment, the controller means comprises a signal status calculator means for generating an indication of a low signal quality or a physiological event based upon at least one of an internal signal statistic and an output physiological measurement, and a control engine means in communications with the signal status calculator means for generating a sampling control responsive to the indication. In yet a further embodiment, the controller means comprises a power status calculator means for generating a power indication of power consumption relative to a power target, and a control engine means in communications with the power status calculator means for generating a sampling control responsive to the power indication.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a conventional pulse oximeter sensor and monitor;

FIG. 2 is a block diagram of a pulse oximeter having a conventional sleep mode;

FIG. 3 is a top-level block diagram of a low power pulse oximeter;

FIG. 4 is a detailed block diagram of a low power pulse oximeter illustrating a sensor interface, a signal processor and a sampling controller;

FIG. 5 is a graph of emitter drive current versus time illustrating variable duty cycle processing;

FIG. 6 is a graph of oxygen saturation versus time illustrating intermittent sample processing;

FIGS. 7A-B are graphs of data buffer content versus time illustrating variable data block overlap processing;

FIG. 8 is a graph of power versus time illustrating power dissipation conformance to an average power target using variable duty cycle and intermittent sample processing;

FIG. 9 is a state diagram of the sampling controller for variable duty cycle and intermittent sample processing;

FIG. 10 is a graph of power versus time illustrating power dissipation using variable data block overlap processing; and

FIG. 11 is a state diagram of the sampling controller for variable data block overlap processing.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 3 illustrates one embodiment of a low power pulse oximeter. The pulse oximeter 300 has a sensor interface 320, a signal processor 340, a sampling controller 360 and a display driver 380. The pulse oximeter 300 also has a sensor port

16

US 8,457,703 B2

5

302 and a display port 304. The sensor port 302 connects to an external sensor, e.g. sensor 110 (FIG. 1). The sensor interface 320 drives the sensor port 302, receives a corresponding input signal from the sensor port 302, and provides a conditioned and digitized sensor signal 322 accordingly. Physiological measurements 342 are input to a display driver 380 that outputs to the display port 304. The display port 304 connects to a display device, such as a CRT or LCD, which a healthcare provider typically uses for monitoring a patient's oxygen saturation, pulse rate and plethysmograph.

As shown in FIG. 3, the signal processor 340 derives the physiological measurements 342, including oxygen saturation, pulse rate and plethysmograph, from the input signal 322. The signal processor 340 also derives signal statistics 344, such as signal strength, noise and motion artifact. The physiological measurements 342 and signal statistics 344 are input to the sampling controller 360, which outputs sampling controls 362, 364, 366 accordingly. The sampling controls 362, 364, 366 regulate pulse oximeter power dissipation by causing the sensor interface 320 to vary the sampling characteristics of the sensor port 302 and by causing the signal processor 340 to vary its sample processing characteristics, as described in further detail with respect to FIG. 4, below. Advantageously, power dissipation is responsive not only to output parameters, such as the physiological measurements 342, but also to internal parameters, such as the signal statistics 344.

FIG. 4 illustrates further detail regarding the sensor interface 320, the signal processor 340 and the sampling controller 360. The sensor interface 320 has emitter drivers 480 and a detector front-end 490. The emitter drivers 480 are responsive to a sampling control 362, described below, and provide emitter drive outputs 482. The emitter drive outputs 482 activate the LEDs of a sensor attached to the sensor port 302 (FIG. 3). The detector front-end 490 receives an input signal 492 from a sensor attached to the sensor port 302 (FIG. 3) and provides a corresponding conditioned and digitized input signal 322 to the signal processor 340. A sampling control 364 controls power to the detector front-end 490, as described below.

As shown in FIG. 4, the signal processor 340 has a pre-processor 410 and a post processor 430. The pre-processor 410 demodulates red and IR signals from the digitized signal 322, performs filtering, and reduces the sample rate. The pre-processor provides a demodulated output, having a red channel 412 and an IR channel 414, which is input into the post-processor 430. The post processor 430 calculates the physiological measurements 342 and the signal statistics 344, which are output to a signal status calculator 450. The physiological measurements 342 are also output to a display driver 380 (FIG. 3) as described above. A pulse oximetry signal processor is described in U.S. Pat. No. 6,081,735 entitled "Signal Processing Apparatus," which is assigned to the assignee of the present invention and incorporated by reference herein.

Also shown in FIG. 4, the sampling controller 360 has a control engine 440, a signal status calculator 450 and a power status calculator 460. The control engine 440 outputs sampling controls 362, 364, 366 to reduce the power consumption of the pulse oximeter 300. In one embodiment, the control engine 440 advantageously utilizes multiple sampling mechanisms to alter power consumption. One sampling mechanism is an emitter duty cycle control 362 that is an input to the emitter drivers 480. The emitter duty cycle control 362 determines the duty cycle of the current supplied by the emitter drive outputs 482 to both red and IR sensor emitters, as described with respect to FIG. 5, below. Another sampling mechanism is a front-end control 364 that intermittently

6

removes power to the detector front-end 490, as described with respected to FIG. 6, below. Yet another sampling mechanism is a data block overlap control 366 that varies the number of data blocks processed by the post processor 430. These various sampling mechanisms provide the flexibility to reduce power without sacrificing performance during, for example, high noise conditions or oxygen desaturation events, as described below in further detail.

The sampling controls 362, 364, 366 modify power consumption by, in effect, increasing or decreasing the number of input samples received and processed. Sampling, including acquiring input signal samples and subsequent sample processing, can be reduced during high signal quality periods and increased during low signal quality periods or when critical measurements are necessary. In this manner, the control engine 440 regulates power consumption to satisfy a predetermined power target, to minimize power consumption, or to simply reduce power consumption, as described with respect to FIGS. 8 and 10, below. The current state of the control engine is provided as a control state output 442 to the power status calculator 460. The control engine 440 utilizes the power status output 462 and the signal status output 452 to determine its next control state, as described with respect to FIGS. 9 and 11, below.

Further shown in FIG. 4, the signal status calculator 450 receives physiological measurements and signal statistics from the post processor 430 and determines the occurrence of an event or a low signal quality condition. An event determination is based upon the physiological measurements output 342 and may be any physiological-related indication that justifies the processing of more sensor samples and an associated higher power consumption level, such as an oxygen desaturation, a fast or irregular pulse rate or an unusual plethysmograph waveform to name a few. A low signal quality condition is based upon the signal statistics output 344 and may be any signal-related indication that justifies the processing of more sensor samples and an associated higher power consumption level, such as a low signal level, a high noise level or motion artifact to name a few. The signal status calculator 450 provides the signal status output 452 that is input to the control engine 440.

In addition, FIG. 4 shows that the power status calculator 460 has a control state input 442 and a power status output 462. The control state input 442 indicates the current state of the control engine 440. The power status calculator 460 utilizes an internal time base, such as a counter, timer or real-time clock, in conjunction with the control engine state to estimate the average power consumption of at least a portion of the pulse oximeter 300. The power status calculator 460 also stores a predetermined power target and compares its power consumption estimate to this target. The power status calculator 460 generates the power status output 462 as an indication that the current average power estimate is above or below the power target and provides this output 462 to the control engine 440.

FIG. 5 illustrates emitter driver output current versus time. The graph 500 depicts the combination of a red LED drive current 510 and an IR drive current 560. The solid line graph 502 illustrates drive currents having a high duty cycle. The dashed line graph 504 illustrates drive currents having a low duty cycle. In a typical pulse oximeter, the duty cycle of the drive signals is constant and provides sufficient dark bands 508 to demodulate the detector response into red and IR channels. The emitter drivers 480 (FIG. 4), however, require a significant portion of the overall pulse oximeter power budget. Intermittently reducing the drive current duty cycle can advantageously reduce power dissipation without com-

17

US 8,457,703 B2

7

promising signal integrity. As an example, a low power pulse oximeter implementation nominally consuming 500 mw may be able to reduce power consumption on the order of 70 mw by such drive current duty cycle reductions. In a preferred embodiment, the drive current duty cycle is varied within a range from about 25% to about 3.125%. In a more preferred embodiment, the drive current duty cycle is intermittently reduced from about 25% to about 3.125%. In conjunction with an intermittently reduced duty cycle or as an independent sampling mechanism, there may be a "data off" time period longer than one drive current cycle where the emitter drivers 480 (FIG. 4) are turned off. The detector front-end 490 (FIG. 4) may also be powered down during such a data off period, as described with respect to FIGS. 8 and 9, below.

FIG. 6 is a graph 600 of a pre-processor output signal 610 over time depicting the result of intermittent sampling at the detector front-end 490 (FIG. 4). The output signal 610 is a red channel 412 (FIG. 4) or an IR channel 414 (FIG. 4) output from the pre-processor 410 (FIG. 4), which is input to the post processor 430 (FIG. 4), as described above. The output signal 610 has "on" periods 612, during which time the detector front-end 490 (FIG. 4) is powered-up and "off" periods 614, during which time the detector front-end 490 (FIG. 4) is powered-down. The location and duration of the on periods 612 and off periods 614 are determined by the front-end control 364 (FIG. 4).

Also shown in FIG. 6 is a corresponding timeline 601 of overlapping data blocks 700, which are "snap-shots" of the pre-processor output signal 610 over specific time intervals. Specifically, the post processor 430 (FIG. 4) processes a sliding window of samples of the pre-processor output signal 610, as described with respect to FIGS. 7A-B, below. Advantageously, the post processor 430 (FIG. 4) continues to function during off portions 614, marking as invalid those data blocks 640 that incorporate those portions 614. A freshness counter can be used to measure the time period 660 between valid data blocks 630, which can be displayed on a pulse oximeter monitor as an indication of confidence in the current measurements.

FIGS. 7A-B illustrate data blocks 700, which are processed by the post processor 430 (FIG. 4). Each data block 700 has n samples 702 of the pre-processor output and corresponds to a time interval 704 of $n/f_s$, where $f_s$ is the sample frequency. For example, in one embodiment n=600 and $f_s$=62.5 Hz. Hence, each data block time interval 704 is nominally 9.6 sec.

As shown in FIG. 7A, each data block 700 also has a relative time shift 706 from the preceding data block, where is an integral number of sample periods. That is, =m/$f_s$, where m is an integer representing the number of samples dropped from the preceding data block and added to the succeeding data block. In the embodiment described above, m=75 and =1.2 sec, nominally. The corresponding overlap 708 of two adjacent data blocks 710, 720 is (n–m)/$f_s$. In the embodiment described above, the overlap 708 is nominally 9.6 sec–1.2 sec=8.4 sec. The greater the overlap 708, i.e. the smaller the time shift 706, the more data blocks there are to process in the post-processor 430 (FIG. 4), with a corresponding greater power consumption. The overlap 708 between successive data blocks 710, 720 may vary from n–1 samples to no samples, i.e. no overlap. Also, as shown in FIG. 7B, there may be a sample gap 756 or negative overlap, i.e. samples between data blocks that are not processed by the post-processor, allowing further post-processor power savings. Sample gaps 756 may correspond to detector front-end off periods 614 (FIG. 6).

FIG. 8 illustrates an exemplar power consumption versus time profile 800 for the pulse oximeter 300 (FIG. 3) during

8

various control engine states. In one embodiment, the control engine 440 (FIG. 4) has three states related to the sampling control outputs 362, 364 that affect pulse oximeter power consumption accordingly. One of ordinary skill in the art will recognize that the control engine 440 (FIG. 4) may have greater or fewer states and associated power consumption levels. The profile 800 shows the three control engine states 810 and the associated power consumption levels 820. These three states are high duty cycle 812, low duty cycle 814 and data off 818.

In the high duty cycle state 812, the control engine 440 (FIG. 4) causes the emitter drivers 480 (FIG. 4) to turn on sensor emitters for a relatively long time period, such as 25% on time for each of the red 510 and IR 560 drive currents. In the low duty cycle state 814, the control engine 440 (FIG. 4) causes the emitter drivers 480 (FIG. 4) to turn on sensor emitters for a relatively short time period, such as 3.125% of the time for each of the red 510 and IR 560 drive currents. In the data off state 818, the control engine 440 (FIG. 4) turns off the emitter drivers 480 (FIG. 4) and powers down the detector front-end 490 (FIG. 4). Also shown is a predetermined target power consumption level 830. The control engine 440 (FIG. 3) alters the sensor sampling of the pulse oximeter 300 (FIG. 3) so that the average power consumption matches the target level 830, as indicated by the power status output 462 (FIG. 4), except when overridden by the signal status output 452 (FIG. 4).

As shown in FIG. 8, power consumption changes according to the control states 810 during each of the time intervals 850. In a first time interval 851, the pulse oximeter is in a low duty cycle state 814 and transitions to a high duty cycle state 812 during a second time interval 852 due to an event or low quality signal. During a third time interval 853, the pulse oximeter is able to enter the data off state 818, during which time no sensor samples are processed. In a forth time interval 854, sensor samples are again taken, but at a low duty cycle 814. During the fifth and sixth time intervals 855, 856, sensor samples are shut off and turned on again as the pulse oximeter 300 (FIG. 3) alternates between the data off state 818 and the low duty cycle state 814 so as to maintain an average power consumption at the target level 830.

FIG. 9 illustrates a state diagram 900 for one embodiment of the control engine 440 (FIG. 4). In this embodiment, there are three control states, high duty cycle 910, low duty cycle 940 and data off 970, as described with respect to FIG. 8, above. If the control state is data off 970, an event triggers a data-off to high-duty-cycle transition 972. If the control state is low duty cycle 940, an event similarly triggers a low-duty cycle to high-duty-cycle transition 942. In this manner, the occurrence of an event initiates high duty sensor sampling, allowing high fidelity monitoring of the event. Similarly, if the control state is low duty cycle 940, low signal quality triggers a low-duty-cycle to high-duty-cycle transition 942. In this manner, low signal quality initiates higher duty sensor sampling, providing, for example, a larger signal-to-noise ratio.

Also shown in FIG. 9, if the control state is high duty cycle 910 and either an event is occurring or signal quality is low, then a null transition 918 maintains the high duty cycle state 910. If the pulse oximeter is not above the power target for more than a particular time interval, a null transition 948 maintains the low duty cycle state 940, so that sampling is turned-off only when necessary to track the power target. Further, if the control state is data off 970 and no time-out has occurred, a null transition 978 maintains the data off state 970, providing a minimum power consumption.

18

US 8,457,703 B2

9                                                        10

In addition, FIG. 9 shows that when the control state is in a high duty cycle state 910, if neither an event nor low signal quality are occurring, then a high-duty-cycle to low-duty-cycle transition 912 occurs by default. Also, if the control state is low duty cycle 940, if neither an event nor low signal quality are occurring and the power consumption is above the target level for longer than a particular time interval, a low-duty-cycle to data-off transition 944 occurs by default, allowing power consumption to come down to the target level. Further, if the control state is data off 970, if no event occurs and a timeout does occur, a data-off to low-duty-cycle transition 974 occurs by default, preventing excessively long periods of no sensor sampling.

FIG. 10 illustrates an exemplar power consumption versus time profile 1000 for the post processor 430 (FIG. 4) during various control engine states. In one embodiment, the control engine 440 (FIG. 4) has three states related to the sampling control output 366 (FIG. 4) that affect post processor power consumption accordingly. One of ordinary skill in the art will recognize that the control engine may have greater or fewer states and associated power consumption levels. The profile 1000 shows the three control engine states 1010 and the associated post processor power consumption levels 1020. These three states are large overlap 1012, medium overlap 1014 and small overlap 1018.

As shown in FIG. 10, in the large overlap state 1012, the control engine 440 (FIG. 4) causes the post processor to process data blocks that have a comparatively small time shift 706 (FIG. 7A), and the post processor exhibits relatively high power consumption under these conditions, say 300 mw. In the medium overlap state 1014, the control engine 440 (FIG. 4) causes the post processor to process data blocks that have a comparatively larger time shift 706 (FIG. 7A). For example, the data blocks may be time shifted twice as much as for the large overlap state 1012, and, as such, the post processor performs only half as many computations and consumes half the nominal power, say 150 mw. In the small overlap state 1018, the control engine 440 (FIG. 4) causes the post processor to process data blocks that have a comparatively large time shift. For example, the data blocks may be time shifted twice as much as for the medium overlap state 1014. As such, the post processor performs only a quarter as many computations and consumes a quarter of the nominal power, say 75 mw, as for the large overlap state 1012. In one embodiment, the control engine 440 (FIG. 4) alters the data block overlap of the post processor in conjunction with the duty cycle of the emitter drivers described with respect to FIG. 5, above, and the front-end sampling described with respect to FIG. 6, above, so that the average power consumption of the pulse oximeter matches a target level indicated by the power status output 462 (FIG. 4) or so that the power consumption is otherwise reduced or minimized.

In a preferred embodiment, data blocks are time shifted by either about 0.4 sec or about 1.2 sec, depending on the overlap state of the control engine 440 (FIG. 4). In a more preferred embodiment, the data blocks are varied between about 1.2 sec and about 4.8 sec. In a most preferred embodiment, the data blocks are time shifted by either about 1.2 sec, about 2.4 sec or about 4.8 sec, depending on the overlap state of the control engine 440 (FIG. 4). Although the post-processing of data blocks is described above with respect to only a few overlap states and a corresponding number of particular data block time shifts, there may be many overlap states and a corresponding range of data block time shifts.

Further shown in FIG. 10, power consumption 1020 changes according to the control states 1010 during each of the time intervals 1050. In a first time interval 1052, the post processor is in a large overlap state 1012 and transitions to a medium overlap state 1014 during a second time interval 1054, so as to meet a power target during a high signal quality period, for example. During a third time interval 1055, the post processor enters a small overlap state 1018, for example to meet a power target by further reducing power consumption. In a forth time interval 1056, the post processor transitions back to a large overlap state 1012, such as during an event or low signal quality conditions.

FIG. 11 illustrates a state diagram 1100 for one embodiment of the control engine 440 (FIG. 4). These states may function in parallel with, or in combination with, the sampling states described with respect to FIG. 9, above. In the illustrated embodiment, there are three control states, large overlap 1110, medium overlap 1140 and small overlap 1170, as described with respect to FIG. 10, above. If the control state is small overlap 1170, an event triggers a small overlap to large overlap transition 1172. If the control state is medium overlap 1140, an event similarly triggers a medium overlap to large-overlap transition 1142. In this manner, the occurrence of an event initiates the processing of more data blocks, allowing more robust signal statistics and higher fidelity monitoring of the event. Similarly, if the control state is medium overlap 1140, low signal quality triggers a medium overlap to large overlap transition 1142. In this manner, low signal quality initiates the processing of more data blocks, providing more robust signal statistics during lower signal-to-noise ratio periods.

Also shown in FIG. 11, if the control state is large overlap 1110 and either an event is occurring or signal quality is low, then a null transition 1118 maintains the large overlap state 1110. If the pulse oximeter is not above the power target for more than a particular time interval, a null transition 1148 maintains the medium overlap state 1140, so that reduced data processing occurs only when necessary to track the power target. Further, if the control state is small overlap 1170, a null transition 1178 maintains this power saving state until the power target is reached or an event or low signal quality condition occurs.

In addition, FIG. 11 shows that when the control state is in a large overlap state 1110, if neither an event nor low signal quality are occurring, then a large overlap to medium overlap transition 1112 occurs by default. Also, if the control state is medium overlap 1140, if the power consumption is above the target level for longer than a particular time interval and no low signal quality condition or event is occurring, a medium overlap to small overlap transition 1174 occurs, allowing power consumption to come down to the target level. Further, if the control state is small overlap 1170, if no event occurs but the power target has been met, a small overlap to medium overlap transition 1174 occurs.

A low power pulse oximeter embodiment is described above as having a power status calculator 460 (FIG. 4) and an associated power target. Another embodiment of a low power pulse oximeter, however, functions without either a power status calculator or a power target, utilizing the sampling controls 362, 364, 366 (FIG. 3) in response to internal parameters and/or output parameters, such as signal statistics 344 (FIG. 3) and/or physiological measurements 342 (FIG. 3) to reduce power consumption except during, say, periods of low signal quality and physiological events.

One of ordinary skill in the art will recognize that various state diagrams are possible representing control of the emitter drivers, the detector front-end and the post-processor. Such state diagrams may have fewer or greater states with differing transitional characteristics and with differing relationships between sampling mechanisms than the particular embodi-

19

US 8,457,703 B2

11

ments described above. In relatively simple embodiments of the control engine **440** (FIG. **4**), only a single sampling mechanism is used, such as the sampling mechanism used to vary the duty cycle of the emitter drivers. The single sampling mechanism may be based only upon internal parameters, such as signal quality, only upon output parameters, such as those that indicate the occurrence of physiological events, or upon a combination of internal and output parameters, with or without a power target.

In relatively more complex embodiments of the control engine **440** (FIG. **4**), sampling mechanisms are used in combination. These sampling mechanisms may be based only upon internal parameters, only upon output parameters, or upon a combination of internal and output parameters, with or without a power target. In a particular embodiment, the emitter duty-cycle, front-end duty-cycle and data block overlap sampling mechanisms described above are combined. A "reduced overlap" state relating to the post-processing of data blocks is added to the diagram of FIG. **9** between the "low duty cycle" state and the "data off" state. That is, sampling is varied between a high duty cycle state, a low duty cycle state, a reduced overlap state and a data off state in response to signal quality and physiological events, with or without a power target.

The low power pulse oximeter has been disclosed in detail in connection with various embodiments. These embodiments are disclosed by way of examples only and are not to limit the scope of the claims that follow. One of ordinary skill in the art will appreciate many variations and modifications.

What is claimed is:

**1**. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:

driving one or more light sources configured to emit light into tissue of a monitored patient;

receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;

continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;

comparing processing characteristics to a predetermined threshold; and

when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue.

**2**. The method of claim **1**, wherein said reducing activation comprises reducing a duty cycle of said sensor.

**3**. The method of claim **1**, wherein during said operating at said higher power consumption level, monitoring when said processing characteristics recedes from said threshold; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level.

**4**. The method of claim **1**, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors.

**5**. The method of claim **4**, wherein said signal characteristics comprise signal strength.

**6**. The method of claim **4**, wherein said signal characteristics comprise a presence of noise.

**7**. The method of claim **4**, wherein said signal characteristics comprise a presence of motion induced noise.

12

**8**. The method of claim **1**, wherein said processing characteristics include determining an estimate of current power consumption and comparing said estimate with a target power consumption.

**9**. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:

driving one or more light sources configured to emit light into tissue of a monitored patient;

receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;

continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;

comparing processing characteristics to a predetermined threshold; and

when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor.

**10**. The method of claim **9**, wherein said reducing comprises processing less data.

**11**. The method of claim **10**, wherein said processing less data comprises reducing an overlap in data blocks being processed.

**12**. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:

driving one or more light sources configured to emit light into tissue of a monitored patient;

receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;

continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;

comparing processing characteristics to a predetermined threshold; and

when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said processing characteristics include an override condition.

**13**. The method of claim **12**, wherein said override condition comprises measurements during a critical care environment.

**14**. The method of claim **12**, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior.

**15**. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising:

an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and

one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein processors reduce activation of an attached sensor.

20

US 8,457,703 B2

13

**16**. The monitor of claim **15**, wherein said processors reduce a duty cycle of said sensor.

**17**. The monitor of claim **15**, wherein during said operating at said higher power consumption level, said processors monitors when said processing characteristics recedes from said threshold; and when receded, said processors transition to continuously operating at said lower power consumption level.

**18**. The monitor of claim **15**, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors.

**19**. The monitor of claim **15**, wherein said processing characteristics include determining an estimate of current power consumption and comparing said estimate with a target power consumption.

**20**. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising:

an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and

one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a

14

higher power consumption level, wherein said processors reduce an amount of processing by a signal processor.

**21**. The monitor of claim **20**, wherein said processors reduce an overlap in data blocks being processed.

**22**. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising:

an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and

one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein said processing characteristics include an override condition.

**23**. The monitor of claim **22**, wherein said override condition comprises measurements during a critical care environment.

**24**. The monitor of claim **22**, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior.

\* \* \* \* \*

## U.S. DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

July 20, 2022
(Date)

**THIS IS TO CERTIFY** that the attached document is a list of the papers that comprise the record before the Patent Trial and Appeal Board (PTAB) for the *Inter Partes Review* proceeding identified below.

**APPLE INC.,**
**Petitioner**

**v.**

**MASIMO CORPORATION,**
**Patent Owner**

**Case: IPR2020-01523**
**Patent 8,457,703 B2**

By authority of the

**DIRECTOR OF THE UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

/s/ Natasha M. Brotten

*Certifying Officer*



**Prosecution History IPR2020-01523**

| Date | Document |
|------|----------|
| 09/09/2020 | Petitioner's Power of Attorney |
| 09/09/2020 | Petition for Inter Partes Review |
| 09/21/2020 | Patent Owner's Mandatory Notices |
| 10/19/2020 | Notice of Accord Filing Date |
| 01/08/2021 | Petitioner's Updated Exhibit List |
| 01/19/2021 | Patent Owner's Notice of Waiver of Preliminary Response |
| 04/14/2021 | Trial Instituted Document |
| 04/14/2021 | Scheduling Order |
| 04/28/2021 | Patent Owner's Objection to Evidence |
| 04/28/2021 | Patent Owner's Supplemental Mandatory Notice Adding Joshua J. Stowell as Backup Counsel |
| 05/25/2021 | Patent Owner's Notice of Deposition of Dr. Brian W. Anthony |
| 06/10/2021 | Patent Owner's Notice of Stipulation to Modify Due Dates 1-3 |
| 06/29/2021 | Patent Owner's Amended Notice of Deposition of Dr. Brian W. Anthony |
| 07/05/2021 | Patent Owner's Amended Notice of Stipulation to Modify Due Dates 1-3 |
| 07/28/2021 | Patent Owner's Response |
| 08/04/2021 | Petitioner's Objections to Evidence |
| 08/20/2021 | Petitioner's Notice of Deposition of Vijay K. Madisetti, Ph.D. |
| 10/21/2021 | Petitioner's Reply to Patent Owner's Response |
| 10/28/2021 | Patent Owner's Objections |
| 12/02/2021 | Patent Owner's Sur Reply to Reply |
| 12/03/2021 | Petitioner's Oral Hearing Request |
| 12/03/2021 | Patent Owner's Request for Oral Argument |
| 12/17/2021 | Order Setting Oral Argument |
| 12/21/2021 | Patent Owner's Updated Mandatory Notice Changing Lead Counsel |
| 12/27/2021 | Patent Owner's Motion to Exclude Petitioner's Evidence |
| 01/03/2022 | Petitioner's Opposition to Patent Owner's Motion to Exclude Petitioner's Evidence |
| 01/10/2022 | Patent Owner's Reply ISO Motion to Exclude Petitioner's Evidence |
| 01/14/2022 | Petitioner's Updated Exhibit List |
| 01/14/2022 | Patent Owner's Demonstratives for Trial Hearing |
| 01/14/2022 | Certificate of Service of Patent Owner's Demonstratives for Trial Hearing |
| 02/16/2022 | Hearing transcript |
| 04/11/2022 | Final Written Decision |
| 06/09/2022 | Petitioner's Notice of Appeal |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent of:    Al-Ali
U.S. Patent No.:    8,457,703        Attorney Docket No.: 50095-0002IP1
Issue Date:    June 4, 2013
Appl. Serial No.:    11/939,519
Filing Date:    November 13, 2007
Title:    LOW POWER PULSE OXIMETER

**Mail Stop Patent Board**
Patent Trial and Appeal Board
U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

**PETITION FOR *INTER PARTES* REVIEW OF UNITED STATES PATENT NO. 8,457,703 PURSUANT TO 35 U.S.C. §§ 311–319, 37 C.F.R. § 42**

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

## TABLE OF CONTENTS

I.      REQUIREMENTS FOR IPR ..........................................................2

    A. Grounds for Standing ..........................................................2

    B. Challenge and Relief Requested....................................................3

II.     THE '703 PATENT ..........................................................4

    A. Brief Description ..........................................................4

    B. Summary of the Prosecution History ....................................5

    C. Level of Ordinary Skill in the Art ........................................5

    D. Claim Construction..........................................................6

       1.  "reducing/reduce activation of an attached sensor" (claims 1 and 15).6

III.    UNPATENTABILITY GROUNDS ....................................................7

    A. GROUND 1A: Claims 9-10, 12-14, 20, and 22-24 are obvious based on Diab and Amano..........................................................7

       1.  Overview of Diab ..........................................................7

       2.  Overview of Amano ........................................................8

       3.  The Combination of Diab and Amano ................................9

       4.  Reasons to Combine Diab and Amano ............................10

       5.  Claim 9 ..........................................................11

       6.  Claim 10 ..........................................................22

       7.  Claim 12 ..........................................................22

       8.  Claim 13 ..........................................................25

       9.  Claim 14 ..........................................................26

       10. Claim 20 ..........................................................26

       11. Claim 22 ..........................................................27

       12. Claim 23 ..........................................................28

       13. Claim 24 ..........................................................28

    B. GROUND 1B: Claims 11 and 21 are obvious based on Diab, Amano, and Edgar..........................................................29

       1.  Overview of Edgar ........................................................29

       2.  The Combination of Diab, Amano, and Edgar ................30

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

3.  Reasons to Combine Diab, Amano, and Edgar.....................................31

4.  Claim 11 ..................................................................................33

5.  Claim 21 ..................................................................................37

C.  GROUND 1C: Claims 1-7 and 15-18 are obvious based on Diab, Amano, and Turcott..................................................................................37

1.  Overview of Turcott ..................................................................37

2.  The Combination of Diab, Amano, and Turcott ................................37

3.  Reasons to Combine Diab, Amano, and Turcott................................38

4.  Claim 1 ....................................................................................40

5.  Claim 2 ....................................................................................43

6.  Claim 3 ....................................................................................43

7.  Claim 4 ....................................................................................44

8.  Claim 5 ....................................................................................44

9.  Claim 6 ....................................................................................45

10. Claim 7 ....................................................................................45

11. Claim 15 ..................................................................................45

12. Claim 16 ..................................................................................46

13. Claim 17 ..................................................................................46

14. Claim 18 ..................................................................................47

D.  GROUND 2A: Claims 9-10, 12-14, 20, and 22-24 are obvious based on Diab and the GK-POSITA;  GROUND 2B: Claims 11 and 21 are obvious based on Diab, the GK-POSITA, and Edgar;  GROUND 2C: Claims 1-7 and 15-18 are obvious based on Diab, the GK-POSITA, and Turcott.....47

E.  GROUND 3A: Claims 9-10, 12-14, 20, and 22-24 are obvious based on Amano ...........................................................................................49

1.  Overview of Amano ...................................................................49

2.  Claim 9 ....................................................................................51

3.  Claim 10 ..................................................................................59

4.  Claim 12 ..................................................................................59

5.  Claim 13 ..................................................................................60

6.  Claim 14 ..................................................................................61

7.  Claim 20 ..................................................................................62

8.  Claim 22 ...........................................................................63

9.  Claim 23 ...........................................................................63

10. Claim 24 ...........................................................................63

F.  GROUND 3B: Claims 1-3 and 15-17 are obvious based on Amano and Turcott ...........................................................................64

1.  The Combination of Amano and Turcott .............................64

2.  Reasons to Combine Amano and Turcott .............................64

3.  Claim 1 ..............................................................................66

4.  Claim 2 ..............................................................................67

5.  Claim 3 ..............................................................................68

6.  Claim 15 ............................................................................69

7.  Claim 16 ............................................................................70

8.  Claim 17 ............................................................................70

IV.  PTAB DISCRETION SHOULD NOT PRECLUDE INSTITUTION..........70

A. Factor 1: Institution will increase the likelihood of stay .........................70

B. Factor 2: District Court schedule...............................................71

C. Factor 3: Apple's investment in IPR outweighs forced investment in litigation to date ...............................................................72

D. Factor 4: The Petition raises unique issues ..............................73

E. Factor 5: Institution would provide the Board an opportunity to invalidate claims that could later be reasserted against others...................................74

F. Factor 6: Other circumstances support institution...................74

V.   PAYMENT OF FEES ...........................................................75

VI.  CONCLUSION.......................................................................75

VII. MANDATORY NOTICES UNDER 37 C.F.R § 42.8(a)(1).........................75

A. Real Party-In-Interest Under 37 C.F.R. § 42.8(b)(1) .................75

B. Related Matters Under 37 C.F.R. § 42.8(b)(2)...........................75

C. Lead And Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3) .................76

D. Service Information ...............................................................76

## EXHIBITS

APPLE-1001    U.S. Patent No. 8,457,703 to Al-Ali ("the '703 Patent")

APPLE-1002    Excerpts from the Prosecution History of the '703 Patent

APPLE-1003    Declaration of Brian W. Anthony, Ph.D.

APPLE-1004    U.S. Patent No. 6,293,915 to Amano et al. ("Amano")

APPLE-1005    U.S. Patent No. 6,393,311 to Edgar, Jr. et al. ("Edgar")

APPLE-1006    U.S. Patent No. 6,527,729 to Turcott ("Turcott")

APPLE-1007    U.S. Patent No. 5,632,272 to Diab et al. ("Diab")

APPLE-1008    U.S. Patent No. 6,178,343 to Bindszus et al.

APPLE-1009    U.S. Patent No. 5,924,979 to Swedlow et al.

APPLE-1010    Tremper, *Pulse Oximetry*, Anesthesiology, The Journal of the American Society of Anesthesiologists, Inc., Vol. 70, No. 1 (January 1989)

APPLE-1011    Mendelson, *Skin Reflectance Pulse Oximetry: In Vivo Measurements from the Forearm and Calf*, Journal of Clinical Monitoring, Vol. 7, No. 1 (January 1991)

APPLE-1012    Excerpts from Bronzino, *The Biomedical Engineering Handbook*, CRC Press, Inc. (1995)

APPLE-1013    Konig, *Reflectance Pulse Oximetry – Principles and Obstetric Application in the Zurich System*, Journal of Clinical Monitoring, Vol. 14, No. 6 (August 1998)

APPLE-1014    U.S. Patent No. 5,490,505 to Diab et al.

APPLE-1015    U.S. Patent No. 5,027,410 to Williamson et al.

APPLE-1016        U.S. Patent Application Publication No. 2003/0004428 to Pless et al.

APPLE-1017        U.S. Patent Application Publication No. 2002/0032386 to Sackner et al.

APPLE-1018        U.S. Patent Application Publication No. 2003/0163287 to Vock et al.

APPLE-1019        U.S. Patent No. 6,163,721 to Thompson

APPLE-1020        U.S. Patent No. 5,058,203 to Inagami

APPLE-1021        U.S. Patent No. 6,711,691 to Howard et al.

APPLE-1022-1030        Reserved

APPLE-1031        Scheduling Order, Masimo v. Apple et al., Case 8:20-cv-00048, Paper 37 (April 17, 2020)

APPLE-1032        Stipulation by Apple

APPLE-1033        Telephonic Status Conference, Masimo v. Apple et al., Case 8:20-cv-00048, Paper 78 (July 13, 2020)

APPLE-1034        Joseph Guzman, "Fauci says second wave of coronavirus is 'inevitable'", TheHill.com (Apr. 29, 2020), available at: https://thehill.com/changing-america/resilience/natural-disasters/495211-fauci-says-second-wave-of-coronavirus-is

APPLE-1035        "Tracking the coronavirus in Los Angeles County," LATimes.com (Aug. 20, 2020), available at https://www.latimes.com/projects/california-coronavirus-cases-tracking-outbreak/los-angeles-county/

APPLE-1036        Order Amending Scheduling Order, Masimo et al. v. True Wearables et al., Case 8:18-CV-02001 (July 7, 2020)

v

Apple Inc. ("Petitioner" or "Apple") petitions for *Inter Partes* Review ("IPR") of claims 1-7, 9-18, and 20-24 ("the Challenged Claims") of U.S. Patent No. 8,457,703 ("the '703 Patent").  The '703 Patent describes a purported improvement to "a sleep-mode pulse oximeter... utilizing conventional sleep-mode power reduction" "where the circuitry is powered down," and thus "the pulse oximeter is not functioning during sleep mode" which can result in "miss[ed] events, such as patient oxygen desaturation."  APPLE-1001, 1:63-2:2, 2:18-21.  According to the '703 Patent, the improved pulse oximeter uses processing characteristics to "regulate pulse oximeter power dissipation" by "reducing activation of an attached sensor" or "reducing an amount of processing."  APPLE-1001, 5:15-23, claims 1 and 9.

But this "improvement" was not new.  To the contrary, the '703 Patent was granted without full consideration to the wide body of applicable art.  As Dr. Brian Anthony explains in his accompanying declaration with respect to the applied prior art, patient monitors such as pulse rate detectors and pulse oximeters commonly included these and other features before the '703 Patent's earliest effective filing date, and a patient monitor including each feature of the Challenged Claims would have been obvious to a POSITA.  APPLE-1003, ¶¶37-127.  For example, U.S. Patent No. 6,293,915 to Amano et al. (APPLE-1004) describes the exact limitations of the '703 Patent's proposed solution to the problem found in the prior

1

art "sleep-mode pulse oximeter."  APPLE-1001, 1:63-2:2, 2:18-21.  Much like the

'703 Patent, Amano describes a pulse wave examination apparatus that "***reduce[s]***

***power consumption*** in the apparatus" while allowing a subject to "detect his pulse

condition ***continuously*** in his daily life" by suspending body movement processing

operations (reducing an amount of processing) "when... no body movement is

present."  APPLE-1004, 21:50-22:9, 35:54-64, 36:23-27, 38:26-27.  Amano is not

alone, as Turcott (APPLE-1006) describes "minimiz[ing] power consumption" by

adjusting "the drive current" of the light emitter (reducing activation of an attached

sensor).  APPLE-1006, 11:51-59. Other references cited herein likewise disclose

managing power consumption during continuous patient monitoring by adjusting

behavior of a patient monitor, as discussed in detail below.  Apple respectfully

submits that an IPR should be instituted, and that the Challenged Claims should be

canceled as unpatentable.

## I.     REQUIREMENTS FOR IPR

### A.    Grounds for Standing

Apple certifies that the '703 Patent is available for IPR.  The present Petition

is being filed within one year of service of a complaint against Apple in *Masimo*

*Corporation et al. v. Apple Inc.*, Case No. 8:20-cv-00048 (C.D. Cal.).  Apple is not

estopped from requesting this review challenging the Challenged Claims on the

below-identified grounds.

### B.    Challenge and Relief Requested

An explanation of how these claims are unpatentable under the statutory grounds identified below is provided in the form of a detailed description that follow. Additional explanation and support for each ground of rejection is set forth in the Declaration of Brian W. Anthony, Ph.D. (APPLE-1003), referenced throughout this Petition.

| Ground | Claims | §103 Basis |
|:---:|:---:|:---|
| 1A | **9-10, 12-14, 20, 22-24** | Diab (APPLE-1007) and Amano |
| 1B | **11, 21** | Diab, Amano, and Edgar (APPLE-1005) |
| 1C | **1-7, 15-18** | Diab, Amano, and Turcott (APPLE-1006) |
| 2A | **9-10, 12-14, 20, 22-24** | Diab and the General Knowledge of a POSITA (GK-POSITA) |
| 2B | **11, 21** | Diab, GK-POSITA, and Edgar |
| 2C | **1-7, 15-18** | Diab, GK-POSITA, and Turcott |
| 3A | **9-10, 12-14, 20, 22-24** | Amano (APPLE-1004) |
| 3B | **1-3, 15-17** | Amano and Turcott (APPLE-1006) |

Each reference pre-dates the provisional application (filed 7/2/2001) and qualifies as prior art:

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

| Reference | Date | Section |
|-----------|------|---------|
| Diab | 5/27/1997 (issued) | 102(b) |
| Amano | 7/16/1999 (filed) | 102(e) |
| Edgar | 10/1/1999 (filed) | 102(e) |
| Turcott | 10/11/2000 (filed) | 102(e) |

None of these references were cited in any office action by the examiner during prosecution.

## II.    THE '703 PATENT

### A.    Brief Description

The '703 Patent relates to "a low power pulse oximeter." APPLE-1001, 4:64-5:14, 5:14-15, FIG. 3. The pulse oximeter "utilizes multiple sampling mechanisms to alter power consumption." APPLE-1001, 5:59-61; APPLE-1003, ¶¶26-29. The '703 patent describes that the sampling mechanisms "modify power consumption by, in effect, increasing or decreasing the number of input samples received and processed." APPLE-1001, 6:9-11; APPLE-1003, ¶¶30-31. The patent states that "[s]ampling, including acquiring input signal samples and subsequent sample processing, can be reduced during high signal quality periods and increased during low signal quality periods or when critical measurements are necessary." APPLE-1001, 6:11-15.

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

## B.    Summary of the Prosecution History

Original claims 1-16 were rejected based on U.S. Patent No. 5,924,979 to Swedlow et al. ("Swedlow").  APPLE-1002, 65-68.  In the response to the first office action, the applicant argued that "Swedlow discloses a 'sleep mode' for a pulse oximeter" and the "sleep mode technologies, including Swedlow, do not teach or suggest continuous determination of measurement values" but "[r]ather, sleep mode disclosures, including Swedlow, simply turn off various portions/electronics for predetermined periods of time."  APPLE-1002, 91.   As described in detail below, other prior art references—which were never before the examiner—teach or suggest the claimed features.  APPLE-1003, ¶32.

## C.    Level of Ordinary Skill in the Art

A person of ordinary skill in the art relating to, and at the time of, the invention of the '703 Patent ("POSITA") would have had a Bachelor of Science degree in an academic discipline emphasizing the design of electrical, computer, or software technologies, in combination with training or at least one to two years of related work experience with capture and processing of data or information, including but not limited to physiological monitoring technologies or a Master of Science degree in a relevant academic discipline with less than a year of related work experience in the same discipline.  APPLE-1003, ¶33.

5

### D.    Claim Construction

Petitioner submits that all claim terms should be construed according to the *Phillips* standard.  *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005); 37 C.F.R. § 42.100.  Here, based on the evidence below and the prior art's description of the claimed elements being similar to that of the '703 patent specification, no formal claim constructions, except those discussed below, are necessary in this proceeding because "claim terms need only be construed to the extent necessary to resolve the controversy."  *Wellman, Inc. v. Eastman Chem. Co.*, 642 F.3d 1355, 1361 (Fed. Cir. 2011).

### 1.    "reducing/reduce activation of an attached sensor" (claims 1 and 15)

We construe this phrase as "reducing the duty cycle of an emitter driver output to the sensor" or "entering a data off state for a time period in which the emitter drivers are turned off."  APPLE-1003, ¶36.  This construction is consistent with the '703 Patent disclosure, as understood by a POSITA, which states that "[i]ntermittently reducing the drive current duty cycle can advantageously reduce power dissipation" and "[i]n conjunction with an intermittently reduced duty cycle or as an independent sampling mechanism, there may be a 'data off' time period longer than one drive current cycle where the emitter drivers... are turned off." APPLE-1001, 3:28-30, 6:66-7:1, 7:8-12; APPLE-1003, ¶36.

Moreover, regardless of whether the particular language offered by this proposed construction is adopted, the scope of the phrase "reducing/reduce activation of an attached sensor" should nonetheless be broad enough to encompass "reducing the duty cycle of an emitter driver output to the sensor" and "entering a data off state for a time period in which the emitter drivers are turned off." *See* APPLE-1001, 3:28-30, 6:66-7:1, 7:8-12; APPLE-1003, ¶36.

### III. UNPATENTABILITY GROUNDS

#### A. GROUND 1A: Claims 9-10, 12-14, 20, and 22-24 are obvious based on Diab and Amano

##### 1. Overview of Diab[1]

Diab describes "a physiological monitor for pulse oximetry" referred to as "pulse oximeter 299." APPLE-1007, 34:10-12, FIG. 11. The oximeter includes "a digital signal processing system 334" that "provides clean plethysmographic waveforms of the detected signals and provides values for oxygen saturation and pulse rate to the display." APPLE-1007, 35:34-47, 34:24-28, FIGS. 13-14. The signal processor 334 performs functions of a "pulse rate module 410" that includes

---

[1] General descriptions provided for the references, including but not limited to Diab, and combinations thereof are hereby incorporated into each subsection addressing/applying those references, as are the discussions of combinations.

"a motion status module 584," the output of which is provided to "a motion artifact suppression module 580."   APPLE-1007, 38:61-63, 47:30-38, 47:47-49, FIGS. 14, 20.  An "average peak width value" is input to the motion status module 584, and "if the peaks are wide, this is taken as an indication of motion."  APPLE-1007, 47:50-52, FIG. 20.  "If motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression," and "[i]n the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580."  APPLE-1007, 47:52-56.  The "output filter 594" of the pulse rate module 410 provides "the pulse of the patient, which is advantageously provided to the display."  APPPLE-1007, 48:3-5, 50:27-29; APPLE-1003, ¶¶37-40.

## 2.    Overview of Amano

Amano describes a "pulse wave examination apparatus" that includes a "pulse wave detecting section 10."  APPLE-1004, 40:23-24.  Amano teaches that, in the context of processing the detected pulse wave obtained from a LED and a phototransistor of the pulse wave detection section 10, "when the body movement component eliminating section 30 is made to operate for the elimination of the body movement component [from the detected pulse wave] even if there is no body movement,... power is consumed by the body movement eliminating operation."  APPLE-1004, 21:3-57.  Amano provides a solution where "when no body movement is present, the operations of the waveform treating section 21 and

body movement component eliminating section 30 are suspended," which "reduce[s] power consumption in the apparatus." APPLE-1004, 21:65-22:6, 35:54-64. Thus, Amano teaches reducing power consumption by suspending unnecessary processing operations. *Id.*; APPLE-1003, ¶¶41-42.

### 3.    The Combination of Diab and Amano

In light of Amano's teaching that "power is consumed by the body movement eliminating operation," a POSITA would have found obvious that operating Diab's "motion artifact suppression module 580" likewise consumes power. APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 47:52-56, 48:34-49:38; APPLE-1003, ¶43. Additionally, in light of Amano's teaching that suspending "the operations of... body movement component eliminating section" reduces power consumption, a POSITA would have found obvious that performing Diab's "spectral estimation on the signals... directly *without* motion artifact suppression" [2] similarly reduces power consumption. *Id.* In light of Amano's teaching of reducing power consumption by suspending unnecessary processing operations, a POSITA would have found obvious that Diab's oximeter likewise reduces power consumption by performing "spectral estimation on the signals... directly *without* motion artifact suppression." *Id.*

---

[2] All emphasis added unless otherwise indicated.

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

### 4.    Reasons to Combine Diab and Amano

A POSITA would have been motivated to and would have found it obvious and straightforward to supplement Diab's teachings with the teachings of Amano as described above.  APPLE-1003, ¶44.  Both Diab and Amano are in the same field of art and relate to devices that provide pulse waveforms.  APPLE-1004, 21:3-8, 29:23-25, 31:2-8, 33:50-54, 34:3-14, 35:17-21, 36:23-27, 38:26-27, 40:23-27; APPLE-1007, 34:27-28, 35:44-47, 49:25-32.  Both Amano and Diab disclose a need to eliminate motion-induced noise from a pulse waveform.  APPLE-1004, 33:54-67; APPLE-1007, 2:23-26, 2:53-3:9, 34:1-9.

Amano is offered to demonstrate that reducing the amount of processing by suspending operations reduces power consumption.  APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 47:52-56, 48:34-49:38; APPLE-1003, ¶45.  A POSITA faced with Diab's disclosure would look to similar systems, such as Amano, to obtain more information on the effect of Diab's reduction in processing.  *Id*.  Amano's teachings reveal to a POSITA that changes in power consumption were obvious from changes in the amount of processing that are contemplated by Diab.  *Id*.  A POSITA would have recognized that supplementing Diab's teachings with the teachings of Amano as described above would have led to predictable results without significantly altering or hindering the functions performed by Diab's oximeter.  *Id*.

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

5.    **Claim 9**

**9[p]: "A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:"**

In the combination, Diab teaches a method for operating "a physiological monitor for pulse oximetry" referred to as "pulse oximeter 299" that "compute[s] the arterial and venous blood oxygen saturations of a physiological system on a ***continuous*** or nearly continuous time basis." APPLE-1007, 34:10-12, 63:38-41, FIG. 11; APPLE-1003, ¶46. The oximeter includes "a digital signal processing system 334" that "provides clean plethysmographic waveforms of the detected signals and provides values for oxygen saturation and pulse rate to the display." APPLE-1007, 35:34-47, 34:24-28, FIGS. 13-14. A portion of the functional diagram of the oximeter 299 is shown below:



APPLE-1007, Detail of FIG. 11

11

Diab's signal processor 334 adjusts behavior of the oximeter during continuous patient monitoring by including "a motion status module 584," the output of which is provided to "a motion artifact suppression module 580." APPLE-1007, 47:30-38, 47:47-49, FIGS. 14, 20; APPLE-1003, ¶¶47-48. An "average peak width value" is input to the motion status module 584, and "if the peaks are wide, this is taken as an indication of motion." APPLE-1007, 47:50-52, FIG. 20. "If motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression," and "[i]n the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580." APPLE-1007, 47:52-56. Thus, Diab adjusts the behavior of the oximeter by (1) not performing motion artifact suppression when motion is not detected and (2) suppressing motion artifacts when motion is detected. APPLE-1007, 47:52-56; APPLE-1003, ¶¶47-48.

Also in the combination, Amano teaches that "when the body movement component eliminating section... is made to operate... power is consumed by the body movement eliminating operation" and "when no body movement is present, the operations of... body movement component eliminating section... are suspended," "thereby *reducing* calculation time and *power consumption*." APPLE-1004, 21:50-22:6, 35:54-64. A POSITA would have found obvious that operating Diab's "motion artifact suppression module 580" consumes power based

on Amano's teaching that "power is consumed by the body movement eliminating operation" to Diab's oximeter. APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 48:34-49:38; APPLE-1003, ¶49.

Additionally, a POSITA would have found obvious that performing "spectral estimation on the signals... directly *without* motion artifact suppression" reduces power consumption based on Amano's teaching that suspending "the operations of... body movement component eliminating section" reduces power consumption. *Id.*; APPLE-1003, ¶50. A POSITA would have been motivated and would have found it obvious and straightforward to combine Diab with Amano to manage power consumption by "reducing calculation time and power consumption," as suggested by Amano, "[i]f motion is not detected" by performing "spectral estimation on the signals... directly *without* motion artifact suppression," as taught by Diab. *Id.*

**9[a]: "driving one or more light sources configured to emit light into tissue of a monitored patient;"**
**9[b]: "receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;"**

In the combination, Diab's "pulse oximeter... non-invasively measures the arterial saturation of oxygen in the blood." APPLE-1007, 2:66-3:1. Diab's oximeter 299 includes "***red and infrared light emitters 301, 302*** [that] each emits energy which is absorbed by the finger 310 and received by the ***photodetector 320***"

after attenuation by the finger.  APPLE-1007, 35:23-27, 4:51-57, 33:51-60, 34:12-19; APPLE-1003, ¶51.  "The finger comprises skin, tissue, muscle, both arterial blood and venous blood, fat, etc., each of which absorbs light energy."  APPLE-1007, 33:60-64.  A portion of the functional diagram of the oximeter 299 showing the sensor is below:



APPLE-1007, Detail of FIG. 11 (annotated)

### 9[c]: "continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;"

In the combination, Diab's oximeter includes "a digital signal processing system 334" that includes a "digital signal processor 362" that carries out "the operations of the pulse oximeter 299" depicted in FIGS. 14-20.  APPLE-1007, 38:31-38, 38:61-63.  The signal processor "provides clean plethysmographic waveforms of the detected signals and provides values for oxygen saturation and pulse rate to the display."  APPLE-1007, 35:34-47, 34:24-28, FIGS. 13-14.  The signal processor 334 of the oximeter 299 performs functions of a "pulse rate

module 410" that includes "a motion status module 584," the output of which is

provided to "a motion artifact suppression module 580."  APPLE-1007, 38:61-63,

47:30-38, 47:47-49, FIGS. 14, 20.  "*If motion is not detected*, spectral estimation

on the signals is *carried out directly without motion artifact suppression*," and

"[i]n the case of motion, motion artifacts are suppressed using the motion artifact

suppression module 580."  APPLE-1007, 47:52-56.  In this way, Diab's oximeter

continuously operates by "comput[ing] the arterial and venous blood oxygen

saturations of a physiological system on a *continuous* or nearly continuous time

basis... regardless of whether or not the physiological system undergoes voluntary

motion."  APPLE-1007, 34:10-12, 63:38-41, FIG. 11; APPLE-1003, ¶52.  The

"output filter 594" of the pulse rate module 410 provides "the pulse of the patient,

which is advantageously provided to the display."  APPLE-1007, 48:3-5, 50:27-29.

   A functional diagram of Diab's pulse rate module 410 is shown below, with

annotations showing the signals (only infrared samples) and the modules 578, 586,

590, 592, and 594 used to determine the pulse rate "without motion artifact

suppression" (green line) when motion is not detected by the motion status module

584.  APPLE-1007, 48:6-33, 50:1-29; APPLE-1003, ¶53.  As a comparison, the

functional diagram is also annotated to show the signals (infrared samples, red

samples, saturation value) and the motion artifact suppression module 580 (purple

box) and modules 588, 590, 592, and 594 used to determine the pulse rate (purple

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

line) when motion is detected by the motion status module 584. APPLE-1007,

47:47-49, 47:55-50:29; APPLE-1003, ¶53.



APPLE-1007, Detail of FIG. 20 (annotated)

A functional diagram of the motion artifact suppression module 580 is

shown below, with the additional processing for motion artifact suppression

annotated. APPLE-1007, 48:34-49:32; APPLE-1003, ¶54.

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703



APPLE-1007, Detail of FIG. 21 (annotated)

While Diab's explicit description that "[i]f motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression" and "[i]n the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580" (APPLE-1007, 47:52-56) teaches not executing the motion artifact suppression module 580 if motion is not detected, it would have also been obvious to suspend and not execute the operations of Diab's motion artifact suppression module 580 if motion is not detected based on Amano's teaching of suspending "the operations of... body movement component eliminating section" "when no body movement is present" (APPLE-1004, 21:65-22:6).  APPLE-1003, ¶54.

Based at least on the teachings of Amano, a POSITA would have understood

that performing "spectral estimation on the signals... directly *without* motion artifact suppression" reduces power consumption based on Amano's teaching that suspending "the operations of... body movement component eliminating section" reduces power consumption.  APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 48:34-49:38; APPLE-1003, ¶55.  A POSITA would have been motivated and would have found it obvious and straightforward to combine Diab with Amano to "reduc[e] calculation time and power consumption," as suggested by Amano, "[i]f motion is not detected" by performing "spectral estimation on the signals... directly *without* motion artifact suppression," as taught by Diab.  *Id.*  Accordingly, the combination of Diab and Amano renders obvious continuously operating the oximeter at a lower power consumption level "[i]f motion is not detected" to determine measurement values for one or more physiological parameters of a patient. *Id.*

**9[d]: "comparing processing characteristics to a predetermined threshold; and"**

In the combination, Diab's oximeter includes "red and infrared light emitters 301, 302 [that] each emits energy which is absorbed by the finger 310 and received by the photodetector 320" that "produces an electrical signal which corresponds to the intensity of the light energy striking the photodetector."  APPLE-1007, 35:23-27, 34:12-19.  The signal processor 334 performs "a saturation transform," which

is "an operation which converts the sample data from time domain to saturation domain values," to provide "saturation transform power curve[s]."  APPLE-1007, 35:34-47, 45:6-10.  The signal processor 334 calculates "peak width of a power curve" where "*[t]he width of the peaks provides some indication of motion by the patient—wider peaks indicating motion*."  APPLE-1007, 46:13-20, 46:53-55.  Accordingly, the red and infrared samples obtained from the photodetector signal are used to calculate the "peak width of a power curve."  APPLE-1007, 44:38-46:55; APPLE-1003, ¶56.

Diab's signal processor 334 also performs functions of a "pulse rate module 410" that includes "a motion status module 584," the output of which is provided to "a motion artifact suppression module 580."  APPLE-1007, 38:61-63, 47:30-38, 47:47-49, FIGS. 14, 20.  An "average peak width value" (processing characteristics) is input to the "motion status module 584."  APPLE-1007, 47:50-52, FIG. 20.  Diab teaches that "[t]he width of the peaks provides some indication of motion by the patient—wider peaks indicating motion" and "[i]f the peaks are wide, this is taken as an indication of motion."  APPLE-1007, 46:53-55, 47:51-52.  As such, the motion status module 584 detects motion by determining "*if the peaks are wide*."  APPLE-1007, 47:50-56.  A POSITA would have understood that in order to determine whether the peaks are "wide," the "average peak width value" would be compared to a width value above which the peaks are considered "wide"

19

(a threshold).  *Id.*; APPLE-1003, ¶57.

**9[e]: "when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level,"**

As previously discussed (*supra* Ground 1A, 9[c]), Diab teaches that "*[i]f motion is not detected*, spectral estimation on the signals is *carried out directly without motion artifact suppression*," and "*[i]n the case of motion, motion artifacts are suppressed* using the motion artifact suppression module 580." APPLE-1007, 47:52-56; APPLE-1003, ¶¶52-55.  Based on Diab's and Amano's teachings as previously discussed (*supra*, Ground 1A, 9[p] and 9[c]), a POSITA would have found obvious that, during operation at the lower power consumption level "without motion artifact suppression," when motion is detected based on processing characteristics ("average peak width value") passing the threshold (a value corresponding to "wider peaks indicating motion"), the signal processor 334 transitions to the higher power consumption level where "motion artifacts are suppressed using the motion artifact suppression module 580."  APPLE-1007, 47:52-56; APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1003, ¶¶58, 46-50, 52-55. In the combination, Diab's oximeter continuously operates by "comput[ing] the arterial and venous blood oxygen saturations of a physiological system on a *continuous* or nearly continuous time basis... regardless of whether or not the physiological system undergoes voluntary motion."  APPLE-1007, 34:10-12,

20

63:38-41, FIG. 11.

**9[f]: "wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor."**

As previously discussed, a POSITA would have found obvious that performing "spectral estimation on the signals... directly ***without*** motion artifact suppression," as taught by Diab, reduces power consumption based on Amano's teaching that suspending "the operations of... body movement component eliminating section" "reduc[es]... power consumption." APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 48:34-49:38; APPLE-1003, ¶61. As previously discussed (*supra* Ground 1A, 9[c]), a POSITA would have understood that Diab's oximeter reduces the amount of processing by the signal processor when motion is not detected by processing less data (only infrared samples) and "without motion artifact suppression." APPLE-1007, 47:52-56, 48:6-33, 50:1-29; APPLE-1003, ¶¶61, 52-55. Conversely, a POSITA also would have understood that Diab's oximeter increases the amount of processing by the signal processor when motion is detected by processing more data (infrared samples, red samples, and saturation value) and "using the motion artifact suppression module 580." APPLE-1007, 47:47-49, 47:55-50:29; APPLE-1003, ¶61. Also as previously discussed (*supra*, Ground 1A, 9[e]), the combination teaches that Diab's oximeter continuously operates by "comput[ing] the arterial and venous blood oxygen saturations of a

physiological system on a *continuous* or nearly continuous time basis... regardless of whether or not the physiological system undergoes voluntary motion." APPLE-1007, 34:10-12, 63:38-41, FIG. 11; APPLE-1003, ¶¶46-50, 52-55, 58. Accordingly, in the combination, operating at the lower power consumption level by performing "spectral estimation on the signals... directly without motion artifact suppression" includes reducing an amount of processing because the signal processor processes less data (only infrared samples) and "without motion artifact suppression." APPLE-1007, 47:52-56, 48:6-33, 50:1-29; APPLE-1003, ¶62.

### 6.    Claim 10

**10. The method of claim 9, wherein said reducing comprises processing less data.**

As previously discussed (*supra*, Ground 1A, 9[f]), the combination of Diab and Amano teaches reducing an amount of processing, including the signal processor processes less data (only infrared samples) and "without motion artifact suppression." APPLE-1007, 47:52-56, 48:6-33, 50:1-29; APPLE-1003, ¶¶61-63, 46-50, 52-55, 58.

### 7.    Claim 12

**12[p]: "A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:"**

*Supra*, Ground 1A, 9[p]; APPLE-1003, ¶¶46-50.

**12[a]: "driving one or more light sources configured to emit light into tissue of a monitored patient;"**
**12[b]: "receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;"**

*Supra*, Ground 1A, 9[a]-9[b]; APPLE-1003, ¶51.

**12[c]: "continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;"**

*Supra*, Ground 1A, 9[c]; APPLE-1003, ¶52-55.

**12[d]: "comparing processing characteristics to a predetermined threshold; and"**

*Supra*, Ground 1A, 9[d]; APPLE-1003, ¶¶56-57.

**12[e]: "when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level,"**

*Supra*, Ground 1A, feature 9[e]; APPLE-1003, ¶¶46-50, 52-55, 58.

**12[f]: "wherein said processing characteristics include an override condition."**

As previously discussed (*supra* Ground 1A, 9[d]), in the combination, Diab

teaches comparing processing characteristics ("average peak width value") to a

predetermined threshold (a value corresponding to "wider peaks indicating

motion"). APPLE-1007, 47:50-56; APPLE-1003, ¶¶56-57. "If motion is not

detected, spectral estimation on the signals is carried out directly without motion

artifact suppression," and "[i]n the case of motion, motion artifacts are suppressed

23

using the motion artifact suppression module 580." APPLE-1007, 47:52-56.

Based on Diab's and Amano's teachings as previously discussed (*supra*, Ground

1A, 9[p] and 9[c]), a POSITA would have found obvious that, during operation at

the lower power consumption level "without motion artifact suppression," when

motion is detected based on processing characteristics ("average peak width

value") passing the threshold (a value corresponding to "wider peaks indicating

motion"), the signal processor 334 transitions to the higher power consumption

level where "motion artifacts are suppressed using the motion artifact suppression

module 580." APPLE-1007, 47:52-56; APPLE-1004, 21:50-22:6, 35:54-64;

APPLE-1003, ¶59, 46-50, 52-55.

A POSITA would have understood that when motion is present, the detected

condition ***overrides*** the reduced power consumption state (where the signal

processor processes only infrared samples "without motion artifact suppression")

causing the oximeter to continuously operate at a higher power consumption level

where the signal processor processes more data (red samples and saturation value

in addition to infrared samples) using the "motion artifact suppression module

580." *Id.*; APPLE-1003, ¶60. Accordingly, the processing characteristics

("average peak width value") passing the threshold (a value corresponding to

"wider peaks indicating motion") is an override condition that overrides the

reduced power consumption state. *Id.*

8.    **Claim 13**

**13. The method of claim 12, wherein said override condition comprises measurements during a critical care environment.**

In the combination, Diab's oximeter "provides clean plethysmographic waveforms of the detected signals and provides values for oxygen saturation and pulse rate to the display."  APPLE-1007, 35:34-47, 34:24-28, FIGS. 13-14.  A POSITA would have found it obvious to use Diab's oximeter to obtain "blood oxygen saturation, heart rate, and a clean plethysmographic waveform" during critical care of a patient in a critical care environment; doing so was contemplated by POSITAs at the time of the '703 Patent.  *See, e.g.*, APPLE-1005, 1:67-2:10; APPLE-1014, 2:11-18; APPLE-1003, ¶64.  In its description of the prior art in the background section, the '703 patent itself admits that using pulse oximetry devices to obtain measurements during a critical care environment were well known.  APPLE-1001, 1:18-23.  Obtaining the "blood oxygen saturation, heart rate, and a clean plethysmographic waveform" during critical care would include obtaining measurements indicating whether the override condition, e.g., the processing characteristic ("average peak width value") passing a predetermined threshold (a value corresponding to "wider peaks indicating motion"), exists to control the oximeter to operate at either the lower power consumption level or the higher power consumption level.  APPLE-1007, 35:34-47, 34:24-28, 47:50-56; APPLE-

1003, ¶64.

## 9.    Claim 14

**14. The method of claim 12, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior.**

As previously discussed (*supra* Ground 1A, 12[f]), in the combination, Diab teaches that the processing characteristic ("average peak width value") passing a predetermined threshold (a value corresponding to "wider peaks indicating motion") is an override condition that overrides operation at the lower power consumption level.  APPLE-1003, ¶¶46-50, 52-57, 59-60; APPLE-1007, 47:50-56. As such, the override condition includes a monitored parameter exhibiting a predefined behavior, e.g., the processing characteristic ("average peak width value") passing a predetermined threshold (a value corresponding to "wider peaks indicating motion").  *Id.*; APPLE-1003, ¶65.

## 10.    Claim 20

**20[p]: "A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising:"**

*Supra*, Ground 1A, 9[p]; APPLE-1003, ¶¶46-50.

**20[a]: "an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and"**

*Supra*, Ground 1A, 9[a]-9[b]; APPLE-1003, ¶51.

26

**20[b]: "one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient,"**

*Supra*, Ground 1A, 9[c]; APPLE-1003, ¶52-55.

**20[c]: "said processors comparing processing characteristics to a predetermined threshold, and"**

*Supra*, Ground 1A, 9[d]; APPLE-1003, ¶¶56-57.

**20[d]: "when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level,"**

*Supra*, Ground 1A, 9[e]; APPLE-1003, ¶¶46-50, 52-55, 58.

**20[e]: "wherein said processors reduce an amount of processing by a signal processor."**

*Supra*, Ground 1A, 9[f]; APPLE-1003, ¶¶61-62, 46-50, 52-55, 58.

### 11.    Claim 22

**22[p]: "A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising:"**

*Supra*, Ground 1A, 9[p]; APPLE-1003, ¶¶46-50.

**22[a]: "an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and"**

*Supra*, Ground 1A, 9[a]-9[b]; APPLE-1003, ¶51.

**22[b]: "one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient,"**

*Supra*, Ground 1A, 9[c]; APPLE-1003, ¶52-55.

**22[c]: "said processors comparing processing characteristics to a predetermined threshold, and"**

*Supra*, Ground 1A, feature 9[d]; APPLE-1003, ¶¶56-57.

**22[d]: "when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level,"**

*Supra*, Ground 1A, feature 9[e]; APPLE-1003, ¶¶46-50, 52-55, 58.

**22[e]: "wherein said processing characteristics include an override condition."**

*Supra*, Ground 1A, feature 12[f]; APPLE-1003, ¶¶46-50, 52-57, 59-60.

### 12.    Claim 23

**23. The monitor of claim 22, wherein said override condition comprises measurements during a critical care environment.**

*Supra*, Ground 1A, Claim 13; APPLE-1003, ¶64.

### 13.    Claim 24

**24. The monitor of claim 22, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior.**

*Supra*, Ground 1A, Claim 14; APPLE-1003, ¶¶46-50, 52-57, 59-60, 65.

### B.    GROUND 1B: Claims 11 and 21 are obvious based on Diab, Amano, and Edgar

#### 1.    Overview of Edgar

Edgar describes operating a pulse oximeter to remove motion-induced noise artifacts or other similar artifacts from a measured waveform representative of a patient's arterial pulse.  APPLE-1005, 2:28-42, 5:1-9, 6:15-18; APPLE-1003, ¶66. The pulse oximeter acquires "a segment of data (e.g., five or more pulses or approximately ten seconds)" measured from a light source transmitted through a finger and detected with a sensor.  APPLE-1005, 6:42-46, 6:61-63.  The data segment is subsegmented into its consecutive individual heartbeat pulses.  APPLE-1005, 7:66-8:2.

If there is not sufficient noise in the data segment, only the latest pulse of the data segment is used for calculating arterial oxygen saturation.  APPLE-1005, 8:48-62, 11:42-45, FIG. 11 (steps 230, 250).  If there is sufficient noise in the data segment, the subsegments representing individual pulses of the data segment are combined to create an average pulse that is used for calculating arterial oxygen saturation.  APPLE-1005, 8:48-62, 9:56-10:28, 11:34-36, 11:42-45, FIG. 11 (steps 230, 240). When data for a new pulse is obtained, data for the oldest pulse is removed from the segment of data, and the processing is repeated to calculate a new arterial oxygen saturation value for the new pulse.  APPLE-1005, 11:45-52,

29

FIG. 7; APPLE-1003, ¶67.

### 2.    The Combination of Diab, Amano, and Edgar

To the above-noted combination of Diab with Amano for providing "***the pulse of the patient***," Edgar's teachings would be added to offer an improved technique for removing motion artifacts from a measured signal used to calculate "***blood oxygen saturation***."  APPLE-1003, ¶¶68-69; APPPLE-1007, 48:3-5, 50:27-29; APPLE-1005, 1:64-2:10, 3:58-4:6, 5:1-4.  In particular, Edgar explains that Diab's approach to "removing motion artifacts from measured physiological signals" "is to first generate a noise reference signal from the two measured signals, and then use the noise reference signal as an input to an adaptive noise canceler along with either or both of the measured signals to remove the reference noise signal from the measured signals."  APPLE-1005, 3:58-4:6.  Edgar provides a technique that "eliminate[s] motion-induced noise artifacts from light signals, that is relatively simple computationally, and that does not require more than one sensor."  APPLE-1005, 5:1-11.  A POSITA would have recognized that the predictable modification of Diab (when combined with Amano) as suggested by Edgar would include implementing Edgar's technique, instead of Diab's technique that Edgar seeks to improve upon, for calculating "blood oxygen saturation" in the combined device.  APPLE-1005, 3:58-4:6; APPLE-1003, ¶69.

30

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

### 3.    Reasons to Combine Diab, Amano, and Edgar

A POSITA would have been motivated and would have found it obvious and straightforward to combine Diab, Amano, and Edgar to achieve a pulse oximeter as described above (*supra*, Section III.B.2).  APPLE-1003, ¶¶68-70; APPLE-1005, 2:28-42, 5:1-9, 6:15-18, 8:48-62, 9:56-10:28, 11:34-36, 11:42-45, FIG. 11.  Diab, Amano, and Edgar are in the same field of art and relate to eliminating motion-induced noise from a measured physiological signal.  APPLE-1004, 21:9-20, 21:37-46, 33:63-67, 34:3-15, 35:17-21, 38:23-26; APPLE-1005, 2:28-42, 5:1-9, 6:15-18; APPLE-1007, 2:23-26, 2:53-3:9, 34:1-9.  Diab describes calculating blood oxygen saturation, and Edgar teaches calculating blood oxygen saturation using data from a single pulse or data from an average of multiple pulses depending on the level of noise in a data segment.  APPLE-1007, 33:23-35, 39:25-30, FIG. 14 (module 408); APPLE-1005, 8:48-62, 11:42-45, FIG. 11 (steps 230, 240, 250).  A POSITA would have been motivated to implement Edgar's teaching in Diab's oximeter (as supplemented with Amano's teachings) to provide an oximeter that eliminates motion-induced noise artifacts when calculating arterial oxygen saturation by using data from a single pulse when the noise level in a data segment is low or data from an average of multiple pulses when the noise level in a data segment is high, which is a relatively simple computation as compared to Diab's.  APPLE-1005, 5:1-11; APPLE-1003, ¶71.

Further, a POSITA would have found it obvious to modify Diab (as supplemented with Amano's teachings) with Edgar because doing so entails the use of known techniques to improve similar systems and methods in the same way. APPLE-1003, ¶72. "[W]hen a patent 'simply arranges old elements with each performing the same function it had been known to perform' and yields no more than one would expect from such an arrangement, the combination is obvious." *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 417 (2007). A POSITA would have recognized that applying Edgar's teachings to Diab's oximeter (as supplemented with Amano's teachings) would have led to predictable results without significantly altering or hindering the functions performed by the combined system. APPLE-1003, ¶72. In fact, a POSITA would have been motivated to provide the well-known technique of calculating blood oxygen saturation using data from a single pulse or data from an average of multiple pulses depending on the level of noise in a data segment to cause the combined apparatus to include such features to achieve the predictable benefits offered by Edgar's description of the same. *Id.; see, e.g.,* APPLE-1004, 36:23-27, 38:26-27; APPLE-1005, 2:22-24, 8:48-62, 11:42-45, FIG. 11 (steps 230, 240, 250).

Indeed, a POSITA would have had a reasonable expectation of success in making this modification, and would have reasonably expected to reap benefits of calculating blood oxygen saturation from a measured waveform representative of a

32

patient's arterial pulse.  APPLE-1003, ¶73.  Diab, Amano, and Edgar describe

types of devices that provide pulse waveforms and, in combination, Edgar's

features are implemented in Diab's oximeter (as supplemented with Amano's

teachings) just as it is in Edgar's oximeter.  *Id.*; *see, e.g.,* APPLE-1004, 36:23-27,

38:26-27; APPLE-1005, 2:22-24, 8:48-62, 11:42-45, FIG. 11 (steps 230, 240, 250);

APPLE-1007, 34:27-28, 35:44-47, 49:25-32.  Accordingly, implementing Edgar's

teaching of calculating blood oxygen saturation in Diab's oximeter (as

supplemented with Amano's teachings) would have been routine and

straightforward to a POSITA, and it would have been clear that such a combination

would predictably work and provide the expected functionality.  *Id*.

### 4.    Claim 11

**11. The method of claim 10, wherein said processing less data comprises
reducing an overlap in data blocks being processed.**

As previously discussed (*supra* Ground 1A, 9[f]), the combination of Diab

and Amano renders obvious operating at the lower power consumption level by

performing "spectral estimation on the signals... directly without motion artifact

suppression" when motion is not detected, which includes reducing an amount of

processing because the signal processor processes less data (only infrared samples)

and "without motion artifact suppression."  APPLE-1007, 47:52-56, 48:6-33, 50:1-

29; APPLE-1003, ¶¶74, 61-62, 46-50, 52-55, 58.

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

In the present combination, Edgar describes measuring dispersion to "determine whether there is sufficient noise in the data segment to warrant additional signal processing."  APPLE-1005, 8:48-50.  "[W]here the dispersion is very low," indicating that noise is low, "the use of previous data in combination with the latest pulse would not be required, see blocks 230 and 250 of FIG. 11" reproduced and annotated below.  APPLE-1005, 8:50-53, FIG. 11 (steps 230, 250).



APPLE-1005, FIG. 11 (color added)

Accordingly, Edgar teaches processing less data when the motion-induced noise

level is low by using data from only the latest pulse to calculate arterial oxygen saturation. APPLE-1005, 8:48-62, 11:42-45, FIG. 11 (steps 230, 250); APPLE-1003, ¶75. A POSITA would have understood that there is no overlap in data being processed when using data from only the latest pulse. *Id.*

This is in contrast to Edgar's processing of more data that is performed when the noise level is high. APPLE-1003, ¶76. In particular, Edgar "begins with acquiring a segment of data (e.g., five or more pulses or approximately ten seconds) measured from a single light source transmitted through a finger and detected with a sensor." APPLE-1005, 6:42-46. "Where the dispersion is higher," indicating that noise is high, "the pulses for the time interval being evaluated may be combined to create an average pulse, see blocks 230 and 240 of FIG. 11." APPLE-1005, 8:53-56, 9:56-10:28, FIG. 11 (steps 230, 240). "The above methods may be repeated once another full heartbeat pulse of data is collected for both the red and IR signals, see block 140 of FIG. 1." APPLE-1005, 11:45-48. "The new pulse of data is added to the red and IR segments, respectively, and the oldest pulse of data is removed." APPLE-1005, 11:48-52, FIG. 7.

A POSITA would have understood that repeating the processing for a high noise level results in an overlap of data subsegments that are processed to calculate the blood oxygen saturation because data of the four previous pulses are repeatedly processed to create an average pulse. APPLE-1003, ¶77; *see, e.g.,* APPLE-1005,

35

6:42-46, 8:53-56, 9:56-10:28, 11:45-48, FIG. 11 (steps 230, 240). Accordingly, Edgar teaches that processing less data when the noise level is low includes reducing an overlap (e.g., no overlap) of data blocks being processed as compared with the overlap of data blocks (e.g., 4 data subsegments) processed when the noise level is high. APPLE-1005, 6:42-46, 8:48-62, 9:56-10:28, 11:42-48, FIG. 11 (steps 230, 240, 250); APPLE-1003, ¶77.

A POSITA would have recognized that the predictable modification of Diab (as supplemented with Amano's teachings) based on Edgar would include calculating arterial oxygen saturation by processing data of only the latest pulse, thereby processing less data as a result of no overlap in the data, when the noise level is low and by combining the pulses for the time interval being evaluated to create an average pulse, thereby processing more data as a result of overlapping data subsegments, when the noise level is high. APPLE-1003, ¶78; APPLE-1005, 6:42-46, 8:48-62, 9:56-10:28, 11:42-48, FIG. 11 (steps 230, 240, 250). Thus, the oximeter of the combination of Diab, Amano, and Edgar would process less data while operating at the lower power consumption level when motion is not detected by (1) performing "spectral estimation on the signals... directly without motion artifact suppression," which includes the signal processor processing less data (only infrared samples) and "without motion artifact suppression," to calculate pulse rate, and (2) by using data from only the latest pulse to calculate blood

oxygen saturation.  *Id.*; APPLE-1007, 47:52-56, 48:6-33, 50:1-29.

### 5.    Claim 21

**21. The monitor of claim 20, wherein said processors reduce an overlap in data blocks being processed.**

*Supra*, Ground 1B, Claim 11; APPLE-1003, ¶¶74-78, 61-62, 46-50, 52-55, 58.

### C.    GROUND 1C: Claims 1-7 and 15-18 are obvious based on Diab, Amano, and Turcott

### 1.    Overview of Turcott

Similar to Diab, Turcott describes a pulse oximeter having a light source, including red and infrared LEDs, and a light detector, such as a photodetector. APPLE-1006, 11:15-41; yAPPLE-1003, ¶79.  The light source is driven with a pulse train.  APPLE-1006, 11:51-61.  Turcott describes that "[t]he optical power generated by the [light] source is adjusted to optimize the signal to noise ratio and to minimize power consumption" by adjusting "the drive current" or "the duty cycle of the pulse train," and "[t]o conserve energy, the [light] source is preferably driven with a low duty cycle pulse train."  APPLE-1006, 11:51-59.

### 2.    The Combination of Diab, Amano, and Turcott

Diab describes that the "signal processing system 334 also provides control for driving the light emitters 301, 302 with an emitter current control signal on the

emitter current control output 337" and that "the current could be adjusted for changes in the ambient room light and other changes which would [a]ffect the voltage input to the front end analog signal conditioning circuitry 330."  APPLE-1007, 35:50-53, 36:2-6.  In the combination, the modification of Diab's oximeter (as supplemented with Amano's teachings) would include implementing the signal processor 334 to reduce the duty cycle of the light emitters to further minimize power consumption of the combined device based on Turcott's teaching of reducing the duty cycle to lower power consumption.  APPLE-1003, ¶80; APPLE-1006, 11:54-59.

### 3.    Reasons to Combine Diab, Amano, and Turcott

A POSITA would have been motivated and would have found it obvious and straightforward to combine Diab, Amano, and Turcott to achieve a patient monitor that further increases the signal-to-noise ratio and further reduces power consumption.  APPLE-1003, ¶81; APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1006, 11:54-59.  Diab, Amano, and Turcott are in the same field of art and relate to devices that provide pulse waveforms.  APPLE-1004, 21:3-8, 29:23-25, 31:2-8, 33:50-54, 34:3-14, 35:17-21, 36:23-27, 38:26-27, 40:23-27; APPLE-1006, 11:15-41; APPLE-1007, 34:27-28, 35:44-47, 49:25-32.  Both Amano and Turcott disclose a need to optimize the signal-to-noise ratio and minimize power consumption.  APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1006, 11:54-59.

Turcott teaches that reducing the duty cycle of the light source optimizes the signal-to-noise ratio and minimizes power consumption.  APPLE-1006, 11:54-59.  A POSITA would have been motivated to implement Turcott's teaching of reducing the duty cycle to lower power consumption in a pulse oximeter in Diab's oximeter (as supplemented with Amano's teachings) to further minimize power consumption of the combined device.  APPLE-1003, ¶81; APPLE-1006, 11:54-59.  A POSITA would have understood further minimizing power consumption in the combined device to be desirable because further minimization would lead to longer battery life.  *Id*.

Further, a POSITA would have found it obvious to modify Diab (as supplemented with Amano's teachings) with Turcott because doing so entails the use of known techniques and solutions to improve similar systems and methods in the same way.  APPLE-1003, ¶82; *KSR*, 550 U.S. at 417.  A POSITA would have recognized that applying Turcott's teachings to Diab (as supplemented with Amano's teachings) would have led to predictable results without significantly altering or hindering the functions performed by the oximeter.  APPLE-1003, ¶82.  In fact, a POSITA would have been motivated to provide the well-known technique of reducing the duty cycle to lower power consumption to cause the combined device to include such features to achieve the predictable benefits offered by Turcott's description of the same.  *Id.*; APPLE-1006, 11:54-59.

Indeed, a POSITA would have had a reasonable expectation of success in making this modification (e.g., because Turcott describes a device operating in the proposed manner), and would have reasonably expected to reap benefits of reducing the duty cycle to lower power consumption. *Id.*; APPLE-1003, ¶83. Diab, Amano, and Turcott describe types of devices that provide pulse waveforms and, in combination, Turcott's features is implemented in Diab's oximeter (as supplemented with Amano's teachings) just as it is in Turcott's oximeter. *Id.* Accordingly, implementing Turcott's teaching of reducing the duty cycle of light sources to minimize power consumption, to operate a device as taught by Diab (as supplemented with Amano's teachings), would have been routine and straightforward to a POSITA, and it would have been clear that such a combination would predictably work and provide the expected functionality. *Id.*

### 4.    Claim 1

**1[p]: "A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:"**

*Supra*, Ground 1A, 9[p]; APPLE-1003, ¶¶46-50.

**1[a]: "driving one or more light sources configured to emit light into tissue of a monitored patient;"**
**1[b]: "receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;"**

*Supra*, Ground 1A, 9[a]-9[b]; APPLE-1003, ¶51.

40

**1[c]: "continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;"**

*Supra*, Ground 1A, 9[c]; APPLE-1003, ¶52-55.

**1[d]: "comparing processing characteristics to a predetermined threshold; and"**

*Supra*, Ground 1A, 9[d]; APPLE-1003, ¶¶56-57.

**1[e]: "when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level,"**

*Supra*, Ground 1A, 9[e]; APPLE-1003, ¶¶46-50, 52-55, 58.

**1[f]: "wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor,"**

In the combination, Diab describes that the "signal processing system 334 also provides control for driving the light emitters 301, 302 with an emitter current control signal on the emitter current control output 337." APPLE-1007, 35:50-53. Diab also teaches that "the current could be adjusted for changes in the ambient room light and other changes which would [a]ffect the voltage input to the front end analog signal conditioning circuitry 330." APPLE-1007, 36:2-6; APPLE-1003, ¶84.

Also in the combination, Turcott describes a pulse oximeter where "[t]he optical power generated by the [light] source is adjusted to optimize the signal to noise ratio and to minimize power consumption" by adjusting "the drive current,

41

the frequency of the pulse train, the pulse duration, or the duty cycle of the pulse train," and "[t]o conserve energy, the [light] source is preferably driven with a low duty cycle pulse train." APPLE-1006, 11:51-59; APPLE-1003, ¶85. A POSITA would have recognized that the predictable modification of Diab (as supplemented with Amano's teachings) as suggested by Turcott would include implementing the oximeter's signal processor to reduce the drive current or the duty cycle of the pulse train of the LEDs when the oximeter is operating at the lower power consumption level, further minimizing power consumption. *Id.*; APPLE-1006, 11:51-59.

In the combination, operating the LEDs of Diab with a reduced duty cycle reduces the activation of the LEDs under the proper construction of "reducing activation." APPLE-1003, ¶86; APPLE-1006, 11:51-59. For example, a reduced duty cycle means that the power signal spends more time in each cycle in the "off" state, leading to a reduction in the portion of each cycle during which the LEDs are "activated." *Id.* Additionally, under a broader construction of "reducing activation," a reduced drive current means that the amount of current used to activate the LEDs is reduced, leading to reduced activation of the LEDs. *Id.* Accordingly, the combination of Diab, Amano, and Turcott teaches that continuously operating at the lower power consumption state includes the signal processor reducing activation of an attached sensor by reducing the duty cycle

42

(under the proper construction) or drive current (under a broader construction) of

the LEDs.  *Id.*

**1[g]: "said sensor positioning said light sources and said detectors proximate said tissue."**

*Supra*, Ground 1A, 9[a]-9[b]; APPLE-1003, ¶51.

### 5.    Claim 2

**2. The method of claim 1, wherein said reducing activation comprises reducing a duty cycle of said sensor.**

*Supra*, Ground 1C, 1[f]; APPLE-1003, ¶¶84-86.

### 6.    Claim 3

**3. The method of claim 1, wherein during said operating at said higher power consumption level, monitoring when said processing characteristics recedes from said threshold; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level.**

Based on Diab's and Amano's teachings as previously discussed (*supra*, Ground 1A, 9[p] and 9[c]), a POSITA would have found obvious that, during operation at the higher power consumption level "using the motion artifact suppression module 580," when motion is not detected based on processing characteristics ("average peak width value") passing the threshold (a value corresponding to "wider peaks indicating motion"), the signal processor 334 transitions to the lower power consumption level where "spectral estimation on the signals is ***carried out directly without motion artifact suppression***."  APPLE-

1007, 47:52-56; APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1003, ¶¶87, 46-50,

52-55.  In the combination, Diab's oximeter continuously operates by

"comput[ing] the arterial and venous blood oxygen saturations of a physiological

system on a ***continuous*** or nearly continuous time basis... regardless of whether or

not the physiological system undergoes voluntary motion."  APPLE-1007, 34:10-

12, 63:38-41, FIG. 11.

### 7.    Claim 4

**4. The method of claim 1, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors.**

As previously discussed, the processing characteristics of Diab (the "average

peak width value" of the power curve of the photodetector signal) are signal

characteristics from one or more light sensitive detectors that indicate the presence

of motion-induced noise in the detector signal.  *Supra*, Ground 1A, 9[d]; APPLE-

1003, ¶¶88, 56-57.

### 8.    Claim 5

**5. The method of claim 4, wherein said signal characteristics comprise signal strength.**

In the combination, Diab's signal processor 334 calculates "peak width of a

power curve" where "[t]he width of the peaks provides some indication of motion

by the patient—wider peaks indicating motion."  APPLE-1007, 46:13-20, 46:53-

55.  Accordingly, the "average peak width value" (processing characteristics)

44

obtained from a signal provided by a photodetector indicates a strength of motion-induced noise in the photodetector signal.  APPLE-1003, ¶89.

Also in the combination, Turcott teaches that "[t]he optical power to the source is adjusted to optimize the signal to noise ratio."  APPLE-1006, 11:51-61. Accordingly, signal to noise ratio indicates strength of the signal as well as the noise.  APPLE-1003, ¶90.

### 9.    Claim 6

**6. The method of claim 4, wherein said signal characteristics comprise a presence of noise.**

*Supra*, Ground 1C, Claim 4; APPLE-1003, ¶¶88, 56-57.

### 10.    Claim 7

**7. The method of claim 4, wherein said signal characteristics comprise a presence of motion induced noise.**

*Supra*, Ground 1C, Claim 4; APPLE-1003, ¶¶88, 56-57.

### 11.    Claim 15

**15[p]: "A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising:"**

*Supra*, Ground 1A, 9[p]; APPLE-1003, ¶¶46-50.

**15[a]: "an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and"**

*Supra*, Ground 1A, 9[a]-9[b]; APPLE-1003, ¶51.

45

**15[b]: "one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient,"**

*Supra*, Ground 1A, 9[c]; APPLE-1003, ¶¶52-55.

**15[c]: "said processors comparing processing characteristics to a predetermined threshold, and"**

*Supra*, Ground 1A, 9[d]; APPLE-1003, ¶¶56-57.

**15[d]: "when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level,"**

*Supra*, Ground 1A, 9[e]; APPLE-1003, ¶¶46-50, 52-55, 58.

**15[e]: "wherein processors reduce activation of an attached sensor."**

*Supra*, Ground 1C, 1[f]; APPLE-1003, ¶¶84-86.

### 12.    Claim 16

**16. The monitor of claim 15, wherein said processors reduce a duty cycle of said sensor.**

*Supra*, Ground 1C, 1[f]; APPLE-1003, ¶¶84-86.

### 13.    Claim 17

**17. The monitor of claim 15, wherein during said operating at said higher power consumption level, said processors monitors when said processing characteristics recedes from said threshold; and when receded, said processors transition to continuously operating at said lower power consumption level.**

*Supra*, Ground 1C, Claim 3; APPLE-1003, ¶¶87, 46-50, 52-55.

46

### 14.    Claim 18

**18. The monitor of claim 15, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors.**

*Supra*, Ground 1C, Claim 4; APPLE-1003, ¶¶88, 56-57.

> **D.    GROUND 2A: Claims 9-10, 12-14, 20, and 22-24 are obvious based on Diab and the GK-POSITA;**
> **GROUND 2B: Claims 11 and 21 are obvious based on Diab, the GK-POSITA, and Edgar;**
> **GROUND 2C: Claims 1-7 and 15-18 are obvious based on Diab, the GK-POSITA, and Turcott**

As articulated in Ground 1A, in light of Amano's teaching of reducing power consumption by suspending unnecessary processing operations, a POSITA would have found it obvious that Diab's oximeter likewise reduces power consumption by not performing motion artifact suppression when no motion is detected. APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 47:52-56, 48:34-49:38; APPLE-1003, ¶91. Diab and Amano is a combination in which Amano is offered to demonstrate a broader concept that is well understood by a POSITA, namely that reducing the amount of processing by suspending operations reduces power consumption.

This concept is well known to a POSITA, and thus, for Grounds 2A-2C, the application of Diab alone reveals to a POSITA, based on their general knowledge and ordinary level of skill, that changes in power consumption were obvious from changes in the amount of processing that are contemplated by Diab. APPLE-1003,

47

¶92.  This is corroborated by a number of references, such as U.S. Patent No. 5,027,410 (APPLE-1015, 10:62-65); U.S. Publication No. 2003/000442 (APPLE-1016, [0103]); U.S. Publication No. 2002/003238 (APPLE-1017, [0098]); U.S. Patent Application Publication No. 2003/0163287 (APPLE-1018, [0241]); U.S. Patent No. 6,163,721 (APPLE-1019, 2:25-27); U.S. Patent No. 5,058,203 (APPLE-1020, 1:10-12 and 2:23-25); U.S. Patent No. 6,711,691 (APPLE-1021, 1:59-61); and Amano.  *Id.*

A POSITA would have further understood that Diab's oximeter reduces the amount of processing by the signal processor when motion is not detected by processing less data (only infrared samples) and "without motion artifact suppression," thereby reducing the power consumed by the processor.  APPLE-1007, 47:52-56, 48:6-33, 50:1-29; APPLE-1003, ¶93.  Conversely, a POSITA also would have understood that Diab's oximeter increases the amount of processing by the signal processor when motion is detected by processing more data (infrared samples, red samples, and saturation value) and "using the motion artifact suppression module 580."  *Id.*  As such, a POSITA would have recognized that reducing unnecessary processing reduces power consumption of the oximeter and increasing the amount of processing increases power consumption of the oximeter. *Id.*  Accordingly, Diab's oximeter, by adjusting the amount of processing based on the presence or absence of motion, manages power consumption during continuous

48

patient monitoring. *Id.*

### E.    GROUND 3A: Claims 9-10, 12-14, 20, and 22-24 are obvious based on Amano

#### 1.    Overview of Amano

Amano describes a "pulse wave examination apparatus" that allows a subject to "detect his pulse condition continuously in his daily life." APPLE-1004, 36:23-27, 38:26-27; APPLE-1003, ¶_94  The pulse wave examination apparatus includes a "pulse wave detecting section 10" that detects the pulse waveform of the periphery of a subject. APPLE-1004, 21:3-8, 29:23-25, 31:2-8, 33:50-54, 34:3-14, 35:17-21, 40:23-27.  Amano further describes that "body movement causes the blood flow of the subject to fluctuate," and "a component due to the body movement is superimposed on the pulse waveform" output from the pulse wave detecting section 10, which can cause "difficulty in making an exact judgment of the pulse condition." APPLE-1004, 33:54-63.  Hence, the pulse wave examination apparatus also includes a judging section 22 that determines whether body movement is present by comparing the body movement detected by the body movement detecting section 20 with a threshold value. APPLE-1004, 21:57-65, 34:3-15, 35:54-59; APPLE-1003, ¶¶95-96.  When the judging section 22 detects that no body movement is present, the operations of a waveform treating section 21 and a body movement eliminating section 30 are suspended and the pulse

waveform from the pulse wave detecting section 10 is output directly from the body movement eliminating section 30.  APPLE-1004, 21:65-22:4, 35:54-64. Amano discloses that suspending the operations of sections 21 and 30 when there is no body movement reduces power consumption of the apparatus.  APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1003, ¶_96.

As articulated in Ground 1A, the combination of Diab and Amano renders obvious limitations 9[d], 12[d], 15[c], 20[c], and 22[c] based, e.g., on Diab's detection of motion from a signal provided by a photodetector corresponding to the attenuated visible and infrared light energy signals and determining whether motion is present by comparing the "average peak width value" with a value corresponding to "wider peaks indicating motion."  APPLE-1007, 34:10-20, 35:23-27, 44:38-46:55, 46:53-55, 47:51-56.  In Ground 1A, these limitations are rendered obvious even under a limiting interpretation requiring "processing characteristics" to be obtained from a signal provided by a photodetector.  APPLE-1003, ¶97.

For Grounds 3A-3B, these limitations are rendered obvious by Amano's disclosure of "an acceleration sensor [that] detects the body movement of a subject to output the detected signal as a signal TH" and a "judging section 22 [that] determines whether body movement is present or not, based on the body movement waveform TH, to yield a control signal C... by comparing a threshold value with the body movement waveform TH."  APPLE-1004, 21:57-65, 34:3-15,

35:54-59.  Amano renders obvious these limitations based on the plain meaning  of "processing characteristics."  APPLE-1003, ¶98.  Indeed, the  plain meaning of "processing characteristics" includes characteristics or features obtained from or used for processing information, including Amano's acceleration sensor output, which is used by Amano to provide a body movement waveform that used for processing of the pulse waveform.  Id.; APPLE-1004, 21:9-49.  Accordingly, Grounds 3A-3B rely on Amano's teachings alone to satisfy the "processing characteristics" limitations.

## 2.    Claim 9[3]

**Limitation 9[p]**

Amano teaches a method for operating a "pulse wave examination apparatus" that allows a subject to "detect his pulse condition ***continuously*** in his daily life."  APPLE-1004, 36:23-27, 38:26-27; APPLE-1003, ¶¶99-100.  A portion of the functional diagram of the apparatus is shown below:

---

[3] For the sake of brevity, the remaining analysis will refer to the claim limitations by the identifiers listed in Grounds 1A-1C.

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703



APPLE-1004, Detail of FIG. 1 (*see also* FIGS. 3, 24)

The pulse wave examination apparatus of Amano manages power consumption during continuous patient pulse monitoring by also including a "judging section 22 [that] determines whether body movement is present or not, based on the body movement waveform TH, to yield a control signal C... by comparing a threshold value with the body movement waveform TH."  APPLE-1004, 21:57-65, 34:3-15, 35:54-59; APPLE-1003, ¶101.  "[W]hen the control signal C indicates that no body movement is present, the operations of the waveform treating section 21 and body movement component eliminating section 30 are suspended" and "the pulse waveform MH is output directly from the body movement component eliminating section 30."  APPLE-1004, 21:65-22:4, 35:54-64.  Amano describes that suspending the operations of sections 21 and 30 when there is no body movement "can improve the SN ratio of the output signal from the

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

body movement component eliminating section 30 and reduce power consumption

in the apparatus," "thereby reducing calculation time and power consumption and

improving the SN ratio." *Id.*, 21:50-22:6, 35:54-64.

**Limitations 9[a]-9[b]**

In the combination, Amano's pulse wave detecting section 10 is "mounted

on the root of a finger," as shown in FIG. 37B reproduced below, and "can monitor

the monitor parameters signifying blood pressure noninvasively." APPLE-1004,

40:44-46, 2:46-50, 3:24-28; APPLE-1003, ¶102.



APPLE-1004, Detail of FIG. 37B

The pulse wave detecting section 10 includes an LED (a light source) and a

phototransistor (a light detector). APPLE-1004, 41:12-13, FIG. 38; APPLE-1003,

¶103. When the pulse wave examination apparatus is powered on, light is emitted

from the LED. APPLE-1004, 41:14-15. "The ***emitted light is reflected***" (and then

attenuated) "***by the blood vessel and tissues*** of the subject and is then ***received by***

***the phototransistor***." *Id.*, 41:15-17, 54:13-30.[4] "A combination of such a blue

---

[4] All emphasis added unless otherwise indicated.

LED and a phototransistor ensures that a pulse wave is detected." APPLE-1004.

41:17-39; APPLE-1003, ¶103.

**Limitation 9[c]**

Amano's pulse wave examination apparatus allows a subject to "detect his

pulse condition ***continuously*** in his daily life." APPLE-1004, 36:23-27, 38:26-27.

"[W]hen... no body movement is present, the operations of the waveform treating

section 21 and body movement component eliminating section 30 are suspended"

and "the pulse waveform MH is output directly from the body movement

component eliminating section 30" to, for example, "an FFT treating section 40

[that] provides the signal MHj, showing a pulse wave component, with FFT

treatment" shown in FIG. 1 below. APPLE-1004, 21:57-22:9, 34:3-15, 35:54-64,

FIG. 1, *see also* FIGS. 3, 24. Amano describes that suspending the operations of

sections 21 and 30 when there is no body movement "***reduce[s] power***

***consumption*** in the apparatus." APPLE-1004, 21:50-22:6, 35:54-64; APPLE-

1003, ¶104.

A functional diagram of the apparatus from FIG. 1 of Amano, with the

suspended operations of sections 21 and 30 annotated and with the pulse waveform

MH output directly from the body movement component eliminating section 30 to

the FFT treating section 40 annotated, is shown below. A POSITA would have

understood that the sections other than sections 21 and 30 are continuously

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

operating to determine a pulse waveform and a pulse condition while sections 21

and 30 are suspended.  APPLE-1003, ¶105; *see, e.g.,* APPLE-1004, 21:57-22:9,

34:3-15, 35:54-64, 36:23-27, 38:26-27, FIGS. 1, 3, 24.



APPLE-1004, Detail of FIG. 1 (annotated)

## Limitation 9[d]

Amano's pulse wave examination apparatus includes "an acceleration sensor

55

[that] detects the body movement of a subject to output the detected signal as a signal TH" and a "judging section 22 [that] determines whether body movement is present or not, based on the body movement waveform TH, to yield a control signal C... by ***comparing a threshold value with the body movement waveform TH***." APPLE-1004, 21:57-65, 34:3-15, 35:54-59.  Accordingly, Amano teaches comparing processing characteristics (body movement waveform) to a predetermined threshold (threshold value).  *Id.*; APPLE-1003, ¶106.

**Limitation 9[e]**

Amano teaches that "when... no body movement is present, the operations of the waveform treating section 21 and body movement component eliminating section 30 are suspended" and "the pulse waveform MH is output directly from the body movement component eliminating section 30." APPLE-1004, 21:65-22:4, 35:54-64.  Amano describes that suspending the operations of sections 21 and 30 when there is no body movement "reduce[s] power consumption in the apparatus." APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1003, ¶107.

A POSITA would have understood that when body movement is detected (based on processing characteristics passing a predetermined threshold), the apparatus continuously operates and performs the operations of the "waveform treating section 21 [that] comprises, for instance, a low-pass filter, and performs waveform-shaping treatment of the signal TH output from the body movement

detecting section 20 to output a signal MHt showing a body movement

component," and the "body movement eliminating section 30 [that] subtracts the

signal MHt showing a body movement component from the signal MH output

from the pulse wave detecting section 10 to output a signal MHj showing a pulse

wave component."  APPLE-1004, 21:9-20, 21:37-46, 33:63-67, 36:23-27, 38:23-

27; APPLE-1003, ¶108.  Performing the operations of sections 21 and 30 would

lead to higher power consumption relative to the reduced power consumption when

the operations of sections 21 and 30 are suspended.  *Id.*; APPLE-1004, 21:50-22:6,

35:54-64.

**Limitation 9[f]**

As previously discussed (*supra* Ground 3A, 9[p] and 9[c]), Amano's

apparatus continuously operates at the lower power consumption level by

suspending the operations of sections 21 and 30 when no body movement is

detected.  APPLE-1004, 21:50-22:4, 22:4-6, 34:3-15, 35:54-64, 36:23-27, 38:26-

27; APPLE-1003, ¶¶99-101, 104-105.  The "waveform treating section 21

comprises, for instance, a low-pass filter, and performs waveform-shaping

treatment of the signal TH output from the body movement detecting section 20 to

output a signal MHt showing a body movement component," and the "body

movement eliminating section 30 subtracts the signal MHt showing a body

movement component from the signal MH output from the pulse wave detecting

section 10 to output a signal MHj showing a pulse wave component." APPLE-1004, 21:9-20. As such, the operations of sections 21 and 30 perform processing on and output signals, including signal TH, signal MHt, signal MH, and signal MHj. APPLE-1003, ¶109; APPLE-1004, 21:9-20. Accordingly, suspending the operations of sections 21 and 30 would reduce the amount of processing performed, and power consumed, by Amano's apparatus. *Id*.

Additionally, Amano's pulse wave examination apparatus allows a subject to "detect his pulse condition continuously in his daily life." APPLE-1004, 36:23-27, 38:26-27. A POSITA would have recognized that signal processors are commonly and advantageously used in physiological monitors to process and extract information from data signals continuously in real-time. *Id.*; APPLE-1003, ¶110 (citing APPLE-1005, 1:45-48; APPLE-1007, 1:31-35; APPLE-1014, 4:40-41). Thus, a POSITA would have found obvious that the operations of sections 21 and 30 are performed by a signal processor in order to allow the subject to "detect his pulse condition continuously in his daily life." *Id.*; APPLE-1004, 36:23-27, 38:26-27. Accordingly, a POSITA would have found obvious that suspending the operations of sections 21 and 30 reduces an amount of processing by the signal processor performing the operations of sections 21 and 30. *Id.*; APPLE-1004, 21:9-20.

### 3.     Claim 10

As previously discussed (*supra* Ground 3A, 9[f]), Amano's apparatus reduces the amount of processing while the operations of sections 21 and 30 are suspended.  APPLE-1003, ¶¶99-101, 104-105, 109-110; APPLE-1004, 21:50-22:4, 22:4-6, 34:3-15, 35:54-64, 36:23-27, 38:26-27.  The "waveform treating section 21 comprises, for instance, a low-pass filter, and performs waveform-shaping treatment of the signal TH output from the body movement detecting section 20 to output a signal MHt showing a body movement component," and the "body movement eliminating section 30 subtracts the signal MHt showing a body movement component from the signal MH output from the pulse wave detecting section 10 to output a signal MHj showing a pulse wave component."  APPLE-1004, 21:9-20.  While the operations of sections 21 and 30 are suspended, the pulse wave signal is not filtered or treated by removing the body movement component, resulting in less data being processed.  APPLE-1004, 21:50-22:4, 22:4-6, 34:3-15, 35:54-64, 36:23-27, 38:26-27; APPLE-1003, ¶114.

### 4.     Claim 12

**Limitations 12[p]-12[e]**

*Supra*, Ground 3A, 9[p]-9[e]; APPLE-1003, ¶¶99-108.

**Limitation 12[f]**

As previously discussed (*supra* Ground 3A, 9[d]), Amano teaches

comparing processing characteristics to a predetermined threshold to determine whether body movement is present in the waveform.  APPLE-1004, 21:57-65, 34:3-15, 35:54-59; APPLE-1003, ¶106.  In Amano, "when... no body movement is present, the operations of the waveform treating section 21 and body movement component eliminating section 30 are suspended" and "the pulse waveform MH is output directly from the body movement component eliminating section 30." APPLE-1004, 21:65-22:4, 35:54-64.  Amano teaches that suspending the operations of sections 21 and 30 when there is no body movement "reduce[s] power consumption in the apparatus."  APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1003, ¶111.

A POSITA would have understood that when body movement is present, the detected condition *overrides* the reduced power consumption state, causing the apparatus to continuously operate at a higher power consumption state and perform the operations of sections 21 and 30.  APPLE-1004, 21:9-20, 21:37-46, 33:63-67, 36:23-27, 38:23-27; APPLE-1003, ¶112.  Accordingly, the processing characteristic passing a predetermined threshold, indicating that body movement is present, is an override condition that overrides the reduced power consumption state.  *Id*.

### 5.    Claim 13

Amano teaches that "various types of medical information can be obtained

by the detection of pulse wave and analysis of the detected pulse wave... making a diagnosis possible on the basis of these types of information." APPLE-1004, 1:19-27. Amano's apparatus "can judge the pulse condition objectively and accurately." APPLE-1004, 3:20-23; APPLE-1003, ¶115.

A POSITA would have found obvious that Amano's apparatus could be used to obtain various types of medical information, e.g., the pulse condition, "objectively and accurately" during critical care of a patient in a critical care environment. APPLE-1003, ¶116 (citing APPLE-1005, 1:67-2:10; APPLE-1014, 2:11-18). In its description of the prior art in the background section, the '703 patent itself admits that using pulse oximetry devices to obtain measurements during a critical care environment were well known. APPLE-1001, 1:18-23. Obtaining the pulse condition during critical care would include obtaining measurements indicating whether the override condition, e.g., the processing characteristic passing a predetermined threshold indicating motion is present, exists to control the operation of the apparatus in either the reduced power consumption state or the higher power consumption state. *Id.*; APPLE-1004, 1:19-27, 3:20-23; APPLE-1003, ¶116.

### 6.    Claim 14

As previously discussed (*supra* Ground 3A, 12[f]), the processing characteristic passing a predetermined threshold, indicating that body movement or

motion is present, is an override condition that overrides the reduced power consumption state.  APPLE-1003, ¶¶106, 111-112; APPLE-1004, 21:9-20, 21:37-46, 33:63-67, 36:23-27, 38:23-27.  As such, the override condition includes a monitored parameter exhibiting a predefined behavior, e.g., the processing characteristic (e.g., the accelerometer signal of Amano or the average peak width of Diab) passing a predetermined threshold indicating that body movement or motion is present.  *Id.*; APPLE-1003, ¶117

### 7.    Claim 20

**Limitation 20[p]**

*Supra*, Ground 3A, 9[p]; APPLE-1003, ¶¶99-101.

**Limitation 20[a]**

S*upra*, Ground 3A, 9[a]-9[b]); APPLE-1003, ¶¶102-103.

**Limitation 20[b]**

In addition to Amano's teachings previously discussed (*supra*, Ground 3A, [9c]; APPLE-1003, ¶¶104-105), Amano teaches that the pulse wave examination apparatus includes "CPUs, memories and the like" and "the CPU undergoes various calculating processes and comparing processes on the basis of control programs stored in part of the memories."  APPLE-1004, 30:60-67, 41:4-6 ("a CPU controlling various calculations and transformations").  A POSITA would have understood that the "CPUs" (one or more processors) of Amano perform the

operations of the sections of the apparatus.  APPLE-1003, ¶113; APPLE-1004, 30:60-67, 41:4-6.

**Limitation 20[c]**

*Supra*, Ground 3A, 9[d], 20[b]; APPLE-1003, ¶¶104-106, 113.

**Limitation 20[d]**

*Supra*, Ground 3A, 9[e], 20[b]; APPLE-1003, ¶¶107-108, 104-105, 113.

**Limitation 20[e]**

*Supra*, Ground 3A, 9[f], 20[b]; APPLE-1003, ¶¶99-101, 104-105, 109-110, 113.

### 8.    Claim 22

**Limitation 22[p]-22[d]**

*Supra*, Ground 3A, 20[p]-20[d]; APPLE-1003, ¶¶99-105, 107-108, 113.

**Limitation 22[e]**

*Supra*, Ground 3A, 12[f]; APPLE-1003, ¶¶106, 111-112.

### 9.    Claim 23

*Supra*, Ground 3A, Claim 13; APPLE-1003, ¶¶115-116.

### 10.    Claim 24

*Supra*, Ground 3A, Claim 14; APPLE-1003, ¶¶106, 111-112, 117.

### F.  GROUND 3B: Claims 1-3 and 15-17 are obvious based on Amano and Turcott

#### 1.  The Combination of Amano and Turcott

In the combination, the modification of Amano's apparatus would include implementing the apparatus to reduce the duty cycle of the light emitter to further minimize power consumption of the combined device based on Turcott's teaching of reducing the duty cycle to lower power consumption.  APPLE-1003, ¶118; APPLE-1006, 11:54-59.

#### 2.  Reasons to Combine Amano and Turcott

A POSITA would have been motivated and would have found it obvious and straightforward to combine Amano and Turcott to achieve a pulse wave examination apparatus that optimizes the signal-to-noise ratio and minimizes power consumption.  APPLE-1003, ¶119; APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1006, 11:54-59.  Both Amano and Turcott are in the same field of art and relate to pulse wave examination devices.  APPLE-1004, 21:3-8, 29:23-25, 31:2-8, 33:50-54, 34:3-14, 35:17-21, 36:23-27, 38:26-27, 40:23-27; APPLE-1006, 11:15-41.  Both Amano and Turcott disclose a need to optimize the signal-to-noise ratio and minimize power consumption.  APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1006, 11:54-59.   Turcott teaches that reducing the duty cycle of the light source optimizes the signal-to-noise ratio and minimizes power consumption.

APPLE-1006, 11:54-59.  A POSITA would have been motivated to implement Turcott's teaching of reducing the duty cycle to lower power consumption in a pulse oximeter in combination with Amano's pulse wave examination apparatus to further minimize power consumption.  APPLE-1003, ¶119; APPLE-1006, 11:54-59.  A POSITA would have understood further minimizing power consumption in Amano's device to be desirable because further minimization would lead to longer battery life.  *Id.*

Further, a POSITA would have found it obvious to modify Amano with Turcott because doing so entails the use of known solutions to improve similar systems and methods in the same way.  APPLE-1003, ¶120; *KSR*, 550 U.S. at 417.  A POSITA would have recognized that applying Turcott's teachings to Amano's pulse wave examination apparatus would have led to predictable results without significantly altering or hindering the functions performed by the pulse wave examination apparatus.  APPLE-1003, ¶120.  In fact, a POSITA would have been motivated to provide the well-known technique of reducing the duty cycle to lower power consumption to cause Amano's pulse wave examination apparatus to include such features to achieve the predictable benefits offered by Turcott's description of the same.  *Id.*; APPLE-1006, 11:54-59.

Indeed, a POSITA would have had a reasonable expectation of success in making this modification, and would have reasonably expected to reap benefits of

reducing the duty cycle to lower power consumption. *Id.*; APPLE-1003, ¶121. Amano and Turcott describe the same types of pulse waveform examination devices and, in combination, Turcott's features is implemented in Amano's pulse waveform examination apparatus just as it is in Turcott's pulse oximeter. *Id.* Accordingly, implementing Turcott's teaching of reducing the duty cycle of light sources to minimize power consumption, to operate a pulse detector as taught by Amano, would have been routine and straightforward to a POSITA, and it would have been clear that such a combination would predictably work and provide the expected functionality. *Id.*

### 3.    Claim 1

**Limitations 1[p]-1[e]**

*Supra*, Ground 3A, 9[p]-9[e]; APPLE-1003, ¶¶99-108.

**Limitation 1[f]**

In the combination, Turcott describes a pulse oximeter where "[t]he optical power generated by the [light] source is adjusted to optimize the signal to noise ratio and to minimize power consumption" by adjusting "the drive current, the frequency of the pulse train, the pulse duration, or the duty cycle of the pulse train," and "[t]o conserve energy, the [light] source is preferably driven with a low duty cycle pulse train." APPLE-1006, 11:51-59; APPLE-1003, ¶122.

A POSITA would have recognized that the predictable modification of

Amano as suggested by Turcott would include implementing the apparatus to reduce the drive current or the duty cycle of the pulse train of the LED, further minimizing power consumption.  APPLE-1003, ¶123; APPLE-1006, 11:51-59. When the apparatus is operating in the lower power consumption state, the apparatus also reduces the drive current or the duty cycle of the pulse train of the LED to further minimize power consumption.  *Id.*

Operating the LED of Amano with a reduced drive current or duty cycle reduces the activation of the LED.  APPLE-1003, ¶124.   For example, a reduced duty cycle means that the power signal spends more time in each cycle in the "off" state, leading to a reduction in the portion of each cycle during which the LED is "activated."  *Id.*   Additionally, a reduced drive current means that the amount of current used to activate the LED is reduced, leading to reduced activation of the LED.  *Id.*  Accordingly, the combination of Amano and Turcott teaches that continuously operating at the lower power consumption state includes reducing activation of an attached sensor by reducing the drive current or the duty cycle of the LED.  *Id.*

**Limitation 1[g]**

*Supra*, Ground 3A, 9[a]-9[b]; APPLE-1003, ¶¶102-103.

### 4.      Claim 2

*Supra*, Ground 3B, 1[f]; APPLE-1003, ¶¶122-124.

### 5.    Claim 3

In the combination, Amano's pulse wave examination apparatus allows a subject to "detect his pulse condition continuously in his daily life."  APPLE-1004, 36:23-27, 38:26-27; APPLE-1003, ¶125.  As previously discussed (*supra* Ground 3A, 9[d]), Amano teaches comparing processing characteristics to a predetermined value to determine whether body movement is present in the waveform.  APPLE-1004, 21:57-65, 34:3-15, 35:54-59; APPLE-1003, ¶106.  When the apparatus of Amano is continuously operating in the higher power consumption state, the apparatus compares processing characteristics to a predetermined value to determine whether motion is present in the waveform.  APPLE-1004, 21:57-65, 34:3-15, 35:54-59; APPLE-1003, ¶125.

Through Amano, the combination provides that "when... no body movement is present, the operations of the waveform treating section 21 and body movement component eliminating section 30 are suspended" and "the pulse waveform MH is output directly from the body movement component eliminating section 30."  APPLE-1004, 21:65-22:4, 35:54-64.  Amano teaches that suspending the operations of sections 21 and 30 when there is no body movement "reduce[s] power consumption in the apparatus."  APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1003, ¶126.  Accordingly, Amano teaches that during operating at the higher power consumption level where the operations of sections 21 and 30 are

performed, the apparatus monitors when the processing characteristics recedes from the threshold, indicating that no body movement or motion is present, and when receded, transitioning to continuously operating the patient monitor at the lower power consumption level where the operations of sections 21 and 30 are suspended.  APPLE-1003, ¶126; APPLE-1004, 21:57-22:4, 34:3-15, 35:54-59.

### 6.    Claim 15

**Limitation 15[p]**

*Supra*, Ground 3A, 9[p]; APPLE-1003, ¶¶99-101.

**Limitation 15[a]**

*Supra*, Ground 3A, 9[a]-9[b]; APPLE-1003, ¶¶102-103.

**Limitation 15[b]**

*Supra*, Ground 3A, 20[b]; APPLE-1003, ¶¶104-105, 113.

**Limitation 15[c]**

*Supra*, Ground 3A, 20[c]; APPLE-1003, ¶¶104-106, 113.

**Limitation 15[d]**

*Supra*, Ground 3A, 20[d]; APPLE-1003, ¶¶107-108, 104-105, 113.

**Limitation 15[e]**

*Supra*, Ground 3A, 20[b]; Ground 3B, 1[f]; APPLE-1003, ¶¶104-105, 113, 122-124.

### 7.    Claim 16

*Supra*, Ground 3A, 20[b]; Ground 3B, 1[f]; APPLE-1003, ¶¶104-105, 113, 122-124.

### 8.    Claim 17

*Supra*, Ground 3B, Claim 3; APPLE-1003, ¶¶125-126, 106.

## IV.    PTAB DISCRETION SHOULD NOT PRECLUDE INSTITUTION

Consistent with Congressional intent and goals of *NHK/Fintiv*,[5] Apple asks the Board alone to consider challenges raised in this Petition. *Apple Inc. v. Fintiv, Inc.*, IPR2020-00019, Paper 11, 6 (PTAB 2020). As explained below, *Fintiv* favors institution.

### A.    Factor 1: Institution will increase the likelihood of stay

Institution will enable the Board to resolve the issue of validity, and a

---

[5] The *NHK-Fintiv* rule should not be applied because it violates the AIA, which allows IPR to proceed in tandem with infringement litigation so long as the petition is filed within one year of service of a complaint of infringement. *See* 35 U.S.C. § 315(b). The rule also is arbitrary and capricious because its vague factors lead to speculative, unpredictable, and unfair outcomes. Further, the rule is procedurally invalid because it was not adopted through notice-and-comment rulemaking.

70

finding of invalidity will relieve the Central District of California (the "District Court") of the need to continue with the companion litigation. Apple intends to move to stay the District Court case, and the opportunity for such simplification increases the likelihood that the court will grant a stay in view of IPR institution. *Uniloc USA, Inc. v. Samsung Elecs. Am., Inc.*, Case No. 2:16-cv-642-JRG, 2-3 (E.D. Tex. 2017); *NFC Techs. LLC v. HTC Am., Inc.*, Case No. 13-CV-1058, 2015 WL 1069111 (E.D. Tex. 2015).

### B.    Factor 2: District Court schedule

Trial in the District Court case is scheduled for April 5, 2022. APPLE-1031, 1. Based on the 18-month IPR schedule, a Final Written Decision ("FWD") in an IPR arising from the present Petition would issue in early March of 2022, prior to the District Court trial date.

In addition, as in *NHK*, district court trial dates shift, even in normal times. *Mylan Pharma. Inc. v. Sanofi-Aventis Deutschland GMBH*, IPR2018-01680, Pap. 22, 17 (PTAB 2019). The District Court is one of the country's busiest patent courts, and the trial date of another case in the District Court has recently been postponed by approximately ten months. APPLE-1036, 2. Scheduling issues cannot be ruled out, as experts have professed that additional COVID-19 outbreaks are likely to arise and California is facing new outbreaks. APPLE-1034, 1 ("Fauci says second wave of coronavirus is 'inevitable'"); APPLE-1035, 4 ("Los Angeles

County is currently" at "275 [cases] per 100,000 [residents]," which is higher than the recommended level (100 per 100,000) for reopening).

### C.    Factor 3: Apple's investment in IPR outweighs forced investment in litigation to date

District court proceedings are still at an early phase.  The parties have yet to file claim construction briefs, no claim construction orders have issued, and the *Markman* hearing is not scheduled until February 8, 2021.  APPLE-1031, 1.  In addition, discovery is not scheduled to close until July 5, 2021.  *Id*.

Apple's substantial investment in these IPR proceedings should counterbalance—if not outweigh—the resources invested in the co-pending litigation given the speed with which Apple is filing IPR petitions on over 150 claims across seven patents.  It would be unjust to consider resources expended in District Court (equally by both parties), without considering Apple resources expended to prepare nine IPR petitions that would be irretrievably lost without consideration on the merits, in addition to the extensive expenses that may be foregone through institution of Apple's petitions and that will otherwise certainly follow in co-pending litigation for which significant milestones exist.  *See, e.g., Apple v. Seven Networks*, IPR2020-00255, Paper 13 at 12-15 (PTAB July 28, 2020) (declining to exercise 314(a) discretion on petitions filed 9 months after the commencement of co-pending litigation where a large number of patents were

included in the litigation, and a large number of claims from each patent were challenged in the petitions).

### D. Factor 4: The Petition raises unique issues

Consistent with *Fintiv*, Apple asks the Board to consider the unique challenges raised in the Petition. Apple has voluntarily stipulated to counsel for Patent Owner that, if the Board institutes the present Petition, Apple will not assert that the challenged claims are invalid on the pending Petition's asserted grounds in *Masimo Corporation et al. v. Apple Inc*., Case No. 8:20-cv-00048 (C.D. Cal.). APPLE-1032, 1; *see, e.g., Apple v. Seven* at 15-17 (finding that such a stipulation by a petitioner "mitigates, at least to some degree, the concerns of duplicative efforts between the district court and the Board, as well as concerns of potentially conflicting decisions").

In addition, the Petition addresses claims that will not be addressed in District Court. Although Patent Owner has not yet narrowed the asserted claims, the District Court recently ordered the parties to submit "a joint proposal for an initial reduction of infringement contentions" by September 21, 2020. APPLE-1033, 1. Thus, based on this ordered reduction in the asserted claims, the District Court will necessarily address fewer claims than are challenged in this Petition (which challenges all claims of the patent), even assuming the District Court addresses validity at all, which is presently unknowable. *See, e.g., Apple v. Seven*

at 18.

In short, grounds in this Petition are unique, and will not be addressed in District Court. *See, e.g., Apple v. Seven* at 15-20 (weighing this factor against exercising 314(a) discretion where a petitioner challenged several unasserted claims and stipulated that it would not pursue the IPR grounds in the co-pending litigation).

### E.    Factor 5: Institution would provide the Board an opportunity to invalidate claims that could later be reasserted against others

Apple's Petition is potentially helpful to future defendants.  For at least this reason, Apple's status as both Petitioner and defendant is, at worst, a neutral factor. Taking the relevant circumstances into account, institution would serve overall efficiency and integrity, enabling the Board to determine invalidity of claims that Patent Owner might otherwise later assert against others.

### F.    Factor 6: Other circumstances support institution

As *Fintiv* noted, "the factors ... are part of a balanced assessment of all the relevant circumstances in the case," and, "if the merits of a ground raised in the petition seem particularly strong … the institution of a trial may serve the interest of overall system efficiency and integrity …." *Fintiv*, 14-15.  As explained in the Petition (and Dr. Anthony's testimony), institution would result in invalidation of the Challenged Claims.

## V.    PAYMENT OF FEES

Apple authorizes the Patent and Trademark Office to charge Deposit

Account No. 06-1050 for the fee set in 37 C.F.R. § 42.15(a) for this Petition and

further authorizes payment for any additional fees to be charged to this Deposit

Account.

## VI.    CONCLUSION

Apple respectfully requests institution of an IPR for the Challenged Claims.

## VII.    MANDATORY NOTICES UNDER 37 C.F.R § 42.8(a)(1)

### A.    Real Party-In-Interest Under 37 C.F.R. § 42.8(b)(1)

Petitioner, Apple Inc., is the real party-in-interest.

### B.    Related Matters Under 37 C.F.R. § 42.8(b)(2)

Apple is not aware of any disclaimers, reexamination certificates, or

petitions for *Inter Partes* Revew for the '703 Patent.  The '703 patent is the subject

of the civil action *Masimo Corporation et al. v. Apple Inc*., Case No. 8:20-cv-

00048 (C.D. Cal.).

The '703 Patent is in the same family as U.S. Patent No. 10,433,776 ("the

'776 Patent").  Apple has petitioned for *Inter Partes* Review of the '776 Patent.

U.S. Patent Application No. 15/820,082 filed on November 21, 2017 and

U.S. Patent Application No. 16/174,130 filed on October 29, 2018 claim the

benefit of the '703 Patent and are currently pending before the Patent Office.

### C.    Lead And Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3)

Apple provides the following designation of counsel.

| Lead Counsel | Backup counsel |
|---|---|
| W. Karl Renner, Reg. No. 41,265<br>Fish & Richardson P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Tel: 202-783-5070<br>Fax: 877-769-7945<br>Email: IPR50095-0002IP1@fr.com | Dan Smith, Reg. No. 71,278<br>Kim Leung, Reg. No. 64,399<br>Fish & Richardson P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Tel: 202-783-5070<br>Fax: 877-769-7945<br>PTABInbound@fr.com |

### D.    Service Information

Please address all correspondence and service to the address listed above.

Petitioner consents to electronic service by email at IPR50095-0002IP1@fr.com

(referencing No. 50095-0002IP1 and cc'ing PTABInbound@fr.com, axf-ptab@fr.com, dsmith@fr.com and leung@fr.com.

Respectfully submitted,


Dated:  September 9, 2020        /W. Karl Renner/
W. Karl Renner, Reg. No. 41,265
Dan Smith, Reg. No. 71,278
Kim Leung, Reg. No. 64,399
Fish & Richardson P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
T: 202-783-5070

76

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

F: 877-769-7945

(Control No. IPR2020-01523)          *Attorneys for Petitioner*

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

## CERTIFICATION UNDER 37 CFR § 42.24

Under the provisions of 37 CFR § 42.24(d), the undersigned hereby certifies that the word count for the foregoing Petition for *Inter partes* Review totals 13,956 words, which is less than the 14,000 allowed under 37 CFR § 42.24.


Dated:  September 9, 2020         /W. Karl Renner/
                                 W. Karl Renner, Reg. No. 41,265
                                 Dan Smith, Reg. No. 71,278
                                 Kim Leung, Reg. No. 64,399
                                 Fish & Richardson P.C.
                                 3200 RBC Plaza, 60 South Sixth Street
                                 Minneapolis, MN 55402
                                 T: 202-783-5070
                                 F: 877-769-7945

                                 *Attorneys for Petitioner*

Attorney Docket No. 50095-0002IP1
IPR of U.S. Patent No. 8,457,703

# CERTIFICATE OF SERVICE

Pursuant to 37 CFR §§ 42.6(e)(4)(i) *et seq.* and 42.105(b), the undersigned

certifies that on September 9, 2020, a complete and entire copy of this Petition for

*Inter partes* Review and all supporting exhibits were provided via Federal Express,

to the Patent Owner by serving the correspondence address of record as follows:

KNOBBE, MARTENS, OLSON & BEAR, LLP
MASIMO CORPORATION (MASIMO)
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE CA 92614

_____ /Diana Bradley/ _____
Diana Bradley
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
(858) 678-5667

Docket No.: MASIMO.285C2                          **Customer No. 20,995**

---

### INFORMATION DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| Applicant | : | Ammar Al-Ali | |

CERTIFICATE OF EFS WEB TRANSMISSION

I hereby certify that this correspondence, and any other attachment noted on the automated Acknowledgement Receipt, is being transmitted from within the Pacific Time zone to the Commissioner for Patents via the EFS Web server on:

November 13, 2007
(Date)

John M. Grover, Reg. No. 42,610

| | | |
|---|---|---|
| App. No | : | Unknown |
| Filed | : | Herewith |
| For | : | LOW POWER PULSE OXIMETER |
| Examiner | : | Unknown |
| Art Unit | : | Unknown |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Enclosed is a PTO/SB/08 Equivalent listing 195 references that are of record in U.S. patent application No. 10/785,573, filed February 24, 2004, which is the parent of this continuation application, and is relied upon for an earlier filing date under 35 U.S.C. § 120.  Copies of the references are not submitted pursuant to 37 C.F.R. § 1.98(d).

This Information Disclosure Statement is being filed within three months of the filing date, with an RCE or before receipt of a first office action after an RCE and no fee is required.

The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment, to Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _____November 13, 2007_____   By: _____

John M. Grover
Registration No. 42,610
Attorney of Record
Customer No. 20,995
(949) 760-0404

4533817
111307

1                                    APPLE 1002

**Appx148**

**Application No.:  11/939,519**
**Filing Date:          November 13, 2007**

> when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level.

In contrast, Swedlow discloses a "sleep mode" for a pulse oximeter. Such "sleep mode" technologies were directly addressed in the present application's development of the prior art. For example, paragraph 6 states:

> **[0006]**    There are a number of disadvantages to applying consumer electronic <u>sleep mode</u> techniques to pulse oximetry. <u>By definition, the pulse oximeter is not functioning during sleep mode.</u> Unlike consumer electronics, pulse oximetry cannot afford to miss events, such as patient oxygen desaturation. Further, there is a trade-off between shorter but more frequent sleep periods to avoid a missed event and the increased processing overhead to power-up after each sleep period. Also, sleep mode techniques rely only on the output parameters to determine whether the pulse oximeter should be active or in sleep mode. Finally, the caregiver is given no indication of when the pulse oximeter outputs were last updated.

Thus, sleep mode technologies, including Swedlow, do not teach or suggest continuous determination of measurement values. Rather, sleep mode disclosures, including Swedlow, simply turn off various portions/electronics for predetermined periods of time. As stated, such technologies suffer from the trade-off of on one side, longer sleep periods that save power but potentially miss monitoring events, and on the other side, shorter sleep times designed to capture monitoring events but don't save much power.

The Office Action misreads Swedlow to teach continuous determination of measurement values <u>during</u> sleep mode. For example, the Office Action states:

> 3.       Claims 1, 8-12, and 14-15 are rejected under 35 U.S.C. 1 02(b) as being anticipated by Swedlow et al. (USPN 5,924,979 - applicant cited). In regard to claim 1, Swedlow discloses a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor (abstract and Col 2 line 66 - Col 4 line 8) the method comprising: <u>continuously operating a patient monitor at a lower power consumption level</u> (sleep mode, Col 2 line 66 - Col 3 line 15; and Col 4 lines 60-64) to determine measurement values for one or more physiological

MASIMO.285C2                                                          PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Inventor | : | Ammar Al-Ali |
| App. No. | : | 11/939,519 |
| Filed | : | November 13, 2007 |
| For | : | LOW POWER PULSE OXIMETER |
| Examiner | : | Chu Chuan Liu |
| Art Unit | : | 3777 |
| Conf No. | : | 6131 |

**CERTIFICATE OF EFS WEB TRANSMISSION**

I hereby certify that this correspondence, and any other attachment noted on the automated Acknowledgement Receipt, is being transmitted from within the Pacific Time zone to the Commissioner for Patents via the EFS Web server on:

January 9, 2013
(Date)

John M. Grover, Reg. No. 42,610

## SUPPLEMENTAL AMENDMENT

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The Applicant requests that the Examiner consider the present Supplemental Amendment filed in addition to consideration of Applicant's *"Response to Office Action"* filed November 30, 2012. The present Supplemental Amendment includes the following remarks and amendments.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Summary of Interview** begins on page 7 of this paper.

**Remarks** begin on page 8 of this paper.

**Application No.: 11/939,519**
**Filing Date:      November 13, 2007**

## AMENDMENTS TO THE CLAIMS

The following listing of claims replaces all prior versions thereof. Changes are shown below in highlighted form, where insertions appear as underlined text (e.g., insertions) while deletions appear as strikethrough text (e.g., deletions) or double brackets (e.g., [[deletions]]

1.      (Canceled).

2.      (Currently Amended)      A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:

driving one or more light sources configured to emit light into tissue of a monitored patient;

receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;

continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;

comparing processing characteristics to a predetermined threshold; and

when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level~~The method of Claim 1~~, wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue.

3.      (Original)      The method of Claim 2, wherein said reducing activation comprises reducing a duty cycle of said sensor.

4.      (Canceled).

5.      (Currently Amended)      A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:

driving one or more light sources configured to emit light into tissue of a monitored patient;

**Application No.:  11/939,519**
**Filing Date:        November 13, 2007**

receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;

continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;

comparing processing characteristics to a predetermined threshold; and

when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level~~The method of Claim 1~~, wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor.

6.    (Original)      The method of Claim 5, wherein said reducing comprises processing less data.

7.    (Original)      The method of Claim 6, wherein said processing less data comprises reducing an overlap in data blocks being processed.

8.    (Currently Amended)      The method of Claim ~~1~~2, wherein during said operating at said higher power consumption level, monitoring when said processing characteristics recedes from said threshold; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level.

9.    (Currently Amended)      The method of Claim ~~1~~2, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors.

10.    (Previously Presented)      The method of Claim 9, wherein said signal characteristics comprise signal strength.

11.    (Previously Presented)      The method of Claim 9, wherein said signal characteristics comprise a presence of noise.

12.    (Previously Presented)      The method of Claim 9, wherein said signal characteristics comprise a presence of motion induced noise.

13.    (Currently Amended)      The method of Claim ~~1~~2, wherein said processing characteristics include determining an estimate of current power consumption and comparing said estimate with a target power consumption.

**Application No.:  11/939,519**
**Filing Date:      November 13, 2007**

14.     (Currently Amended)     <u>A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising:</u>

<u>driving one or more light sources configured to emit light into tissue of a monitored patient;</u>

<u>receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue;</u>

<u>continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient;</u>

<u>comparing processing characteristics to a predetermined threshold; and</u>

<u>when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level</u><s>The method of Claim 1</s>, wherein said processing characteristics include an override condition.

15.     (Previously Presented)     The method of Claim 14, wherein said override condition comprises measurements during a critical care environment.

16.     (Previously Presented)     The method of Claim 14, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior.

17.     (Canceled).

18.     (Currently Amended)     <u>A patient monitor configured to manage power consumption during continuous patient monitoring by adjusting its behavior, the monitor comprising:</u>

<u>an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and</u>

<u>one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously</u>

-4-

**Application No.: 11/939,519**
**Filing Date:      November 13, 2007**

operating at a higher power consumption level~~The monitor of Claim 17~~, wherein processors reduce activation of an attached sensor.

19.     (Previously Presented)     The monitor of Claim 18, wherein said processors reduce a duty cycle of said sensor.

20.     (Currently Amended)     A patient monitor configured to manage power consumption during continuous patient monitoring by adjusting its behavior, the monitor comprising:

an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and

one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level~~The monitor of Claim 17~~, wherein said processors reduce an amount of processing by a signal processor.

21.     (Previously Presented)     The monitor of Claim 20, wherein said processors reduce an overlap in data blocks being processed.

22.     (Currently Amended)     The monitor of Claim ~~17~~18, wherein during said operating at said higher power consumption level, said processors monitors when said processing characteristics recedes from said threshold; and when receded, said processors transition to continuously operating at said lower power consumption level.

23.     (Currently Amended)     The monitor of Claim ~~17~~18, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors.

24.     (Currently Amended)     The monitor of Claim ~~17~~18, wherein said processing characteristics include determining an estimate of current power consumption and comparing said estimate with a target power consumption.

**Application No.:  11/939,519**
**Filing Date:        November 13, 2007**

25.    (Currently Amended)        A patient monitor configured to manage power consumption during continuous patient monitoring by adjusting its behavior, the monitor comprising:

an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and

one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level~~The monitor of Claim 17~~, wherein said processing characteristics include an override condition.

26.    (Previously Presented)      The monitor of Claim 25, wherein said override condition comprises measurements during a critical care environment.

27.    (Previously Presented)      The monitor of Claim 25, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior.

**Application No.:  11/939,519**
**Filing Date:        November 13, 2007**

### SUMMARY OF INTERVIEW

The Applicant thanks Examiner Chu Chuan Liu for the telephonic interviews extended to the Applicant's counsel of record, John M. Grover, culminating on January 8, 2013, with an agreement as to the claim language reflected herein. Over the course of the interviews, the participants discussed U.S. Pat. No. 5,827,969 to Lee et al. and 6,402,690 to Rhee et al. and the Applicants asserted why the presently pending claims were allowable over the same.

-7-

**Application No.:  11/939,519**
**Filing Date:       November 13, 2007**

### REMARKS

By way of summary, Claims 1-27 were pending for consideration.  In the present amendment, the Applicant canceled claims without prejudice or disclaimer and amended the claims without prejudice or disclaimer to previously pending versions thereof. Accordingly, Claims 2-3, 5-16, and 18-27 remain pending for consideration.

During the interviews summarized in the foregoing, an agreement was reached relating to claim language. Accordingly, the Applicant has amended the claims along the lines discussed in the interview. Therefore, the Applicant respectfully requests consideration of the pending amended claims.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11 1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: <u>January 9, 2013</u>            By:

John M. Grover
Registration No. 42,610
Attorney of Record
Customer No. 64735
(949) 760-0404

14632518

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent of:      Al-Ali
U.S. Patent No.:    8,457,703          Attorney Docket No.:  50095-0002IP1
Issue Date:           June 4, 2013
Appl. Serial No.:    11/939,519
Filing Date:          November 13, 2007
Title:                   LOW POWER PULSE OXIMETER

## <u>DECLARATION OF DR. BRIAN W. ANTHONY</u>

I, Brian W. Anthony, of Cambridge, MA, declare that:

## I.      QUALIFICATIONS AND BACKGROUND INFORMATION

1.      My name is Dr. Brian W. Anthony.  I am an Associate Principal Research Scientist at the Institute of Medical Engineering & Science at Massachusetts Institute of Technology (MIT).  I am also a Principal Research Scientist at MIT's Mechanical Engineering department, Director of the Master of Engineering in Advanced Manufacturing and Design Program at MIT, a Co-Director of the Medical Electronic Device Realization Center of the Institute of Medical Engineering & Science, and Associate Director of MIT.nano. My current *curriculum vitae* is attached and some highlights follow.

2.      I earned my B.S. in Engineering (1994) from Carnegie Mellon University.  I earned my M.S. (1998) and Ph.D. (2006) in Engineering from MIT. My research focused on high-performance computation, signal processing, and electro-mechanical system design.

1

to operate for the elimination of the body movement component [from the detected pulse wave] even if there is no body movement,... power is consumed by the body movement eliminating operation." APPLE-1004, 21:3-57. Amano provides a solution where "when no body movement is present, the operations of the waveform treating section 21 and body movement component eliminating section 30 are suspended," which "reduce[s] power consumption in the apparatus." APPLE-1004, 21:65-22:6, 35:54-64. Thus, Amano teaches reducing power consumption by suspending unnecessary processing operations. *Id*.

## C. The Combination of Diab and Amano

43. In light of Amano's teaching that "power is consumed by the body movement eliminating operation," a POSITA would have found obvious that operating Diab's "motion artifact suppression module 580" likewise consumes power. APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 47:52-56, 48:34-49:38. Additionally, in light of Amano's teaching that suspending "the operations of... body movement component eliminating section" reduces power consumption, a POSITA would have found obvious that performing Diab's "spectral estimation on the signals... directly <u>without</u> motion artifact suppression" [1] similarly reduces power consumption. *Id.* In light of Amano's teaching of reducing power

---

[1] All emphasis added unless otherwise indicated.

23

consumption by suspending unnecessary processing operations, a POSITA would have found obvious that Diab's oximeter likewise reduces power consumption by performing "spectral estimation on the signals... directly <u>without</u> motion artifact suppression." *Id.*

### D.     Reasons to Combine Diab and Amano

44.     A POSITA would have been motivated to and would have found it obvious and straightforward to supplement Diab's teachings with the teachings of Amano as described above.  Both Diab and Amano are in the same field of art and relate to devices that provide pulse waveforms.  APPLE-1004, 21:3-8, 29:23-25, 31:2-8, 33:50-54, 34:3-14, 35:17-21, 36:23-27, 38:26-27, 40:23-27; APPLE-1007, 34:27-28, 35:44-47, 49:25-32.  Both Amano and Diab teach a need to eliminate motion-induced noise from a pulse waveform.  APPLE-1004, 33:54-67; APPLE-1007, 2:23-26, 2:53-3:9, 34:1-9.

45.     Amano demonstrates that reducing the amount of processing, by suspending operations, reduces power consumption.  APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 47:52-56, 48:34-49:38.  A POSITA faced with Diab's disclosure would look to similar systems, such as Amano, to obtain more information on the effect of Diab's reduction in processing.  *Id*.  Amano's teachings explain that changes in power consumption were obvious from changes in the amount of processing that are contemplated by Diab.  *Id*.  A POSITA would

24

artifact suppression," and "[i]n the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580." APPLE-1007, 47:52-56. Thus, Diab adjusts the behavior of the oximeter by (1) not performing motion artifact suppression when motion is not detected and (2) by performing motion artifact suppression when motion is detected. APPLE-1007, 47:52-56.

49.    Also in the combination, Amano teaches that "when the body movement component eliminating section... is made to operate... power is consumed by the body movement eliminating operation" and "when no body movement is present, the operations of... body movement component eliminating section... are suspended," "thereby reducing calculation time and power consumption." APPLE-1004, 21:50-22:6, 35:54-64. A POSITA would have found obvious that operating Diab's "motion artifact suppression module 580" consumes power based on Amano's teaching that "power is consumed by the body movement eliminating operation" to Diab's oximeter. APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 48:34-49:38.

50.    Additionally, a POSITA would have found obvious that performing "spectral estimation on the signals... directly without motion artifact suppression" reduces power consumption based on Amano's teaching that suspending "the operations of... body movement component eliminating section" reduces power consumption. *Id.* A POSITA would have been motivated and would have found it

27

obvious and straightforward to combine Diab with Amano to manage power consumption by "reducing calculation time and power consumption," as suggested by Amano, "[i]f motion is not detected" by performing "spectral estimation on the signals... directly <u>without</u> motion artifact suppression," as taught by Diab. *Id.*

51.     In the combination, Diab teaches that a "pulse oximeter is a type of blood gas monitor which non-invasively measures the arterial saturation of oxygen in the blood." APPLE-1007, 2:66-3:1. Diab's oximeter 299 includes "<u>red and infrared light emitters 301, 302</u> [that] each emits energy which is absorbed by the finger 310 and received by the <u>photodetector 320</u>" that "produces an electrical signal which corresponds to the intensity of the light energy striking the photodetector" after attenuation by the finger. APPLE-1007, 35:23-27, 4:51-57, 33:51-60, 34:12-19. "The finger comprises skin, tissue, muscle, both arterial blood and venous blood, fat, etc., each of which absorbs light energy differently due to different absorption coefficients, different concentrations, different thicknesses, and changing optical pathlengths." APPLE-1007, 33:60-64. A portion of the functional diagram of the oximeter 299 showing the sensor is below:

28

using the motion artifact suppression module 580." APPLE-1007, 47:52-56. In

this way, Diab's oximeter continuously operates by "comput[ing] the arterial and

venous blood oxygen saturations of a physiological system on a <u>continuous</u> or

nearly continuous time basis... regardless of whether or not the physiological

system undergoes voluntary motion." APPLE-1007, 34:10-12, 63:38-41, FIG. 11.

The "output filter 594" of the pulse rate module 410 provides "the pulse of the

patient, which is advantageously provided to the display." APPPLE-1007, 48:3-5,

50:27-29.

53.    A functional diagram of the pulse rate module 410 is shown below,

with annotations showing the signals (only infrared samples) and the modules 578,

586, 590, 592, and 594 used to determine the pulse rate "without motion artifact

suppression" (green line) when motion is not detected by the motion status module

584. APPLE-1007, 48:6-33, 50:1-29. As a comparison, the functional diagram is

also annotated to show the signals (infrared samples, red samples, saturation value)

and the motion artifact suppression module 580 (purple box) and modules 588,

590, 592, and 594 used to determine the pulse rate (purple line) when motion is

detected by the motion status module 584. APPLE-1007, 47:47-49, 47:55-50:29

30



APPLE-1007, Detail of FIG. 20 (annotated)

54.    A functional diagram of the motion artifact suppression module 580 is shown below, with the additional processing for motion artifact suppression annotated.  APPLE-1007, 48:34-49:32.



APPLE-1007, Detail of FIG. 21 (annotated)

While Diab's explicit description that "[i]f motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression" and "[i]n the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580" (APPLE-1007, 47:52-56) teaches not executing the motion artifact suppression module 580 if motion is not detected, it would have also been obvious to suspend and not execute the operations of Diab's motion artifact suppression module 580 if motion is not detected based on Amano's teaching of suspending "the operations of... body movement component eliminating section" "when no body movement is present" (APPLE-1004, 21:65-22:6).

55.     Based at least on the teachings of Amano, a POSITA would have understood that performing "spectral estimation on the signals... directly <u>without</u>

32

motion artifact suppression" reduces power consumption based on Amano's teaching that suspending "the operations of... body movement component eliminating section" reduces power consumption. APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 48:34-49:38. A POSITA would have been motivated and would have found it obvious and straightforward to combine Diab with Amano to "reduc[e] calculation time and power consumption," as suggested by Amano, "[i]f motion is not detected" by performing "spectral estimation on the signals... directly *without* motion artifact suppression," as taught by Diab. *Id.* Accordingly, the combination of Diab and Amano renders obvious continuously operating the oximeter at a lower power consumption level "[i]f motion is not detected" to determine measurement values for one or more physiological parameters of a patient. *Id.*

56.    In the combination, the signal processor compares processing characteristics to a predetermined threshold. For example, Diab's oximeter includes "red and infrared light emitters 301, 302 [that] each emits energy which is absorbed by the finger 310 and received by the photodetector 320" that "produces an electrical signal which corresponds to the intensity of the light energy striking the photodetector." APPLE-1007, 35:23-27, 34:12-19. The signal processor 334 performs "a saturation transform," which is "an operation which converts the sample data from time domain to saturation domain values," to provide "saturation

33

transform power curve[s]." APPLE-1007, 35:34-47, 45:6-10. The signal processor 334 calculates "peak width of a power curve" where "[t]he width of the peaks provides some indication of motion by the patient—wider peaks indicating motion." APPLE-1007, 46:13-20, 46:53-55. Accordingly, the red and infrared samples obtained from the photodetector signal are used to calculate the "peak width of a power curve." APPLE-1007, 44:38-46:55.

57. Diab's signal processor 334 also performs functions of a "pulse rate module 410" that includes "a motion status module 584," the output of which is provided to "a motion artifact suppression module 580." APPLE-1007, 38:61-63, 47:30-38, 47:47-49, FIGS. 14, 20. An "average peak width value" (processing characteristics) is input to the "motion status module 584." APPLE-1007, 47:50-52, FIG. 20. Diab teaches that "[t]he width of the peaks provides some indication of motion by the patient—wider peaks indicating motion" and "[i]f the peaks are wide, this is taken as an indication of motion." APPLE-1007, 46:53-55, 47:51-52. As such, the motion status module 584 detects motion by determining "if the peaks are wide." APPLE-1007, 47:50-56. A POSITA would have understood that in order to determine whether the peaks are "wide," the width of the peaks would be compared to a width value above which the peaks are considered "wide" (a threshold). *Id.*. Accordingly, Diab teaches comparing processing characteristics

34

("average peak width value") to a predetermined threshold (a value corresponding to "wider peaks indicating motion"). *Id.*

58.    In the combination, the signal processor transitions to continuously operating the patient monitor at a higher consumption level when the processing characteristics pass the threshold.  As previously discussed, Diab teaches that "[i]f motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression," and "[i]n the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580."  APPLE-1007, 47:52-56.  In the combination, Diab's oximeter continuously operates by "comput[ing] the arterial and venous blood oxygen saturations of a physiological system on a continuous or nearly continuous time basis... regardless of whether or not the physiological system undergoes voluntary motion."  APPLE-1007, 34:10-12, 63:38-41, FIG. 11.  Based on Diab's and Amano's teachings as previously discussed, a POSITA would have found obvious that, during operation at the lower power consumption level "without motion artifact suppression," when motion is detected based on processing characteristics ("average peak width value") passing the threshold (a value corresponding to "wider peaks indicating motion"), the signal processor 334 transitions to the higher power consumption level where "motion artifacts are suppressed using the motion artifact suppression module 580."  APPLE-1007, 47:52-56; APPLE-1004, 21:50-22:6, 35:54-64.

35

59.     In the combination, the processing characteristics include an override condition.  Based on Diab's and Amano's teachings as previously discussed, a POSITA also would have found obvious that, during operation at the lower power consumption level "without motion artifact suppression," when motion is detected based on processing characteristics ("average peak width value") passing the threshold (a value corresponding to "wider peaks indicating motion"), the signal processor 334 transitions to the higher power consumption level where "motion artifacts are suppressed using the motion artifact suppression module 580." APPLE-1007, 47:52-56; APPLE-1004, 21:50-22:6, 35:54-64.

60.     A POSITA would have understood that when motion is present, the detected condition <u>overrides</u> the reduced power consumption state (where the signal processor processes only infrared samples "without motion artifact suppression") causing the oximeter to continuously operate at a higher power consumption level where the signal processor processes more data (red samples and saturation value in addition to infrared samples) using the "motion artifact suppression module 580." *Id.*  Accordingly, the processing characteristics ("average peak width value") passing the threshold (a value corresponding to "wider peaks indicating motion") is an override condition that overrides the reduced power consumption state. *Id.*

36

61.     In the combination, continuously operating at the lower power consumption level includes reducing an amount of processing by the signal processor.  As previously discussed, a POSITA would have found obvious that performing "spectral estimation on the signals... directly without motion artifact suppression," as taught by Diab, reduces power consumption based on Amano's teaching that suspending "the operations of... body movement component eliminating section" "reduc[es]... power consumption."  APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 48:34-49:38.  Also as previously discussed, a POSITA would have understood that Diab's oximeter reduces the amount of processing by the signal processor when motion is not detected by processing less data (only infrared samples) and "without motion artifact suppression."  APPLE-1007, 47:52-56, 48:6-33, 50:1-29.  Conversely, a POSITA also would have understood that Diab's oximeter increases the amount of processing by the signal processor when motion is detected by processing more data (infrared samples, red samples, and saturation value) and "using the motion artifact suppression module 580." APPLE-1007, 47:47-49, 47:55-50:29.

62.     Also as previously discussed, the combination teaches that Diab's oximeter continuously operates by "comput[ing] the arterial and venous blood oxygen saturations of a physiological system on a continuous or nearly continuous time basis... regardless of whether or not the physiological system undergoes

37

voluntary motion." APPLE-1007, 34:10-12, 63:38-41, FIG. 11. Accordingly, in the combination, operating at the lower power consumption level by performing "spectral estimation on the signals... directly without motion artifact suppression" includes reducing an amount of processing because the signal processor processes less data (only infrared samples) and "without motion artifact suppression." APPLE-1007, 47:52-56, 48:6-33, 50:1-29.

### 2.      Claim 10

63.     In the combination, Diab teaches that reducing the amount of processing by the signal processor includes processing less data. As previously discussed, the combination of Diab and Amano teaches reducing an amount of processing, including the signal processor processes less data (only infrared samples) and "without motion artifact suppression." APPLE-1007, 47:52-56, 48:6-33, 50:1-29.

### 3.      Claims 13 and 22

64.     In the combination, Diab teaches that the override condition includes measurements during a critical care environment. For example, Diab's oximeter "provides clean plethysmographic waveforms of the detected signals and provides values for oxygen saturation and pulse rate to the display." APPLE-1007, 35:34-47, 34:24-28, FIGS. 13-14. A POSITA would have found it obvious to use Diab's oximeter to obtain "blood oxygen saturation, heart rate, and a clean

38

motion by the patient—wider peaks indicating motion." APPLE-1007, 46:13-20, 46:53-55. Accordingly, the "average peak width value" (processing characteristics) obtained from a signal provided by a photodetector indicates a strength of motion-induced noise in the photodetector signal.

90.    Also in the combination, Turcott teaches that "[t]he optical power to the source is adjusted to optimize the signal to noise ratio." APPLE-1006, 11:51-61. Accordingly, signal to noise ratio indicates strength of the signal as well as the noise.

### IX.    THE COMBINATION OF DIAB AND THE GENERAL KNOWLEDGE OF A POSITA AND FURTHER IN VIEW OF EDGAR OR TURCOTT

91.    As articulated in Ground 1A, in light of Amano's teaching of reducing power consumption by suspending unnecessary processing operations, a POSITA would have found it obvious that Diab's oximeter likewise reduces power consumption by performing "spectral estimation on the signals... directly without motion artifact suppression." APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 47:52-56, 48:34-49:38. Diab and Amano is a combination in which Amano is offered to demonstrate a broader concept that is well understood by a POSITA, namely that reducing the amount of processing by suspending operations reduces power consumption.

57

92.    This concept is well known to a POSITA, and thus, for Grounds 4A-4C, the application of Diab alone reveals to a POSITA that changes in power consumption were obvious from changes in the amount of processing that are contemplated by Diab.  This is corroborated by a number of references, such as U.S. Patent No. 5,027,410 (APPLE-1015, 10:62-65 ("reducing the number of execution steps required and thus allowing either faster computation or lower power consumption, or both")); U.S. Publication No. 2003/000442 (APPLE-1016, [0103] ("certain detection channels can be deactivated to save power or if additional detection processing is deemed unnecessary in certain applications")); U.S. Publication No. 2002/003238 (APPLE-1017, [0098] ("the various electronic modules and sensors that are included in a monitoring apparatus... include power management facilities that provide reduced power consumption whenever a module or sensor is not in active use")); U.S. Patent Application Publication No. 2003/0163287 (APPLE-1018, [0241] ("by reducing processing, battery power is conserved")); U.S. Patent No. 6,163,721 (APPLE-1019, 2:25-27 ("various device designs have shut down analog blocks and/or shut-off clocks to logic blocks not being used at particular times, thereby reducing power")); U.S. Patent No. 5,058,203 (APPLE-1020, 1:10-12 and 2:23-25 ("reduce power consumption in order to extend the life of the battery" where "the processor unit performs the first control functions intermittently each time a function is needed to be performed"));

58

U.S. Patent No. 6,711,691 (APPLE-1021, 1:59-61 ("power consumption of the computer system is dependent upon the amount of work placed on the processing resources of the computer system"); and Amano. I refer to these other publications here merely for purposes of corroborating this common background knowledge recognizable to a POSITA at the time.

93.    A POSITA would have understood that Diab's oximeter reduces the amount of processing by the signal processor when motion is not detected by processing less data (only infrared samples) and "without motion artifact suppression," thereby reducing the power consumed by the processor. *Id.*; APPLE-1007, 47:52-56, 48:6-33, 50:1-29. Conversely, a POSITA also would have understood that Diab's oximeter increases the amount of processing by the signal processor when motion is detected by processing more data (infrared samples, red samples, and saturation value) and "using the motion artifact suppression module 580." *Id.* As such, a POSITA would have recognized that reducing unnecessary processing reduces power consumption of the oximeter and increasing the amount of processing increases power consumption of the oximeter. *Id.* Accordingly, Diab's oximeter, by adjusting the amount of processing based on the presence or absence of motion, manages power consumption during continuous patient monitoring. *Id.*

59

apparatus also includes a body movement detecting section 20 that detects the body movement of the subject, a waveform treating section 21 that provides a signal of the body movement component, and a body movement eliminating section 30 that subtracts the body movement component from the detected pulse waveform to eliminate the influence of body movement on the pulse waveform. APPLE-1004, 21:9-20, 21:37-46, 33:63-67, 34:3-15, 35:17-21, 38:23-26.

96.     The pulse wave examination apparatus also includes a judging section 22 that determines whether body movement is present by comparing the body movement detected by the body movement detecting section 20 with a threshold value.  APPLE-1004, 21:57-65, 34:3-15, 35:54-59.  When the judging section 22 detects that no body movement is present, the operations of sections 21 and 30 are suspended and the pulse waveform from the pulse wave detecting section 10 is output directly from the body movement eliminating section 30.  APPLE-1004, 21:65-22:4, 35:54-64.  Amano discloses that suspending the operations of sections 21 and 30 when there is no body movement improves the signal to noise ratio of the output signal, reduces calculation time, and reduces power consumption of the apparatus.  APPLE-1004, 21:50-53, 22:4-6, 35:54-64.

97.     As previously discussed, the combination of Diab and Amano provides the "processing characteristics" limitation of claims 9, 12, 15, 20, and 22 through Diab's teaching of detecting motion from a signal provided by a

61

photodetector corresponding to the attenuated visible and infrared light energy signals and determining whether motion is present by comparing the "average peak width value" with a value corresponding to "wider peaks indicating motion." APPLE-1007, 34:10-20, 35:23-27, 44:38-46:55, 46:53-55, 47:51-56.  In the combination of Diab and Amano, Diab teaches these limitations under a limiting interpretation requiring "processing characteristics" to be obtained from a signal provided by a photodetector.

98.    For Amano alone, these limitations are met by Amano's teaching of "an acceleration sensor [that] detects the body movement of a subject to output the detected signal as a signal TH" and a "judging section 22 [that] determines whether body movement is present or not, based on the body movement waveform TH, to yield a control signal C... by comparing a threshold value with the body movement waveform TH."  APPLE-1004, 21:57-65, 34:3-15, 35:54-59.  Amano teaches these limitations based on an alternative non-limiting interpretation of "processing characteristics" that is met by Amano's acceleration sensor output.  The non-limiting plain meaning of the phrase "processing characteristics" includes characteristics or features obtained from or used for processing information.  *Id.* Amano's acceleration sensor output provides a body movement waveform that is a result of processing performed by the acceleration sensor and is used for processing of the pulse waveform.  APPLE-1004, 21:9-49.  Therefore, Amano's

62



US006293915B1

(12) **United States Patent**
Amano et al.

(10) Patent No.: **US 6,293,915 B1**
(45) Date of Patent: *Sep. 25, 2001

(54) **PULSE WAVE EXAMINATION APPARATUS, BLOOD PRESSURE MONITOR, PULSE WAVEFORM MONITOR, AND PHARMACOLOGICAL ACTION MONITOR**

(75) Inventors: **Kazuhiko Amano; Kazuo Uebaba,** both of Yokohama; **Hitoshi Ishiyama,** Toride; **Hiroshi Kasahara,** Kashiwa, all of (JP)

(73) Assignee: **Seiko Epson Corporation,** Tokyo (JP)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/341,787**

(22) PCT Filed: **Nov. 20, 1998**

(86) PCT No.: **PCT/JP98/05259**

§ 371 Date: **Jul. 16, 1999**

§ 102(e) Date: **Jul. 16, 1999**

(87) PCT Pub. No.: **WO99/26529**

PCT Pub. Date: **Jun. 3, 1999**

(30) **Foreign Application Priority Data**

Nov. 20, 1997 (JP) .......................................... 9-320149
Nov. 21, 1997 (JP) .......................................... 9-321768
Jul. 12, 1998 (JP) .......................................... 10-213494

(51) Int. Cl.[7] ............................................... A61B 5/02
(52) U.S. Cl. ...................... **600/501;** 600/500; 600/485
(58) Field of Search ........................... 600/500, 501, 600/485, 486, 502

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,623,933 | * | 4/1997 | Amano et al. ...................... 600/500 |
| 5,755,229 | * | 5/1998 | Amano et al. ...................... 600/500 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 638 281 A1 | 2/1995 | (EP) . |
| 59-189830 | 10/1984 | (JP) . |
| 4-250132 | 9/1992 | (JP) . |
| 8-257000 | 10/1996 | (JP) . |
| 8-289876 | 11/1996 | (JP) . |
| 9-135819 | 5/1997 | (JP) . |
| 139440 | 8/1990 | (TW) . |
| WO96 35368 | 11/1996 | (WO) . |

OTHER PUBLICATIONS

"Medical Diagnostics, vol. 1 (in Japanese)", supervised by Akira Shibata, Mar., 10, 1995, Nishimura Shoten, pp401–409.
"Application of Wavelet Transformation to Wave Pulse of Living Body (in Japanese)", Preprint of 15th Scientific Lectures on Biomechanism, (Japan), (1994), pp121–124.

* cited by examiner

*Primary Examiner*—Cary O'Connor
*Assistant Examiner*—Navin Natnithithadha

(57) **ABSTRACT**

An FFT treating section (**40**) carries out the frequency analysis of a pulse waveform MHj excluding a body movement component to yield pulse wave analysis data MKD and then a tidal wave-character extracting section (**50**) and a dicrotic wave-character extracting section (**60**) yield a tidal wave-character data (TWD) and a dicrotic wave-character data (DWD) showing the characteristics of a tidal wave and dicrotic wave respectively. Then, a pulse condition judging section (**70**) yields pulse condition data (ZD) on the basis of this data (TWD, DWD) and in succession a notifying section (**80**) advises of the pulse condition of a subject.

**61 Claims, 56 Drawing Sheets**



APPLE 1004

**Appx454**

Case: 22-1890    Document: 22    Page: 181    Filed: 02/15/2023

F I G .  1



FIG. 2



F I G. 3



Case: 22-1890    Document: 22    Page: 184    Filed: 02/15/2023

F I G.  4



Appx458

F I G. 5



FIG. 6



F I G . 7



WAVELET ANALYSIS RESULT

F I G . 8



ELECTROCARDIOGRAM

T-WAVE

WAVEFORM OF
BLOOD PRESSURE
AT PROXIMAL PORTION
OF AORTA

CLOSING OF AORTIC VALVE

OPENING OF
AORTIC VALVE

EFFUSION
WAVE

TIDAL WAVE

DICROTIC WAVE

WAVEFORM OF
BLOOD PRESSURE
AT PERIPHERY

DICROTIC NOTCH

VENTRICULAR
SYSTOLE

VENTRICULAR DIASTOLE

9

F I G . 9



F I G.  1 0

DISTORTION RATE d

$$d = \frac{\sqrt{A_2^2 + A_3^2 + \cdots + A_n^2}}{A_1}$$

$(y_5 - y_4)$  [mmHg]

$(y_5 - y_4)$

11

FIG. 11



Appx465

F I G .  1 2



FIG. 13



XUAN MAI

14

F I G .  1 4

|  | HUA MAI | PING MAI | XUAN MAI |
|---|---|---|---|
| AMPLITUDE OF DICROTIC WAVE [mmHG] | 7.3 | 10.6 | 2.9 |
| AMPLITUDE OF TIDAL WAVE [mmHG] | 0 | 0 | 3.8 |

F I G .  1 5

|  | HUA MAI | PING MAI | XUAN MAI |
|---|---|---|---|
| FUNDAMENTAL WAVE | 100.0 | 100.0 | 100.0 |
| 2 | 75.5 | 66.0 | 47.9 |
| 3 | 67.8 | 64.3 | 45.5 |
| 4 | 30.6 | 20.1 | 25.0 |
| 5 | 21.1 | 15.9 | 17.6 |
| 6 | 11.1 | 5.4 | 16.8 |
| 7 | 3.5 | 4.3 | 7.1 |
| 8 | 2.0 | 5.3 | 4.9 |
| 9 | 2.0 | 3.0 | 6.5 |
| 10 | 3.0 | 3.6 | 5.1 |

15



FIG. 16

16



FIG. 17

FIG. 18

18

F I G. 1 9



F I G. 2 0



F I G.  2 1





FIG. 22

F I G .  2 3



Case: 22-1890    Document: 22    Page: 203    Filed: 02/15/2023

F I G. 2 4



**Appx477**

FIG. 25



Case: 22-1890    Document: 22    Page: 205    Filed: 02/15/2023

F I G . 2 6



Appx479

FIG. 27



FIG. 28

| | t1 | t2 | t3 | t4 | t5 | t6 | t7 | t8 |
|---|---|---|---|---|---|---|---|---|
| 4.0~3.5Hz | 8 | 4 | 6 | 0 | 0 | 0 | 0 | 0 |
| 3.5~3.0Hz | 5 | 2 | 3 | 1 | 0 | 0 | 0 | 0 |
| 3.0~2.5Hz | 2 | 1 | 4 | 0 | 0 | 0 | 0 | 0 |
| 2.5~2.0Hz | 1 | 1 | 3 | 0 | 1 | 0 | 0 | 1 |
| 2.0~1.5Hz | 2 | 3 | 1 | 1 | 1 | 0 | 0 | 1 |
| 1.5~1.0Hz | 4 | 5 | 5 | 5 | 5 | 6 | 5 | 4 |
| 1.0~0.5Hz | 4 | 7 | 8 | 8 | 6 | 8 | 8 | 8 |
| 0.5~0.0Hz | 6 | 7 | 7 | 10 | 10 | 9 | 9 | 9 |

FIG. 29

| | t1 | t2 | t3 | t4 | t5 | t6 | t7 | t8 |
|---|---|---|---|---|---|---|---|---|
| 4.0~3.5Hz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.5~3.0Hz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.0~2.5Hz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.5~2.0Hz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.0~1.5Hz | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 1.5~1.0Hz | 0 | 1 | 1 | 0 | 0 | 2 | 1 | 0 |
| 1.0~0.5Hz | 4 | 5 | 7 | 7 | 5 | 6 | 6 | 7 |
| 0.5~0.0Hz | 5 | 6 | 6 | 6 | 7 | 6 | 6 | 6 |

28

F I G. 3 0

| | t1 | t2 | t3 | t4 | t5 | t6 | t7 | t8 |
|---|---|---|---|---|---|---|---|---|
| 4.0～3.5Hz | 8 | 4 | 6 | 0 | 0 | 0 | 0 | 0 |
| 3.5～3.0Hz | 5 | 2 | 3 | 1 | 0 | 0 | 0 | 0 |
| 3.0～2.5Hz | 2 | 1 | 4 | 0 | 0 | 0 | 0 | 0 |
| 2.5～2.0Hz | 1 | 1 | 3 | 0 | 1 | 0 | 0 | 0 |
| 2.0～1.5Hz | 2 | 3 | 1 | 1 | 1 | 0 | 0 | 1 |
| 1.5～1.0Hz | 4 | 4 | 4 | 5 | 5 | 4 | 4 | 4 |
| 1.0～0.5Hz | 0 | 2 | 1 | 1 | 1 | 2 | 2 | 1 |
| 0.5～0.0Hz | 1 | 1 | 1 | 4 | 3 | 3 | 3 | 3 |

29

F I G .  3 1



PULSE WAVE DETECTING SECTION — 10

MH

FIRST WAVELET TRANSFORMATION SECTION — 243

MKD

FIRST FREQUENCY CORRECTING SECTION — 244

MKDa

240 — BODY MOVEMENT COMPONENT ELIMINATING SECTION

MKDaj

INVERSE WAVELET TRANSFORMATION SECTION — 247

MHj

AUTOCORRELATION CALCULATING SECTION — 210

RD

PULSE CONDITION DATA YIELDING SECTION — 220

ZD

DISPLAY SECTION — 230

30

F I G .   3 2



F I G .   3 3

| | t1 | t2 | t3 | t4 | t5 | t6 | t7 | t8 |
|---|---|---|---|---|---|---|---|---|
| 4.0~3.5Hz | 8 | 4 | 6 | 0 | 0 | 0 | 0 | 0 |
| 3.5~3.0Hz | 5 | 2 | 3 | 1 | 0 | 0 | 0 | 0 |
| 3.0~2.5Hz | 2 | 1 | 4 | 0 | 0 | 0 | 0 | 0 |
| 2.5~2.0Hz | 1 | 1 | 3 | 0 | 1 | 0 | 0 | 1 |
| 2.0~1.5Hz | 2 | 3 | 1 | 1 | 1 | 0 | 0 | 1 |
| 1.5~1.0Hz | 4 | 5 | 5 | 5 | 5 | 6 | 5 | 4 |
| 1.0~0.5Hz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0.5~0.0Hz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

31

F I G .  3 4



F I G .  3 5



**Appx485**

F I G.  3 6



FIG. 37A



FIG. 37B



FIG. 37C

34

F I G . 3 8



10: PULSE WAVE
DETECTING SECTION

**Appx488**

F I G. 3 9 A



F I G. 3 9 B



F I G. 4 0



37

**U.S. Patent**    Sep. 25, 2001    Sheet 37 of 56    **US 6,293,915 B1**

F I G .  4 1



**Appx491**

F I G. 4 2



F I G. 4 3



Case: 22-1890    Document: 22    Page: 220    Filed: 02/15/2023

F I G.  4 4 A



F I G.  4 4 B



**Appx494**

FIG. 45A



PING MAI

FIG. 45B



HUA MAI

FIG. 45C



XUAN MAI

42

FIG. 46



F I G. 4 7



FIG. 48



FIG. 49



FIG. 50



F I G .  5 1



Case: 22-1890    Document: 22    Page: 227    Filed: 02/15/2023



F I G. 5 2

FIG. 53



F I G. 5 4



F I G. 5 5



Case: 22-1890    Document: 22    Page: 230    Filed: 02/15/2023

FIG. 56

Case: 22-1890    Document: 22    Page: 231    Filed: 02/15/2023

FIG. 57



570

564  OUTPUT SECTION

574  PHARMACOLOGICAL ACTION-JUDGING SECTION

572  PHARMACOLOGICAL ACTION-JUDGING INFORMATION STORING SECTION

554  EFFUSION DIASTOLIC PRESSURE CALCULATING SECTION

544  DICROTIC WAVE HEIGHT CALCULATING SECTION

504  ARTERIAL PRESSURE WAVEFORM DETECTING SECTION

52

Case: 22-1890     Document: 22     Page: 232     Filed: 02/15/2023



FIG. 58

53

Case: 22-1890     Document: 22     Page: 233     Filed: 02/15/2023

FIG. 59

54

F I G .  6 0



F I G . 6 1



F I G . 6 2



F I G. 6 3



F I G. 6 4



57

US 6,293,915 B1

1

# PULSE WAVE EXAMINATION APPARATUS, BLOOD PRESSURE MONITOR, PULSE WAVEFORM MONITOR, AND PHARMACOLOGICAL ACTION MONITOR

## TECHNICAL FIELD

The present invention relates to a pulse wave examination apparatus suitable for specifying the type of human pulse wave, a blood pressure monitor using the mean blood pressure and pulse pressure as its parameters and a pulse waveform monitor and a pharmacological action monitor which use a parameter related to a dicrotic notch part of an arterial pressure waveform.

## BACKGROUND ART

The pulse wave is usually defined as a wave of blood which is output from the heart and propagates through a blood vessel. For this reason, it is known that various types of medical information can be obtained by the detection of pulse wave and analysis of the detected pulse wave. with the progress of studies on the pulse wave, it has become clear that various types of information, not obtainable only from the blood pressure and the pulse rate, can be obtained by analyzing the pulse wave, collected from the human body, by various techniques, making a diagnosis possible on the basis of these types of information.

The inventors of the present invention remarked the relation between the pulse waveform and its distortion rate in PCT/JP96/01254 (Title of the Invention: DIAGNOSTIC APPARATUS FOR DETECTING CONDITION OF LIVING BODY AND CONTROLLER) and made it possible to diagnose the living condition of a subject by detecting and treating the pulse waveform of the subject, calculating the distortion rate of the waveform and specifying the waveform from the distortion rate.

Here, the relationship between a pulse waveform and a distortion rate which are mentioned in the above application will be described briefly.

First, there are various types of pulse waveforms and the forms are diversified. Here, typical forms of pulse waveforms by the classification of Chinese medicine which is one of a traditional oriental medicine will be described. FIGS. **45**A to **45**C are the charts showing representative pulse waveforms by this classification.

The pulse waveform shown in FIG. **45**A is called a "Ping mai" which is the pulse condition of a normal man in good health. This "Ping mai" is characterized in that, as shown in the figure, the pulse is relaxed, and exhibits a constant rhythm without disruption.

Secondly, the pulse waveform shown in FIG. **45**B is called a "Hua mai" which is the pulse condition of a man who shows an abnormality in his blood stream condition. The waveform of a Hua mai exhibits a sharp, rapid rise, and then falls off immediately, the aortic dicrotic notch is deep and at the same time the subsequent peak is considerably higher than that of a Ping mai. It is considered that diseases such as a mammary tumor, liver or kidney ailment, respiratory ailment, stomach or intestinal ailment or inflammation, or some other illness cause the movement of the blood to be very fluent and smooth, which causes this "Hua mai".

Moreover, the pulse waveform shown in FIG. **45**C is called a "Xuan mai" which is the pulse condition of a man whose blood vessel wall tension has increased. The Xuan mai is characterized in that its waveform rises steeply and

2

remains at a high pressure state for a fixed period of time without an immediate drop. This "Xuan mai" is seen in diseases such as liver and gall ailments, dermatological ailments, high blood pressure, and pain ailments. It is believed that tension in the automatic nervous system causes the walls of the blood vessels to constrict, decreasing elasticity, so that the effect of the blood pulsation of the pumped blood is not readily expressed, causing this phenomenon.

The ordinate and the abscissa in the graphs of FIGS. **45**A to **45**C show blood pressure (mmHg) and time (second) respectively.

The relationship between the pulse condition of the pulse waveform and its distortion rated is shown in FIG. **46**. Here, the distortion rate d of the pulse waveform is determined by the following equation of (1):

$$d = \frac{\sqrt{A_2^2 + A_3^2 + \cdots + A_n^2}}{A_1} \tag{1}$$

wherein $A_1$ is the amplitude of a basic wave component in the pulse wave and $A_2, A_3, \ldots, A_n$ are the amplitudes of the second, third, . . . and nth harmonic components respectively.

It is therefore possible to specify the pulse condition of the pulse waveform quantitatively from the correlation shown in FIG. **46** if the pulse waveform of a subject is detected and the detected waveform is subjected to FFT (Fourier transformation) treatment to find the amplitudes $A_1$ to $A_n$ from which the distortion rate d is calculated.

As shown in FIG. **46**, when the pulse condition of the subject is judged to be a Hua mai, the distortion rate d is in a range between 0.98 and 1.22. When the pulse condition is judged to be a Ping mai, the distortion rate d is in a range between 0.92 and 1.10. When the pulse condition is judged to be a Xuan mai, the distortion rate d is in a range between 0.73 and 0.94.

In this case, the pulse condition can be judged to be a Hua mai or a Ping mai when the distortion rate d of the pulse waveform is in a range between 0.98 and 1.10. Also, the pulse condition can be judged to be a Ping mai or a Xuan mai when the distortion rate d of the pulse waveform is in a range between 0.92 and 0.94. It is therefore difficult to judge the pulse condition precisely by a conventional pulse wave examination apparatus.

In the meantime, a blood pressure gauge measuring a maximum blood pressure and a minimum blood pressure and displaying these pressures is used in noninvasive detection of blood pressure.

Although the maximum blood pressures or minimum pressures of subjects are alike, there are various types of waveforms for blood pressure. Hence the characteristics of the blood pressure of an individual expressed only by a maximum blood pressure and a minimum blood pressure are insufficient.

The mean blood pressure is an important parameter for knowing the condition of the blood pressure of an individual. The mean blood pressure cannot be obtained only by measurements of a maximum blood pressure and minimum blood pressure.

In sphygmic detection adopted in Chinese medicine or in Indian traditional medicine, a medical examination is carried out by examining the pulse waveform detected by the fingers when a medical examiner presses with an optimum pressing force against a distal position of the forearm from the arteria radialis, that is, a medical examination is conducted by

58

**3**

detection of a variation with the pressing force, which variation is felt by the fingers of the medical examiner corresponding to a variation in blood pressure.

In Chinese medicine, for instance, the pulse waveform felt when a proper pressing force is applied to the arteria radialis is roughly divided into three categories, which are designated as a "Ping mai", "Hua mai" and "Xuan mai" respectively as aforementioned. The Ping mai is the deliberate and mild and its rhythm is stable and reduced in turbulence. This Ping mai is a pulse image for a man in good health. The Hua mai is the type in which the flow of the pulse is felt to be very fluent and smooth, showing abnormality in the blood stream condition. The Xuan mai is felt to be a straight, tense and long pulse and is regarded to be due to tension or aging of a blood vessel wall.

Such a medical examination method, however, is dependent upon the pulse waveform classified by the sense of the medical examiner posing problems with regard to its objectivity and reproducibility.

The present invention has been conducted in the above situation and has an object of providing a pulse wave examination apparatus which can judge the pulse condition objectively and accurately.

Another object of the present invention is to provide a blood pressure monitor which can indicate blood conditions in more detail than the information of a maximum and minimum blood pressure and can monitor the monitor parameters signifying blood pressure noninvasively.

A further object of the present invention is to provide a pulse waveform monitor which can carry out an examination by the pulse waveform objectively and reproducibly.

### DISCLOSURE OF THE INVENTION

(1) A pulse wave examination apparatus according to the present invention comprises:

  a pulse wave detecting means for detecting a pulse waveform from a living body;

  a tidal wave-character extracting means for extracting the characteristics of a tidal wave from the pulse waveform to yield tidal wave-character information;

  a dicrotic wave-character extracting means for extracting the characteristics of a dicrotic wave from the pulse waveform to yield dicrotic wave-character information; and

  a pulse condition judging means for judging the pulse condition of the living body on the basis of the tidal wave-character information and the dicrotic wave-character information.

(2) In the pulse wave examination apparatus according to (1), preferably the tidal wave-character extracting means yields the tidal wave-character information on the basis of a variation in the amplitude in the time-domain of the tidal wave, and the dicrotic wave-character extracting means yields the dicrotic wave-character information on the basis of a variation in the amplitude in the time-domain of the dicrotic wave.

(3) In the pulse wave examination apparatus according to (2), preferably the variations in the amplitude in the time-domain of the tidal wave and the dicrotic wave are calculated from the primary or secondary time derivative of the pulse waveform.

(4) A pulse wave examination apparatus according to the present invention comprises:

  a pulse wave detecting means for detecting a pulse waveform from a living body;

  a frequency analyzing means for performing a frequency analysis of the pulse waveform;

**4**

  a tidal wave-character extracting means for extracting the characteristics of a tidal wave from the result of the analysis of the frequency analyzing means to yield tidal wave-character information;

  a dicrotic wave-character extracting means for extracting the characteristics of a dicrotic wave from the result of the analysis of the frequency analyzing means to yield dicrotic wave-character information; and

  a pulse condition judging means for judging the pulse condition of the living body on the basis of the tidal wave-character information and the dicrotic wave-character information.

(5) In the pulse wave examination apparatus according to (4), preferably the tidal wave-character information extracting means specifies a period of the tidal wave in the pulse waveform and extracts the characteristics of the tidal wave from the tidal waveform on the basis of the result of the analysis of the frequency analyzing means in the period of the tidal wave to yield tidal wave-character information, and the dicrotic wave-character information extracting means specifies a period of the dicrotic wave in the pulse waveform and extracts the characteristics of the dicrotic wave from the tidal waveform on the basis of the result of the analysis of the frequency analyzing means in the period of the dicrotic wave to yield dicrotic wave-character information.

(6) In the pulse wave examination apparatus according to (4) or (5), preferably the frequency analyzing means performs FFT treatment of the pulse waveform.

(7) In the pulse wave examination apparatus according to (4) or (5), preferably the frequency analyzing means performs wavelet transformation treatment of the pulse waveform.

(8) The pulse wave examination apparatus according to any one of (1) to (7), preferably further comprises a notification means for communicating the pulse condition judged by the pulse condition judging means.

(9) A pulse wave examination apparatus according to the present invention comprises:

  a pulse wave detecting means for detecting a pulse waveform from the detecting position of a living body;

  a auto-correlation calculating means for calculating auto-correlation data giving the auto-correlation of the pulse waveform detected by the pulse wave detecting means; and

  a pulse condition-data yielding means for yielding pulse condition data giving the type of pulse waveform based on the auto-correlation data.

(10) In the pulse wave examination apparatus according to (9), preferably the pulse condition-data yielding means produces the pulse condition data by comparing the auto-correlation data with a prescribed threshold value.

(11) In the pulse wave examination apparatus according to (10), preferably the pulse condition-data yielding means comprises a minimum value detecting section for detecting the minimum value of the auto-correlation data during a period of one heart beat, and a comparing section for comparing the minimum value, detected by the minimum value detecting section, with the threshold value to yield the pulse condition data.

(12) In the pulse wave examination apparatus according to (10), preferably the pulse condition-data yielding means comprises a minimum value detecting section for detecting an average minimum value by averaging each minimum value of the auto-correlation data detected in each of plural heart beat periods, and a comparing section for comparing the average minimum value, detected by the minimum value

59

5

detecting section, with the threshold value to yield the pulse condition data.

(13) In the pulse wave examination apparatus according to (9), preferably the pulse condition-data yielding means comprises: a time measuring section for comparing the auto-correlation data with a prescribed threshold value to measure a time interval in which the auto-correlation data exceeds or is less than the threshold value; a calculating section for calculating the ratio of the time interval, measured by the time measuring section, to a period of one heart beat; and a comparing section for comparing the result, calculated by the calculating section, with a prescribed threshold value to yield the pulse condition data.

(14) In the pulse wave examination apparatus according to (13), preferably the calculating section calculates the ratio of the time interval, measured by the time measuring section, to a period of one heart beat and calculates the average of the calculated results.

(15) In the pulse wave examination apparatus according to (9), preferably the pulse condition-data yielding means comprises a change rate calculating section for detecting the change rate of the auto-correlation data on the basis of the auto-correlation data, and a change rate comparing section for comparing the change rate, detected by the change rate calculating section, with a prescribed threshold value to yield the pulse condition data.

(16) In the pulse wave examination apparatus according to (15), preferably the change rate comparing section detects a maximum value of the change rate and compares the maximum value of the change rate with the threshold value to yield the pulse condition data.

(17) In the pulse wave examination apparatus according to (9), preferably the pulse condition data yielding means comprises:

a minimum value detecting section for detecting the minimum value of the auto-correlation data in a period of one heart beat;

a first comparing section for comparing the minimum value, detected by the minimum value detecting section, with a prescribed first threshold value to yield pulse condition data indicating a Xuan mai when the minimum value is less than the first threshold value;

a time measuring section for comparing the auto-correlation data with a prescribed second threshold value to measure a time interval in which the auto-correlation data exceeds or is less than the second threshold value;

a calculating section for calculating the ratio of the time interval, measured by the time measuring section, to a period of one heart beat; and

a second comparing section for comparing the result, calculated by the calculating section, with a prescribed third threshold value to yield the pulse condition data indicating a Ping mai or a Hua mai.

(18) In the pulse wave examination apparatus according to (9), preferably the pulse condition data yielding means comprises:

a minimum value detecting section for detecting the minimum value of the auto-correlation data in a period of one heart beat;

a first comparing section for comparing the minimum value, detected by the minimum value detecting section, with the first threshold value to yield pulse condition data indicating a Xuan mai when the minimum value is less than the threshold value;

a variation calculating section for detecting a change rate of the auto-correlation data on the basis of the auto-correlation data; and

6

a second comparing section for comparing the change rate, calculated by the change rate calculating section, with a prescribed threshold value to yield the pulse condition data indicating a Ping mai or a Hua mai.

(19) In the pulse wave examination apparatus according to (17) or (18), preferably the auto-correlation data is a coefficient of auto-correlation and the first threshold value used in the comparing operation performed in the first comparing section is 0.25 approximately.

(20) In the pulse wave examination apparatus according to (17), preferably the auto-correlation data is a coefficient of auto-correlation and the second threshold value used in the comparing operation performed in the time measuring section is designed to be in a range between 0.4 and 0.8.

(21) The pulse wave examination apparatus according to any one of (9) to (20), preferably further comprises:

a body movement detecting means for detecting the waveform of the body movement indicating the body movement of the living body; and

a body movement-component eliminating means for eliminating a body movement component from the pulse waveform to yield a body movement-removed pulse waveform, said body movement component in the pulse waveform generated on the basis of the body movement waveform;

wherein the auto-correlation calculating means calculates auto-correlation data giving auto-correlation on the basis of the body movement-removed pulse waveform in place of the pulse waveform.

(22) The pulse wave examination apparatus according to (21), preferably further comprises judging means for judging the presence of body movement of the living body on the basis of the body movement waveform detected by the body movement detecting means,

wherein the body movement-component eliminating means stops the body movement eliminating operation when the judging means shows the absence of body movement to output the pulse waveform in place of the body movement-removed pulse waveform.

(23) The pulse wave examination apparatus according to any one of (9) to (20), preferably further comprises:

a first wavelet transformation means for performing wavelet transformation of the pulse waveform to yield pulse wave analysis data for every frequency zone;

a body movement detecting means for detecting the movement of the living body to output the waveform of the body movement;

a second wavelet transformation means for performing wavelet transformation of the waveform of the body movement detected by the body movement detecting means to yield body movement analysis data for every frequency zone;

a body movement component eliminating means for subtracting the body movement analysis data from the pulse wave analysis data to yield body movement-eliminated pulse wave analysis data; and

an inverse wavelet transformation means for performing inverse wavelet transformation of the body movement-eliminated pulse wave analysis data to yield a body movement-eliminated pulse waveform;

wherein the auto-correlation calculating means calculates auto-correlation data giving auto-correlation on the basis of the body movement-eliminated pulse waveform in place of the pulse waveform.

(24) The pulse wave examination apparatus according to any one of (9) to (20), preferably further comprises:

60

**7**

a wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the pulse waveform detecting means to yield pulse wave analysis data for every frequency zone;

a body movement component eliminating means for eliminating a prescribed frequency component corresponding to a body movement among the pulse wave analysis data to yield body movement-eliminated pulse wave analysis data; and

an inverse wavelet transformation means for performing inverse wavelet transformation of the body movement-eliminated pulse wave analysis data to yield a body movement-eliminated pulse waveform;

wherein the auto-correlation calculating means calculates auto-correlation data giving auto-correlation on the basis of the body movement-eliminated pulse wave analysis data in place of the pulse waveform.

(25) A pulse wave examination apparatus according to the present invention comprises:

a pulse wave detecting means for detecting a pulse waveform from the detecting position of a living body;

a wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the pulse wave detecting means to yield pulse wave analysis data for every frequency zone;

an auto-correlation calculating means for calculating auto-correlation data giving auto-correlation of the pulse wave analysis data in a given frequency zone; and

a pulse condition data yielding means for yielding a pulse condition data giving the type of pulse waveform on the basis of the auto-correlation data.

(26) A pulse wave examination apparatus according to the present invention comprises:

a pulse wave detecting means for detecting a pulse waveform from the detecting position of a living body;

a first wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the pulse wave detecting means to yield pulse wave analysis data for every frequency zone;

a body movement detecting means for detecting the movement of the living body to output the waveform of the body movement;

a second wavelet transformation means for performing wavelet transformation of the waveform of the body movement detected by the body movement detecting means to yield body movement analysis data for every frequency zone;

a body movement component eliminating means for subtracting the body movement analysis data from the pulse wave analysis data to yield body movement-eliminated pulse wave analysis data; and

an auto-correlation calculating means for calculating auto-correlation data giving auto-correlation of the body movement-eliminated pulse wave analysis data in a given frequency zone; and

a pulse condition data yielding means for yielding pulse condition data giving the type of pulse waveform on the basis of the auto-correlation data.

(27) A pulse wave examination apparatus according to the present invention comprises:

a pulse wave detecting means for detecting a pulse waveform from the detecting position of a living body;

a wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the

**8**

pulse wave detecting means to yield pulse wave analysis data for every frequency zone;

a body movement component eliminating means for eliminating a prescribed frequency component corresponding to a body movement to yield body movement-eliminated pulse wave analysis data;

an auto-correlation calculating means for calculating auto-correlation data giving auto-correlation of the body movement-eliminated pulse wave analysis data in a given frequency zone; and

a pulse condition data yielding means for yielding a pulse condition data giving the type of pulse waveform on the basis of the auto-correlation data.

(28) The pulse wave examination apparatus according to any one of (9) to (27), preferably further comprise a notification means for communicating the pulse condition data yielded by the pulse condition data yielding means.

(29) A blood pressure monitor according to the present invention comprises:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure; and

a mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure.

The blood pressure monitor of the present invention comprises the mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure detected by the arterial pressure waveform detecting section. Therefore the mean blood pressure can be monitored using the waveform of arterial pressure detected by the arterial pressure waveform detecting section.

(30) The blood pressure monitor according to (29), preferably further comprises a pulse pressure calculating section for calculating pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure on the basis of the waveform of arterial pressure.

According to the invention, the pulse pressure can be monitored using the waveform of arterial pressure detected by the arterial pressure waveform detecting section.

(31) The blood pressure monitor according to (30), preferably further comprises a blood pressure conversion section for converting the waveform of arterial pressure detected by the arterial pressure waveform detecting section into the waveform of cardiac-position arterial pressure which is a waveform of arterial pressure at a position corresponding to the altitude of a heart;

wherein the mean blood pressure calculating section calculates the mean blood pressure on the basis of the waveform of cardiac-position arterial pressure; and

wherein the pulse pressure calculating section calculates the pulse pressure on the basis of the waveform of cardiac-position arterial pressure.

According to the invention, the waveform of arterial pressure detected by the arterial pressure waveform detecting section is converted into the waveform of cardiac-position arterial pressure, which is a waveform of arterial pressure at a position corresponding to the altitude of an artery, by the blood pressure conversion section. Then,based on the waveform of cardiac-position arterial pressure, the mean blood pressure calculating section calculates the mean blood pressure and the pulse pressure calculating section calculates the pulse pressure. At least either one of the mean blood pressure and the pulse pressure in an artery at a position corresponding to the altitude of an artery can be

61

US 6,293,915 B1

9

10

monitored using the waveform of arterial pressure detected by the arterial pressure waveform detecting section.

(32) The blood pressure monitor according to (30) or (31), preferably further comprises:

a blood pressure-judging information storing section for storing blood pressure-judging information in advance; and

a blood pressure judging section for judging blood pressure on the basis of at least either one of the mean blood pressure and the pulse pressure and on the blood pressure-judging information.

According to the invention, the blood pressure monitor can determine whether the blood pressure is high, low, or normal on the basis of at least either one of the resulting mean blood pressure and pulse pressure and on the blood pressure-judging information stored in advance.

(33) The blood pressure monitor according to any one of (30) and (32), preferably further comprises an output section for outputting at least one piece of information corresponding to the mean blood pressure, to the pulse pressure and to the blood pressure judgment.

According to the invention, at least one piece of information corresponding to the mean blood pressure, to the pulse pressure and to the blood pressure judgment can be output by the output section in the form of, for instance, numerals, graphs or voltages.

(34) A blood pressure monitor according to the present invention comprises:

an arterial pressure waveform detecting section for continuously measuring blood pressure in an artery to detect a waveform of arterial pressure; and

a pulse pressure calculating section for calculating pulse pressure, which is a pressure difference between a maximum blood pressure and a minimum blood pressure, on the basis of the waveform of arterial pressure.

According to the invention, the pulse pressure can be monitored using the waveform of arterial pressure detected by the arterial pressure waveform detecting section.

(35) The blood pressure monitor according to (34), preferably further comprises:

a maximum blood pressure calculating section for calculating a maximum blood pressure on the basis of the pulse pressure; and

a minimum blood pressure calculating section for calculating a minimum blood pressure on the basis of the pulse pressure and the maximum blood pressure.

According to the invention, the maximum blood pressure calculating section determines a maximum blood pressure by making use of the fact that the maximum blood pressure can be given by a linear function of pulse pressure. Also, since the pulse pressure is a pressure difference between a maximum pressure and a minimum pressure, the minimum blood pressure calculating section can determine a minimum blood pressure if a maximum blood pressure and pulse pressure are clarified.

(36) A pulse waveform monitor according to the present invention comprises:

an arterial pressure waveform detecting section for continuously measuring blood pressure in an artery to detect a waveform of arterial pressure; and

a dicrotic wave height calculating section for calculating a dicrotic wave height which is a difference in blood pressure between a dicrotic notch and a peak of a dicrotic wave which are obtained from the waveform of arterial pressure.

According to the invention, the pulse waveform monitor can calculate a dicrotic wave height on the basis of the waveform of arterial pressure obtained by continuously measuring blood pressure in an artery by using the arterial pressure waveform detecting section.

(37) The pulse waveform monitor according to (36), preferably further comprises a dicrotic pressure difference ratio calculating section for calculating, based on the waveform of arterial pressure, the ratio of a dicrotic pressure difference, which is a pressure difference between blood pressure at a dicrotic notch and a minimum blood pressure, to a pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure.

According to the invention, the pulse waveform monitor can calculate a dicrotic wave height and the ratio of a dicrotic pressure difference on the basis of the waveform of arterial pressure obtained by continuously measuring blood pressure in an artery by using the arterial pressure waveform detecting section.

(38) The pulse waveform monitor according to (37), preferably further comprises a mean blood pressure-pulse pressure ratio calculating section for calculating, based on the waveform of arterial pressure, the ratio of the mean blood pressure to pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure.

According to the invention, the pulse waveform monitor can calculate a dicrotic wave height, the ratio of a dicrotic pressure difference, and the mean blood pressure-pulse pressure ratio on the basis of the waveform of arterial pressure obtained by continuously measuring blood pressure in an artery by using the arterial pressure waveform detecting section.

(39) The pulse waveform monitor according to (38), preferably further comprises a blood pressure conversion section for converting the waveform of arterial pressure detected by the arterial pressure waveform detecting section into the waveform of cardiac-position arterial pressure which is a waveform of arterial pressure at a position corresponding to the altitude of a heart;

wherein the dicrotic wave height calculating section calculates, based on the waveform of cardiac-position arterial pressure, a dicrotic wave height which is a pressure difference in blood pressure between a dicrotic notch and a peak of a dicrotic wave;

wherein the dicrotic pressure difference ratio calculating section calculates, based on the cardiac-position arterial pressure, the ratio of a dicrotic pressure difference, which is a pressure difference between blood pressure at a dicrotic notch and a minimum blood pressure, to a pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure; and

wherein the mean blood pressure-pulse pressure ratio calculating section calculates, based on the waveform of arterial pressure, the ratio of the mean blood pressure to a pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure.

According to the invention, the waveform of arterial pressure detected by the arterial pressure waveform detecting section is converted into the waveform of cardiac-position arterial pressure, which is a waveform of arterial pressure at a position corresponding to the altitude of an artery, by the blood pressure conversion section. Then, based on the cardiac-position arterial pressure, the dicrotic wave height calculating section calculates a dicrotic wave height,

62

US 6,293,915 B1

11           12

the dicrotic pressure difference ratio calculating section calculates the dicrotic pressure difference ratio, and the mean blood pressure-pulse pressure ratio calculating section calculates the mean blood pressure-pulse pressure ratio. Hence, using the waveform of arterial pressure detected by the arterial pressure waveform detecting section, at least one of the dicrotic wave height, dicrotic pressure difference ratio and mean blood pressure-pulse pressure ratio can be monitored.

(40) The pulse waveform monitor according to (36), preferably further comprises:

    a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

    a pulse waveform judging section for judging the waveform of a pulse wave on the basis of the dicrotic wave height and the pulse waveform-judging information.

According to the invention, the pulse wave judging section can judge the pulse waveform on the basis of the dicrotic wave height and the pulse waveform-judging information.

(41) The pulse waveform monitor according to (37), preferably further comprises:

    a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

    a pulse waveform judging section for judging the pulse waveform on the basis of the dicrotic wave height, the dicrotic pressure difference ratio and the pulse waveform-judging information.

According to the invention, the pulse wave judging section can judge the pulse waveform on the basis of the dicrotic wave height, the dicrotic pressure difference ratio and the pulse waveform-judging information.

(42) The pulse waveform monitor according to (38), preferably further comprises:

    a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

    a pulse waveform judging section for judging the pulse waveform on the basis of the dicrotic wave height, the dicrotic pressure difference ratio, the mean blood pressure-pulse pressure ratio, and the pulse waveform-judging information.

According to the invention, the pulse wave judging section can judge the pulse waveform on the basis of the dicrotic wave height, the dicrotic pressure difference ratio, the mean blood pressure-pulse pressure wave ratio, and the pulse waveform-judging information.

(43) The pulse waveform monitor according to (36), preferably further comprises an output section for outputting at least one piece of information corresponding to the dicrotic wave height and to the pulse waveform.

According to the invention, at least one piece of information corresponding to the information corresponding to the dicrotic wave height, and to the pulse waveform can be output by the output section in the form of, for instance, numerals, graphs or voltages.

(44) The pulse waveform monitor according to (37), preferably further comprises an output section for outputting at least one piece of information corresponding to the dicrotic wave height, to the dicrotic pressure difference ratio and to the pulse waveform.

According to the invention, the pulse waveform monitor can output at least one piece of information corresponding to the dicrotic wave height, to the dicrotic pressure difference

ratio, and to the pulse waveform from the output section in the form of, for instance, numerals, graphs or voltages.

(45) The pulse waveform monitor according to (38), preferably further comprises an output section for outputting at least one piece of information corresponding to the dicrotic wave height, to the dicrotic pressure difference ratio, to the mean blood pressure-pulse pressure ratio and to the pulse waveform.

According to the invention, the pulse waveform monitor can output at least one piece of information corresponding to the dicrotic wave height, to the dicrotic pressure difference ratio, to the mean blood pressure-pulse wave ratio, and to the pulse waveform from the output section in the form of, for instance, numerals, graphs or voltages.

(46) A pulse waveform monitor according to the present invention comprises:

    a pulse waveform detecting section for detecting the pulse waveform from a living body; and

    a dicrotic pressure difference ratio calculating section for calculating, based on the pulse waveform, the dicrotic pressure difference ratio, which is a pressure difference between a dicrotic pressure and a minimum pressure, to a pulse pressure which is a pressure difference between a maximum pressure and a minimum pressure.

This aspect differs from the aspect according to (36) in that the dicrotic pressure difference ratio calculating section does not need an absolute value of blood pressure to calculate the ratio. In the aspect, therefore, the arterial pressure waveform detecting section used in (36) may be replaced by a pulse wave detecting section for detecting only a pulse wave which is a waveform corresponding to that in (36).

(47) A pulse waveform monitor according to the present invention comprises:

    a pulse waveform detecting section for detecting a pulse waveform from a living body; and

    a mean pressure-pulse pressure ratio calculating section for calculating, based on the pulse waveform, the ratio of the mean pressure to pulse pressure which is a pressure difference between a maximum pressure and a minimum pressure.

This aspect differs from the aspect according to (16) in that the mean blood pressure-pulse pressure ratio calculating section does not need an absolute value of blood pressure to calculate the ratio. In this aspect, therefore, the arterial pressure waveform detecting section used in (16) may be replaced by a pulse wave detecting section for detecting only a pulse wave which is a waveform corresponding to that in (16).

(48) A blood pressure monitor according to the present invention comprises:

    an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

    a mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure; and

    a dicrotic wave height calculating section for calculating, based on the waveform of arterial pressure, the dicrotic wave height which is a difference in blood pressure between a dicrotic notch and a peak of a dicrotic wave.

(49) A blood pressure monitor according to the present invention comprises:

    an arterial pressure waveform detecting section for continuously measuring blood pressure in an artery to detect a waveform of arterial pressure;

63

**13**

a mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure; and

a dicrotic pressure difference ratio calculating section for calculating, based on the waveform of arterial pressure, the dicrotic pressure difference ratio which is the ratio of a dicrotic pressure difference, which is a pressure difference between blood pressure at a dicrotic notch and a minimum blood pressure, to a pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure.

(50) A blood pressure monitor according to the present invention comprises:

an arterial pressure waveform detecting section for continuously measuring blood pressure in an artery to detect a waveform of arterial pressure;

a mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure; and

a mean blood pressure-pulse pressure ratio calculating section for calculating, based on the waveform of arterial pressure, the ratio of the mean blood pressure to a pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure.

(51) A blood pressure monitor according to the present invention comprises:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

a pulse pressure calculating section for calculating pulse pressure, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, on the basis of the waveform of arterial pressure; and

a dicrotic wave height calculating section for calculating, based on the waveform of arterial pressure, the dicrotic wave height which is a difference in blood pressure between a dicrotic notch and a peak of a dicrotic wave.

(52) A blood pressure monitor according to the present invention comprises:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

a pulse pressure calculating section for calculating pulse pressure, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, on the basis of the waveform of arterial pressure; and

a dicrotic pressure difference ratio calculating section for calculating, based on the waveform of arterial pressure, the dicrotic pressure difference ratio which is the ratio of a dicrotic pressure difference, which is a pressure difference between a dicrotic blood pressure and a minimum blood pressure, to a pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure.

(53) A blood pressure monitor according to the present invention comprises:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

a pulse pressure calculating section for calculating pulse pressure, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, on the basis of the waveform of arterial pressure; and

**14**

a mean blood pressure-pulse pressure ratio calculating section for calculating, based on the waveform of arterial pressure, the ratio of the mean blood pressure to a pulse pressure which is a pressure difference between a maximum blood pressure and a minimum blood pressure.

(54) A pulse waveform monitor according to the present invention comprises:

an arterial pressure waveform detecting section for continuously measuring blood pressure in an artery to detect a waveform of arterial pressure; and

an ejection diastolic pressure calculating section for calculating, based on the waveform of arterial pressure, ejection diastolic pressure which is a pressure difference between a systolic blood pressure and a dicrotic blood pressure.

(55) The pulse waveform monitor according to (54), preferably further comprises:

a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

a pulse waveform judging section for judging the pulse waveform on the basis of the ejection diastolic pressure and the pulse waveform-judging information.

(56) A pulse waveform monitor according to the present invention comprises:

a pulse wave detecting section for detecting a pulse waveform from a living body; and

an ejection diastolic pressure ratio calculating section for calculating, based on the pulse waveform, the ratio of ejection diastolic pressure, which is a pressure difference between systolic pressure and dicrotic pressure, to pulse pressure which is a pressure difference between systolic pressure and diastolic pressure.

(57) The pulse waveform monitor according to (56), preferably further comprises:

a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

a pulse waveform judging section for judging the pulse waveform on the basis of the ejection diastolic pressure ratio and the pulse waveform judging information.

(58) A pharmacological action monitor according to the present invention comprises:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure; and and the pulse waveform judging information.

an ejection diastolic pressure calculating section for calculating, based on the waveform of arterial pressure, ejection diastolic pressure which is a pressure difference between systolic blood pressure and dicrotic blood pressure.

(59) The pharmacological action monitor according to (58), preferably further comprises a dicrotic wave height calculating section for calculating, based on the waveform of arterial pressure, a dicrotic wave height which is the blood pressure difference between a dicrotic notch and a peak of a dicrotic wave.

(60) A pharmacological action monitor according to the present invention comprises:

a pulse wave detecting section for detecting a pulse waveform from a living body; and

an ejection diastolic pressure ratio calculating section for calculating the ejection diastolic pressure ratio which is

64

US 6,293,915 B1

15                                                                                      16

the ratio of the ejection diastolic pressure, which is a pressure difference between systolic pressure and dicrotic pressure, to a pulse pressure which is a pressure difference between the diastolic pressure and the systolic pressure.

(61) The pharmacological action monitor according to (60), preferably further comprises a dicrotic wave height calculating section for calculating, based on the pulse waveform, a dicrotic wave height ratio which is the ratio of a dicrotic wave height, which is the difference in pressure between a dicrotic notch and a peak of a dicrotic wave, to pulse pressure which is a pressure difference between systolic pressure and diastolic pressure.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram showing the structure of a pulse wave examination apparatus of a first embodiment.

FIG. **2** is a flow chart for describing the action of the pulse wave examination apparatus of the first embodiment.

FIG. **3** is a block diagram showing the structure of a pulse wave examination apparatus of a second embodiment.

FIG. **4** is a block diagram showing an example of the structure of a wavelet transformation section of the second embodiment.

FIG. **5** is a block diagram showing the structure of a waveform shaping section of the second embodiment.

FIG. **6** is a timing chart showing the action of the waveform shaping section of the second embodiment.

FIG. **7** is a view for describing the action of a tidal wave/dicrotic wave detecting section of the second embodiment.

FIG. **8** is a view showing an electrocardiographic waveform, a waveform of arterial pressure and a waveform of blood pressure at a peripheral part in correspondence to each other.

FIG. **9** is a view for describing the relationship between pulse waveform and waveform parameters.

FIG. **10** is a view showing the relationship between a difference in blood pressures $(y_5-y_4)$ and a distortion rate d.

FIG. **11** is a view showing the result of frequency analysis of a Hua mai.

FIG. **12** is a view showing the result of frequency analysis of a Ping mai.

FIG. **13** is a view showing the result of frequency analysis of a Xuan mai.

FIG. **14** is a table showing the amplitudes of a tidal wave and dicrotic wave for each pulse condition.

FIG. **15** is a table showing a harmonic component of each pulse condition.

FIG. **16** is a view showing a coefficient of autocorrelation of a Xuan mai.

FIG. **17** is a view showing a coefficient of autocorrelation of a Ping mai.

FIG. **18** is a view showing a coefficient of autocorrelation of a Hua mai.

FIG. **19** is a block diagram showing the electrical structure of a pulse wave examination apparatus of a third embodiment.

FIG. **20** is a flow chart showing the action of the pulse wave apparatus of the third embodiment.

FIG. **21** is a block diagram of a pulse condition data yielding section according to a fourth embodiment.

FIG. **22** is a view showing the rate of variation in autocorrelation data of a typical pulse waveform.

FIG. **23** is a flow chart showing the action of a pulse wave examination apparatus of the fourth embodiment.

FIG. **24** is a block diagram showing the electrical structure of a pulse wave examination apparatus of a fifth embodiment.

FIG. **25** is a block diagram showing the electrical structure of a pulse wave examination apparatus of a sixth embodiment.

FIG. **26** is a view showing pulse wave analysis data during a partial period in a pulse waveform.

FIG. **27** is a timing chart for describing the action of a body movement eliminating section according to the sixth embodiment.

FIG. **28** is a view showing amended data MKDa of a pulse wave during the period Tc in the sixth embodiment.

FIG. **29** is a view showing body movement-amended data TKDa during the period Tc in the sixth embodiment.

FIG. **30** is a view showing body movement-eliminating pulse wave data MKDaj excluding a body movement component in the sixth embodiment.

FIG. **31** is a block diagram showing the electrical structure of a pulse wave examination apparatus of a seventh embodiment.

FIG. **32** is a block diagram of a body movement eliminating section of the seventh embodiment.

FIG. **33** is a view showing an example of body movement-eliminated pulse wave data of the seventh embodiment.

FIG. **34** is a block diagram showing the electrical structure of a pulse wave examination apparatus of an eighth embodiment.

FIG. **35** is a block diagram of a first wavelet conversion section of the eighth embodiment.

FIG. **36** is a block diagram showing the electrical structure of a pulse wave examination apparatus of a ninth embodiment.

FIG. **37A** is a view showing the condition of a wrist watch-type pulse wave examination apparatus which is installed.

FIG. **37B** is a view showing a pulse wave detecting section of a wrist watch-type pulse wave examination apparatus.

FIG. **37C** is a view showing a connector section assembled in the body section of a wrist watch-type pulse wave examination apparatus.

FIG. **38** is a view showing an example of the structure of a pulse wave detecting section.

FIG. **39A** is a view showing the outward appearance of a pulse wave examination apparatus when it is made into another wrist watch type.

FIG. **39B** is a view showing the condition of the installed pulse wave examination apparatus shown in FIG. **39A**.

FIG. **40** is a view showing the outward appearance of the structure of the pulse wave examination apparatus when it is made into a necklace type.

FIG. **41** is a view showing the condition in which a pulse wave detecting section of the pulse wave examination apparatus shown in FIG. **40** is attached around the carotid arteries.

FIG. **42** is a view showing the outward appearance of the structure of a pulse wave examination apparatus when it is made into a eyeglass type.

FIG. **43** is a view showing the outward appearance of the structure of a pulse wave examination apparatus when it is made into a card type.

65

US 6,293,915 B1

17

FIG. **44**A is a view showing the outward appearance of the structure of a pulse wave examination apparatus when it is made into a passometer type.

FIG. **44**B is a view showing the condition of the installed pulse wave examination apparatus shown in FIG. **44**A.

FIG. **45**A is a view showing the pulse waveform of a typical Ping mai.

FIG. **45**B is a view showing the pulse waveform of a typical Hua mai.

FIG. **45**C is a view showing the pulse waveform of a typical Xuan mai.

FIG. **46** is a view showing the relationship between distortion rate and the pulse waveform.

FIG. **47** is an explanatory view showing a structure used to record a waveform of arterial pressure in the arteria radialis to show a theoretical basis for a tenth embodiment.

FIG. **48** is a graph showing a typical waveform of arterial pressure.

FIG. **49** is a graph of experimental results obtained using the structure shown in FIG. **47**, showing the relationship between the mean blood pressure and diastolic blood pressure.

FIG. **50** is a graph of experimental results obtained using the structure shown in FIG. **47**, showing the relationship between the mean blood pressure and systolic blood pressure.

FIG. **51** is a graph of experimental results obtained using the structure shown in FIG. **47**, showing the relationship between pulse pressure and systolic blood pressure.

FIG. **52** is a block diagram showing a blood pressure monitor of a tenth embodiment.

FIG. **53** is a graph showing the distribution of the dicrotic wave height $\Delta BP_D$ for each pulse waveform to show a theoretical basis for an eleventh embodiment.

FIG. **54** is a graph showing the relationship between a dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$ and a dicrotic wave height $\Delta BP_D$ to show a theoretical basis for the eleventh embodiment.

FIG. **55** is a graph showing the relationship between an ejection diastolic pressure $\Delta BP_p$ and a dicrotic wave height $\Delta BP_D$ to show a theoretical basis for the eleventh embodiment.

FIG. **56** is a block diagram showing the structure of a pulse waveform monitor of the eleventh embodiment.

FIG. **57** is a block diagram showing the structure of a pharmacological action monitor of the twelfth embodiment.

FIG. **58** is a block diagram showing a modification in which a wavelet transformation section comprises a filter bank.

FIG. **59** is a block diagram showing a modification in which an inverse wavelet transformation section comprises a filter bank.

FIG. **60** is a face chart showing a modification of notification.

FIG. **61** is a view showing an example of a transmission-type photoelectric pulse wave sensor in a modification.

FIG. **62** is a view showing a modification in which a photoelectric pulse wave sensor is applied to a pair of eyeglasses.

FIG. **63** is a graph showing a variation in the pressure of each portion in an arterial pressure waveform with administration of an antihypertensive agent.

FIG. **64** is a view showing arterial waveforms before and after administration of an antihypertensive agent.

18

## BEST MODE FOR CARRYING OUT THE INVENTION

### 1. First Embodiment

A pulse wave examination apparatus according to a first embodiment of the present invention will be described below.

1.1 Theoretical Basis for the First Embodiment

Needless to say, the heart ejects blood by repeated contractions and dilatations. Here, the time of causing blood to flow from the heart by a contraction/dilatation in one cycle is called "ejection time". When the pulse rate, which is the number of contractions of the heart per unit time, is increased by, for instance, exercise, a catecholamine, e.g., adrenaline, is liberated, with the result that the ejection time tends to be short. This implies an increase in the contraction force of the heart muscle.

With increased ejection time, the output of blood by the contraction/dilatation in one cycle tends to increase.

Meanwhile, when a person exercises, it is necessary to supply much oxygen to the heart muscle, the skeletal muscle and the like, hence the product of the pulse rate and the output, that is, the flow rate of blood (per unit time) ejected from the heart increases. As a result of the increased pulse rate, the ejection time is short and the output is small. However, since the rate of increase in the pulse rate exceeds the rate of decrease in the output, the product of the pulse rate and the output increases on the whole.

Next, description of the relationship between the movement of the heart and the waveform of the blood pressure will be given. In the electrocardiogram shown in FIG. **8**, generally the period from the R point to the terminal point U of the T wave is said to be "a ventricular systole", which corresponds to the foregoing ejection time. The period from the U point to the next R point is said to be "a ventricular diastole". In the ventricular systole, a ventricular contraction does not take place uniformly but proceeds at a slow pace as it spreads from the outside to the inside. Because of this, the waveform of the blood pressure at the proximal portion of an aorta has an upwardly convex form as shown in FIG. **8** in the ventricular systole ranging from the opening to the closing of the aortic valve.

The waveform of the blood pressure at the periphery (arteria radialis) corresponding to such a blood waveform at the proximal portion of an aorta, that is, the pulse waveform at the periphery is as shown in FIG. **8**. The reason why such a waveform is formed is considered that a first wave called an "ejection wave" occurs by the ejection of blood from the heart, a second wave called a "tidal wave" successively occurs due to a reflex at furcations of the blood vessel close to the heart, and a third wave called a "dicrotic wave" then occurs due to the occurrence of a dicrotic notch concomitant with the closing of the aortic valve.

In the pulse waveform, therefore, the range from the point at which the blood pressure reach a minimum to the dicrotic notch corresponds to the ventricular systole, and the range from the dicrotic notch to the point at which the blood pressure reaches a minimum in the next cycle corresponds to the ventricular diastole.

Here, the point corresponding to the opening of the aortic valve in the pulse waveform is the minimum minimal point of blood pressure. Also, the point, specifically, the dicrotic notch, corresponding to the closing of the aortic valve is the third minimal point from the minimum minimal point viewing from time series and the second minimal point from the minimum minimal point viewing from the magnitude of the blood pressure.

66

19

Incidentally, the waveform of the peripheral blood pressure shown in FIG. **8**, namely, the pulse waveform actually exhibits time delay with respect to the waveform of aortic blood pressure. However, in the figure, this time delay is neglected for the sake of simplicity and these phases are made to be uniform.

Next, the waveform of peripheral blood pressure, namely, the pulse waveform will be discussed. The pulse wave form detected at the peripheries of a subject is the so-called pattern of the pressure wave of blood which propagates through a closed system consisting of the heart as a pulsatile pump and the blood circulatory system as a conduit. Hence, first, the pulse wave form is regulated by the pumping function of the heart, namely, by the condition of a cardiac function. Second, the pulse wave form is affected, for example, by the diameter of a blood vessel, contraction/dilatation of a blood vessel, and viscous resistance of blood. It is considered that if the pulse waveform is detected to analyze it, the condition of the cardiac function of the subject as well as the aortic condition of the subject can be evaluated. It may be understood that specialists in Oriental medicine diagnose a living condition by the features of pulsation.

Now, a discussion will follow in which a portion is analyzed in the pulse waveform.

First the inventors of the present invention selected the parameters shown in FIG. **9** as those which determine the features of the pulse waveform. Specifically, the selected parameters are as follows:

(1) a time $t_6$ between a peak point **P0** (the minimum minimal point) of the ascending slope of one beat, at which point the value of the blood pressure in the pulse waveform reaches a minimum, and a peak point **P6** of the ascending slope of the next pulse;

(2) the values of the blood pressure (difference) $y_1$ to $y_5$ at a peak points (maximal points and minimal points) which appear sequentially in the pulse wave form; and

(3) time passages $t_1$ to $t_5$ from the peak point **P0** (the minimum minimal point) at the pulse wave starting point to the point at which each of peak points **P1** to **P5** appear respectively.

In this case, each of $y_1$ to $y_5$ denotes a relative value of blood pressure by setting the value of the blood pressure at a peak point **P0** as a datum.

The inventors of the present invention actually detected the pulse waves of 74 healthy adults between the ages of **22** and **46**. The waveform parameters of these pulse waves were calculated while each pulse waveform was subjected to FFT treatment as in the aforementioned PCT/JP96/01254 to calculate the distortion rate d of the pulse waveform by using the foregoing equation (1).

Then the inventors of the present invention investigated the correlation between the calculated distortion rate d and each waveform parameter or the differences between these parameters separately. As a result, it was clarified that the distortion rate d had a high correlation with the pressure differences $(y_5-y_4)$ in the values of blood pressure, which difference was the amplitude of a dicrotic wave from the dicrotic notch, with the coefficient of correlation ($R^2$) being 0.77. This correlation is shown in FIG. **10**.

From this fact, the inventors of the present invention made the following analysis on the hypothesis that specialists in Oriental medicine sensed the features of the dicrotic wave and tidal wave to diagnose the pulse condition.

In this analysis, each pulse waveform which was judged for the pulse condition by specialists in Oriental medicine was subjected to FFT treatment to calculate the ratio of each

20

harmonic component to a fundamental wave component. FIGS. **11**, **12** and **13** show the results of analysis of a Hua mai, Ping mai and Xuan mai respectively.

In FIGS. **11** to **13**, f1, f2, f3, , f10 indicate the amplitudes and phases of a fundamental wave, second harmonic, third harmonic, . . . , tenth harmonic respectively. The waveform wf1 is the sum of the fundamental wave f1 and the second harmonic f2, waveform wf2 is the sum of the fundamental wave f1 to the third harmonic, . . . , and the waveform wf9 is the sum of the fundamental wave f1 to the tenth harmonic f10.

Here, comparing the original waveform shown in FIG. **11**, whose pulse condition was judged to be a Hua mai by the specialist, with the original waveform shown in FIG. **12**, whose pulse condition was judged to be a Ping mai by the specialists, it is understood that both closely resemble one another but the height of the dicrotic notch is lower in a Hua mai than in a Ping mai and the amplitude of the dicrotic wave is larger in a Ping mai than in a Hua mai. When attention is given to the synthesized waveform, it is understood that each original waveform of the dicrotic waves of a Hua mai and Ping mai is almost reproduced by the waveform wf3 which is the sum of the fundamental wave f1 to the third harmonic f4.

On the other hand, in a Xuan mai as shown in FIG. **13**, it is understood that the original waveform of the tidal wave is almost reproduced by the waveform wf6 which is the sum of the fundamental wave f1 to the seventh harmonic f7.

FIG. **14** shows the amplitudes of the dicrotic wave and the tidal wave in the pulse waveform representing the pulse condition which is described in FIGS. **11** to **13**. The amplitudes of the dicrotic waves are relatively as high as 7.3 mmHg and 10.6 mmHg in a Hua mai and in a Ping mai respectively whereas the amplitude of the dicrotic wave in a Xuan mai is as small as 2.9 mmHg. The amplitudes of the tidal waves in a Hua mai and in a Ping mai are 0 whereas the amplitude of the tidal wave in a Xuan mai is 3.8 mmHg.

From these facts, in a Hua mai and Ping mai, each dicrotic wave has specific characteristics which are observed in the fundamental wave f1 to the fourth harmonic f4. In a Xuan mai, the tidal wave has specific characteristics which are observed in high frequency components, e.g., the fifth harmonic f5 to the seventh harmonic f7.

Next, FIG. **15** shows the percentage ratio of the amplitude of each harmonic to the amplitude of the fundamental wave for every pulse condition. Here, when attention is given to the ratio of the sum of the second harmonic f2, the third harmonic f3, and the fourth harmonic f4 to the fundamental wave f1 in terms of amplitude, namely, ((f2+f3+f4)/f1, this is 1.74 in a Hua mai and 1.5 in a Ping mai. It is therefore possible to discriminate between a Hua mai and a Ping mai on the basis of these values. When attention is given to the ratio of the sum of the fifth harmonic f5, sixth harmonic f6, and seventh harmonic f7 to the fundamental wave f1 in terms of amplitude, namely, ((f5+f6+f7)/f1, this is 0.36 in a Hua mai, 0.26 in a Ping mai and 0.42 in a Xuan mai. It is therefore possible to discriminate between a Xuan mai and other pulses on the basis of these values.

1.2 Structure of the Pulse Wave Examination Apparatus

The pulse wave examination apparatus according to this embodiment is structured based on the theoretical basis as described above. In the pulse wave examination apparatus, the pulse wave forms detected from subjects are treated by frequency analysis to extract a tidal wave component and a dicrotic wave component thereby judging the pulse condition on the basis of the results of the extraction. Incidentally, the external structure of the pulse wave examination appa-

67

US 6,293,915 B1

**21**

ratus will be described later in the section "**10**. External structures of aforementioned embodiments".

FIG. **1** is a block diagram showing the functional structure of the pulse wave examination apparatus according to this embodiment. In this figure, a pulse wave detecting section **10** detects the pulse waveform of, for instance, the periphery (e.g., arteria radialis) of a subject, to output the detected signal as MH to a body movement eliminating section **30**.

A body movement detecting section **20** comprises, for instance, an acceleration sensor and detects the body movement of a subject to output the detected signal as a signal TH to a waveform treating section **21**. The waveform treating section **21** comprises, for instance, a low-pass filter, and performs waveform-shaping treatment of the signal TH output from the body movement detecting section **20** to output a signal MHt showing a body movement component. The body movement eliminating section **30** subtracts the signal MHt showing a body movement component from the signal MH output from the pulse wave detecting section **10** to output a signal MHj showing a pulse wave component.

The pulse wave examination apparatus according to this embodiment is a type treating the pulse waveform detected from a subject. In general, when the subject itself carries some movement, in addition to the signal MHj showing a pulse wave component, the signal MHt showing a body movement component is superimposed on the signal MH detected by the pulse wave detecting section **10**. For this, MH=MHt+MHj and hence the signal MH output from the pulse wave detecting section **10** does not show the exact pulse waveform of the subject.

Meanwhile, since the blood flow is affected by, for instance, blood vessels and organizations, the body movement component MHt included in the signal MH is not considered to be just the signal TH showing the body movement of the subject but is considered to be somewhat dulled.

Because of this, the body movement eliminating section **30** uses, as the signal MHt, a signal produced by shaping the waveform of the signal TH in the waveform treating section **21**. The signal TH shows the body movement of the subject directly and is output from the body movement detecting section **20**. The body movement eliminating section **30** subtracts the signal MHt from the signal MH output from the pulse wave detecting section **10** to eliminate the influence of the body movement, thereby outputting the signal MHj showing the pulse component. The type, number of stages, constant, and the like of the low-pass filter used in the waveform treating section **21** are determined based on the data measured in practice.

In the meantime, when the body movement component eliminating section **30** is made to operate for the elimination of the body movement component even if there is no body movement, the noise of the body movement detecting section **20** causes a deterioration of the S/N ratio of the signal output from the body movement component eliminating section **30**, and power is consumed by the body movement eliminating operation. Hence, in this embodiment, a judging section **22** is provided. The judging section **22** determines whether body movement is present or not, based on the body movement waveform TH, to yield a control signal C. Specifically, the judging section **22** makes a judgment by comparing a threshold value with the body movement waveform TH. The threshold value is prescribed in advance, taking a noise level into consideration, so that whether the body movement is present or not can be determined. Then, when the control signal C indicates that no body movement is present, the operations of the waveform treating section **21**

**22**

and body movement component eliminating section **30** are suspended. In this case, the pulse waveform MH is output directly from the body movement component eliminating section **30**. This can improve the SN ratio of the output signal from the body movement component eliminating section **30** and reduce power consumption in the apparatus.

Next, an FFT treating section **40** provides the signal MHj, showing a pulse wave component, with FFT treatment to carry out frequency analysis of the pulse wave component. The result of the frequency analysis can be obtained in the form of a plurality of line spectrums. Then the frequency and the energy level of every line spectrum are calculated. The FFT treating section **40** compares this spectrum data and specifies one having the highest energy level as the fundamental wave f1 of the pulse wave component. The FFT treating section **40** also multiplies the frequency of the fundamental wave f1 integral-fold to specify each harmonic, and outputs pulse wave analysis data MKD showing each energy level of the fundamental wave f1 and of the second harmonic f2 to the tenth harmonic f10 .

In succession, a tidal wave-character extracting section **50** yield a tidal wave-character data TWD showing the characteristics of the tidal wave on the basis of the pulse wave analysis data MKD. As outlined above, the characteristics of the tidal wave can be expressed by the ratio of the sum of the fifth harmonic f5, the sixth harmonic f6, and the seventh harmonic f7 to the fundamental wave f1 in the pulse waveform. Hence the tidal wave-character extracting section **50** yields the tidal wave-character data TWD according to the following equation:

$$TWD=(f5+f6+f7)/f1$$

Then, a dicrotic wave-character extracting section **60** yields dicrotic wave-character data DWD showing the characteristics of the dicrotic wave. As outlined above, the characteristics of the dicrotic wave can be expressed by the ratio of the sum of the second harmonic f2, the third harmonic f3, and the fourth harmonic f4 to the fundamental wave f1 in the pulse waveform. Hence the tidal wave-character extracting section **60** yields the dicrotic wave-character data DWD according to the following equation:

$$DWD=(f2+f3+f4)/f1$$

Then, a pulse condition judging section **70** judges the pulse condition on the basis of the tidal wave-character data TWD and the dicrotic wave-character data DWD to yield pulse condition data ZD showing the type of pulse condition of the subject. In more detail, first, the pulse condition judging section **70** compares the tidal wave-character data TWD with a first threshold value to yield pulse condition data ZD1 showing that the pulse condition is a Xuan mai if the tidal wave-character data TWD exceeds the first threshold value. The first threshold value is prescribed in advance so as to determine whether the tidal wave-character data TWD shows a Xuan mai or not. In this instance, the first threshold value is designed to be 0.41.

When the tidal wave-character data TWD is less than the first threshold value, on the contrary, the dicrotic wave-character data DWD is compared with a second threshold value. If the dicrotic wave-character data DWD is less than the second threshold value, pulse condition data ZD2 showing that the pulse condition is a Ping mai is yielded, whereas, if the dicrotic wave-character data DWD exceeds the second threshold value, pulse condition data ZD3 showing that the pulse condition is a Hua mai is yielded. Here, the second threshold value is prescribed in advance so as to determine

68

**Appx521**

US 6,293,915 B1

**23**

whether the dicrotic wave-character data DWD shows a Ping mai or a Xuan mai. In this instance, the second threshold value is designed to be 1.62.

A notifying section **80** is a type which outputs pulse condition data ZD by display or voice. For instance, the notifying section **80** displays the characters "Hua mai, Ping mai, Xuan mai" or symbols, e.g., icons. This allows the subject and a third party, e.g., a doctor to recognize the pulse condition.

1.3 Action of the Pulse Wave Examination Apparatus.

Next, the action of the pulse wave examination apparatus of the first embodiment will be described with reference to FIG. **2**.

First, although a body movement component due to the movement of the subject is superimposed on the signal MH output from the pulse condition detecting section **10**, the body movement component is eliminated by the body movement component eliminating section **30** and the signal MHj showing only a pulse wave component is supplied to the FFT treating section **40** (Step S1 and Step S2).

Next, in the FFT treating section **40**, the signal MHj is subjected to FFT treatment to yield the fundamental wave f1 of the pulse wave component and each of harmonics f2 to f10 as the pulse wave analysis data MKD, which is then supplied to the tidal wave-character extracting section **50** and the dicrotic-character extracting section **60** (Step S3).

After this step, the tidal wave-character extracting section **50** calculates the ratio of the sum of the fifth harmonic f5, the sixth harmonic f6, and the seventh harmonic f7 to the fundamental wave f1 of the pulse waveform, which ratio expresses the characteristics of the tidal wave, to yield the tidal wave-character data TWD. The dicrotic wave-character extracting section **60** calculates the ratio of the sum of the second harmonic f2, the third harmonic f3, and the fourth harmonic f4 to the fundamental wave f1 of the pulse waveform, which ratio expresses the characteristics of the dicrotic wave, to yield the dicrotic wave-character data DWD (Step S4).

After the characteristics of the tidal wave and dicrotic wave of the pulse waveform are extracted in this manner, the pulse condition judging section **70**, first compares the tidal wave-character data TWD with a first threshold value (Step S5). If the tidal wave-character data TWD exceeds the first threshold value (0.41), pulse condition data ZD1 showing that the pulse condition is a Xuan mai is yielded in Step S6.

On the other hand, if the tidal wave-character data TWD is less than the first threshold value (0.41), the result of the judgment in the Step 5 is "No" and a judgment on the pulse condition will be made based on the dicrotic wave-character data DWD in Step S6. In this case, the pulse condition judging section **70** determines whether the dicrotic wave-character data DWD is less than a second threshold value (1.62) or not, and yields pulse condition data ZD2 showing that the pulse condition is a Ping mai if the dicrotic wave-character data DWD is less than the second threshold value in Step S8. On the other hand, if the dicrotic wave-character data DWD exceeds the second threshold value (1.62), the result of the judgment in Step S7 is "NO" and pulse condition data ZD3 showing that the pulse condition is a Hua mai in Step S9.

In the first embodiment, in this manner, attention is given to the fact that specialists skilled in sphygmopalpation judge the pulse condition on the basis of the tidal wave and dicrotic wave of the pulse waveform, and that the characteristics of the tidal wave and dicrotic wave appear on specific high harmonics and the pulse waveform is subjected to frequency analysis to extract the characteristics of the tidal wave and

**24**

dicrotic wave. Thus the pulse condition can be judged objectively and accurately.

2. Second Embodiment

Next, a pulse wave examination apparatus according to a second embodiment of the present invention will be described.

In the foregoing first embodiment, attention is paid to the fact that the Hua mai and the Ping mai are characterized by the dicrotic wave, the Xuan mai is characterized by the tidal wave, and the pulse waveform is subjected to FFT treatment. Based on the result of the analysis, frequency components corresponding to the dicrotic wave and to the tidal wave are respectively extracted to make a judgment on the basis of the extraction.

Now, in the frequency analysis by FFT treatment, if there is no data over a somewhat extended period, no analysis result can be obtained. In general FFT treatment, therefore, the treatment is performed on a pulse waveform over several cycles.

However, the dicrotic wave and the tidal wave appear in a partial period in the pulse waveform. Accordingly, if the frequency analysis is carried out only in the periods corresponding to the dicrotic wave and tidal wave, the judgment accuracy for the pulse condition can be further improved.

As a consequence, in the second embodiment, the pulse waveform is treated using wavelet transformation performing frequency analysis and time analysis simultaneously to specify the pulse condition.

2.1 Whole Structure of the Pulse Wave Apparatus

Next, the structure of the pulse wave examination apparatus according to the second embodiment is shown in FIG. **3**. The pulse wave examination apparatus shown in FIG. **3** is the same as the pulse wave examination apparatus shown in FIG. **1** except that a wavelet transformation section **41** is used in place of the FFT treating section **40**, a tidal wave/dicrotic wave detecting section **42** which specifies the time positions of the tidal wave and dicrotic wave is installed, and the inner structures of a tidal wave-character extracting section **50**, dicrotic wave-character extracting section **60** and pulse condition judging section **70** differ from those used in the first embodiment. The second embodiment will be hereinafter described mainly with respect to the different points between the two embodiments.

2.2 Wavelet Transformation Section

First, the structure of the wavelet transformation section **41** will be described in detail with reference to the drawings.

Generally, in time/frequency analysis which picks up signals in terms of both time and frequency, a wavelet is a unit which cuts out a part of the signal. The wavelet transformation signifies the magnitude of each part of the signal cut out by this unit. As a basic function to define the wavelet transformation, a function $\psi(x)$ localized in terms of time and frequency is introduced as a mother wavelet. Here, the wavelet transformation by the mother wavelet $\psi(x)$ of a function $f(x)$ is defined as follows:

$$(W_\psi f)(b, a) = \int_{-\infty}^{\infty} \frac{1}{\sqrt{a}} \, \psi\left(\frac{x-b}{a}\right) f(x) dx \qquad (2)$$

where "b" is a parameter used when the mother wavelet $\psi(x)$ is translated and "a" is a parameter when the mother wavelet $\psi(x)$ is scaled (expansion). In the equation (2), the wavelet $\psi((x-b)/a)$ is formed when the mother wavelet $\psi(x)$ is translated by "b" and expanded "a" times. In this case, the

69

US 6,293,915 B1

**25**

width of the mother wavelet ψ(x) is extended in relation to the scale parameter "a". 1/a therefore corresponds to the frequency. The wavelet transformation section **41** is structured so as to calculate the equation (2). The detail of the structure is as shown in FIG. **4**.

In FIG. **4**, a signal MHj output from a body movement component eliminating section **30** is supplied to a waveform shaping section **400** and an A/D converter **410**. The waveform shaping section **400** yields a control signal CS and a clock CK which are synchronized with the pulse waveform MHj.

Here, a block diagram of the waveform shaping section **400** is shown in FIG. **5**. In FIG. **5**, a ringing filter **401** is a filter with a high Q value with the center frequency being 2.2 Hz and the passing band being 0.8 Hz to 3.5 Hz. Since the fundamental wave component of the pulse waveform is generally in a range between 0.8 Hz and 3.5 Hz, the fundamental wave component is extracted when the pulse waveform MHj passes through the ringing filter **401**. For instance, as shown in FIG. **6**, when the pulse waveform MHj is input to the ringing filter **401**, its output is that shown as **401** out in FIG. **6**.

Next, a zero-cross detecting circuit **402** comprises a comparator and the like and compares an output signal from the ringing filter **401** with the ground level to yield a rectangular wave. The rectangular wave is synchronized with the pulsation. For instance, if the signal from the ringing filter **401** is that shown as "**401** out" in FIG. **6**, an output signal from a zero-cross detecting circuit **402** is that shown as "**402** out" in the same figure.

Next, a comparing section **403**, a loop filter **404**, a voltage control oscillation circuit **405**, and a frequency divider **406** comprise a phase lock loop. When an output signal from the zero-cross detecting circuit **402** and an output signal from the frequency divider **406** are supplied to one input port and another input port of the comparing section **403** respectively, the comparing section **403** outputs an error signal corresponding to a phase difference between the two output signals. When the error signal is supplied to the voltage control oscillation circuit **405** via the loop filter **404**, the voltage control oscillation circuit **405** outputs a clock signal CK. The clock signal CK is divided in 1/N by the frequency divider **406** and is fed back to the other input port of the comparing section **403**. For instance, if the dividing ratio is 1/8, the frequency of the output signal clock CK becomes 8 times the frequency of the output signal from the zero-cross detecting circuit **402** as shown by "**405** out CK" in FIG. **6**. The clock signal CK is then divided in half in a frequency divider **407** and output as a control signal CS as shown in FIG. **6**.

The pulse waveform MHj is also converted into a digital signal by an A/D converter **410** shown in FIG. **4** and the digital signal is then stored in a first memory **420** and a second memory **430**. Here, the control signal CS is supplied directly to a write-enable terminal of the first memory **420**. The control signal CS is reversed by an inverter **440** and the reversed signal is supplied to a write-enable terminal of the second memory **430**. Hence, the fist and second memories **420**, **430** store the pulse waveform MH alternately at intervals of the period.

The symbol **500** represents a multiplexer which selects the pulse wave data MD read out alternately from the first and second memories **420**, **430** to output the selected data to a basic function developing section W. In this manner, the pulse wave data MD is read out from the second memory **430** during the writing time of the first memory **420** and the pulse wave data MD is written in the second memory **430** during the reading time of the first memory **420**.

**26**

Next, the basic function developing section W has a structure enabling the calculation of the foregoing equation (2). The aforementioned clock signal CK is supplied to the basic function developing section W and a calculation process is carried out at intervals of the period. The basic function developing section W comprises a basic function storing section W1 for storing the mother wavelet ψ(x), a scale conversion section W2 for converting the scale parameter a, a buffer memory W3, a translating section W4 for carrying out parallel translation, and a multiplication section W5. It is noted that, as the mother wavelet ψ(x) stored in the basic function storing section W1, a Gabor wavelet, Mexican hut, Haar wavelet, Meyer wavelet, Shannon wavelet or the like may be applied and, in this embodiment, a mother wavelet called symlets **5** is used to advantageously extract the characteristics of the pulse waveform.

First, when the mother wavelet ψ(x) is read out from the basic function storing section W1, the scale conversion section W2 carries out the conversion of the scale parameter "a". Here, the scale parameter "a" corresponds to the period. Hence when "a" is increased, the mother wavelet ψ(x) is expanded on the time axis. In this case, because the data volume of the mother wavelet ψ(x) which is stored in the basic function storing section W1 is fixed, the data volume is reduced if "a" is increased. The scale conversion section W2 performs compensation treatment to compensate the reduction in data and carries out curtailed treatment when "a" is small to yield a function ψ(x/a). This data is stored in the buffer memory W3 once.

Next, the translating section W4 reads out the function ψ(x/a) from the buffer memory W3 with timing corresponding to the translate parameter b to translate the function ψ(x/a) thereby yielding a function ψ((x−b)/a).

Then, a multiplication section W5 multiplies a variable $1/a^{1/2}$, by the function ψ(x−b/a) and by the pulse wave data MD to undergo wavelet transformation at each beat to yield the pulse wave analysis data MKD. In this embodiment, the pulse wave analysis data MKD is divided into frequency zones, for example, 0 Hz–0.5 Hz, 0.5 Hz–1.0 Hz, 1.0 Hz–1.5 Hz, 1.5 Hz–2.0 Hz, 2.0 Hz–2.5 Hz, 2.5 Hz–3.0 Hz, 3.0 Hz–3.5 Hz, and 3.5 Hz–4.0 Hz and output.

2.3 Tidal Wave/dicrotic Wave Detecting Section

Next, a tidal wave/dicrotic wave detecting section **42** compares the pulse wave analysis data MKD in a certain frequency zone with a threshold value to yield control signals ct and cd which specify the time positions of the tidal wave and dicrotic wave respectively.

For instance, in the pulse waveform MHj shown in FIG. **7**, the tidal wave and the dicrotic wave are shown by tw and dw respectively. When the wavelet transformation of this pulse waveform MHj is carried out, the result of wavelet analysis as shown in the same figure is obtained. In the result of the analysis, the values of the pulse wave analysis data MKD is expressed by shading. The darker the color of the parts, the larger the values of the pulse wave analysis data MKD, whereas the lighter the color of the parts, the smaller the values of the pulse wave analysis data MKD.

It is seen from the figure that the zones A and B surrounded by the parts (white) with a small value for the pulse wave analysis data MKD are located in a time-domain corresponding to the tidal wave. The part having a small value in terms of the pulse wave analysis data in the direction of the Y or frequency axis shows that the energy of the pulse waveform MHj in its period is at a low level. In this part, the pulse waveform MHj is flat. For instance, the boundary between the zones A and B corresponds to a peak of the tidal wave tw.

70

**27**

If attention is paid to a certain frequency zone, the time position of the tidal wave tw can be detected based on its change. In this embodiment, a comparison of the value of the pulse wave analysis data MKD in a frequency zone X with a threshold value yields a control signal ct specifying the time positions between t1 and t2 of the tidal wave tw as shown in FIG. 7. On the other hand, a comparison of the value of the pulse wave analysis data MKD in a frequency zone Y with a threshold value yields a control signal dw specifying the time positions between t3 and t4 of the tidal wave tw as shown in FIG. 7.

2.4 Tidal Wave-character Extracting Section and Dicrotic Wave-character Extracting Section

First, the tidal wave-character extracting section **50** specifies the time position of the tidal wave on the basis of the control signal ct and adds data in a specific frequency zone among the pulse wave analysis data MKD in the specified period.

The wavelet transformation section **41** is, for instance, designed to be formed of a filter bank in which the characteristics of a high frequency filter 1A and low frequency filter 1B are varied by the clock signal CK synchronized with the pulse waveform MHj as will be mentioned later in the section "14 Other embodiments" (6) with reference to FIG. 58. In this case, if the pulse wave analysis data corresponding to the fundamental wave f1 of the pulse waveform MHj is M*1, the parts showing the characteristics of the tidal wave appear on the fifth harmonic f5 to the seventh harmonic f7 and hence the wavelet transformation section **41** adds M*5, M*6 and M*7 to calculate the tidal wave-character extracting data TWD.

Next, the dicrotic wave-character extracting section **60** specifies the time position of the dicrotic wave on the basis of the control signal cd and adds data in a specific frequency zone among the pulse wave analysis data MKD in this period.

If the wavelet transformation section **41** is formed in such a structure, for instance, as in the description of the tidal wave-character extracting section **50**, and the pulse wave analysis data corresponding to the fundamental wave f1 of the pulse waveform MHj is M*1, the parts showing the characteristics of the dicrotic wave appear on the second harmonic f2 to the fourth harmonic f4 and hence the wavelet transformation section **41** adds M*2, M*3and M*4 to calculate the dicrotic wave-character extracting data DWD.

In this manner, the tidal wave-character extracting section **50** and the dicrotic wave-character extracting section **60** extract the characteristics of the tidal wave and dicrotic wave from the aspect of the time-domain as well as the frequency zone by making clever use of the character of the wavelet transformation which can divide the waveform into a frequency zone and a time-domain to carry out waveform analysis. The characteristics can be thereby extracted with high accuracy.

2.5 Pulse Condition Judging Section and Notifying Section

Next, a pulse condition judging section **70** compares the tidal wave-character extracting data TWD and the dicrotic wave-character extracting data DWD with each threshold value to judge the pulse condition, such as a Ping mai, Hua mai, or Xuan mai, to yield a pulse condition data ZD. A notifying section **80** notifies the subject or a third party, e.g., a doctor, of the pulse condition data ZD by a display, voice or the like in the same way as in the first embodiment.

According to the pulse wave examination apparatus of the second embodiment, as outlined above, the frequency component can be analyzed in a limited period in which the tidal wave and the dicrotic wave appear by undergoing wavelet

**28**

transformation of the pulse waveform detected from the subject. As a result, the characteristics of the tidal wave and dicrotic wave can be extracted with accuracy to thereby make an exact judgment of the pulse condition.

3. Third embodiment

3.1 Principle of the Third Embodiment

The pulse waveform expresses pulsation when the flow of blood pumped out to an aorta by the contraction of the heart is propagated through an artery and hence has a certain period synchronized with the beat of the heart. Analyzing technics for analyzing a periodic waveform to extract its characteristics include a spectrum analysis represented by FFT (Fast Fourier Transformation). The inventors of the present invention, however, remarked an autocorrelation function which can be dealt with by a simple calculation.

If an irregular variation is represented by x(t) and x(t) has a periodic variation on a period T, x(t) is given by the following equation:

$$x(t) = x(t \pm nT)$$

where n=0, 1, 2, . . . .

A waveform represented by the above equation overlaps the original waveform when it is shifted by an integral multiple of the period. If the irregular variation x(t) is strongly periodical, the wave form becomes similar to the original waveform when it is shifted on the time axis by integral multiple of the period. The similarity of a waveform, shifted by a certain time τ, to the original waveform is investigated and the correlation between x(t) and x(t+τ) is desirably calculated to discriminate a periodic component in the variations. When the irregular variation as a function of time is expressed by x(t), the autocorrelation function is defined as the average value of the product of two variations which are separated from each other by an interval of τ (time) and is given by the following equation:

$$C(\tau) = E[x(t)x(t+\tau)]$$

where E is an ensemble average but may be replaced by the time average in a stationary stochastic process. Thus, the autocorrelation function C(τr) can be expressed as:

$$C(\tau) = \lim_{T \to \infty} \frac{1}{T} \int_{-T/2}^{T/2} x(t)x(t+\tau)dt \qquad (3)$$

Also, a value normalized by dividing the autocorrelation function C(τ) by its value calculated when τ=0 is called an autocorrelation function coefficient R(τ) which is given by the following equation:

$$R(\tau) = C(\tau)/C(0) = E[x(t)x(t+\tau)]/E[x^2(t)]$$

FIGS. 16 to 18 show the autocorrelation function coefficients of a Xuan mai shown in FIG. 45C, a Ping mai shown in FIG. 45A, and a Hua mai shown in FIG. 45B respectively. Comparing these figures, a waviness becomes visible in the waveform of the autocorrelation coefficient R(τ) as the pulse condition changes from a Xuan mai to a Hua mai via a Ping mai. This corresponds to the fact that a Xuan mai has a smooth waveform, a Ping mai includes three peaks but these peaks are small in size and a Hua mai include two large peaks. Stated in another way, the characteristics of each waveform are reflected in the autocorrelation coefficient R(τ). Moreover, the waveform of the autocorrelation coefficient R(τ) is obtained based on a pulse waveform formed over a relatively long period and hence the characteristics of the pulse waveform can be extracted with accuracy.

71

**Appx524**

US 6,293,915 B1

**29**

The instantaneous magnitude of the autocorrelation coefficient R(τ) is, unlike the instantaneous magnitude of the pulse waveform, given as the time average. Therefore even if the SN ratio of the pulse waveform detected from a living body is somewhat impaired, noises are averaged with the result that the SN ratio is improved. Furthermore, the autocorrelation coefficient R(τ) is formed by normalizing the autocorrelation function C(τ) and is hence convenient for analysis by comparing pulse waveforms having different amplitudes.

From the aforementioned reason, the inventors of the present invention determined a criteria specifying the pulse condition by making clever use of the character of the autocorrelation coefficient R(τ) and have found a pulse wave examination apparatus which judges the pulse condition of the living body according to the criteria.

3.2 Electrical Structure of the Pulse Wave Examination Apparatus

Next, the electrical structure of the pulse wave examination apparatus will be described with reference to FIG. **19**. FIG. **19** is a block diagram showing the electrical structure of the pulse wave examination apparatus.

The pulse wave examination apparatus **1** comprises the pulse wave detecting section **10** for detecting the pulse waveform MH, an autocorrelation calculating section **210** for calculating autocorrelation data RD on the basis of the pulse waveform MH, a pulse condition data yielding section **220** for yielding the pulse condition data ZD on the basis of the autocorrelation RD and a display section **230**.

First, the autocorrelation calculating section **210** comprises a waveform treating section **211**, a memory **212**, a multiplication section **213**, an average value calculating section **214** and a normalization calculating section **215**. The memory **212** stores the pulse waveform MH in a period of at least one beat. Meanwhile, when it is intended to calculate the autocorrelation function C(τ) according to the equation (3), it is necessary to integrate x(t)x(t+τ) from −T/2 to T/2 (T is infinite). But, considering the fact that x(t) in this embodiment is the pulse waveform MH synchronized with the beat period, the calculation may be made based on the pulse waveform MH in a period of at least one beat. In this embodiment, therefore, the waveform shaping of the pulse waveform MH is carried out by the waveform treating section **211**, the shaped waveform is converted into a rectangular wave synchronized with the pulse wave period, and a write control signal WE for controlling the write action of the memory **212** is yielded based on the rectangular wave. For instance, the pulse waveform MH in four periods is written in the memory **212** by the write control signal WE.

Next, the multiplication section **213** read out a pulse waveform MH1 corresponding to x(t) and a pulse waveform MH2 corresponding to x(t+τ), multiplies the two and outputs the result of the multiplication. The average value calculating section **214** calculates the ensemble average of MH1·MH2 corresponding to the ensemble average of x(t)x (t+τ) and outputs the result of the calculation.

Next, the normalization calculating section **215** normalizes the result, calculated by the average value calculating section **214**, by the autocorrelation function C(**0**) to yield the autocorrelation data RD. More specifically, the normalization is made by the ensemble average of X²(t), namely, MH1². As a result, the autocorrelation data RD shows the autocorrelation coefficient R(τ) of the pulse waveform MH.

Here, the autocorrelation coefficient RD is examined for the pulse waveform MH of each pulse condition shown in FIGS. **45**A to **45**C. First, as shown in FIG. **16**, the minimum value of the autocorrelation coefficient R(τ) is 0.2 in a Xuan

**30**

mai. On the other hand, as shown in FIGS. **17** and **18**, the minimum values of the autocorrelation coefficient R(τ) are 0.32 and 0.3 in a Ping mai and in a Hua mai respectively. The pulse condition is therefore judged to be a Xuan mai when the minimum value of the autocorrelation coefficient is less than 0.25.

Next, the ratio of a period, in which the autocorrelation R(τ) is greater than 0.5, to a period of one beat is 60% or more in a Ping mai (see FIG. **17**) and 34% in a Hua mai (see FIG. **18**). Therefore, the pulse condition may be judged to be a Ping mai when this ratio exceeds 47% and to be a Hua mai when the ratio is less than 47%.

The pulse condition data yielding section **220** judges the pulse condition on the basis of the above judging criteria. The pulse condition data yielding section **220** comprises a minimum value detecting section **221** and a first comparing section **222** for detecting a pulse condition of a Xuan mai, a time measuring section **223**, a calculating section **224** and a second comparing section **225** for detecting a pulse condition of a Ping mai or Hua mai and a data yielding section **226** for yielding the pulse condition data ZD.

First, the minimum value detecting section **221** detects the minimum value of the autocorrelation data RD in a period corresponding to a period of one beat. The first comparing section **222** determines whether the detected minimum value is less than 0.25 or not and outputs the result of the judgment to the data yielding section **226**.

Then, the time measuring section **223** compares the autocorrelation data RD with a prescribed threshold value (0.5) and measures a time interval in which the autocorrelation data RD exceeds the threshold value (0.5). The calculating section **224** calculates the ratio of the measured time interval to a period of one beat. Incidentally, the period of one beat is designed to be supplied from the aforementioned waveform treating section **211**. The second comparing section **225** determines whether the calculated result exceeds a prescribed threshold value (47%).

Next, the data yielding section **226** yields the pulse condition data ZD on the basis of each result determined in the first and second comparing sections **222** and **225**. First, when the minimum value is judged to be less than 0.25 in the first comparing section **222**, the pulse condition data ZD1 showing a Xuan mai is yielded. When the period in which the autocorrelation data RD exceeds 0.5 is judged to exceed 47% in the second comparing section **225**, the pulse condition data ZD2 showing a Ping mai results whereas when its period is judged to be less than 47%, the pulse condition data ZD3 showing a Hua mai is obtained.

Next, the display section **230** comprises a ROM, a control circuit, a liquid crystal display device and the like. When the pulse condition data ZD is supplied to the display section **230**, the control circuit detects this, reads out characters stored in the ROM and displays these characters on the liquid crystal display. As the characters, specific symbols or icon as well as the characters "Ping mai", "Xuan mai" and "Hua mai" may be used. The display section **230** makes it possible to notify the user or a doctor of the physical condition.

The function of the pulse wave examination apparatus **1** can be described in this manner. In the apparatus used in practice, the autocorrelation calculating section **210** and the pulse condition data yielding section **220** are constituted of CPUs, memories and the like. In this case, the CPU undergoes various calculating processes and comparing processes on the basis of control programs stored in part of the memories to yield the pulse condition data ZD.

72

**31**

3.3 Action of the Pulse Wave Examination Apparatus

Next, the action of the pulse wave examination apparatus according to the third embodiment of the present invention will be described with reference to the drawings. FIG. **20** is a flow chart showing the action of the pulse wave examination apparatus.

First, the pulse wave detecting section **10** detects the pulse waveform MH (Step S1).

When the pulse waveform MH is supplied to the autocorrelation calculating section **210**, the pulse waveform MH is written in the memory **212** and read out in a fixed period later. An autocorrelation function is calculated based on the read pulse waveform MH and the calculated result is normalized to yield the autocorrelation data RD showing the autocorrelation coefficient R(τ) (Step S2).

After that, the pulse condition yielding section **220** yields the pulse condition data ZD on the basis of the autocorrelation data RD in the manner described below. First, when the minimum value of the autocorrelation data RD corresponding to a period of one heartbeat is detected in the minimum value detecting section **221** (Step S3), the first comparing section **222** determines whether the minimum value is less than 0.25 or not (Step S4). When the minimum value is less than 0.25, the result of the determination is expressed as YES and the stage is forwarded to the next step (Step S5) in which the pulse condition is judged to be a Xuan mai to yield the pulse condition data ZD1 in the data yielding section **226**.

When the minimum value is 0.25 or more on the contrary, the result of the determination is expressed as NO and a judgment on whether the pulse condition is a Ping mai or a Hua mai is made. In this case, the time measuring section **223** measures a time interval in which the autocorrelation data RD exceeds 0.5, in a period corresponding to a period of one heartbeat (Step S6) and the calculating section **224** calculates the ratio of the measured time to the period of one beat.

Then, the second comparing section **225** determines whether the result calculated in the calculating section **224** exceeds 47% or not (Step S8). When this result exceeds 47%, the stage is forwarded to the next step (Step S9) in which the pulse condition is judged to be a Ping mai which allows the data yielding section **226** to yield the pulse condition data ZD2. On the other hand, when the result calculated in the calculating section **224** does not exceed 47%, the stage is forwarded to the next step (Step S10) in which the pulse condition is judged to be a Hua mai to yield the pulse condition data ZD3 in the data yielding section **226**.

As stated above, the pulse wave examination apparatus **1** according to the third embodiment judges the pulse condition on the basis of the autocorrelation data RD of the pulse waveform MH and hence the subject and a doctor can know the living condition from the detected result of the pulse wave.

3.4 Modification of the Third Embodiment

(1) In the forgoing third embodiment, the minimum value detecting section **221** calculates the autocorrelation data RD in a period of one heartbeat. However, the minimum value detecting section **221** can be arranged so that the minimum values of the autocorrelation data RD detected in each of plural heartbeat periods are averaged to determine the average of the minimum values. In this case, because the minimum values are averaged, variations in the minimum values caused by noise can be restrained. This can improve the accuracy in making a determination as to whether or not the pulse condition is a Hua mai.

**32**

(2) In the third embodiment mentioned above, although the calculating section **224** calculates the ratio of the measured time to the period of one heartbeat, it may calculate the average of the ratios detected in each of plural heartbeat periods to output the average ratio. This can improve the accuracy in determining whether the pulse condition is a Ping mai or Hua mai because the ratios are averaged to thereby restrain variations caused by noise.

(3) Comparing the autocorrelation coefficients R(τ) of a typical Ping mai and Hua mai (see FIGS. **17** and **18**), a difference can be observed in width between the autocorrelation coefficients R(τ) within the range between 0.4 and 0.8. Because of this, the time measuring section **223** may measure a time interval in which the autocorrelation coefficient exceeds a threshold value prescribed within a range between 0.4 and 0.8, and the second comparing section **225** may determine whether the pulse condition is a Ping mai or a Hua mai on the basis of the time interval corresponding to this threshold value.

4. Fourth Embodiment

Next, a pulse wave examination apparatus of a fourth embodiment of the present invention will be described.

4.1 Electrical Structure of the Pulse Wave Examination Apparatus

The electrical structure of the pulse wave examination apparatus of the fourth embodiment is the same as that of the third embodiment except for the structure of a pulse condition data yielding section **220**.

The electrical structure of the pulse condition data yielding section **220** according to the fourth embodiment will be described as follows. FIG. **21** is a block diagram of the pulse condition data yielding section **220** according to the fourth embodiment.

The pulse condition data yielding section **220** in this embodiment comprises a minimum value detecting section **221** and a first comparing section **222** for determining whether the pulse condition is a Xuan mai or not, a change rate calculating section **227**, a maximum value detecting section **228** and a second comparing section **225** for determining whether the pulse condition is a Ping mai or a Hua mai, and a data yielding section **226** for yielding a pulse condition data ZD on the basis of these determined results.

First, the first comparing section **222** determines whether the pulse condition is a Xuan mai or not based on whether the minimum value of the autocorrelation data RD detected by the minimum value detecting section **221** exceeds 0.25 or not as in the third embodiment.

Next, the change rate calculating section **227** calculates the change rate RDd of the autocorrelation data RD. If the autocorrelation data RD is as shown in FIGS. **16** to **18**, each change rate RDd of a Xuan mai, Ping mai and Hua mai is as shown in FIG. **22**. It is seen from this figure that the maximum value of the change rate RDd is about 0.1 in a Hua mai whereas it is 0.072 in a Ping mai. This corresponds to the fact that the waviness of the pulse waveform MH of a Ping mai is greater than that of the pulse waveform of a Hua mai. It is therefore possible to determine whether the pulse condition is a Ping mai or a Hua mai by the maximum value of the change rate RDd. When the maximum value of the change rate RDd exceeds 0.085, the pulse condition may be judged to be a Hua mai whereas, when it does not exceeds 0.085, the pulse condition may be judged to be a Ping mai accordingly.

Then, the maximum value detecting section **228** detects the maximum of the change rate RDd within a prescribed period of time longer than a period of one beat. The second

73

US 6,293,915 B1

**33**

comparing section **225** compares the maximum value of the change rate with a prescribed threshold value (0.85) to determine whether the maximum value of the change rate RDd exceeds the threshold value or not.

The data yielding section **226** yields a pulse condition data ZD on the basis of each result determined by the first and second comparing sections **222** and **225**. First, when the minimum value is judged to be less than 0.25 in the first comparing section **222**, a pulse condition ZD1 showing a Hua mai is obtained. Then, when the maximum value of the change rate RDd is judged to be less than 0.85 in the second comparing section **225**, pulse condition data ZD2 showing a Ping mai is obtained whereas, when it is judged to exceed 0.85, a pulse condition data ZD3 showing a Hua mai results.

**4.2 Action of the Pulse Wave Examination Apparatus**

Next, the action of the pulse wave examination apparatus of the fourth embodiment will be described. FIG. **23** is a flow chart showing the action of the pulse wave examination apparatus. The actions from Step S1 to Step S5 are the same as those of the pulse wave examination apparatus of the third embodiment described with reference to FIG. **20** and hence description of these steps is omitted.

In Step S11, the change rate calculating section **227** detects the change rate RDd of the autocorrelation data RD, the maximum value detecting section **228** detects the maximum value of the change rate RDd in a period corresponding to a period of one beat (Step S12). For instance, if the calculated change rate RDd is that of a Hua mai shown in FIG. **22**, a value of about 0.1 is detected as the maximum value.

Then, the second comparing section **225** determines whether or not the maximum value exceeds 0.85. When the maximum value is found to be less than 0.85, the stage is forwarded to Step S14 in which the pulse condition is judged to be a Ping mai and the data yielding section **226** yields pulse condition data ZD2. On the other hand, when the maximum value is found to exceed 0.85, the stage is forwarded to Step S15 in which the pulse condition is judged to be a Hua mai and the data yielding section **226** produces pulse condition data ZD3.

In the fourth embodiment, as stated above, attention is given to the point that there is a difference between a Ping mai and a Hua mai in the maximum value of the change rate RDd of the autocorrelation data RD. The maximum value of the change rate RDd is compared with the threshold value to determine whether the pulse condition is a Ping mai or a Hua mai. Thus, even a person having no knowledge of pulse detection can find the exact pulse condition.

**5. Fifth Embodiment**

In the pulse wave examination apparatus **1** according to the third and fourth embodiments, the autocorrelation data RD is obtained based on the pulse waveform MH output from the pulse wave detecting section **10** to judge the pulse condition. However, when a subject walks and goes about daily life, the body movement causes the blood flow of the subject to fluctuate. Because of this, a component due to the body movement is superimposed on the pulse waveform MH output from the pulse wave detecting section **10**. The magnitude of the body movement component depends on the degree of movement. When the quantity of the movement is large, the body movement component superimposed on the pulse waveform MH increases, causing difficulty in making an exact judgment of the pulse condition. Hence, in the fifth embodiment of the present invention, the body movement component is eliminated from the pulse waveform MH and the pulse condition is judged based on the resulting pulse waveform.

**34**

**5.1 Electrical Structure of the Pulse Wave Examination Apparatus**

FIG. **24** is a block diagram showing the electrical structure of the pulse wave examination apparatus according to the fifth embodiment of the present invention. Each structure of the autocorrelation calculating section **210**, pulse condition data yielding section **220** and display section **230** in this embodiment is the same as described in the third and fourth embodiments, therefore further description of these sections is omitted. Also, a body movement eliminating section **30** and sections prior to this section, namely, a pulse wave detecting section **10**, a body movement detecting section **20**, a judging section **22**, and a waveform treating section **21** are the same as those described in the first embodiment. Therefore, further description of these sections is omitted.

The pulse wave examination apparatus of this embodiment provides a body movement-eliminated pulse waveform MHj owing to the above structure. The autocorrelation calculating section **210** can yield the autocorrelation data RD on the basis of the body movement-eliminated pulse waveform MHj. According to the pulse wave examination apparatus **1** of this embodiment, the pulse condition can be specified in a condition free of the influence of body movement.

**6. Sixth Embodiment**

Next, a pulse wave examination apparatus **1** according to a sixth embodiment of the present invention will be described.

FIG. **25** is a block diagram of a pulse wave examination apparatus **1** according to the sixth embodiment. In the sixth embodiment, though a body movement component TH is detected using a body movement detecting section **20** and a waveform treating section **21**, as in the fifth embodiment, the sixth embodiment differs from the fifth embodiment in that the elimination of body movement mentioned in the fifth embodiment is made using wavelet transformation.

**6.1 First and Second Wavelet Transformation Sections and First and Second Frequency Correcting Section**

In FIG. **25**, a first wavelet transformation section **243** undergoes a well-known wavelet transformation of a pulse waveform MH output from the pulse wave detecting section **10** to yield a pulse wave analysis data MKD. Then, the second wavelet transformation section **245** undergoes a well-known wavelet transformation of a body movement waveform TH output from the body movement detecting section **20** to yield a body movement analysis data TKD. These first and second wavelet transformation sections **243** and **245** have the same structures as those described in the second embodiment.

FIG. **26** shows the pulse wave analysis data MKD in part of the period of the pulse waveform MH. In the figure, a period T is close to a peak P4 and the pulse wave analysis data MKD is obtained at time intervals set by dividing the period T into 8 parts. Meanwhile, in the wavelet transformation, the frequency resolution and the time resolution is in tradeoff relation. Hence, if the frequency resolution is sacrificed, the pulse wave analysis data can be obtained at more reduced intervals.

The first frequency correcting section **244** makes frequency corrections of the pulse analysis data MKD. In the aforementioned equation (2), the term "$1/a^{1/2}$" corresponding to the frequency is present. The effect of this term must be corrected when data is compared between different frequency zones. A first frequency correcting section **244** is therefore provided and multiplies a wavelet data WD by a factor $a^{1/2}$ to yield pulse wave-corrected data MKDa. This

74

35

36

enables a correction on the basis of each corresponding frequency so as to obtain a constant power density per frequency. Moreover, the second frequency correcting section 246 makes the frequency correction of the body movement analysis data TKD in the same manner as in the case of the first frequency correcting section 244 to produce a body movement-corrected data TKDa from the body movement analysis data TKD.

### 6.2 Body Movement Component Eliminating Section

Next, a body movement component eliminating section 240 subtracts the body movement-corrected data TKDa from the pulse wave-corrected data MKDa to yield a body movement-eliminated pulse wave data MKDaj. This will be described in detail. Incidentally, in the following description, the body movement is analyzed on the assumption that the subject lifts a cup with his hand and then puts it back in the original location. In this case, the pulse waveform MH shown in FIG. 27 is detected by the pulse wave detecting section 10 and, at the same time, the body waveform TH is detected by the the body movement detecting section 20.

Here, the body waveform TH starts to increase from time T1, reaches a positive peak at time T2, decreases gradually, passes a level 0 at time T3, reaches a negative peak at time T4 and returns to a level 0 at time T5. The body movement waveform TH is detected by the body movement detecting section 20 using an acceleration sensor. The time T3 corresponds to the time at which the subject has lifted the cup to the maximum height, the time T1 corresponds to the time at which the lifting starts, and the time T4 corresponds to the time at which the lifting has finished. Accordingly the period between the time T1 and the time T4 is the period in which body movement is present. The pulse waveform MHj shown in FIG. 27 is a pulse waveform formed on the assumption that no body movement is present. In this embodiment also, the frequency of the fundamental wave of the pulse waveform MH is 1.3 Hz.

FIG. 28 shows the pulse wave-corrected data MKDa in a period Tc (see FIG. 27) and FIG. 29 shows the body movement-corrected data TKDa in the period Tc. It is seen from this figure that frequency components with a relatively large level are present in a frequency zone between 0.0 Hz and 1.0 Hz in the body movement waveform TH. When the pulse wave-corrected data MKDa and the body movement-corrected data TKDa are supplied to the body movement eliminating section 240, the body movement eliminating section 240 subtracts the body movement-corrected data TKDa from the pulse wave-corrected data MKDa to yield a body movement-eliminated pulse wave data MKDaj excluding the body movement component as shown in FIG. 30. This makes it possible to eliminate the effect of body movement even if body movement is present.

### 6.3 Judging Section

Next, the judging section 22 compares the body movement waveform TH with a prescribed threshold value to yield a control signal C showing the presence or absence of body movement, and supplies this signal to the waveform treating section 21, the second wavelet converting section 245, and the second frequency correcting section 246. This ensures that each operation of the waveform treating section 21, the second wavelet converting section 245, and the second frequency correcting section 246 is suspended when there is no body movement, thereby reducing calculation time and power consumption and improving the SN ratio.

### 6.4 Inverse Wavelet Transformation Section

Next, an inverse wavelet transformation section 247 undergoes the inverse wavelet transformation of the body

movement-eliminated pulse wave data MKDaj to yield a body movement-eliminated pulse waveform MHj. In this case, the inverse wavelet transformation section 247 undergoes the inverse wavelet transformation based on the equation (4) to reconstruct the waveform.

$$f(x) = \frac{1}{C_\psi} \int \int_{R^2} (W_\psi f)(b, a) \frac{1}{\sqrt{a}} \psi\left(\frac{x-b}{a}\right)\frac{dadb}{a^2} \qquad (4)$$

Then, as in the fifth embodiment, the autocorrelation calculating section 210 produces autocorrelation data RD on the basis of the body movement-eliminated pulse waveform MHj.

After that, the pulse condition data yielding section 220 yields pulse condition data ZD on the basis of the autocorrelation RD and the display section 230 then displays such characters as "Ping mai", "Xuan mai" and "Hua mai" indicated by the pulse condition data ZD, or characters corresponding to each pulse condition. The display section 230 ensures that the subject or a doctor can find the pulse condition.

As stated above, the sixth embodiment is designed so that the autocorrelation data RD is yielded based on the body movement-eliminated pulse waveform MHj excluding a body movement component, hence the subject can detect his pulse condition continuously in his daily life.

### 7. Seventh Embodiment

In the fifth and sixth embodiments, the body movement waveform TH is detected by the body movement detecting section 20, the pulse waveform MH is compared with the body movement waveform TH, a body movement component included in the frequency component of the pulse waveform MH is eliminated to calculate the autocorrelation data RD thereby specifying the pulse condition. The above structure, however, requires the body movement section 20 and the waveform treating section 21, causing the structure to be complicated. A seventh embodiment of the present invention is developed in view of this situation and provides a pulse wave examination apparatus which has a simple structure and can detect a pulse condition exactly even if body movement exists.

FIG. 31 is a block diagram of the pulse wave examination apparatus according to the seventh embodiment, which is the same as the pulse wave examination apparatus according to the sixth embodiment shown in FIG. 25 except that the body movement detecting section 20, the waveform treating section 21, the second wavelet transformation section 245 and the second frequency correcting section 246 are omitted and except for the inner structure of the body movement component eliminating section 240. The following is a description of the difference between the two embodiments.

A body movement component eliminating section 240 separates and removes a body movement component from the pulse wave-corrected data MKDa to yield body movement-eliminated pulse wave data MKDaj. Here, the body movement component eliminating section 240 makes use of the property of body movement as will be mentioned below.

The body movement is caused by the up-and-down motion of an arm or the swing of an arm. However, there are few chances of experiencing instant motion of the living body in daily life. The frequency component of the body movement waveform TH is not very high and is usually in a range between 0 Hz and 1 Hz in daily life. In this case, most of the frequency of the fundamental wave of the pulse

75

**37**

waveform is in a range between 1 Hz and 2 Hz. In daily life, therefore, the frequency component of the body movement waveform TH is in a frequency zone lower than the fundamental frequency of the pulse waveform MH.

On the other hand, while engaging in a sport, e.g., jogging, the frequency component of the body movement waveform TH is slightly increased by the effect of the swing of an arm and the like. However, the number of beats increases in relation to the quantity of movement and the frequency of the fundamental wave of the pulse waveform MH is thereby increased at the same time. Therefore, even during a sport, the frequency component of the body movement waveform TH is in a frequency zone lower than the fundamental frequency of the pulse waveform MH, in general.

The body movement component eliminating section **240** separates a body movement component taking the above fact into consideration. specifically, it is structured so as to neglect a frequency zone lower than that of the fundamental wave component of the pulse waveform MH. In this case, if the body movement component is present in a frequency zone higher than that of the fundamental wave component of the pulse waveform MH, the accuracy in the detection of a cardiac function is reduced. However, as aforementioned, the probability that the body movement component is in a frequency zone lower than that of the component of the fundamental wave of the pulse waveform MH is high. The pulse condition can be diagnosed with high accuracy accordingly.

FIG. **32** is a block diagram of the body movement eliminating section **240**. A waveform shaping section **301** provides the pulse waveform MH with waveform shaping and yields a reset pulse synchronized with the pulse waveform MH. A counter **302** measures the number of clock pulses though not shown. The count number of the counter **302** is reset by the above reset pulse. An average value calculating circuit **303** calculates the average value of the count number of the counter **302**. In this case, the average value calculated by the average value calculating circuit **303** corresponds to the mean period of the pulse waveform MH. The frequency of the fundamental wave of the pulse waveform MH can be detected with reference to the average value.

Next, a substitution circuit **304** specifies a frequency region including the frequency of the fundamental wave of the pulse waveform MH on the basis of the aforementioned average value. For instance, when the average value shows 0.71 seconds, the frequency of the fundamental wave becomes 1.4 Hz. The frequency region to be specified becomes 1 Hz to 1.5 Hz. Then, the substitution circuit **304** replaces the pulse wave-corrected data MKDa with 0 in a frequency region less than a specified frequency region to yield the body movement-eliminated pulse wave data MKDaj. A component of a frequency region less than the frequency of the fundamental wave of the pulse waveform MH is thereby neglected. In this case, a pulse wave component as well as a body movement component are replaced with 0. However, because the characteristic portion of the pulse waveform MH exists in a frequency zone higher than the frequency of the fundamental wave of the pulse waveform MH, the replacement of the pulse wave component with 0 has almost no effect on the pulse waveform.

If, for instance, the pulse waveform MH (the frequency of its fundamental wave: 1.3 Hz) shown in FIG. 27 is detected by the pulse wave detecting section **10**, the pulse wave-corrected data MKDa in the period Tc is as shown in FIG. **28**.

**38**

In this case, the frequency zone specified by the substitution circuit **304** is in a range between 1.0 Hz and 1.5 Hz and hence the frequency zone subjected to the substitution is in ranges between 0.5 Hz and 1.0 Hz and between 0 Hz and 0.5 Hz. Data in a frequency range between 0 and 1 Hz in the pulse wave-corrected data MKDa is replaced with 0 and the body movement-eliminated pulse wave data MKDaj shown in FIG. 33 is obtained.

When the body movement-eliminated pulse wave data MKDaj obtained in this manner is transformed into the body movement-eliminated waveform MHj by the inverse wavelet transformation section **247**, the autocorrelation calculating section **210** yields autocorrelation data RD on the basis of the body movement-eliminated pulse wave form MHj as in the fifth embodiment. Then, based on the autocorrelation data RD, the pulse condition data yielding section **220** yields pulse condition data ZD and the display section **230** then displays such characters as "Ping mai", 37 Xuan mai" and "Hua mai" indicated by the pulse condition data ZD, or characters corresponding to each pulse condition. The display section **230** ensures that the subject or a third party, e.g., a doctor can find the pulse condition.

As described above, the seventh embodiment is designed to yield the autocorrelation data RD on the basis of the body movement-eliminated pulse wave MHj excluding a body movement component. So the subject can find his pulse condition continuously in his daily life.

The seventh embodiment also makes clever use of the characteristics of a body movement in which the possibility that a component of body movement exists in a frequency zone less than that of the frequency component of the fundamental wave of the pulse waveform MH is high, to thereby remove the body movement component. In this embodiment, therefore, components such as the body movement detecting section **20** and the waveform treating section **21** that are required in the third and fourth embodiments may be omitted and the pulse condition can be exactly detected even if a body movement exists.

### 8. Eighth Embodiment

The autocorrelation data RD is obtained based on the pulse waveform MH in the third and fourth embodiments and on the body movement-eliminated pulse waveform MHj in the fifth to seventh embodiments. In the aforementioned wavelet transformation, analysis data can be obtained at each frequency zone which is periodically divided. Here, the characteristic portions of the pulse waveform MH and body movement-eliminated pulse waveform MHj are in the positive or negative peak. Also, when these peaks appear, the value of the analysis data resulting from wavelet transformation increases in a relatively high frequency zone. If attention is focused on a certain frequency zone and autocorrelation data RD with respect to the analysis data in the focused frequency zone is obtained, it is therefore possible to specify the pulse condition on the basis of the autocorrelation data RD. The eighth embodiment of the present invention is developed in the light of the above point.

FIG. **34** shows a block diagram of the pulse wave examination apparatus according to the eighth embodiment. In the figure, when a pulse waveform MH is detected by a pulse wave detecting section **10**, a first wavelet transformation section **243** undergoes the wavelet transformation of the pulse waveform MH to yield a pulse wave analysis data MKDf corresponding to a specific frequency zone. For instance, as shown in FIG. **26**, if, in the wavelet transformation, the frequency zone is divided into eight

US 6,293,915 B1

**39**

zones and the focused frequency zone is in a range between 3.0 Hz and 2.5 Hz, **M16** to **M86** are output as the pulse wave analysis data MKDf.

In this case, the first wavelet transformation section **243** is structured as shown in FIG. **35**. Comparing FIG. **35** with FIG. **4**, it is seen that the scale conversion section **W2** is omitted. The reason is that the scale conversion section **W2** is a type converting the scale parameter "a" corresponding to the period, hence this function may be attained only by storing a mother wavelet corresponding to the focused frequency zone in the basic function storing section **W1**.

The pulse wave analysis data MKDf obtained in this manner shows a variation of the characteristic portion of the pulse waveform MH with time. Hence the pulse waveform MH can be analyzed efficiently by calculating the autocorrelation coefficient of the pulse wave analysis data MKDf. So an autocorrelation calculating section **210** in this embodiment provides autocorrelation data RD showing the autocorrelation coefficient of the pulse wave analysis data MKDf.

Next, a pulse condition data yielding section **220** produces pulse condition data ZD on the basis of the autocorrelation data RD. In this case, the pulse condition data yielding section **220** treats the autocorrelation data RD arithmetically and compares the calculated result with a threshold value designed to identify the pulse condition to yield the pulse condition data ZD. When the pulse condition data ZD is supplied to a display section **230**, the display section **230** displays the characters "Xuan mai", "Ping mai", and "Hua mai" and the like. This ensures that the subject or a third party , e.g., a doctor, can find the pulse condition.

### 9. Ninth Embodiment

A ninth embodiment of the present invention is structured by applying a technique using wavelets for removing a body movement component to the pulse wave examination apparatus **1** of the eight embodiment.

FIG. **36** is a block diagram of a pulse wave examination apparatus **1** according to the ninth embodiment. In this embodiment, a first wavelet transformation section **243** and a second wavelet transformation section **245** are structured as shown in FIG. **35**, as in the aforementioned eighth embodiment. The first and second wavelet transformation **243** and **245** provide pulse wave analysis data MKDf and body movement analysis data TKDf respectively, corresponding to a focused frequency zone. A body movement component eliminating section **240** subtracts the body movement analysis data TKDf from the pulse wave analysis data MKDf to yield a body movement-eliminated analysis data MKDfaj.

When the body movement-eliminated analysis data MKDfaj is produced, an autocorrelation calculating section **210** provides autocorrelation data RD showing the autocorrelation coefficient on the basis of the body movement-eliminated analysis data MKDfaj, as in the eighth embodiment. Next, a pulse condition data yielding section **220** produces pulse condition data ZD on the basis of the autocorrelation data RD. In this case, the pulse condition data yielding section **220** treats the autocorrelation data RD arithmetically and compares the calculated result with a threshold value designed to identify the pulse condition to yield pulse condition data ZD. When the pulse condition data ZD is supplied to a display section **230**, the display section **230** displays the characters "Xuan mai", "Ping mai", and "Hua mai" and the like. This ensures that the subject or a third party , e.g., a doctor, can find the pulse condition.

**40**

As stated above, in the ninth embodiment, attention is focused on a certain frequency zone and wavelet transformation is carried out to eliminate a body movement component. It is therefore unnecessary to compare the results of wavelet transformation between different frequency zones. Therefore, the first and second frequency correcting sections **244** and **246** may be omitted. Furthermore, the autocorrelation data RD is yielded directly from the body movement-eliminated analysis data MKDfaj so that the inverse wavelet transformation section **247** may be omitted.

### 10. External Structure of the Aforementioned Embodiments

Next, some instances of the external structures of pulse wave examination apparatuses according to the aforementioned first to ninth embodiments of the present invention will be described.

10.1 Wrist Watch Type A

First, an instance of the structure of a wrist watch-type pulse wave examination apparatus **1** according to the above embodiments will be described with reference to FIGS. 37A to 37C.

As shown in FIGS. 37A and 37B, the pulse wave examination apparatus **1** comprises mainly a device body **100** having a wrist watch structure, a cable **101** connected to the device body **100**, and a pulse wave detecting section **10** arranged on the side of the end of the cable **101**.

A wrist band **102** is attached to the device body **100** among these parts. Specifically, the wrist band **102** is wound around the left arm of a subject from the direction of 12 o'clock of the device body **100** and the other end is secured to a position in the direction of 6 o'clock of the device body **100**.

Also, a connector section **103** is arranged at a position in the direction of 6 o'clock of the device body **100**. A connector piece **104** which forms the end of the cable **101** is attached in an unrestricted manner to the connector section **103**.

When the connector piece **104** is removed, it is seen that the connector section **103** is provided with an LED **113** for transferring data, and a phototransistor **114**, as well as contact pins **111**, **112** for connection with the cable **101** as shown in FIG. **37C**.

On the other hand, the pulse wave detecting section **10** is, as shown in FIG. 37B, mounted on the root of a finger so that it is shielded from light by a sensor securing band **11**. When the pulse wave detecting section **10** is mounted on the root of a finger in this manner, the cable **101** can be short, hence the pulse detecting section **10** causes no obstruction even if it is mounted. Also, when the distribution of body temperature from the palm to the root of a finger is measured, the temperature of the fingertip is significantly reduced on a cold day whereas the temperature at the root of the finger is not relatively reduced as the result of a stable blood flow rate. Hence, if the pulse wave detecting section **10** is mounted on the root of a finger, a pulse waveform can be detected with accuracy even when the subject goes out on a cold day.

On the side of the surface of the device body **100**, a display section **110** formed of a liquid crystal panel is arranged. The display section **110** has a segment display zone, a dot display zone and the like and displays the current time, the content of diagnosis, and the like: the display section **110** corresponds to the notifying section **80** or the display section **230** in each embodiment.

On the inside of the device body **100**, an acceleration sensor, though not shown, is incorporated and detects body movement caused by the swing of an arm and the up-and-

77

41

down motion of the body. The acceleration sensor corresponds to the body movement detecting section **20** in each embodiment.

Furthermore, on the inside of the device body **100**, a CPU controlling various calculations and transformations is arranged (not shown) and button switches SW1 and SW2 for various manipulation and indication are disposed on the periphery of the device body **100**.

### 10.1.1 Detailed Structure of the Pulse Wave Detecting Section

Next, the structure of the pulse wave detecting section **10** will be described with reference to FIG. **38**.

As shown in FIG. **38**, the pulse wave detecting section **10** comprises an LED **12**, a phototransistor **13** and the like. When a switch SW is ON and power voltage is applied, light is emitted from the LED **12**. The emitted light is reflected by the blood vessel and tissues of the subject and is then received by the phototransistor **13**. The voltage converted from the photocurrent of the phototransistor is output as a signal MH from the pulse wave detecting section **10**.

Here, as the emission wavelength of the LED **12**, a wavelength in the vicinity of an absorption peak of hemoglobin contained in blood is selected. The acceptance level varies depending on the blood flow rate. A pulse waveform is therefore detected by measuring the acceptance level.

As the LED **12**, an InGaN-type (indium-gallium-nitrogen-type) blue LED is preferably used. The emission spectrum of the blue LED has its emission peak, for instance, at 450 nm, and its emission wavelength zone is in a range between 350 nm and 600 nm. As the phototransistor **13** corresponding to the LED having such an emission properties, a GaAsP-type (gallium-arsenic-phosphorus-type) is used in this embodiment. As to the acceptance wavelength zone of the phototransistor **13**, for instance, the major sensitive zone is in a range between 300 nm and 600 nm. The phototransistor **13** also has a sensitive zone lower than 300 nm.

A combination of such a blue LED and a phototransistor ensures that a pulse wave is detected in a wavelength zone of 300 nm to 600 nm which are the overlapped portions of both with the following advantages.

First, among light included in extraneous light, the light with a wavelength of 700 nm or less tends to transmit through finger tissue with difficulty. Hence if part of a finger which is not covered with the sensor fixing band is irradiated with the extraneous light, the light cannot reach the phototransistor via the finger tissue, and only the light with a wavelength having no effect on the detection reaches the phototransistor **13**. On the other hand, light with a wavelength longer than 300 nm is almost absorbed on the surface of the skin and hence a substantial acceptance wavelength zone is in a range between 300 nm and 700 nm even if the acceptance wavelength zone is less than 700 nm. Therefore, the effect of the extraneous light can be restrained even if the finger is not completely covered. Hemoglobin in blood has a large absorption coefficient for light with a wavelength ranging from 300 nm to 700 nm. This absorption coefficient is several to about 100 times larger than that for light with a wavelength of 800 nm. Therefore, when light with a wavelength (300 nm to 700 nm), at which a large absorption coefficient is obtained, is used as the light for detection according to the absorption coefficient of hemoglobin, the detected value varies with high sensitivity corresponding to variation in blood flow rate. This makes it possible to improve the SN ratio of the pulse waveform MH based on a variation in blood rate.

### 10.2 Wrist Watch-type B

Next, another instance of the structure of a wrist watch-type pulse wave examination apparatus **1** will be described

42

with reference to FIGS. **39A** and **39B**. In this structure, the pulse waveform of a subject is not detected photoelectrically using an LED or a phototransistor but detected using a pressure sensor.

As shown in FIG. **39A**, the pulse wave examination apparatus **1** is provided with a pair of bands **102** and a projecting elastic rubber **131** of a pressure sensor **130** is formed at the fastening side of a fastener **120** of one of the bands. The band **102** provided with the fastener **120** has a structure (though its detail is not shown) in which a FPC (Flexible Printed Circuit) substrate is coated with a soft plastic so as to supply a signal detected by the pressure sensor **130**.

Upon use, as shown in FIG. **39B**, the pulse wave examination apparatus **1** with a wrist watch-type structure is wound around the left arm **150** of the subject so that the elastic rubber **131** of the fastener **120** is positioned in the vicinity of a radial artery **140**. It is therefore possible to detect the pulse wave constantly. Incidentally, this wound condition is no different from that in the case of using a usual wrist watch.

When the elastic rubber **131** is pushed to the vicinity of the radius artery **140** of the subject, a variation in blood flow (namely pulse wave) is transferred to the pressure sensor **130** via the elastic rubber **131** and is detected as the blood pressure by the pressure sensor **130**.

In addition, to mention a further instance of the pulse wave detecting section **10**, a cuff band is attached to a fingertip and the harmonic component of the pulse wave is detected while pressure is applied to the cuff band whereby the characteristics of the tidal wave and dicrotic wave may be extracted as described in Japanese Patent Application Laid-Open No. H5-192620.

### 10.3 Necklace-type

It has been suggested that the pulse wave examination apparatus **1** according to each embodiment be made into a necklace-type as shown in FIG. **40**.

In this figure, a pressure sensor **130** is arranged at the end of a cable **101** and is attached to the vicinity of the carotid artery by using an adhesive tape **170** as shown in FIG. **41**. In FIG. **40**, the major parts of the apparatus are incorporated into a device body **100** having a brooch-like form and a hollow portion and, on the front surface of the device body, a display section **110** and switches SW1 and SW2 are formed. The cable **101** is partially buried in a chain **160** and is used to supply a signal MH output from the pressure sensor **130** to the device body **100**.

### 10.4 Eyeglass-type

An eyeglass-type has been considered as an embodiment of the pulse wave examination apparatus **1** according to each embodiment as shown in FIG. **42**.

As shown in this figure, a device body is divided into a casing **100***a* and a casing **100***b* which are separately attached to a bow **181** of the eyeglasses. The casings **100***a* and **100***b* are electrically connected via a lead wire embedded in the bow **181**. A liquid crystal panel **183** is attached to the side surface of the casing **100***a* on the side of a lens **182** and a mirror **184** is secured to one end of its side surface at a prescribed angle. The casing **100***a* includes a driving circuit for the liquid crystal panel **183** providing a power source (not shown) and a circuit for providing display data which circuits constitute a display portion **110**. The light emitted from the power source is reflected by the mirror **184** via the liquid crystal panel **183** and is applied to the lens **182**. The major parts of the device are incorporated into the casing **100***b* and switches SW1 and SW2 are formed on the casing **100***b* as in the above embodiment.

78

Appx531

43

A pressure sensor **130** is electrically connected to the casing **100***b* via a cable **101** and applied to the vicinity of the carotid artery as in the case of the necklace. It is noted that the lead wire connecting the casing **100***a* with the casing **100***b* may be trained along the bow **181**. Also, although in this instance, the device body is divided into the casings **100**a and **100**b, these casings may be formed into a united casing. Moreover, the mirror **184** may be a mobile type to adjust the angle with the liquid crystal panel **183**.

10.5 Card-type

A card-type is considered as another embodiment of the pulse wave examination apparatus **1** according to each embodiment as shown in FIG. **43**. A card-type device body **100** is stored in, for instance, the left breast pocket of a subject. A pressure sensor **130** is electrically connected to the device body **100** via a cable **101** and is applied to the vicinity of the carotid artery as in the cases of the necklace and eyeglasses.

10.6 Pedometer-type

A pedometer type as shown in FIG. **44**A is considered as a further embodiment of the pulse wave examination apparatus **1** according to each embodiment. As shown in FIG. **44**B, a device body **100** of the pedometer type is attached to a waist belt **191**. A pressure sensor **130** is electrically connected to the device body **100** via a cable **101**, is applied to the vicinity of the femoral artery in the hip joint of a subject by using an adhesive tape, and is protected by a supporter **192**. In this case, measures so that the cable **101** is sewed into clothes are desirably taken so that the cable **101** not be a hindrance to the daily life of the subject.

11. Tenth Embodiment

11.1 Theoretical Basis of the Tenth Embodiment

FIG. **47** shows a structure which the inventors of the present invention use to record a waveform of arterial pressure in the radial artery. A continuous blood pressure monitor **580** (CBM-2000 manufactured by COLIN CORPORATION as shown in FIG. **47** comprises an arm band blood pressure measuring section **582**, a radius artery sensor section **584**, a control section **586** for controlling these sections, and a personal computer **588** connected to the control section **586**.

FIG. **48** is a graph showing a typical waveform of arterial pressure, namely, a waveform of blood pressure in the radial artery, which is measured by such a device as given above. The waveform of blood pressure in the artery is, as shown in FIG. **48** and as mentioned above, generally provided with an ejection wave having the highest peak, a tidal wave having the next peak and a dicrotic wave having the third peak. The peak of the ejection wave corresponds to a systolic blood pressure BP$_{sys}$. The diastolic blood pressure BP$_{dir}$ corresponds to the lowest blood pressure in the blood pressure waveform. A pressure difference between the systolic blood pressure BP$_{sys}$ and the diastolic blood pressure BP$_{dir}$ is called a pulse pressure ΔBP. The mean blood pressure BP$_{mean}$ is obtained by integrating the waveform of blood pressure and calculating the time average of the resulting value.

In the continuous blood pressure monitor **580** shown in FIG. **47**, the arm band blood pressure measuring section **582** is used to measure the systolic blood pressure BP$_{sys}$ and the diastolic blood pressure BP$_{dir}$. The radial artery sensor section **584** detects a pulse waveform corresponding to the waveform of blood pressure in the radial artery. This pulse waveform is calibrated by the systolic blood pressure BP$_{sys}$ and the diastolic blood pressure BP$_{dir}$ which are measured by the arm band blood pressure measuring section **582** to obtain a waveform of arterial pressure.

44

Using the continuous blood pressure monitor **580**, the inventors of the present invention measured the waveform of the blood pressure in each radial artery of 74 healthy adults between the ages of 22 and 46 years at a time when they were hungry (09:30–13:30) in a condition where they were seated after resting for **15** minutes.

FIGS. **49** to **51** are graphs showing the results plotted for data obtained by such a measurement. FIG. **49** shows that there is a strong linear relationship between the mean blood pressure BP$_{mean}$ and the diastolic blood pressure BP$_{dir}$, having a strong correlation with a correlation coefficient r of 0.95. FIG. **50** shows that there is also a strong linear relationship between the mean blood pressure BP$_{mean}$ and the systolic blood pressure BP$_{sys}$ (correlation coefficient r=0.87). Furthermore, FIG. **51** shows that there is also a strong linear relationship between the pulse pressure ΔBP, which is the pressure difference between the systolic blood pressure BP$_{sys}$ and the diastolic blood pressure BP$_{dir}$, and the systolic blood pressure BP$_{sys}$ (correlation coefficient r=0.76). It is therefore understood that the blood pressure can be expressed by the mean blood pressure BP$_{mean}$ or the pulse pressure ΔBP.

11.2 Structure of the Blood Pressure Monitor

FIG. **52** is a block diagram showing the structure of a blood pressure monitor **500** of this embodiment. As shown in this figure, the blood pressure monitor **500** comprises an arterial pressure waveform detecting section **504**, a blood pressure converting section **508**, a mean blood pressure calculating section **508**, a pulse pressure calculating section **512**, a blood pressure-judging information storing section **520**, a blood pressure judging section **524**, and an output section **528**.

The arterial pressure waveform detecting section **504** measures blood pressure in an artery continuously to detect a waveform of arterial pressure. The arterial pressure waveform detecting section **504** may be formed including, for instance, a radial arterial sensor **584** shown in FIG. **47**, a pulse wave detecting section **10** shown in FIG. **37**B and a pressure sensor **130** shown in FIGS. **39**A, **40**, **41**, **42**, **43** and **44**A.

The blood pressure converting section **516** converts the waveform of arterial pressure, detected by the arterial pressure waveform detecting section **504**, into the waveform of cardiac-position arterial pressure at a position corresponding to the height of the heart. For instance, the blood pressure converting section **516** comprises calibrating the waveform of arterial pressure, detected by the arterial pressure waveform detecting section **504**, by using a maximum blood pressure and minimum blood pressure which are detected by an arm band blood pressure gauge.

The mean blood pressure calculating section **508** calculates the mean blood pressure BP$_{mean}$ based on the waveform of arterial pressure or the waveform of cardiac-position arterial pressure.

The pulse pressure calculating section **512** calculates the pulse pressure ΔBP which is the pressure difference between a maximum pressure (the systolic blood pressure BP$_{sys}$) and a minimum pressure (the diastolic blood pressure BP$_{dir}$) on the basis of the waveform of arterial pressure.

The blood pressure-judging information storing section **520** stores blood pressure-judging information in advance. This blood pressure-judging information includes, for instance, a threshold value of blood pressure, in terms of the mean blood pressure and the pulse pressure, which is a boundary blood pressure between hypertension and normal, and a threshold value of blood pressure which is a boundary blood pressure between hypotension and normal blood pres-

79

US 6,293,915 B1

45

sure. It is needless to say that the mean blood pressure and the pulse pressure have high correlations with systolic blood pressure $BP_{sys}$ (maximum blood pressure) and the diastolic blood pressure $BP_{dir}$ (minimum blood pressure) and can become indexes showing the condition of blood pressure as aforementioned with reference to FIGS. 49–51.

The blood pressure judging section 524 judges the blood pressure on the basis of at least one of the mean blood pressure $BP_{mean}$ and the pulse pressure ΔBP and the blood pressure-judging information stored in the blood pressure-judging information storing section 520. For instance, a judgment as to whether it is hypertension, hypotension, or normal is made based on at least one of the resulting mean blood pressure $BP_{mean}$ and pulse pressure ΔBP and the blood pressure judging information.

The output section 528 outputs at least one piece of information corresponding to the mean blood pressure $BP_{mean}$, the pulse pressure ΔBP and the judgment of the blood pressure. The output section 528 outputs at least one piece of information corresponding to the mean blood pressure, information corresponding to the pulse pressure, and information corresponding to the judgment of the blood pressure either to a liquid crystal display, a CRT, a printer, or the like in the form of, for instance, numerals and graphs or as voltages or digital information corresponding to each piece of information.

11.3 Action of the Blood Pressure Monitor

The action of the blood pressure monitor 500 of this embodiment will be described with reference to FIG. 52.

First, the arterial pressure waveform detecting section 504 measures blood pressure in the artery continuously by using the aforementioned pressure sensor 130 or the like to detect a waveform of arterial pressure.

The waveform of arterial pressure which is detected by the arterial pressure waveform detecting section 504 is converted to the blood pressure converting section 516 into the waveform of cardiac-position arterial pressure which is a waveform of arterial pressure at a position corresponding to the height of the heart.

Next, the mean blood pressure calculating section 508 calculates the mean blood pressure $BP_{mean}$ on the basis of the waveform of arterial pressure or the waveform of the cardiac-position arterial pressure which are output from the arterial pressure waveform detecting section 504 or the blood pressure converting section 516.

At the same time, the pulse pressure calculating section 512 calculates the pulse pressure ΔBP, which is the pressure difference between a maximum blood pressure (systolic blood pressure $BP_{sys}$) and a minimum pressure (diastolic blood pressure $BP_{dir}$), on the basis of the waveform of arterial pressure or the waveform of the cardiac-position arterial pressure which are output from the arterial pressure waveform detecting section 504 or the blood pressure converting section 516.

Then , at least one of the mean blood pressure $BP_{mean}$ and the pulse pressure ΔBP is input into the blood pressure judging section 524. The blood pressure judging section 524 determines whether it is, for instance, hypertension, hypotension, or normal on the basis of the input data and the blood pressure-judging information stored in the blood pressure-judging information storing section 520.

The output section 528 outputs at least one piece of information corresponding to the mean blood pressure $BP_{mean}$, information corresponding to the pulse pressure ΔBP and information corresponding to the judgment of the blood pressure. The output section is provided with, for example, a liquid crystal display, a CRT, a printer, or the like

46

and may output each piece of information in the form of, for instance, numerals and graphs or as voltages or digital information corresponding to each piece of information.

In this manner, the blood pressure monitor 500 of this embodiment can calculate and monitor the mean blood pressure and the pulse pressure on the basis of the waveform of arterial pressure detected by the arterial pressure waveform detecting section 504. The blood pressure monitor 500 can also make a determination as to whether it is hypertension, hypotension, or normal on the basis of at least either one of the resulting mean blood pressure $BP_{mean}$ and the pulse pressure ΔBP, and the blood pressure-judging information stored in advance.

12. Eleventh Embodiment

12.1 Theoretical Basis of the Eleventh Embodiment

The inventors of the present invention further carried out the following experiment by using the data obtained in the experiment described in the section "Theoretical basis of the tenth embodiment".

In detail, the resulting waveforms of radial arterial pressure were classified into those of a Ping mai, Hua mai and Xuan mai whose typical waveforms of arterial pressure are shown in FIGS. 45A, 45B and 45C with reference to the form model of waveforms in Chinese medicine (Kobe Research Institute of Chinese Medicine: Glossoscopy and Sphygmopalpation in Chinese Medicine Diagnosis, Fei Zhaofu (chief editor), Chinese pulse diagnosis research, Shanghai Chinese medical college publishing house (1991)).

As a result, it was confirmed that, as shown in FIG. 53, a Hua mai, Ping mai and Xuan mai could be classified significantly by the dicrotic wave height $\Delta BP_D$ (see FIG. 48) which is a difference in blood pressure between the dicrotic notch and a peak of a dicrotic wave. Specifically, the $\Delta BP_D$ of a Hua mai was 11±4 mmHg, the ΔBPD of a Ping mai was 7±2 mmHg and the $\Delta BP_D$ of a Xuan mai was 3±1 mmHg, showing a significant difference between the three groups with a significance level of 1%.

FIG. 54 shows that there is a linear relationship between the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$ and the dicrotic wave height $\Delta BP_D$, the ratio $BP_{Dd}/\Delta BP$ being the ratio of the dicrotic pressure difference $BP_{Dd}$ (see FIG. 48), which is the pressure difference between the blood pressure at a dicrotic notch and the minimum blood pressure, to the pulse pressure ΔBP which is the pressure difference between the maximum blood pressure and the minimum blood pressure. The correlation coefficient between the two is –0.86, which indicates a strong correlation. Therefore, it is understood that the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$ may be used as an index for the significant classifying of a Hua mai, Ping mai and Xuan mai which are the typical pulse waveforms in sphygmopalpation used in Chinese medicine.

FIG. 55 shows that there is a linear relationship between the effusion diastolic pressure $\Delta BP_P$, which is the pressure difference between the blood pressure at a dicrotic notch and the maximum blood pressure, and the dicrotic wave height $\Delta BP_D$. The correlation coefficient between them is 0.77 showing a strong correlation. The effusion diastolic pressure $\Delta BP_P$ may also be used as an index for the significant classifying of a Hua mai, Ping mai and Xuan mai which are the typical pulse waveforms in sphygmopalpation used in Chinese medicine.

Moreover, as is clear from FIGS. 45A, 45B and 45C which show typical waveforms of arterial pressure in pulse waveforms classified into a Ping mai, Hua mai and Xuan mai detected by sphygmopalpation used in Chinese medicine, the ratio of the mean blood pressure $B_{mean}$ to the pulse pressure ΔBP, namely the mean blood pressure-pulse

80

Appx533

US 6,293,915 B1

47                                                                                  48

pressure ratio $BP_{mean}/\Delta BP$ increases in the order of a Hua mai, Ping mai and Xuan mai. It is therefore possible to classify pulse waveforms, namely a Hua mai, Ping mai and Xuan mai by the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$.

12.2 Structure of Pulse Waveform Monitor

FIG. 56 is a block diagram showing the structure of a pulse waveform monitor **540** of this embodiment. As shown in FIG. 56, the pulse waveform monitor **540** comprises an arterial pressure waveform detecting section **504**, a dicrotic wave height calculating section **544**, a dicrotic pressure difference ratio calculating section **548**, a mean blood pressure-pulse pressure ratio calculating section **552**, an effusion diastolic pressure calculating section **554**, a pulse waveform-judging information storing section **556**, a pulse waveform judging section **560** and an output section **564**. It is noted that, though not shown in FIG. 56, a blood pressure converting section may be arranged subsequent to the arterial pressure waveform detecting section **504** and preceding the dicrotic wave height calculating section **544**, the dicrotic pressure difference ratio calculating section **548** and the mean blood pressure-pulse pressure ratio calculating section **552**.

The arterial pressure waveform detecting section **504** measures the blood pressure in the artery continuously to detect a waveform of arterial pressure. The arterial pressure waveform detecting section **504** may be formed comprising a radial artery sensor section **584** as shown in FIG. 47, a pulse wave detecting section **10** as shown in FIG. 37B, and a pressure sensor **130** as shown in FIGS. 39A, 40, 41, 42, 43 and 44A.

The blood pressure converting section converts the waveform of arterial pressure, detected by the arterial pressure waveform detecting section, into the waveform of cardinal-position arterial pressure at a height corresponding to that of the heart.

The dicrotic wave height calculating section **544** calculates the dicrotic wave height $\Delta BP_D$ (see FIG. 48) which is the difference in blood pressure between the dicrotic notch and the peak of a dicrotic wave based on the waveform of arterial pressure or the waveform of cardinal-position arterial pressure.

The dicrotic pressure difference ratio calculating section **548** calculates the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$ which is the ratio of the dicrotic pressure difference $BP_{Dd}$, which is the pressure difference between the blood pressure at a dicrotic notch and the minimum blood pressure (the diastolic blood pressure $BP_{dir}$), to the pulse pressure $\Delta BP$ which is the pressure difference between the maximum blood pressure and the minimum blood pressure, based on the waveform of arterial pressure or the waveform of cardinal-position arterial pressure.

The mean blood pressure-pulse pressure ratio calculating section **552** calculates the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$ which is the ratio of the mean blood pressure $BP_{mean}$ to the pulse pressure $\Delta BP$, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, based on the waveform of arterial pressure or the waveform of cardinal-position arterial pressure.

The effusion diastolic pressure $\Delta BP_P$ calculating section **554** calculates the effusion diastolic pressure $\Delta BP_P$ (see FIG. 48) which is the difference between the blood pressure at a dicrotic notch and systolic blood pressure $BP_{sys}$ which are obtained from the pulse wave of arterial pressure or the waveform of cardinal-position arterial pressure.

The pulse waveform-judging information storing section **556** stores pulse waveform-judging information in advance.

The pulse waveform-judging information includes, for instance, threshold values for the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, or the effusion diastolic pressure $\Delta BP_P$ to classify pulse waveforms, for instance, a Hua mai, Ping mai, and Xuanmai, which are the typical pulse waveforms in sphygmopalpation used in Chinese medicine, from one another. These pulse waveforms can be sorted by the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, or the effusion diastolic pressure $\Delta BP_P$ as aforementioned with reference to FIGS. 53, 54, 45A, 45B, 45C and 55.

The pulse waveform judging section **560** judges the pulse waveform on the basis of the pulse waveform-judging information and at least one of the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, and the effusion diastolic pressure $\Delta BP_P$. It is therefore possible to judge, for instance, a Hua mai, Ping mai, and Xuan mai showing pulse waveforms in sphygmopalpation used in Chinese medicine by the pulse waveform-judging information stored in advance, and at least one of the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, and the effusion diastolic pressure $\Delta BP_P$.

The output section **564** outputs at least one piece of information corresponding to the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, the effusion diastolic pressure $\Delta BP_P$ and the pulse waveform-judged information. This information may be output either to a liquid crystal display, a CRT or a printer in the form of numerals or graphs, or as voltage or digital information corresponding to the information.

12.3 Action of Pulse Waveform Monitor

The action of the pulse waveform monitor **540** of this embodiment will be described with reference to FIG. 56.

First, the arterial pressure waveform detecting section **504** measures blood pressure in the artery continuously by the aforementioned pressure sensor **130** or the like to detect a waveform of arterial pressure.

Then, the blood pressure converting section converts the waveform of arterial pressure detected by the arterial pressure waveform detecting section **504** into the waveform of cardinal-position arterial pressure at a position corresponding to the height of the heart. It is noted that this step may be omitted in the case where the waveform of arterial pressure is used in the succeeding steps.

Next, the dicrotic wave height calculating section **544** calculates the dicrotic wave height $\Delta BP_D$ (FIG. 48), which is the difference in blood pressure between the dicrotic notch and the peak of a dicrotic wave, based on the waveform of arterial pressure or the waveform of the cardinal-position arterial pressure.

In parallel with the calculations of the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio calculating section **548** calculates the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$ which is the ratio of the dicrotic pressure difference $BP_{Dd}$, which is the pressure difference between the dicrotic notch and the minimum blood pressure (the diastolic blood pressure $BP_{dir}$), to the pulse pressure $\Delta BP$ which is a pressure difference between a maximum blood pressure and a minimum blood pressure, based on the waveform of arterial pressure or the waveform of cardinal-position arterial pressure.

At the same time, the mean blood pressure-pulse pressure ratio calculating section **552** calculates the mean blood

81

Appx534

**49**

pressure-pulse pressure ratio $BP_{mean}/\Delta BP$ which is the ratio of the mean blood pressure $BP_{mean}$ to the pulse pressure $\Delta BP$, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, based on the waveform of arterial pressure or the waveform of cardinal-position arterial pressure.

Also, in parallel with the above calculations, the effusion diastolic pressure calculating section **554** calculates the effusion diastolic pressure $\Delta BP_P$ (see FIG. **48**) which is the difference between the blood pressure at a dicrotic notch and the systolic blood pressure $BP_{sys}$ which are obtained from the pulse wave of arterial pressure or the waveform of cardinal-position arterial pressure.

Next, the pulse waveform judging section **560** judges the pulse waveform such as a Hua mai, Ping mai and Xuan mai showing pulse waveforms in sphygmopalpation used in Chinese medicine on the basis of the pulse waveform-judging information and at least one of the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, and the effusion diastolic pressure $\Delta BP_P$.

The output section **564** outputs at least one piece of information corresponding to the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, the effusion diastolic pressure $\Delta BP_P$ and the pulse waveform-judged information. This information may be output either to a liquid crystal display, a CRT or a printer in the form of numerals or graphs, or as voltage or digital information corresponding to the information.

In this manner, according to the pulse waveform monitor **540** of this embodiment, at least one of the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, and the effusion diastolic pressure $\Delta BP_P$ can be calculated based on the waveform of arterial pressure detected by the pulse waveform detecting section **504**. The pulse waveform monitor **540** can also judge the pulse waveform on the basis of at least one of the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, and the effusion diastolic pressure $\Delta BP_P$ and on the pulse waveform-judging information. The pulse waveform monitor **540** can further output one piece of information corresponding to the dicrotic wave height $\Delta BP_D$, the dicrotic pressure difference ratio $BP_{Dd}/\Delta BP$, the mean blood pressure-pulse pressure ratio $BP_{mean}/\Delta BP$, the effusion diastolic pressure $\Delta BP_P$ and information relating to the pulse waveform in the form of, for example, numerals, graphs or voltages.

### 13. Twelfth Embodiment

#### 13.1 Principle

The inventors of the present invention monitored the aforementioned effusion diastolic pressure $\Delta BP_P$, namely, the difference between the blood pressure at a dicrotic notch and the systolic blood pressure which were obtained from the waveform of arterial pressure and the dicrotic wave height $\Delta BP_D$, namely, the difference in blood pressure between the dicrotic notch and the peak of the dicrotic wave by using a pulse waveform monitor having the same structure as that of the pulse waveform monitor used in the eleventh embodiment. As a consequence, it was confirmed that administration of some types of medication, for example, a hypotensive, leads to a change in the effusion diastolic pressure as shown in the following.

FIG. **63** is a graph showing the results of the mean blood pressure $BP_{mean}$, effusion diastolic pressure $\Delta BP_P$, dicrotic pressure difference $BP_{Dd}$ which is the pressure difference

**50**

between the blood pressure at a dicrotic notch and the minimum blood pressure and dicrotic wave height $\Delta BP_D$ which is the difference in blood pressure between the dicrotic notch and the peak of the dicrotic wave during a period between 60 minutes before the administration and 60 minutes after the administration when nifezipine is administered as a hypotensive at time 0 (minute). In FIG. **64**, the waveform named as "Control" is a waveform of arterial pressure of one beat as an average for 60 minutes before the administration of the hypotensive and the waveform named as "Nf" is a waveform of arterial pressure of one beat as an average for 10 seconds from 15 minutes after the administration of the hypotensive. It is seen clearly from these figures that the administration of the hypotensive leads to a fall in the mean blood pressure $BP_{mean}$, a rise in the effusion diastolic pressure $\Delta BP_P$ and an increase in the dicrotic wave height $\Delta BP_D$. This embodiment relates to a pharmacological action monitor structured on the basis of the result of the observation of such a pharmacological action.

#### 13.2 Structure and Action of the Pharmacological Action Monitor

A pharmacological action monitor **570**, as shown in FIG. **57**, is not provided with the dicrotic pressure difference ratio calculating section **548** and the mean blood pressure-pulse pressure ratio calculating section **552** which are provided in the pulse waveform monitor **540** shown in the eleventh embodiment. In the pharmacological action monitor **570**, a pharmacological action judging section **574** is used in place of the pulse waveform judging section and a pharmacological action-judging information storing section **572** is used in place of the pulse waveform-judging information storing section. The pharmacological action monitor **570** has the same structure as the pulse waveform monitor **540** of the eleventh embodiment except for the above sections.

In the pharmacological action monitor **570** with such a structure, when the arterial pressure waveform detecting section **504** detects a waveform of arterial pressure, the information from the waveform is input to an effusion diastolic pressure calculating section **554** and a dicrotic wave height calculating section **544**. The effusion diastolic pressure calculating section **554** calculates effusion diastolic pressure which is the difference between the systolic blood pressure (maximum blood pressure) and the dicrotic blood pressure and outputs the effusion diastolic pressure to the pharmacological action judging section **574** and to an output section **564**. The dicrotic wave height calculating section **544** calculates a dicrotic wave height which is the difference in blood pressure between the dicrotic notch and the peak of a dicrotic wave and outputs the calculated data to the pharmacological action judging section **574** and to the output section **564**.

The pharmacological action judging section **574** judges the pharmacological action from the input data of the effusion diastolic pressure and of the dicrotic wave height based on the pharmacological action judging information stored in the pharmacological action-judging information storing section **572** and outputs the result to the output section **564**. The output section **564** outputs the values of the effusion diastolic pressure and dicrotic wave height and the result judged by the pharmacological action judging section in, for instance, image information via an LCD, sound information from a speaker and in the form of voltage.

In the pharmacological action monitor **570**, a pulse wave detecting section for detecting a pulse waveform which is a wave of blood which is output from the heart and propagates through a blood vessel may be used in place of the arterial pressure waveform detecting section **504**. In this case, the

82

US 6,293,915 B1

51                        52

effusion diastolic pressure calculating section **554** and the dicrotic wave height calculating section **544** cannot calculate absolute blood pressure. Hence they can be replaced by effusion diastolic pressure ratio calculating section and dicrotic wave height ratio calculating section to calculate an effusion diastolic pressure ratio and a dicrotic wave height ratio which are normalized by pulse pressure, namely, the difference between systolic pressure and diastolic pressure respectively so that a comparison of data can be made exactly.

In this embodiment, the pharmacological action monitor **570** is provided with the effusion diastolic pressure calculating section **554** and the dicrotic wave height calculating section **544**. However, a pharmacological action monitor may have a structure in which at least one of the effusion diastolic pressure calculating section **554** and the dicrotic wave height calculating section **544** is used.

### 14. Other Modifications

Having described embodiments of the present invention, the present invention is not limited to the aforementioned embodiments but various modifications may be made within the scope of the spirit of the invention and within an equivalent scope of the appended claims.

(1) In the foregoing first embodiment, the tidal wave-character extracting section **50** yields the tidal wave-character data TWD by (f2+f3+f4)/f1 and the dicrotic wave-character extracting section **60** yields the dicrotic wave-character data DWD by (f5+f6+f7)/f1. The present invention is not limited to the above and these sections may extract the characteristics of a tidal wave and dicrotic wave on the basis of any harmonic component as far as the harmonic component makes it possible to extract the characteristics of the tidal wave and dicrotic wave.

(2) In the aforementioned second embodiment, the time positions of the tidal wave and dicrotic wave are specified based on the pulse wave analysis data MKD. However, the present invention is not limited to the above but any method may be adopted as far as it can specify each time position. For instance, the signal $MH_j$ is differentiated to calculate its zero-cross point thereby determining the peak point of the signal $MH_j$ by which the time positions of the tidal wave and dicrotic wave are specified.

(3) In the above second embodiment, the frequency analysis of the signal $MH_j$ is made by undergoing wavelet transformation. A method may be adopted in which a window function is used to extract a tidal wave and a dicrotic wave from the signal $MH_j$ and the extracted tidal wave and dicrotic wave are each subjected to FFT treatment.

(4) In the first and second embodiments as aforementioned, a frequency analysis by FFT treatment (first embodiment) and a time frequency analysis by wavelet transformation (second embodiment) are made to extract the characteristics of a tidal wave and dicrotic wave. However, the present invention is not limited to the above but any measures may be used as far as these characteristics can be extracted based on the amplitudes of a tidal wave and dicrotic wave. For instance, a method may be adopted in which the signal $MH_j$ is subjected to two-step differentiation to intensify the peak of the signal $MH_j$ and the amplitudes of the tidal wave and dicrotic wave are calculated based on the resulting signal thereby extracting each of the amplitudes as the characteristics of each wave.

(5) In the sixth and seventh embodiments mentioned above, the first frequency correcting section and the second frequency correcting section are used. However, these structures may be omitted.

(6) The wavelet transformation and the inverse wavelet transformation described in the above embodiments may be carried out using a filter bank. FIG. **58** shows an instance of the structure of a filter bank used in the wavelet transformation. In the figure, the filter bank is structured in three stages and its basic unit consists of a high frequency filter **1A** and a decimation filter **1C** and a low frequency filter **1B** and a decimation filter **1C**. The high frequency filter **1A** and the low frequency filter **1B** divide a given frequency zone to output a high frequency component and a low frequency component respectively. Since it is assumed that the frequency zone of the pulse wave data MD is in the range between 0 Hz and 4 Hz in this embodiment, the pass band of the high frequency filter **1A** of the first stage is designed to be in the range between 2 Hz and 4 Hz whereas the pass band of the low frequency filter **1B** of the first stage is designed to be in the range between 0 Hz and 2 Hz. The decimation filter **1C** thins out data every one sample.

When the data yielded in this manner is supplied to the next stage, the division of the frequency zone and the data-thinning operation are repeated to divide the frequency zone between 0 Hz and 4 Hz into eight zones thereby yielding data M1–M8.

The high frequency filter **1A** and the low frequency filter **1B** may be constituted of a transversal filter including a delay element (D flip-flop) in the inside thereof. Meanwhile, the human pulse rate is in the range between 40 and 200 and the frequency of the fundamental wave of the pulse wave-form MH varies every moment corresponding to the condition of a living body. In this case, if the divided frequency zone is caused to be variable synchronously with the frequency of the fundamental wave, information following the condition of a dynamic living body can be obtained. For this, the divided frequency zone may be varied correspondingly by giving the pules waveform MH as a clock signal supplied to the transversal filter.

Among the pulse wave analysis data MKD, typical frequency components showing the characteristics of the pulse waveform MH are each frequency component of the fundamental wave, second harmonic wave and third harmonic wave. The pulse condition may be determined using part of the data M*1–M*8 output from the filter bank. In this case, if the filter bank is structured so as to synchronize with the pulse waveform MH as above-mentioned, part of the high frequency filter **1A**, low frequency filter **1B** and decimation filter **1C** may be omitted so that the structure can be simplified.

Next, FIG. **59** shows an instance of the structure of an inverse filter bank used to carry out the inverse wavelet transformation. In the figure, the filter bank has a three-stage structure with the basic unit consisting of a high frequency filter **2A** and an interpolating filter **2C**, a low frequency filter **2B** and an interpolating filter **2C**, and an adder **2D**. The high frequency filter **2A** and the low frequency filter **2B** respectively divide a prescribed frequency zone to output a high frequency component and a low frequency component respectively. The interpolating filter **2C** interpolates one sample for every two samples.

Here, in order to reproduce a waveform, it is necessary to use a totally reproducible filter bank in the filter bank shown in FIG. **58** and in the filter bank shown in FIG. **59**. In this case, the following relationship must be established between the characteristics of the high frequency filters **1A**, **2A** and the low frequency filters **1B**, **2B**.

$$H0(-Z)F0(Z)+H1(-Z)F1(Z)=0$$

$$H0(Z)F0(Z)+H1(-Z)F1(Z)=2Z^{-L}$$

83

US 6,293,915 B1

**53**

The high frequency filter **2**A and the low frequency filter **2**B may be constituted of a transversal filter including a delay element (D flip-flop) in the inside thereof. In the case where a clock signal to be supplied is synchronized with the pulse waveform MH to make the divided zone variable synchronously with the frequency of the fundamental wave of the pulse waveform MH in the filter bank used in the wavelet transformation section **10**, the clock signal may be supplied to the high frequency filter **2**A and to the low frequency filter **2**B.

(7) In the aforementioned embodiments, the display section **30** is described as an example of a measure for outputting information. Alternatively, as examples of measures for informing persons from an apparatus, those described in the following may be given. It is considered to be proper that these measures be classified according to a standard based on the five senses. These measures may be, of course, used not only singly but also in combinations of a plurality of measures. Additionally, the use of measures which appeal to the five senses other than the sense of sight enables even visually handicapped persons to understand the information. Likewise, the measures which appeal to the five senses other than the sense of hearing make it possible to notify persons with a hearing impairment. Thus an apparatus which is user-friendly even to handicapped persons can be provided.

First, notifying means which appeal to the sense of hearing include those intended either to inform the results of the analysis and diagnosis of a cardiac function or for the purpose of warning. For instance, these means are represented by piezoelectric elements and speakers as well as buzzers. To mention a specific example, one idea is that a person who is the subject of notification keeps a portable radio receiver close by and this receiver is accessed from the side of the apparatus when notification is intended. Moreover, in the notification using these devices, there are many cases where not only simple notification is made but also some further information is communicated. In this case, the level of information such as mentioned below, for example, soundvolume, may be changed. These types of information include sound pitch, sound volume, sound tone, voice, types of music (programs).

Second, the use of the notifying means which appeals to the sense of sight is for the purpose of communicating various messages and the results of measurement or for the purpose of warning from an apparatus. The following devices are considered suitable for attaining the above purposes. Specifically, displaying devices, CRTs (cathode ray tube displays), LCDs (liquid crystal displays), printers, X–Y plotters, and lamps are exemplified. A eyeglass-type projector is exemplified as a specific display device. In the notification, the variations mentioned below are considered. These variations include, for instance, display distinction between a digital display and an analog display in the notification of numerals, an indication by graphs, the concentration of a display color, and an indication by a bar graph, circular graph or a f ace chart in the case of transmitting numerals as is or as graded numerals. As an example of the face chart, that shown in FIG. **60** is given.

Then the use of notifying means which appeal to the sense of touch is considered, possibly for the purpose of warning. The following measures are adopted to achieve the above purpose: electrical stimulation produced by energizing a shape memory alloy projecting from the backface of a portable device such as a wrist watch , and mechanical stimulation produced by a projection formed in a portable device such as a wrist watch in such a manner that it can be freely run in and out from the backface of the device or by

**54**

the vibration of a device body (for instance, the device body **100**) of a wrist watch.

In addition, notifying means which appeal to the sense of smell may have a structure in which a mechanism for jetting a perfume or the like is provided in the apparatus so that the content of the notification corresponds to the fragrance of the perfume, to discharge a perfume corresponding to the content of the notification. incidentally, a micro-pump or the like is most suitable as the mechanism for jetting a perfume or the like.

These notifying means may be, of course, used either singly or in combinations of means.

(8) In the aforementioned embodiments, description is given using the pulse wave detecting section **10** as an example of the pulse wave detecting means. The present invention is not limited to the pulse wave detecting section **10** and any section may be adopted as far as it can detect pulsation.

For instance, those utilizing transmitted light may be adopted although the pulse wave detecting section **10** utilizes reflected light. In the meantime, light having a wavelength range less than 700 nm tends to transmit through a finger tissue with difficulty. In the case of using transmitted light, the light having a wavelength ranging from 600 nm to 1000 nm is emitted from an emission section and is allowed to transmit through tissue, blood vessel, and tissue in this order to detect a variation in the quantity of the transmitted light. Since the transmitted light is absorbed in hemoglobin in blood, the pulse waveform can be detected by detecting the change in quantity of the transmitted light.

In this case, in the emission section, a laser emitting diode of an InGaAs type (indium/gallium/arsenic) or GaAs type (gallium/arsenic) is preferably used. The extraneous light having wavelengths ranging from 600 nm to 1000 nm tends to transmit through tissue and hence the S/N ratio of the pulse signals is impaired when the extraneous light is introduced into a light receiving section. So a method may be adopted in which polarized laser light is emitted from an emission section and the transmitted light is accepted by a light receiving section through a polarizing filter. This enables detection of pulse signals free from the effect of extraneous light at a high S/N ratio.

In this case, as shown in FIG. **61**, an emission section **146** is arranged on the side of a fastener **145** and a light receiving section **147** is arranged on the side of the body of a wrist watch. The light emitted from the emission section **146** transmits through blood vessel **143**, then passes through an area between a radius **148** and a cubitus **142** and reaches the light receiving section **147**. In the case of using the transmitted light, it is necessary for the emitted light to transmit through tissue and hence its wavelength is preferably in a range between 600 nm and 1000 nm taking the absorption of the tissue into consideration.

FIG. **62** shows an instance using an ear lobe as a detecting position. A clamping member **190** and a clamping member **191** are activated by a spring **192** and can rotate around the center of an axis **193**. The clamping members **190** and **191** are provided with a light emission section **194** and a light receiving section **195**. When this pulse wave detecting section is used, a ear lobe is clamped with the clamping members **190** and **191** to detect a pulse wave.

(9) In the ninth embodiment, the body movement waveform TH is detected by the body movement detecting section **20** and the pulse wave analysis data MKDf is compared with the body movement analysis data TKDf to eliminate a body movement component and to thereby calculate the autocorrelation data RD based on which the pulse condition is

84

US 6,293,915 B1

**55**

determined. However, the body movement component tends to appear in a frequency zone lower than the frequency of the fundamental wave of the pulse waveform MH. Therefore, if a frequency zone higher than the frequency zone of the fundamental wave of the pulse waveform is selected as the focused frequency zone, the body movement detecting section **20**, the waveform treating section **21**, the judging section **22**, the second wavelet transformation section **45** and the body movement component eliminating section **240** may be omitted. Specifically, in the pulse wave examination apparatus **1** as shown in FIG. **34**, if a frequency zone higher than the frequency zone of the fundamental wave of the pulse waveform MH is selected as the focused frequency zone, an exact pulse condition can be determined even if body movement exists.

(10) The tenth and eleventh embodiments show instances in which a blood pressure monitor and a pulse waveform monitor are formed as apparatuses separated from each other. However, a structure may be adopted in which the blood pressure monitor shown in the tenth embodiment includes the pulse waveform monitor shown in the eleventh embodiment.

(11) The eleventh embodiment shows an instance in which the dicrotic wave height calculating section **544**, the dicrotic pressure difference ratio calculating section **548**, the mean blood pressure-pulse pressure ratio calculating section and the effusion diastolic pressure calculating section are provided in the pulse waveform monitor. However, at least one of these calculating sections may be provided.

What is claimed is:

**1**. A pulse wave examination apparatus comprising:

a pulse wave detecting means for detecting a pulse waveform from a living body;

a tidal wave-character extracting means for extracting the characteristics of a tidal wave from the pulse waveform to yield tidal wave-character information;

a dicrotic wave-character extracting means for extracting the characteristics of a dicrotic wave from the pulse waveform to yield dicrotic wave-character information; and

a pulse condition judging means for judging the pulse condition of the living body on the basis of the tidal wave-character information and the dicrotic wave-character information.

**2**. The pulse wave examination apparatus as defined in claim **1**,

wherein the tidal wave-character extracting means yields the tidal wave-character information on the basis of a variation in the amplitude in the time-domain of the tidal wave; and

wherein the dicrotic wave-character extracting means yields the dicrotic wave-character information on the basis of a variation in the amplitude in the time-domain of the dicrotic wave.

**3**. The pulse wave examination apparatus as defined in claim **2**,

wherein the variations in the amplitude in the time-domain of the tidal wave and the dicrotic wave are calculated from the primary or secondary time derivative of the pulse waveform.

**4**. The pulse wave examination apparatus as defined in claim **1**, further comprising a notification means for communicating the pulse condition judged by the pulse condition judging means.

**5**. A pulse wave examination apparatus comprising:

a pulse wave detecting means for detecting a pulse waveform from a living body;

**56**

a frequency analyzing means for performing a frequency analysis of the pulse waveform;

a tidal wave-character extracting means for extracting the characteristics of a tidal wave from the result of the analysis of the frequency analyzing means to yield tidal wave-character information;

a dicrotic wave-character extracting means for extracting the characteristics of a dicrotic wave from the result of the analysis of the frequency analyzing means to yield dicrotic wave-character information; and

a pulse condition judging means for judging the pulse condition of the living body on the basis of the tidal wave-character information and the dicrotic wave-character information.

**6**. The pulse wave examination apparatus as defined in claim **5**,

wherein the tidal wave-character information extracting means specifies a period of the tidal wave in the pulse waveform and extracts the characteristics of the tidal wave from the tidal waveform on the basis of the result of the analysis of the frequency analyzing means in the period of the tidal wave to yield tidal wave-character information; and

wherein the dicrotic wave-character information extracting means specifies a period of the dicrotic wave in the pulse waveform and extracts the characteristics of the dicrotic wave from the dicrotic waveform on the basis of the result of the analysis of the frequency analyzing means in the period of the dicrotic wave to yield dicrotic wave-character information.

**7**. The pulse wave examination apparatus as defined in claim **5**, wherein the frequency analyzing means performs FFT treatment of the pulse waveform.

**8**. The pulse wave examination apparatus as defined in claim **5**, wherein the frequency analyzing means performs wavelet transformation treatment of the pulse waveform.

**9**. A pulse wave examination apparatus comprising:

a pulse wave detecting means for detecting a pulse waveform from the detecting position of a living body;

an auto-correlation calculating means for calculating auto-correlation data giving the auto-correlation of the pulse waveform detected by the pulse wave detecting means; and

a pulse condition-data yielding means for yielding pulse condition data giving the type of pulse waveform based on the auto-correlation data.

**10**. The pulse wave examination apparatus as defined in claim **9**,

wherein the pulse condition-data yielding means produces the pulse condition data by comparing the auto-correlation data with a prescribed threshold value.

**11**. The pulse wave examination apparatus as defined in claim **10**,

wherein the pulse condition-data yielding means comprises a minimum value detecting section for detecting the minimum value of the auto-correlation data during a period of one heart beat, and a comparing section for comparing the minimum value, detected by the minimum value detecting section, with the threshold value to yield the pulse condition data.

**12**. The pulse wave examination apparatus as defined in claim **10**,

wherein the pulse condition-data yielding means comprises a minimum value detecting section for detecting an average minimum value by averaging each mini-

85

US 6,293,915 B1

57 58

mum value of the auto-correlation data detected in each of plural heart beat periods, and a comparing section for comparing the average minimum value, detected by the minimum value detecting section, with the threshold value to yield the pulse condition data.

**13.** The pulse wave examination apparatus as defined in claim **9,**

wherein the pulse condition-data yielding means comprises:

a time measuring section for comparing the auto-correlation data with a prescribed threshold value to measure a time interval in which the auto-correlation data exceeds or is less than the threshold value;

a calculating section for calculating the ratio of the time interval, measured by the time measuring section, to a period of one heart beat; and

a comparing section for comparing the result, calculated by the calculating section, with a prescribed threshold value to yield the pulse condition data.

**14.** The pulse wave examination apparatus as defined in claim **13,**

wherein the calculating section calculates the ratio of the time interval, measured by the time measuring section, to a period of one heart beat and calculates the average of the calculated results.

**15.** The pulse wave examination apparatus as defined in claim **9,**

wherein the pulse condition-data yielding means comprises a change rate calculating section for detecting the change rate of the auto-correlation data on the basis of the auto-correlation data, and a change rate comparing section for comparing the change rate, detected by the change rate calculating section, with a prescribed threshold value to yield the pulse condition data.

**16.** The pulse wave examination apparatus as defined in claim **15,**

wherein the change rate comparing section detects a maximum value of the change rate and compares the maximum value of the change rate with the threshold value to yield the pulse condition data.

**17.** The pulse wave examination apparatus as defined in claim **9,** wherein the pulse condition data yielding means comprises:

a minimum value detecting section for detecting the minimum value of the auto-correlation data in a period of one heart beat;

a first comparing section for comparing the minimum value, detected by the minimum value detecting section, with a prescribed first threshold value to yield pulse condition data indicating a Xuan mai when the minimum value is less than the first threshold value;

a time measuring section for comparing the auto-correlation data with a prescribed second threshold value to measure a time interval in which the auto-correlation data exceeds or is less than the second threshold value;

a calculating section for calculating the ratio of the time interval, measured by the time measuring section, to a period of one heart beat; and

a second comparing section for comparing the result, calculated by the calculating section, with a prescribed third threshold value to yield the pulse condition data indicating a Ping mai or a Hua mai.

**18.** The pulse wave examination apparatus as defined in claim **17,** wherein the auto-correlation data is a coefficient of auto-correlation, and the first threshold value used in the comparing operation performed in the first comparing section is 0.25 approximately.

**19.** The pulse wave examination apparatus as defined in claim **17,**

wherein the auto-correlation data is a coefficient of auto-correlation, and the second threshold value used in the comparing operation performed in the time measuring section is designed to be in a range between 0.4 and 0.8.

**20.** The pulse wave examination apparatus as defined in claim **9,** wherein the pulse condition data yielding means comprises:

a minimum value detecting section for detecting the minimum value of the auto-correlation data in a period of one heart beat;

a first comparing section for comparing the minimum value, detected by the minimum value detecting section, with the first threshold value to yield pulse condition data indicating a Xuan mai when the minimum value is less than the first threshold value;

a variation calculating section for detecting a change rate of the auto-correlation data on the basis of the auto-correlation data; and

a second comparing section for comparing the change rate, calculated by the change rate calculating section, with a prescribed threshold value to yield the pulse condition data indicating a Ping mai or a Hua mai.

**21.** The pulse wave examination apparatus as defined in claim **9,** further comprising;

a body movement detecting means for detecting the waveform of the body movement indicating the body movement of the living body; and

a body movement-component eliminating means for eliminating a body movement component from the pulse waveform to yield a body movement-eliminated pulse waveform, said body movement component in the pulse waveform generated on the basis of the body movement waveform;

wherein the auto-correlation calculating means calculates auto-correlation data giving auto-correlation on the basis of the body movement-eliminated pulse waveform in place of the pulse waveform.

**22.** The pulse wave examination apparatus as defined in claim **21,** further comprising judging means for judging the presence of body movement of the living body on the basis of the body movement waveform detected by the body movement detecting means,

wherein the body movement-component eliminating means stops the body movement eliminating operation when the judging means shows the absence of body movement to output the pulse waveform in place of the body movement-eliminated pulse waveform.

**23.** The pulse wave examination apparatus as defined in claim **9,** further comprising:

a first wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the pulse wave detecting means to yield pulse wave analysis data for every frequency zone;

a body movement detecting means for detecting the movement of the living body to output the waveform of the body movement;

a second wavelet transformation means for performing wavelet transformation of the waveform of the body movement detected by the body movement detecting means to yield body movement analysis data for every frequency zone;

86

US 6,293,915 B1

59

a body movement component eliminating means for subtracting the body movement analysis data from the pulse wave analysis data to yield body movement-eliminated pulse wave analysis data; and

an inverse wavelet transformation means for performing inverse wavelet transformation of the body movement-eliminated pulse wave analysis data to yield a body movement-eliminated pulse waveform;

wherein the auto-correlation calculating means calculates auto-correlation data giving auto-correlation on the basis of the body movement-eliminated pulse waveform in place of the pulse waveform.

**24.** The pulse wave examination apparatus as defined in claim **9**, further comprising:

a wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the pulse waveform detecting means to yield pulse wave analysis data for every frequency zone;

a body movement component eliminating means for eliminating a prescribed frequency component corresponding to a body movement among the pulse wave analysis data to yield body movement-eliminated pulse wave analysis data; and

an inverse wavelet transformation means for performing inverse wavelet transformation of the body movement-eliminated pulse wave analysis data to yield a body movement-eliminated pulse waveform;

wherein the auto-correlation calculating means calculates auto-correlation data giving auto-correlation on the basis of the body movement-eliminated pulse waveform in place of the pulse waveform.

**25.** The pulse wave examination apparatus as defined in claim **9**, further comprising a notification means for communicating the pulse condition data yielded by the pulse condition data yielding means.

**26.** A pulse wave examination apparatus comprising:

a pulse wave detecting means for detecting a pulse waveform from the detecting position of a living body;

a wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the pulse wave detecting means to yield pulse wave analysis data for every frequency zone;

an auto-correlation calculating means for calculating auto-correlation data giving auto-correlation of the pulse wave analysis data in a given frequency zone; and

a pulse condition data yielding means for yielding a pulse condition data giving the type of pulse waveform on the basis of the auto-correlation data.

**27.** A pulse wave examination apparatus comprising:

a pulse wave detecting means for detecting a pulse waveform from the detecting position of a living body;

a first wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the pulse wave detecting means to yield pulse wave analysis data for every frequency zone;

a body movement detecting means for detecting the movement of the living body to output the waveform of the body movement;

a second wavelet transformation means for performing wavelet transformation of the waveform of the body movement detected by the body movement detecting means to yield body movement analysis data for every frequency zone;

a body movement component eliminating means for subtracting the body movement analysis data from the

60

pulse wave analysis data to yield body movement-eliminated pulse wave analysis data;

an auto-correlation calculating means for calculating auto-correlation data giving auto-correlation of the body movement-eliminated pulse wave analysis data in a given frequency zone; and

a pulse condition data yielding means for yielding a pulse condition data giving the type of pulse waveform on the basis of the auto-correlation data.

**28.** A pulse wave examination apparatus comprising:

a pulse wave detecting means for detecting a pulse waveform from a detection position of a living body;

a wavelet transformation means for performing wavelet transformation of the pulse waveform detected by the pulse wave detecting means to yield pulse wave analysis data for every frequency zone;

a body movement component eliminating means for eliminating a prescribed frequency component corresponding to a body movement to yield body movement-eliminated pulse wave analysis data;

an auto-correlation calculating means for calculating auto-correlation data giving auto-correlation of the body movement-eliminated pulse wave analysis data in a given frequency zone; and

a pulse condition data yielding means for yielding a pulse condition data giving the type of pulse waveform on the basis of the auto-correlation data.

**29.** A blood pressure monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure; and

a mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure.

**30.** The blood pressure monitor as defined in claim **29**, further comprising a pulse pressure calculating section for calculating pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure on the basis of the waveform of arterial pressure.

**31.** The blood pressure monitor as defined in claim **30**, further comprising a blood pressure conversion section for converting the waveform of arterial pressure detected by the arterial pressure waveform detecting section into the waveform of cardiac-position arterial pressure which is a waveform of arterial pressure at a position corresponding to the height of a heart;

wherein the mean blood pressure calculating section calculates the mean blood pressure on the basis of the waveform of cardiac-position arterial pressure; and

wherein the pulse pressure calculating section calculating the pulse pressure on the basis of the waveform of cardiac-position arterial pressure.

**32.** The blood pressure monitor as defined in claim **30**, further comprising:

a blood pressure-judging information storing section for storing blood pressure-judging information in advance; and

a blood pressure judging section for judging blood pressure on the basis of at least one of the mean blood pressure and the pulse pressure and on the blood pressure-judging information.

**33.** The blood pressure monitor as defined in claim **30**, further comprising an output section for outputting at least one piece of information corresponding to the mean blood pressure, to the pulse pressure and to the blood pressure judgment.

87

US 6,293,915 B1

**61**

**34**. A blood pressure monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure; and

a pulse pressure calculating section for calculating pulse pressure, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, on the basis of the waveform of arterial pressure.

**35**. The blood pressure monitor as defined in claim **34**, further comprising:

a maximum blood pressure calculating section for calculating the maximum blood pressure on the basis of the pulse pressure; and

a minimum blood pressure calculating section for calculating the minimum blood pressure on the basis of the pulse pressure and the maximum blood pressure.

**36**. A pulse waveform monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure; and

a dicrotic wave height calculating section for calculating a dicrotic wave height which is the difference in blood pressure between a dicrotic notch and the peak of a dicrotic wave which are obtained from the waveform of arterial pressure.

**37**. The pulse waveform monitor as defined in claim **36**, further comprising a dicrotic pressure difference ratio calculating section for calculating, based on the waveform of arterial pressure, the ratio of a dicrotic pressure difference, which is the pressure difference between blood pressure at a dicrotic notch and the minimum blood pressure, to a pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure.

**38**. The pulse waveform monitor as defined in claim **37**, further comprising a mean blood pressure-pulse pressure ratio calculating section for calculating, based on the waveform of arterial pressure, the mean blood pressure-pulse pressure ratio which is the ratio of the mean blood pressure to pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure.

**39**. The pulse waveform monitor as defined in claim **37**, further comprising:

a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

a pulse waveform judging section for judging the pulse waveform on the basis of the dicrotic wave height, the dicrotic pressure difference ratio and the pulse waveform-judging information.

**40**. The pulse waveform monitor as defined in claim **37**, further comprising an output section for outputting at least one piece of information corresponding to the dicrotic wave height, to the dicrotic pressure difference ratio, and to the pulse waveform.

**41**. The pulse waveform monitor as defined in claim **38**, further comprising a blood pressure conversion section for converting the waveform of arterial pressure detected by the arterial pressure waveform detecting section into the waveform of cardiac-position arterial pressure which is a waveform of arterial pressure at a position corresponding to the height of a heart;

wherein the dicrotic wave height calculating section calculates, based on the waveform of cardiac-position arterial pressure, a dicrotic wave height which is the

**62**

pressure difference in blood pressure between a dicrotic notch and the peak of a dicrotic wave;

wherein the dicrotic pressure difference ratio calculating section calculates, based on the wave form of cardiac-position arterial pressure, the ratio of a dicrotic pressure difference, which is the pressure difference between the blood pressure at a dicrotic notch and the minimum blood pressure, to a pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure; and

wherein the mean blood pressure-pulse pressure ratio calculating section calculates, based on the waveform of cardiac-position arterial pressure, the mean blood pressure-pulse pressure ratio which is the ratio of the mean blood pressure to a pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure.

**42**. The pulse waveform monitor as defined in claim **38**, further comprising:

a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

a pulse waveform judging section for judging the pulse waveform on the basis of the dicrotic wave height, the dicrotic pressure difference ratio, the mean blood pressure-pulse pressure ratio, and the pulse waveform-judging information.

**43**. The pulse waveform monitor as defined in claim **38**, further comprising an output section for outputting at least one piece of information corresponding to the dicrotic wave height, to the dicrotic pressure difference ratio, to the mean blood pressure-pulse pressure ratio, and to the pulse waveform.

**44**. The pulse waveform monitor as defined in claim **36**, further comprising:

a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

a pulse waveform judging section for judging the waveform of a pulse wave on the basis of the dicrotic wave height and the pulse waveform-judging information.

**45**. The pulse waveform monitor as defined in claim **36**, further comprising an output section for outputting at least one piece of information corresponding to the dicrotic wave height and to the pulse waveform.

**46**. A pulse waveform monitor comprising:

a pulse waveform detecting section for detecting the pulse waveform from a living body; and

a dicrotic pressure difference ratio calculating section for calculating, based on the pulse waveform, the dicrotic pressure difference ratio which is the ratio of the pressure difference between a dicrotic pressure and the minimum pressure, to a pulse pressure which is a pressure difference between the maximum pressure and the minimum pressure.

**47**. A pulse waveform monitor comprising:

a pulse waveform detecting section for detecting a pulse waveform from a living body; and

a mean pressure-pulse pressure ratio calculating section for calculating, based on the pulse waveform, the ratio of the mean pressure to pulse pressure which is a pressure difference between a maximum pressure and a minimum pressure.

**48**. A blood pressure monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

88

**Appx541**

US 6,293,915 B1

**63**

a mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure; and

a dicrotic wave height calculating section for calculating, based on the waveform of arterial pressure, a dicrotic wave height which is the difference in blood pressure between a dicrotic notch and the peak of a dicrotic wave.

**49**. A blood pressure monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

a mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure; and

a dicrotic pressure difference ratio calculating section for calculating, based on the waveform of arterial pressure, the dicrotic pressure difference ratio which is the ratio of a dicrotic pressure difference, which is the pressure difference between the blood pressure at a dicrotic notch and the minimum blood pressure, to a pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure.

**50**. A blood pressure monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

a mean blood pressure calculating section for calculating the mean blood pressure on the basis of the waveform of arterial pressure; and

a mean blood pressure-pulse pressure ratio calculating section for calculating, based on the waveform of arterial pressure, the mean blood pressure-pulse pressure ratio which is the ratio of the mean blood pressure to a pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure.

**51**. A blood pressure monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

a pulse pressure calculating section for calculating pulse pressure, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, on the basis of the waveform of arterial pressure; and

a dicrotic wave height calculating section for calculating, based on the waveform of arterial pressure, the dicrotic wave height which is the difference in blood pressure between a dicrotic notch and the peak of a dicrotic wave.

**52**. A blood pressure monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

a pulse pressure calculating section for calculating pulse pressure, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, on the basis of the waveform of arterial pressure; and

a dicrotic pressure difference ratio calculating section for calculating, based on the waveform of arterial pressure, the dicrotic pressure difference ratio which is the ratio of a dicrotic pressure difference, which is the pressure

**64**

difference between the blood pressure at a dicrotic notch and the minimum blood pressure, to a pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure.

**53**. A blood pressure monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure;

a pulse pressure calculating section for calculating pulse pressure, which is the pressure difference between the maximum blood pressure and the minimum blood pressure, on the basis of the waveform of arterial pressure; and

a mean blood pressure-pulse pressure ratio calculating section for calculating, based on the waveform of arterial pressure, the mean blood pressure-pulse pressure ratio which is the ratio of the mean blood pressure to a pulse pressure which is the pressure difference between the maximum blood pressure and the minimum blood pressure.

**54**. A pulse waveform monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure; and

an ejection diastolic pressure calculating section for calculating, based on the waveform of arterial pressure, ejection diastolic pressure which is the pressure difference between systolic blood pressure and the blood pressure at a dicrotic notch.

**55**. The pulse waveform monitor as defined in claim **54**, further comprising:

a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

a pulse waveform judging section for judging the pulse waveform on the basis of the ejection diastolic pressure and the pulse waveform-judging information.

**56**. A pulse waveform monitor comprising:

a pulse wave detecting section for detecting a pulse waveform from a living body; and

an ejection diastolic pressure ratio calculating section for calculating, based on the pulse waveform, the ejection diastolic pressure ratio which is the ratio of ejection diastolic pressure, which is the pressure difference between systolic pressure and dicrotic pressure, to pulse pressure which is the pressure difference between systolic pressure and diastolic pressure.

**57**. The pulse waveform monitor as defined in claim **56**, further comprising:

a pulse waveform-judging information storing section for storing pulse waveform-judging information in advance; and

a pulse waveform judging section for judging the pulse waveform on the basis of the ejection diastolic pressure ratio and the pulse waveform-judging information.

**58**. A pharmacological action monitor comprising:

an arterial pressure waveform detecting section for measuring blood pressure in an artery continuously to detect a waveform of arterial pressure; and

an ejection diastolic pressure calculating section for calculating, based on the waveform of arterial pressure, ejection diastolic pressure which is the pressure difference between systolic blood pressure and blood pressure at a dicrotic notch.

89

US 6,293,915 B1

65

**59**. The pharmacological action monitor as defined in claim **58**, further comprising a dicrotic wave height calculating section for calculating, based on the waveform of arterial pressure, a dicrotic wave height which is the blood pressure difference between a dicrotic notch and the peak of a dicrotic wave.

**60**. A pharmacological action monitor comprising:

a pulse wave detecting section for detecting a pulse waveform from a living body; and

an ejection diastolic pressure ratio calculating section for calculating the ejection diastolic pressure ratio which is the ratio of the ejection diastolic pressure, which is the pressure difference between systolic pressure and

66

dicrotic pressure, to a pulse pressure which is the pressure difference between the diastolic pressure and the systolic pressure.

**61**. The pharmacological action monitor as defined in claim **60**, further comprising a dicrotic wave height calculating section for calculating, based on the pulse waveform, a dicrotic wave height ratio which is the ratio of a dicrotic wave height, which is the difference in pressure between a dicrotic notch and the peak of a dicrotic wave, to pulse pressure which is the pressure difference between systolic pressure and diastolic pressure.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,293,915 B1                                    Page 1 of  1
DATED          : September 25, 2001
INVENTOR(S)  : Kazuhiko Amano et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [30], **"Foreign Application Priority Data"** change "July 12, 1998" to -- July 13,
1998 --

Signed and Sealed this

Seventh Day of May, 2002

*Attest:*

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

91

**Appx544**



US005632272A

# United States Patent [19]

## Diab et al.

[11] **Patent Number:** 5,632,272

[45] **Date of Patent:** May 27, 1997

[54] **SIGNAL PROCESSING APPARATUS**

[75] Inventors: **Mohamed K. Diab; Esmaiel Kiani-Azarbayjany; Ibrahim M. Elfadel**, all of Laguna Niguel; **Rex J. McCarthy**, Mission Viejo; **Walter M. Weber**, Los Angeles; **Robert A. Smith**, Corona, all of Calif.

[73] Assignee: **Masimo Corporation**, Mission Viejo, Calif.

[21] Appl. No.: **320,154**

[22] Filed: **Oct. 7, 1994**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 132,812, Oct. 6, 1993, Pat. No. 5,490,505, and a continuation-in-part of Ser. No. 249, 690, May 26, 1994, Pat. No. 5,482,036, which is a continuation of Ser. No. 666,060, Mar. 7, 1991, abandoned.

[51] **Int. Cl.**[6] .......................................... **A61B 5/00**

[52] **U.S. Cl.** ................................... **128/633;** 128/666

[58] **Field of Search** .................................. 128/633–634, 128/664–667, 672, 687–688, 716; 356/39–41

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,647,299 | 3/1972 | Lavallee . |
| 3,704,706 | 12/1972 | Herczfeld et al. . |
| 4,063,551 | 12/1977 | Sweeney . |
| 4,086,915 | 5/1978 | Kofsky et al. . |
| 4,095,117 | 6/1978 | Nagy . |
| 4,407,290 | 10/1983 | Wilber . |
| 4,537,200 | 8/1985 | Widrow . |
| 4,649,505 | 3/1987 | Zinser, Jr. et al. . |
| 4,773,422 | 9/1988 | Isaacson et al. . |
| 4,799,493 | 1/1989 | DeFault . |
| 4,800,495 | 1/1989 | Smith . |
| 4,824,242 | 4/1989 | Frick et al. . |
| 4,848,901 | 7/1989 | Hood, Jr. . |
| 4,860,759 | 8/1989 | Kahn et al. . |
| 4,863,265 | 9/1989 | Flower et al. . |
| 4,867,571 | 9/1989 | Frick et al. . |
| 4,869,253 | 9/1989 | Craig, Jr. et al. . |

| | | |
|---|---|---|
| 4,869,254 | 9/1989 | Stone et al. . |
| 4,883,353 | 11/1989 | Hausman . |
| 4,892,101 | 1/1990 | Cheung et al. . |
| 4,907,594 | 3/1990 | Muz . |
| 4,911,167 | 3/1990 | Corenman et al. . |
| 4,927,264 | 5/1990 | Shiga et al. . |
| 4,928,692 | 5/1990 | Goodman et al. . |
| 4,948,248 | 8/1990 | Lehman . |
| 4,955,379 | 9/1990 | Hall . |
| 4,956,867 | 9/1990 | Zurek et al. . |
| 5,057,695 | 10/1991 | Hirao et al. . |
| 5,273,036 | 12/1993 | Kronberg et al. . |
| 5,458,128 | 10/1995 | Polanyi et al. ...................... 128/633 X |

#### OTHER PUBLICATIONS

Rabiner, Lawrence et al. *Theory and Application of Digital Signal Processing*, p. 260, 1975.

Tremper, Kevin et al., *Advances in Oxygen Monitoring*, pp. 137–153, 1987.

Harris, Fred et al., "Digital Signal Processing with Efficient Polyphase Recursive All–Pass Filters", Presented at International Conference on Signal Processing, Florence, Italy, Sep. 4–6, 1991, 6 pages.

(List continued on next page.)

*Primary Examiner*—Angela D. Sykes
*Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP.

[57] **ABSTRACT**

The present invention involves method and apparatus for analyzing two measured signals that are modeled as containing primary and secondary portions. Coefficients relate the two signals according to a model defined in accordance with the present invention. In one embodiment, the present invention involves utilizing a transformation which evaluates a plurality of possible signal coefficients in order to find appropriate coefficients. Alternatively, the present invention involves using statistical functions or Fourier transform and windowing techniques to determine the coefficients relating to two measured signals. Use of this invention is described in particular detail with respect to blood oximetry measurements.

**23 Claims, 37 Drawing Sheets**



1

APPLE 1007

**5,632,272**
Page 2

OTHER PUBLICATIONS

Haykin, Simon, *Adaptive Filter Theory*, Prentice Hall, Englewood Cliffs, NJ, 1985.

Widrow, Bernard, *Adaptive Signal Processing*, Prentice Hall, Englewood Cliffs, NJ 1985.

Brown, David P., "Evaluation of Pulse Oximeters using Theoretical Models and Experimental Studies", Master's thesis, University of Washington, Nov. 25, 1987, pp. 1–142.

Cohen, Arnon, "Volume I Time and Frequency Domains Analysis", *Biomedical Signal Processing*, CRC Press, Inc., jBoca Raton, Florida, pp. 152–159.

Severinghaus, J.W., "Pulse Oximetry Uses and Limitations", pp. 1–4, ASA Convention, New Orleans, 1989.

Mook, G.A., et al., "Spectrophotometirc determination of Oxygen saturation of blood independent of the presence of indocyanine green", *Cardiovascular Research*, vol. 13, pp. 233–237, 1979.

Neuman, Michael R., "Pulse Oximetry: Physical Principles, Technical Realization and Present Limitations", *Continuous Transcutaneous Monitoring*, Plenum Press, New York, 1987, pp. 135–144.

Mook, G.A., et al., "Wavelength dependency of the spectrophotometric determination of blood oxygen saturation", *Clinical Chemistry Acta,* vol. 26, pp. 170–173, 1969.

Klimasauskas, Casey, "Neural Nets and Noise Filtering", *Dr. Dobb's Journal,* Jan. 1989, p. 32.

Melnikof, S. "Neural Networks for Signal Processing: A Case Study", *Dr. Dobbs Journal,* Jan. 1989. pp. 36–37.

**U.S. Patent**    May 27, 1997    Sheet 1 of 37    **5,632,272**



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4a*



*FIG. 4b*



FIG. 5a



FIG. 5b



*FIG.5c*



*FIG. 6a*



*FIG. 6b*



*FIG. 6c*

*FIG. 7a*

$$R'(r_1, t) = s_{\lambda a}(t) - r_1 s_{\lambda b}(t) + n_{\lambda a}(t) - r_1 n_{\lambda b}(t)$$

$$R'(r_2, t) = s_{\lambda a}(t) - r_2 s_{\lambda b}(t) + n_{\lambda a}(t) - r_2 n_{\lambda b}(t)$$

$$R'(r_n, t) = s_{\lambda a}(t) - r_n s_{\lambda b}(t) + n_{\lambda a}(t) - r_n n_{\lambda b}(t)$$



*FIG. 7b*

SIGNAL COEFFICIENTS

RELATIVE CORRELATION CANCELER
ENERGY OUTPUT



*FIG. 7c*



FIG.8



FIG. 8a



FIG.9



FIG.9a



*FIG. 10*



*FIG. 10a*



*FIG. 11*



*FIG. 11A*



F/G. 12



*FIG. 13*

*FIG. 14*



FIG. 15



FIG. 16



FIG. 17



*F/G. 18*



*FIG. 19*



FIG. 20

FIG. 21



FIG. 21a



*FIG. 22*



*FIG. 23*



FIG. 24



FIG. 25A



*FIG. 25B*



FIG. 25C



FIG.26



FIG.27



FIG.28



*FIG. 29*



*FIG. 30*



*FIG. 31*

5,632,272

## 1

### SIGNAL PROCESSING APPARATUS

#### Reference to Prior Related Application

This is a continuation-in-part application of U.S. patent application Ser. No. 08/132,812 filed Oct. 6, 1993, and entitled "Signal Processing Apparatus" now U.S. Pat. No. 5,490,505 and a continuation-in-part application of U.S. patent application Ser. No. 08/249,690 filed May 26, 1994 entitled "Signal Processing Apparatus and Method", now U. S. Pat. No. 5,482,036 which is a continuation of U.S. patent application Ser. No. 07/666,060 filed Mar. 7, 1991, now abandoned.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to the field of signal processing. More specifically, the present invention relates to the processing of measured signals, containing a primary signal portion and a secondary signal portion, for the removal or derivation of either the primary or secondary signal portion when little is known about either of these components. More particularly, the present invention relates to modeling the measured signals in a novel way which facilitates minimizing the correlation between the primary signal portion and the secondary signal portion in order to produce a primary and/or secondary signal. The present invention is especially useful for physiological monitoring systems including blood oxygen saturation systems.

#### 2. Description of the Related Art

Signal processors are typically employed to remove or derive either the primary or secondary signal portion from a composite measured signal including a primary signal portion and a secondary signal portion. For example, a composite signal may contain noise and desirable portions. If the secondary signal portion occupies a different frequency spectrum than the primary signal portion, then conventional filtering techniques such as low pass, band pass, and high pass filtering are available to remove or derive either the primary or the secondary signal portion from the total signal. Fixed single or multiple notch filters could also be employed if the primary and/or secondary signal portion(s) exist at a fixed frequency(s).

It is often the case that an overlap in frequency spectrum between the primary and secondary signal portions exists. Complicating matters further, the statistical properties of one or both of the primary and secondary signal portions change with time. In such cases, conventional filtering techniques are ineffective in extracting either the primary or secondary signal. If, however, a description of either the primary or secondary signal portion can be derived, correlation canceling, such as adaptive noise canceling, can be employed to remove either the primary or secondary signal portion of the signal isolating the other portion. In other words, given sufficient information about one of the signal portions,that signal portion can be extracted.

Conventional correlation cancelers, such as adaptive noise cancelers, dynamically change their transfer function to adapt to and remove portions of a composite signal. However, correlation cancelers require either a secondary reference or a primary reference which correlates to either the secondary signal portion only or the primary signal portion only. For instance, for a measured signal containing noise and desirable signal, the noise can be removed with a correlation canceler if a noise reference is available. This is often the case. Although the amplitude of the reference signals are not necessarily the same as the amplitude of the

## 2

corresponding primary or secondary signal portions, they have a frequency spectrum which is similar to that of the primary or secondary signal portions.

In many cases, nothing or very little is known about the secondary and/or primary signal portions. One area where measured signals comprising a primary signal portion and a secondary signal portion about which no information can easily be determined is physiological monitoring. Physiological monitoring generally involves measured signals derived from a physiological system, such as the human body. Measurements which are typically taken with physiological monitoring systems include electrocardiographs, blood pressure, blood gas saturation (such as oxygen saturation), capnographs, other blood constituent monitoring, heart rate, respiration rate, electroencephalograph (EEG) and depth of anesthesia, for example. Other types of measurements include those which measure the pressure and quantity of a substance within the body such as cardiac output, venous oxygen saturation, arterial oxygen saturation, bilirubin, total hemoglobin, breathalyzer testing, drug testing, cholesterol testing, glucose testing, extra vasation, and carbon dioxide testing, protein testing, carbon monoxide testing, and other in-vivo measurements, for example. Complications arising in these measurements are often due to motion of the patient, both external and internal (muscle movement, vessel movement, and probe movement, for example), during the measurement process.

Many types of physiological measurements can be made by using the known properties of energy attenuation as a selected form of energy passes through a medium.

A blood gas monitor is one example of a physiological monitoring system which is based upon the measurement of energy attenuated by biological tissues or substances. Blood gas monitors transmit light into the test medium and measure the attenuation of the light as a function of time. The output signal of a blood gas monitor which is sensitive to the arterial blood flow contains a component which is a waveform representative of the patient's arterial pulse. This type of signal, which contains a component related to the patient's pulse, is called a plethysmographic wave, and is shown in FIG. 1 as curve s. Plethysmographic waveforms are used in blood gas saturation measurements. As the heart beats, the amount of blood in the arteries increases and decreases, causing increases and decreases in energy attenuation, illustrated by the cyclic wave s in FIG. 1.

Typically, a digit such as a finger, an ear lobe, or other portion of the body where blood flows close to the skin, is employed as the medium through which light energy is transmitted for blood gas attenuation measurements. The finger comprises skin, fat, bone, muscle, etc., shown schematically in FIG. 2, each of which attenuates energy incident on the finger in a generally predictable and constant manner. However, when fleshy portions of the finger are compressed erratically, for example by motion of the finger, energy attenuation becomes erratic.

An example of a more realistic measured waveform S is shown in FIG. 3, illustrating the effect of motion. The primary plethysmographic waveform portion of the signal s is the waveform representative of the pulse, corresponding to the sawtooth-like pattern wave in FIG. 1. The large, secondary motion-induced excursions in signal amplitude obscure the primary plethysmographic signal s. Even small variations in amplitude make it difficult to distinguish the primary signal component s in the presence of a secondary signal component n.

A pulse oximeter is a type of blood gas monitor which non-invasively measures the arterial saturation of oxygen in

5,632,272

| 3 | 4 |

the blood. The pumping of the heart forces freshly oxygenated blood into the arteries causing greater energy attenuation. As well understood in the art, the arterial saturation of oxygenated blood may be determined from the depth of the valleys relative to the peaks of two plethysmographic waveforms measured at separate wavelengths. Patient movement introduces motion artifacts to the composite signal as illustrated in the plethysmographic waveform illustrated in FIG. 3. These motion artifacts distort the measured signal.

### SUMMARY OF THE INVENTION

This invention provides improvements upon the methods and apparatus disclosed in U.S. patent application Ser. No. 08/132,812, filed Oct. 6, 1993, entitled Signal Processing Apparatus, which earlier application has been assigned to the assignee of the instant application. The present invention involves several different embodiments using the novel signal model in accordance with the present invention to isolate either a primary signal portion or a secondary signal portion of a composite measured signal. In one embodiment, a signal processor acquires a first measured signal and a second measured signal that is correlated to the first measured signal. The first signal comprises a first primary signal portion and a first secondary signal portion. The second signal comprises a second primary signal portion and a second secondary signal portion. The signals may be acquired by propagating energy through a medium and measuring an attenuated signal after transmission or reflection. Alternatively, the signals may be acquired by measuring energy generated by the medium.

In one embodiment, the first and second measured signals are processed to generate a secondary reference which does not contain the primary signal portions from either of the first or second measured signals. This secondary reference is correlated to the secondary signal portion of each of the first and second measured signals. The secondary reference is used to remove the secondary portion of each of the first and second measured signals via a correlation canceler, such as an adaptive noise canceler. The correlation canceler is a device which takes a first and second input and removes from the first input all signal components which are correlated to the second input. Any unit which performs or nearly performs this function is herein considered to be a correlation canceler.

An adaptive correlation canceler can be described by analogy to a dynamic multiple notch filter which dynamically changes its transfer function in response to a reference signal and the measured signals to remove frequencies from the measured signals that are also present in the reference signal. Thus, a typical adaptive correlation canceler receives the signal from which it is desired to remove a component and receives a reference signal of the undesired portion. The output of the correlation canceler is a good approximation to the desired signal with the undesired component removed.

Alternatively, the first and second measured signals may be processed to generate a primary reference which does not contain the secondary signal portions from either of the first or second measured signals. The primary reference may then be used to remove the primary portion of each of the first and second measured signals via a correlation canceler. The output of the correlation canceler is a good approximation to the secondary signal with the primary signal removed and may be used for subsequent processing in the same instrument or an auxiliary instrument. In this capacity, the approximation to the secondary signal may be used as a reference signal for input to a second correlation canceler together with either the first or second measured signals for computation of, respectively, either the first or second primary signal portions.

Physiological monitors can benefit from signal processors of the present invention. Often in physiological measurements a first signal comprising a first primary portion and a first secondary portion and a second signal comprising a second primary portion and a second secondary portion are acquired. The signals may be acquired by propagating energy through a patient's body (or a material which is derived from the body, such as breath, blood, or tissue, for example) or inside a vessel and measuring an attenuated signal after transmission or reflection. Alternatively, the signal may be acquired by measuring energy generated by a patient's body, such as in electrocardiography. The signals are processed via the signal processor of the present invention to acquire either a secondary reference or a primary reference which is input to a correlation canceler, such as an adaptive noise canceler.

One physiological monitoring apparatus which benefits from the present invention is a monitoring system which determines a signal which is representative of the arterial pulse, called a plethysmographic wave. This signal can be used in blood pressure calculations, blood constituent measurements, etc. A specific example of such a use is in pulse oximetry. Pulse oximetry involves determining the saturation of oxygen in the blood. In this configuration, the primary portion of the signal is the arterial blood contribution to attenuation of energy as it passes through a portion of the body where blood flows close to the skin. The pumping of the heart causes blood flow to increase and decrease in the arteries in a periodic fashion, causing periodic attenuation wherein the periodic waveform is the plethysmographic waveform representative of the arterial pulse. The secondary portion is noise. In accordance with the present invention, the measured signals are modeled such that this secondary portion of the signal is related to the venous blood contribution to attenuation of energy as it passes through the body. The secondary portion also includes artifacts due to patient movement which causes the venous blood to flow in an unpredictable manner, causing unpredictable attenuation and corrupting the otherwise periodic plethysmographic waveform. Respiration also causes the secondary or noise portion to vary, although typically at a lower frequency than the patients pulse rate. Accordingly, the measured signal which forms a plethysmographic waveform is modeled in accordance with the present invention such that the primary portion of the signal is representative of arterial blood contribution to attenuation and the secondary portion is due to several other parameters.

A physiological monitor particularly adapted to pulse oximetry oxygen saturation measurement comprises two light emitting diodes (LED's) which emit light at different wavelengths to produce first and second signals. A detector registers the attenuation of the two different energy signals after each passes through an absorptive media, for example a digit such as a finger, or an earlobe. The attenuated signals generally comprise both primary (arterial attenuator) and secondary (noise) signal portions. A static filtering system, such as a bandpass filter, removes a portion of the secondary signal which is outside of a known bandwidth of interest, leaving an erratic or random secondary signal portion, often caused by motion and often difficult to remove, along with the primary signal portion.

A processor in accordance with one embodiment of the present invention removes the primary signal portions from the measured signals yielding a secondary reference which

5,632,272

| 5 | 6 |

is a combination of the remaining secondary signal portions. The secondary reference is correlated to both of the secondary signal portions. The secondary reference and at least one of the measured signals are input to a correlation canceler, such as an adaptive noise canceler, which removes the random or erratic portion of the secondary signal. This yields a good approximation to a primary plethysmographic signal as measured at one of the measured signal wavelengths. As is known in the art, quantitative measurements of the amount of oxygenated arterial blood in the body can be determined from the plethysmographic signal in a variety of ways.

The processor of the present invention may also remove the secondary signal portions from the measured signals yielding a primary reference which is a combination of the remaining primary signal portions. The primary reference is correlated to both of the primary signal portions. The primary reference and at least one of the measured signals are input to a correlation canceler which removes the primary portions of the measured signals. This yields a good approximation to the secondary signal at one of the measured signal wavelengths. This signal may be useful for removing secondary signals from an auxiliary instrument as well as determining venous blood oxygen saturation.

In accordance with the signal model of the present invention, the two measured signals each having primary and secondary signal portions can be related by coefficients. By relating the two equations with respect to coefficients defined in accordance with the present invention, the coefficients provide information about the arterial oxygen saturation and about the noise (the venous oxygen saturation and other parameters). In accordance with this aspect of the present invention, the coefficients can be determined by minimizing the correlation between the primary and secondary signal portions as defined in the model. Accordingly, the signal model of the present invention can be utilized in many ways in order to obtain information about the measured signals as will be further apparent in the detailed description of the preferred embodiments.

One aspect of the present invention is a method for use in a signal processor for processing at least two measured signals $S_1$ and $S_2$ each containing a primary signal portion s and a secondary signal portion n, the signals $S_1$ and $S_2$ being in accordance with the following relationship:

$$S_1 = s_1 + n_1$$

$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$S_1 = r_a S_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients.

The method comprises a number of steps. A value of coefficient $r_a$ is determined which minimize correlation between $s_1$ and $n_1$. Then, at least one of the first and second signals is processed using the determined value for $r_a$ to significantly reduce n from at least one of the first or second measured signal to form a clean signal.

In one embodiment, the clean signal is displayed on a display. In another embodiment, wherein the first and second signals are physiological signals, the method further comprises the step of processing the clean signal to determine a physiological parameter from the first or second measured signals. In one embodiment, the parameter is arterial oxygen saturation. In another embodiment, the parameter is an ECG signal. In yet another embodiment, wherein the first portion of the measured signals is indicative of a heart plethysmograph, the method further comprises the step of calculating the pulse rate.

Another aspect of the present invention involves a physiological monitor. The monitor has a first input configured to receive a first measured signal $S_1$ having a primary portion, $s_1$, and a secondary portion $n_1$. The monitor also has a second input configured to receive a second measured signal $S_2$ having a primary portion $s_2$ and a secondary portion $n_2$. Advantageously, the first and the second measured signals $S_1$ and $S_2$ are in accordance with the following relationship:

$$S_1 = s_1 + n_1$$

$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients.

The monitor further has a scan reference processor, the scan reference processor responds to a plurality of possible values for $r_a$ to multiply the second measured signal by each of the possible values for $r_a$ and for each of the resulting values, to subtract the resulting values from the first measured signal to provide a plurality of output signals. A correlation canceler having a first input configured to receive the first measured signal, and having a second input configured to receive the plurality of output signals from the saturation scan reference processor, provides a plurality of output vectors corresponding to the correlation cancellation between the plurality of output signals and the first measured signal. An integrator having an input configured to receive the plurality of output vectors from the correlation canceler is responsive to the plurality of output vectors to determine a corresponding power for each output vector. An extremum detector is coupled at its input to the output of the integrator. The extremum detector is responsive to the corresponding power for each output vector to detect a selected power.

In one embodiment, the plurality of possible values correspond to a plurality of possible values for a selected blood constituent. In one embodiment the, the selected blood constituent is arterial blood oxygen saturation. In another embodiment, the selected blood constituent is venous blood oxygen saturation. In yet another embodiment, the selected blood constituent is carbon monoxide.

Another aspect of the present invention involves a physiological monitor. The monitor has a first input configured to receive a first measured signal $S_1$ having a primary portion, $s_1$, and a secondary portion, $n_1$. The monitor also has a second input configured to received a second measured signal $S_2$ having a primary portion $s_2$ and a secondary portion $n_2$. The first and the second measured signals $S_1$ and $S_2$ are in accordance with the following relationship:

$$S_1 = s_1 + n_1$$

$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients.

A transform module is responsive to the first and the second measured signals and responsive to a plurality of possible values for $r_a$ to provide at least one power curve as an output. An extremum calculation module is responsive to the at least one power curve to select a value for $r_a$ which minimizes the correlation between s and n, and to calculate from the value for $r_a$ a corresponding saturation value as an output. A display module is responsive to the output of saturation calculation to display the saturation value.

42

Appx647

5,632,272

7

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates an ideal plethysmographic waveform.

FIG. 2 schematically illustrates a typical finger.

FIG. 3 illustrates a plethysmographic waveform which includes a motion-induced erratic signal portion.

FIG. 4a illustrates a schematic diagram of a physiological monitor to compute primary physiological signals.

FIG. 4b illustrates a schematic diagram of a physiological monitor to compute secondary signals.

FIG. 5a illustrates an example of an adaptive noise canceler which could be employed in a physiological monitor, to compute primary physiological signals.

FIG. 5b illustrates an example of an adaptive noise canceler which could be employed in a physiological monitor, to compute secondary motion artifact signals.

FIG. 5c illustrates the transfer function of a multiple notch filter.

FIG. 6a illustrates a schematic of absorbing material comprising N constituents within the absorbing material.

FIG. 6b illustrates another schematic of absorbing material comprising N constituents, including one mixed layer, within the absorbing material.

FIG. 6c illustrates another schematic of absorbing material comprising N constituents, including two mixed layers, within the absorbing material.

FIG. 7a illustrates a schematic diagram of a monitor, to compute primary and secondary signals in accordance with one aspect of the present invention.

FIG. 7b illustrates the ideal correlation canceler energy or power output as a function of the signal coefficients $r_1, r_2, \ldots r_n$. In this particular example, $r_3 = r_a$ and $r_7 = r_v$.

FIG. 7c illustrates the non-ideal correlation canceler energy or power output as a function of the signal coefficients $r_1, r_2, \ldots r_n$. In this particular example, $r_3 = r_a$ and $r_7 = r_v$.

FIG. 8 is a schematic model of a joint process estimator comprising a least-squares lattice predictor and a regression filter.

FIG. 8a is a schematic model of a joint process estimator comprising a QRD least-squares lattice (LSL) predictor and a regression filter.

FIG. 9 is a flowchart representing a subroutine for implementing in software a joint process estimator as modeled in FIG. 8.

FIG. 9a is a flowchart representing a subroutine for implementing in software a joint process estimator as modeled in FIG. 8a.

FIG. 10 is a schematic model of a joint process estimator with a least-squares lattice predictor and two regression filters.

FIG. 10a is a schematic model of a joint process estimator with a QRD least-squares lattice predictor and two regression filters.

FIG. 11 is an example of a physiological monitor in accordance with the teachings of one aspect of the present invention.

FIG. 11a illustrates an example of a low noise emitter current driver with accompanying digital to analog converter.

FIG. 12 illustrates the front end analog signal conditioning circuitry and the analog to digital conversion circuitry of the physiological monitor of FIG. 11.

FIG. 13 illustrates further detail of the digital signal processing circuitry of FIG. 11.

8

FIG. 14 illustrates additional detail of the operations performed by the digital signal processing circuitry of FIG. 11.

FIG. 15 illustrates additional detail regarding the demodulation module of FIG. 14.

FIG. 16 illustrates additional detail regarding the decimation module of FIG. 14.

FIG. 17 represents a more detailed block diagram of the operations of the statistics module of FIG. 14.

FIG. 18 illustrates a block diagram of the operations of one embodiment of the saturation transform module of FIG. 14.

FIG. 19 illustrates a block diagram of the operation of the saturation calculation module of FIG. 14.

FIG. 20 illustrates a block diagram of the operations of the pulse rate calculation module of FIG. 14.

FIG. 21 illustrates a block diagram of the operations of the motion artifact suppression module of FIG. 20.

FIG. 21a illustrates an alternative block diagram for the operations of the motion artifact suppression module of FIG. 20.

FIG. 22 illustrates a saturation transform curve in accordance with the principles of the present invention.

FIG. 23 illustrates a block diagram of an alternative embodiment to the saturation transform in order to obtain a saturation value.

FIG. 24 illustrates a histogram saturation transform in accordance with the alternative embodiment of FIG. 23.

FIGS. 25A, 25B and 25C illustrate yet another alternative embodiment in order to obtain the saturation.

FIG. 26 illustrates a signal measured at a red wavelength $\lambda a = \lambda red = 660$ nm for use in a processor of the present invention for determining the secondary reference $n'(t)$ or the primary reference $s'(t)$ and for use in a correlation canceler. The measured signal comprises a primary portion $s_{\lambda a}(t)$ and a secondary portion $n_{\lambda a}(t)$.

FIG. 27 illustrates a signal measured at an infrared wavelength $\lambda b = \lambda_{IR} = 910$ nm for use in a processor of the present invention for determining the secondary reference $n'(t)$ or the primary reference $s'(t)$ and for use in a correlation canceler. The measured signal comprises a primary portion $s_{\lambda b}(t)$ and a secondary portion $n_{\lambda b}(t)$.

FIG. 28 illustrates the secondary reference $n'(t)$ determined by a processor of the present invention.

FIG. 29 illustrates a good approximation $s''_{\lambda a}(t)$ to the primary portion $s_{\lambda a}(t)$ of the signal $S_{\lambda a}(t)$ measured at $\lambda a = \lambda red = 660$ nm estimated by correlation cancellation with a secondary reference $n'(t)$.

FIG. 30 illustrates a good approximation $s''_{\lambda b}(t)$ to the primary portion $s_{\lambda b}(t)$ of the signal $S_{\lambda b}(t)$ measured at $\lambda b = \lambda IR = 910$ nm estimated by correlation cancellation with a secondary reference $n'(t)$.

FIG. 31 depicts a set of 3 concentric electrodes, i.e., a tripolar electrode sensor, to derive electrocardiography (ECG) signals, denoted as $S_1$, $S_2$ and $S_3$, for use with the present invention. Each of the ECG signals contains a primary portion and a secondary portion.

DETAILED DESCRIPTION OF THE INVENTION

The present invention involves a system which utilizes first and second measured signals that each contain a primary signal portion and a secondary signal portion. In other

5,632,272

9

words, given a first and second composite signals $S_1(t) = s_1(t) + n_1(t)$ and $S_2(t) = s_2(t) + n_2(t)$, the system of the present invention can be used to isolate either the primary signal portion $s(t)$ or the secondary signal portion $n(t)$. Following processing, the output of the system provides a good approximation $n''(t)$ to the secondary signal portion $n(t)$ or a good approximation $s''(t)$ to the primary signal portion $s(t)$.

The system of the present invention is particularly useful where the primary and/or secondary signal portion $n(t)$ may contain one or more of a constant portion, a predictable portion, an erratic portion, a random portion, etc. The primary signal approximation $s''(t)$ or secondary signal approximation $n''(t)$ is derived by removing as many of the secondary signal portions $n(t)$ or primary signal portions $s(t)$ from the composite signal $S(t)$ as possible. The remaining signal forms either the primary signal approximation $s''(t)$ or secondary signal approximation $n''(t)$, respectively. The constant portion and predictable portion of the secondary signal $n(t)$ are easily removed with traditional filtering techniques, such as simple subtraction, low pass, band pass, and high pass filtering. The erratic portion is more difficult to remove due to its unpredictable nature. If something is known about the erratic signal, even statistically, it could be removed, at least partially, from the measured signal via traditional filtering techniques. However, often no information is known about the erratic portion of the secondary signal $n(t)$. In this case, traditional filtering techniques are usually insufficient.

In order to remove the secondary signal $n(t)$, a signal model in accordance with the present invention is defined as follows for the first and second measured signals $S_1$ and $S_2$:

$$S_1 = s_1 + n_1$$
$$S_2 = s_2 + n_2$$

with $\quad s_1 = r_a s_2$ and $n_1 = r_v n_2$

or $\quad r_a = \dfrac{s_1}{s_2}$ and $r_v = n_1/n_2$

where $s_1$ and $n_1$ are at least somewhat (preferably substantially) uncorrelated and $s_2$ and $n_2$ are at least somewhat (preferably substantially) uncorrelated. The first and second measured signals $S_1$ and $S_2$ are related by correlation coefficients $r_a$ and $r_v$ as defined above. The use and selection of these coefficients is described in further detail below.

In accordance with one aspect of the present invention, this signal model is used in combination with a correlation canceler, such as an adaptive noise canceler, to remove or derive the erratic portion of the measured signals.

Generally, a correlation canceler has two signal inputs and one output. One of the inputs is either the secondary reference $n'(t)$ or the primary reference $s'(t)$ which are correlated, respectively, to the secondary signal portions $n(t)$ and the primary signal portions $s(t)$ present in the composite signal $S(t)$. The other input is for the composite signal $S(t)$. Ideally, the output of the correlation canceler $s''(t)$ or $n''(t)$ corresponds, respectively, to the primary signal $s(t)$ or the secondary signal $n(t)$ portions only. Often, the most difficult task in the application of correlation cancelers is determining the reference signals $n'(t)$ and $s'(t)$ which are correlated to the secondary $n(t)$ and primary $s(t)$ portions, respectively, of the measured signal $S(t)$ since, as discussed above, these portions are quite difficult to isolate from the measured signal $S(t)$. In the signal processor of the present invention, either a secondary reference $n'(t)$ or a primary reference $s'(t)$ is determined from two composite signals measured simultaneously, or nearly simultaneously, at two different wavelengths, $\lambda a$ and $\lambda b$.

10

A block diagram of a generic monitor incorporating a signal processor according to the present invention, and a correlation canceler is shown in FIGS. 4a and 4b. Two measured signals, $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$, are acquired by a detector 20. One skilled in the art will realize that for some physiological measurements, more than one detector may be advantageous. Each signal is conditioned by a signal conditioner 22a and 22b. Conditioning includes, but is not limited to, such procedures as filtering the signals to remove constant portions and amplifying the signals for ease of manipulation. The signals are then converted to digital data by an analog-to-digital converter 24a and 24b. The first measured signal $S_{\lambda a}(t)$ comprises a first primary signal portion, labeled herein $s_{\lambda a}(t)$, and a first secondary signal portion, labeled herein $n_{\lambda a}(t)$. The second measured signal $S_{\lambda b}(t)$ is at least partially correlated to the first measured signal $S_{\lambda a}(t)$ and comprises a second primary signal portion, labeled herein $s_{\lambda b}(t)$, and a second secondary signal portion, labeled herein $n_{\lambda b}(t)$. Typically the first and second secondary signal portions, $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$, are uncorrelated and/or erratic with respect to the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$. The secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ are often caused by motion of a patient in physiological measurements.

The signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are input to a reference processor 26. The reference processor 26 multiplies the second measured signal $S_{\lambda b}(t)$ by either a factor $r_a = s_{\lambda a}(t)/s_{\lambda b}(t)$ or a factor $r_v = n_{\lambda a}(t)/n_{\lambda b}(t)$ and then subtracts the second measured signal $S_{\lambda b}(t)$ from the first measured signal $S_{\lambda a}(t)$. The signal coefficient factors $r_a$ and $r_v$ are determined to cause either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ to cancel, respectively, when the two signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are subtracted. Thus, the output of the reference processor 26 is either a secondary reference signal $n'(t) = n_{\lambda a}(t) - r_a n_{\lambda b}(t)$, in FIG. 4a, which is correlated to both of the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ or a primary reference signal $s'(t) = s_{\lambda a}(t) - r_v s_{\lambda b}(t)$, in FIG. 4b, which is correlated to both of the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$. A reference signal $n'(t)$ or $s'(t)$ is input, along with one of the measured signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, to a correlation canceler 27 which uses the reference signal $n'(t)$ or $s'(t)$ to remove either the secondary signal portions $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$ or the primary signal portions $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$ from the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$. The output of the correlation canceler 27 is a good primary signal approximation $s''(t)$ or secondary signal approximation $n''(t)$. In one embodiment, the approximation $s''(t)$ or $n''(t)$ is displayed on a display 28.

In one embodiment, an adaptive noise canceler 30, an example of which is shown in block diagram form in FIG. 5a, is employed as the correlation canceler 27, to remove either one of the erratic, secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ from the first and second signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. The adaptive noise canceler 30 in FIG. 5a has as one input a sample of the secondary reference $n'(t)$ which is correlated to the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$. The secondary reference $n'(t)$ is determined from the two measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ by the processor 26 of the present invention as described herein. A second input to the adaptive noise canceler, is a sample of either the first or second composite measured signals $S_{\lambda a}(t) = s_{\lambda a}(t) + n_{\lambda a}(t)$ or $S_{\lambda b}(t) = s_{\lambda b}(t) + n_{\lambda b}(t)$.

The adaptive noise canceler 30, in FIG. 5b, may also be employed to remove either one of primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ from the first and second measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. The adaptive noise canceler 30 has as one input a sample of the primary reference $s'(t)$ which is correlated to the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$.

5,632,272

| 11 | 12 |

**11**

The primary reference s'(t) is determined from the two measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ by the processor **26** of the present invention as described herein. A second input to the adaptive noise canceler **30** is a sample of either the first or second measured signals $S_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t)$ or $S_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t)$.

The adaptive noise canceler **30** functions to remove frequencies common to both the reference n'(t) or s'(t) and the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$. Since the reference signals are correlated to either the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ or the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$, the reference signals will be correspondingly erratic or well behaved. The adaptive noise canceler **30** acts in a manner which may be analogized to a dynamic multiple notch filter based on the spectral distribution of the reference signal n'(t) or s'(t).

FIG. 5c illustrates an exemplary transfer function of a multiple notch filter. The notches, or dips in the amplitude of the transfer function, indicate frequencies which are attenuated or removed when a signal passes through the notch filter. The output of the notch filter is the composite signal having frequencies at which a notch is present removed. In the analogy to an adaptive noise canceler **30**, the frequencies at which notches are present change continuously based upon the inputs to the adaptive noise canceler **30**.

The adaptive noise canceler **30** (FIGS. 5a and 5b) produces an output signal, labeled herein as $s''_{\lambda a}(t)$, $s''_{\lambda b}(t)$, $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$ which is fed back to an internal processor **32** within the adaptive noise canceler **30**. The internal processor **32** automatically adjusts its own transfer function according to a predetermined algorithm such that the output of the internal processor **32** labeled $b_\lambda(t)$ in FIG. 5a and $c_\lambda(t)$ in FIG. 5b, closely resembles either the secondary signal portion $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$ or the primary signal portion $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$. The output $b_\lambda(t)$ of the internal processor **32** in FIG. 5a is subtracted from the measured signal, $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, yielding a signal output $s''_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t)-b_{\lambda a}(t)$ or a signal output $s''_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t)-b_{\lambda b}(t)$. The internal processor optimizes $s''_{\lambda a}(t)$ or $s''_{\lambda b}(t)$ such that $s''_{\lambda a}(t)$ or $s''_{\lambda b}(t)$ is approximately equal to the primary signal $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$, respectively. The output $c_\lambda(t)$ of the internal processor **32** in FIG. 5b is subtracted from the measured signal, $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, yielding a signal output given by $n''_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t)-c_{\lambda a}(t)$ or a signal output given by $n''_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t)-c_{\lambda b}(t)$. The internal processor optimizes $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$ such that $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$ is approximately equal to the secondary signal portion $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$, respectively.

One algorithm which may be used for the adjustment of the transfer function of the internal processor **32** is a least-squares algorithm, as described in Chapter 6 and Chapter 12 of the book *Adaptive Signal Processing* by Bernard Widrow and Samuel Stearns, published by Prentice Hall, copyright 1985. This entire book, including Chapters 6 and 12, is hereby incorporated herein by reference.

Adaptive processors **30** in FIGS. 5a and 5b have been successfully applied to a number of problems including antenna sidelobe canceling, pattern recognition, the elimination of periodic interference in general, and the elimination of echoes on long distance telephone transmission lines. However, considerable ingenuity is often required to find a suitable reference signal n'(t) or s'(t) since the portions $n_{\lambda a}(t)$, $n_{\lambda b}(t)$, $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ cannot easily be separated from the measured composite signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. If either the actual secondary portion $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$ or the primary signal portion $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$ were a priori available, techniques such as correlation cancellation would not be necessary.

**12**

**GENERALIZED DETERMINATION OF PRIMARY AND SECONDARY REFERENCE SIGNALS**

An explanation which describes how the reference signals n'(t) and s'(t) may be determined follows. A first signal is measured at, for example, a wavelength λa, by a detector yielding a signal $S_{\lambda a}(t)$:

$$S_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t) \qquad (1)$$

where $s_{\lambda a}(t)$ is the primary signal portion and $n_{\lambda a}(t)$ is the secondary signal portion.

A similar measurement is taken simultaneously, or nearly simultaneously, at a different wavelength, λb, yielding:

$$S_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t). \qquad (2)$$

Note that as long as the measurements, $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$, are taken substantially simultaneously, the secondary signal components, $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$, are correlated because any random or erratic functions affect each measurement in nearly the same fashion. The substantially predictable primary signal components, $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$, are also correlated to one another.

To obtain the reference signals n'(t) and s'(t), the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are transformed to eliminate, respectively, the primary or secondary signal components. In accordance with the present invention one way of doing this is to find proportionality constants, $r_a$ and $r_v$, between the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ and the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ such that the signals can be modeled as follows:

$$s_{\lambda a}(t)=r_a s_{\lambda b}(t)$$
$$n_{\lambda a}(t)=r_v n_{\lambda b}(t). \qquad (3)$$

In accordance with the inventive signal model of the present invention, these proportionality relationships can be satisfied in many measurements, including but not limited to absorption measurements and physiological measurements. Additionally, in accordance with the signal model of the present invention, in most measurements, the proportionality constants $r_a$ and $r_v$ can be determined such that:

$$n_{\lambda a}(t) \neq r_a n_{\lambda b}(t)$$
$$s_{\lambda a}(t) \neq r_v s_{\lambda b}(t). \qquad (4)$$

Multiplying equation (2) by $r_a$ and then subtracting equation (2) from equation (1) results in a single equation wherein the primary signal terms $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ cancel:

$$n'(t)=S_{\lambda a}(t)-r_a S_{\lambda b}(t)=n_{\lambda a}(t)-r_a n_{\lambda b}(t); \qquad (5a)$$

a non-zero signal which is correlated to each secondary signal portion $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ and can be used as the secondary reference n'(t) in a correlation canceler such as an adaptive noise canceler.

Multiplying equation (2) by $r_v$ and then subtracting equation (2) from equation (1) results in a single equation wherein the secondary signal terms $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ cancel, leaving:

$$s'(t)=S_{\lambda a}(t)-r_v S_{\lambda b}(t)=s_{\lambda a}(t)-r_v s_{\lambda b}(t); \qquad (5b)$$

a non-zero signal which is correlated to each of the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ and can be used as the signal reference s'(t) in a correlation canceler such as an adaptive noise canceler.

5,632,272

| 13 | 14 |

## EXAMPLE OF DETERMINATION OF PRIMARY AND SECONDARY REFERENCE SIGNALS IN AN ABSORPTIVE SYSTEM

Correlation canceling is particularly useful in a large number of measurements generally described as absorption measurements. An example of an absorption type monitor which can advantageously employ correlation canceling, such as adaptive noise canceling, based upon a reference $n'(t)$ or $s'(t)$ determined by a processor of the present invention is one which determines the concentration of an energy absorbing constituent within an absorbing material when the material is subject to change. Such changes can be caused by forces about which information is desired or primary, or alternatively, by random or erratic secondary forces such as a mechanical force on the material. Random or erratic interference, such as motion, generates secondary components in the measured signal. These secondary components can be removed or derived by the correlation canceler if a suitable secondary reference $n'(t)$ or primary reference $s'(t)$ is known.

A schematic N constituent absorbing material comprising a container **42** having N different absorbing constituents, labeled $A_1$, $A_2$, $A_3$, . . . $A_N$, is shown in FIG. 6a. The constituents $A_1$ through $A_N$ in FIG. 6a are arranged in a generally orderly, layered fashion within the container **42**. An example of a particular type of absorptive system is one in which light energy passes through the container **42** and is absorbed according to the generalized Beer-Lambert Law of light absorption. For light of wavelength λa, this attenuation may be approximated by:

$$I = I_o \exp\left(-\sum_{i=1}^{N} \epsilon_{i,\lambda a} c_i x_i\right) \qquad (6)$$

Initially transforming the signal by taking the natural logarithm of both sides and manipulating terms, the signal is transformed such that the signal components are combined by addition rather than multiplication, i.e.:

$$S_{\lambda a} = \ln(I_0/I) = \sum_{i=1}^{N} \epsilon_{i,\lambda a} c_i x_i \qquad (7)$$

where $I_0$ is the incident light energy intensity; I is the transmitted light energy intensity; $\epsilon_{i,\lambda a}$ is the absorption coefficient of the $i^{th}$ constituent at the wavelength λa; $x_i(t)$ is the optical path length of $i^{th}$ layer, i.e., the thickness of material of the $i^{th}$ layer through which optical energy passes; and $c_i(t)$ is the concentration of the $i^{th}$ constituent in the volume associated with the thickness $x_i(t)$. The absorption coefficients $\epsilon_1$ through $\epsilon_N$ are known values which are constant at each wavelength. Most concentrations $c_1(t)$ through $c_N(t)$ are typically unknown, as are most of the optical path lengths $x_i(t)$ of each layer. The total optical path length is the sum of each of the individual optical path lengths $x_i(t)$ of each layer.

When the material is not subject to any forces which cause change in the thicknesses of the layers, the optical path length of each layer, $x_i(t)$, is generally constant. This results in generally constant attenuation of the optical energy and thus, a generally constant offset in the measured signal. Typically, this offset portion of the signal is of little interest since knowledge about a force which perturbs the material is usually desired. Any signal portion outside of a known bandwidth of interest, including the constant undesired signal portion resulting from the generally constant absorption of the constituents when not subject to change, is removed. This is easily accomplished by traditional band pass filtering techniques. However, when the material is

subject to forces, each layer of constituents may be affected by the perturbation differently than other layers. Some perturbations of the optical path lengths of each layer $x_i(t)$ may result in excursions in the measured signal which represent desired or primary information. Other perturbations of the optical path length of each layer $x_i(t)$ cause undesired or secondary excursions which mask primary information in the measured signal. Secondary signal components associated with secondary excursions must also be removed to obtain primary information from the measured signal. Similarly, the ability to compute secondary signal components caused by secondary excursions directly allows one to obtain primary signal components from the measured signal via simple subtraction, or correlation cancellation techniques.

The correlation canceler may selectively remove from the composite signal, measured after being transmitted through or reflected from the absorbing material, either the secondary or the primary signal components caused by forces which perturb or change the material differently from the forces which perturbed or changed the material to cause respectively, either the primary or secondary signal component. For the purposes of illustration, it will be assumed that the portion of the measured signal which is deemed to be the primary signal $s_{\lambda a}(t)$ is the attenuation term $\epsilon_5 c_5 x_5(t)$ associated with a constituent of interest, namely $A_5$, and that the layer of constituent $A_5$ is affected by perturbations different than each of the layers of other constituents $A_1$ through $A_4$ and $A_6$ through $A_N$. An example of such a situation is when layer $A_5$ is subject to forces about which information is deemed to be primary and, additionally, the entire material is subject to forces which affect each of the layers. In this case, since the total force affecting the layer of constituent $A_5$ is different than the total forces affecting each of the other layers and information is deemed to be primary about the forces and resultant perturbation of the layer of constituent $A_5$, attenuation terms due to constituents $A_1$ through $A_4$ and $A_6$ through $A_N$ make up the secondary signal portion $n_{\lambda a}(t)$. Even if the additional forces which affect the entire material cause the same perturbation in each layer, including the layer of $A_5$, the total forces on the layer of constituent $A_5$ cause it to have different total perturbation than each of the other layers of constituents $A_1$ through $A_4$ and $A_6$ through $A_N$.

It is often the case that the total perturbation affecting the layers associated with the secondary signal components is caused by random or erratic forces. This causes the thicknesses of layers to change erratically and the optical path length of each layer, $x_i(t)$, to change erratically, thereby producing a random or erratic secondary signal component $n_{\lambda a}(t)$. However, regardless of whether or not the secondary signal portion $n_{\lambda a}(t)$ is erratic, the secondary signal component $n_{\lambda a}(t)$ can be either removed or derived via a correlation canceler, such as an adaptive noise canceler, having as one input, respectively, a secondary reference $n'(t)$ or a primary reference $s'(t)$ determined by a processor of the present invention as long as the perturbation on layers other than the layer of constituent $A_5$ is different than the perturbation on the layer of constituent $A_5$. The correlation canceler yields a good approximation to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$. In the event that an approximation to the primary signal is obtained, the concentration of the constituent of interest, $c_5(t)$, can often be determined since in some physiological measurements, the thickness of the primary signal component, $x_5(t)$ in this example, is known or can be determined.

The correlation canceler utilizes either the secondary reference $n'(t)$ or the primary reference $s'(t)$ determined from two substantially simultaneously measured signals $S_{\lambda a}(t)$

**Appx651**

5,632,272

**15**

and $S_{\lambda b}(t)$. $S_{\lambda a}(t)$ is determined as above in equation (7). $S_{\lambda a}(t)$ is determined similarly at a different wavelength $\lambda b$. To find either the secondary reference $n'(t)$ or the primary reference $s'(t)$, attenuated transmitted energy is measured at the two different wavelengths $\lambda a$ and $\lambda b$ and transformed via logarithmic conversion. The signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ can then be written (logarithm converted) as:

$$S_{\lambda a}(t) = \epsilon_{5,\lambda a} c_5 x_5(t) + \sum_{i=1}^{4} \epsilon_{i,\lambda a} c_i x_i + \sum_{i=6}^{N} \epsilon_{i,\lambda a} c_i x_i \tag{8}$$

$$S_{\lambda a(t)} = \epsilon_{5,\lambda a} c_5 x_5(t) + n_{\lambda a}(t) \tag{9}$$

$$S_{\lambda b(t)} = \epsilon_{5,\lambda b} c_5 x_5(t) + \sum_{i=1}^{4} \epsilon_{i,\lambda b} c_i x_i + \sum_{i=6}^{N} \epsilon_{i,\lambda b} c_i x_i \tag{10}$$

$$S_{\lambda b(t)} = \epsilon_{5,\lambda b} c_5 x_5(t) + n_{\lambda b}(t) \tag{11}$$

Further transformations of the signals are the proportionality relationships in accordance with the signal model of the present invention defining $r_a$ and $r_v$, similar to equation (3), which allows determination of a noise reference $n'(t)$ and a primary reference $s'(t)$. These are:

$$\epsilon_{5,\lambda a} = r_a \epsilon_{5,\lambda b} \tag{12a}$$

$$n_{\lambda a} = r_v n_{\lambda b} \tag{12b}$$

where

$$n_{\lambda a} \neq r_a n_{\lambda b} \tag{13a}$$

$$\epsilon_{5,\lambda a} \neq r_v \epsilon_{5,\lambda b}. \tag{13b}$$

It is often the case that both equations (12) and (13) can be simultaneously satisfied. Multiplying equation (11) by $r_a$ and subtracting the result from equation (9) yields a non-zero secondary reference which is a linear sum of secondary signal components:

$$n'(t) = S_{\lambda a}(t) - r_a S_{\lambda b}(t) = n_{\lambda a}(t) - r_a n_{\lambda b}(t) \tag{14a}$$

$$= \sum_{i=1}^{4} \epsilon_{i,\lambda a} c_i x_i(t) + \sum_{i=6}^{N} \epsilon_{i,\lambda a} c_i x_i(t) - \tag{15a}$$

$$\sum_{i=1}^{4} r_a \epsilon_{i,\lambda b} c_i x_i(t) + \sum_{i=6}^{N} r_a \epsilon_{i,\lambda b} c_i x_i(t)$$

$$= \sum_{i=1}^{4} c_i x_i(t) [\epsilon_{i,\lambda a} - r_a \epsilon_{i,\lambda b}] + \tag{16a}$$

$$\sum_{i=6}^{N} c_i x_i(t) [\epsilon_{i,\lambda a} - r_a \epsilon_{i,\lambda b}]$$

Multiplying equation (11) by $r_v$ and subtracting the result from equation (9) yields a primary reference which is a linear sum of primary signal components:

$$s'(t) = S_{\lambda a}(t) - r_v S_{\lambda b}(t) = s_{\lambda a}(t) - r_v s_{\lambda b}(t) \tag{14b}$$

$$= c_5 x_5(t) [\epsilon_{5,\lambda a} - r_v c_5 x_5(t)] \epsilon_{5,\lambda b} \tag{15b}$$

$$= c_5 x_5(t) [\epsilon_{5,\lambda a} - r_v \epsilon_{5,\lambda b}]. \tag{16b}$$

A sample of either the secondary reference $n'(t)$ or the primary reference $s'(t)$, and a sample of either measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, are input to a correlation canceler **27**, such as an adaptive noise canceler **30**, an example of which is shown in FIGS. 5a and 5b and a preferred example of which is discussed herein under the heading PREFERRED CORRELATION CANCELER USING A JOINT PROCESS ESTIMATOR IMPLEMENTATION. The correlation canceler **27** removes either the secondary portion $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$, or the primary portions, $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$, of the

**16**

measured signal yielding a good approximation to either the primary signals $s''_{\lambda a}(t) = \epsilon_{5,\lambda a} c_5 x_5(t)$ or $s''_{\lambda b}(t) = \epsilon_{5,\lambda b} c_5 x_5(t)$ or the secondary signals $n''_{\lambda a}(t) = n_{\lambda a}(t)$ or $n''_{\lambda b}(t) = n_{\lambda b}(t)$. In the event that the primary signals are obtained, the concentration $c_5(t)$ may then be determined from the approximation to the primary signal $s''_{\lambda a}(t)$ or $s''_{\lambda b}(t)$ according to:

$$c_5(t) = s''_{\lambda a}(t) / \epsilon_{5,\lambda a} x_5(t) \tag{17a}$$

or

$$c_5(t) = s''_{\lambda b}(t) / \epsilon_{5,\lambda b} x_5(t) \tag{17b}$$

As discussed previously, the absorption coefficients are constant at each wavelength $\lambda a$ and $\lambda b$ and the thickness of the primary signal component, $x_5(t)$ in this example, is often known or can be determined as a function of time, thereby allowing calculation of the concentration $c_5(t)$ of constituent $A_5$.

### DETERMINATION OF CONCENTRATION OR SATURATION IN A VOLUME CONTAINING MORE THAN ONE CONSTITUENT

Referring to FIG. 6b, another material having N different constituents arranged in layers is shown. In this material, two constituents $A_5$ and $A_6$ are found within one layer having thickness $x_{5,6}(t) = x_5(t) + x_6(t)$, located generally randomly within the layer. This is analogous to combining the layers of constituents $A_5$ and $A_6$ in FIG. 6a. A combination of layers, such as the combination of layers of constituents $A_5$ and $A_6$, is feasible when the two layers are under the same total forces which result in the same change of the optical path lengths $x_5(t)$ and $x_6(t)$ of the layers.

Often it is desirable to find the concentration or the saturation, i.e., a percent concentration, of one constituent within a given thickness which contains more than one constituent and is subject to unique forces. A determination of the concentration or the saturation of a constituent within a given volume may be made with any number of constituents in the volume subject to the same total forces and therefore under the same perturbation or change. To determine the saturation of one constituent in a volume comprising many constituents, as many measured signals as there are constituents which absorb incident light energy are necessary. It will be understood that constituents which do not absorb light energy are not consequential in the determination of saturation. To determine the concentration, as many signals as there are constituents which absorb incident light energy are necessary as well as information about the sum of concentrations.

It is often the case that a thickness under unique motion contains only two constituents. For example, it may be desirable to know the concentration or saturation of $A_5$ within a given volume which contains $A_5$ and $A_6$. In this case, the primary signals $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ comprise terms related to both $A_5$ and $A_6$ so that a determination of the concentration or saturation of $A_5$ or $A_6$ in the volume may be made. A determination of saturation is discussed herein. It will be understood that the concentration of $A_5$ in a volume containing both $A_5$ and $A_6$ could also be determined if it is known that $A_5 + A_6 = 1$, i.e., that there are no constituents in the volume which do not absorb incident light energy at the particular measurement wavelengths chosen. The measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ can be written (logarithm converted) as:

$$S_{\lambda a}(t) = \epsilon_{5,\lambda a} c_5 x_{5,6}(t) + \epsilon_{6,\lambda a} c_6 x_{5,6}(t) + n_{\lambda a}(t) \tag{18a}$$

$$= s_{\lambda a}(t) + n_{\lambda a}(t) \tag{18b}$$

5,632,272

**17**

$$S_{\lambda b}(t) = \epsilon_{5,\lambda b}c_5 x_{5,6}(t) + \epsilon_{6,\lambda b}c_6 x_{5,6}(t) + n_{\lambda b}(t) \qquad (19a)$$

$$= s_{\lambda b}(t) + n_{\lambda b}(t). \qquad (19b)$$

It is also often the case that there may be two or more thicknesses within a medium each containing the same two constituents but each experiencing a separate motion as in FIG. 6c. For example, it may be desirable to know the concentration or saturation of $A_5$ within a given volume which contains $A_5$ and $A_6$ as well as the concentration or saturation of $A_3$ within a given volume which contains $A_3$ and $A_4$, $A_3$ and $A_4$ having the same constituency as $A_5$ and $A_6$ respectively. In this case, the primary signals $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ again comprise terms related to both $A_5$ and $A_6$ and portions of the secondary signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ comprise terms related to both $A_3$ and $A_4$. The layers, $A_3$ and $A_4$, do not enter into the primary equation because they are assumed to be perturbed by a different frequency, or random or erratic secondary forces which are uncorrelated with the primary force. Since constituents **3** and **5** as well as constituents **4** and **6** are taken to be the same, they have the same absorption coefficients (i.e., $\epsilon_{3,\lambda a} = \epsilon_{5,\lambda a}$; $\epsilon_{3,\lambda b} = \epsilon_{5,\lambda a}$; $\epsilon_{4,\lambda a} = \epsilon_{6,\lambda a}$ and $\epsilon_{4,\lambda b} = \epsilon_{6,\lambda b}$. Generally speaking, however, $A_3$ and $A_4$ will have different concentrations than $A_5$ and $A_6$ and will therefore have a different saturation. Consequently a single constituent within a medium may have one or more saturations associated with it. The primary and secondary signals according to this model may be written as:

$$s_{\lambda a}(t) = [\epsilon_{5,\lambda a}c_5 + \epsilon_{6,\lambda a}c_6] x_{5,6}(t) \qquad (20a)$$

$$n_{\lambda a}(t) = [\epsilon_{3,\lambda a}c_3 + \epsilon_{3,\lambda a}c_4] x_{3,4}(t) + \sum_{i=1}^{2} \epsilon_{i,\lambda a} c_i x_i(t) + \sum_{i=7}^{N} \epsilon_{i,\lambda a} c_i x_i(t) \qquad (20b)$$

$$n_{\lambda a}(t) = [\epsilon_{3,\lambda a}c_3 + \epsilon_{3,\lambda a}c_4] x_{3,4}(t) + n_{\lambda a}(t) \qquad (20c)$$

$$s_{\lambda b}(t) = [\epsilon_{5,\lambda b}c_5 + \epsilon_{6,\lambda b}c_6] x_{5,6}(t) \qquad (21a)$$

$$n_{\lambda b}(t) = [\epsilon_{3,\lambda b}c_3 + \epsilon_{3,\lambda b}c_4] x_{3,4}(t) + \sum_{i=1}^{2} \epsilon_{i,\lambda b} c_i x_i(t) + \sum_{i=7}^{N} \epsilon_{i,\lambda b} c_i x_i(t) \qquad (21b)$$

$$n_{\lambda b}(t) = [\epsilon_{5,\lambda b}c_3 + \epsilon_{6,\lambda b}c_4] x_{3,4}(t) + n_{\lambda b}(t) \qquad (21c)$$

where signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ are similar to the secondary signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ except for the omission of the 3, 4 layer.

Any signal portions whether primary or secondary, outside of a known bandwidth of interest, including the constant undesired secondary signal portion resulting from the generally constant absorption of the constituents when not under perturbation, should be removed to determine an approximation to either the primary signal or the secondary signal within the bandwidth of interest. This is easily accomplished by traditional band pass filtering techniques. As in the previous example, it is often the case that the total perturbation or change affecting the layers associated with the secondary signal components is caused by random or erratic forces, causing the thickness of each layer, or the optical path length of each layer, $x_i(t)$, to change erratically, producing a random or erratic secondary signal component $n_{\lambda a}(t)$. Regardless of whether or not the secondary signal portion $n_{\lambda a}(t)$ is erratic, the secondary signal component $n_{\lambda a}(t)$ can be removed or derived via a correlation canceler, such as an adaptive noise canceler, having as one input a secondary reference n'(t) or a primary reference s'(t) determined by a processor of the present invention as long as the perturbation in layers other than the layer of constituents $A_5$ and $A_6$ is different than the perturbation in the layer of constituents $A_5$ and $A_6$. Either the erratic secondary signal components $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ or the primary components $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ may advantageously be removed from

**18**

equations (18) and (19), or alternatively equations (20) and (21), by a correlation canceler. The correlation canceler, again, requires a sample of either the primary reference s'(t) or the secondary reference n'(t) and a sample of either of the composite signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ of equations (18) and (19).

### DETERMINATION OF PRIMARY AND SECONDARY REFERENCE SIGNALS FOR SATURATION MEASUREMENTS

One method for determining reference signals s'(t) or n'(t) from the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ in accordance with one aspect of the invention is what will be referred to as the constant saturation approach. In this approach, it is assumed that the saturation of $A_5$ in the volume containing $A_5$ and $A_6$ and the saturation of $A_3$ in the volume containing $A_3$ and $A_4$ remains relatively constant over some period of time, i.e.:

$$\text{Saturation}(A_5(t)) = c_5(t)/[c_5(t) + c_6(t)] \qquad (22a)$$

$$\text{Saturation}(A_3(t)) = c_3(t)/[c_3(t) + c_4(t)] \qquad (22b)$$

$$\text{Saturation}(A_5(t)) = \{1 + [c_6(t)/c_5(t)]\}^{-1} \qquad (23a)$$

$$\text{Saturation}(A_3(t)) = \{1 + [c_4(t)/c_3(t)]\}^{-1} \qquad (23b)$$

are substantially constant over many samples of the measured signals $S_{\lambda a}$ and $S_{\lambda b}$. This assumption is accurate over many samples since saturation generally changes relatively slowly in physiological systems.

The constant saturation assumption is equivalent to assuming that:

$$c_5(t)/c_6(t) = \text{constant}_1 \qquad (24a)$$

$$c_3(t)/c_4(t) = \text{constant}_2 \qquad (24b)$$

since the only other term in equations (23a) and (23b) is a constant, namely the numeral 1.

Using this assumption, the proportionality constants $r_a$ and $r_v$ which allow determination of the secondary reference signal n'(t) and the primary reference signal s'(t) in the constant saturation method are:

$$r_a = \frac{\epsilon_{5,\lambda a} c_5 x_{5,6}(t) + \epsilon_{6,\lambda a} c_6 x_{5,6}(t)}{\epsilon_{5,\lambda b} c_5 x_{5,6}(t) + \epsilon_{6,\lambda b} c_6 x_{5,6}(t)} \qquad (25a)$$

$$= s_{\lambda a}(t)/s_{\lambda b}(t) \qquad (26a)$$

$$= \frac{\epsilon_{5,\lambda a} c_5 + \epsilon_{6,\lambda a} c_6}{\epsilon_{5,\lambda b} c_5 + \epsilon_{6,\lambda b} c_6} \qquad (27a)$$

$$= \frac{\epsilon_{5,\lambda a} (c_5/c_6) + \epsilon_{6,\lambda a}}{\epsilon_{5,\lambda b} (c_5/c_6) + \epsilon_{6,\lambda b}} \qquad (28a)$$

$$\approx s''_{\lambda a}(t)/s''_{\lambda b}(t) = \text{constant}_3; \text{ where} \qquad (29a)$$

$$n_{\lambda a}(t) \neq r_a(t) n_{\lambda b}(t) \qquad (30a)$$

and

$$r_v = \frac{\epsilon_{5,\lambda a} c_3 x_{3,4}(t) + \epsilon_{6,\lambda a} c_4 x_{3,4}(t)}{\epsilon_{5,\lambda b} c_3 x_{3,4}(t) + \epsilon_{6,\lambda b} c_4 x_{3,4}(t)} \qquad (25b)$$

$$= n_{\lambda a}(t)/n_{\lambda b}(t) \qquad (26b)$$

$$= \frac{\epsilon_{5,\lambda a} c_3 + \epsilon_{6,\lambda a} c_4}{\epsilon_{5,\lambda b} c_3 + \epsilon_{6,\lambda b} c_4} \qquad (27b)$$

$$= \frac{\epsilon_{5,\lambda a} (c_3/c_4) + \epsilon_{6,\lambda a}}{\epsilon_{5,\lambda b} (c_3/c_4) + \epsilon_{6,\lambda b}} \qquad (28b)$$

$$\approx n''_{\lambda a}(t)/n''_{\lambda b}(t) = \text{constant}_4; \text{ where} \qquad (29b)$$

$$s_{\lambda a}(t) \neq r_v(t) s_{\lambda b}(t). \qquad (30b)$$

In accordance with the present invention, it is often the case that both equations (26) and (30) can be simultaneously

5,632,272

| 19 | 20 |

satisfied to determine the proportionality constants $r_a$ and $r_v$. Additionally, the absorption coefficients at each wavelength $\epsilon_{5,\lambda a}$, $\epsilon_{6,\lambda a}$, $\epsilon_{5,\lambda b}$, and $\epsilon_{6,\lambda b}$ are constant and the central assumption of the constant saturation method is that $c_5(t)/c_6(t)$ and $c_3(t)/c_4(t)$ are constant over many sample periods. Thus, new proportionality constants $r_a$ and $r_v$ may be determined every few samples from new approximations to either the primary or secondary signal as output from the correlation canceler. Thus, the approximations to either the primary signals $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$, found by the correlation canceler for a substantially immediately preceding set of samples of the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are used in a processor of the present invention for calculating the proportionality constants, $r_a$ and $r_v$, for the next set of samples of the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$.

Multiplying equation (19) by $r_a$ and subtracting the resulting equation from equation (18) yields a non-zero secondary reference signal:

$$n'(t)=S_{\lambda a}(t)-r_a S_{\lambda b}(t)=n_{\lambda a}(t)-r_a n_{\lambda b}(t). \tag{31a}$$

Multiplying equation (19) by $r_v$ and subtracting the resulting equation from equation (18) yields a non-zero primary reference signal:

$$s'(t)=S_{\lambda a}(t)-r_v S_{\lambda b}(t)=s_{\lambda a}(t)-r_v s_{\lambda b}(t). \tag{31b}$$

When using the constant saturation method in patient monitoring, initial proportionality coefficients can be determined as further explained below. It is not necessary for the patient to remain motionless even for an initialization period. With values for the proportionality coefficients $r_a$ and $r_v$ determined, a correlation canceler may be utilized with a secondary reference $n'(t)$ or a primary reference $s'(t)$.

### DETERMINATION OF SIGNAL COEFFICIENTS FOR PRIMARY AND SECONDARY REFERENCE SIGNALS USING THE CONSTANT SATURATION METHOD

In accordance with one aspect of the present invention, the reference processor 26 of FIGS. 4a and FIG. 4b of the present invention may be configured to multiply the second measured assumed signal $S_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t)$ by each of a plurality of signal coefficients $r_1, r_2, \ldots r_n$ and then subtract each result from the first measured signal $S_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t)$ to obtain a plurality of reference signals

$$R'(r, t)=s_{\lambda a}(t)-r s_{\lambda b}(t)+n_{\lambda a}(t)-r n_{\lambda b}(t) \tag{32}$$

for $r=r_1, r_2, \ldots r_n$ as shown in FIG. 7a. In other words, a plurality of signal coefficients are chosen to represent a cross section of possible signal coefficients.

In order to determine either the primary reference $s'(t)$ or the secondary reference $n'(t)$ from the above plurality of reference signals of equation (32), signal coefficients $r_a$ and $r_v$ are determined from the plurality of assumed signal coefficients $r_1, r_2, \ldots r_n$. The coefficients $r_a$ and $r_v$ are selected such that they cause either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ to cancel or nearly cancel when they are substituted into the reference function $R'(r, t)$, e.g.

$$s_{\lambda a}(t)=r_a s_{\lambda b}(t) \tag{33a}$$

$$n_{\lambda a}(t)=r_v n_{\lambda b}(t) \tag{33b}$$

$$n'(t)=R'(r_a, t)=n_{\lambda a}(t)-r_a n_{\lambda b}(t) \tag{33c}$$

$$s'(t)=R'(r_v, t)=s_{\lambda a}(t)-r_v s_{\lambda b}(t). \tag{33d}$$

In other words, coefficients $r_a$ and $r_v$ are selected at values which reflect the minimum of correlation between the primary signal portions and the secondary signal portions. In practice, one does not usually have significant prior information about either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ of the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. The lack of this information makes it difficult to determine which of the plurality of coefficients $r_1, r_2, \ldots r_n$ correspond to the signal coefficients $r_a=s_{\lambda a}(t)/s_{\lambda b}(t)$ and $r_v=n_{\lambda a}(t)/n_{\lambda b}(t)$.

One approach to determine the signal coefficients $r_a$ and $r_v$ from the plurality of coefficients $r_1, r_2, \ldots r_n$ employs the use of a correlation canceler 27, such as an adaptive noise canceler, which takes a first input which corresponds to one of the measured signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ and takes a second input which corresponds to successively each one of the plurality of reference signals $R'(r_1, t), R'(r_2, t), \ldots, R'(r_n, t)$ as shown in FIG. 7a. For each of the reference signals $R'(r_1, t), R'(r_2, t), \ldots, R'(r_n, t)$ the corresponding output of the correlation canceler 27 is input to a "squares" operation 28 which squares the output of the correlation canceler 27. The output of the squares operation 28 is provided to an integrator 29 for forming a cumulative output signal (a summation of the squares). The cumulative output signal is subsequently input to an extremum detector 31. The purpose of the extremum detector 31 is to chose signal coefficients $r_a$ and $r_v$ from the set $r_1, r_2, \ldots r_n$ by observing which provide a maximum in the cumulative output signal as in FIGS. 7b and 7c. In other words, coefficients which provide a maximum integrated output, such as energy or power, from the correlation canceler 27 correspond to the signal coefficients $r_a$ and $r_v$ which relate to a minimum correlation between the primary signal portions and the secondary signal portions in accordance with the signal model of the present invention. One could also configure a system geometry which would require one to locate the coefficients from the set $r_1, r_2, \ldots r_n$ which provide a minimum or inflection in the cumulative output signal to identify the signal coefficients $r_a$ and $r_v$.

Use of a plurality of coefficients in the processor of the present invention in conjunction with a correlation canceler 27 to determine the signal coefficients $r_a$ and $r_v$ may be demonstrated by using the properties of correlation cancellation. If x, y and z are taken to be any collection of three time varying signals, then the properties of some correlation cancelers C(x, y) may be defined as follows:

Property (1) $C(x, y)=0$ for x, y correlated (34a)

Property (2) $C(x, y)=x$ for x, y uncorrelated (34b)

Property (3) $C(x+y, z)=C(x, z)+C(y, z)$ (34c)

With properties (1), (2) and (3) it is easy to demonstrate that the energy or power output of a correlation canceler with a first input which corresponds to one of the measured signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ and a second input which corresponds to successively each one of a plurality of reference signals $R'(r_1, t), R'(r_2, t), \ldots, R'(r_n, t)$ can determine the signal coefficients $r_a$ and $r_v$ needed to produce the primary reference $s'(t)$ and secondary reference $n'(t)$. If we take as a first input to the correlation canceler the measured signal $S_{\lambda a}(t)$ and as a second input the plurality of reference signals $R'(r_1, t), R'(r_2, t), \ldots, R'(r_n, t)$, then the outputs of the correlation canceler $C(S_{\lambda a}(t), R'(r_j, t))$ for $j=1, 2, \ldots, n$ may be written as

$$C(s_{\lambda a}(t)+n_{\lambda a}(t), s_{\lambda a}(t)-r_j s_{\lambda b}(t)+n_{\lambda a}(t)-r_j n_{\lambda b}(t)) \tag{35}$$

where $j=1, 2, \ldots, n$ and we have used the expressions

49

Appx654

5,632,272

**21**

$$R(r, t) = S_{\lambda a}(t) - r S_{\lambda b}(t) \tag{36}$$

$$S_{\lambda a}(t) = s_{\lambda a}(t) + n_{\lambda a}(t) \tag{37a}$$

$$S_{\lambda b}(t) = s_{\lambda b}(t) + n_{\lambda b}(t). \tag{37b}$$

The use of property (3) allows one to expand equation (35) into two terms

$$C(S_{\lambda a}(t), R'(r, t)) = C(s_{\lambda a}(t), s_{\lambda a}(t) - r s_{\lambda b}(t) + n_{\lambda a}(t) - m_{\lambda b}(t))$$

$$+ C(n_{\lambda a}(t), s_{\lambda a}(t) - r s_{\lambda b}(t) + n_{\lambda a}(t) - m_{\lambda b}(t)) \tag{38}$$

so that upon use of properties (1) and (2) the correlation canceler output is given by

$$C(S_{\lambda a}(t), R'(r_j, t)) = s_{\lambda a}(t) \delta(r_j - r_a) + n_{\lambda a}(t) \delta(r_j - r_v) \tag{39}$$

where $\delta(x)$ is the unit impulse function

$$\delta(x) = 0 \text{ if } x \neq 0$$

$$\delta(x) = 1 \text{ if } x = 0. \tag{40}$$

The time variable, t, of the correlation canceler output $C(S_{\lambda a}(t), R'(r_j, t))$ may be eliminated by computing its energy or power. The energy of the correlation canceler output is given by

$$E_{\lambda a}(r_j) = \int C^2(S_{\lambda a}(t), R'(r_j, t) dt$$

$$= \delta(r_j - r_a) \int s^2_{\lambda a}(t) dt + \delta(r_j - r_v) \int n^2_{\lambda a}(t) dt. \tag{41a}$$

It should be understood that one could, equally well, have chosen the measured signal $S_{\lambda b}(t)$ as the first input to the correlation canceler and the plurality of reference signals $R'(r_1, t), R'(r_2, t), \ldots, R'(r_n, t)$ as the second input. In this event, the correlation canceler energy output is

$$E_{\lambda b}(r_j) = \int C^2(S_{\lambda b}(t), R'(r, t) dt$$

$$= \delta(r_j - r_a) \int s^2_{\lambda b}(t) dt + \delta(r_j - r_v) \int n^2_{\lambda b}(t) dt. \tag{41b}$$

It should also be understood that in practical situations the use of discrete time measurement signals may be employed as well as continuous time measurement signals. A system which performs a discrete transform (e.g., a saturation transform in the present example) in accordance with the present invention is described with reference to FIGS. **11–22**. In the event that discrete time measurement signals are used, integration approximation methods such as the trapezoid rule, midpoint rule, Tick's rule, Simpson's approximation or other techniques may be used to compute the correlation canceler energy or power output. In the discrete time measurement signal case, the energy output of the correlation canceler may be written, using the trapezoid rule, as

$$E_{\lambda a}(r_j) = \delta(r_j - r_a) \Delta t \left\{ \sum_{i=0}^{n} s^2_{\lambda a}(t_i) - 0.5(s^2_{\lambda a}(t_0) + s^2_{\lambda a}(t_n)) \right\} + \tag{42a}$$

$$\delta(r_j - r_v) \Delta t \left\{ \sum_{i=0}^{n} n^2_{\lambda a}(t_i) - 0.5(n^2_{\lambda a}(t_0) + n^2_{\lambda a}(t_n)) \right\}$$

$$E_{\lambda b}(r) = \delta(r_j - r_a) \Delta t \left\{ \sum_{i=0}^{n} s^2_{\lambda b}(t_i) - 0.5(s^2_{\lambda b}(t_0) + s^2_{\lambda b}(t_n)) \right\} + \tag{42b}$$

$$\delta(r_j - r_v) \Delta t \left\{ \sum_{i=0}^{n} n^2_{\lambda b}(t_i) - 0.5(n^2_{\lambda b}(t_0) + n^2_{\lambda b}(t_n)) \right\}$$

where $t_i$ is the $i^{th}$ discrete time, $t_0$ is the initial time, $t_n$ is the final time and $\Delta t$ is the time between discrete time measurement samples.

**22**

The energy functions given above, and shown in FIG. **7b**, indicate that the correlation canceler output is usually zero due to correlation between the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ and many of the plurality of reference signals $R'(r_1, t), R'(r_2, t), \ldots, R'(r_n, t)$. However, the energy functions are non zero at values of $r_j$ which correspond to cancellation of either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ in the reference signal $R'(r_j, t)$. These values correspond to the signal coefficients $r_a$ and $r_v$.

It should be understood that there may be instances in time when either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ are identically zero or nearly zero. In these cases, only one signal coefficient value will provide maximum energy or power output of the correlation canceler.

Since there may be more than one signal coefficient value which provides maximum correlation canceler energy and power output, an ambiguity may arise. It may not be immediately obvious which signal coefficient together with the reference function $R'(r, t)$ provides either the primary or secondary reference. In such cases, it is necessary to consider the constraints of the physical system at hand. For example, in pulse oximetry, it is known that arterial blood, whose signature is the primary plethysmographic wave, has greater oxygen saturation than venous blood, whose signature is the secondary erratic or random signal. Consequently, in pulse oximetry, the ratio of the primary signals due to arterial pulsation $r_a = s_{\lambda a}(t)/s_{\lambda b}(t)$ is the smaller of the two signal coefficient values while the ratio of the secondary is signals due to mainly venous blood dynamics $r_v = n_{\lambda a}(t)/n_{\lambda b}(t)$ is the larger of the two signal coefficient values, assuming $\lambda a = 660$ nm and $\lambda b = 910$ nm.

It should also be understood that in practical implementations of the plurality of reference signals and cross correlator technique, the ideal features listed as properties (1), (2) and (3) above will not be precisely satisfied but will be approximations thereof. Therefore, in practical implementations of this embodiment of the present invention, the correlation canceler energy curves depicted in FIG. **7b** will not consist of infinitely narrow delta functions but will have finite width associated with them as depicted in FIG. **7c**.

It should also be understood that it is possible to have more than two signal coefficient values which produce maximum energy or power output from a correlation canceler. This situation arises when the measured signals each contain more than two components each of which are related by a ratio as follows:

$$S_{\lambda a}(t) = \sum_{i=0}^{n} f_{\lambda a,i}(t) \tag{43}$$

$$S_{\lambda b}(t) = \sum_{i=0}^{n} f_{\lambda b,i}(t)$$

where

$$f_{\lambda a,i}(t) = r_i f_{\lambda b,i}(t) \quad i = 1, \ldots, n$$

$$r_i \neq r_j.$$

Thus, reference signal techniques together with a correlation cancellation, such as an adaptive noise canceler, can be employed to decompose a signal into two or more signal components each of which is related by a ratio.

PREFERRED CORRELATION CANCELER
USING A JOINT PROCESS ESTIMATOR
IMPLEMENTATION

Once either the secondary reference n'(t) or the primary reference s'(t) is determined by the processor of the present

5,632,272

23

invention, the correlation canceler can be implemented in either hardware or software. The preferred implementation of a correlation canceler is that of an adaptive noise canceler using a joint process estimator.

The least mean squares (LMS) implementation of the internal processor 32 described above in conjunction with the adaptive noise canceler of FIGS. 5a and FIG. 5b is relatively easy to implement, but lacks the speed of adaptation desirable for most physiological monitoring applications of the present invention. Thus, a faster approach for adaptive noise canceling, called a least-squares lattice joint process estimator model, is used in one embodiment. A joint process estimator 60 is shown diagrammatically in FIG. 8 and is described in detail in Chapter 9 of *Adaptive Filter Theory* by Simon Haykin, published by Prentice-Hall, copyright 1986. This entire book, including Chapter 9, is hereby incorporated herein by reference.

The function of the joint process estimator is to remove either the secondary signal portions $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$ or the primary signal portions $s_{\lambda a}(t)$ or $S_{\lambda b}(t)$ from the measured signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, yielding either a primary signal approximation $s''_{\lambda a}(t)$ or $s_{\lambda b}(t)$ or a secondary signal approximation $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$. Thus, the joint process estimator estimates either the value of the primary signals $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$ or the secondary signals $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$. The inputs to the joint process estimator 60 are either the secondary reference n'(t) or the primary reference s'(t) and the composite measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$. The output is a good approximation to the signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ with either the secondary signal or the primary signal removed, i.e. a good approximation to either $s_{\lambda a}(t)$, $s_{\lambda b}(t)$, $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$.

The joint process estimator 60 of FIG. 8 utilizes, in conjunction, a least square lattice predictor 70 and a regression filter 80. Either the secondary reference n'(t) or the primary reference s'(t) is input to the least square lattice predictor 70 while the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ is input to the regression filter 80. For simplicity in the following description, $S_{\lambda a}(t)$ will be the measured signal from which either the primary portion $s_{\lambda a}(t)$ or the secondary portion $n_{\lambda a}(t)$ will be estimated by the joint process estimator 60. However, it will be noted that $S_{\lambda b}(t)$ could also be input to the regression filter 80 and the primary portion $s_{\lambda b}(t)$ or the secondary portion $n_{\lambda b}(t)$ of this signal could be estimated.

The joint process estimator 60 removes all frequencies that are present in both the reference n'(t) or s'(t), and the measured signal $S_{\lambda a}(t)$. The secondary signal portion $n_{\lambda a}(t)$ usually comprises frequencies unrelated to those of the primary signal portion $s_{\lambda a}(t)$. It is improbable that the secondary signal portion $n_{\lambda a}(t)$ would be of exactly the same spectral content as the primary signal portion $s_{\lambda a}(t)$. However, in the unlikely event that the spectral content of $s_{\lambda a}(t)$ and $n_{\lambda a}(t)$ are similar, this approach will not yield accurate results. Functionally, the joint process estimator 60 compares the reference input signal n'(t) or s'(t), which is correlated to either the secondary signal portion $n_{\lambda a}(t)$ or the primary signal portion $s_{\lambda a}(t)$, and input signal $S_{\lambda a}(t)$ and removes all frequencies which are identical. Thus, the joint process estimator 60 acts as a dynamic multiple notch filter to remove those frequencies in the secondary signal component $n_{\lambda a}(t)$ as they change erratically with the motion of the patient or those frequencies in the primary signal component $s_{\lambda a}(t)$ as they change with the arterial pulsation of the patient. This yields a signal having substantially the same spectral content and amplitude as either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$. Thus, the output $s''_{\lambda a}(t)$

24

or $n''_{\lambda a}(t)$ of the joint process estimator 60 is a very good approximation to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$.

The joint process estimator 60 can be divided into stages, beginning with a zero-stage and terminating in an $m^{th}$-stage, as shown in FIG. 8. Each stage, except for the zero-stage, is identical to every other stage. The zero-stage is an input stage for the joint process estimator 60. The first stage through the $m^{th}$-stage work on the signal produced in the immediately previous stage, i.e., the $(m-1)^{th}$-stage, such that a good primary signal approximation $s''_{\lambda a}(t)$ or secondary signal approximation $n''_{\lambda a}(t)$ is produced as output from the $m^{th}$-stage.

The least-squares lattice predictor 70 comprises registers 90 and 92, summing elements 100 and 102, and delay elements 110. The registers 90 and 92 contain multiplicative values of a forward reflection coefficient $\Gamma_{f,m}(t)$ and a backward reflection coefficient $\Gamma_{b,m}(t)$ which multiply the reference signal n'(t) or s'(t) and signals derived from the reference signal n'(t) or s'(t). Each stage of the least-squares lattice predictor outputs a forward prediction error $f_m(t)$ and a backward prediction error $b_m(t)$. The subscript m is indicative of the stage.

For each set of samples, i.e. one sample of the reference signal n'(t) or s'(t) derived substantially simultaneously with one sample of the measured signal $S_{\lambda a}(t)$, the sample of the reference signal n'(t) or s'(t) is input to the least-squares lattice predictor 70. The zero-stage forward prediction error $f_0(t)$ and the zero-stage backward prediction error $b_0(t)$ are set equal to the reference signal n'(t) or s'(t). The backward prediction error $b_0(t)$ is delayed by one sample period by the delay element 110 in the first stage of the least-squares lattice predictor 70. Thus, the immediately previous value of the reference n'(t) or s'(t) is used in calculations involving the first-stage delay element 110. The zero-stage forward prediction error is added to the delayed zero-stage backward prediction error $b_0(t-1)$ multiplied by the forward reflection coefficient value $\Gamma_{f,1}(t)$ register 92 value, to produce a first-stage forward prediction error $f_1(t)$. Additionally, the zero-stage forward prediction error $f_0(t)$ is multiplied by the backward reflection coefficient $\Gamma_{b,1}(t)$ register 90 value and added to the delayed zero-stage backward prediction error $b_0(t-1)$ to produce a first-stage backward prediction error $b_1(t)$. In each subsequent stage, m, of the least square lattice predictor 70, the previous forward and backward prediction error values, $f_{m-1}(t)$ and $b_{m-1}(t-1)$, the backward prediction error being delayed by one sample period, are used to produce values of the forward and backward prediction errors for the present stage, $f_m(t)$ and $b_m(t)$.

The backward prediction error $b_m(t)$ is fed to the concurrent stage, m, of the regression filter 80. There it is input to a register 96, which contains a multiplicative regression coefficient value $\kappa_{m,\lambda a}(t)$. For example, in the zero-stage of the regression filter 80, the zero-stage backward prediction error $b_0(t)$ is multiplied by the zero-stage regression coefficient $\kappa_{0,\lambda a}(t)$ register 96 value and subtracted from the measured value of the signal $S_{\lambda a}(t)$ at a summing element 106 to produce a first stage estimation error signal $e_{1,\lambda a}(t)$. The first-stage estimation error signal $e_{1,\lambda a}(t)$ is a first approximation to either the primary signal or the secondary signal. This first-stage estimation error signal $e_{1,\lambda a}(t)$ is input to the first-stage of the regression filter 80. The first-stage backward prediction error $b_1(t)$, multiplied by the first-stage regression coefficient $\kappa_{1,\lambda a}(t)$ register 96 value is subtracted from the first-stage estimation error signal $e_{1,\lambda a}(t)$ to produce the second-stage estimation error $e_{2,\lambda a}(t)$. The second-stage estimation error signal $e_{2,\lambda a}(t)$ is a second, somewhat better

approximation to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$.

The same processes are repeated in the least-squares lattice predictor **70** and the regression filter **80** for each stage until a good approximation $e_{m,\lambda a}(t)$, to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$ is determined. Each of the signals discussed above, including the forward prediction error $f_m(t)$, the backward prediction error $b_m(t)$, the estimation error signal $e_{m,\lambda a}(t)$, is necessary to calculate the forward reflection coefficient $\Gamma_{f,m}(t)$, the backward reflection coefficient $\Gamma_{b,m}(t)$, and the regression coefficient $\kappa_{m,\lambda a}(t)$ register **90, 92**, and **96** values in each stage, m. In addition to the forward prediction error $f_m(t)$, the backward prediction error $b_m(t)$, and the estimation error $e_{m,\lambda a}(t)$ signals, a number of intermediate variables, not shown in FIG. **8** but based on the values labeled in FIG. **8**, are required to calculate the forward reflection coefficient $\Gamma_{f,m}(t)$, the backward reflection coefficient $\Gamma_{f,m}(t)$, and the regression coefficient $\kappa_{m,\lambda a}(t)$ register **90,92**, and **96** values.

Intermediate variables include a weighted sum of the forward prediction error squares $\Im_m(t)$, a weighted sum of the backward prediction error squares $\beta(t)$, a scalar parameter $\Delta_m(t)$, a conversion factor $\gamma_m(t)$, and another scalar parameter $\rho_{m,\lambda a}(t)$. The weighted sum of the forward prediction errors $\Im_m(t)$ is defined as:

$$\Im_m(t) = \sum_{i=1}^{t} \lambda^{t-i} f_m(i)^2; \tag{44}$$

where $\lambda$ without a wavelength identifier, a or b, is a constant multiplicative value unrelated to wavelength and is typically less than or equal to one, i.e., $\lambda \leq 1$. The weighted sum of the backward prediction errors $\beta_m(t)$ is defined as:

$$\beta_m(t) = \sum_{i=1}^{t} \lambda^{t-i} b_m(i)^2 \tag{45}$$

where, again, $\lambda$ without a wavelength identifier, a or b, is a constant multiplicative value unrelated to wavelength and is typically less than or equal to one, i.e., $\lambda \leq 1$. These weighted sum intermediate error variables can be manipulated such that they are more easily solved for, as described in Chapter 9, §9.3 of the Haykin book referenced above and defined hereinafter in equations (59) and (60).

## DESCRIPTION OF THE JOINT PROCESS ESTIMATOR

The operation of the joint process estimator **60** is as follows. When the joint process estimator **60** is turned on, the initial values of intermediate variables and signals including the parameter $\Delta_{m-1}(t)$, the weighted sum of the forward prediction error signals $\Im_{m-1}(t)$, the weighted sum of the backward prediction error signals $\beta_{m-1}(t)$, the parameter $\rho_{m,\lambda a}(t)$, and the zero-stage estimation error $e_{0,\lambda a}(t)$ are initialized, some to zero and some to a small positive number $\delta$:

$$\Delta_{m-1}(0) = 0; \tag{46}$$

$$\Im_{m-1}(0) = \delta; \tag{47}$$

$$\beta_{m-1}(0) = \delta; \tag{48}$$

$$\rho_{m,\lambda a}(0) = 0; \tag{49}$$

$$e_{0,\lambda a}(t) = S_{\lambda a}(t) \text{ for } t \geq 0. \tag{50}$$

After initialization, a simultaneous sample of the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ and either the secondary refer-

ence n'(t) or the primary reference s'(t) are input to the joint process estimator **60**, as shown in FIG. **8**. The forward and backward prediction error signals $f_0(t)$ and $b_0(t)$, and intermediate variables including the weighted sums of the forward and backward error signals $\Im_0(t)$ and $\beta_0(t)$, and the conversion factor $\gamma_0(t)$ are calculated for the zero-stage according to:

$$f_0(t) = b_0(t) = n'(t) \tag{51a}$$

$$\Im_0(t) = \beta_0(t) = \lambda \Im_0(t-1) + |n'(t)|^2 \tag{52a}$$

$$\gamma_0(t-1) = 1 \tag{53a}$$

if a secondary reference n'(t) is used or according to:

$$f_0(t) = b_0(t) = s'(t) \tag{51b}$$

$$\Im_0(t) = \beta_0(t) = \lambda \Im_0(t-1) + |s'(t)|^2 \tag{52b}$$

$$\gamma_0(t-1) = 1 \tag{53b}$$

if a primary reference s'(t) is used where, again, $\lambda$ without a wavelength identifier, a or b, is a constant multiplicative value unrelated to wavelength.

Forward reflection coefficient $\Gamma_{f,m}(t)$, backward reflection coefficient $\Gamma_{b,m}(t)$, and regression coefficient $\kappa_{m,\lambda a}(t)$ register **90, 92** and **96** values in each stage thereafter are set according to the output of the previous stage. The forward reflection coefficient $\Gamma_{f,1}(t)$, backward reflection coefficient $\Gamma_{b,1}(t)$, and regression coefficient $\kappa_{1,\lambda a}(t)$ register **90, 92** and **96** values in the first stage are thus set according to the algorithm using values in the zero-stage of the joint process estimator **60**. In each stage, $m \geq 1$, intermediate values and register values including the parameter $\Delta_{m-1}(t)$; the forward reflection coefficient $\Gamma_{f,m}(t)$ register **90** value; the backward reflection coefficient $\Gamma_{b,m}(t)$ register **92** value; the forward and backward error signals $f_m(t)$ and $b_m(t)$; the weighted sum of squared forward prediction errors $\Im_{f,m}(t)$ as manipulated in §9.3 of the Haykin book; the weighted sum of squared backward prediction errors $\Im_{b,m}(t)$, as manipulated in §9.3 of the Haykin book; the conversion factor $\gamma_m(t)$; the parameter $\rho_{m,\lambda a}(t)$; the regression coefficient $\kappa_{m,\lambda a}(t)$ register **96** value; and the estimation error $e_{m+1,\lambda a}(t)$ value are set according to:

$$\Delta_{m-1}(t) = \lambda \Delta_{m-1}(t-1) + \{b_{m-1}(t-1)f^*_{m-1}(t)/\gamma_{m-1}(t-1)\} \tag{54}$$

$$\Gamma_{f,m}(t) = -\{\Delta_{m-1}(t)/\beta_{m-1}(t-1)\} \tag{55}$$

$$\Gamma_{b,m}(t) = -\{\Delta^*_{m-1}(t)/\Im_{m-1}(t)\} \tag{56}$$

$$f_m(t) = f_{m-1}(t) + \Gamma^*_{f,m}(t)b_{m-1}(t-1) \tag{57}$$

$$b_m(t) = b_{m-1}(t-1) + \Gamma^*_{b,m}(t)f_{m-1}(t) \tag{58}$$

$$\Im_m(t) = \Im_{m-1}(t) - \{\Delta_{m-1}(t)|^2/\beta_{m-1}(t-1)\} \tag{59}$$

$$\beta_m(t) = \beta_{m-1}(t-1) - \{\Delta_{m-1}(t)|^2/\Im_{m-1}(t)\} \tag{60}$$

$$\gamma_m(t-1) = \gamma_{m-1}(t-1) - \{b_{m-1}(t-1)|^2/\beta_{m-1}(t-1)\} \tag{61}$$

$$\rho_{m,\lambda a}(t) = \lambda \rho_{m,\lambda a}(t-1) + \{b_m(t)e^*_{m,\lambda a}(t)/\gamma_m(t)\} \tag{62}$$

$$\kappa_{m,\lambda a}(t) = \{\rho_{m,\lambda a}(t)/\beta_m(t)\} \tag{63}$$

$$e_{m+1,\lambda a}(t) = e_{m,\lambda a}(t) - \kappa^*_m(t)b_m(t) \tag{64}$$

where a (*) denotes a complex conjugate.

These equations cause the error signals $f_m(t)$, $b_m(t)$, $e_{m,\lambda a}(t)$ to be squared or to be multiplied by one another, in effect squaring the errors, and creating new intermediate error values, such as $\Delta_{m-1}(t)$. The error signals and the interme-

5,632,272

27

diate error values are recursively tied together, as shown in the above equations (54) through (64). They interact to minimize the error signals in the next stage.

After a good approximation to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$ has been determined by the joint process estimator 60, a next set of samples, including a sample of the measured signal $S_{\lambda a}(t)$ and a sample of either the secondary reference $n'(t)$ or the primary reference $s'(t)$, are input to the joint process estimator 60. The re-initialization process does not re-occur, such that the forward and backward reflection coefficient $\Gamma_{f,m}(t)$ and $\Gamma_{b,m}$ (t) register 90, 92 values and the regression coefficient $\kappa_{m,\lambda a}(t)$ register 96 value reflect the multiplicative values required to estimate either the primary signal portion $s_{\lambda a}(t)$ or the secondary signal portion $n_{\lambda a}(t)$ of the sample of $S_{\lambda a}(t)$ input previously. Thus, information from previous samples is used to estimate either the primary or secondary signal portion of a present set of samples in each stage.

In a more numerically stable and preferred embodiment of the above described joint process estimator, a normalized joint process estimator is used. This version of the joint process estimator normalizes several variables of the above-described joint process estimator such that the normalized variables fall between −1 and 1. The derivation of the normalized joint process estimator is motivated in the Haykin text as problem 12 on page 640 by redefining the variables defined according to the following conditions:

$$\tilde{f}_m(t) = \frac{f_m(t)}{\sqrt{\Im_m(t)\gamma_m(t-1)}}$$

$$\tilde{b}(t) = \frac{b_m(t)}{\sqrt{\beta_m(t)\gamma_m(t)}}$$

$$\tilde{\Delta}_m(t) = \frac{\Delta_m(t)}{\sqrt{\Im_m(t)\beta_m(t-1)}}$$

This transformation allows the conversion of Equations (54)–(64) to the following normalized equations:

$$\tilde{\Delta}_{m-1}(t) = \tilde{\Delta}_{m-1}(t-1)[1 - \tilde{f}_{m-1}(t)]^2]^{1/2}[1 -$$

$$\tilde{b}_{m-1}(t-1)]^2]^{1/2} + \tilde{b}_{m-1}(t-1)\tilde{f}_{m-1}(t)$$

$$\tilde{b}_m(t) = \frac{[\tilde{b}_{m-1}(t-1) - \tilde{\Delta}_{m-1}(t)\tilde{f}_{m-1}(t)]}{[1 - \tilde{\Delta}_{m-1}(t)]^2]^{1/2}[1 - \tilde{f}_{m-1}(t)]^2]^{1/2}}$$

$$\tilde{f}_m(t) = \frac{[\tilde{f}_{m-1}(t) - \tilde{\Delta}_{m-1}(t)\tilde{b}_{m-1}(t-1)]}{[1 - \tilde{\Delta}_{m-1}(t)]^2]^{1/2}[1 - \tilde{b}_{m-1}(t-1)]^2]^{1/2}}$$

$$\beta_m(t) = [1 - \tilde{b}_{m-1}(t)]^2]\beta_{m-1}(t-1)$$

$$\gamma_m(t) = \gamma_{m-1}(t)[1 - \tilde{b}_{m-1}(t)]^2]$$

$$\rho_m(t) = \lambda \cdot \left[ \frac{\gamma_m(t)\beta_m(t-1)}{\gamma_m(t-1)\beta_m(t)} \right]^{1/2} \rho_m(t-1) + \tilde{b}_m(t)\epsilon_m(t)$$

$$\epsilon_{m+1,\lambda a}(t) = \epsilon_{m,\lambda a}(t) - \rho_m(t)\tilde{b}_m(t)$$

Initialization of Normalized Joint Process Estimator

Let N(t) be defined as the reference noise input at time index n and U(t) be defined as combined signal plus noise input at time index t the following equations apply (see Haykin, p. 619):

1. To initialize the algorithm, at time t=0 set

28

$$\tilde{\Delta}_{m-1}(0) = 0$$

$$\beta_{m-1}(0) = \delta = 10^{-6}$$

$$\gamma_0(0) = 1$$

2. At each instant $t \geqq 1$, generate the various zeroth-order variables as follows:

$$\gamma_0(t-1) = 1$$

$$\beta_0(t) = \lambda\beta_0(t-1) + N^2(t)$$

$$\tilde{b}_0(t) = \tilde{f}_0(t) = \frac{N(t)}{\sqrt{\beta_0(t)}}$$

3. For regression filtering, initialize the algorithm by setting at time index t=0

$$\rho_m(0) = 0$$

4. At each instant $t \geqq 1$, generate the zeroth-order variable

$$\epsilon_0(t) = U(t).$$

Accordingly, a normalized joint process estimator can be used for a more stable system.

In yet another embodiment, the correlation cancellation is performed with a QRD algorithm as shown diagrammatically in FIG. 8a and as described in detail in Chapter 18 of *Adaptive Filter Theory* by Simon Haykin, published by Prentice-Hall, copyright 1986.

The following equations adapted from the Haykin book correspond to the QRD-LSL diagram of FIG. 8a (also adapted from the Haykin book).

Computations

a. Predictions: For time t=1, 2, . . . , and prediction order m=1, 2, . . . , M, where M is the final prediction order, compute:

$$\beta_{m-1}(t-1) = \lambda\beta_{m-1}(t-2) + |\epsilon_{b,m-1}(t-1)|^2$$

$$c_{b,m-1}(t+1) = \frac{\lambda^{1/2}\beta_{m-1}^{1/2}(t-2)}{\beta_{m-1}^{1/2}(t-1)}$$

$$s_{b,m-1}(t-1) = \frac{\epsilon_{b,m-1}^*(t-1)}{\beta_{m-1}^{1/2}(t-1)}$$

$$\epsilon_{f,m}(t) = c_{b,m-1}(t-1)\epsilon_{f,m-1}(t) - s_{b,m-1}^*(t-1)\lambda^{1/2}\pi_{f,m-1}^*(t-1)$$

$$\pi_{f,m}^*(t) = c_{b,m-1}(t-1)\lambda^{1/2}\pi_{f,m-1}^*(t-1) + s_{b,m-1}(t-1)\epsilon_{f,m}(t)$$

$$\gamma_{m-1}^{1/2}(t-1) = c_{b,m-1}(t-1)\gamma_{m-1}^{1/2}(t-1)$$

$$\Im_{m-1}(t) = \lambda\Im_{m-1}(t-1) + |\epsilon_{f,m-1}(t)|^2$$

$$c_{f,m-1}(t) = \frac{\lambda^{1/2}\Im_{m-1}^{1/2}(t-1)}{\Im_{m-1}^{1/2}(t)}$$

$$s_{f,m-1}(t) = \frac{\epsilon_{f,m-1}^*(t)}{\Im_{m-1}^{1/2}(t)}$$

$$\epsilon_{b,m-1}(t) = c_{f,m-1}(t)\epsilon_{b,m-1}(t-1) - s_{f,m-1}^*(t)\lambda^{1/2}\pi_{b,m-1}^*(t-1)$$

5,632,272

## 29

-continued

$$\pi_{b,m-1}^*(t) = c_{f,m-1}(t)\lambda^{1/2}\pi_{b,m-1}^*(t-1) + s_{f,m-1}(t)\in_{b,m-1}(t-1)$$

b. Filtering: For order $m = 0, 1, \ldots, M-1$; and time

$t = 1, 2, \ldots$, compute

$$\beta_m(t) = \lambda\beta_m(t-1) + |\in_{b,m}(t)|^2$$

$$c_{b,m}(t) = \frac{\lambda^{1/2}\beta_m^{1/2}(t-1)}{\beta_m^{1/2}(t)}$$

$$s_{b,m}(t) = \frac{\in_{b,m}^*(t)}{\beta_m^{1/2}(t)}$$

$$\in_{m+1}(t) = c_{b,m}(t)\in_m(t) - s_{b,m}^*(t)\lambda^{1/2}\rho_m^*(t-1)$$

$$\rho_m^*(t) = c_{b,m}(t)\lambda^{1/2}\rho_m^*(t-1) + s_{b,m}(t)\in_m(t)$$

$$\gamma_{m+1}^{1/2}(t) = c_{b,m}(t)\gamma_m^{1/2}(t)$$

$$\varepsilon_{m+1}(t) = \lambda_{m+1}^{1/2}(t)\in_{m+1}(t)$$

5. Initialization

a. Auxiliary parameter initialization: for order $m = 1, 2, \ldots, M$, set

$$\pi_{f,m-1}(0) = \pi_{b,m-1}(0) = 0$$

$$p_m(0) = 0$$

b. Soft constraint initialization: For order $m = 0, 1, \ldots, M$, set

$$\beta_m(-1) = \delta$$

$$\Im_m(0) = \delta$$

where $\delta$ is a small positive constant.

c. Data initialization: For $t = 1, 2, \ldots$, compute

$$\in_{f,0}(t) = \in_{b,0}(t) = \mu(t)$$

$$\in_0(t) = d(t)$$

$$\gamma_0(t) = 1$$

where $\mu(t)$ is the input and $d(t)$ is the desired response at time t.

### FLOWCHART OF JOINT PROCESS ESTIMATOR

In a signal processor, such as a physiological monitor incorporating a reference processor of the present invention to determine a reference n'(t) or s'(t) for input to a correlation canceler, a joint process estimator 60 type adaptive noise canceler is generally implemented via a software program having an iterative loop. One iteration of the loop is analogous to a single stage of the joint process estimator as shown in FIG. 8. Thus, if a loop is iterated m times, it is equivalent to an m stage joint process estimator 60.

A flow chart of a subroutine to estimate the primary signal portion $s_{\lambda a}(t)$ or the secondary signal portion $n_{\lambda a}(t)$ of a measured composite signal, $S_{\lambda a}(t)$ is shown in FIG. 9. The flow chart illustrates the function of a reference processor

## 30

for determining either the secondary reference n'(t) or the primary reference s'(t). The flowchart for the joint process estimator is implemented in software.

A one-time initialization is performed when the physiological monitor is powered-on, as indicated by an "INITIALIZE NOISE CANCELER" action block 120. The initialization sets all registers 90, 92, and 96 and delay element variables 110 to the values described above in equations (46) through (50).

Next, a set of simultaneous samples of the composite measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ is input to the subroutine represented by the flowchart in FIG. 9. Then a time update of each of the delay element program variables occurs, as indicated in a "TIME UPDATE OF $[Z^{-1}]$ ELEMENTS" action block 130. The value stored in each of the delay element variables 110 is set to the value at the input of the delay element variable 110. Thus, the zero-stage backward prediction error $b_0(t)$ is stored as the first-stage delay element variable, and the first-stage backward prediction error $b_1(t)$ is stored as the second-stage delay element variable, and so on.

Then, using the set of measured signal samples $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$, the reference signal is obtained using the ratiometric or the constant saturation methods described above. This is indicated by a "CALCULATE REFERENCE [n'(t) or s'(t)] FOR TWO MEASURED SIGNAL SAMPLES" action block 140.

A zero-stage order update is performed next as indicated in a "ZERO-STAGE UPDATE" action block 150. The zero-stage backward prediction error $b_0(t)$, and the zero-stage forward prediction error $f_0(t)$ are set equal to the value of the reference signal n'(t) or s'(t). Additionally, the weighted sum of the forward prediction errors $\Im_m(t)$ and the weighted sum of backward prediction errors $\beta_m(t)$ are set equal to the value defined in equations (47) and (48).

Next, a loop counter, m, is initialized as indicated in a "m=0" action block 160. A maximum value of m, defining the total number of stages to be used by the subroutine corresponding to the flowchart in FIG. 9, is also defined. Typically, the loop is constructed such that it stops iterating once a criterion for convergence upon a best approximation to either the primary signal or the secondary signal has been met by the joint process estimator 60. Additionally, a maximum number of loop iterations may be chosen at which the loop stops iteration. In a preferred embodiment of a physiological monitor of the present invention, a maximum number of iterations, m=6 to m=10, is advantageously chosen.

Within the loop, the forward and backward reflection coefficient $\Gamma_{f,m}(t)$ and $\Gamma_{b,m}(t)$ register 90 and 92 values in the least-squares lattice filter are calculated first, as indicated by the "ORDER UPDATE MTH CELL OF LSL-LATTICE" action block 170 in FIG. 9. This requires calculation of intermediate variable and signal values used in determining register 90, 92, and 96 values in the next stage, the next stage, and in the regression filter 80.

The calculation of regression filter register 96 value $\kappa_{m,\lambda a}(t)$ is performed next, indicated by the "ORDER UPDATE MTH STAGE OF REGRESSION FILTER(S)" action block 180. The two order update action blocks 170 and 180 are performed in sequence m times, until m has reached its predetermined maximum (in the preferred embodiment, m=6 to m=10) or a solution has been converged upon, as indicated by a YES path from a "DONE" decision block 190. In a computer subroutine, convergence is determined by checking if the weighted sums of the

5,632,272

31

forward and backward prediction errors $\mathfrak{I}_m(t)$ and $\beta_m(t)$ are less than a small number. An output is calculated next, as indicated by a "CALCULATE OUTPUT" action block 200. The output is a good approximation to either the primary signal or secondary signal, as determined by the reference processor 26 and joint process estimator 60 subroutine corresponding to the flow chart of FIG. 9. This is displayed (or used in a calculation in another subroutine), as indicated by a "TO DISPLAY" action block 210.

A new set of samples of the two measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ is input to the processor and joint process estimator 60 adaptive noise canceler subroutine corresponding to the flowchart of FIG. 9 and the process reiterates for these samples. Note, however, that the initialization process does not re-occur. New sets of measured signal samples $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are continuously input to the reference processor 26 and joint process estimator adaptive noise canceler subroutine. The output forms a chain of samples which is representative of a continuous wave. This waveform is a good approximation to either the primary signal waveform $s_{\lambda a}(t)$ or the secondary waveform $n_{\lambda a}(t)$ at wavelength $\lambda a$. The waveform may also be a good approximation to either the primary signal waveform $s_{\lambda b}(t)$ or the secondary waveform $n''_{\lambda a}(t)$ at wavelength $\lambda b$.

A corresponding flowchart for the QRD algorithm of FIG. 8a is depicted in FIG. 9a, with reference numeral corresponding in number with an 'a' extension

### CALCULATION OF SATURATION FROM CORRELATION CANCELER OUTPUT

Physiological monitors may use the approximation of the primary signals $s''_{\lambda a}(t)$ or $s''_{\lambda b}(t)$ or the secondary signals $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$ to calculate another quantity, such as the saturation of one constituent in a volume containing that constituent plus one or more other constituents. Generally, such calculations require information about either a primary or secondary signal at two wavelengths. For example, the constant saturation method requires a good approximation of the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ of both measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. The arterial saturation is determined from the approximations to both signals, i.e. $s''_{\lambda a}(t)$ and $s''_{\lambda b}(t)$. The constant saturation method also requires a good approximation of the secondary signal portions $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$. An estimate of the venous saturation may be determined from the approximations to these signals i.e. $n''_{\lambda a}(t)$ and $n''_{\lambda b}(t)$.

A joint process estimator 60 having two regression filters 80a and 80b is shown in FIG. 10. A first regression filter 80a accepts a measured signal $S_{\lambda a}(t)$. A second regression filter 80b accepts a measured signal $S_{\lambda b}(t)$ for a use of the constant saturation method to determine the reference signal n'(t) or s'(t). The first and second regression filters 80a and 80b are independent. The backward prediction error $b_m(t)$ is input to each regression filter 80a and 80b, the input for the second regression filter 80b bypassing the first regression filter 80a.

The second regression filter 80b comprises registers 98, and summing elements 108 arranged similarly to those in the first regression filter 80a. The second regression filter 80b operates via an additional intermediate variable in conjunction with those defined by equations (54) through (64), i.e.:

$$\rho_{m,\lambda b}(t) = \lambda \rho_{m,\lambda b}(t-1) + \{b_m(t)e^*_{m,\lambda b}(t)/\gamma_m(t)\}; \text{ and} \tag{65}$$

$$\rho_{0,\lambda b}(0) = 0. \tag{66}$$

The second regression filter 80b has an error signal value defined similar to the first regression filter error signal values, $e_{m+1,\lambda a}(t)$, i.e.:

32

$$e_{m+1,\lambda b}(t) = e_{m,\lambda b}(t) - \kappa^*_{m,\lambda b}(t)b_m(t); \text{ and} \tag{67}$$

$$e_{0,\lambda b}(t) = S_{\lambda b}(t) \text{ for } t \geq 0. \tag{68}$$

The second regression filter has a regression coefficient $\kappa_{m,\lambda b}(t)$ register 98 value defined similarly to the first regression filter error signal values, i.e.:

$$\kappa_{m,\lambda b}(t) = \{\rho_{m,\lambda b}(t)/\mathfrak{F}_m(t)\}; \text{ or} \tag{69}$$

These values are used in conjunction with those intermediate variable values, signal values, register and register values defined in equations (46) through (64). These signals are calculated in an order defined by placing the additional signals immediately adjacent a similar signal for the wavelength $\lambda a$.

For the constant saturation method, $S_{\lambda b}(t)$ is input to the second regression filter 80b. The output is then a good approximation to the primary signal portion $s''_{\lambda b}(t)$ or secondary signal portion $n''_{\lambda b}(t)$.

The addition of the second regression filter 80b does not substantially change the computer program subroutine represented by the flowchart of FIG. 9. Instead of an order update of the $m^{th}$ stage of only one regression filter, an order update of the $m^{th}$ stage of both regression filters 80a and 80b is performed. This is characterized by the plural designation in the "ORDER UPDATE OF $m^{th}$ STAGE 0F REGRESSION FILTER(S)" activity block 180 in FIG. 9. Since the regression filters 80a and 80b operate independently, independent calculations can be performed in the reference processor and joint process estimator 60 adaptive noise canceler subroutine modeled by the flowchart of FIG. 9.

An alternative diagram for the joint process estimator of FIG. 10, using the QRD algorithm and having two regression filters is shown in FIG. 10a. This type of joint process estimator would be used for correlation cancellation using the QRD algorithm described in the Haykin book.

### CALCULATION OF SATURATION

Once good approximations to the primary signal portions $s''_{\lambda a}(t)$ and $s''_{\lambda b}(t)$ or the secondary signal portion $n''_{\lambda a}(t)$ and $n''_{\lambda b}(t)$, have been determined by the joint process estimator 60, the saturation of $A_5$ in a volume containing $A_5$ and $A_6$, for example, may be calculated according to various known methods. Mathematically, the approximations to the primary signals can be written in terms of $\lambda a$ and $\lambda b$, as:

$$s''_{\lambda a}(t) = e_{5,\lambda a}c_5x_{5,6}(t) + e_{6,\lambda a}c_6x_{5,6}(t); \text{ and} \tag{70}$$

$$s''_{\lambda b}(t) = e_{5,\lambda b}c_5x_{5,6}(t) + e_{6,\lambda b}c_6x_{5,6}(t). \tag{71}$$

Equations (70) and (71) are equivalent to two equations having three unknowns, namely $c_5(t)$, $c_6(t)$ and $x_{5,6}(t)$. The saturation can be determined by acquiring approximations to the primary or secondary signal portions at two different, yet proximate times $t_1$ and $t_2$ over which the saturation of $A_5$ in the volume containing $A_5$ and $A_6$ and the saturation of $A_3$ in the volume containing $A_3$ and $A_4$ does not change substantially. For example, for the primary signals estimated at times $t_1$ and $t_2$:

$$s''_{\lambda a}(t_1) = e_{5,\lambda a}c_5x_{5,6}(t_1) + e_{6,\lambda a}c_6x_{5,6}(t_1) \tag{72}$$

$$s''_{\lambda b}(t_1) = e_{5,\lambda b}c_5x_{5,6}(t_1) + e_{6,\lambda b}c_6x_{5,6}(t_1)0 \tag{73}$$

$$s''_{\lambda a}(t_2) = e_{5,\lambda a}c_5x_{5,6}(t_2) + e_{6,\lambda a}c_6x_{5,6}(t_2) \tag{74}$$

$$s''_{\lambda b}(t_2) = e_{5,\lambda b}c_5x_{5,6}(t_2) + e_{6,\lambda b}c_6x_{5,6}(t_2) \tag{75}$$

Then, difference signals may be determined which relate the signals of equations (72) through (75), i.e.:

5,632,272

**33**

$$\Delta s_{\lambda a} = s''_{\lambda a}(t_1) - s''_{\lambda a}(t_2) = \epsilon_{6,\lambda a} c_5 \Delta x + \epsilon_{6,\lambda a} c_6 \Delta x; \text{ and} \tag{76}$$

$$\Delta s_{\lambda b} = s''_{\lambda b}(t_1) - s''_{\lambda b}(t_2) = \epsilon_{5,\lambda b} c_5 \Delta x + \epsilon_{3,\lambda} c_6 \Delta x; \tag{77}$$

where $\Delta x = x_{5,6}(t_1) - x_{5,6}(t_2)$. The average saturation at time $t + (t_1 + t_2)/2$ is:

$$\text{Saturation}(t) = c_5(t)/[c_5(t) + c_6(t)] \tag{78}$$

$$= \frac{\epsilon_{6,\lambda a} - \epsilon_{6,\lambda b}(\Delta s_{\lambda a}/\Delta s_{\lambda b})}{\epsilon_{6,\lambda a} - \epsilon_{5,\lambda a} -} \tag{79}$$
$$(\epsilon_{6,\lambda b} - \epsilon_{5,\lambda b})(\Delta s_{\lambda a}/\Delta s_{\lambda b})$$

It will be understood that the $\Delta x$ term drops out from the saturation calculation because of the division. Thus, knowledge of the thickness of the primary constituents is not required to calculate saturation.

## PULSE OXIMETRY MEASUREMENTS

A specific example of a physiological monitor utilizing a processor of the present invention to determine a secondary reference $n'(t)$ for input to a correlation canceler that removes erratic motion-induced secondary signal portions is a pulse oximeter. Pulse oximetry may also be performed utilizing a processor of the present invention to determine a primary signal reference $s'(t)$ which may be used for display purposes or for input to a correlation canceler to derive information about patient movement and venous blood oxygen saturation.

A pulse oximeter typically causes energy to propagate through a medium where blood flows close to the surface for example, an ear lobe, or a digit such as a finger, a forehead or a fetus' scalp. An attenuated signal is measured after propagation through or reflected from the medium. The pulse oximeter estimates the saturation of oxygenated blood.

Freshly oxygenated blood is pumped at high pressure from the heart into the arteries for use by the body. The volume of blood in the arteries varies with the heartbeat, giving rise to a variation in absorption of energy at the rate of the heartbeat, or the pulse.

Oxygen depleted, or deoxygenated, blood is returned to the heart by the veins along with unused oxygenated blood. The volume of blood in the veins varies with the rate of breathing, which is typically much slower than the heartbeat. Thus, when there is no motion induced variation in the thickness of the veins, venous blood causes a low frequency variation in absorption of energy. When there is motion induced variation in the thickness of the veins, the low frequency variation in absorption is coupled with the erratic variation in absorption due to motion artifact.

In absorption measurements using the transmission of energy through a medium, two light emitting diodes (LED's) are positioned on one side of a portion of the body where blood flows close to the surface, such as a finger, and a photodetector is positioned on the opposite side of the finger. Typically, in pulse oximetry measurements, one LED emits a visible wavelength, preferably red, and the other LED emits an infrared wavelength. However, one skilled in the art will realize that other wavelength combinations could be used. The finger comprises skin, tissue, muscle, both arterial blood and venous blood, fat, etc., each of which absorbs light energy differently due to different absorption coefficients, different concentrations, different thicknesses, and changing optical pathlengths. When the patient is not moving, absorption is substantially constant except for the flow of blood. The constant attenuation can be determined and subtracted from the signal via traditional filtering tech-

**34**

niques. When the patient moves, this causes perturbation such as changing optical pathlength due to movement of background fluids (e.g., venous blood having a different saturation than the arterial blood). Therefore, the measured signal becomes erratic. Erratic motion induced noise typically cannot be predetermined and/or subtracted from the measured signal via traditional filtering techniques. Thus, determining the oxygen saturation of arterial blood and venous blood becomes more difficult.

A schematic of a physiological monitor for pulse oximetry is shown in FIGS. 11–13. FIG. 11 depicts a general hardware block diagram of a pulse oximeter 299. A sensor 300 has two light emitters 301 and 302 such as LED's. One LED 301 emitting light of red wavelengths and another LED 302 emitting light of infrared wavelengths are placed adjacent a finger 310. A photodetector 320, which produces an electrical signal corresponding to the attenuated visible and infrared light energy signals is located opposite the LED's 301 and 302. The photodetector 320 is connected to front end analog signal conditioning circuitry 330.

The front end analog signal conditioning circuitry 330 has outputs coupled to analog to digital conversion circuit 332. The analog to digital conversion circuitry 332 has outputs coupled to a digital signal processing system 334. The digital signal processing system 334 provides the desired parameters as outputs for a display 336. Outputs for display are, for example, blood oxygen saturation, heart rate, and a clean plethysmographic waveform.

The signal processing system also provides an emitter current control output 337 to a digital-to-analog converter circuit 338 which provides control information for light emitter drivers 340. The light emitter drivers 340 couple to the light emitters 301, 302. The digital signal processing system 334 also provides a gain control output 342 for the front end analog signal conditioning circuitry 330.

FIG. 11a illustrates a preferred embodiment for the combination of the emitter drivers 340 and the digital to analog conversion circuit 338. As depicted in FIG. 11a, the driver comprises first and second input latches 321, 322, a synchronizing latch 323, a voltage reference 324, a digital to analog conversion circuit 325, first and second switch banks 326, 327, first and second voltage to current converters 328, 329 and the LED emitters 301, 302 corresponding to the LED emitters 301, 302 of FIG. 11.

The preferred driver depicted in FIG. 11a is advantageous in that the present inventors recognized that much of the noise in the oximeter 299 of FIG. 11 is caused by the LED emitters 301, 302. Therefore, the emitter driver circuit of FIG. 11a is designed to minimize the noise from the emitters 301, 302. The first and second input latches 321, 324 are connected directly to the DSP bus. Therefore, these latches significantly minimizes the bandwidth (resulting in noise) present on the DSP bus which passes through to the driver circuitry of FIG. 11a. The output of the first and second input latches only changes when these latched detect their address on the DSP bus. The first input latch receives the setting for the digital to analog converter circuit 325. The second input latch receives switching control data for the switch banks 326, 327. The synchronizing latch accepts the synchronizing pulses which maintain synchronization between the activation of emitters 301, 302 and the analog to digital conversion circuit 332.

The voltage reference is also chosen as a low noise DC voltage reference for the digital to analog conversion circuit 325. In addition, in the present embodiment, the voltage reference has an lowpass output filter with a very low corner

5,632,272

35

frequency (e.g., 1 Hz in the present embodiment). The digital to analog converter 325 also has a lowpass filter at its output with a very low corner frequency (e.g., 1 Hz). The digital to analog converter provides signals for each of the emitters 301, 302.

In the present embodiment, the output of the voltage to current converters 328, 329 are switched such that with the emitters 301, 302 connected in back-to-back configuration, only one current is active an any given time. In addition, the voltage to current converter for the inactive emitter is switched off at its input as well, such that it is completely deactivated. This reduces noise from the switching and voltage to current conversion circuitry. In the present embodiment, low noise voltage to current converters are selected (e.g., Op 27 Op Amps), and the feedback loop is configured to have a low pass filter to reduce noise. In the present embodiment, the low pass filtering function of the voltage to current converter 328, 329 has a corner frequency of just above 625 Hz, which is the switching speed for the emitters, as further discussed below. Accordingly, the preferred driver circuit of FIG. 11a, minimizes the noise of the emitters 301, 302.

In general, the red and infrared light emitters 301, 302 each emits energy which is absorbed by the finger 310 and received by the photodetector 320. The photodetector 320 produces an electrical signal which corresponds to the intensity of the light energy striking the photodetector 320. The front end analog signal conditioning circuitry 330 receives the intensity signals and filters and conditions these signals as further described below for further processing. The resultant signals are provided to the analog-to-digital conversion circuitry 332 which converts the analog signals to digital signals for further processing by the digital signal processing system 334. The digital signal processing system 334 utilizes the two signals in order to provide a what will be called herein a "saturation transform." It should be understood, that for parameters other than blood saturation monitoring, the saturation transform could be better termed as a concentration transform, in-vivo transform, or the like, depending on the desired parameter. The term saturation transform is used to describe an operation which converts the sample data from time domain to saturation domain values as will be apparent from the discussion below. In the present embodiment, the output of the digital signal processing system 334 provides clean plethysmographic waveforms of the detected signals and provides values for oxygen saturation and pulse rate to the display 336.

It should be understood that in different embodiments of the present invention, one or more of the outputs may be provided. The digital signal processing system 334 also provides control for driving the light emitters 301, 302 with an emitter current control signal on the emitter current control output 337. This value is a digital value which is converted by the digital-to-analog conversion circuit 338 which provides a control signal to the emitter current drivers 340. The emitter current drivers 340 provide the appropriate current drive for the red emitter 301 and the infrared emitter 302. Further detail of the operation of the physiological monitor for pulse oximetry is explained below.

In the present embodiment, the light emitters are driven via the emitter current driver 340 to provide light transmission with digital modulation at 625 Hz. In the present embodiment, the light emitters 301, 302 are driven at a power level which provides an acceptable intensity for detection by the detector and for conditioning by the front end analog signal conditioning circuitry 330. Once this energy level is determined for a given patient by the digital

36

signal processing system 334, the current level for the red and infrared emitters is maintained constant. It should be understood, however, that the current could be adjusted for changes in the ambient room light and other changes which would effect the voltage input to the front end analog signal conditioning circuitry 330. In the present invention, the red and infrared light emitters are modulated as follows: for one complete 625 Hz red cycle, the red emitter 301 is activated for the first quarter cycle, and off for the remaining three-quarters cycle; for one complete 625 Hz infrared cycle, the infrared light emitter 302 is activated for one quarter cycle and is off for the remaining three-quarters cycle. In order to only receive one signal at a time, the emitters are cycled on and off alternatively, in sequence, with each only active for a quarter cycle per 625 Hz cycle and a quarter cycle separating the active times. The light signal is attenuated (amplitude modulated) by the pumping of blood through the finger 310 (or other sample medium). The attenuated (amplitude modulated) signal is detected by the photodetector 320 at the 625 Hz carrier frequency for the red and infrared light. Because only a single photodetector is used, the photodetector 320 receives both the red and infrared signals to form a composite time division signal.

The composite time division signal is provided to the front analog signal conditioning circuitry 330. Additional detail regarding the front end analog signal conditioning circuitry 330 and the analog to digital converter circuit 332 is illustrated in FIG. 12. As depicted in FIG. 12, the front end circuitry 330 has a preamplifier 342, a high pass filter 344, an amplifier 346, a programmable gain amplifier 348, and a low pass filter 350. The preamplifier 342 is a transimpedance amplifier that converts the composite current signal from the photodetector 320 to a corresponding voltage signal, and amplifies the signal. In the present embodiment, the preamplifier has a predetermined gain to boost the signal amplitude for ease of processing. In the present embodiment, the source voltages for the preamplifier 342 are −15 VDC and +15 VDC. As will be understood, the attenuated signal contains a component representing ambient light as well as the component representing the infrared or the red light as the case may be in time. If there is light in the vicinity of the sensor 300 other than the red and infrared light, this ambient light is detected by the photodetector 320. Accordingly, the gain of the preamplifier is selected in order to prevent the ambient light in the signal from saturating the preamplifier under normal and reasonable operating conditions.

In the present embodiment, the preamplifier 342 comprises an Analog Devices AD743JR OpAmp. This transimpedance amplifier is particularly advantageous in that it exhibits several desired features for the system described, such as: low equivalent input voltage noise, low equivalent input current noise, low input bias current, high gain bandwidth product, low total harmonic distortion, high common mode rejection, high open loop gain, and a high power supply rejection ratio.

The output of the preamplifier 342 couples as an input to the high pass filter 344. The output of the preamplifier also provides a first input 346 to the analog to digital conversion circuit 332. In the present embodiment, the high pass filter is a single-pole filter with a corner frequency of about ½–1 Hz. However, the corner frequency is readily raised to about 90 Hz in one embodiment. As will be understood, the 625 Hz carrier frequency of the red and infrared signals is well above a 90 Hz corner frequency. The high-pass filter 344 has an output coupled as an input to an amplifier 346. In the present embodiment, the amplifier 346 comprises a unity gain amplifier. However, the gain of the amplifier 346 is

5,632,272

37

adjustable by the variation of a single resistor. The gain of the amplifier 346 would be increased if the gain of the preamplifier 342 is decreased to compensate for the effects of ambient light.

The output of the amplifier 346 provides an input to a programmable gain amplifier 348. The programmable gain amplifier 348 also accepts a programming input from the digital signal processing system 334 on a gain control signal line 343. The gain of the programmable gain amplifier 348 is digitally programmable. The gain is adjusted dynamically at initialization or sensor placement for changes in the medium under test from patient to patient. For example, the signal from different fingers differs somewhat. Therefore, a dynamically adjustable amplifier is provided by the programmable gain amplifier 348 in order to obtain a signal suitable for processing.

The programmable gain amplifier is also advantageous in an alternative embodiment in which the emitter drive current is held constant. In the present embodiment, the emitter drive current is adjusted for each patient in order to obtain the proper dynamic range at the input of the analog to digital conversion circuit 332. However, changing the emitter drive current can alter the emitter wavelength, which in turn affects the end result in oximetry calculations. Accordingly, it would be advantageous to fix the emitter drive current for all patients. In an alternative embodiment of the present invention, the programmable gain amplifier can be adjusted by the DSP in order to obtain a signal at the input to the analog to digital conversion circuit which is properly within the dynamic range (+3 v to −3 v in the present embodiment) of the analog to digital conversion circuit 332. In this manner, the emitter drive current could be fixed for all patients, eliminating the wavelength shift due to emitter current drive changes.

The output of the programmable gain amplifier 348 couples as an input to a low-pass filter 350. Advantageously, the low pass filter 350 is a single-pole filter with a corner frequency of approximately 10 Khz in the present embodiment. This low pass filter provides anti-aliasing in the present embodiment.

The output of the low-pass filter 350 provides a second input 352 to the analog-to-digital conversion circuit 332. FIG. 12 also depicts additional defect of the analog-to-digital conversion circuit. In the present embodiment, the analog-to-digital conversion circuit 332 comprises a first analog-to-digital converter 354 and a second analog-to-digital converter 356. Advantageously, the first analog-to-digital converter 354 accepts input from the first input 346 to the analog-to-digital conversion circuit 332, and the second analog to digital converter 356 accepts input on the second input 352 to the analog-to-digital conversion circuitry 332.

In one advantageous embodiment, the first analog-to-digital converter 354 is a diagnostic analog-to-digital converter. The diagnostic task (performed by the digital signal processing system) is to read the output of the detector as amplified by the preamplifier 342 in order to determine if the signal is saturating the input to the high-pass filter 344. In the present embodiment, if the input to the high pass filter 344 becomes saturated, the front end analog signal conditioning circuits 330 provides a '0' output. Alternatively, the first analog-to-digital converter 354 remains unused.

The second analog-to-digital converter 356 accepts the conditioned composite analog signal from the front end signal conditioning circuitry 330 and converts the signal to digital form. In the present embodiment, the second analog

38

to digital converter 356 comprises a single-channel, delta-sigma converter. In the present embodiment, a Crystal Semiconductor CS5317-KS delta-sigma analog to digital converter is used. Such a converter is advantageous in that it is low cost, and exhibits low noise characteristics. More specifically, a delta-sigma converter consists of two major portions, a noise modulator and a decimation filter. The selected converter uses a second order analog delta-sigma modulator to provide noise shaping. Noise shaping refers to changing the noise spectrum from a flat response to a response where noise at the lower frequencies has been reduced by increasing noise at higher frequencies. The decimation filter then cuts out the reshaped, higher frequency noise to provide 16-bit performance at a lower frequency. The present converter samples the data 128 times for every 16 bit data word that it produces. In this manner, the converter provides excellent noise rejection, dynamic range and low harmonic distortion, that help in critical measurement situations like low perfusion and electrocautery.

In addition, by using a single-channel converter, there is no need to tune two or more channels to each other. The delta-sigma converter is also advantageous in that it exhibits noise shaping, for improved noise control. An exemplary analog to digital converter is a Crystal Semiconductor CS5317. In the present embodiment, the second analog to digital converter 356 samples the signal at a 20 Khz sample rate. The output of the second analog to digital converter 356 provides data samples at 20 Khz to the digital signal processing system 334 (FIG. 11).

The digital signal processing system 334 is illustrated in additional detail in FIG. 13. In the present embodiment, the digital signal processing system comprises a microcontroller 360, a digital signal processor 362, a program memory 364, a sample buffer 366, a data memory 368, a read only memory 370 and communication registers 372. In the present embodiment, the digital signal processor 362 is an Analog Devices AD 21020. In the present embodiment, the microcontroller 360 comprises a Motorola 68HC05, with built in program memory. In the present embodiment, the sample buffer 366 is a buffer which accepts the 20 Khz sample data from the analog to digital conversion circuit 332 for storage in the data memory 368. In the present embodiment, the data memory 368 comprises 32 KWords (words being 40 bits in the present embodiment) of static random access memory.

The microcontroller 360 is connected to the DSP 362 via a conventional JTAG Tap line. The microcontroller 360 transmits the boot loader for the DSP 362 to the program memory 364 via the Tap line, and then allows the DSP 362 to boot from the program memory 364. The boot loader in program memory 364 then causes the transfer of the operating instructions for the DSP 362 from the read only memory 370 to the program memory 364. Advantageously, the program memory 364 is a very high speed memory for the DSP 362.

The microcontroller 360 provides the emitter current control and gain control signals via the communications register 372.

FIGS. 14–20 depict functional block diagrams of the operations of the pulse oximeter 299 carried out by the digital signal processing system 334. The signal processing functions described below are carried out by the DSP 362 in the present embodiment with the microcontroller 360 providing system management. In the present embodiment, the operation is software/firmware controlled. FIG. 14 depicts a

5,632,272

39

generalized functional block diagram for the operations performed on the 20 Khz sample data entering the digital signal processing system 334. As illustrated in FIG. 14, a demodulation, as represented in a demodulation module 400, is first performed. Decimation, as represented in a decimation module 402 is then performed on the resulting data. Certain statistics are calculated, as represented in a statistics module 404 and a saturation transform is performed, as represented in a saturation transform module 406, on the data resulting from the decimation operation. The data subjected to the statistics operations and the data subjected to the saturation transform operations are forwarded to saturation operations, as represented by a saturation calculation module 408 and pulse rate operations, as represented in a pulse rate calculation module 410.

In general, the demodulation operation separates the red and infrared signals from the composite signal and removes the 625 Hz carrier frequency, leaving raw data points. The raw data points are provided at 625 Hz intervals to the decimation operation which reduces the samples by an order of 10 to samples at 62.5 Hz. The decimation operation also provides some filtering on the samples. The resulting data is subjected to statistics and to the saturation transform operations in order to calculate a saturation value which is very tolerant to motion artifacts and other noise in the signal. The saturation value is ascertained in the saturation calculation module 408, and a pulse rate and a clean plethysmographic waveform is obtained through the pulse rate module 410. Additional detail regarding the various operations is provided in connection with FIGS. 15–21.

FIG. 15 illustrates the operation of the demodulation module 400. The modulated signal format is depicted in FIG. 15. One full 625 Hz cycle of the composite signal is depicted in FIG. 15 with the first quarter cycle being the active red light plus ambient light signal, the second quarter cycle being an ambient light signal, the third quarter cycle being the active infrared plus ambient light signal, and the fourth quarter cycle being an ambient light signal. As depicted in FIG. 15, with a 20 KHz sampling frequency, the single full cycle at 625 Hz described above comprises 32 samples of 20 KHz data, eight samples relating to red plus ambient light, eight samples relating to ambient light, eight samples relating to infrared plus ambient light, and finally eight samples related to ambient light.

Because the signal processing system 334 controls the activation of the light emitters 300, 302, the entire system is synchronous. The data is synchronously divided (and thereby demodulated) into four 8-sample packets, with a time division demultiplexing operation as represented in a demultiplexing module 421. One eight-sample packet 422 represents the red plus ambient light signal; a second eight-sample packet 424 represents an ambient light signal; a third eight-sample packet 426 represents the attenuated infrared light plus ambient light signal; and a fourth eight-sample packet 428 represents the ambient light signal. A select signal synchronously controls the demultiplexing operation so as to divide the time-division multiplexed composite signal at the input of the demultiplexer 421 into its four subparts.

A sum of the last four samples from each packet is then calculated, as represented in the summing operations 430, 432, 434, 436 of FIG. 15. In the present embodiment, the last four samples are used because a low pass filter in the analog to digital converter 356 of the present embodiment has a settling time. Thus, collecting the last four samples from each 8-sample packet allows the previous signal to clear. This summing operation provides an integration operation

40

which enhances noise immunity. The sum of the respective ambient light samples is then subtracted from the sum of the red and infrared samples, as represented in the subtraction modules 438, 440. The subtraction operation provides some attenuation of the ambient light signal present in the data. In the present embodiment, it has been found that approximately 20 dB attenuation of the ambient light is provided by the operations of the subtraction modules 438, 440. The resultant red and infrared sum values are divided by four, as represented in the divide by four modules 442, 444. Each resultant value provides one sample each of the red and infrared signals at 625 Hz.

It should be understood that the 625 Hz carrier frequency has been removed by the demodulation operation 400. The 625 Hz sample data at the output of the demodulation operation 400 is sample data without the carrier frequency. In order to satisfy Nyquist sampling requirements, less than 20 Hz is needed (understanding that the human pulse is about 25 to 250 beats per minute, or about 0.4 Hz–4 Hz). Accordingly, the 625 Hz resolution is reduced to 62.5 Hz in the decimation operation.

FIG. 16 illustrates the operations of the decimation module 402. The red and infrared sample data is provided at 625 Hz to respective red and infrared buffer/filters 450, 452. In the present embodiment, the red and infrared buffer/filters are 519 samples deep. Advantageously, the buffer filters 450, 452 function as continuous first-in, first-out buffers. The 519 samples are subjected to low-pass filtering. Preferably, the low-pass filtering has a cutoff frequency of approximately 7.5 Hz with attenuation of approximately −110 dB. The buffer/filters 450, 452 form a Finite Impulse Response (FIR) filter with coefficients for 519 taps. In order to reduce the sample frequency by ten, the low-pass filter calculation is performed every ten samples, as represented in respective red and infrared decimation by 10 modules 454, 456. In other words, with the transfer of each new ten samples into the buffer/filters 450, 452, a new low pass filter calculation is performed by multiplying the impulse response (coefficients) by the 519 filter taps. Each filter calculation provides one output sample for respective red and infrared output buffers 458, 460. In the present embodiment, the red and infrared output buffers 458, 460 are also continuous FIFO buffers that hold 570 samples of data. The 570 samples provide respective infrared and red samples or packets (also denoted "snapshot" herein) of samples. As depicted in FIG. 14, the output buffers provide sample data for the statistics operation module 404, saturation transform module 406, and the pulse rate module 410.

FIG. 17 illustrates additional functional operation details of the statistics module 404. In summary, the statistics module 404 provides first order oximetry calculations and RMS signal values for the red and infrared channels. The statistics module also provides a cross-correlation output which indicates a cross-correlation between the red and infrared signals.

As represented in FIG. 17, the statistics operation accepts two packets of samples (e.g., 570 samples at 62.5 Hz in the present embodiment) representing the attenuated infrared and red signals, with the carrier frequency removed. The respective packets for infrared and red signals are normalized with a log function, as represented in the Log modules 480, 482. The normalization is followed by removal of the DC portion of the signals, as represented in the DC Removal modules 484, 486. In the present embodiment, the DC removal involves ascertaining the DC value of the first one of the samples (or the mean of the first several or the mean of an entire snapshot) from each of the respective red and

5,632,272

41

infrared snapshots, and removing this DC value from all samples in the respective packets.

Once the DC signal is removed, the signals are subjected to bandpass filtering, as represented in red and infrared Bandpass Filter modules **488,490**. In the present embodiment, with 570 samples in each packet, the bandpass filters are configured with 301 taps to provide a FIR filter with a linear phase response and little or no distortion. In the present embodiment, the bandpass filter has a pass band from 34 beats/minute to 250 beats/minute. The 301 taps slide over the 570 samples in order to obtain 270 filtered samples representing the filtered red signal and 270 filtered samples representing the filtered infrared signal. In an ideal case, the bandpass filters **488, 490** remove the DC in the signal. However, the DC removal operations **484, 486** assist in DC removal in the present embodiment.

After filtering, the last 120 samples from each packet (of now 270 samples in the present embodiment) are selected for further processing as represented in Select Last 120 Samples modules **492, 494**. The last 120 samples are selected because, in the present embodiment, the first 150 samples fall within the settling time for the Saturation Transfer module **406**, which processes the same data packets, as further discussed below.

Conventional saturation equation calculations are performed on the red and infrared 120-sample packets. In the present embodiment, the conventional saturation calculations are performed in two different ways. For one calculation, the 120-sample packets are processed to obtain their overall RMS value, as represented in the first red and infrared RMS modules **496, 498**. The resultant RMS values for red and infrared signals provide input values to a first RED_RMS/IR_RMS ratio operation **500**, which provides the RMS red value to RMS infrared value ratio as an input to a saturation equation module **502**. As well understood in the art, the ratio of the intensity of red to infrared attenuated light as detected for known red and infrared wavelengths (typically $\lambda_{red}$=650 nm and $\lambda_{IR}$=910 nm) relates to the oxygen saturation of the patient. Accordingly, the saturation equation module **502** represents a conventional look-up table or the like which, for predetermined ratios, provides known saturation values at its output **504**. The red and infrared RMS values are also provided as outputs of the statistics operations module **404**.

In addition to the conventional saturation operation **502**, the 120-sample packets are subjected to a cross-correlation operation as represented in a first cross-correlation module **506**. The first cross-correlation module **506** determines if good correlation exists between the infrared and red signals. This cross correlation is advantageous for detecting defective or otherwise malfunctioning detectors. The cross correlation is also advantageous in detecting when the signal model (i.e., the model of Equations (1)–(3)) is satisfied. If correlation becomes too low between the two channels, the signal model is not met. In order to determine this, the normalized correlation function can be computed by the cross-correlation module **506** for each snapshot of data. One such correlation function is as follows:

$$\frac{\Sigma\, s_1 s_2}{\sqrt{\Sigma\, s_1{}^2\, \Sigma\, s_2{}^2}}$$

If the cross correlation is too low, the oximeter **299** provides a warning (e.g., audible, visual, etc.) to the operator. In the present embodiment, if a selected snapshot yields a normalized correlation of less than 0.75, the snapshot does

42

not qualify. Signals which satisfy the signal model will have a correlation greater than the threshold.

The red and infrared 120-sample packets are also subjected to a second saturation operation and cross correlation in the same manner as described above, except the 120 samples are divided into 5 equal bins of samples (i.e., 5 bins of 24 samples each). The RMS, ratio, saturation, and cross correlation operations are performed on a bin-by-bin basis. These operations are represented in the Divide Into Five Equal Bins modules **510, 512**, the second red and infrared RMS modules **514, 516**, the second RED-RMS/IR-RMS ratio module **518**, the second saturation equation module **520** and the second cross correlation module **522** in FIG. **17**.

FIG. **18** illustrates additional detail regarding the saturation transform module **406** depicted in FIG. **14**. As illustrated in FIG. **18**, the saturation transform module **406** comprises a reference processor **530**, a correlation canceler **531**, a master power curve module **554**, and a bin power curve module **533**. The saturation transform module **406** can be correlated to FIG. **7a** which has a reference processor **26** and a correlation canceler **27** and an integrator **29** to provide a power curve for separate signal coefficients as depicted in FIG. **7c**. The saturation transform module **406** obtains a saturation spectrum from the snapshots of data. In other words, the saturation transform **406** provides information of the saturation values present in the snapshots.

As depicted in FIG. **18**, the reference processor **530** for the saturation transform module **406** has a saturation equation module **532**, a reference generator module **534**, a DC removal module **536** and a bandpass filter module **538**. The red and infrared 570-sample packets from the decimation operation are provided to the reference processor **530**. In addition, a plurality of possible saturation values (the "saturation axis scan") are provided as input to the saturation reference processor **530**. In the present embodiment, 117 saturation values are provided as the saturation axis scan. In a preferred embodiment, the 117 saturation values range uniformly from a blood oxygen saturation of 34.8 to 105.0. Accordingly, in the present embodiment, the 117 saturation values provide an axis scan for the reference processor **530** which generates a reference signal for use by the correlation canceler **531**. In other words, the reference processor is provided with each of the saturation values, and a resultant reference signal is generated corresponding to the saturation value. The correlation canceler is formed by a joint process estimator **550** and a low pass filter **552** in the present embodiment.

It should be understood that the scan values could be chosen to provide higher or lower resolution than 117 scan values. The scan values could also be non-uniformly spaced.

As illustrated in FIG. **18**, the saturation equation module **532** accepts the saturation axis scan values as an input and provides a ratio "$r_n$" as an output. In comparison to the general discussion of FIG. **7a–7c**, this ratio "$r_n$" corresponds to the plurality of scan value discussed above in general. The saturation equation simply provides a known ratio "r" (red/infrared) corresponding to the saturation value received as an input.

The ratio "$r_n$" is provided as an input to the reference generator **534**, as are the red and infrared sample packets. The reference generator **534** multiplies either the red or infrared samples by the ratio "$r_n$" and subtracts the value from the infrared or red samples, respectively. For instance, in the present embodiment, the reference generator **534** multiplies the red samples by the ratio "$r_n$" and subtracts this value from the infrared samples. The resulting values

5,632,272

43

become the output of the reference generator **534**. This operation is completed for each of the saturation scan values (e.g., 117 possible values in the present embodiment). Accordingly, the resultant data can be described as 117 reference signal vectors of 570 data points each, hereinafter referred to as the reference signal vectors. This data can be stored in an array or the like.

In other words, assuming that the red and infrared sample packets represent the red $S_{red}(t)$ and infrared $S_{IR}(t)$ measured signals which have primary $s(t)$ and secondary $n(t)$ signal portions, the output of the reference generator becomes the secondary reference signal $n'(t)$, which complies with the signal model defined above, as follows:

$$n'(t)=S_{\lambda}(t)-r_a S_{red}(t)$$

In the present embodiment, the reference signal vectors and the infrared signal are provided as input to the DC removal module **536** of the reference processor **530**. The DC removal module **536**, like the DC removal modules **484, 486** in the statistics module **404**, ascertains the DC value of the first of the samples for the respective inputs (or mean of the first several or all samples in a packet) and subtracts the respective DC baseline from the sample values. The resulting sample values are subjected to a bandpass filter **538**.

The bandpass filter **538** of the reference processor **530** performs the same type of filtering as the bandpass filters **488, 490** of the statistics module **404**. Accordingly, each set of 570 samples subjected to bandpass filtering results in 270 remaining samples. The resulting data at a first output **542** of the bandpass filter **538** is one vector of 270 samples (representing the filtered infrared signal in the present embodiment). The resulting data at a second output **540** of the bandpass filter **538**, therefore, is 117 reference signal vectors of 270 data points each, corresponding to each of the saturation axis scan values provided to the saturation reference processor **530**.

It should be understood that the red and infrared sample packets may be switched in their use in the reference processor **530**. In addition, it should be understood that the DC removal module **536** and the bandpass filter module **538** can be executed prior to input of the data to the reference processor **530** because the calculations performed in the reference processor are linear. This results in a significant processing economy.

The outputs of the reference processor **530** provide first and second inputs to a joint process estimator **550** of the type described above with reference to FIG. 8. The first input to the joint process estimator **550** is the 270-sample packet representing the infrared signal in the present embodiment. This signal contains primary and secondary signal portions. The second input to the joint process estimator is the **117** reference signal vectors of 270 samples each.

The joint process estimator also receives a lambda input **543**, a minimum error input **544** and a number of cells configuration input **545**. These parameters are well understood in the art. The lambda parameter is often called the "forgetting parameter" for a joint process estimator. The lambda input **543** provides control for the rate of cancellation for the joint process estimator. In the present embodiment, lambda is set to a low value such as 0.8. Because statistics of the signal are non-stationary, a low value improves tracking. The minimum error input **544** provides an initialization parameter (conventionally known as the "initialization value") for the joint process estimator **550**. In the present embodiment, the minimum error value is $10^{-6}$. This initialization parameter prevents the joint process estimator **500** from dividing by zero upon initial calcula-

44

tions. The number of cells input **545** configures the number of cells for the joint process estimator. In the present embodiment, the number of cells for the saturation transform operation **406** is six. As well understood in the art, for each sine wave, the joint process estimator requires two cells. If there are two sine waves in the 35–250 beats/minute range, six cells allows for the two heart beat sine waves and one noise sine wave.

The joint process estimator **550** subjects the first input vector on the first input **542** to a correlation cancellation based upon each of the plurality of reference signal vectors provided in the second input **540** to the correlation canceler **531** (all 117 reference vectors in sequence in the present embodiment). The correlation cancellation results in a single output vector for each of the 117 reference vectors. Each output vector represents the information that the first input vector and the corresponding reference signal vector do not have in common. The resulting output vectors are provided as an output to the joint process estimator, and subjected to the low pass filter module **552**. In the present embodiment, the low pass filter **552** comprises a FIR filter with 25 taps and with a corner frequency of 10 Hz with the sampling frequency of 62.5 Hz (i.e., at the decimation frequency).

The joint process estimator **550** of the present embodiment has a settling time of 150 data points. Therefore, the last 120 data points from each 270 point output vector are used for further processing. In the present embodiment, the output vectors are further processed together as a whole, and are divided into a plurality of bins of equal number of data points. As depicted in FIG. 18, the output vectors are provided to a master power curve module **554** and to a Divide into five Equal Bins module **556**. The Divide into Five Equal Bins module **556** divides each of the output vectors into five bins of equal number of data points (e.g., with 120 data points per vector, each bin has 24 data points). Each bin is then provided to the Bin Power Curves module **558**.

The Master Power Curve module **554** performs a saturation transform as follows: for each output vector, the sum of the squares of the data points is ascertained. This provides a sum of squares value corresponding to each output vector (each output vector corresponding to one of the saturation scan values). These values provide the basis for a master power curve **555**, as further represented in FIG. 22. The horizontal axis of the power curve represents the saturation axis scan values and the vertical axis represents the sum of squares value (or output energy) for each output vector. In other words, as depicted in FIG. 22, each of the sum of squares could be plotted with the magnitude of the sum of squares value plotted on the vertical "energy output" axis at the point on the horizontal axis of the corresponding saturation scan value which generated that output vector. This results in a master power curve **558**, an example of which is depicted in FIG. 22. This provides a saturation transform in which the spectral content of the attenuated energy is examined by looking at every possible saturation value and examining the output value for the assumed saturation value. As will be understood, where the first and second inputs to the correlation canceler **531** are mostly correlated, the sum of squares for the corresponding output vector of the correlation canceler **531** will be very low. Conversely, where the correlation between the first and second inputs to the correlation canceler **531** are not significantly correlated, the sum of squares of the output vector will be high. Accordingly, where the spectral content of the reference signal and the first input to the correlation canceler are made up mostly of physiological (e.g., movement of venous blood

Appx666

5,632,272

45

due to respiration) and nonphysiological (e.g., motion induced) noise, the output energy will be low. Where the spectral content of the reference signal and the first input to the correlation canceler are not correlated, the output energy will be much higher.

A corresponding transform is completed by the Bin Power Curves module 558, except a saturation transform power curve is generated for each bin. The resulting power curves are provided as the outputs of the saturation transform module 406.

In general, in accordance with the signal model of the present invention, there will be two peaks in the power curves, as depicted in FIG. 22. One peak corresponds to the arterial oxygen saturation of the blood, and one peak corresponds to the venous oxygen concentration of the blood. With reference to the signal model of the present invention, the peak corresponding to the highest saturation value (not necessarily the peak with the greatest magnitude) corresponds to the proportionality coefficient $r_a$. In other words, the proportionality coefficient $r_a$ corresponds to the red/ infrared ratio which will be measured for the arterial saturation. Similarly, peak that corresponds to the lowest saturation value (not necessarily the peak with the lowest magnitude) will generally correspond to the venous oxygen saturation, which corresponds to the proportionality coefficient $r_v$ in the signal model of the present invention. Therefore, the proportionality coefficient $r_v$ will be a red/ infrared ratio corresponding to the venous oxygen saturation.

In order to obtain arterial oxygen saturation, the peak in the power curves corresponding to the highest saturation value could be selected. However, to improve confidence in the value, further processing is completed. FIG. 19 illustrates the operation of the saturation calculation module 408 based upon the output of the saturation transform module 406 and the output of the statistics module 404. As depicted in FIG. 19, the bin power curves and the bin statistics are provided to the saturation calculation module 408. In the present embodiment, the master power curves are not provided to the saturation module 408 but can be displayed for a visual check on system operation. The bin statistics contain the red and infrared RMS values, the seed saturation value, and a value representing the cross-correlation between the red and infrared signals from the statistics module 404.

The saturation calculation module 408 first determines a plurality of bin attributes as represented by the Compute Bin Attributes module 560. The Compute Bin Attributes module 560 collects a data bin from the information from the bin power curves and the information from the bin statistics. In the present embodiment, this operation involves placing the saturation value of the peak from each power curve corresponding to the highest saturation value in the data bin. In the present embodiment, the selection of the highest peak is performed by first computing the first derivative of the power curve in question by convolving the power curve with a smoothing differentiator filter function. In the present embodiment, the smoothing differentiator filter function (using a FIR filter) has the following coefficients:

0.014964670230367
0.098294046682706
0.204468276324813
2.717182664241813
5.704485606695227
0.000000000000000
−5.704482606695227
−2.717182664241813

46

−0.204468276324813
−0.098294046682706
−0.014964670230367

This filter performs the differentiation and smoothing. Next, each point in the original power curve in question is evaluated and determined to be a possible peak if the following conditions are met: (1) the point is at least 2% of the maximum value in the power curve; (2) the value of the first derivative changes from greater than zero to less than or equal to zero. For each point that is found to be a possible peak, the neighboring points are examined and the largest of the three points is considered to be the true peak.

The peak width for these three selected peaks is also calculated. The peak width of a power curve in question is computed by summing all the points in the power curve and subtracting the product of the minimum value in the power curve and the number of points in the power curve. In the present embodiment, the peak width calculation is applied to each of the bin power curves. The maximum value is selected as the peak width.

In addition, the infrared RMS value from the entire snapshot, the red RMS value, the seed saturation value for each bin, and the cross correlation between the red and infrared signals from the statistics module 404 are also placed in the data bin. The attributes are then used to determine whether the data bin consists of acceptable data, as represented in a Bin Qualifying Logic module 562.

If the correlation between the red and infrared signals is too low, the bin is discarded. If the saturation value of the selected peak for a given bin is lower than the seed saturation for the same bin, the peak is replaced with the seed saturation value. If either red or infrared RMS value is below a very small threshold, the bins are all discarded, and no saturation value is provided, because the measured signals are considered to be too small to obtain meaningful data. If no bins contain acceptable data, the exception handling module 563 provides a message to the display 336 that the data is erroneous.

If some bins qualify, those bins that qualify as having acceptable data are selected, and those that do not qualify are replaced with the average of the bins that are accepted. Each bin is given a time stamp in order to maintain the time sequence. A voter operation 565 examines each of the bins and selects the three highest saturation values. These values are forwarded to a clip and smooth operation 566.

The clip and smooth operation 566 basically performs averaging with a low pass filter. The low pass filter provides adjustable smoothing as selected by a Select Smoothing Filter module 568. The Select Smoothing Filter module 568 performs its operation based upon a confidence determination performed by a High Confidence Test module 570. The high confidence test is an examination of the peak width for the bin power curves. The width of the peaks provides some indication of motion by the patient—wider peaks indicating motion. Therefore, if the peaks are wide, the smoothing filter is slowed down. If peaks are narrow, the smoothing filter speed is increased. Accordingly, the smoothing filter 566 is adjusted based on the confidence level. The output of the clip and smooth operation 566 provides the oxygen saturation values in accordance with the present invention.

In the presently preferred embodiment, the clip and smooth filter 566 takes each new saturation value and compares it to the current saturation value. If the magnitude of the difference is less than 16 (percent oxygen saturation) then the value is pass. Otherwise, if the new saturation value is less than the filtered saturation value, the new saturation value is changed to 16 less than the filtered saturation value.

5,632,272

47

48

If the new saturation value is greater than the filtered saturation value, then the new saturation value is changed to 16 more than the filtered saturation value.

During high confidence (no motion), the smoothing filter is a simple one-pole or exponential smoothing filter which is computed as follows:

$$y(n)=0.6*x(n)+0.4*y(n-1)$$

where x(n) is the clipped new saturation value, and y(n) is the filtered saturation value.

During motion condition, a three-pole IIR (infinite impulse response) filter is used. Its characteristics are controlled by three time constants $t_a$, $t_b$, and $t_c$ with values of 0.985, 0.900, and 0.94 respectively. The coefficients for a direct form I, IIR filter are computed from these time constants using the following relationships:

$$a_0=0$$

$$a_1=t_b+(t_c)(t_a+t_b)$$

$$a_2=(-t_b)(t_c)(t_a+t_b+(t_c)(t_a))$$

$$a_3=(t_b)^2(t_c)^2(t_a)$$

$$b_0=1-t_a-(t_c)(t_a+(t_c)(t_b))$$

$$b_1=2(t_b)(t_c)(t_a-1)$$

$$b_2=(t_b)(t_c)(t_b+(t_c)(t_b)-(t_b)(t_c)(t_a)-t_a)$$

FIG. 20 and 21 illustrate the pulse rate module 410 (FIG. 14) in greater detail. As illustrated in FIG. 20, the heart rate module 410 has a transient removal and bandpass filter module 578, a motion artifact suppression module 580, a saturation equation module 582, a motion status module 584, first and second spectral estimation modules 586, 588, a spectrum analysis module 590, a slew rate limiting module 592, an output filter 594, and an output filter coefficient module 596.

As further depicted in FIG. 20, the heart rate module accepts the infrared and red 570-sample snapshots from the output of the decimation module 402. The heart rate module 410 further accepts the saturation value which is output from the saturation calculation module 408. In addition, the maximum peak width as calculated by the confidence test module 570 (same as peak width calculation described above) is also provided as an input to the heart rate module 410. The infrared and red sample packets, the saturation value and the output of the motion status module are provided to the motion artifact suppression module 580.

The average peak width value provides an input to a motion status module 584. In the present embodiment, if the peaks are wide, this is taken as an indication of motion. If motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression.

In the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580. The motion artifact suppression module 580 is nearly identical to the saturation transform module 406. The motion artifact suppression module 580 provides an output which connects as an input to the second spectral estimation module 588. The first and second spectral estimation modules 586, 588 have outputs which provide inputs to the spectrum analysis module 590. The spectrum analysis module 590 also receives an input which is the output of the motion status module 584. The output of the spectrum analysis module 590 is the initial heart rate determination of the heart rate module 410 and is provided as input to the slew rate limiting

module 592. The slew rate limiting module 592 connects to the output filter 594. The output filter 594 also receives an input from the output filter coefficient module 596. The output filter 594 provides the filtered heart rate for the display 336 (FIG. 11).

In the case of no motion, one of the signals (the infrared signal in the present embodiment) is subjected to DC removal and bandpass filtering as represented in the DC removal and bandpass filter module 578. The DC removal and bandpass filter module 578 provide the same filtering as the DC removal and bandpass filter modules 5536, 538. During no motion conditions, the filtered infrared signal is provided to the first spectral estimation module 586.

In the present embodiment, the spectral estimation comprises a Chirp Z transform that provides a frequency spectrum of heart rate information. The Chirp Z transform is used rather than a conventional Fourier Transform because a frequency range for the desired output can be designated in a Chirp Z transform. Accordingly, in the present embodiment, a frequency spectrum of the heart rate is provided between 30 and 250 beats/minute. In the present embodiment, the frequency spectrum is provided to a spectrum analysis module 590 which selects the first harmonic from the spectrum as the pulse rate. Usually, the first harmonic is the peak in the frequency spectrum that has the greatest magnitude and represents the pulse rate. However, in certain conditions, the second or third harmonic can exhibit the greater magnitude. With this understanding, in order to select the first harmonic, the first peak that has an amplitude of at least 1/20 th of the largest peak in the spectrum is selected). This minimizes the possibility of selecting as the heart rate a peak in the Chirp Z transform caused by noise.

In the case of motion, a motion artifact suppression is completed on the snapshot with the motion artifact suppression module 580. The motion artifact suppression module 580 is depicted in greater detail in FIG. 21. As can be seen in FIG. 21, the motion artifact suppression module 580 is nearly identical to the saturation transform module 406 (FIG. 18). Accordingly, the motion artifact suppression module has a motion artifact reference processor 570 and a motion artifact correlation canceler 571.

The motion artifact reference processor 570 is the same as the reference processor 530 of the saturation transform module 406. However, the reference processor 570 utilizes the saturation value from the saturation module 408, rather than completing an entire saturation transform with the 117 saturation scan values. The reference processor 570, therefore, has a saturation equation module 581, a reference generator 582, a DC removal module 583, and a bandpass filter module 585. These modules are the same as corresponding modules in the saturation transform reference processor 530. In the present embodiment, the saturation equation module 581 receives the arterial saturation value from the saturation calculation module 408 rather than doing a saturation axis scan as in the saturation transform module 406. This is because the arterial saturation has been selected, and there is no need to perform an axis scan. Accordingly, the output of the saturation equation module 581 corresponds to the proportionality constant $r_a$ (i.e., the expected red to infrared ratio for the arterial saturation value). Otherwise, the reference processor 570 performs the same function as the reference processor 530 of the saturation transform module 406.

The motion artifact correlation canceler 571 is also similar to the saturation transform correlation canceler 531 (FIG. 18). However, the motion artifact suppression correlation

5,632,272

49

canceler **571** uses a slightly different motion artifact joint process estimator **572**. Accordingly, the motion artifact suppression correlation canceler **571** has a joint process estimator **572** and a low-pass filter **573**. The motion artifact joint process estimator **572** differs from the saturation transform joint process estimator **550** in that there are a different number of cells (between 6 and 10 in the present embodiment), as selected by the Number of Cells input **574**, in that the forgetting parameter differs (0.98 in the present embodiment), and in that the time delay due to adaptation differs. The low-pass filter **573** is the same as the low pass filter **552** of the saturation transform correlation canceler **531**.

Because only one saturation value is provided to the reference processor, only one output vector of 270 samples results at the output of the motion artifact suppression correlation canceler **571** for each input packet of 570 samples. In the present embodiment, where the infrared wavelength is provided as a first input to the correlation canceler, the output of the correlation canceler **571** provides a clean infrared waveform. It should be understood that, as described above, the infrared and red wavelength signals could be switched such that a clean red waveform is provided at the output of the motion artifact suppression correlation canceler **571**. The output of the correlation canceler **571** is a clean waveform because the actual saturation value of the patient is known which allows the reference processor **570** to generate a noise reference for inputting to the correlation canceler **571** as the reference signal. The clean waveform at the output of the motion artifact suppression module **580** is a clean plethysmograph waveform which can be forwarded to the display **336**.

As described above, an alternative joint process estimator uses the QRD least squares lattice approach (FIG. 8a, 9a and 10a). Accordingly, the joint process estimator **573** (as well as the joint process estimator **550**) could be replaced with a joint process estimator executing the QRD least squares lattice operation.

FIG. 21a depicts an alternative embodiment of the motion artifact suppression module with a joint process estimator **572a** replacing the joint process estimator **572**. The joint process estimator **572a** comprises a QRD least squares lattice system as in FIG. 10a. In accordance with this embodiment, different initialization parameters are used as necessary for the QRD algorithm.

The initialization parameters are referenced in FIG. 21a as "Number of Cells," "Lambda," "MinSumErr," "GamsInit," and "SumErrInit." Number of Cells and Lambda correspond to like parameters in the joint process estimator **572**. Gamslnit corresponds to the $\gamma$ initialization variable for all stages except the zero order stage, which as set forth in the QRD equations above is initialized to '1'. SummErrInit provides the $\delta$ initialization parameter referenced above in the QRD equations. In order to avoid overflow, the larger of the actual calculated denominator in each division in the QRD equations and MinSumErr is used. In the present embodiment, the preferred initialization parameters are as follows:

Number of Cells=6

Lambda=0.8

MinSumErr=$10^{-20}$

GamsInit=$10^{-2}$

SumErrInit=$10^{-6}$.

The clean waveform output from the motion artifact suppression module **580** also provides an input to the second spectral estimation module **588**. The second spectral estimation module **588** performs the same Chirp Z transform as

50

the first spectral estimation module **586**. In the case of no motion, the output from the first spectral estimation module **586** is provided to the spectrum analysis module **586**; in the case of motion, the output from the second spectral estimation module **588** is provided to a spectrum analysis module **590**. The spectrum analysis module **590** examines the frequency spectrum from the appropriate spectral estimation module to determine the pulse rate. In the case of motion, the spectrum analysis module **590** selects the peak in the spectrum with the highest amplitude, because the motion artifact suppression module **580** attenuates all other frequencies to a value below the actual heart rate peak. In the case of no motion, the spectrum analysis module selects the first harmonic in the spectrum as the heart rate as described above.

The output of the spectrum analysis module **590** provides the raw heart rate as an input to the slew rate limiting module **592**, which provides an input to an output filter **594**. In the present embodiment, the slew rate limiting module **592** prevents changes greater that 20 beats/minute per 2 second interval.

The output filter **594** comprises an exponential smoothing filter similar to the exponential smoothing filter described above with respect to the clip and smooth filter **566**. The output filter is controlled via an output filter coefficient module **596**. If motion is large, this filter can sample much faster and still maintain a clean value. The output from the output filter **594** is the pulse of the patient, which is advantageously provided to the display **336**.

Alternative To Saturation Transform Module—Bank Of Filters

An alternative to the saturation transform of the saturation transform module **406** can be implemented with a bank of filters as depicted in FIG. 23. As seen in FIG. 23, two banks of filters, a first filter bank **600** and a second filter bank **602** are provided. The first filter bank **600** receives a first measured signal $S_{\lambda a}(t)$ (the infrared signal samples in the present embodiment) on a corresponding first filter bank input **604**, and the second filter bank **602** receives a second measured signal $S_{\lambda b}(t)$ (the red samples in the present embodiment) on a corresponding second filter bank input **606**. In a preferred embodiment, the first and second filter banks utilize static recursive polyphase bandpass filters with fixed center frequencies and corner frequencies. Recursive polyphase filters are described in an article Harris, et. al. "Digital Signal Processing With Efficient Polyphase Recursive All-Pass filters" attached hereto as Appendix A. However, adaptive implementations are also possible. In the present implementation, the recursive polyphase bandpass filter elements are each designed to include a specific center frequency and bandwidth.

There are N filter elements in each filter bank. Each of the filter elements in the first filter bank **600** have a matching (i.e., same center frequency and bandwidth) filter element in the second filter bank **602**. The center frequencies and the corner frequencies of N elements are each designed to occupy N frequency ranges, 0 to $F_1$, $F_1$–$F_2$, $F_2$–$F_3$, $F_3$–$F_4$. . . $F_{N-1}$–$F_N$ as shown in FIG. 23.

It should be understood that the number of filter elements can range from 1 to infinity. However, in the present embodiment, there are approximately 120 separate filter elements with center frequencies spread evenly across a frequency range of 25 beats/minute–250 beats/minute.

The outputs of the filters contain information about the primary and secondary signals for the first and second measured signals (red and infrared in the present example) at the specified frequencies. The outputs for each pair of

64

5,632,272

51

matching filters (one in the first filter bank **600** and one in the second filter bank **602**) are provided to saturation determination modules **610**. FIG. 23 depicts only one saturation determination module **610** for ease of illustration. However, a saturation determination module can be provided for each matched pair of filter elements for parallel processing. Each saturation determination module has a ratio module **616** and a saturation equation module **618**.

The ratio module **616** forms a ratio of the second output to the first output. For instance, in the present example, a ratio of each red RMS value to each corresponding infrared RMS value (Red/IR) is completed in the ratio module **616**. The output of the ratio module **616** provides an input to the saturation equation module **618** which references a corresponding saturation value for the input ratio. The output of the saturation equation modules **618** are collected (as represented in the histogram module **620**) for each of the matched filter pairs. However, the data collected is initially a function of frequency and saturation. In order to form a saturation transform curve similar to the curve depicted in FIG. 22, a histogram or the like is generated as in FIG. 24. The horizontal axis represents the saturation value, and the vertical axis represents a summation of the number of points (outputs from the saturation equation modules **618**) collected at each saturation value. In other words, if the output of the saturation equation module **618** for ten different matched filter pairs indicates a saturation value of 98%, then a point in the histogram of FIG. 24 would reflect a value of 10 at 98% saturation. This results in a curve similar to the saturation transform curve of FIG. 22. This operation is completed in the histogram module **620**.

The results of the histogram provide a power curve similar to the power curve of FIG. 22. Accordingly, the arterial saturation can be calculated from the histogram by selecting the peak (greatest number of occurrences in the area of interest) corresponding to the highest saturation value (e.g., the peak 'c' in Figure peaks corresponding to the highest saturation value peak. Similarly, the venous or background saturation can be determined from the histogram by selecting the peak corresponding to the lowest saturation value (e.g., the peak 'd' in FIG. 24), in a manner similar to the processing in the saturation calculation module **408**.

It should be understood that as an alternative to the histogram, the output saturation (not necessarily a peak in the histogram) corresponding to the highest saturation value could be selected as the arterial saturation with the corresponding ratio representing $r_a$. Similarly, the output saturation corresponding to the lowest saturation value could be selected as the venous or background saturation with the corresponding ratio representing $r_v$. For example, in this embodiment, the entry 'a' in the histogram of FIG. 24 would be chosen as the arterial saturation and the entry in the histogram 'b' with the lowest saturation value would be chosen as the venous or background saturation.

### ALTERNATIVE DETERMINATION OF COEFFICIENTS $r_a$ AND $r_v$

As explained above, in accordance with the present invention, primary and secondary signal portions, particularly for pulse oximetry, can be modeled as follows:

$$S_{red} = s_1 + n_1 \text{ (red)} \tag{89}$$

$$S_{IR} = s_2 + n_2 \text{ (infrared)} \tag{90}$$

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2 \tag{91}$$

Substituting Equation (91) into Equation (89) provides the following:

52

$$S_{red} = r_a s_2 + r_v n_2 \text{ (red)} \tag{92}$$

Note that $S_{red}$ and $S_{IR}$ are used in the model of equations (89)–(92). This is because the discussion below is particularly directed to blood oximetry. $S_{red}$ and $S_{IR}$ correspond to $S_1$ and $S_2$ in the preceding text, and the discussion that follows could be generalized for any measure signal $S_1$ and $S_2$.

As explained above, determining $r_a$ and $r_v$ (which correspond to arterial and venous blood oxygen saturation via a saturation equation) can be accomplished using the saturation transform described above doing a scan of many possible coefficients. Another method to obtain $r_a$ and $r_v$ based on red and infrared data is to look for $r_a$ and $r_v$ which minimize the correlation between $s_k$ and $n_k$, assuming $s_k$ is at least somewhat (and preferably substantially) uncorrelated with $n_k$ (where k=1 or 2). These values can be found by minimizing the following statistical calculation function for k=2:

$$\text{Correlation}(s_2, n_2) = |\Sigma_i s_2(S_{red}, S_{IR}, r_a, r_v) n_2(S_{red}, S_{IR}, r_a, r_v)| \tag{93}$$

where i represents time.

It should be understood that other correlation functions such as a normalized correlation could also be used.

Minimizing this quantity often provides a unique pair of $r_a$ and $r_v$ if the noise component is uncorrelated to the desired signal component. Minimizing this quantity can be accomplished by solving Equations (90) and (92) for $s_2$ and $n_2$, and finding the minimum of the correlation for possible values of $r_a$ and $r_v$. Solving for $s_2$ and $n_2$ provides the following:

$$\begin{pmatrix} S_{red} \\ S_{IR} \end{pmatrix} = \begin{pmatrix} r_a & r_v \\ 1 & 1 \end{pmatrix} \begin{pmatrix} s_2 \\ n_2 \end{pmatrix}$$

inverting the two-by-two matrix provides:

Thus,

$$\begin{pmatrix} r_a & r_v \\ 1 & 1 \end{pmatrix}^{-1} = \frac{1}{r_a - r_v} \begin{pmatrix} 1 & -r_v \\ -1 & r_a \end{pmatrix}$$

$$\begin{pmatrix} s_2 \\ n_2 \end{pmatrix} = \frac{1}{r_a - r_v} \begin{pmatrix} 1 & -r_v \\ -1 & r_a \end{pmatrix} \begin{pmatrix} S_{red} \\ S_{IR} \end{pmatrix}$$

or:

$$s_2 = \frac{1}{r_a - r_v} (S_{red} - r_v S_{IR})$$

$$n_2 = \frac{1}{r_a - r_v} (-S_{red} + r_a S_{IR})$$

Preferably, the correlation of equation (93) is enhanced with a user specified window function as follows:

$$\text{Correlation}(s_2, n_2) = |\sum_{i=1}^{N} w_i s_2(S_{red}, S_{IR}, r_a, r_v) n_2(S_{red}, S_{IR}, r_a, r_v)| \tag{93a}$$

The Blackman Window is the presently preferred embodiment. It should be understood that there are many additional functions which minimize the correlation between signal and noise. The function above is simply one. Thus,

5,632,272

**53**

$$\text{Correlation}(s_2, n_2) = \left| \sum_{i=1}^{N} \left[ \frac{w_i}{(r_a - r_v)^2} (S_{red_i} - r_v S_{IR_i}) (-S_{red_i} - r_a S_{IR_i}) \right] \right| \quad (93b)$$

$$= \frac{1}{(r_a - r_v)^2} \left| -\sum_{i=1}^{N} (S_{red_i})^2 w_i + (r_a + r_v) \sum_{i=1}^{N} S_{IR_i} S_{red_i} w_i + \sum_{i=1}^{N} (S_{IR_i})^2 w_i \right|$$

In order to implement the minimization on a plurality of discrete data points, the sum of the squares of the red sample points, the sum of the squares of the infrared sample points, and the sum of the product of the red times the infrared sample points are first calculated (including the window function, $w_i$):

$$RR = \sum_{i=1}^{N} (S_{red_i})^2 w_i$$

$$II = \sum_{i=1}^{N} (S_{IR_i})^2 w_i$$

$$IRR = \sum_{i=1}^{N} (S_{IR_i}) (S_{red_i}) w_i$$

These values are used in the correlation equation (93b). Thus, the correlation equation becomes an equation in terms of two variables, $r_a$ and $r_v$. To obtain $r_a$ and $r_v$, an exhaustive scan is executed for a good cross-section of possible values for $r_a$ and $r_v$ (e.g., 20–50 values each corresponding to saturation values ranging from 30–105). The minimum of the correlation function is then selected and the values of $r_a$ and $r_v$ which resulted in the minimum are chosen as $r_a$ and $r_v$.

Once $r_a$ and $r_v$ have been obtained, arterial oxygen saturation and venous oxygen saturation can be determined by provided $r_a$ and $r_v$ to a saturation equation, such as the saturation equation **502** of the statistics module **404** which provides an oxygen saturation value corresponding to the ratios $r_a$ and $r_v$.

In a further implementation to obtain $r_a$ and $r_v$, the same signal model set forth above is again used. In order to determine $r_a$ and $r_v$ in accordance with this implementation, the energy in the signal $s_2$ is maximized under the constraint that $s_2$ is uncorrelated with $n_2$. Again, this implementation is based upon minimizing the correlation between $s$ and $n$ and on the signal model of the present invention where the signal s relates to the arterial pulse and the signal n is the noise (containing information on the venous blood, as well as motion artifacts and other noise); $r_a$ is the ratio (RED/IR) related to arterial saturation and $r_v$ is the ratio (RED/IR) related to venous saturation. Accordingly, in this implementation of the present invention, $r_a$ and $r_v$ are determined such that the energy of the signal $s_2$ is maximized where $s_2$ and $n_2$ are uncorrelated. The energy of the signal $s_2$ is given by the following equation:

**54**

$$\text{ENERGY}(s_2) = \frac{1}{(r_a - r_v)^2} \sum_{i=1}^{N} (S_{red} - r_v S_{IR})^2 \quad (94)$$

$$= \frac{1}{(r_a - r_v)^2} \left[ \sum_{i=1}^{N} (S_{red}^2) - 2r_v \sum_{i=1}^{N} (S_{red} S_{IR}) + r_v^2 \sum_{i=1}^{N} (S_{IR}^2) \right] \quad (95)$$

$$= \frac{1}{(r_a - r_v)^2} [R_1 - 2r_v R_{12} + r_v^2 R_2] \quad (96)$$

where $R_1$ is the energy of the red signal, $R_2$ is the energy of the infrared signal and $R_{1,2}$ is the correlation between the red and infrared signals.

The correlation between $s_2$ and $n_2$ is given by

$$\text{Correlation}(s_2, n_2) = \frac{1}{(r_a - r_v)^2} \sum_{i=1}^{N} (S_{red_i} - r_v S_{ir_i}) (-S_{red_i} + r_a S_{IR_i}) \quad (97)$$

$$= \frac{1}{(r_a - r_v)^2} [-R_1 + (r_a + r_v) R_{12} - r_a r_v R_2]$$

As explained above, the constraint is that $s_k$ and $n_k$ (k = 2 for the present example) are uncorrelated. This "decorrelation constraint" is obtained by setting the correlation of Equation (97) to zero as follows:

$$-R_1 + (r_a + r_v) R_{12} - r_a r_v R_2 = 0 \quad (98)$$

In other words, the goal is to maximize equation (94) under the constraint of equation (98).

In order to obtain the goal, a cost function is defined (e.g., a Lagrangian optimization in the present embodiment) as follows:

$$J(r_a, r_v, \mu) = \frac{1}{(r_a - r_v)^2} [R_1 - 2r_v R_{12} + r_v^2 R_2 + \mu(-R_1 + (r_a + r_v) R_{12} - r_a r_v R_2)] \quad (99)$$

where $\mu$ is the Lagrange multiplier. Finding the value of $r_a$, $r_v$ and $\mu$ that solve the cost function can be accomplished using a constrained optimization method such as described in Luenberger, *Linear & Nonlinear Programming*, Addison-Wesley, 2d Ed., 1984.

Along the same lines, if we assume that the red and infrared signals $S_{red}$ and $S_{IR}$ are non-static, the functions $R_1$, $R_2$ and $R_{12}$ defined above are time dependent. Accordingly, with two equations, two unknowns can be obtained by expressing the decorrelation constraint set forth in equation (98) at two different times. The decorrelation constraint can be expressed at two different times, $t_1$ and $t_2$, as follows:

$$-R_1(t_1) + (r_a + r_v) R_{12}(t_1) - r_a r_v R_2(t_1) = 0 \quad (100)$$

$$-R_1(t_2) + (r_a + r_v) R_{12}(t_2) - r_a r_v R_2(t_2) = 0 \quad (101)$$

Because equations (100) and (101) are non-linear in $r_a$ and $r_v$, a change of variables allows the use of linear techniques to solve these two equations. Accordingly, with $x = r_a + r_v$; $y = r_a r_v$, equations (100) and (101) become

$$R_{12}(t_1) x - R_2(t_1) y = R_1(t_1) \quad (102)$$

$$R_{12}(t_2) x - R_2(t_2) y = R_1(t_2) \quad (103)$$

5,632,272

55

These equation (102) and (103) can be solved for x and y. Then, solving for $r_a$ and $r_v$ from the changes of variables equations provides the following:

$$r_v + \frac{y}{r_v} = x \Rightarrow r_v^2 - xr_v + y = 0 \qquad (104)$$

Solving equation (104) results in two values for $r_v$. In the present embodiment, the $r_v$ value that results in $x^2-r_v y > 0$ is selected. If both values of $r_v$ result in $x^2-r_v y > 0$, the $r_v$ that maximizes the energy of $s_2$ (Energy($s_2$)) at $t_2$ is selected, $r_v$ is then substituted into the equations above to obtain $r_a$. Alternatively $r_a$ can be found directly in the same manner $r_v$ was determined.

Alternative To Saturation Transform—Complex FFT

The blood oxygen saturation, pulse rate and a clean plethysmographic waveform of a patient can also be obtained using the signal model of the present invention using a complex FFT, as explained further with reference to FIGS. 25A–25C. In general, by utilizing the signal model of equations (89)–(92) with two measured signals, each with a first portion and a second portion, where the first portion represents a desired portion of the signal and the second portion represents the undesired portion of the signal, and where the measured signals can be correlated with coefficients $r_a$ and $r_v$, a fast saturation transform on a discrete basis can be used on the sample points from the output of the decimation operation 402.

FIG. 25A corresponds generally to FIG. 14, with the fast saturation transform replacing the previously described saturation transform. In other words, the operations of FIG. 25A can replace the operations of FIG. 14. As depicted in FIG. 25A, the fast saturation transform is represented in a fast saturation transform/pulse rate calculation module 630. As in FIG. 14, the outputs are arterial oxygen saturation, a clean plethysmographic waveform, and pulse rate. FIG. 25B and 25C illustrate additional detail regarding the fast saturation transform/pulse rate calculation module 630. As depicted in FIG. 25B, the fast saturation transform module 630 has infrared log and red log modules 640, 642 to perform a log normalization as in the infrared and red log modules 480, 482 of FIG. 17. Similarly, there are infrared DC removal and red DC removal modules 644, 646. In addition, there are infrared and red high-pass filter modules 645, 647, window function modules 648, 640, complex FFT modules 652, 654, select modules 653, 655, magnitude modules 656, 658, threshold modules 660, 662, a point-by-point ratio module 670, a saturation equation module 672, and a select saturation module 680. There are also phase modules 690, 692, a phase difference module 694, and a phase threshold module 696. The output of the select saturation module 680 provides the arterial saturation on an arterial saturation output line 682.

In this alternative embodiment, the snapshot for red and infrared signals is 562 samples from the decimation module 402. The infrared DC removal module 644 and the red DC removal module 646 are slightly different than the infrared and red DC removal modules 484, 486 of FIG. 17. In the infrared and red DC removal modules 644, 646 of FIG. 25B, the mean of all 563 sample points for each respective channel is calculated. This mean is then removed from each individual sample point in the respective snapshot in order to remove the baseline DC from each sample. The outputs of the infrared and red DC removal modules 644, 646 provide inputs to respective infrared high-pass filter module 645 and red high-pass filter module 647.

The high-pass filter modules 645, 647 comprise FIR filters with 51 taps for coefficients. Preferably, the high-pass

56

filters comprise Chebychev filters with a side-lobe level parameter of 30 and a corner frequency of 0.5 Hz (i.e., 30 beats/minute). It will be understood that this filter could be varied for performance. With 562 sample points entering the high-pass filters, and with 51 taps for coefficients, there are 512 samples provided from these respective infrared and red snapshots at the output of the high-pass filter modules. The output of the high-pass filter modules provides an input to the window function modules 648, 650 for each respective channel.

The window function modules 648, 650 perform a conventional windowing function. A Kaiser windowing function is used in the present embodiment. The functions throughout FIG. 25B maintain a point-by-point analysis. In the present embodiment, the time bandwidth product for the Kaiser window function is 7. The output of the window function modules provides an input to the respective complex Fast Fourier Transform (FFT) modules 652, 654.

The complex FFT modules 652, 654 perform complex FFTs on respective infrared and red channels on the data snapshots. The data from the complex FFTs is then analyzed in two paths, once which examines the magnitude and one which examines the phase from the complex FFT data points. However, prior to further processing, the data is provided to respective infrared and red select modules 653, 655 because the output of the FFT operation will provide repetitive information from 0–½ the sampling rate and from ½ the sampling rate to the sampling rate. The select modules select only samples from 0–½ the sampling rate (e.g., 0–31.25 Hz in the present embodiment) and then select from those samples to cover a frequency range of the heart rate and one or more harmonics of the heart rate. In the present embodiment, samples which fall in the frequency range of 20 beats per minute to 500 beats per minute are selected. This value can be varied in order to obtain harmonics of the heart rate as desired. Accordingly, the output of the select modules results in less than 256 samples. In the present embodiment, the sample points 2–68 of the outputs of the FFTs are utilized for further processing.

In the first path of processing, the output from the select modules 653, 655 are provided to respective infrared and red magnitude modules 656, 658. The magnitude modules 656, 658 perform a magnitude function wherein the magnitude on a point-by-point basis of the complex FFT points is selected for each of the respective channels. The outputs of the magnitude modules 656, 658 provide an input to infrared and red threshold modules 660, 662.

The threshold modules 660, 662 examine the sample points, on a point-by-point basis, to select those points where the magnitude of an individual point is above a particular threshold which is set at a percentage of the maximum magnitude detected among all the remaining points in the snapshots. In the present embodiment, the percentage for the threshold operation is selected as 1% of the maximum magnitude.

After thresholding, the data points are forwarded to a point-by-point ratio module 670. The point-by-point ratio module takes the red over infrared ratio of the values on a point-by-point basis. However, a further test is performed to qualify the points for which a ratio is taken. As seen in FIG. 25B, the sample points output from the select modules 653, 655 are also provided to infrared and red phase modules 690, 692. The phase modules 690, 692 select the phase value from the complex FFT points. The output of the phase modules 690, 692 is then presented to a phase difference module 694. The phase difference module 694 calculates the difference in phase between the corresponding data points from the phase modules 690, 692. If the magnitude of the phase

Appx672

5,632,272

| 57 | 58 |

difference between any two corresponding points is less than a particular threshold (e.g., 0.1 radians in the present embodiment), then the sample points qualify. If the phase of two corresponding sample points is too far apart, then the sample points are not used. The output of the phase threshold module 696 provides an enable input to the RED/IR rate module 670. Accordingly, in order for the ratio of a particular pair of sample points to be taken, the three tests are executed:

6. the red sample must pass the red threshold 660;

7. the infrared sample must pass the infrared threshold 662; and

8. the phase between the two points must be less than the predefined threshold as determined in the phase threshold 696.

For those sample points which qualify, a ratio is taken in the ratio module 670. For those points which do not qualify, the saturation is set to zero at the output of the saturation equation 672.

The resulting ratios are provided to a saturation equation module which is the same as the saturation equation modules 502, 520 in the statistics module 504. In other words, the saturation equation module 672 accepts the ratio on a point-by-point basis and provides as an output a corresponding saturation value corresponding to the discrete ratio points. The saturation points output from the saturation equation module 672 provide a series of saturation points which could be plotted as saturation with respect to frequency. The frequency reference was entered into the points at the complex FFT stage.

The arterial (and the venous) saturation can then be selected, as represented in the select arterial saturation module 680, in one of two methods according to the present invention. According to one method, the arterial saturation value can be selected simply as the point corresponding to the largest saturation value for all points output from the saturation equation module 672 for a packet. Alternatively, a histogram similar to the histogram of FIG. 22 can be generated in which the number of saturation values at different frequencies (points) are summed to form a histogram of the number of occurrences for each particular saturation value. In either method, the arterial saturation can be obtained and provided as an output to the select arterial saturation module on the arterial saturation output line 682. In order to obtain the venous saturation, the minimum arterial saturation value, of points that exhibit non-zero value, is selected rather than the maximum arterial saturation value. The saturation can be provided to the display 336.

The fast saturation transform information can also be used to provide the pulse rate and the clean plethysmographic wave form as further illustrated in FIG. 25C. In order to obtain the pulse rate and a clean plethysmographic wave form, several additional functions are necessary. As seen in FIG. 25C, the pulse rate and clean plethysmographic wave form are determined using a window function module 700, a spectrum analysis module 702 and an inverse window function module 704.

As depicted in FIG. 25C, the input to the window function module 700 is obtained from the output of the complex FFT modules 652 or 654. In the present embodiment, only one measured signal is necessary. Another input to the window function module 700 is the arterial saturation determined from the output of the select arterial saturation module 680.

The window function module performs a windowing function selected to pass those frequencies that significantly correlate to the frequencies which exhibited saturation values very close to the arterial saturation value. In the present embodiment, the following windowing function is selected:

$$1 - \left[ \frac{SAT_{art} - SAT_n}{100} \right]^{15} \tag{105}$$

where $SAT_n$ equals the saturation value corresponding to each particular frequency for the sample points and $SAT_{art}$ represents the arterial saturation as chosen at the output of the select arterial saturation module 680. This window function is applied to the window function input representing the complex FFT of either the red or the infrared signal. The output of the window function module 700 is a red or infrared signal represented with a frequency spectrum as determined by the FFT, with motion artifacts removed by the windowing function. It should be understood that many possible window functions can be provided. In addition, with the window function described above, it should be understood that using a higher power will provide more noise suppression.

In order to obtain pulse rate, the output points from the window function module 700 are provided to a spectrum analysis module 702. The spectrum analysis module 702 is the same as the spectrum analysis module 590 of FIG. 20. In other words, the spectrum analysis module 702 determines the pulse rate by determining the first harmonic in the frequency spectrum represented by the output points of the windowing function 700. The output of spectrum analysis module 702 is the pulse rate.

In order to obtain a clean plethysmographic waveform, the output of the windowing function 700 is applied to an inverse window function module 704. The inverse window function module 704 completes an inverse of the Kaiser window function of the window function module 648 or 650 of FIG. 25B. In other words, the inverse window function 704 does a point-by-point inverse of the Kaiser function for points that are still defined. The output is a clean plethysmographic waveform.

Accordingly, by using a complex FFT and windowing functions, the noise can be suppressed from the plethysmographic waveform in order to obtain the arterial saturation, the pulse rate, and a clean plethysmographic waveform. It should be understood that although the above description relates to operations primarily in the frequency domain, operations that obtain similar results could also be accomplished in the time domain.

Relation to Generalized Equations

The measurements described for pulse oximetry above are now related back to the more generalized discussion above. The signals (logarithm converted) transmitted through the finger 310 at each wavelength λa and λb are:

$$S_{\lambda a}(t) = S_{xred1}(t) = \epsilon_{Hb02,\lambda a} c^A_{Hb02} x^A(t) + \epsilon_{Hb,\lambda a} c^A_{Hb} x^A(t) + \epsilon_{Hb02,}{}_{\lambda a} c^V_{Hb02} x^V(t) + \epsilon_{Hb,\lambda a} c^V_{Hb} x^V(t) + n_{\lambda a}(t); \tag{105a}$$

$$S_{\lambda a}(t) = \epsilon_{Hb02,\lambda a} c^V_{Hb02} x^V(t) + \epsilon_{Hb,\lambda a} c^V_{Hb} x^V(t) + n_{\lambda a}(t); \tag{105b}$$

$$S_{\lambda a}(t) = s_{\lambda a}(t) + n_{\lambda a}(t); \tag{105c}$$

$$S_{\lambda b}(t) = S_{xred1}(t) = \epsilon_{Hb02,\lambda b} c^A_{Hb02} x^A(t) + \epsilon_{Hb,\lambda b} c^A_{Hb} x^A(t) + \epsilon_{Hb02,}{}_{\lambda b} c^V_{Hb02} x^V(t) + \epsilon_{Hb,\lambda b} c^V_{Hb} x^V(t) + n_{\lambda b}(t) \tag{106a}$$

$$S_{\lambda b}(t) = \epsilon_{Hb02,\lambda b} c^V_{Hb02} x^V(t) + \epsilon_{Hb,\lambda b} c^V_{Hb} x^V(t) + n_{\lambda b}(t) \tag{106b}$$

$$S_{\lambda b}(t) = s_{\lambda b}(t) + n_{\lambda b}(t) \tag{106c}$$

The variables above are best understood as correlated to FIG. 6c as follows: assume the layer in FIG. 6c containing $A_3$ and $A_4$ represents venous blood in the test medium, with $A_3$ representing deoxygenated hemoglobin (Hb) and $A_4$ representing oxygenated hemoglobin (HB02) in the venous

5,632,272

59

blood. Similarly, assume that the layer in FIG. 6c containing $A_5$ and $A_6$ represents arterial blood in the test medium, with $A_5$ representing deoxygenated hemoglobin (Hb) and $A_6$ representing oxygenated hemoglobin (HB02) in the arterial blood. Accordingly, $c^v Hb02$ represents the concentration of oxygenated hemoglobin in the venous blood, $c^v Hb$ represents the concentration of deoxygenated hemoglobin in the venous blood, $x^v$ represents the thickness of the venous blood (e.g., the thickness the layer containing $A_3$ and $A_4$). Similarly, $c^A Hb02$ represents the concentration of oxygenated hemoglobin in the arterial blood, $c^A Hb$ represents the concentration of deoxygenated hemoglobin in the arterial blood, and $x^A$ represents the thickness of the arterial blood (e.g., the thickness of the layer containing $A_5$ and $A_6$).

The wavelengths chosen are typically one in the visible red range, i.e., $\lambda a$, and one in the infrared range, i.e., $\lambda b$. Typical wavelength values chosen are $\lambda a=660$ nm and $\lambda b$ =910 nm. In accordance with the constant saturation method, it is assumed that $c^A_{Hb02}(t)/C^A_{Hb}(t)=$constant$_1$ and $c^v_{Hb02}(t)/c^v_{Hb}(t)=$constant$_2$. The oxygen saturation of arterial and venous blood changes slowly, if at all, with respect to the sample rate, making this a valid assumption. The proportionality coefficients for equations (105) and (106) can then be written as:

$$r_a(t) = \frac{\in_{Hb02,\lambda a} c^A_{Hb02} x^A(t) + \in_{Hb,\lambda a} c_{Hb} x^A(t)}{\in_{Hb02,\lambda b} c^A_{Hb02} x^A(t) + \in_{Hb,\lambda b} c^A_{Hb} x^A(t)} \quad (107)$$

$$s_{\lambda a}(t) = r_a(t) s_{\lambda b}(t) \quad (108a)$$

$$n_{\lambda a}(t) \neq r_a(t) n_{\lambda b}(t) \quad (109a)$$

$$n_{\lambda a}(t) = r_v(t) s_{\lambda b}(t) \quad (108b)$$

$$s_{\lambda a}(t) \neq r_v(t) s_{\lambda b}(t) \quad (109b)$$

In pulse oximetry, it is typically the case that both equations (108) and (109) can be satisfied simultaneously.

Multiplying equation (106) by $r_a(t)$ and then subtracting equation (106) from equation (105), a non-zero secondary reference signal $n'(t)$ is determined by:

$$n'(t)=S_{\lambda a}(t)-r_a(t)S_{\lambda b}(t) \quad (110a)$$

$$=\in_{Hb02,\lambda a} c^v_{Hb02} x^v(t)+\in_{Hb,\lambda a} c^v_{Hb} x^v(t)+n_{\lambda a}(t)$$

$$-r_a(t)[\in_{Hb02,\lambda b} c^v_{Hb02} x^v(t)+\in_{Hb,\lambda b} c^v_{Hb} x^v(t)+n_{\lambda b}(t)]. \quad (111a)$$

Multiplying equation (106) by $r_v(t)$ and then subtracting equation (106) from equation (105), a non-zero primary reference signal $s'(t)$ is determined by:

$$s'(t)=S_{\lambda a}(t)-r_v(t)S_{\lambda a}(t) \quad (110b)$$

$$=s_{\lambda a}(t)-r_v(t)s_{\lambda b}(t) \quad (111b)$$

The constant saturation assumption does not cause the venous contribution to the absorption to be canceled along with the primary signal portions $s_{\lambda a}(t)$ and $S_{\lambda b}(t)$. Thus, frequencies associated with both the low frequency modulated absorption due to venous absorption when the patient is still and the modulated absorption due to venous absorption when the patient is moving are represented in the secondary reference signal $n'(t)$. Thus, the correlation canceler or other methods described above remove or derive both erratically modulated absorption due to venous blood in the finger under motion and the constant low frequency cyclic absorption of venous blood.

To illustrate the operation of the oximeter of FIG. 11 to obtain clean waveform, FIGS. 26 and 27 depict signals measured for input to a reference processor of the present

60

invention which employs the constant saturation method, i.e., the signals $S_{\lambda a}(t)=S_{\lambda red}(t)$ and $S_{\lambda b}(t)=S_{\lambda IR}(t)$. A first segment 26a and 27a of each of the signals is relatively undisturbed by motion artifact, i.e., the patient did not move substantially during the time period in which these segments were measured. These segments 26a and 27a are thus generally representative of the primary plethysmographic waveform at each of the measured wavelengths. A second segment 26b and 27b of each of the signals is affected by motion artifact, i.e., the patient did move during the time period in which these segments were measured. Each of these segments 26b and 27b shows large motion induced excursions in the measured signal. A third segment 26c and 27c of each of the signals is again relatively unaffected by motion artifact and is thus generally representative of the primary plethysmographic waveform at each of the measured wavelengths.

FIG. 28 shows the secondary reference signal $n'(t)=n_{\lambda a}$ (t)$-r_a n_{\lambda b}(t)$, as determined by a reference processor of the present invention. Again, the secondary reference signal $n'(t)$ is correlated to the secondary signal portions $n_{\lambda a}$ and $n_{\lambda b}$. Thus, a first segment 28a of the secondary reference signal $n'(t)$ is generally flat, corresponding to the fact that there is very little motion induced noise in the first segments 26a and 27a of each signal. A second segment 28b of the secondary reference signal $n'(t)$ exhibits large excursions, corresponding to the large motion induced excursions in each of the measured signals. A third segment 28c of the noise reference signal $n'(t)$ is generally flat, again corresponding to the lack of motion artifact in the third segments 26c and 27c of each measured signal.

It should also be understood that a reference processor could be utilized in order to obtain the primary reference signal $s'(t)=s_{\lambda a}-r_v s_{\lambda b}(t)$. The primary reference signal $s'(t)$ would be generally indicative of the plethysmograph waveform.

FIGS. 29 and 30 show the approximations $s''_{\lambda a}(t)$ and $S''_{\lambda b}(t)$ to the primary signals $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ as estimated by a correlation canceler using a secondary reference signal $n'(t)$. Note that the scale of FIGS. 26 through 30 is not the same for each figure to better illustrate changes in each signal. FIGS. 29 and 30 illustrate the effect of correlation cancellation using the secondary reference signal $n'(t)$ as determined by the reference processor. Segments 29b and 30b are not dominated by motion induced noise as were segments 26b and 27b of the measured signals. Additionally, segments 29a, 30a, 29c, and 30c have not been substantially changed from the measured signal segments 26a, 27a, 26c, and 27c where there was no motion induced noise.

It should be understood that approximation $n''_{\lambda a}(t)$ and $n''_{\lambda b}(t)$ to the secondary signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ as estimated by a correlation canceler using a primary reference signal $s'(t)$ can also be determined in accordance with the present invention.

## METHOD FOR ESTIMATING PRIMARY AND SECONDARY SIGNAL PORTIONS OF MEASURED SIGNALS IN A PULSE OXIMETER

Implementing the various embodiments of the correlation canceler described above in software is relatively straightforward given the equations set forth above, and the detailed description above. However, a copy of a computer program subroutine, written in the C programming language, which calculates a primary reference $s'(t)$ using the constant saturation method and, using a joint process estimator 572 which implements a joint process estimator using the equations (54)–(64) is set forth in Appendix B. This joint process

69

5,632,272

61

62

estimator estimates a good approximation to the primary signal portions of two measured signals, each having a primary portion which is correlated to the primary reference signal s'(t) and a secondary portion which is correlated to the secondary reference signal n'(t). This subroutine is another way to implement the steps illustrated in the flowchart of FIG. 9 for a monitor particularly adapted for pulse oximetry. The two signals are measured at two different wavelengths λa and λb, where λa is typically in the visible region and λb is typically in the infrared region. For example, in one embodiment of the present invention, tailored specifically to perform pulse oximetry using the constant saturation method, λa=660 nm and λb=940 nm.

The correspondence of the program variables to the variables defined in equations (54)–(64) in the discussion of the joint process estimator is as follows:

$\Delta_m(t)$=nc[m].Delta

$\Gamma_{f,m}(t)$=nc[m].fref

$\Gamma_{b,m}(t)$=nc[m].bref

$f_m(t)$=nc[m].ferr

$b_m(t)$=nc[m].berr

$\mathfrak{I}_m(t)$=nc[m].Fswsqr

$\beta_m(t)$=nc[m].Bswsqr

$\gamma_m(t)$=nc[m].Gamma

$\rho_{m,\lambda a}(t)$=nc[m].Roh_a

$\rho_{m,\lambda b}(t)$=nc[m].Roh_b

$e_{m,\lambda a}(t)$=nc[m].err_a

$e_{m,\lambda b}(t)$=nc[m].err_b

$\kappa_{m,\lambda a}(t)$=nc[m].K_a

$\kappa_{m,\lambda b}(t)$=nc[m].K_b

A first portion of the program performs the initialization of the registers 90, 92, 96, and 98 and intermediate variable values as in the "INITIALIZED CORRELATION CANCELER" action block 120. A second portion of the program performs the time updates of the delay element variables 110 with the value at the input of each delay element variable 110 is stored in the delay element variable 110 as in the "TIME UPDATE OF LEFT [Z⁻¹] ELEMENTS" action block 130. The calculation of saturation is performed in a separate module. Various methods for calculation of the oxygen saturation are known to those skilled in the art. One such calculation is described in the articles by G. A. Mook, et al, and Michael R. Neuman cited above. Once the concentration of oxygenated hemoglobin and deoxygenated hemoglobin are determined, the value of the saturation is determined similarly to equations (72) through (79) wherein measurements at times $t_1$ and $t_2$ are made at different, yet proximate times over which the saturation is relatively constant. For pulse oximetry, the average saturation at time $t=(t_1+t_2)/2$ is then determined by:

$$Sat_{arterial}(t) = \frac{c_{HbO2}^A(t)}{c_{HbO2}^A(t)+c_{Hb}^A(t)} \tag{112a}$$

$$= \frac{\in_{Hb,\lambda a} - \in_{Hb,\lambda b}(\Delta n_{a}/\Delta n_{b})}{\in_{Hb,\lambda a} - \in_{HbO2,\lambda a} -} \tag{112b}$$

$$\overline{(\in_{Hb,\lambda b} - \in_{HbO2,\lambda b})(\Delta n_{a}/\Delta n_{b})}$$

$$Sat_{venous}(t) = \frac{c_{HbO2}^V(t)}{c_{HbO2}^V(t)+c_{Hb}^V(t)} \tag{113a}$$

$$= \frac{\in_{Hb,\lambda a} - \in_{Hb,\lambda b}(\Delta n_{a}/\Delta n_{b})}{\in_{Hb,\lambda a} - \in_{HbO2,\lambda a} -} \tag{113b}$$

$$\overline{(\in_{Hb,\lambda b} - \in_{HbO2,\lambda b})(\Delta n_{a}/\Delta n_{b})}$$

A third portion of the subroutine calculates the primary reference or secondary reference, as in the "CALCULATE PRIMARY OR SECONDARY REFERENCE (s'(t) or n'(t)) FOR TWO MEASURED SIGNAL SAMPLES" action block 140 for the signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ using the proportionality constants $r_a(t)$ and $r_v$ (t) determined by the constant saturation method as in equation (3). The saturation is calculated in a separate subroutine and a value of $r_a(t)$ or $r_v(t)$ is imported to the present subroutine for estimating either the primary portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ of the composite measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$.

A fourth portion of the program performs Z-stage update as in the "ZERO STAGE UPDATE" action block 150 where the Z-stage forward prediction error $F_o(t)$ and Z-stage backward prediction error $b_o(t)$ are set equal to the value of the reference signal n'(t) or s'(t) just calculated. Additionally zero-stage values of intermediate variables $\mathfrak{I}_o$ and $\mu_0(t)$(nc [m].Fswsqr and nc[m].Bswsqr in the program) are calculated for use in setting registers 90, 92, 96, and 98 values in the least-squares lattice predictor 70 in the regression filters 80a and 80b.

A fifth portion of the program is an iterative loop wherein the loop counter, M, is reset to zero with a maximum of m=NC_CELLS, as in the "m=0" action block 160 in FIG. 9. NC_CELLS is a predetermined maximum value of iterations for the loop. A typical value for NC_CELLS is between 6 and 10, for example. The conditions of the loop are set such that the loop iterates a minimum of five times and continues to iterate until a test for conversion is met or m –NC_CELLS. The test for conversion is whether or not the sum of the weighted sum of four prediction errors plus the weighted sum of backward prediction errors is less than a small number, typically 0.00001 (i.e., $\mathfrak{I}_m(t)+\beta m(t) \leq 0.00001$).

A sixth portion of the program calculates the forward and backward reflection coefficient $\Gamma_{m,f}(t)$ and $\Gamma_{m,b}(t)$ register 90 and 92 values (nc[m].fref and nc[m].bref in the program) as in the "ORDER UPDATE $m^{th}$-STAGE OF LSL-PREDICTOR" action block 170. Then forward and backward prediction errors $f_m(t)$ and $b_m(t)$ (nc[m].ferr and nc[m] .berr in the program) are calculated. Additionally, intermediate variables $\mathfrak{I}_m(t)$, $\beta m(t)$, and $\gamma(t)$ (nc[m].Fswsqr, nc[m].Bswsqr, nc[m]. gamma in the program) are calculated. The first cycle of the loop uses the value for nc[0] .Fswsqr and nc[0].Bswsqr calculated in the ZERO STAGE UPDATE portion of the program.

A seventh portion of the program, still within the loop begun in the fifth portion of the program, calculates the regression coefficient register 96 and 98 values $\kappa_{m,\lambda a}(t)$ and $\kappa_{m,\lambda b}(t)$ (nc[m].K_a and nc[m].K_b in the program) in both regression filters, as in the "ORDER UPDATE $m^{th}$ STAGE

70

5,632,272

63

OF REGRESSION FILTER(S)" action block **180**. Intermediate error signals and variables $e_{m,\lambda a}(t)$, $e_{m,\lambda b}(t)$, $\rho_{m,\lambda a}(t)$, and $\rho_{m,\lambda b}(t)$ (nc[m].err_a and nc[m].err_b, nc[m]. roh_a, and nc[m].roh_b in the subroutine) are also calculated.

The loop iterates until the test for convergence is passed. The test for convergence of the joint process estimator is performed each time the loop iterates analogously to the "DONE" action block **190**. If the sum of the weighted sums of the forward and backward prediction errors $\mathfrak{I}_m(t)+\beta m(t)$ is less than or equal to 0.00001, the loop terminates. Otherwise, sixth and seventh portions of the program repeat.

The output of the present subroutine is a good approximation to the primary signals $s"_{\lambda a}(t)$ and $s"_{\lambda b}(t)$ or the secondary signals $n"_{\lambda a}(t)$ and $n"_{\lambda b}(t)$ for the set of samples $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ input to the program. After approximations to the primary signal portions or the secondary signals portions of many sets of measured signal samples are estimated by the joint process estimator, a compilation of the outputs provides waves which are good approximations to the plethysmographic wave or motion artifact at each wavelength, $\lambda a$ and $\lambda b$.

It should be understood that the subroutine of Appendix B is merely one embodiment which implements the equations (54)–(64). Although implementation of the normalized and QRD-LSL equations is also straightforward, a subroutine for the normalized equations is attached as Appendix C, and a subroutine for the QRD-LSL algorithm is attached as Appendix D.

While one embodiment of a physiological monitor incorporating a processor of the present invention for determining a reference signal for use in a correlation canceler, such as an adaptive noise canceler, to remove or derive primary and secondary components from a physiological measurement has been described in the form of a pulse oximeter, it will be obvious to one skilled in the art that other types of physiological monitors may also employ the above described techniques.

Furthermore, the signal processing techniques described in the present invention may be used to compute the arterial and venous blood oxygen saturations of a physiological system on a continuous or nearly continuous time basis. These calculations may be performed, regardless of whether or not the physiological system undergoes voluntary motion.

Furthermore, it will be understood that transformations of measured signals other than logarithmic conversion and determination of a proportionality factor which allows removal or derivation of the primary or secondary signal portions for determination of a reference signal are possible. Additionally, although the proportionality factor r has been described herein as a ratio of a portion of a first signal to a portion of a second signal, a similar proportionality constant determined as a ratio of a portion of a second signal to a portion of a first signal could equally well be utilized in the processor of the present invention. In the latter case, a secondary reference signal would generally resemble $n'(t)= n_{\lambda b}(t)-rn_{\lambda a}(t)$.

Furthermore, it will be understood that correlation cancellation techniques other than joint process estimation may be used together with the reference signals of the present invention. These may include but are not limited to least mean square algorithms, wavelet transforms, spectral estimation techniques, neural networks, Weiner and Kalman filters among others.

One skilled in the art will realize that many different types of physiological monitors may employ the teachings of the present invention. Other types of physiological monitors include, but are in not limited to, electro cardiographs, blood

64

pressure monitors, blood constituent monitors (other than oxygen saturation) monitors, capnographs, heart rate monitors, respiration monitors, or depth of anesthesia monitors. Additionally, monitors which measure the pressure and quantity of a substance within the body such as a breathalizer, a drug monitor, a cholesterol monitor, a glucose monitor, a carbon dioxide monitor, a glucose monitor, or a carbon monoxide monitor may also employ the above described techniques.

Furthermore, one skilled in the art will realize that the above described techniques of primary or secondary signal removal or derivation from a composite signal including both primary and secondary components can also be performed on electrocardiography (ECG) signals which are derived from positions on the body which are close and highly correlated to each other. It should be understood that a tripolar Laplacian electrode sensor such as that depicted in FIG. **31** which is a modification of a bipolar Laplacian electrode sensor discussed in the article "Body Surface Laplacian ECG Mapping" by Bin He and Richard J. Cohen contained in the journal IEEE Transactions on Biomedical Engineering, Vol. 39, No. 11, November 1992 could be used as an ECG sensor. It must also be understood that there are a myriad of possible ECG sensor geometry's that may be used to satisfy the requirements of the present invention. The same type of sensor could also be used for EEG and EMG measurements.

Furthermore, one skilled in the art will realize that the above described techniques can also be performed on signals made up of reflected energy, rather than transmitted energy. One skilled in the art will also realize that a primary or secondary portion of a measured signal of any type of energy, including but not limited to sound energy, X-ray energy, gamma ray energy, or light energy can be estimated by the techniques described above. Thus, one skilled in the art will realize that the techniques of the present invention can be applied in such monitors as those using ultrasound where a signal is transmitted through a portion of the body and reflected back from within the body back through this portion of the body. Additionally, monitors such as echo cardiographs may also utilize the techniques of the present invention since they too rely on transmission and reflection.

While the present invention has been described in terms of a physiological monitor, one skilled in the art will realize that the signal processing techniques of the present invention can be applied in many areas, including but not limited to the processing of a physiological signal. The present invention may be applied in any situation where a signal processor comprising a detector receives a first signal which includes a first primary signal portion and a first secondary signal portion and a second signal which includes a second primary signal portion and a second secondary signal portion. Thus, the signal processor of the present invention is readily applicable to numerous signal processing areas.

What is claimed is:

1. In a signal processor for processing at least two measured signals $S_1$ and $S_2$ each containing a primary signal portion s and a secondary signal portion n, said signals $S_1$ and $S_2$ being in accordance with the following relationship:

$$S_1 = s_1 + n_1$$
$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients,

a method comprising the steps of:

5,632,272

<table>
<tr><td>65</td><td>66</td></tr>
</table>

determining a value for the coefficient $r_a$ which minimizes correlation between $s_1$ and $n_1$;

calculating the blood oxygen saturation from said value of $r_a$; and

displaying the blood oxygen saturation on a display.

2. In a signal processor for processing at least first and second measured signals $S_1$ and $S_2$ each containing a primary signal portion s and a secondary signal portion n, said signals $S_1$ and $S_2$ being in accordance with the following relationship:

$$S_1 = s_1 + n_1$$
$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients,

a method comprising the steps of:

determining a value for the coefficient $r_a$ which minimizes correlation between $s_1$ and $n_1$; and

processing at least one of the first and second signals using the determined value for $r_a$ to significantly reduce n from at least one of the first or second measured signal to form a clean signal.

3. The method of claim 2, further comprising the step of displaying the resulting clean signal on a display.

4. The method of claim 2, wherein said first and second signals are physiological signals, said method further comprising the step of processing said clean signal to determine a physiological parameter from said first and second measured signals.

5. The method of claim 4, wherein said physiological parameter is arterial oxygen saturation.

6. The method of claim 4, wherein said physiological parameter is an ECG signal.

7. The method of claim 2, wherein the primary signal portion of said measured signals is indicative of a heart plethysmograph, said method further comprising the step of calculating the pulse rate.

8. A physiological monitor comprising:

a first input configured to receive a first measured signal $S_1$ having a primary portion, $s_1$, and a secondary portion $n_1$;

a second input configured to received a second measured signal $S_2$ having a primary portion $s_2$ and a secondary portion $n_2$, said first and second measured signals $S_1$ and $S_2$ being in accordance with the following relationship:

$$S_1 = s_1 + n_1$$
$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients;

a transform module responsive to said first and said second measured signals and responsive to a plurality of possible values for $r_a$ to provide at least one power curve as an output;

an extremum calculation module responsive to said at least one power curve to select a value for $r_a$ which minimizes the correlation between s and n, and to calculate from said value for $r_a$ a corresponding saturation value as an output; and

a display module responsive to the saturation value output of said extremum calculation module to display said saturation value.

9. In a signal processor for processing at least firs and second measured signals, each containing a primary signal portion and a secondary signal portion, said first and second signals substantially adhering to a predefined signal model, a method comprising the steps of:

sampling said first and second signals over a period to obtain a first series of data points representing said first signal over said period and a second series of data points representing said second signal over said period;

transforming said first series of data points into a first transformed series of points having at least a frequency component and a magnitude component and transforming said second series of data points into a second transformed series of points having at least a frequency component and a magnitude component;

comparing said first and second transformed series of points to obtain a third series of comparison values having a magnitude component and at least a frequency component;

selecting at least one of said comparison values that has a magnitude within a selected threshold; and

from said selected at least one comparison value, determining a resulting value consistent with the predefined signal model.

10. The method of claim 9, wherein said step of comparing comprises determining a series of ratios on a point-by-point basis of the first transformed series of points to said second transformed series of points, and wherein said step of selecting at least one of said comparison values comprises the step of selecting the lower of the ratios.

11. The method of claim 10, wherein said step of determining a resulting value comprises calculating a blood oxygen saturation from the selected lower of the ratios.

12. The method of claim 9, wherein said resulting value is blood oxygen saturation.

13. The method of claim 9, wherein said resulting value is pulse rate.

14. In a signal processor for processing at least first and second measured signals, each containing a primary signal portion and a secondary signal portion, said first and second signals substantially adhering to a signal model for blood constituent saturation, a method comprising the steps of:

sampling said first and second signals over a period to obtain a first series of data points representing said first signal over said period and a second series of data points representing said second signal over said period;

transforming said first and second series of data points from time domain to frequency domain to obtain a first transformed series of points and a second transformed series of points, said first and second transformed series of points having a magnitude component and at least a frequency component;

determining a series of ratios of magnitudes with respect to frequency of ones of said first transformed series of points to ones of said second transformed series of points;

selecting at least one of the ratios from said series of ratios that has a magnitude within a selected threshold; and

from said selected at least one of the ratios, determining a resulting value consistent with the signal model.

15. The method of claim 14, wherein said ratios correspond to blood oxygen saturation, said step of selecting at least one of said ratios comprises selecting at least one of the ratios corresponding to the higher values of blood oxygen saturation.

Appx677

5,632,272

67

**16.** The method of claim **15**, wherein said step of determining a resulting value comprises calculating the blood oxygen saturation from the selected at least one of the ratios.

**17.** The method of claim **16**, further comprising the steps of:

combining with a window function at least one of said first transformed series of points or said second transformed series of points with said resulting value; and

performing a spectrum analysis on the combination to obtain the pulse rate.

**18.** The method of claim **16**, wherein said resulting value is blood oxygen saturation.

**19.** The method of claim **16**, further comprising the steps of:

using a window function, combining at least one of said first transformed series of points or said second transformed series of points with said resulting value; and

performing an inverse window function to obtain a plethysmographic waveform.

**20.** In a signal processor for processing at least first and second measured signals, each containing a primary signal portion and a secondary signal portion, said first and second signals substantially adhering to a signal model, a method comprising the steps of:

68

sampling said first and second signals over a period to obtain a first series of data points representing said first signal over said period and a second series of data points representing said second signal over said period;

performing a fast saturation transform with said first and second series of data points to obtain a series of transformed data points in said frequency domain;

determining a selected saturation value from said series of transformed data points.

**21.** The method of claim **20**, wherein said selected saturation value is arterial blood oxygen saturation.

**22.** The method of claim **20**, wherein said selected saturation value is venous blood oxygen saturation.

**23.** The method of claim **20**, wherein said step of performing said fast saturation transform comprises calculating first and second pluralities of intermediary transformed points from said first and second series of data points, said method further comprising the step of determining a pulse rate from said selected saturation value and from said first plurality of intermediary transformed points.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,632,272
DATED       : May 27, 1997
INVENTOR(S) : Diab et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 66, Line 1, "firs" should be deleted and --first--inserted.

Signed and Sealed this

Twenty-ninth Day of May, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI

*Attesting Officer*              *Acting Director of the United States Patent and Trademark Office*

# United States Patent [19]

## Williamson et al.

[11] Patent Number: 5,027,410

[45] Date of Patent: Jun. 25, 1991

[54] **ADAPTIVE, PROGRAMMABLE SIGNAL PROCESSING AND FILTERING FOR HEARING AIDS**

[75] Inventors: **Malcolm J. Williamson; Kenneth L. Cummins; Kurt E. Hecox,** all of Madison, Wis.

[73] Assignee: **Wisconsin Alumni Research Foundation,** Madison, Wis.

[21] Appl. No.: **269,937**

[22] Filed: **Nov. 10, 1988**

[51] Int. Cl.$^5$ ............................................. H04R 25/00
[52] U.S. Cl. ............................... 381/68.4; 364/724.01
[58] Field of Search ........................ 381/68.4, 68, 68.2, 381/71, 73.1, 94, 104, 106, 107, 99; 333/166, 167, 168, 173, 14; 328/167; 364/724.01, 724.08, 724.09

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,180,936 | 4/1965 | Schroeder | 381/94 |
| 3,403,224 | 9/1968 | Schroeder | 381/98 |
| 3,509,558 | 4/1970 | Cancro | 340/349 AD |
| 3,571,529 | 3/1971 | Gharib et al. | 381/72 |
| 3,784,749 | 3/1971 | Shigeyama et al. | 381/106 |
| 3,803,357 | 4/1974 | Sacks | 330/279 |
| 3,855,423 | 12/1974 | Brendzel et al. | 381/68.2 |
| 3,872,290 | 3/1975 | Crooke et al. | 381/106 |
| 3,894,195 | 7/1975 | Kryter | 369/48 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 67671/87 | 7/1987 | Australia . | |
| 237203 | 9/1987 | European Pat. Off. . | |
| 2407613 | 6/1979 | France | 364/724.19 |
| 60-21612 | 2/1985 | Japan | 381/94 |
| 2184629A | 6/1987 | United Kingdom . | |

### OTHER PUBLICATIONS

Tavares, "Nature and Application of Digital Filters," The Engineering Journal (The Engineering Institute of Canada), vol. 50, No. 1, Jan. 1967, pp. 23–27.
Brochure entitled "The Heritage" by Zenith Hearing Aid Sales Corporation, (publication date unknown).

Rabiner et al., "Terminology in Digital Signal Processing," IEEE Trans. Audio Electro. Acoust., vol. AV–20, pp. 322–337, Dec. 1972.
Bader et al., "Programmgesteuertes Rauschfilter," Fernseh und Kino Technik, 1974, No. 8, pp. 231–233 (in German). Accompanying English translation (A Program Controlled Noise Filter).
Barford, "Automatic Regulation Systems with Relevance to Hearing Aids," Scandinavian Audiology Supplement, (6/1978), pp. 335–378.
Mangold et al., "Programmerbart Filter Hjalper Horselskade," Elteknik med Aktuell Elektronik, 1977,
(List continued on next page.)

*Primary Examiner*—Forester W. Isen
*Attorney, Agent, or Firm*—Foley & Lardner

[57] **ABSTRACT**

A hearing aid system utilizes digital signal processing to correct for the hearing deficit of a particular user and to maximize the intelligibility of the desired audio signal relative to noise. An analog signal from a microphone is converted to digital data which is operated on by a digital signal processor, with the output of the digital signal processor being converted back to an analog signal which is amplified and provided to the user. The digital signal processor includes a time varying spectral filter having filter coefficients which can be varied on a quasi-real time basis to spectrally shape the signal to match the hearing deficit of the user and to accommodate ambient signal and noise levels. The coefficients of the spectral filter are determined by estimating the energy in several frequency bands within the frequency range of the input signal, and using those energy estimates to calculate desired gains for the frequency bands and corresponding spectral filter coefficients. The spectral energy analysis may be carried out using pairs of high pass and low pass digital filters in cascade relation, with the output of each low pass filter being provided to the next pair of high pass and low pass filters. The rate at which output data is provided from the filters in each pair may be reduced from the sample rate of input data by one half for succeeding pairs of filters in the cascade to thereby reduce the computation time required.

**58 Claims, 10 Drawing Sheets**



APPLE 1015

**Appx865**

5,027,410

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,927,279 | 12/1975 | Nakamura et al. | 381/68 |
| 3,989,897 | 11/1976 | Carver | 381/68 |
| 3,989,904 | 11/1976 | Rohrer et al. | 381/68.4 |
| 4,025,721 | 5/1977 | Graupe et al. | 381/47 |
| 4,051,331 | 9/1977 | Strong et al. | 381/68.4 |
| 4,061,875 | 12/1977 | Freifeld et al. | 381/72 |
| 4,071,695 | 1/1978 | Flannigan et al. | 381/106 |
| 4,079,334 | 3/1978 | Hamilton | 330/279 |
| 4,099,035 | 7/1978 | Yanick | 381/68.2 |
| 4,112,254 | 9/1978 | Blackmer | 381/106 |
| 4,169,219 | 9/1979 | Beard | 369/48 |
| 4,185,168 | 1/1980 | Graupe et al. | 381/68 |
| 4,187,413 | 2/1980 | Moser | 381/68 |
| 4,188,667 | 2/1980 | Graupe et al. | 381/68.4 |
| 4,249,042 | 2/1981 | Orban | 381/106 |
| 4,297,527 | 10/1981 | Pate | 381/107 |
| 4,366,349 | 12/1982 | Adelman | 381/68.2 |
| 4,396,806 | 8/1983 | Anderson | 381/103 |
| 4,409,435 | 10/1983 | Ono | 381/68.2 |
| 4,425,481 | 1/1984 | Mansgold et al. | 381/68.2 |
| 4,454,609 | 6/1984 | Kates | 381/68 |
| 4,508,940 | 4/1985 | Steeger | 381/68.2 |
| 4,548,082 | 10/1985 | Engebretson et al. | 73/585 |
| 4,622,440 | 11/1986 | Slavin | 381/68.1 |
| 4,628,529 | 12/1986 | Borth et al. | 381/94 |
| 4,630,304 | 12/1986 | Borth et al. | 381/94 |
| 4,630,305 | 12/1986 | Borth et al. | 381/94 |
| 4,661,981 | 4/1987 | Henrickson et al. | 381/31 |
| 4,696,044 | 9/1987 | Waller, Jr. | 381/98 |
| 4,700,361 | 10/1987 | Todd et al. | 381/94 |
| 4,701,953 | 10/1987 | White | 381/46 |
| 4,723,294 | 2/1988 | Taguchi | 381/94 |
| 4,731,850 | 3/1988 | Levitt et al. | 381/68.2 |
| 4,747,143 | 5/1988 | Kroeger et al. | 381/47 |
| 4,783,818 | 11/1988 | Graupe et al. | 381/71 |
| 4,791,672 | 12/1988 | Nunley et al. | 381/68 |
| 4,792,977 | 12/1988 | Anderson et al. | 381/68.4 |
| 4,852,175 | 7/1989 | Kates | 381/68.4 |
| 4,887,299 | 12/1989 | Cummins et al. | 381/68.4 |

## OTHER PUBLICATIONS

No. 15, pp. 64–66 (In Swedish). Accompanying English translation Programmable Filter Helps Hearing Impaired People.

Braida et al., "Hearing Aids—A Review of Past Research," ASHA Monographs, No. 19, 1979, pp. 54–56, section entitled Characteristics of Compression Amplifiers.

Mangold et al., "Programmable Hearing Aid with Multichannel Compression," Scandinavian Audiology 8, 1979, pp. 121–126.

Mangold et al., "Multichannel Compression in a Portable Programmable Hearing Aid," Hearing Aid Journal, Apr. 1981, pp. 6, 29, 30, 32.

Walker et al., "Compression in Hearing Aids: An Analysis, A Review and Some Recommendations", National Acoustics Laboratories, NAL Report, No. 30, Jun. 1982, Australian Government Publishing Service.

McNally, "Dynamic Range Control of Digital Audio Signals," J. Audio Eng. Soc., vol. 32, No. 5, May 1984, pp. 316–326.

Williamson, "Gisting Analysis" Rome Air Development Center Final Technical Report RADC–TR–8–4–130, Jun. 1984.

Stikvoort, "Digital Dynamic Range Compressor for Audio," J. Audio Eng. Soc., vol. 34, No. ½, Jan./Feb. 1986, pp. 3–9.

White, "Compression Systems for Hearing Aids and Cochlear Prostheses," Veterans Administration Journal of Rehabilitation Research and Development, vol. 23, No. 1, 1986, pp. 25–39.

Cummins et al., "Ambulatory Testing of Digital Hearing Aid Algorithms," RESNA 10th Annual Conference, San Jose, Calif., 1987, pp. 398–400.

P. J. Bloom, "High–Quality Digital Audio in the Entertainment Industry: An Overview of Achievements and Challenges," IEEE ASSP Magazine, Oct. 1985, pp. 2–25.

"TMS320 First–Generation Digital Signal Processors," brochure published by Texas Instruments, Jan. 1987.

P. O. Vaidyanathan, "Quadrature Mirror Filter Banks, M–Band Extensions and Perfect Reconstruction Techniques," IEEE ASSP Magazine, Jul. 1987, pp. 4–20.

2

**Appx866**



FIG. I

FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



180 — INITIALIZATION CODE

181 — MAIN PROGRAM

182 — INTERRUPT ROUTINE

FIG. 10



185 — dB ENERGY CALCULATIONS FROM CHANNEL ENERGIES

186 — GAIN CALCULATION FOR EACH BAND

187 — CONVERT GAINS FROM dB TO LINEAR

188 — CALCULATE FILTER COEFFICIENTS

189 — TRACK NOISE AND PEAKS IN EACH BAND

190 — RECALCULATE KNEES OF I/O CURVE

191 — CHECK MODE SWITCHES AND RESET PARAMETERS

192 — WAIT UNTIL MILLISEC COUNTER IS ZERO

193 — RESET MILLISEC COUNTER

FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15

5,027,410

1

## ADAPTIVE, PROGRAMMABLE SIGNAL PROCESSING AND FILTERING FOR HEARING AIDS

### FIELD OF THE INVENTION

This invention pertains generally to the field of audio signal processing and particularly to hearing aids.

### BACKGROUND OF THE INVENTION

The nature and severity of hearing loss among hearing impaired individuals varies widely. Some individuals with linear impairments, such as that resulting from conductive hearing loss, can benefit from the linear amplification provided by conventional hearing aids using analog signal processing. Such aids may have the capacity for limited spectral shaping of the amplified signal using fixed low pass or high pass filters to compensate for broad classes of spectrally related hearing deficits. However, many types of hearing loss, particularly those resulting from inner ear problems, can result in non-linear changes in an individual's auditory system. Individuals who suffer such problems may experience limited dynamic range such that the difference between the threshold hearing level and the discomfort level is relatively small. Individuals with loudness recruitment perceive a relatively small change in the intensity of sound above threshold as a relatively large change in the apparent loudness of the signal. In addition, the hearing loss of such individuals at some frequencies may be much greater than the loss at other frequencies and the spectral characteristics of this type of hearing loss can differ significantly from individual to individual.

Conventional hearing aids which provide pure linear amplification inevitably amplify the ambient noise as well as the desired signal, such as speech or music, and thus do not improve the signal to noise ratio. The amplification may worsen the signal to noise ratio where an individual's hearing has limited dynamic range because the noise will be amplified above the threshold level while the desired speech signal may have to be clipped or compressed to keep the signal within the most comfortable hearing range of the individual.

Although hearing impaired individuals often have unique and widely varying hearing problems, present hearing aids are limited in their ability to match the characteristics of the aid to the hearing deficit of the individual. Moreover, even if an aid is relatively well matched to an individual's hearing deficit under certain conditions, such as a low noise environment where speech is the desired signal, the aid may perform poorly in other environments such as one in which there is high ambient noise level or relatively high signal intensity level.

### SUMMARY OF THE INVENTION

In accordance with the present invention, digital signal processing is utilized in a hearing aid system which is both programmable to fit the hearing deficit of a particular user and adaptive to the sound environment to maximize the intelligibility and quality of the audio signal provided to the user. Background noise levels are reduced in either a fixed or an adaptive manner to enhance the signal to noise ratio of the desired signal, such as speech. The effective dynamic range of the user is expanded by maintaining high sensitivity for low intensity sound while providing long term automatic gain compression and output limiting control to insure that

2

the sound signal does not exceed the comfort level of the wearer. The majority of normal sound signals, such as speech, are thereby provided to the user at levels which will best fit the available dynamic range of the user's ear. The audio signal provided to the user is also spectrally shaped to match and compensation for the specific spectral deficiency characteristics of the user's ear. The signal processing hearing aid further has several modes selectable at the user's choice which change the signal processing characteristics of the hearing aid to best accomodate the sound environment, such as the ambient noise level or the volume of the speech or music which the user wishes to listen to.

The signal processing hearing aid includes a microphone preferably located near or at the ear of the wearer, associated analog filtering and amplifying circuits, an analog to digital converter for converting the analog signal to digital data, a digital signal processor which operates on the digital data, a digital to analog converter for converting the processed data back to analog signal form, and analog filters and amplifiers which drive a receiver or speaker in an ear piece worn by the user. The signal from the microphone preferably receives pre-amplification and high pass filtering for pre-emphasis and is subjected to relatively slow automatic gain control to adjust the gain level to accommodate slowly varying sound levels. Anti-aliasing low pass filtering of the analog signal is performed before analog to digital conversion. In digital form, the signal data may be subjected to selectable high pass filtering and pre- and de-emphasis filtering if desired in combination with time varying spectral shaping digital filtering. The spectral shaping filtering is performed in accordance with prescribed spectral characteristics matching the hearing deficit of the particular user for whom the hearing aid is prescribed. In addition, the parameters of the spectral filter are variable to adjust the amplification so that the signal level is best matched to the expressed preference of the individual user, preferably with expansion of low level signals, normal amplification of intermediate level signals, and compression of high level signals. The processed digital data is then converted back to analog form and anti-imaging low pass filtering is performed on the signal before it is amplified and delivered to the speaker. The digital signal processor preferably has a programmable read only memory which can be programmed with the desired spectral shaping characteristics and variable amplification characteristics that fit the user.

The spectral filter of the digital signal processor has filter parameters which can be varied to provide a nonlinear input-output characteristic in several frequency ranges. The input-output characteristics preferably include several piecewise linear sections. For example, a first section may have a slope greater than one to provide expansion of low level signals. At a first knee point, the slope of the input-output characteristic changes to a one to one or linear input-output relationship which is maintained up to a second knee. The range of output levels between the two knees preferably corresponds to that chosen by the user, usually a best fit to the dynamic range of the user's hearing so that most of second knee, the slope of the input-output characteristic is less than one to provide compression to reduce the effect of over-range signals and minimize loudness discomfort to the user. An estimate of the level of background noise is preferably made from the energy envelope of the input

5,027,410

3

signal in various frequency ranges. This estimate of the noise is used to adjust the position of the first knee up or down and/or change the expansion ratio of the first section, with the calculated gain in the various frequency ranges being used to reduce the noise component of the amplified signal being supplied to the user. The slopes of the input-output curve above and below the knees may be changed and the initial position of the upper and lower knees may be changed in different modes of operation of the hearing aid to best accommodate the preference of the user as to the desired characteristics of the perceived sound, such as intelligibility, loudness or quality. For example, one set of slopes and knee values may be utilized in one mode while a second set of slopes and knee values may be used in another mode.

The time constants of the non-linear gain functions over which the gain at various frequencies remains substantially unchanged is an important characteristic which affects system performance. The longer the time constant, the less compression of short term level changes is achieved. However, the shorter the time constant, the more distortion is introduced for a given expansion or compression ratio. In the system of the present invention, different time constants may be used for the energy analysis in the different frequency bands. Preferred values for the time constants range from 4 milliseconds (ms) to 8 ms for the lowest frequency bands to 0.5 ms to 1 ms for the highest frequency band. Time constants in these ranges allow compression up to about 3.3 to 1 and expansion down to about 1 to 2 while keeping distortion at an acceptable level. The acceptable level of distortion depends upon the user, and more compression and/or expansion are acceptable to some users.

In a preferred embodiment, the time varying spectral filter is a digital filter having filter coefficients which can be varied on a quasi-real time basis to accomplish nonlinear amplification within the spectrum of the hearing aid to best accommodate ambient signal levels and noise levels. A single spectral filter is utilized which receives the digital data corresponding to the input signal after a time delay sufficient to accommodate the time required to calculate the coefficients which match the data being processed by the digital spectral filter. The digital signal processor carries out the computation of the spectral filter coefficients by first band pass filtering the input signal digital data to provide several sets of digital data corresponding to the portions of the signal lying within certain frequency ranges, e.g., 0 to 500 Hz, 500 Hz to 1 kHz, 1 kHz to 2 kHz, 2 kHz to 4 kHz, and 4 kHz to 8 kHz, assuming that the frequency content of the input signal is limited to approximately 8 kHz. The energy in each of the frequency range limited signals is then estimated, such as by taking the absolute value of the data and then low pass filtering it, and this energy estimate is then utilized as described above to determine an appropriate gain for the portion of the signal contained within that frequency range. Each frequency band may also have a baseline gain which is set to shape the frequency response of the system to compensate for spectrally related hearing deficiencies of a particular user. The calculated values for the gains are then used by the system to calculate the filter coefficients, such as in a finite impulse response filter implementation, for the time varying spectral filter. The coefficients of the filter are then changed and the delayed input signal data is then provided to the spectral filter. The coefficients

4

of the spectral filter are updated in this manner to best accommodate the filter to the incoming signal. Because only estimation of the energy in the signal in each of the frequency bands is carried out, less computation is necessary than would be required for filtering the full signal in each of the frequency bands. A particularly significant advantage of the present system is that the input signal data passes through only one processing block, the time-varying spectral filter. In such a system there is less opportunity for quantization noise to enter the signal than in prior systems which split the input signal into several frequency bands which are operated on separately and then recombined to form the output signal, and the present system is less subject to distortion than such prior systems.

The energy analysis in each of the frequency bands is preferably carried out by operating on the input signal data and dividing it into two halves by a high-pass/low-pass pair of filters. Each of these filters contains half the band-width of the signal, so the rate at which the computations must be carried out can be reduced from the rate for the computations required to analyze the entire input signal frequency range. The high-pass half of the signal, containing the higher frequencies, is one octave wide and the energy in it can be estimated by a simple rectify and low-pass filter operation. The low-pass half of the signal is again filtered by a high-pass/low-pass pair of filters. Because the sampling rate has been halved, the cut off points of the digital filters are halved in frequency. The output from a high-pass filter can be rectified and low-pass filtered to estimate the energy in the frequency band and the output of the low-pass filter can again be filtered by a high-pass/low-pass pair of filters. In this way, it is possible to successively calculate the energy in portions of the input signal in narrower and narrower frequency bands, with lower and lower sampling rates. The high-pass and low-pass filters can be implemented by simple digital filters having e.g., coefficients $-1, 2, -1$ and $1, 2, 1$. Such filters are fairly shallow with 12 dB per octave rolloff, but have only three simple integer taps each and the sum of the two filters is flat across the spectrum. More complicated filters also can be used. The number of operations needed in the energy analysis circuit is very small, mainly because so much of the filtering is done on streams of data which have been decimated to successively slower rates. Consequently, the computation time required to determine the coefficients is reduced and the amount by which the input signal must be delayed to match the coefficients is also reduced, allowing the processing system to function in a real time manner, with a processing delay which is imperceptible to the listener.

Further objects, features, and advantages of the invention will be apparent from the following detailed description when taken in conjunction with the accompanying drawings.

## DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. 1 is an illustrative view showing the major components of the adaptive signal processing hearing aid of the present invention as worn by a user.

FIG. 2 is a schematic block diagram of the hardware components of the adaptive signal processing hearing aid of the invention.

Appx878

5,027,410

5                                          6

FIG. 3 is a signal flow diagram showing the operations performed on the signals from the microphone to the speaker in the hearing aid of the invention.

FIG. 4 is a graph showing the gain function characteristics for determining the gains to be used in calculating the digital spectral filter coefficients of the digital signal processor within the hearing aid.

FIG. 5 is a graph showing the relationship between estimated energy within a frequency band in the input signal and the gain for that frequency band to be used in calculating the coefficients of the digital spectral filter.

FIG. 6 is a graph similar to that of FIG. 4 showing the effect of a change in the lower knee level as a result of changes in the background noise level in the signal.

FIG. 7 is a graph illustrating the changes in the amplitude envelope (or signal energy) of a typical signal within a specified frequency range and the manner in which the noise and peak levels of the signal are estimated.

FIG. 8 is a schematic block diagram showing an implementation for the time varying spectral filter function in accordance with the present invention.

FIG. 9 is a schematic block diagram illustrating a preferred implementation of the energy analysis function of the time varying spectral filter.

FIG. 10 is a flow chart showing the program blocks in the programming of the digital signal processor which carry out the time varying filter processing of FIG. 8.

FIG. 11 is a flow chart showing the main program portion of the, processing system of FIG. 10.

FIG. 12 is a flow chart showing the interrupt routine program of the processing system of FIG. 10.

FIG. 13 is a schematic block diagram showing the hardware components of the ear piece portion of the hearing aid system of the present invention.

FIG. 14 is a schematic block diagram showing one of adaptive suppression of acoustic feedback.

FIG. 15 is a schematic block diagram showing another form of adaptive suppression of acoustic feedback.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

An illustrative view of one style of an adaptive, programmable signal processing hearing aid in accordance with the present invention is shown generally in FIG. 1, composed of an ear piece 20 and a body aid or pocket processing unit 21 which are connected by a wiring set 22. It is, of course, apparent that the hearing aid can be incorporated in various standard one piece packages, including behind-the-ear units and in-the-ear units, depending on the packaging requirements for the various components of the aid and power requirements. As explained further below, the pocket processing unit 21 includes a power on-off button 24 and mode control switches 27. The mode switches 27 can optionally provide selection by the user of various operating strategies for the system which suit the perceived preference of the user. The mode switches allow the user to select the mode which best suits his subjective perception of the sound from the aid. As explained further below, the hearing aid system is programmable to adapt the signal processing functions carried out in each of the modes to the hearing deficit of the user for whom the hearing aid is prescribed. A volume control dial 28 is also provided on the ear piece 20 to allow user control of the overall volume level.

A hardware block diagram of the ear piece unit 20 and pocket processor unit 21 is shown in FIG. 2. The ear piece includes a microphone 30 which can be of conventional design (e.g., Knowles EK3027 or Lectret SA-2110). The ear piece may also optionally include a telecoil 31 to allow direct coupling to audio equipment. The output signal from the microphone 30 or telecoil is provided to an analog pre-amplifier/pre-emphasis circuit 32 which amplifies the output of the microphone (or telecoil) and provides some high pass filtering (e.g., 6 dB per octave) to provide a frequency spectrum flattening effect on the incoming speech signal which normally has a 6 dB per octave amplitude roll off. This pre-emphasis serves to make the voiced and unvoiced portions of speech more equal in amplitude, and thus better suited to subsequent signal processing. In particular, the pre-emphasis reduces the dynamic range of the speech signal and so reduces the number of bits needed in the analog to digital converter. The output of the pre-amplifier/pre-emphasis circuit is provided to an automatic gain control circuit and low pass filter 33. The automatic gain control (AGC) circuit attempts to maintain the long-term root-mean-square (RMS) input level at or below a specified value to minimize dynamic range requirements for the analog to digital converter which is used to convert the analog signal to a digital signal. Preferably, RMS inputs below 70–75 dB SPL (at 4 kHz) are amplified linearly with about 40 dB gain, resulting in a 45 mV RMS signal level (e.g., 0.125 V peak to peak for a 4 kHz sine wave) which will be provided to the analog to digital converter. Inputs between 75 dB and 95 dB are maintained at the 45 mV level for the long term average. Inputs above 95 dB preferably have a gain less than 15 dB, and will be hard-clipped at the one volt peak to peak level. However, it is apparent that the total gain received by the listener can be selected either more or less than these values depending on the subsequent digital signal processing and the analog output stage.

To minimize the interaction between speech modulation (syllabic) and the AGC circuit, the attack time is preferably approximately 300 milliseconds (msec) and the release time is approximately 2.5 seconds. This long term AGC function is desirable to allow the total gain to the user to be automatically adjusted to provide a comfortable listening level in situations where the user can control the signal level but not the noise level, for example, in using the car radio, watching television in a noisy environment, and so forth. The time-constants are chosen long enough so that the AGC is not affected by syllabic changes in speech level.

The output of the automatic gain control circuit is provided on signal lines 34 (forming part of the connecting line 22) to the main body or pocket processor unit 21. The ear piece also receives an output signal on lines 36 from the pocket processor. This output signal is received by a maximum power output control circuit 37 which is adjusted by the fitter. The signal then is provided to a low pass filter 38 and a power amplifier and volume control circuit 39 and finally to the receiver transducer or speaker 40 (e.g., Knowles CI-1762) for conversion to a corresponding sound. The analog output power amplifier 39 (e.g., an LTC 551 from LTI, Inc.) determines the overall system gain and maximum power output, each of which can be set by a single component change. The output of this amplifier is preferably hard limited to protect against malfunctions.

5,027,410

7                                                          8

The signal on the line 34 from the ear piece is received by the pocket processor through an AC coupler 42 and is passed to a two pole low pass filter amplifier 43 and thence through an AC coupler 44 to a gain ranging amplifier 45 (e.g., Analog Devices AD 7118). The output of the gain ranging amplifier 45 is provided to a 30 dB gain amplifier 46 which provides its output to a linear analog to digital converter 47 (e.g., Analog Devices AD 7575). The A to D converter 47 is connected to provide its digital output to the data bus 48 of a digital signal processor 50 which may include a microprocessor, a random access memory and a programmable read only memory (PROM) for storing the program and the prescribed parameters adapting the hearing aid to a particular patient. An example of a suitable signal processor is a TMS 320E15 from Texas Instruments. The digital signal processor data bus is also connected to input/output control and timing logic 51 which is connected to the user mode control switches 27 by control lines 52, by control lines 53 to the gain ranging amplifier 45, and by a control line 54 to the analog to digital converter 47. The control logic is also connected by a control line 55 to a 12 bit linear digital to analog converter 56 which is also connected to the data bus 48 of the digital signal processor. The analog output from the D to A converter 56 (e.g., an Analog Devices AD 7545 and a current to voltage converter) is provided through AC coupling 57 to a 2 pole low pass filter 58 which delivers the filtered output signal on the lines 36 to the ear piece. The amplifiers and filters may utilize, for example, TLC27M operational amplifiers and the logic circuitry is preferably 74HC series for low power operation.

The spectral shaping of the sound signal to best compensate for the user's hearing deficit and the desired amplitude compression and noise reduction are carried out in the digital signal processing components. A flow diagram of a preferred embodiment for signal flow through the hearing aid system is shown in FIG. 3. The input signal from the microphone 30 is initially preamplified and provided with pre-emphasis, preferably at 6 dB per octave (block 60) which is carried out by the pre-emphasis circuit 32, and then has slow automatic gain control performed on the amplified and pre-emphasized signal (block 61) which is performed in the AGC amplifier and filter section 33. The gain controlled signal is then passed through an anti-aliasing low pass filter (block 62) after which the analog signal is converted to digital data (block 63). The low pass anti-aliasing filtering is performed both in the AGC amplifier and low pass filter circuit 33 and in the 2 pole low pass filter and amplifier 43 to reduce the higher frequency content of the signal to minimize aliasing. For example, if the analog to digital conversion is performed at 14,000 samples per second, the anti-aliasing filtering preferably substantially attenuates signal power above about 7,000 Hz.

After analog to digital conversion, the processing of the signal is carried out digitally in the digital signal processor 50. The digital data is first subjected to a selectable high pass filtering step (block 64) which, if used, has a high pass frequency of about 100 Hz to filter out DC components of the signal and thereby get rid of DC offsets that may exist in the data.

The data is then optionally subjected to selectable pre or de-emphasis filtering (block 65). If pre-emphasis is selected, the filtering is flat to about 1 kHz and then rises at 6 dB per octave above that. De-emphasis is flat to about one kHz and falls at 6 dB per octave above that. A further option is no filtering at all. The choice between the filter options is made on the basis of the general shape of the patient's audiogram and subjective decisions made by the user during the fitting process.

The filtered data is then subjected to time varying spectral shaping filtering (block 66). The spectral filter provides shaping of the gain spectrum to match the individual who will be using the aid and to provide an acoustic equalization function for the entire system. The shaping filter allows, e.g., up to 12 dB per octave of gain control with up to 36 dB of total shaping. It is possible to obtain the desired shaping to within 3 dB over the 500 Hz to 6 kHz range.

The filter coefficients which define the characteristics of the spectral filter change over time to adapt to the magnitude and estimated noise content of the signal being processed. In each of several frequency ranges of the input signal, a gain is determined, and the several gain values are used to determine the spectral filter coefficients. In general terms, the gain function can be described as having a curve which is tailored to the individual and which has regions of increasing gain (expansion), constant gain (linear operation) and decreasing gain (compression). By utilizing signal and noise tracking functions, the entire curve or portions of it can change shape and position to best control noise, maintain comfortable loudness of the signal, and prevent uncomfortable loudness of intense sounds. The characteristics of this function, and its interaction with the spectral shaping in the prior filter sections, determines how the input signal and noise levels are transformed to output signals and noise levels across the frequency range. The rapid response time of the time varying spectral filter helps to improve intelligibility of quiet sounds following loud transients. More particularly, the system allows tracking of long term signal and noise levels and the use of estimates of these levels to maintain the output speech sound at a level which will be comfortable to the user while simultaneously controlling noise.

After completion of the digital signal processing, the digital data is converted to an analog signal (block 68) in the digital to analog converter 56 and the converted signal is subjected to anti-imaging low pass filtering (block 69) carried out by the filters 58 and 38, to minimize imaging introduced by the digital to analog conversion. Finally the filtered signal is subjected to power amplification (block 70) in the power amplifier circuit 39 and is passed to the receiver or speaker 40.

The noise suppression, loudness limiting and frequency shaping are all accomplished by the combination of an energy estimation algorithm and a time-varying filter. The energy estimation algorithm calculates the energy in a number (preferably 5) of frequency bands. These estimates are used to decide on the current gains or attenuations for each of the bands. The time-varying filter then implements the gains or attenuations.

The estimation of energy in each frequency band is preferably done in a novel and highly efficient manner in accordance with present invention. One way which could be used to estimate the energies in each band would be to use a digital filter bank and then rectify and low pass filter the outputs. For a number of filters equal to N for example, the five filter blocks 131 to 135 in FIG. 8), each with M taps (N=5, M=31 are reasonable numbers) this would require about $N*(M+2)$ multipli-

5,027,410

**9**

cations and the same number of additions for each input sample. In accordance with the present invention, the preferred algorithm utilizes 5 additions and 1 shift per sample. To achieve this large saving in computation, a particular type of filter bank is required. If the sampling frequency is F, the highest filter must be from F/2 to F/4, the next from F/4 to F/8 and so on. Each of the filters is 1 octave wide, except for the lowest filter which includes the range down to zero frequency. For example, if the sampling frequency is 16 kHz, the filter network can have bands from 8 kHz to 4 kHz, 4 kHz to 2 kHz, 2 kHz to 1 kHz, 1 kHz to 500 Hz and 500 Hz to 0 Hz.

The highly efficient computation is achieved by running different parts of the effective network at different rates, as illustrated in FIG. 9. The first stage of filtering divides the signal into 2 streams, one passed by a high pass filter 172 containing the upper half of the spectrum and the other passed by a low pass filter 173 containing the lower half of the spectrum. Each of the two streams is at half the rate of the original data stream. Then the lower of the two streams, constituting a second signal, is halved in the same way by a high pass filter 176 and low pass filter 175, the output of which is a third signal with the output of the low pass constituting a fourth signal, and a high pass filter 178 and low pass filter 179, the latter providing an output signal with frequency content down to zero frequency. The process is repeated for each of the other octave bands, using a high pass filter 176 and low pass filter 177. The sample rate is reduced for each pair of filters, until the input frequency range is divided into the number of bands desired. Each filter in the low-pass and high-pass pair may be very simple, e.g., having coefficients 1, 2, 1 and −1, 2, −1, respectively. These are fairly shallow filters with 12 db/octave roll-off, but they have only three simple integer taps each and the sum of the two filters is flat across the spectrum. More complicated filters may be used but they would not have these useful properties.

More generally, the energy analysis is performed using N pairs of high pass and low pass digital filters, the high pass filter in each pair selected to pass the highest half of the frequency range of the input signal to the pair and the low pass filter in the pair selected to pass the lowest half of the frequency range of the input signal to the pair. The number N of filter pairs is at least two. The pairs of filters are cascaded, as illustrated in FIG. 9, so that the input signal to each pair after the first pair is the output of the low pass filter of the prior pair of filters. Means are provided for estimating the energy in the output from the N high pass filters and from the last low pass filter. These energy estimates correspond to the energy present in the input audio signal in the specific frequency bands which are defined by the cascaded pairs of filters. It is preferred, that these frequency bands correspond to octaves which cover the frequency range of the input signal. Other frequency bands may be used, but generally will result in more complex filters and greater computational time than octave bands.

The computation of output values from the first pair of high pass and low pass filters is preferably performed at half the sample rate for the input signal; e.g., if the sampling rate is 16 kHZ, the output rate from the high and low pass filters would be 8 kHZ. This halved computation rate is acceptable because the analysis network is estimating the energy in each frequency band in the input signal, but is not reconstructing the signal by

**10**

combining band pass filtered portions of the signal. The computation of output values for the succeeding pairs of high pass and low pass filters is performed at a rate which is a fraction of the sample rate equal to $\frac{1}{2}^{n+1}$, where n is the number of prior filter pairs. For example, for the fourth pair of filters 178 and 179 of FIG. 9, there are three prior pairs of filters (n=3), and the computation rate is $\frac{1}{2}^4=1/16$ times the sample rate.

The analysis network is equivalent to a set of FIR filters. Each stage contributes a 3-tap filter with coefficients 1, 2, 1 (for the low-pass filter) or −1, 2, −1 (for the high-pass filter). The network cascades these simple filters, and each cascade is equivalent to the convolution of its component 3-tap filters. The coefficients of the resulting FIR filters are listed below. These are the coefficients used in both the analysis algorithm and the time-varying FIR filter, as described further below.

Filters

| tap number | 4 kHz–8 kHz | 2 kHz–4 kHz | 1 kHz–2 kHz | 500 Hz–1 kHz | 0 Hz–500 Hz |
|---|---|---|---|---|---|
| 1 | | | | −1 | 1 |
| 2 | | | | −2 | 2 |
| 3 | | | | −3 | 3 |
| 4 | | | | −4 | 4 |
| 5 | | | | −5 | 5 |
| 6 | | | | −6 | 6 |
| 7 | | | | −7 | 7 |
| 8 | | | | −8 | 8 |
| 9 | | | −4 | −5 | 9 |
| 10 | | | −8 | −2 | 10 |
| 11 | | | −12 | 1 | 11 |
| 12 | | | −16 | 4 | 12 |
| 13 | | −16 | −4 | 7 | 13 |
| 14 | | −30 | 8 | 10 | 14 |
| 15 | −64 | 16 | 20 | 13 | 15 |
| 16 | 128 | 64 | 32 | 16 | 16 |
| 17 | −64 | 16 | 20 | 13 | 15 |
| 18 | | −30 | 8 | 10 | 14 |
| 19 | | −16 | −4 | 7 | 13 |
| 20 | | | −16 | 4 | 12 |
| 21 | | | −12 | 1 | 11 |
| 22 | | | −8 | −2 | 10 |
| 23 | | | −4 | −5 | 9 |
| 24 | | | | −8 | 8 |
| 25 | | | | −7 | 7 |
| 26 | | | | −6 | 6 |
| 27 | | | | −5 | 5 |
| 28 | | | | −4 | 4 |
| 29 | | | | −3 | 3 |
| 30 | | | | −2 | 2 |
| 31 | | | | −1 | 1 |

The energy estimation network gives energies for each of the bands. These are used together with the noise level estimates to calculate the desired gain in each band. The user specific spectral shaping is also added in this calculation. The gains are then used to calculate the coefficients of the filter. Preferably this digital filter is non-recursive and 31 long so that 16 coefficients are needed (if the filter is symmetrical) and the calculation is done at intervals of 1 millisecond. The calculated filter acts on the incoming signal and is the only operation on the audio signal in the path from input to output. By conducting the processing in this manner, the chance of any clipping or quantization distortion at intermediate states of the system is eliminated to as great an extent as possible. It is also computationally very efficient, reducing the number of execution steps required and thus allowing either faster computation or lower power consumption, or both.

The combination of the energy estimation algorithm and time-varying filter is used to implement a non-linear amplifier in each of the frequency bands. There can be

17

**Appx881**

5,027,410

**11**

a different shape of input-output function in each of the bands.

The operation of each non-linear gain function within the spectral filter can be most readily illustrated by assuming it receives a single time varying input signal X(t) and provides a time varying output signal Y(t), with the internal operations being performed on the digital input X(T) and yielding the digital output Y(T). By denoting $F_i$ as the log magnitude envelope (in dB) of the input signal X(t) and $F_o$ (in dB) as the log magnitude envelope of the output signal y(t), a preferred input-output relationship between $F_i$ and $F_o$ is shown in FIG. 4. At low input signal levels, the adaptive amplifier provides increasing gain to the input signal, i.e., the slope R0 of the $F_i$–$F_o$ curve is greater than one (expansion). This allows low level background noise to be attenuated relative to the speech signal. As the magnitude of the input signal goes above a selected level, denoted K1 in FIG. 4, the slope of the next piecewise linear $F_i$–$F_o$ curve segment is R1, which is preferably one. This gives a normal constant amplification for signals which have a magnitude, for example, in the normal speech range. Preferably, the gain function is selected for an individual user so that these input signals in the normal speech range will map to output signals from the hearing aid which are within the preferred dynamic range of the user's hearing. For signals above a higher selected magnitude, denoted K2 in FIG. 4, the slope R2 of the piecewise linear gain segment of the gain curve is less than one, resulting in compression of the output signal. The level of K2 is preferably selected so that signals which will exceed the sound level at which the wearer is most comfortable will be compressed. The three piecewise linear segments for the input-output curve of FIG. 4 thus together serve to provide expansion of weak signals, normal amplification of normal speech signals, and compression of strong signals. Additional piecewise linear segments may be used if desired, and the curve may also be implemented with nonlinear segments and discontinuities. The three piecewise linear segment implementation is generally sufficient to provide adequate adaptation to the entire range of signal levels.

The gain function of FIG. 4 is implemented with the energy magnitude envelope E(T) serving as an estimate of the magnitude of the input signal X(T) at a time T calculated over a sample period during which the actual magnitude of the signal is assumed to be relatively constant. At the time T, the three piecewise linear segments of the curve of FIG. 4 can be represented by the following equations wherein L(T)= 20 log E(T):

*For L(T)<K1:Fo=A+L(T)+(R0−1)[L(T)−K1]*

*For K1≦L(T)≦K2:Fo=A+L(T)*

*For K2<L(T)Fo=A+L(T)+(R2−1)[L(T)−K2]*

where A is a constant basic gain in dB.

If H(T) is the magnitude envelope of the output signal y(t) at the time T, then Fo= 20 log H(T).

For each sample time T

$$Y(T)=G(T) \cdot X(T).$$

Therefore, averaging values over a short time period:

**12**

$$H(T) = G(T) \cdot E(T)$$

and

$$20 \log H(T) = 20 \log G(T) + 20 \log E(T)$$

The equations above for the input-output segments can thus be written as:

$$20 \log G(T) = A + (R0 - 1)(20 \log E(T) - K1)$$

$$20 \log G(T) = A$$

and

$$20 \log G(T) = A + (R2 - 1)(20 \log E(T) - K2)$$

A plot of the gain function $20 \log G(T)$ verses $20 \log E(T)$ is shown in FIG. 5.

These equations can also be expressed in non-logarithmic form as:

$$G(T) = 10^{A/20} \left[ \frac{E(T)}{10^{K1/20}} \right]^{(R0-1)}$$

for E(T) less than $10^{K1/20}$;

$$G(T) = 10^{A/20}$$

for $10^{K1/20} \leq E(T) \leq 10^{K2/20}$;

and

$$G(T) = 10^{A/20} \left[ \frac{E(T)}{10^{K2/20}} \right]^{(R2-1)}$$

for E(T) > $10^{K2/20}$.

These gain equations are implemented in the programming for the digital signal processor, as described below.

To best adapt to changing noise and signal levels, the positions of the knees K1 and K2 in FIG. 4, as well as the slopes of the piecewise linear segments, can be varied as a function of the various estimates of signal and noise taken from the energy envelope estimate E(T). With reference to FIG. 6, the position of the first knee may be changed smoothly from positions P1 to P2 to P3 depending on the level of noise to best suppress the noise, on the assumption that noise is lower than the speech level. The position of the lower expansion knee changes with a noise estimate NX(T). Preferably, this noise estimate changes very slowly, so that it can be thought of as a fixed knee which changes as the background noise level changes. In the preferred embodiment of the present invention, the knee K1 is placed at a fixed height (e.g., about 15 dB) above the noise estimate. Provided that the speech to noise ratio is better than 15 dB, the speech peaks will be unaffected and so the perceived loudness of the speech is not changed. However, as the position of the knee moves outwardly from, for example, a nominal level of P1 to P3 as the noise level increases, the noise will be within the expansion portion of the piecewise linear curve which will reduce the noise by up to 15 dB. As noise decreases, the knee may drop from the nominal level to a lower level P2 to enhance the lower level speech signals. Preferably, the expansion knee level will be selected so that

5,027,410

**13**

only a small amount of the speech signal falls in the range below the expansion knee to minimize distortion of the speech. The position of the knee with respect to the noise level can be set individually for a user if he or she requires more noise suppression or can tolerate less speech distortion. The position of the second knee K2 remains fixed, as do the slopes of the gain function segments.

Alternatively or in addition to changing the position of the knee K1, the slope of the expansion section below K1 can be changed to minimize noise. For example, the slope of this section (and thus the expansion ratio) can change in direct relation to the noise level estimate to suppress the effective noise level, e.g., from R0 to R0′ to R0″.

FIG. 7 illustrates the preferred manner in which the estimates NX(T) and PX(T) of noise and peak levels are obtained for each one of the five frequency bands. The log energy, L(t), in the band is calculated. Then, as shown in FIG. 7, L(t) is used to update running estimates of the peak and noise levels. As the log energy (graph 80 in FIG. 7) changes in level, the peak level estimator, indicated by the graph 81, and the noise level estimator, indicated by the graph 82, slowly change. Preferably the noise estimate tracks about the eleventh percentile of the distribution of the (or, equivalently, the distribution of the energy envelope) log spectrum energy envelope values and the peak estimate tracks about the eighty-ninth percentile. The rates of change are slow enough to track the noise level in pauses in speech and the speech peaks, without significant modulation caused by pauses in continuous speech.

A block diagram of the time varying filter implementation of the digital signal processing of the present invention is shown in FIG. 8. The input signal (represented as samples coming in at 130 in FIG. 8) is directed to a filter bank composed of octave filters 131–135 which separate the signal into several frequency bands from, e.g., 0 to 500 Hz, 500 Hz to 1 kHz to 2 kHz, 2 kHz to 4 kHz, and 4 kHz to 8 kHz. An absolute value is taken of the output of each of these filters in absolute value functions 141 to 145, respectively, and these absolute value sequences are smoothed by low pass filters 151–155, respectively. Gain calculations are made for each band in gain calculation functions 161 to 165, respectively. Based on the gain calculations the filter coefficients are calculated (e.g., 16 coefficients in total) at 167. The input samples are also provided to a delay circuit 170 which compensates for the delay going through the filtering sections and provides an output signal to a (e.g., 31-long) filter 171, coefficients of which have been calculated in the function 167.

The noise suppression gain functions are calculated at 161 to 165 for each of several separate frequency bands. If the noise level varies across the frequency spectrum, then noise reduction can be used in only those bands where it is needed. Thus, bands which are relatively noise free need not be distorted.

The algorithm for the time varying spectral filter has three main program blocks, as shown in FIG. 10, an initialization code (block 180), a main program (block 181) and an interrupt routine (block 182). The initialization code sets any constants which are needed in the other routines and does any initialization of input/output ports which is needed. The main program uses energy estimates xal(1) through xal(5) from the interrupt routine and calculates the time varying coefficients coef(0) through coef(15) for the filter. The energy esti-

**14**

mates are also used to track a peak and a noise level estimate for each of the channels. The user switches are checked in the main program loop, and if they have changed, the appropriate parameters are reset. The interrupt routine is executed once for each input sample. It determines the energy estimates xal(1) through xal(5) and filters the signal with the 31-tap filter.

The main program shown in FIG. 11 begins with dB energy calculation (block 185) from channel energy estimates xal(1) through xal(5). This provides a conversion from a magnitude scale (the output of the octave band filter network in the interrupt code) to a logarithmic decibel scale. Preferably, the program computes the exponent and then uses a look-up table for the mantissa for computational efficiency. The calculation for the approximation of the logarithm is thus effectively carried out as follows:

$$loglev(i): = 16*log2(xal(i)), \text{ for } i=1 \text{ thru } 5$$

The foregoing expression and other expressions herein that correspond to software operation and written using conventional coding symbols. For example, the symbol "*" implies multiplication of the two factors which it separates, and the symbol "**" implies that the first factor separated by the symbol is raised to the power of the second factor. Log2 implies the logarithm to the base 2 of the factor that follows. Such symbols are convention and readily understood.

The gain is then calculated for each band from the input/output function (block 186). The gain calculation is replicated five times, once for each of the channels. The gain calculation can have several possible forms. A preferred form is an expansion with ratio rat0 below the knee K1, linear between knee K1 and a second knee K2, and compression with a ratio rat2 above knee K2. The calculated gain is thus:

$$loggain(i): = (loglev(i) - knee2) * (rat2 - 1) \text{ if } K2 < loglev(i)$$

$$loggain(i): = 0$$

if $K1 \leq loglev(i) \leq K2$

$$loggain(i): = (loglev(i) - K1) * (rat0 - 1) \text{ if } loglev(i) < K1$$

Suitable preferred values for rat0 and rat2 are 2.0 and 0.3, respectively, giving an expansion of 1:2 and a compression of 3.3:1. Other values are possible, providing a tradeoff between the amount of distortion which is acceptable for the user and the degree of compression that would be suitable. The values of K1 and K2 can be fixed or either or both can depend upon the current estimated signal and noise levels. When K2 is fixed, it is preferred to set it at a value corresponding to speech peaks. When K1 is fixed it is based on the user preference in the fitting procedure. Again, other forms of input/output function are possible, including piecewise linear functions having more knees to divide the range into a number of segments with different expansion or compression ratios. In this way, any shape of input/output curve can be approximated by a piecewise linear function.

The gains are then converted from dB to linear (block 187). First, the user prescription gains, fgain(i), are added for each band and then the gains are converted from a log scale to a linear scale by using a look-up table

5,027,410

**15**

and the results are stored as array gmul(i) for the calculation of coefficients:

$$gmul(i) := 2^{**}((fgain(i) + loggain(i))/16) \text{ for } i = 1 \text{ through } 5$$

The filter coefficients are then calculated (block 188). The same coefficients may be used as in the octave band filter network described further below. Because of the simple form of the filters, the coefficients can be calculated efficiently as follows:

$$gx(5) := (gmul(5) - gmul(4))/256$$
$$gx(4) := (gx(5) + (gmul(4) - gmul(3))/64$$
$$gx(3) := gx(4) + (gmul(3) - gmul(2))/16$$
$$gx(2) := gx(3) + (gmul(2) - gmul(1))/4$$
$$gx(1) := gx(2) + gmul(1)$$
$$coef(0) := gx(5)$$
$$coef(1) := coef(0) + gx(5)$$
$$coef(2) := coef(1) + gx(5)$$
$$coef(3) := coef(2) + gx(5)$$
$$coef(4) := coef(3) + gx(5)$$
$$coef(5) := coef(4) + gx(5)$$
$$coef(6) := coef(5) + gx(5)$$
$$coef(7) := coef(6) + gx(5)$$
$$coef(8) := coef(7) + gx(4)$$
$$coef(9) := coef(8) + gx(4)$$
$$coef(10) := coef(9) + gx(4)$$
$$coef(11) := coef(10) + gx(4)$$
$$coef(12) := coef(11) + gx(3)$$
$$coef(13) := coef(12) + gx(3)$$
$$coef(14) := coef(13) + gx(2)$$
$$coef(15) := coef(14) + gx(1)$$

The apparent way to calculate such coefficients would require 87 multiplies and accumulates whereas the foregoing procedure requires only 23 additions. Although the time saving achieved in the main program is not as important as in the interrupt code, because the main program is executed only once during the time period when the interrupt is executed several times, a worthwhile savings in computation time is still obtained.

The program next tracks peak and noise levels (block 189). Estimates of the peak and nosie level are made according to the formulas:

$$peak(i) := peak(i) + pu \text{ if } loglev(i) > peak(i)$$
$$peak(i) := peak(i) - pd \text{ if } loglev(i) < peak(i)$$
$$noise(i) := noise(i) + nu \text{ if } loglev(i) > noise(i)$$
$$noise(i) := noise(i) - nd \text{ if } loglev(i) < noise(i)$$
$$\text{for } i = 1 \text{ 5}$$

It does not matter which formula is performed when loglev(i) = peak(i) or loglev(i) = noise(i). In a steady state case, peak and noise will settle down to some percentile of the distribution of the loglev values. Which percentile, and how fast the estimates will react to a change in level is determined by the values of pu, pd, nu, and nd. Preferred values are such that pu and nd correspond to 80 dB/per sec and pd and nu correspond to 10 dB per sec. This makes the noise estimate track the 11th percentile of the loglev values and the peak estimate track the 89th percentile. The rates are slow enough to track the noise level in pauses in speech and the speech peaks without much modulation caused by pauses in continuous speech.

The program then recalculates knees of the input-/output curve (block 190). The knees, K1 and K2, can be fixed or can depend upon the estimated peak and noise levels. One preferred embodiment is either to

**16**

have both fixed or else just K1 variable. In the variable case the formula is:

$$K1(i) := noise(i) + nsplus$$
$$\text{for } i = 1 \text{ thru } 5$$

with the value of K1(i) limited to lie in a range K1min to K1max. The min and max are set by user preference during the fitting procedure. nsplus is how high above the noise level to place K1(i). A value corresponding to 15 dB is preferred, based on testing in a variety of noise environments.

Mode switches and reset parameters are then checked (block 191). The switches are checked to see whether they have been pressed and, if they have, the parameters corresponding to that switch are read and replace those parameters in the algorithm. Examples of parameters which can be reset are:

| | |
|---|---|
| K2 | higher knee of input/output curve |
| K1min | min value for lower knee |
| K1max | max value for lower knee |
| rat0 | expansion/compression ratio below K1 |
| rat2 | expansion/compression ratio above K2 |
| fgain(i) | gains for the 5 bands |
| nsplus | the level above noise to place K1 |

The program then waits until the millisec counter is less than or equal to zero (block 192). The counter is decremented in the interrupt routine. When the millisec counter is zero the counter is reset to a positive number (block 193). The number governs how often the main program is executed. Preferably, the main program is executed about once every millisecond.

A flow diagram for the interrupt routine is shown in FIG. 12. The routine begins with context save for the main program (block 200). The current program counter, registers and processor status are stored, as is usual in an interrupt routine. Next, a sample input and a sample output are obtained and provided, respectively (block 201); the output sample x5(t) is sent to the digital to analog converter and the input sample x0(t) is read from the analog to digital converter.

The Gain Ranging Code is then executed (block 202). The input level is adjusted, depending upon the current setting of the attenuator (block 45 in FIG. 2). This is done so that the original signal level is restored, as:

$$x1(t) := x0(t)^* rmul.$$

where the attenuator has attenuated by a factor which is the inverse of rmul. Also, the attenuator setting may be adjusted. If the incoming sample x0(t) is greater than half full scale, then the attenuation for subsequent samples is increased by 6 dB. If the samples have all been below quarter full scale for the last 32 samples, then the attenuation is decreased by 6 dB. By these means, the signal level is kept within the range of the A/D converter, with sufficient resolution to give a low quantization noise floor.

A high-pass filter operation is then optionally performed to remove DC offsets (block 203). Output x2(t) from the filter is a high-pass filtered version of the input x1(t). The filter is optional and has a preferred high-pass break point frequency of about 100 Hz. An exemplary formula for implementing this is:

$$x2(t) := x1(t) - dc$$
$$dc := dc + x2(t)/16$$

20

5,027,410

**17**                                                                    **18**

If the filter is, optionally, not implemented, then $x2(t) := x1(t)$.

A pre/de emphasis filter is then optionally provided (block 204). There are three options for the filter, which has input x2(t) and output x3(t). The options are pre-emphasis, flat, and de-emphasis. Pre-emphasis is flat to about 1 kHz and rises at 6 dB per octave above that. De-emphasis is flat to about 1 kHz and falls at 6 dB per octave above that. The choice between the filters is made on the basis of the general shape of the user's audiogram. The possible options can be implemented as:

$$x3(t) := x3(t-1)*7/8 + x2(t)*1/2 \text{ for de-emphasis}$$

$$x3(t) := x2(t) \text{ for flat}$$

$$x3(t) := x2(t)*2 - x2(t-1)*7/4 \text{ for pre-emphasis}$$

The octave band analysis is then carried out (block 205). This code implements 5 finite-impulse-response (FIR) bandpass filters which are spaced at octave bands. The filters can be thought of as being specified by a weighted sum of samples, but with the preferred way of implementing them saving a considerable amount of computation. The simplest implementation would need 87 multiplies and accumulates per input sample, whereas the preferred implementation needs no multiply and just 5 adds per input sample. The basic procedure, as described generally above, is to separate the incoming signal into two channels by a simple pair of low-pass and high-pass filters. Each one of this pair of channels has half the bandwidth of the original channel, allowing the program to halve their sampling rates. Then the lower channel can be again halved in exactly the same way. This process can be repeated as many times as desired. For example, this can be done 4 times to produce 5 filters (0–500 Hz, 500 Hz–1 kHz, 1 kHz–2 kHz, 2 kHz–4 kHz, 4 kHz–8 kHz). This filter breakdown matches reasonably well with the resolution needed for a speech signal. In the present invention the output of the bandpass filter network is only used to calculate the coefficients for a filter which acts directly on the full bandwidth signal path. This avoids all the channel aliasing problems encountered in multi-channel filters and allows the use of very simple filters and a slow output rate for each of the filters. This makes the algorithm very computationally efficient. For the lower frequency channels, the full sampling rate is not needed.

The simple component filters lend themselves to a simple implementation. Because of the multi-stage down-sampling, different formulas must be executed depending on the current sample number. The timing all depends on powers of two, so the exemplary code for the digital signal processor program set out below uses a variable called 'clock' which is incremented for each incoming sample, and the bits of the variable are tested to check which formulas to execute.

```
clock = clock + 1;
  if (clock & 1)
  (
  vo = sample;
  vpo = vo + ve;
  temp = abs(vpo + vpe - 4*ve);
  vlp = vlp + (temp-vlp)/8;
  else if (clock & 2)
```

```
  (
  ve = sample;
  vpe = ve + vo;
  wo = vpe + vpo;
  wpo = we + wo;
  temp = abs(wpo + wpe - 4*we);
  wlp = wlp + (temp-wlp)/8;
  else if (clock & 4)
  (
  ve = sample;
  vpe = ve + vo;
  we = vpe + vpo;
  wpe = we + wo;
  xo = wpe + wpo;
  xpo = xe + xo;
  temp = abs(xpo + xpe - 4*xe);
  xlp = xlp + (temp-xlp)/8;
  else if (clock & 8)
  (
  ve = sample;
  vpe = ve + vo;
  we = vpe + vpo;
  wpe = we + wo;
  xe = wpe + wpo;
  xpe = xe + xo;
  yo = xpe + xpo;
  ypo = ye + yo;
  temp = abs(ypo + ype - 4*ye);
  ylp = ylp + (temp-ylp/8;
  )
  else
  ve = sample;
  vpe = ve + vo;
  we = vpe + vpo;
  wpe = we + wo;
  xe = wpe + wpo;
  xpe = xe + xo;
  ye = xpe + xpo;
  ype = ye + yo;
  temp = abs(ypo + ype);
  zlp = zlp + (temp-zlp)8;
```

The number of operations needed in the energy analysis network is very small because so much of the filtering is done on streams which have been decimated to successively slower rates. Also, unlike the Fast Fourier Transform or most filter banks, the network needs only additions and no multiplications. The low pass filter (filters **151** to **155** in FIG. **8**) in the subsequent rectify and low pass filter operation requires a division by a constant, but this can easily be implemented by a shift, using either a hardware or a software implementation.

At each sample time there are two parts to the computation, the decimated filtering followed by the rectify and low-pass filter operation. The second of these needs a constant amount of computation per sample: two adds, two subtracts, two shifts, and an absolute value operation. The decimated filtering needs between 1 and $2*N-1$ adds, where the filter bank goes through N levels (e.g., N=5 for the filter of FIGS. **8** and **9**). The deeper levels of filtering are those which take more computation, but they are also calculated less frequently. On average, less than three adds are needed per sample. Interestingly, this is independent of how many octave bands are needed. As the number of bands becomes large, the average number of adds approaches the limit of **3**. With such small numbers of arithmetic operations, the control logic becomes significant. As the

5,027,410

19

code is written above, there are on average 2 bit-test and conditional branches per sample.

The rectify stage (block 206) is an absolute value, xa(i), of xf(i). There are 5 channels, but only one value of xa(i) is produced at each time, so this block and the low pass filter block are only executed for that output:

$$xa(i) := abs(xf(i))$$

A square could also be used for a slightly more accurate estimate of the root-mean-square signal level, if desired.

A low pass filter (block 207) then acts on xa(i) to give output xal(i). Several different low-pass filters are possible, but a preferred embodiment uses a single-pole low pass filter with a cut-off frequency of 1 kHz:

$$xal(i) := xal(i) + (xa(i) - xal(i))/tc$$

where tc is a time constant, measured in samples. Preferred values for tc are in the range of 8 to 16.

The energy estimates xal(i) are then stored for use by the main program loop (block 208). The output of the pre/de-emphasis filter is provided in the main signal channel to a first-in-first-out delay (block 209). The signal x3(t) is delayed by a first-in-first-out queue to give output x4(t). The delay balances the delay in the low-pass filter, so that changes in signal level do not happen before the compression or expansion can occur.

$$x4(t) := x3(t - 4*tc)$$

Where tc is the same time constant used in the rectify-low-pass-filter. The delay cannot be perfectly balanced because there are different delays in the several bands. Thus, an average delay corresponding to the middle channel is chosen.

The delayed signal x4(t) is then provided to the spectral filter, which may be implemented as a finite impulse response filter (block 210). The spectral filter provides both shaping of the gain spectrum and the non-linear amplifier gain for each channel. The coefficients are calculated in the main program and are used here.

$$x5(t) := sum \ over \ i(x4(t-i)*coef(i))$$

$$for \ i = 0 . . . 31$$

The filter is symmetrical (coef(31−i) = coef(i)), so only the sixteen coefficients calculated in the main program are needed here.

The millisecond counter is then decremented (block 211): counter: = counter−1 and context is restored for the main program (block 212), wherein registers and processor status are restored for main program execution. The program counter is restored to the value at the start of the interrupt. The main program is then restarted (block 213).

Feedback is a common and annoying phenomenon in hearing aids. The wearer usually hears it as a loud, high frequency squeal when he moves close to a sound-reflecting surface, such as a wall, or when he turns up the volume knob to a high setting. The feedback instability in a hearing aid has the same causes as feedback in a public address system. A sound comes into the microphone of the hearing aid, is amplified and sent out by the receiver. It then leaks back to the microphone and starts around the loop again. If the loop gain of the system

20

(hearing aid plus acoustic feedback path) is greater than or equal to unity and the phase is a multiple of 360° at any frequency, then the output at that frequency will quickly rise in amplitude until it reaches the maximum output level for the aid.

The simplest way to stop feedback in a hearing aid is to reduce the gain of the aid. If it is reduced sufficiently so that the gain around the loop is less than unity at all frequencies there will be no feedback instability. The main purpose of hearing aids is to provide gain, so reducing the gain may not be a good solution for many people who have moderate to severe hearing losses. The other way to prevent feedback is to reduce the gain in the acoustic feedback path, between the receiver and the microphone. This can be done physically by using a tight fitting ear-mold without a vent-hole. The disadvantage is that tight fitting ear-molds can be uncomfortable and the use of a vent-hole may be necessary to give a desired frequency shaping.

Acoustic feedback in a digital hearing aid arises from exactly the same causes as in a conventional analog aid with the slight difference is that digital aids tend to introduce a small delay to the signal. An analog aid will have a delay of the order of 100 microseconds whereas a digital aid may have a delay of perhaps 5 milliseconds. This causes no perceptual problems and it does not change whether or not feedback occurs, but it will change the rate at which instability climbs to the maximum level. Longer delays will cause a slower climb, although it may still be perceptually fairly fast. Preferred auxilliary digital signal processing which may be performed on the signal path in the digital signal processor to reduce feedback is described below.

The feedback transfer function around a hearing aid comprises a gain and a phase at each frequency. The feedback can be disrupted either by reducing the gain or by changing the phase relationships. The phase relationship can be changed by including a variable delay line in the main signal path. As the delay changes, so does the phase. An equation for implementing this delay function in the main signal processing path performed by the digital signal processor 50 is as follows:

$$y(t) := x(t - d)$$

where y(t) is the output signal of the delay function, x(t) is the input signal to the delay function, and d changes slowly in time from 0 to D and back again periodically with a constant period. It increases by 1 every dn'th sample until it reached D and then reverses direction and decreases at the same rate until it reaches 0, where it reverses direction again.

The choice of D and dn is a trade-off between feedback reduction and distortion of the signal. Large values for the two constants give more reduction and more distortion. The distortion sound has a warbling quality to it. Reasonable values are D=8 and dn=32, which result in acceptable level of distortion.

A second signal process for reducing feedback looks at the incoming signal and checks whether there are any strong tonal components. Feedback usually occurs at specific frequencies and is heard as a loud tone or whistle. If strong tones are present, they are attenuated in the digital signal processor 50 by means of an inverse filter. This is done by the technique of linear prediction. As shown schematically in FIG. 14, the incoming signal x(t) from the microphone 300 may be filtered by a slowly time-varying filter 301, and the filtered signal is

22

**Appx886**

5,027,410

21

subtracted from x(t) to yield an output signal y(t) which is provided to the remaining main signal processing path 302. The output of the digital filter 301 is an optimal estimate of the current input sample based on past input samples. Given speech input, the inverse filter will provide a mild high-frequency emphasis; however, when feedback (tonal) components are in the input signal, the inverse filter, under control of a filter estimator 303, will provide a notch filter centered at the frequency of the feedback signal. The inverse filter is adaptive, being updated each sample as a function of the input signal. It is understood that the signal processing blocks illustrated in FIG. 14 are carried out within the digital signal processor 50 of FIG. 2.

The program equations executed for these functions are as follows:

$$y(t) := x(t) - \text{sum over } n\ (c(n)*x(t-n))$$

for $n = 1$ thru $N$

$$c(n) := c(n) + B * y(t) * x(t-n)$$

for $n = 1$ thru $N$

$$B := BT/(R0 + BC)$$

R0 is an estimate of the mean square energy in the input signal and BC and BT are constants. R0 can be implemented as follows:

$$R0 := R0 + (x(t)*x(t) - R0)*RT$$

where RT is a constant.

The first equation is a filter whose coefficients c(n) vary slowly and are calculated by the other equations. The constants BT and RT determine how fast the algorithm adapts to changing signals. The more important of these two is BT. A value of about $2^{-12}$ is preferred, giving a time constant of about 250 milliseconds. The preferred value for RT is about $2^{-11}$, for a time constant of 150 milliseconds. This governs the length of time over which the short term energy estimate R0 is made. The constant BC helps to slow down the adaptation during periods of low signal and is set to a value of $2^{18}$. The parameter B changes slowly. Thus, it is not necessary to update B every sample. The preferred update rate which minimizes computation without compromising performance is to compute B once every 512 samples.

The number, N, of coefficients can have a value of 2 or more. The more coefficients there are, the greater is the amount of computational power needed in the algorithm. A large number of coefficients would give the possibility of eliminating several tones from the signal. But a small number of coefficients gives less distortion. Values of 2 to 6 are preferred.

In a third process, the input and output signals of the hearing aid are analyzed and the transfer function around the acoustic feedback path is estimated. The transfer function is used to form an estimate of the acoustic feedback signal which is then subtracted or cancelled from the input signal, as illustrated schematically in FIG. 15. This method models the hearing aid input from the microphone 300, x(t), as the sum of a desired input signal (e.g. speech) and a noise signal, the acoustic feedback signal. The acoustic feedback signal estimate is obtained by filtering the main signal processing path output, w(t), (a delayed and processed version of the input) with the estimate of the acoustic feedback path transfer function. The transfer function of the

22

acoustic feedback is modeled as a pure delay function 308 (to compensate for the time it takes for the acoustic signal to travel from the hearing aid output to the microphone input) and a linear filter 309 (to compensate for the frequency shaping imposed by the acoustic environment), with both functions in a feedback path from the output to the input of the main signal processing path. A filter estimator 310 uses the input signal y(t) and the output signal w(t) for the delayed output signal z(t) to determine the coefficients of the filter 309. The preferred value of the delay is 12 samples, given a 14 kHz sampling rate. However, this value may be fit to each individual situation if necessary. The filter transfer function estimate is updated each sample as per the following equations:

$$y(t) := x(t) - \text{sum over } n\ (c(n)*z(t-n+1))$$

for $n = 1$ thru $N$

$$c(n) := c(n) + B * y(t) * z(t-n+1)$$

for $n = 1$ thru $N$

$$B := BT/(R0 + BC)$$

where BT and BC are constants and the energy estimate R0 may be implemented as:

$$R0 := R0 + (x(t)*x(t) - R0)*RT$$

where RT is a constant

The input signal to the digital signal processor from the microphone (after A to D conversion) is x(t). The feedback function is executed to form y(t). Then further processing in the main signal processing path 302, for example, frequency shaping or noise reduction as described above, produces the final output w(t). A delayed version of the output, z(t) is filtered to yield the feedback signal estimate which is subtracted from the input, x(t).

The first equation above is a filter whose coefficients c(n) vary slowly and are calculated by the other equations. The constants BT and RT determine how fast the algorithm adapts to changing signals. The more important of these two is BT. A value of about $2^{-11}$ is preferred, giving a time constant of about 150 milliseconds. The preferred value for RT is about $2^{-5}$, for a time constant of about 2.5 milliseconds. This governs the length of time over which the short term energy estimate R0 is made. The constant BC helps to slow down the adaptation during periods of low signal and is set to a value of $2^{25}$. To save computation, the variable B need not be recalculated at each sample interval. B changes slowly and it is sufficient to calculate it once every 512 samples.

The number, N, of coefficients can have any value. The more coefficients there are, the greater is the amount of computational power needed in the algorithm. A large number of coefficients gives a better possibility of modeling the feedback path accurately, but a small number of coefficients has less effect on the speech signal. Also, larger numbers of coefficients can cause problems with numerical accuracy. Given these conflicting requirements, values of 6 to 12 for N are preferable.

In the digital processing of many types of signals, the dynamic range requirement is much greater than the signal to (quantization) noise ratio requirement. Audio

23

signals, both speech and music, are examples of such signals. An efficient, low power, low voltage data conversion system is preferred which is applicable to signals having bandwidths below about 20 kHz, particularly a digital signal processing system for the hearing impaired where approximately a 72 dB input dynamic range is required.

A conversion system which requires significantly less circuit power and circuit complexity to implement than traditional data converters with comparable dynamic range is shown in FIG. 2 composed of the gain ranging amplifier 45, the 30 dB gain amplifier 46 and the 8 bit linear analog to digital converter 47. These units operate under the control of the digital signal processor 50 through the control and timing logic 51. In the processing of speech dominated audio signals the rate at which large signal changes take place is relatively slow, and the gain ranging amplifier 45 can be utilized to extend the dynamic range of the (e.g., 8 bit) analog to digital converter 47. As long as the rate at which large signal changes take place is below the rate of change for the gain of the gain ranging amplifier, such an approach can be utilized. In such speech audio applications, it is found that the gain change rates can be limited to 6 dB per 150 microseconds for gain decreases and 6 dB per 150 milliseconds for gain increases and still provide the necessary dynamic range and signal to noise ratio. Generally 8 bits of linear analog to digital conversion capability are required for such an approach.

The gain control algorithm used to control the gain ranging amplifier (or digital attenuator) 45 operates such that if the magnitude of the digital sample from the 8-bit linear analog to digital converter 47 exceeds $2^6$ (64) for any sample, then the gain of the gain ranging amplifier 45 will be reduced by a factor of 2 by the digital signal processor 50. Conversely, if the sample magnitude is less than $2^5$ (32) for one millisecond, then the gain of the amplifier 45 will be increased by a factor of two. This computation is carried out by the digital signal processor in the Gain Range Code block 112 in the single band algorithm interrupt routine and in the Gain Range Code block 202 in the time varying filter algorithm interrupt routine.

A somewhat more detailed block diagram of the ear piece circuit portion of the hearing aid is shown in FIG. 14. A switch 230 allows the input to be taken either from the microphone 30 through the pre-emphasis circuit 232 or from the telecoil 31. The input signal goes into the circuit 33 which includes an automatic gain control amplifier 231, the output of which is received by the low pass anti-aliasing filter 233. The output of the filter 233 is passed through a filter amplifier 234 and is provided on the line 34 to the digital signal processing components in the processor unit. The output of the filter 234 is also provided to a rectifier 235 which feeds back to the AGC amplifier 231 to control its output level. The AGC amplifier receives its power (as does the microphone 30) from a voltage regulator 237 which is supplied from a low voltage battery source 240 in the ear piece.

The signal on the lines 36 from the pocket processor portion of the hearing aid is received in the ear piece and passed through an adjustable attenuator 37 which is adjusted by the hearing aid fitter, and thence the signal passes through the anti-imaging filter 38 to the power amplifier section 39 which drives the receiver speaker 40. The power amplifier section 39 is supplied directly with power from the voltage source 240 and includes a

voltage adjustment 242 operated by the dial 28 which controls the gain of an amplifier 243 which, in turn, supplies the power amplifier 244.

As noted above, the hearing aid preferably can be programmed to adapt to the hearing deficit of a particular user. The fitting procedure determines the values of several parameters of the hearing aid algorithm. The patient's hearing may first be tested by standard audiological methods to determine thresholds and other standard parameters. The individual being tested may then be supplied with a master hearing aid which is a computer based processor running the same algorithms as the hearing aid. The patient goes through a protocol in which speech (sometimes with noise added) is provided to him or her. The master hearing aid processor then executes the hearing aid algorithms and switches between different sets of parameters. The patient then indicates his or her preference (or the subjective intelligibility) of the signal by pressing buttons on the master hearing aid. The information from the buttons is stored back into the computer. Several possible procedures may be utilized to take a set of parameters so determined and reach an optimal set by making small changes and paired comparisons. One such procedure is the simplicial method.

The fitting is preferably done in both quiet conditions and with noise added to the speech. The patient may well require different parameter sets under these different conditions. The three positions of the selection switch on the hearing aid allows up to three different sets of parameters to be provided for normal use. During execution of the code by the digital signal processor in the hearing aid, the switches are checked to determine whether they have been pressed, and if they have, the parameters corresponding to the switch that is pressed are read and replace those parameters previously in the algorithm. As noted above, among the parameters which preferably can be read and changed for each position of the mode switches are K2, the higher position of the higher knee of the input-output curve; K1min, the minimum value for the lower knee position; K1max, the maximum value for the lower knee; rat0, the expansion/compression ratio below the knee K1; rat2, the expansion/compression ratio above the knee K2; Wgains, the gains in the five bands which form the shaping filter; and nsplus, the level above the noise to place the knee K1.

It is understood that the invention is not confined to the particular embodiments set forth herein, but embraces all such modified forms thereof as come within the scope of the following claims.

What is claimed is:

1. A digital signal processing hearing aid system comprising:

(a) input means for providing an electrical input signal corresponding to a sound signal;

(b) analog to digital converter means for converting the input signal from the input means to input signal digital data at a selected sample rate;

(c) digital signal processing means for receiving the input signal digital data from the analog to digital converter means and providing processed output data, the digital signal processing means including:

(1) means for analyzing the input signal data and estimating the energy contained in a plurality of selected frequency bands which cover the range of frequency content of the input signal data, wherein the means for analyzing the input signal

5,027,410

25

data includes a first high pass digital filter for passing the higher half of the input signal frequency range, a first low pass digital filter for passing the lower half of the input signal frequency range and providing a second frequency range signal data, a second high pass digital filter selected to pass the higher half of the second frequency range signal and a second low pass digital filter selected to pass the lower half of the second frequency range signal to provide a third frequency range signal, a third high pass digital filter selected to pass the higher half of the third frequency range signal and a third low pass digital filer selected to pass the lower half of the third frequency range signal to provide a fourth frequency range signal, the fourth high pass filter selected to pass the higher half of the fourth frequency range signal and a fourth low pass digital filter selected to pass the lower half of the fourth frequency range signal, and wherein the means for analyzing further includes means for estimating the energy in the data corresponding to the outputs of the first, second, third, and fourth high pass filters and the fourth low pass filter;

(2) gain calculation means for calculating a gain for each band which is a function of estimated energy in each band;

(3) digital spectral filter means, having a plurality of filter coefficients which are changeable, for receiving the input signal digital data and providing spectrally shaped output data for output from the digital signal processing means;

(4) coefficient calculation means for calculating the coefficients of the digital spectral filter means based on the gains for each band calculated by the gain calculation means, the coefficients of the digital spectral filter means being periodically changed to the new coefficients calculated by the coefficient calculation means;

(d) digital to analog converter means for converting the processed output data from the digital signal processing means to an analog signal; and

(e) means for converting the analog signal to a corresponding sound.

2. The hearing aid system of claim 1 wherein the means for estimating the energy in the frequency bands of the input signal data further comprises means for taking the absolute values of the filter outputs and means for low pass filtering these absolute values.

3. The hearing aid system of claim 1 wherein the gain calculation means also includes means for selecting the spectral shaping of the digital spectral filter means to provide spectral shaping to the signal data passed through the spectral filter to compensate for spectrally related deficiencies in the hearing of the user of the hearing aid.

4. The hearing aid system of claim 1 including means for delaying the input signal data provided to the spectral filter means to allow time for the coefficients of the spectral filter to be changed in response to the characteristic of the input signal at the time that the data is provided to the spectral filter.

5. The hearing aid system of claim 1 wherein each high pass filter and low pass filter is a three tap finite impulse response digital filter.

26

6. The hearing aid system of claim 5 wherein the filter coefficients of each high pass filter are −1, 2, −1 and the filter coefficients of each low pass filter are 1, 2, 1.

7. The hearing aid system of claim 1 wherein the computation of output values of the first high pass and low pass filters is performed at half the sample rate, the computation of output values for the second high pass and low pass filters is performed at one quarter the sample rate, the computation of output values for the third high pass and low pass filters is performed at one 150 of the sample rate, and the computation of output values for the fourth high pass and low pass filters is performed at 1/16 of the sample rate.

8. The hearing aid system of claim 1 wherein the gain calculation means within the digital signal processing means computes gains for each of the frequency bands in accordance with a gain function of the estimated energy including at least a section providing amplitude expansion for selected low level input signals, a linear amplification section for providing constant amplification for intermediate level input signals, and a section providing amplitude compression for high level input signals.

9. The hearing aid system of claim 8 wherein the digital signal processing means includes a programmable memory selectably loaded with processing variables adapted to an individual user.

10. The hearing aid system of claim 9 wherein the processing variables in the programmable memory include the slopes of the expansion section and the compression section for each of the frequency bands in the gain calculation means, and the digital signal data energy envelope positions of the knees at which the expansion section joins the linear amplification section and at which the linear amplification section joins the compression section.

11. The hearing aid system of claim 8 wherein the gain calculation means calculates the gains also as a function of desired base line gains for each of the bands so as to cause the digital input signal passed through the spectral filter means to be spectrally shaped in a manner selected to compensate for the spectral hearing deficit of a user.

12. The hearing aid system of claim 8 wherein the gain calculation means of the digital signal processing means estimates the level of noise as a function of the energy in each of the bands and wherein a knee dividing the expansion section of the nonlinear gain function from the linear section for each band is moved higher or lower as a function of the noise level estimate for that band.

13. The hearing aid system of claim 9 wherein the programmable memory in the digital signal processing means is provided with parameters that define the minimum and maximum values for the position of the knee dividing the expansion section of the gain function from the linear section for each band and wherein the digital signal processing means includes means for estimating the level of noise as a function of the energy estimate of the digital input signal data for each frequency band, and wherein the digital signal processing means moves the knee higher or lower as a function of the noise level estimate but within the limits set by the minimum and maximum values.

14. The hearing aid system of claim 1 including automatic gain control means for controlling the magnitude of the analog signal passed from the input means to the analog to digital converter means, the signal magnitude

25

**Appx889**

5,027,410

27

controlled at a slow rate relative to speech to be within a desired range of magnitudes.

15. The hearing aid system of claim 8 wherein each of the gain functions used in each of the frequency bands by the gain calculation means has a piecewise linear gain function in which the logarithm of the gain is a linearly increasing function of the logarithm of the energy estimate in each band up to a first knee, a constant between the first and a second knee, and a linearly decreasing function above the second knee.

16. The hearing aid system of claim 15 wherein the positions of the first and the second knees are selected so that the constant gain between the first and second knee lies over a preferred dynamic range for the hearing of the individual user in each of the frequency bands.

17. The hearing aid system of claim 15 wherein the gain calculation means includes means for estimating the level of noise as a function of the energy estimate of the digital input signal data in each frequency band and wherein the first knee in each gain function in each frequency band is moved higher or lower as a function of the noise level estimate for that band while the position of the second knee and the slopes of the gain function remain fixed in each band.

18. The hearing aid system of claim 17 wherein the position of the first knee is set equal to the noise level estimate plus a selected constant.

19. The hearing aid system of claim 17 wherein the first knee is moved higher or lower in direct relation to the noise level estimate but no higher than a selected maximum value and no lower than a selected minimum value in determining the gain calculated by the gain calculation means for each frequency band in the digital signal processing means.

20. The hearing aid system of claim 19 wherein the digital signal processor has a programmable memory and wherein the programmable memory is provided with parameters that define the minimum and maximum values of the position of the first knee, the position of the second knee, and the slopes of the gain function.

21. The hearing aid system of claim 17 wherein the means for estimating the level of noise in each frequency band in the gain calculations means estimates the noise level by selecting a percentile of the distribution of the energy estimate for each of the frequency bands.

22. The hearing aid system of claim 19 wherein the position of the first knee is set equal to the noise level estimate plus a selected constant.

23. The hearing aid system of claim 1 including preemphasis filtering means for equalizing the frequency spectrum of the analog signal passed from the input means to the analog to digital converter means to minimize the required dynamic range of the analog to digital converter means.

24. The hearing aid system of claim 1 wherein the gain calculation means in the digital signal processing means determines the gain function for each frequency band periodically, and the coefficient calculation means calculates new filter coefficients periodically based on the new gains, with a time constant in the range of about 1 millisecond to about 2 milliseconds.

25. The hearing aid system of claim 8 wherein for each band the section of the gain function up to the first knee provides an expansion ratio of up to 1:2 and a section above the second knee provides a compression ratio of up to 3.3:1.

28

26. A digital signal processing hearing aid system comprising:

(a) input means for providing an electrical signal corresponding to a sound signal;

(b) analog to digital converter means for converting the signal from the input means to digital data at a selected sample rate;

(c) digital signal processing means for receiving the input signal digital data from the analog to digital converter means and providing processed output data, the digital signal processing means including:

(1) N pairs of high pass and low pass digital filters, the high pass filter in each pair selected to pass the highest half of the frequency range of the input signal to the pair and the low pass filter in each pair selected to pass the lowest half of the frequency range of the input signal to the pair, the pairs of filters cascaded so that the input signal to each pair after the first pair is the output of the low pass filter of the prior pair of filters, and means for estimating the energy in the frequency bands corresponding to the outputs of the N high pass filters and the last low pass filter, where N is at least two;

(2) gain calculation means for calculating a gain for each band which is a function of the estimated energy in each band;

(3) digital spectral filter means, having a plurality of filter coefficients which are changeable, for receiving the input signal data and providing spectrally shaped output data for output from the digital signal processing means;

(4) coefficient calculation means for calculating the coefficients of the digital spectral filter means based on the gains for each band calculated by the gain calculation means, the coefficients of the digital spectral filter means being periodically changed to the new coefficients calculated by the coefficient calculation means;

(d) digital to analog converter means for converting the processed output data from the digital signal processing means to an analog signal; and

(e) means for converting the analog signal to a corresponding sound.

27. The hearing aid system of claim 26 wherein N=4.

28. The hearing aid system of claim 26 wherein the means for estimating the energy of the output signal data of the N high pass filters and the last low pass filter comprises means for taking the absolute values of the filter outputs and means for low pass filtering these absolute values.

29. The hearing aid system of claim 26 wherein the gain calculation means also includes means for selecting the spectral shaping of the digital spectral filter means to provide spectral shaping to the signal data passed through the spectral filter to compensate for spectrally related deficiencies in the hearing of the user of the hearing aid.

30. The hearing aid system of claim 26 including means for delaying the input signal data provided to the spectral filter means to allow time for the coefficients of the spectral filter to be changed in response to the characteristic of the input signal at the time that the data is provided to the spectral filter.

31. The hearing aid system of claim 26 wherein each high pass filter and low pass filter is a three tap finite impulse response digital filter.

5,027,410

29
30

**32.** The hearing aid system of claim **31** wherein the filter coefficients of each high pass filter are −1, 2, −1 and the filter coefficients of each low pass filter are 1, 2, 1.

**33.** The hearing aid system of claim **26** wherein the computation of output values of the first pair of high pass and low pass filters is performed at half the sample rate, and the computation of output values for the succeeding pairs of high pass and low pass filters is performed at rate which is a fraction of the sample rate equal to $\frac{1}{2}^{n+1}$, where n is the number of prior filter pairs.

**34.** The hearing aid system of claim **26** wherein there are four pairs of high pass and low pass filters, with the output of the first high pass filter passing the portion of the input signal from approximately 4,000 Hz to 8,000 Hz, the second high pass filter passing the portion of the input signal data in the range of 2,000 Hz to 4,000 Hz, the third high pass filter passing the portion of the signal data in the range of 1,000 Hz to 2,000 Hz, the fourth high pass filter passing the signal data in the range of 500 Hz to 1000 Hz, and the fourth low pass filter passing the portion of the input signal data in the range from 0 to 500 Hz.

**35.** The hearing aid system of claim **26** wherein the gain calculation means within the digital signal processing means computes gains for each of the frequency bands in accordance with a gain function of the estimated energy including at least a section providing amplitude expansion for selected low level input signals, a linear amplification section for providing constant amplification for intermediate level input signals, and a section providing amplitude compression for high level input signals.

**36.** The hearing aid system of claim **35** wherein the digital signal processing means includes a programmable memory selectably loaded with processing variables adapted to an individual user.

**37.** The hearing aid system of claim **36** wherein the processing variables in the programmable memory include the slopes of the expansion section and the compression section for each of the frequency bands in the gain calculation means, and the digital signal data energy envelope positions of the knees at which the expansion section joins the linear amplification section and at which the linear amplification section joins the compression section.

**38.** The hearing aid system of claim **35** wherein the gain calculation means calculates the gains also as a function of desired base line gains for each of the bands so as to cause the digital input signal passed through the spectral filter means to be spectrally shaped in a manner selected to compensate for the spectral hearing deficit of a user.

**39.** The hearing aid system of claim **35** wherein the gain calculation means of the digital signal processing means estimates the level of noise as a function of the energy in each of the bands and wherein a knee dividing the expansion section of the nonlinear gain function from the linear section for each band is moved higher or lower as a function of the noise level estimate for that band.

**40.** The hearing aid system of claim **36** wherein the programmable memory in the digital signal processing means is provided with parameters that define the minimum and maximum values for the position of the knee dividing the expansion section of the gain function from the linear section for each band and wherein the digital signal processing means includes means for estimating

the level of noise as a function of the energy estimate of the digital input signal data for each frequency band, and wherein the digital signal processing means moves the knee higher or lower as a function of the noise level estimate but within the limits set by the minimum and maximum values.

**41.** The hearing aid system of claim **26** including automatic gain control means for controlling the magnitude of the analog signal passed from the input means to the analog to digital converter means, the signal magnitude controlled at a slow rate relative to speech to be within a desired range of magnitudes.

**42.** The hearing aid system of claim **35** wherein each of the gain functions used in each of the frequency bands by the gain calculation means is a piecewise linear gain function in which the logarithm of the gain is a linearly increasing function of the logarithm of the energy estimate in each band up to a first knee, a constant between the first and a second knee, and a linearly decreasing function above the second knee.

**43.** The hearing aid system of claim **42** wherein the positions of the first and the second knees are selected so that the constant gain between the first and second knee lies over a preferred dynamic range for the hearing of the individual user in each of the frequency bands.

**44.** The hearing aid system of claim **42** wherein the gain calculation means includes means for estimating the level of noise as a function of the energy estimate of the digital input signal data in each frequency band and wherein the first knee in each gain function in each frequency band is moved higher or lower as a function of the noise level estimate for that band while the position of the second knee and the slopes of the gain function remained fixed in each band.

**45.** The hearing aid system of claim **44** wherein the position of the first knee is set equal to the noise level estimate plus a selected constant.

**46.** The hearing aid system of claim **44** wherein the first knee is moved higher or lower in direct relation to the noise level estimate but no higher than a selected maximum value and no lower than a selected minimum value in determining the gain calculated by the gain calculation means for each frequency band in the digital signal processing means.

**47.** The hearing aid system of claim **46** wherein the digital signal processor has a programmable memory and wherein the programmable memory is provided with parameters that define the minimum and maximum values of the position of the first knee, the position of the second knee, and the slopes of the gain function.

**48.** The hearing aid system of claim **44** wherein the means for estimating the level of noise in each frequency band in the gain calculations means estimates the noise level by selecting a percentile of the distribution of the energy estimate for each of the frequency bands.

**49.** The hearing aid system of claim **46** wherein the position of the first knee is set equal to the noise level estimate plus a selected constant.

**50.** The hearing aid system of claim **26** including pre-emphasis filtering means for equalizing the frequency spectrum of the analog signal passed from the input means to the analog to digital converter means to minimize the required dynamic range of the analog to digital converter means.

**51.** The hearing aid system of claim **26** wherein the gain calculation means in the digital signal processing means determines the gain function for each frequency

5,027,410

band periodically, and the coefficient calculation means calculates new filter coefficients periodically based on the new gains, with a time constant in the range of about 1 millisecond to about 2 milliseconds.

52. The hearing aid system of claim 35 wherein the section of the gain function up to the first knee provides an expansion ratio of up to 1:2 and a section above the second knee provides a compression ratio of up to 3.3:1.

53. A digital spectral analysis filter comprising:
(a) input means for providing an electrical signal corresponding to a sound signal;
(b) analog to digital converter means for converting the signal from the input means to digital data at a selected sample rate;
(c) digital signal processing means for receiving the input signal digital data from the analog to digital converter means and providing processed output data, the digital signal processing means including N pairs of high pass and low pass digital filters, the high pass filter in each pair selected to pass the highest half of the frequency range of the input signal to the pair and the low pass filter in each pair selected to pass the lowest half of the frequency range of the input signal to the pair, the pairs of filters cascaded so that the input signal to each pair after the first pair is the output of the low pass filter of the prior pair of filters, where N is at least two, and wherein the computation of output values of the first pair of high pass and low pass filters is performed at half the sample rate and the computation of output values for succeeding pairs of high pass and low pass filters is performed at a rate

which is a fraction of the sample rate equal to $\frac{1}{2}^{n+1}$, where n is the number of prior filter pairs.

54. The digital spectral analysis filter of claim 53 further including means for estimating the energy in the outputs of the N high pass filters and the last low pass filter.

55. The digital spectral analysis filter of claim 53 wherein each high pass filter and low pass filter is a three tap finite impulse response digital filter.

56. The digital spectral analysis filter of claim 53 wherein the filter coefficients of each high pass ilter are $-1, 2, -1$ and the filter coefficients of each low pass filter 1, 2, 1.

57. The digital spectral analysis filter of claim 53 wherein the frequency range of interest is from 0 to 8,000 Hz, N=4, and the first high pass filter passes the portion of the input signal from approximately 4,000 Hz to 8,000 Hz, the second high pass filter passes the portion of the input signal data in the range of 2,000 Hz to 4,000 Hz, the third high pass filter passes the portion of the signal data in the range of 1000 to 2000 Hz, the fourth high pass filter passes the portion of the signal data in the range of 500 Hz to 1,000 Hz, and the fourth low pass filter passes the portion of the input signal data in the range of 0 to 500 Hz.

58. The digital spectral analysis filter of claim 53 wherein the means for estimating the energy of the filter output signal data comprises means for taking the absolute values of the filter outputs and means for low pass filtering these absolute values.

* * * * *



US 20030004428A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2003/0004428 A1

Pless et al. (43) Pub. Date: **Jan. 2, 2003**

(54) **SEIZURE SENSING AND DETECTION USING AN IMPLANTABLE DEVICE**

(76) Inventors: **Benjamin D. Pless**, Atherton, CA (US); **Stephen T. Archer**, Sunnyvale, CA (US); **Craig Baysinger**, Livermore, CA (US); **Barbara Gibb**, Palo Alto, CA (US); **Suresh K. Gurunathan**, Santa Clara, CA (US); **Bruce Kirkpatrick**, Santa Clara, CA (US); **Thomas K. Tcheng**, Pleasant Hill, CA (US)

Correspondence Address:
**NEUROPACE, INC.**
**255 SANTA ANA COURT**
**SUNNYVALE, CA 94085 (US)**

(21) Appl. No.:    **09/896,092**

(22) Filed:    **Jun. 28, 2001**

**Publication Classification**

(51) Int. Cl.$^7$ .................................................. **A61N  1/18**
(52) U.S. Cl. .......................................................... **600/544**

(57)    **ABSTRACT**

A system and method for detecting and predicting neurological events with an implantable device uses a relatively low-power central processing unit in connection with signal processing circuitry to identify features (including half waves) and calculate window-based characteristics (including line lengths and areas under the curve of the waveform) in an electrographic signal received from a patient's brain. The features and window-based characteristics are combinable in various ways according to the invention to detect and predict neurological events in real time, enabling responsive action by the implantable device.



APPLE 1016

**Appx893**



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



# Fig. 6



Fig. 7

8

Patent Application Publication    Jan. 2, 2003   Sheet 8 of 22    US 2003/0004428 A1



Fig. 8

**Appx901**

Patent Application Publication    Jan. 2, 2003   Sheet 9 of 22    US 2003/0004428 A1







## Fig. 9

10



Fig. 10



Fig. 11

**Appx904**

Fig. 12

**Appx905**

# Fig. 13



**Appx906**



## Fig. 14

## Fig. 15





Fig. 16

**Appx909**



Fig. 17

Appx910



Fig. 18

19

Patent Application Publication    Jan. 2, 2003   Sheet 19 of 22    US 2003/0004428 A1



Fig. 19



Fig. 20

**Appx913**



Fig. 21



Fig. 22

## SEIZURE SENSING AND DETECTION USING AN IMPLANTABLE DEVICE

### FIELD OF THE INVENTION

[0001] The invention relates to systems and methods for detecting and predicting neurological dysfunction characterized by abnormal electrographic patterns, and more particularly to a system and method for detecting and predicting epileptic seizures and their onsets by analyzing electroencephalogram and electrocorticogram signals with an implantable device.

### BACKGROUND OF THE INVENTION

[0002] Epilepsy, a neurological disorder characterized by the occurrence of seizures (specifically episodic impairment or loss of consciousness, abnormal motor phenomena, psychic or sensory disturbances, or the perturbation of the autonomic nervous system), is debilitating to a great number of people. It is believed that as many as two to four million Americans may suffer from various forms of epilepsy. Research has found that its prevalence may be even greater worldwide, particularly in less economically developed nations, suggesting that the worldwide figure for epilepsy sufferers may be in excess of one hundred million.

[0003] Because epilepsy is characterized by seizures, its sufferers are frequently limited in the kinds of activities they may participate in. Epilepsy can prevent people from driving, working, or otherwise participating in much of what society has to offer. Some epilepsy sufferers have serious seizures so frequently that they are effectively incapacitated.

[0004] Furthermore, epilepsy is often progressive and can be associated with degenerative disorders and conditions. Over time, epileptic seizures often become more frequent and more serious, and in particularly severe cases, are likely to lead to deterioration of other brain functions (including cognitive function) as well as physical impairments.

[0005] The current state of the art in treating neurological disorders, particularly epilepsy, typically involves drug therapy and surgery. The first approach is usually drug therapy.

[0006] A number of drugs are approved and available for treating epilepsy, such as sodium valproate, phenobarbital/primidone, ethosuximide, gabapentin, phenytoin, and carbamazepine, as well as a number of others. Unfortunately, those drugs typically have serious side effects, especially toxicity, and it is extremely important in most cases to maintain a precise therapeutic serum level to avoid breakthrough seizures (if the dosage is too low) or toxic effects (if the dosage is too high). The need for patient discipline is high, especially when a patient's drug regimen causes unpleasant side effects the patient may wish to avoid.

[0007] Moreover, while many patients respond well to drug therapy alone, a significant number (at least 20-30%) do not. For those patients, surgery is presently the best-established and most viable alternative course of treatment.

[0008] Currently practiced surgical approaches include radical surgical resection such as hemispherectomy, corticectomy, lobectomy and partial lobectomy, and less-radical lesionectomy, transection, and stereotactic ablation. Besides being less than fully successful, these surgical approaches generally have a high risk of complications, and can often result in damage to eloquent (i.e., functionally important) brain regions and the consequent long-term impairment of various cognitive and other neurological functions. Furthermore, for a variety of reasons, such surgical treatments are contraindicated in a substantial number of patients. And unfortunately, even after radical brain surgery, many epilepsy patients are still not seizure-free.

[0009] Electrical stimulation is an emerging therapy for treating epilepsy. However, currently approved and available electrical stimulation devices apply continuous electrical stimulation to neural tissue surrounding or near implanted electrodes, and do not perform any detection—they are not responsive to relevant neurological conditions.

[0010] The NeuroCybernetic Prosthesis (NCP) from Cyberonics, for example, applies continuous electrical stimulation to the patient's vagus nerve. This approach has been found to reduce seizures by about 50% in about 50% of patients. Unfortunately, a much greater reduction in the incidence of seizures is needed to provide clinical benefit. The Activa device from Medtronic is a pectorally implanted continuous deep brain stimulator intended primarily to treat Parkinson's disease. In operation, it supplies a continuous electrical pulse stream to a selected deep brain structure where an electrode has been implanted.

[0011] Continuous stimulation of deep brain structures for the treatment of epilepsy has not met with consistent success. To be effective in terminating seizures, it is believed that one effective site where stimulation should be performed is near the focus of the epileptogenic region. The focus is often in the neocortex, where continuous stimulation may cause significant neurological deficit with clinical symptoms including loss of speech, sensory disorders, or involuntary motion. Accordingly, research has been directed toward automatic responsive epilepsy treatment based on a detection of imminent seizure.

[0012] A typical epilepsy patient experiences episodic attacks or seizures, which are generally electrographically defined as periods of abnormal neurological activity. As is traditional in the art, such periods shall be referred to herein as "ictal".

[0013] Most prior work on the detection and responsive treatment of seizures via electrical stimulation has focused on analysis of electroencephalogram (EEG) and electrocorticogram (ECoG) waveforms. In general, EEG signals represent aggregate neuronal activity potentials detectable via electrodes applied to a patient's scalp. ECoG signals, deep-brain counterparts to EEG signals, are detectable via electrodes implanted on or under the dura mater, and usually within the patient's brain. Unless the context clearly and expressly indicates otherwise, the term "EEG" shall be used generically herein to refer to both EEG and ECoG signals.

[0014] Much of the work on detection has focused on the use of time-domain analysis of EEG signals. See, e.g., J. Gotman, Automatic seizure detection: improvements and evaluation, Electroencephalogr. Clin. Neurophysiol. 1990; 76(4): 317-24. In a typical time-domain detection system, EEG signals are received by one or more implanted electrodes and then processed by a control module, which then is capable of performing an action (intervention, warning, recording, etc.) when an abnormal event is detected.

Appx916

2

[0015] It is generally preferable to be able to detect and treat a seizure at or near its beginning, or even before it begins. The beginning of a seizure is referred to herein as an "onset." However, it is important to note that there are two general varieties of seizure onsets. A "clinical onset" represents the beginning of a seizure as manifested through observable clinical symptoms, such as involuntary muscle movements or neurophysiological effects such as lack of responsiveness. An "electrographic onset" refers to the beginning of detectable electrographic activity indicative of a seizure. An electrographic onset will frequently occur before the corresponding clinical onset, enabling intervention before the patient suffers symptoms, but that is not always the case. In addition, there are changes in the EEG that occur seconds or even minutes before the electrographic onset that can be identified and used to facilitate intervention before electrographic or clinical onsets occur. This capability would be considered seizure prediction, in contrast to the detection of a seizure or its onset.

[0016] In the Gotman system, EEG waveforms are filtered and decomposed into "features" representing characteristics of interest in the waveforms. One such feature is characterized by the regular occurrence (i.e., density) of half-waves exceeding a threshold amplitude occurring in a specified frequency band between approximately 3 Hz and 20 Hz, especially in comparison to background (non-ictal) activity. When such half-waves are detected, it is believed that seizure activity is occurring For related approaches, see also H. Qu and J. Gotman, A seizure warning system for long term epilepsy monitoring, Neurology 1995; 45: 2250-4; and H. Qu and J. Gotman, A Patient-Specific Algorithm for the Detection of Seizure Onset in Long-Term EEG Monitoring: Possible Use as a Warning Device, IEEE Trans. Biomed. Eng. 1997; 44(2): 115-22.

[0017] The Gotman articles address half wave characteristics in general, and introduce a variety of measurement criteria, including a ratio of current epoch amplitude to background; average current epoch EEG frequency; average background EEG frequency; coefficient of variation of wave duration; ratio of current epoch amplitude to following time period; average wave amplitude; average wave duration; dominant frequency (peak frequency of the dominant peak); and average power in a main energy zone. These criteria are variously mapped into an n-dimensional space, and whether a seizure is detected depends on the vector distance between the parameters of a measured segment of EEG and a seizure template in that space.

[0018] It should be noted that the schemes set forth in the above articles are not tailored for use in an implantable device, and hence typically require more computational ability than would be available in such a device.

[0019] U.S. Pat. No. 6,018,682 to Rise describes an implantable seizure warning system that implements a form of the Gotman system. However, the system described therein uses only a single detection modality, namely a count of sharp spike and wave patterns within a timer period. This is accomplished with relatively complex processing, including averaging over time and quantifying sharpness by way of a second derivative of the signal. The Rise patent does not disclose how the signals are processed at a low level, nor does it explain detection criteria in any sufficiently specific level of detail.

[0020] A more computationally demanding approach is to transform EEG signals into the frequency domain for rigorous spectrum analysis. See, e.g., U.S. Pat. No. 5,995,868 to Dorfmeister et al., which analyzes the power spectral density of EEG signals in comparison to background characteristics. Although this approach is generally believed to achieve good results, for the most part, its computational expense renders it less than optimal for use in long-term implanted epilepsy monitor and treatment devices. With current technology, the battery life in an implantable device computationally capable of performing the Dorfmeister method would be too short for it to be feasible.

[0021] Also representing an alternative and more complex approach is U.S. Pat. No. 5,857,978 to Hively et al., in which various non-linear and statistical characteristics of EEG signals are analyzed to identify the onset of ictal activity. Once more, the calculation of statistically relevant characteristics is not believed to be feasible in an implantable device.

[0022] U.S. Pat. No. 6,016,449 to Fischell, et al. (which is hereby incorporated by reference as though set forth in full herein), describes an implantable seizure detection and treatment system. In the Fischell system, various detection methods are possible, all of which essentially rely upon the analysis (either in the time domain or the frequency domain) of processed EEG signals. Fischell's controller is preferably implanted intracranially, but other approaches are also possible, including the use of an external controller. When a seizure is detected, the Fischell system applies responsive electrical stimulation to terminate the seizure, a capability that will be discussed in further detail below.

[0023] All of these approaches provide useful information, and in some cases may provide sufficient information for accurate detection and prediction of most imminent epileptic seizures.

[0024] However, none of the various implementations of the known approaches provide 100% seizure detection accuracy in a clinical environment.

[0025] Two types of detection errors are generally possible. A "false positive," as the term is used herein, refers to a detection of a seizure or ictal activity when no seizure or other abnormal event is actually occurring. Similarly, a "false negative" herein refers to the failure to detect a seizure or ictal activity that actually is occurring or shortly will occur.

[0026] In most cases, with all known implementations of the known approaches to detecting abnormal seizure activity solely by monitoring and analyzing EEG activity, when a seizure detection algorithm is tuned to catch all seizures, there will be a significant number of false positives. While it is currently believed that there are minimal or no side effects to limited amounts of over-stimulation (e.g., providing stimulation sufficient to terminate a seizure in response to a false positive), the possibility of accidentally initiating a seizure or increasing the patient's susceptibility to seizures must be considered.

[0027] As is well known, it has been suggested that it is possible to treat and terminate seizures by applying electrical stimulation to the brain. See, e.g., U.S. Pat. No. 6,016,449 to Fischell et al., and H. R. Wagner, et al., Suppression of cortical epileptiform activity by generalized and localized

25

ECoG desynchronization, Electroencephalogr. Clin. Neurophysiol. 1975; 39(5): 499-506. And as stated above, it is believed to be beneficial to perform this stimulation only when a seizure (or other undesired neurological event) is occurring or about to occur, as inappropriate stimulation may result in the initiation of seizures.

[0028] Furthermore, it should be noted that a false negative (that is, a seizure that occurs without any warning or treatment from the device) will often cause the patient significant discomfort and detriment. Clearly, false negatives are to be avoided.

[0029] It has been found to be difficult to achieve an acceptably low level of false positives and false negatives with the level of computational ability available in an implantable device with reasonable battery life.

[0030] Preferably, the battery in an implantable device, particularly one implanted intracranially, should last at least several years. There is a substantial risk of complications (such as infection, blood clots, and the overgrowth of scar tissue) and lead failure each time an implanted device or its battery is replaced. Rechargeable batteries have not been found to provide any advantage in this regard, as they are not as efficient as traditional cells, and the additional electronic circuitry required to support the recharging operation contributes to the device's size and complexity. Moreover, there is a need for patient discipline in recharging the device batteries, which would require the frequent transmission of a substantial amount of power over a wireless link and through the patient's skin and other tissue.

[0031] As stated above, the detection and prediction of ictal activity has traditionally required a significant amount of computational ability. Moreover, for an implanted device to have significant real-world utility, it is also advantageous to include a number of other features and capabilities. Specifically, treatment (via electrical stimulation or drug infusion) and/or warning (via an audio annunciator, for example), recording of EEG signals for later consideration and analysis, and telemetry providing a link to external equipment are all useful capabilities for an implanted device capable of detecting or predicting epileptiform signals. All of these additional subsystems will consume further power.

[0032] Moreover, size is also a consideration. For various reasons, intracranial implants are favored. A device implanted intracranially (or under the scalp) will typically have a lower risk of failure than a similar device implanted pectorally or elsewhere, which require a lead to be run from the device, through the patient's neck to the electrode implantation sites in the patient's head. This lead is also prone to receive additional electromagnetic interference.

[0033] As is well known in the art, the computational ability of a processor-controlled system is directly related to both size and power consumption. In accordance with the above considerations, therefore, it would be advantageous to have sufficient detection and prediction capabilities to avoid a substantial number of false positive and false negative detections, and yet consume little enough power (in conjunction with the other subsystems) to enable long battery life. Such an implantable device would have a relatively low-power central processing unit to reduce the electrical power consumed by that portion.

[0034] At the current time, there is no known implantable device that is capable of detecting and predicting seizures

and yet has adequate battery life and the consequent acceptably low risk factors for use in human patients.

## SUMMARY OF THE INVENTION

[0035] Accordingly, an implantable device according to the invention for detecting and predicting epileptic seizures includes a relatively low-speed and low-power central processing unit, as well as customized electronic circuit modules in a detection subsystem. As described herein, the detection subsystem also performs prediction, which in the context of the present application is a form of detection that occurs before identifiable clinical symptoms or even obvious electrographic patterns are evident upon inspection. The same methods, potentially with different parameters, are adapted to be used for both detection and prediction. Generally, as described herein, an event (such as an epileptic seizure) may be detected, an electrographic "onset" of such an event (an electrographic indication of an event occurring at the same time as or before the clinical event begins) may be detected (and may be characterized by different waveform observations than the event itself), and a "precursor" to an event (electrographic activity regularly occurring some time before the clinical event) may be detected as predictive of the event.

[0036] As described herein and as the terms are generally understood, the present approach is generally not statistical or stochastic in nature. The invention, and particularly the detection subsystem thereof, is specifically adapted to perform much of the signal processing and analysis requisite for accurate and effective event detection. The central processing unit remains in a suspended "sleep" state characterized by relative inactivity a substantial percentage of the time, and is periodically awakened by interrupts from the detection subsystem to perform certain tasks related to the detection and prediction schemes enabled by the device.

[0037] Much of the processing performed by an implantable system according to the invention involves operations on digital data in the time domain. Preferably, to reduce the amount of data processing required by the invention, samples at ten-bit resolution are taken at a rate less than or equal to approximately 500 Hz (2 ms per sample).

[0038] As stated above, an implantable system according to the invention is capable of accurate and reliable seizure detection and prediction. To accomplish this, the invention employs a combination of signal processing and analysis modalities, including data reduction and feature extraction techniques, mostly implemented as customized digital electronics modules, minimally reliant upon a central processing unit.

[0039] In particular, it has been found to be advantageous to utilize two different data reduction methodologies, both of which collect data representative of EEG signals within a sequence of uniform time windows each having a specified duration.

[0040] The first data reduction methodology involves the calculation of a "line length function" for an EEG signal within a time window. Specifically, the line length function of a digital signal represents an accumulation of the sample-to-sample amplitude variation in the EEG signal within the time window. Stated another way, the line length function is representative of the variability of the input signal. A con-

Appx918

4

stant input signal will have a line length of zero (representative of substantially no variation in the signal amplitude), while an input signal that oscillates between extrema from sample to sample will approach the maximum line length. It should be noted that while the line length function has a physical-world analogue in measuring the vector distance traveled in a graph of the input signal, the concept of line length as treated herein disregards the horizontal (X) axis in such a situation. The horizontal axis herein is representative of time, which is not combinable in any meaningful way in accordance with the invention with information relating to the vertical (Y) axis, generally representative of amplitude, and which in any event would contribute nothing of interest.

[0041]    The second data reduction methodology involves the calculation of an "area function" represented by an EEG signal within a time window. Specifically, the area function is calculated as an aggregation of the EEG's signal total deviation from zero over the time window, whether positive or negative. The mathematical analogue for the area function defined above is the mathematical integral of the absolute value of the EEG function (as both positive and negative signals contribute to positive area). Once again, the horizontal axis (time) makes no contribution to accumulated energy as treated herein. Accordingly, an input signal that remains around zero will have a small area value, while an input signal that remains around the most-positive or most-negative values will have a high area value.

[0042]    Both the area and line length functions may undergo linear or non-linear transformations. An example would be to square each amplitude before summing it in the area function. This non-linear operation would provide an output that would approximate the energy of the signal for the period of time it was integrated. Likewise linear and non-linear transformations of the difference between sample values are advantageous in customizing the line length function to increase the effectiveness of the detector for a specific patient.

[0043]    The central processing unit receives the line length function and area function measurements performed by the detection subsystem, and is capable of acting based on those measurements or their trends.

[0044]    Feature extraction, specifically the identification of half waves in an EEG signal, also provides useful information. A half wave is an interval between a local waveform minimum and a local waveform maximum; each time a signal "changes directions" (from increasing to decreasing, or vice versa), subject to limitations that will be set forth in further detail below, a new half wave is identified.

[0045]    The identification of half waves having specific amplitude and duration criteria allows some frequency-driven characteristics of the EEG signal to be considered and analyzed without the need for computationally intensive transformations of normally time-domain EEG signals into the frequency domain. Specifically, the half wave feature extraction capability of the invention identifies those half waves in the input signal having a duration that exceeds a minimum duration criterion and an amplitude that exceeds a minimum amplitude criterion. The number of half waves in a time window meeting those criteria is somewhat representative of the amount of energy in a waveform at a frequency below the frequency corresponding to the minimum duration criterion. And the number of half waves in a

time window is constrained somewhat by the duration of each half wave (i.e., if the half waves in a time window have particularly long durations, relatively fewer of them will fit into the time window), that number is highest when a dominant waveform frequency most closely matches the frequency corresponding to the minimum duration criterion.

[0046]    As stated above, the half waves, line length function, and area function of various EEG signals are calculated by customized electronics modules with minimal involvement by the central processing unit, and are selectively combined by a system according to the invention to provide detection and prediction of seizure activity, so that appropriate action can then be taken.

[0047]    Accordingly, in one embodiment of the invention, a system according to the invention includes a central processing unit, a detection subsystem located therein that includes a waveform analyzer. The waveform analyzer includes waveform analysis capabilities (such as half wave characteristics) as well as window-based analysis capabilities (such as line length and area under the curve), and both aspects are combined to provide enhanced neurological event detection. A central processing unit is used to consolidate the results from multiple channels and coordinate responsive action when necessary.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0048]    These and other objects, features, and advantages of the invention will become apparent from the detailed description below and the accompanying drawings, in which:

[0049]    FIG. 1 is a schematic illustration of a patient's head showing the placement of an implantable neurostimulator according to an embodiment of the invention;

[0050]    FIG. 2 is a schematic illustration of a patient's cranium showing the implantable neurostimulator of FIG. 1 as implanted, including leads extending to the patient's brain;

[0051]    FIG. 3 is a block diagram illustrating context in which an implantable neurostimulator according to the invention is implanted and operated;

[0052]    FIG. 4 is a block diagram illustrating the major functional subsystems of an implantable neurostimulator according to the invention;

[0053]    FIG. 5 is a block diagram illustrating the functional components of the detection subsystem of the implantable neurostimulator shown in FIG. 4;

[0054]    FIG. 6 is a block diagram illustrating the functional components of the sensing front end of the detection subsystem of FIG. 5;

[0055]    FIG. 7 is a block diagram illustrating the components of the waveform analyzer of the detection subsystem of FIG. 5;

[0056]    FIG. 8 is a block diagram illustrating the functional arrangement of components of the waveform analysis of the detection subsystem of FIG. 5 in one possible programmed embodiment of the invention;

[0057]    FIG. 9 is a graph of an exemplary EEG signal, illustrating decomposition of the signal into time windows and samples;

27

US 2003/0004428 A1

5

Jan. 2, 2003

**[0058]** FIG. 10 is a graph of the exemplary EEG signal of FIG. 9, illustrating the extraction of half waves from the signal;

**[0059]** FIG. 11 is a flow chart illustrating the process performed by hardware functional components of the waveform analyzer of FIG. 7 in extracting half waves as illustrated in FIG. 10;

**[0060]** FIG. 12 is a flow chart illustrating the process performed by software in the central processing unit in extracting and analyzing half waves from an EEG signal;

**[0061]** FIG. 13 is a flow chart illustrating the process performed by software in the central processing unit in the application of an X or Y criterion to half wave windows;

**[0062]** FIG. 14 is a graph of the exemplary EEG signal of FIG. 9, illustrating the calculation of a line length function;

**[0063]** FIG. 15 is a flow chart illustrating the process performed by hardware functional components of the waveform analyzer of FIG. 7 in calculating the line length function as illustrated in FIG. 14;

**[0064]** FIG. 16 is a flow chart illustrating the process performed by software in the central processing unit in calculating and analyzing the line length function of an EEG signal;

**[0065]** FIG. 17 is a graph of the exemplary EEG signal of FIG. 9, illustrating the calculation of an area function;

**[0066]** FIG. 18 is a flow chart illustrating the process performed by hardware functional components of the waveform analyzer of FIG. 7 in calculating the area function as illustrated in FIG. 17;

**[0067]** FIG. 19 is a flow chart illustrating the process performed by software in the central processing unit in calculating and analyzing the area function of an EEG signal;

**[0068]** FIG. 20 is a flow chart illustrating the process performed by event-driven software in the central processing unit to analyze half wave, line length, and area information for detection according to the invention;

**[0069]** FIG. 21 is a flow chart illustrating the combination of analysis tools into detection channels in an embodiment of the invention; and

**[0070]** FIG. 22 is a flow chart illustrating the combination of detection channels into event detectors in an embodiment of the invention.

### DETAILED DESCRIPTION OF THE INVENTION

**[0071]** The invention is described below, with reference to detailed illustrative embodiments. It will be apparent that a system according to the invention may be embodied in a wide variety of forms. Consequently, the specific structural and functional details disclosed herein are representative and do not limit the scope of the invention.

**[0072]** FIG. 1 depicts an intracranially implanted device 110 according to the invention, which in one embodiment is a small self-contained responsive neurostimulator. As the term is used herein, a responsive neurostimulator is a device capable of detecting or predicting ictal activity (or other

neurological events) and providing electrical stimulation to neural tissue in response to that activity, where the electrical stimulation is specifically intended to terminate the ictal activity, treat a neurological event, prevent an unwanted neurological event from occurring, or lessen the severity or frequency of certain symptoms of a neurological disorder. As disclosed herein, the responsive neurostimulator detects ictal activity by systems and methods according to the invention.

**[0073]** Preferably, an implantable device according to the invention is capable of detecting or predicting any kind of neurological event that has a representative electrographic signature. While the disclosed embodiment is described primarily as responsive to epileptic seizures, it should be recognized that it is also possible to respond to other types of neurological disorders, such as movement disorders (e.g. the tremors characterizing Parkinson's disease), migraine headaches, chronic pain, and neuropsychiatric disorders such as depression. Preferably, neurological events representing any or all of these afflictions can be detected when they are actually occurring, in an onset stage, or as a predictive precursor before clinical symptoms begin.

**[0074]** In the disclosed embodiment, the neurostimulator is implanted intracranially in a patient's parietal bone 210, in a location anterior to the lambdoidal suture 212 (see FIG. 2). It should be noted, however, that the placement described and illustrated herein is merely exemplary, and other locations and configurations are also possible, in the cranium or elsewhere, depending on the size and shape of the device and individual patient needs, among other factors. The device 110 is preferably configured to fit the contours of the patient's cranium 214. In an alternative embodiment, the device 110 is implanted under the patient's scalp 112 but external to the cranium; it is expected, however, that this configuration would generally cause an undesirable protrusion in the patient's scalp where the device is located. In yet another alternative embodiment, when it is not possible to implant the device intracranially, it may be implanted pectorally (not shown), with leads extending through the patient's neck and between the patient's cranium and scalp, as necessary.

**[0075]** It should be recognized that the embodiment of the device 110 described and illustrated herein is preferably a responsive neurostimulator for detecting and treating epilepsy by detecting seizures or their onsets or precursors, and preventing and/or terminating such epileptic seizures.

**[0076]** In an alternative embodiment of the invention, the device 110 is not a responsive neurostimulator, but is an apparatus capable of detecting neurological conditions and events and performing actions in response thereto. The actions performed by such an embodiment of the device 110 need not be therapeutic, but may involve data recording or transmission, providing warnings to the patient, or any of a number of known alternative actions. Such a device will typically act as a diagnostic device when interfaced with external equipment, as will be discussed in further detail below.

**[0077]** The device 110, as implanted intracranially, is illustrated in greater detail in FIG. 2. The device 110 is affixed in the patient's cranium 214 by way of a ferrule 216. The ferrule 216 is a structural member adapted to fit into a cranial opening, attach to the cranium 214, and retain the device 110.

28

**Appx920**

[0078] To implant the device 110, a craniotomy is performed in the parietal bone anterior to the lambdoidal suture 212 to define an opening 218 slightly larger than the device 110. The ferrule 216 is inserted into the opening 218 and affixed to the cranium 214, ensuring a tight and secure fit. The device 110 is then inserted into and affixed to the ferrule 216.

[0079] As shown in FIG. 2, the device 110 includes a lead connector 220 adapted to receive one or more electrical leads, such as a first lead 222. The lead connector 220 acts to physically secure the lead 222 to the device 110, and facilitates electrical connection between a conductor in the lead 222 coupling an electrode to circuitry within the device 110. The lead connector 220 accomplishes this in a substantially fluid-tight environment with biocompatible materials.

[0080] The lead 222, as illustrated, and other leads for use in a system or method according to the invention, is a flexible elongated member having one or more conductors. As shown, the lead 222 is coupled to the device 110 via the lead connector 220, and is generally situated on the outer surface of the cranium 214 (and under the patient's scalp 112), extending between the device 110 and a burr hole 224 or other cranial opening, where the lead 222 enters the cranium 214 and is coupled to a depth electrode (see FIG. 4) implanted in a desired location in the patient's brain. If the length of the lead 222 is substantially greater than the distance between the device 110 and the burr hole 224, any excess may be urged into a coil configuration under the scalp 112. As described in U.S. Pat. No. 6,006,124 to Fischell, et al., which is hereby incorporated by reference as though set forth in full herein, the burr hole 224 is sealed after implantation to prevent further movement of the lead 222; in an embodiment of the invention, a burr hole cover apparatus is affixed to the cranium 214 at least partially within the burr hole 224 to provide this functionality.

[0081] The device 110 includes a durable outer housing 226 fabricated from a biocompatible material. Titanium, which is light, extremely strong, and biocompatible, is used in analogous devices, such as cardiac pacemakers, and would serve advantageously in this context. As the device 110 is self-contained, the housing 226 encloses a battery and any electronic circuitry necessary or desirable to provide the functionality described herein, as well as any other features. As will be described in further detail below, a telemetry coil may be provided outside of the housing 226 (and potentially integrated with the lead connector 220) to facilitate communication between the device 110 and external devices.

[0082] The neurostimulator configuration described herein and illustrated in FIG. 2 provides several advantages over alternative designs. First, the self-contained nature of the neurostimulator substantially decreases the need for access to the device 110, allowing the patient to participate in normal life activities. Its small size and intracranial placement causes a minimum of cosmetic disfigurement. The device 110 will fit in an opening in the patient's cranium, under the patient's scalp, with little noticeable protrusion or bulge. The ferrule 216 used for implantation allows the craniotomy to be performed and fit verified without the possibility of breaking the device 110, and also provides protection against the device 110 being pushed into the brain under external pressure or impact. A further advantage is that the ferrule 216 receives any cranial bone

growth, so at explant, the device 110 can be replaced without removing any bone screws—only the fasteners retaining the device 110 in the ferrule 216 need be manipulated.

[0083] As stated above, and as illustrated in FIG. 3, a neurostimulator according to the invention operates in conjunction with external equipment. The device 110 is mostly autonomous (particularly when performing its usual sensing, detection, and stimulation capabilities), but preferably includes a selectable part-time wireless link 310 to external equipment such as a programmer 312. In the disclosed embodiment of the invention, the wireless link 310 is established by moving a wand (or other apparatus) having communication capabilities and coupled to the programmer 312 into range of the device 110. The programmer 312 can then be used to manually control the operation of the device 110, as well as to transmit information to or receive information from the device 110. Several specific capabilities and operations performed by the programmer 312 in conjunction with the device 110 will be described in further detail below.

[0084] The programmer 312 is capable of performing a number of advantageous operations in connection with the invention. In particular, the programmer 312 is able to specify and set variable parameters in the device 110 to adapt the function of the device 110 to meet the patient's needs, download or receive data (including but not limited to stored EEG waveforms, parameters, or logs of actions taken) from the device 110 to the programmer 312, upload or transmit program code and other information from the programmer 312 to the device 110, or command the device 110 to perform specific actions or change modes as desired by a physician operating the programmer 312. To facilitate these functions, the programmer 312 is adapted to receive physician input 314 and provide physician output 316; data is transmitted between the programmer 312 and the device 110 over the wireless link 310.

[0085] The programmer 312 may be coupled via a communication link 318 to a network 320 such as the Internet. This allows any information downloaded from the device 110, as well as any program code or other information to be uploaded to the device 110, to be stored in a database at one or more data repository locations (which may include various servers and network-connected programmers like the programmer 312). This would allow a patient (and the patient's physician) to have access to important data, including past treatment information and software updates, essentially anywhere in the world that there is a programmer (like the programmer 312) and a network connection.

[0086] An overall block diagram of the device 110 used for measurement, detection, and treatment according to the invention is illustrated in FIG. 4. Inside the housing 226 of the device 110 are several subsystems making up a control module 410. The control module 410 is capable of being coupled to a plurality of electrodes 412, 414, 416, and 418 (each of which may be connected to the control module 410 via a lead that is analogous or identical to the lead 222 of FIG. 2) for sensing and stimulation. In the illustrated embodiment, the coupling is accomplished through the lead connector 220 (FIG. 2). Although four electrodes are shown in FIG. 4, it should be recognized that any number is possible, and in the embodiment described in detail below, eight electrodes are used. In fact, it is possible to employ an embodiment of the invention that uses a single lead with at

29

7

least two electrodes, or two leads each with a single electrode (or with a second electrode provided by a conductive exterior portion of the housing **226** in one embodiment), although bipolar sensing between two closely spaced electrodes on a lead is preferred to minimize common mode signals including noise.

[0087] The electrodes **412-418** are connected to an electrode interface **420**. Preferably, the electrode interface is capable of selecting each electrode as required for sensing and stimulation; accordingly the electrode interface is coupled to a detection subsystem **422** and a stimulation subsystem **424**. The electrode interface also may provide any other features, capabilities, or aspects, including but not limited to amplification, isolation, and charge-balancing functions, that are required for a proper interface with neurological activity not provided by any other subsystem of the device **110**.

[0088] The detection subsystem **422** includes an EEG analyzer function. The EEG analyzer function is adapted to receive EEG signals from the electrodes **412-418**, through the electrode interface **420**, and to process those EEG signals to identify neurological activity indicative of a seizure, an onset of a seizure, or a precursor to a seizure. One way to implement such EEG analysis functionality is disclosed in detail in U.S. Pat. No. 6,016,449 to Fischell et al., incorporated by reference above; additional inventive methods are described in detail below. The detection subsystem may optionally also contain further sensing and detection capabilities, including but not limited to parameters derived from other physiological conditions (such as electrophysiological parameters, temperature, blood pressure, etc.).

[0089] The stimulation subsystem **424** is capable of applying electrical stimulation to neurological tissue through the electrodes **412-418**. This can be accomplished in any of a number of different manners. For example, it may be advantageous in some circumstances to provide stimulation in the form of a substantially continuous stream of pulses, or on a scheduled basis. Preferably, therapeutic stimulation is provided in response to abnormal events detected by the EEG analyzer function of the detection subsystem **422**. As illustrated in FIG. 4, the stimulation subsystem **424** and the EEG analyzer function of the detection subsystem **422** are in communication; this facilitates the ability of stimulation subsystem **424** to provide responsive stimulation as well as an ability of the detection subsystem **422** to blank the amplifiers while stimulation is being performed to minimize stimulation artifacts. It is contemplated that the parameters of the stimulation signal (e.g., frequency, duration, waveform) provided by the stimulation subsystem **424** would be specified by other subsystems in the control module **410**, as will be described in further detail below.

[0090] Also in the control module **410** is a memory subsystem **426** and a central processing unit (CPU) **428**, which can take the form of a microcontroller. The memory subsystem is coupled to the detection subsystem **422** (e.g., for receiving and storing data representative of sensed EEG signals and evoked responses), the stimulation subsystem **424** (e.g., for providing stimulation waveform parameters to the stimulation subsystem), and the CPU **428**, which can control the operation of the memory subsystem **426**. In addition to the memory subsystem **426**, the CPU **428** is also connected to the detection subsystem **422** and the stimulation subsystem **424** for direct control of those subsystems.

[0091] Also provided in the control module **410**, and coupled to the memory subsystem **426** and the CPU **428**, is a communication subsystem **430**. The communication subsystem **430** enables communication between the device **110** (FIG. 1) and the outside world, particularly the external programmer **312** (FIG. 3). As set forth above, the disclosed embodiment of the communication subsystem **430** includes a telemetry coil (which may be situated outside of the housing **226**) enabling transmission and reception of signals, to or from an external apparatus, via inductive coupling. Alternative embodiments of the communication subsystem **430** could use an antenna for an RF link or an audio transducer for an audio link.

[0092] Rounding out the subsystems in the control module **410** are a power supply **432** and a clock supply **434**. The power supply **432** supplies the voltages and currents necessary for each of the other subsystems. The clock supply **434** supplies substantially all of the other subsystems with any clock and timing signals necessary for their operation.

[0093] It should be observed that while the memory subsystem **426** is illustrated in FIG. 4 as a separate functional subsystem, the other subsystems may also require various amounts of memory to perform the functions described above and others. Furthermore, while the control module **410** is preferably a single physical unit contained within a single physical enclosure, namely the housing **226** (FIG. 2), it may comprise a plurality of spatially separate units each performing a subset of the capabilities described above. Also, it should be noted that the various functions and capabilities of the subsystems described above may be performed by electronic hardware, computer software (or firmware), or a combination thereof. The division of work between the CPU **428** and the other functional subsystems may also vary—the functional distinctions illustrated in FIG. 4 may not reflect the integration of functions in a real-world system or method according to the invention.

[0094] FIG. 5 illustrates details of the detection subsystem **422** (FIG. 4). Inputs from the electrodes **412-418** are on the left, and connections to other subsystems are on the right.

[0095] Signals received from the electrodes **412-418** (as routed through the electrode interface **420**) are received in an electrode selector **510**. The electrode selector **510** allows the device to select which electrodes (of the electrodes **412-418**) should be routed to which individual sensing channels of the detection subsystem **422**, based on commands received through a control interface **518** from the memory subsystem **426** or the CPU **428** (FIG. 4). Preferably, each sensing channel of the detection subsystem **422** receives a bipolar signal representative of the difference in electrical potential between two selectable electrodes. Accordingly, the electrode selector **510** provides signals corresponding to each pair of selected electrodes (of the electrodes **412-418**) to a sensing front end **512**, which performs amplification, analog to digital conversion, and multiplexing functions on the signals in the sensing channels. The sensing front end will be described further below in connection with FIG. 6.

[0096] A multiplexed input signal representative of all active sensing channels is then fed from the sensing front end **512** to a waveform analyzer **514**. The waveform analyzer **514** is preferably a special-purpose digital signal processor (DSP) adapted for use with the invention, or in an

30

8

alternative embodiment, may comprise a programmable general-purpose DSP. In the disclosed embodiment, the waveform analyzer has its own scratchpad memory area **516** used for local storage of data and program variables when the signal processing is being performed. In either case, the signal processor performs suitable measurement and detection methods described generally above and in greater detail below. Any results from such methods, as well as any digitized signals intended for storage transmission to external equipment, are passed to various other subsystems of the control module **410**, including the memory subsystem **426** and the CPU **428** (**FIG. 4**) through a data interface **520**. Similarly, the control interface **518** allows the waveform analyzer **514** and the electrode selector **510** to be in communication with the CPU **428**.

[0097]  Referring now to **FIG. 6**, the sensing front end **512** (**FIG. 5**) is illustrated in further detail. As shown, the sensing front end includes a plurality of differential amplifier channels **610**, each of which receives a selected pair of inputs from the electrode selector **510**. In a preferred embodiment of the invention, each of differential amplifier channels **610** is adapted to receive or to share inputs with one or more other differential amplifier channels **610** without adversely affecting the sensing and detection capabilities of a system according to the invention. Specifically, in an embodiment of the invention, there are at least eight electrodes, which can be mapped separately to eight differential amplifier channels **610** representing eight different sensing channels and capable of individually processing eight bipolar signals, each of which represents an electrical potential difference between two monopolar input signals received from the electrodes and applied to the sensing channels via the electrode selector **510**. For clarity, only five channels are illustrated in **FIG. 6**, but it should be noted that any practical number of sensing channels may be employed in a system according to the invention.

[0098]  Each differential amplifier channel **610** feeds a corresponding analog to digital converter (ADC) **612**. Preferably, the analog to digital converters **612** are separately programmable with respect to sample rates—in the disclosed embodiment, the ADCs **612** convert analog signals into **10**-bit unsigned integer digital data streams at a sample rate selectable between 250 Hz and 500 Hz. In several of the illustrations described below where waveforms are shown, sample rates of 250 Hz are typically used for simplicity. However, the invention shall not be deemed to be so limited, and numerous sample rate and resolution options are possible, with tradeoffs known to individuals of ordinary skill in the art of electronic signal processing. The resulting digital signals are received by a multiplexer **614** that creates a single interleaved digital data stream representative of the data from all active sensing channels. As will be described in further detail below, not all of the sensing channels need to be used at one time, and it may in fact be advantageous in certain circumstances to deactivate certain sensing channels to reduce the power consumed by a system according to the invention.

[0099]  It should be noted that as illustrated and described herein, a "sensing channel" is not necessarily a single physical or functional item that can be identified in any illustration. Rather, a sensing channel is formed from the functional sequence of operations described herein, and particularly represents a single electrical signal received

from any pair or combination of electrodes, as preprocessed by a system according to the invention, in both analog and digital forms. See, e.g., U.S. patent application Ser. No. 09/517,797 to D. Fischell et al., filed on Mar. 2, 2000 and entitled "Neurological Event Detection Using Processed Display Channel Based Algorithms and Devices Incorporating These Procedures," which is hereby incorporated by reference as though set forth in full herein. At times (particularly after the multiplexer **614**), multiple sensing channels are processed by the same physical and functional components of the system; notwithstanding that, it should be recognized that unless the description herein indicates to the contrary, a system according to the invention processes, handles, and treats each sensing channel independently.

[0100]  The interleaved digital data stream is passed from the multiplexer **614** out of the sensing front end **512**, and into the waveform analyzer **514**. The waveform analyzer **514** is illustrated in detail in **FIG. 7**.

[0101]  The interleaved digital data stream representing information from all of the active sensing channels is first received by a channel controller **710**. The channel controller applies information from the active sensing channels to a number of wave morphology analysis units **712** and window analysis units **714**. It is preferred to have as many wave morphology analysis units **712** and window analysis units **714** as possible, consistent with the goals of efficiency, size, and low power consumption necessary for an implantable device. In a presently preferred embodiment of the invention, there are sixteen wave morphology analysis units **712** and eight window analysis units **714**, each of which can receive data from any of the sensing channels of the sensing front end **512**, and each of which can be operated with different and independent parameters, including differing sample rates, as will be discussed in further detail below.

[0102]  Each of the wave morphology analysis units **712** operates to extract certain feature information from an input waveform as described below in conjunction with FIGS. **9-11**. Similarly, each of the window analysis units **714** performs certain data reduction and signal analysis within time windows in the manner described in conjunction with FIGS. **12-17**. Output data from the various wave morphology analysis units **712** and window analysis units **714** are combined via event detector logic **716**. The event detector logic **716** and the channel controller **710** are controlled by control commands **718** received from the control interface **518** (**FIG. 5**).

[0103]  A "detection channel," as the term is used herein, refers to a data stream including the active sensing front end **512** and the analysis units of the waveform analyzer **514** processing that data stream, in both analog and digital forms. It should be noted that each detection channel can receive data from a single sensing channel; each sensing channel preferably can be applied to the input of any combination of detection channels. The latter selection is accomplished by the channel controller **710**. As with the sensing channels, not all detection channels need to be active; certain detection channels can be deactivated to save power or if additional detection processing is deemed unnecessary in certain applications.

[0104]  In conjunction with the operation of the wave morphology analysis units **712** and the window analysis units **714**, a scratchpad memory area **516** is provided for

31

temporary storage of processed data. The scratchpad memory area 516 may be physically part of the memory subsystem 426, or alternatively may be provided for the exclusive use of the waveform analyzer 514. Other subsystems and components of a system according to the invention may also be furnished with local scratchpad memory, if such a configuration is advantageous.

[0105]  The operation of the event detector logic 716 is illustrated in detail in the functional block diagram of FIG. 8, in which four exemplary sensing channels are analyzed by three illustrative event detectors.

[0106]  A first sensing channel 810 provides input to a first event detector 812. While the first event detector 812 is illustrated as a functional block in the block diagram of FIG. 8, it should be recognized that it is a functional block only for purposes of illustration, and may not have any physical counterpart in a device according to the invention. Similarly, a second sensing channel 814 provides input to a second event detector 816, and a third input channel 818 and a fourth input channel 820 both provide input to a third event detector 822.

[0107]  Considering the processing performed by the event detectors 812, 816, and 822, the first input channel 810 feeds a signal to both a wave morphology analysis unit 824 (one of the wave morphology analysis units 712 of FIG. 7) and a window analysis unit 826 (one of the window analysis units 714 of FIG. 7). The window analysis unit 826, in turn, includes a line length analysis tool 828 and an area analysis tool 830. As will be discussed in detail below, the line length analysis tool 828 and the area analysis tool 830 analyze different aspects of the signal from the first input channel 810

[0108]  Outputs from the wave morphology analysis unit 824, the line length analysis tool 828, and the area analysis tool 830 are combined in a Boolean AND operation 832 and sent to an output 834 for further use by a system according to the invention. For example, if a combination of analysis tools in an event detector identifies several simultaneous (or near-simultaneous) types of activity in an input channel, a system according to the invention may be programmed to perform an action in response thereto. Details of the analysis tools and the combination processes used in event detectors according to the invention will be set forth in greater detail below.

[0109]  In the second event detector 816, only a wave morphology analysis unit 836 is active. Accordingly, no Boolean operation needs to be performed, and the wave morphology analysis unit 836 directly feeds an event detector output 838.

[0110]  The third event detector 822 operates on two input channels 818 and 820, and includes two separate detection channels of analysis units: a first wave morphology analysis unit 840 and a first window analysis unit 842, the latter including a first line length analysis tool 844 and a first area analysis tool 846; and a second wave morphology analysis unit 848 and a second window analysis unit 850, the latter including a second line length analysis tool 852 and a second area analysis tool 854. The two detection channels of analysis units are combined to provide a single event detector output 856.

[0111]  In the first detection channel of analysis units 840 and 842, outputs from the first wave morphology analysis

unit 840, the first line length analysis tool 844, and the first area analysis tool 846 are combined via a Boolean AND operation 858 into a first detection channel output 860. Similarly, in the second detection channel of analysis units 848 and 850, outputs from the second wave morphology analysis unit 848, the second line length analysis tool 852, and the second area analysis tool 854 are combined via a Boolean AND operation 862 into a second detection channel output 864. In the illustrated embodiment of the invention, the second detection channel output 864 is invertible with selectable Boolean logic inversion 866 before it is combined with the first detection channel output 860. Subsequently, the first detection channel output 860 and the second detection channel output 864 are combined with a Boolean AND operation 868 to provide a signal to the output 856. In an alternative embodiment, a Boolean OR operation is used to combine the first detection channel output 860 and the second detection channel output 864.

[0112]  In one embodiment of the invention, the second detection channel (analysis units 848 and 850) represents a "qualifying channel" with respect to the first detection channel (analysis units 840 and 842). In general, a qualifying channel allows a detection to be made only when both channels are in concurrence with regard to detection of an event. For example, a qualifying channel can be used to indicate when a seizure has "generalized," i.e. spread through a significant portion of a patient's brain. To do this, the third input channel 818 and the fourth input channel 820 are configured to receive EEG waveforms from separate amplifier channels coupled to electrodes in separate parts of the patient's brain (e.g., in opposite hemispheres). Accordingly, then, the Boolean AND operation 868 will indicate a detection only when the first detection output 860 and the second detection output 864 both indicate the presence of an event (or, when Boolean logic inversion 866 is present, when the first detection output 860 indicates the presence of an event while the second detection output 864 does not). As will be described in further detail below, the detection outputs 860 and 864 can be provided with selectable persistence (i.e., the ability to remain triggered for some time after the event is detected), allowing the Boolean AND combination 868 to be satisfied even when there is not precise temporal synchronization between detections on the two channels.

[0113]  It should be appreciated that the concept of a "qualifying channel" allows the flexible configuration of a device 110 according to the invention to achieve a number of advantageous results. In addition to the detection of generalization, as described above, a qualifying channel can be configured, for example, to detect noise so a detection output is valid only when noise is not present, to assist in device configuration in determining which of two sets of detection parameters is preferable (by setting up the different parameters in the first detection channel and the second detection channel, then replacing the Boolean AND combination with a Boolean OR combination), or to require a specific temporal sequence of detections (which would be achieved in software by the CPU 428 after a Boolean OR combination of detections). There are numerous other possibilities.

[0114]  The outputs 834, 838, and 856 of the event detectors are preferably represented by Boolean flags, and as

Appx924

described below, provide information for the operation of a system according to the invention.

[0115] While FIG. 8 illustrates four different sensing channels providing input to four separate detection channels, it should be noted that a maximally flexible embodiment of the present invention would allow each sensing channel to be connected to one or more detection channels. It may be advantageous to program the different detection channels with different settings (e.g., thresholds) to facilitate alternate "views" of the same sensing channel data stream.

[0116] FIG. 9 illustrates three representative waveforms of the type expected to be manipulated by a system according to the invention. It should be noted, however, that the waveforms illustrated in FIG. 9 are illustrative only, and are not intended to represent any actual data. The first waveform 910 is representative of an unprocessed electroencephalogram (EEG) or electrocorticogram (ECOG) waveform having a substantial amount of variability; the illustrated segment has a duration of approximately 160 ms and a dominant frequency (visible as the large-scale crests and valleys) of approximately 12.5 Hz. It will be recognized that the first waveform is rather rough and peaky; there is a substantial amount of high-frequency energy represented therein.

[0117] The second waveform 912 represents a filtered version of the original EEG waveform 910. As shown, most of the high-frequency energy has been eliminated from the signal, and the waveform 912 is significantly smoother. In the disclosed embodiment of the invention, this filtering operation is performed in the sensing front end 512 before the analog to digital converters 612 (FIG. 6).

[0118] The filtered waveform 912 is then sampled by one of the analog to digital converters 612; this operation is represented graphically in the third waveform 914 of FIG. 9. As illustrated, a sample rate used in an embodiment of the invention is 250 Hz (4 ms sample duration), resulting in approximately 40 samples over the illustrated 160 ms segment. As is well known in the art of digital signal processing, the amplitude resolution of each sample is limited; in the disclosed embodiment, each sample is measured with a resolution of 10 bits (or 1024 possible values). As is apparent upon visual analysis of the third waveform, the dominant frequency component has a wavelength of approximately 20 samples, which corresponds to the dominant frequency of 12.5 Hz.

[0119] Referring now to FIG. 10, the processing of the wave morphology analysis units 712 is described in conjunction with a filtered and sampled waveform 1010 of the type illustrated as the third waveform 914 of FIG. 9.

[0120] In a first half wave 1012, which is partially illustrated in FIG. 10 (the starting point occurs before the illustrated waveform segment 1010 begins), the waveform segment 1010 is essentially monotonically decreasing, except for a small first perturbation 1014. Accordingly, the first half wave 1012 is represented by a vector from the starting point (not shown) to a first local extremum 1016, where the waveform starts to move in the opposite direction. The first perturbation 1014 is of insufficient amplitude to be considered a local extremum, and is disregarded by a hysteresis mechanism (discussed in further detail below). A second half wave 1018 extends between the first local

extremum 1016 and a second local extremum 1020. Again, a second perturbation 1022 is of insufficient amplitude to be considered an extremum. Likewise, a third half wave 1024 extends between the second local extremum 1020 and a third local extremum 1026; this may appear to be a small perturbation, but is greater in amplitude than a selected hysteresis threshold. The remaining half waves 1028, 1030, 1032, 1034, and 1036 are identified analogously. As will be discussed in further detail below, each of the identified half waves 1012, 1018, 1024, 1028, 1030, 1032, 1034, and 1036 has a corresponding duration 1038, 1040, 1042, 1044, 1046, 1048, 1050, and 1052, respectively, and analogously, a corresponding amplitude determined from the relative positions of each half wave's starting point and ending point along the vertical axis, and a slope direction, increasing or decreasing.

[0121] In a method performed according to the invention, it is particularly advantageous to allow for a programmable hysteresis setting in identifying the ends of half waves. In other words, as explained above, the end of an increasing or decreasing half wave might be prematurely identified as a result of quantization (and other) noise, low-amplitude signal components, and other perturbing factors, unless a small hysteresis allowance is made before a reversal of waveform direction (and a corresponding half wave end) is identified. Hysteresis allows for insignificant variations in signal level inconsistent with the signal's overall movement to be ignored without the need for extensive further signal processing such as filtering. Without hysteresis, such small and insignificant variations might lead to substantial and gross changes in where half waves are identified, leading to unpredictable results.

[0122] The processing steps performed with regard to the waveform 1010 and half waves of FIG. 10 are set forth in FIG. 11. The method begins by identifying an increasing half wave (with an ending amplitude higher than the starting amplitude, as in the second half wave 1018 of FIG. 10). To do this, a variable corresponding to half wave time is first initialized to zero (step 1110); then half wave duration, ending threshold, peak amplitude, and first sample value are all initialized (step 1112). Specifically, the half wave duration value is set to zero; the peak amplitude and first sample values are set to the amplitude value of the last observed sample, which as described above is a value having 10-bit precision; and the ending threshold is set to the last observed sample minus a small preset hysteresis value. After waiting for a measurement of the current EEG sample (step 1114), the half wave time and half wave duration variables are incremented (step 1116). If the current EEG sample has an amplitude greater than the peak amplitude (step 1118), then the amplitude of the half wave is increasing (or continues to increase). Accordingly, the ending threshold is reset to be the current EEG sample's amplitude minus the hysteresis value, and the peak is reset to the current EEG sample's amplitude (step 1120), and the next sample is awaited (step 1114).

[0123] If the current EEG sample has an amplitude less than the ending threshold (step 1122), then the hysteresis value has been exceeded, and a local extremum has been identified. Accordingly, the end of the increasing half wave has been reached, and the amplitude and duration of the half wave are calculated (step 1124). The amplitude is equal to the peak amplitude minus the first sample value; the duration

Appx925

is equal to the current half wave duration. Otherwise, the next ample is awaited (step **1114**).

[0124] If both the amplitude and the duration qualify by exceeding corresponding preset thresholds (step **1126**), then the amplitude, duration, half wave time, half wave direction (increasing) are stored in a buffer (step **1128**), and the half wave time is reset to zero (step **1130**).

[0125] At the conclusion of the increasing half wave, the process continues by initializing wave duration, the ending threshold, the peak amplitude, and the first sample value (step **1132**). Wave duration is set to zero, the ending threshold is set to the last sample value plus the hysteresis value, the peak amplitude and the first sample value are set to the most recent sample value.

[0126] After waiting for a measurement of the current EEG sample (step **1134**), the half wave time and half wave duration variables are incremented (step **1136**). If the current EEG sample has an amplitude lower than the peak amplitude (step **1138**), then the amplitude of the half wave is decreasing (or continues to decrease). Accordingly, the ending threshold is reset to the current EEG sample's amplitude plus the hysteresis value, the peak is reset to the current EEG sample's amplitude (step **1140**), and the next sample is awaited (step **1134**).

[0127] If the current EEG sample has an amplitude greater than the ending threshold (step **1142**), then the hysteresis value has been exceeded, and a local extremum has been identified. Accordingly, the end of the decreasing half wave has been reached, and the amplitude and duration of the half wave are calculated (step **1144**). The amplitude is equal to the first sample value minus the peak amplitude, and the duration is equal to the current half wave duration. Otherwise, the next EEG sample is awaited (step **1134**).

[0128] If both the amplitude and the duration qualify by exceeding corresponding preset thresholds (step **1146**), then the amplitude, duration, half wave time, half wave direction (decreasing) are stored in a buffer (step **1148**), and the half wave time is reset to zero (step **1150**). It should be noted that, in the context of this specification, the term "exceed" in regard to a threshold value means to meet a specified criterion. Generally, to exceed a threshold herein is to have a numeric value greater than or equal to the threshold, although other interpretations (such as greater than, or less than, or less than or equal to, depending on the context) may be applicable and are deemed to be within the scope of the invention.

[0129] At the conclusion of the decreasing half wave, further half waves are then identified by repeating the process from step **1112**. As half wave detection is an ongoing and continuous process, this procedure preferably does not exit, but may be suspended from time to time when conditions or device state call for it, e.g. when the device is inactive or when stimulation is being performed. Once suspended in accordance with the invention, the procedure should recommence with the first initialization step **1110**.

[0130] Accordingly, the process depicted in **FIG. 11** stores parameters corresponding to qualified half waves, including their directions, durations, amplitudes, and the elapsed time between adjacent qualified half waves (i.e. the half wave time variable). In the disclosed embodiment of the invention, to reduce power consumption, this procedure is per-

formed in custom electronic hardware; it should be clear that the operations of **FIG. 11** are performed in parallel for each active instance of the wave morphology analysis units **712** (**FIG. 7**). It should also be noted, however, that certain software can also be used to advantageous effect in this context.

[0131] This stored information is used in the software process illustrated in **FIG. 12**, which is performed on a periodic basis, preferably once every processing window (a recurring time interval that is either fixed or programmable) by a system according to the invention. Consistent with the other analysis tools described herein, the duration of an exemplary processing window is in one embodiment of the invention 128 ms, which corresponds to 32 samples at a 250 Hz sampling rate.

[0132] Each time the software process of **FIG. 12** is invoked, the half wave window flag is first cleared (step **1210**). Any qualified half waves identified by the process set forth in **FIG. 11** that are newly identified since the last invocation of the procedure (i.e., all qualified half waves that ended within the preceding processing window) are identified (step **1212**). A "current half wave" pointer is set to point to the oldest qualified half wave identified in the most recent processing window (step **1214**). The time interval between the current half wave and the prior x half waves is then measured (step **1216**), where x is a specified minimum number of half waves (preferably a programmable value) to be identified within a selected half wave time window (the duration of which is another programmable value) to result in the possible detection of a neurological event. If the time interval is less than the duration of the half wave time window (step **1218**), then the half wave window flag is set (step **1220**), logic inversion is selectively applied (step **1222**), and the procedure ends (step **1224**). Logic inversion, a mechanism for determining whether an analysis unit is triggered by the presence or absence of a condition, is explained in greater detail below. Otherwise, the current half wave pointer is incremented to point to the next new half wave (step **1228**), and if there are no more new half waves (step **1230**), logic inversion is applied if desired (step **1222**), and the procedure ends (step **1224**). Otherwise, the next time interval is tested (step **1216**) and the process continues from there.

[0133] Logic inversion allows the output flag for the wave morphology analysis unit (or any other analyzer) to be selectively inverted. If logic inversion is configured to be applied to an output of a particular analysis unit, then the corresponding flag will be clear when the detection criterion (e.g., number of qualified half waves) is met, and set when the detection criterion is not met. This capability provides some additional flexibility in configuration, facilitating detection of the absence of certain signal characteristics when, for example, the presence of those characteristics is the norm.

[0134] In a preferred embodiment of the invention, the half wave window flag (set in step **1220**) indicates whether a sufficient number of qualified half waves occur over an interval ending in the most recent processing window. To reduce the occurrence of spurious detections, an X of Y criterion is applied, causing the wave morphology analysis unit to trigger only if a sufficient number of qualified half waves occur in X of the Y most recent processing windows,

where X and Y are parameters individually adjustable for each analysis tool. This process is illustrated in FIG. 13.

[0135] Initially, a sum (representing recent processing windows having the half wave window flag set) is cleared to zero and a current window pointer is initialized to point to the most recent processing window (step 1310). If the half wave window flag corresponding to the current window pointer is set (step 1312), then the sum is incremented (step 1314). If there are more processing windows to examine (for an X of Y criterion, a total of Y processing windows, including the most recent, should be considered) (step 1316), then the window pointer is decremented (step 1318) and the flag testing and sum incrementing steps (steps 1312-1314) are repeated.

[0136] After Y windows have been considered, if the sum of windows having set half wave window flags meets the threshold X (step 1320), then the half wave analysis flag is set (step 1322), persistence (described below) is applied (step 1324), and the procedure is complete. Otherwise, the half wave analysis flag is cleared (step 1326).

[0137] Persistence, another per-analysis-tool setting, allows the effect of an event detection (a flag set) to persist beyond the end of the detection window in which the event occurs. In the disclosed system according to the invention, persistence may be set anywhere from one second to fifteen seconds (though other settings are possible), so if detections with multiple analysis tools do not all occur simultaneously (though they should still occur within a fairly short time period), a Boolean combination of flags will still yield positive results. Persistence can also be used with a single analysis tool to smooth the results.

[0138] When the process of FIG. 13 is completed, the half wave analysis flag (set or cleared in steps 1322 and 1326, respectively) indicates whether an event has been detected in the corresponding channel of the wave morphology analysis units 712, or stated another way, whether a sufficient number of qualified half waves have appeared in X of the Y most recent processing windows. Although in the disclosed embodiment, the steps of FIGS. 12 and 13 are performed in software, it should be recognized that some or all of those steps can be performed using custom electronics, if it proves advantageous in the desired application to use such a configuration.

[0139] FIG. 14 illustrates the waveform of FIG. 9, further depicting line lengths identified within a time window. The time window used with respect to FIGS. 14-16 may be different from the half wave processing window described above in connection with FIGS. 12-13, but in a preferred embodiment, refers to the same time intervals. From an implementation standpoint, a single device interrupt upon the conclusion of each processing window allows all of the analysis tools to perform the necessary corresponding software processes; the line length analysis process of FIG. 16 (described below) is one such example. A waveform 1410 is a filtered and otherwise pre-processed EEG signal as received in one of the wave morphology analysis units 714 from the sensing front end 512. As discussed above, line lengths are considered within time windows. As illustrated in FIG. 14, the duration of an exemplary window 1412 is 32 samples, which is equivalent to 128 ms at a 250 Hz sampling rate.

[0140] The total line length for the window 1412 is the sum of the sample-to-sample amplitude differences within

that window 1412. For example, the first contribution to the line length within the window 1412 is a first amplitude difference 1414 between a previous sample 1416 occurring immediately before the window 1412 and a first sample 1418 occurring within the window 1412. The next contribution comes from a second amplitude difference 1420 between the first sample 1418 and a second sample 1422; a further contribution 1424 comes from a third amplitude difference between the second sample 1422 and a third sample 1426; and so on. At the end of the window 1412, the final contribution to the line length comes from a last amplitude difference 1430 between a second-last sample 1432 in the window 1412 and a last sample 1434 in the window 1412. Note that all line lengths, whether increasing or decreasing in direction, are accumulated as positive values by the invention; accordingly, a decreasing amplitude difference 1414 and an increasing amplitude difference 1428 both contribute to a greater line length.

[0141] As illustrated herein, and as discussed in detail above, there are thirty-two samples within the window 1412. The illustrated window 1412 has a duration of 128 ms, and accordingly, the illustrated sample rate is 250 Hz. It should be noted, however, that alternate window durations and sample rates are possible and considered to be within the scope of the present invention.

[0142] The line lengths illustrated in FIG. 14 are calculated as shown by the flow chart of FIG. 15, which is invoked at the beginning of a time window. Initially, a line length total variable is initialized to zero (step 1510). The current sample is awaited (step 1512), and the absolute value of the amplitude difference between the current sample and the previous sample (which, when considering the first sample in a window, may come from the last sample in a previous window) is measured (step 1514).

[0143] In various alternative embodiments of the invention, either the measured difference (as calculated in step 1514, described above), or the sample values used to calculate the difference may be mathematically transformed in useful nonlinear ways. For example, it may be advantageous in certain circumstances to calculate the difference between adjacent samples using the squares of the sample values, or to calculate the square of the difference between sample values, or both. It is contemplated that other transformations (such as square root, exponentiation, logarithm, and other nonlinear functions) might also be advantageous in certain circumstances. Whether or not to perform such a transformation and the nature of any transformation to be performed are preferably programmable parameters of the device 110.

[0144] For use in the next iteration, the previous sample is replaced with the value of the current sample (step 1516), and the calculated absolute value is added to the total (step 1518). If there are more samples remaining in the window 1412 (step 1520), another current sample is awaited (step 1512) and the process continues. Otherwise, the line length calculation for the window 1412 is complete, and the total is stored (step 1522), the total is re-initialized to zero (step 1510), and the process continues.

[0145] As with the half wave analysis method set forth above, the line length calculation does not need to terminate; it can be free-running yet interruptible. If the line length calculation is restarted after having been suspended, it

Appx927

should be re-initialized and restarted at the beginning of a window. This synchronization can be accomplished through hardware interrupts.

[0146] The line lengths calculated as shown in **FIG. 15** are then processed as indicated in the flow chart of **FIG. 16**, which is performed after each window **1412** is calculated and stored (step **1522**).

[0147] The process begins by calculating a running accumulated line length total over a period of n time windows. Where n>1, the effect is that of a sliding window; in an alternative embodiment an actual sliding window processing methodology may be used. First, the accumulated total is initialized to zero (step **1610**). A current window pointer is set to indicate the n^{th}-last window, i.e., the window (n−1) windows before the most recent window (step **1612**). The line length of the current window is added to the total (step **1614**), the current window pointer is incremented (step **1616**), and if there are more windows between the current window pointer and the most recent (last) window (step **1618**), the adding and incrementing steps (**1614**-**1616**) are repeated. Accordingly, by this process, the resulting total includes the line lengths for each of the n most recent windows.

[0148] In the disclosed embodiment of the invention, the accumulated total line length is compared to a dynamic threshold, which is based on a trend of recently observed line lengths. The trend is recalculated regularly and periodically, after each recurring line length trend interval (which is preferably a fixed or programmed time interval). Each time the line length trend interval passes (step **1620**), the line length trend is calculated or updated (step **1622**). In a presently preferred embodiment of the invention, this is accomplished by calculating a normalized moving average of several trend samples, each of which represents several consecutive windows of line lengths. A new trend sample is taken and the moving average is recalculated upon every line length trend interval. The number of trend samples used in the normalized moving average and the number of consecutive windows of line length measurements per trend sample are preferably both fixed or programmable values.

[0149] After the line length trend has been calculated, the line length threshold is calculated (step **1624**) based on the new line length trend. In the disclosed embodiment of the invention, the threshold may be set as either a percentage of the line length trend (either below 100% for a threshold that is lower than the trend, or above 100% for a threshold that is higher than the trend) or alternatively a fixed numeric offset from the line length trend (either negative for a threshold that is lower than the trend, or positive for a threshold that is higher than the trend). It should be observed that other methods for deriving a numeric threshold from a numeric trend are possible and deemed to be within the scope of the invention.

[0150] The first time the process of **FIG. 16** is performed, there is generally no line length trend against which to set a threshold. Accordingly, for the first several passes through the process (until a sufficient amount of EEG data has been processed to establish a trend), the threshold is essentially undefined and the line length detector should not return a positive detection. Some "settling time" is required to establish trends and thresholds before a detection can be made.

[0151] If the accumulated line length total exceeds the calculated threshold (step **1626**), then a flag is set (step

**1628**) indicating a line-length-based event detection on the current window analysis unit channel **714**. As described above, in the disclosed embodiment of the invention, the threshold is dynamically calculated from a line length trend, but alternatively, the threshold may be static, either fixed or programmed into the device **110**. If the accumulated line length total does not exceed the threshold, the flag is cleared (step **1630**). Once the line length flag has been either set or cleared, logic inversion is applied (step **1632**), persistence is applied (step **1634**), and the procedure terminates.

[0152] The resulting persistent line length flag indicates whether the threshold has been exceeded within one or more windows over a time period corresponding to the line length flag persistence. As will be discussed in further detail below, line length event detections can be combined with the half wave event detections, as well as any other applicable detection criteria according to the invention.

[0153] **FIG. 17** illustrates the waveform of **FIG. 9** with area under the curve identified within a window. Area under the curve, which in some circumstances is somewhat representative of a signal's energy (though energy of a waveform is more accurately represented by the area under the square of a waveform), is another detection criterion in accordance with the invention.

[0154] The total area under the curve represented by a waveform **1710** within the window **1712** is equal to the sum of the absolute values of the areas of each rectangular region of unit width vertically bounded by the horizontal axis and the sample. For example, the first contribution to the area under the curve within the window **1712** comes from a first region **1714** between a first sample **1716** and a baseline **1717**. A second contribution to the area under the curve within the window **1712** comes from a second region **1718**, including areas between a second sample **1720** and the baseline **1717**. There are similar regions and contributions for a third sample **1722** and the baseline **1717**, a fourth sample **1724** and the baseline **1717**, and so on. It should be observed that the region widths are not important—the area under each sample can be considered the product of the sample's amplitude and a unit width, which can be disregarded. In a similar manner, each region is accumulated and added to the total area under the curve within the window **1712**. Although the concept of separate rectangular regions is a useful construct for visualizing the idea of area under a curve, it should be noted that a process for calculating area need not partition areas into regions as shown in **FIG. 17**—it is only necessary to accumulate the absolute value of the waveform's amplitude at each sample, as the unit width of each region can be disregarded. The process for doing this will be set forth in detail below in connection with **FIG. 18**.

[0155] The areas under the curve illustrated in **FIG. 17** are calculated as shown by the flow chart of **FIG. 18**, which is invoked at the beginning of a time window. Initially, an area total variable is initialized to zero (step **1810**). The current sample is awaited (step **1812**), and the absolute value of the current sample is measured (step **1814**).

[0156] As with the line length calculation method described above (with reference to **FIG. 15**), in various alternative embodiments of the invention, the current sample (as measured in step **1814**, described above) may be mathematically transformed in useful nonlinear ways. For example, it may be advantageous in certain circumstances to

**Appx928**

US 2003/0004428 A1

Jan. 2, 2003

14

calculate the square of the current sample rather than its absolute value. The result of such a transformation by squaring each sample will generally be more representative of signal energy, though it is contemplated that other transformations (such as square root, exponentiation, logarithm, and other nonlinear functions) might also be advantageous in certain circumstances. Whether or not to perform such a transformation and the nature of any transformation to be performed are preferably programmable parameters of the device **110**.

[0157]    The calculated absolute value is added to the total (step **1816**). If there are more samples remaining in the window **1712** (step **1818**), another current sample is awaited (step **1812**) and the process continues. Otherwise, the area calculation for the window **1712** is complete, and the total is stored (step **1820**), the total is reinitialized to zero (step **1810**), and the process continues.

[0158]    As with the half wave and line length analysis methods set forth above, the area calculation does not need to terminate; it can be free-running yet interruptible. If the area calculation is restarted after having been suspended, it should be re-initialized and restarted at the beginning of a window. This synchronization can be accomplished through hardware interrupts.

[0159]    The line lengths calculated as shown in **FIG. 18** are then processed as indicated in the flow chart of **FIG. 19**, which is performed after each window **1712** is calculated and stored (step **1820**).

[0160]    The process begins by calculating a running accumulated area total over a period of n time windows. Where n>1, the effect is that of a sliding window; in an alternative embodiment an actual sliding window processing methodology may be used. First, the accumulated total is initialized to zero (step **1910**). A current window pointer is set to indicate the $n^{th}$-last window, i.e., the window (n−1) windows before the most recent window (step **1912**). The area for the current window is added to the total (step **1914**), the current window pointer is incremented (step **1916**), and if there are more windows between the current window and the most recent (last) window (step **1918**), the adding and incrementing steps (**1914-1916**) are repeated. Accordingly, by this process, the resulting total includes the areas under the curve for each of the n most recent windows.

[0161]    In the disclosed embodiment of the invention, the accumulated total area is compared to a dynamic threshold, which is based on a trend of recently observed areas. The trend is recalculated regularly and periodically, after each recurring area trend interval (which is preferably a fixed or programmed time interval). Each time the area trend interval passes (step **1920**), the area trend is calculated or updated (step **1922**). In a presently preferred embodiment of the invention, this is accomplished by calculating a normalized moving average of several trend samples, each of which represents several consecutive windows of areas. A new trend sample is taken and the moving average is recalculated upon every area trend interval. The number of trend samples used in the normalized moving average and the number of consecutive windows of area measurements per trend sample are preferably both fixed or programmable values.

[0162]    After the area trend has been calculated, the area threshold is calculated (step **1924**) based on the new area

trend. As with line length, discussed above, the threshold may be set as either a percentage of the area trend (either below 100% for a threshold that is lower than the trend, or above 100% for a threshold that is higher than the trend) or alternatively a fixed numeric offset from the area trend (either negative for a threshold that is lower than the trend, or positive for a threshold that is higher than the trend).

[0163]    The first time the process of **FIG. 19** is performed, there is generally no area trend against which to set a threshold. Accordingly, for the first several passes through the process (until a sufficient amount of EEG data has been processed to establish a trend), the threshold is essentially undefined and the area detector should not return a positive detection. Some "settling time" is required to establish trends and thresholds before a detection can be made.

[0164]    If the accumulated total exceeds the calculated threshold (step **1926**), then a flag is set (step **1928**) indicating an area-based event detection on the current window analysis unit channel **714**. Otherwise, the flag is cleared (step **1930**). Once the area flag has been either set or cleared, logic inversion is applied (step **1932**), persistence is applied (step **1934**), and the procedure terminates.

[0165]    The resulting persistent area flag indicates whether the threshold has been exceeded within one or more windows over a time period corresponding to the area flag persistence. As will be discussed in further detail below, area event detections can be combined with the half wave event detections, line length event detections, as well as any other applicable detection criteria according to the invention.

[0166]    In a preferred embodiment of the invention, each threshold for each channel and each analysis tool can be programmed separately; accordingly, a large number of individual thresholds may be used in a system according to the invention. It should be noted thresholds can vary widely; they can be updated by a physician via the external programmer **312** (**FIG. 3**), and some analysis tool thresholds (e.g., line length and area) can also be automatically varied depending on observed trends in the data. This is preferably accomplished based on a moving average of a specified number of window observations of line length or area, adjusted as desired via a fixed offset or percentage offset, and may compensate to some extent for diurnal and other normal variations in brain electrophysiological parameters.

[0167]    With regard to the flow charts of FIGS. **11-13**, **15-16**, and **18-19**, it should be noted that there can be a variety of ways these processes are implemented. For example, state machines, software, hardware (including ASICs, FPGAs, and other custom electronics), and various combinations of software and hardware, are all solutions that would be possible to practitioners of ordinary skill in the art of electronics and systems design. It should further be noted that the steps performed in software need not be, as some of them can be implemented in hardware, if desired, to further reduce computational load on the processor. In the context of the invention, it is not believed to be advantageous to have the software perform additional steps, as that would likely increase power consumption.

[0168]    In an embodiment of the invention, one of the detection schemes set forth above (e.g., half wave detection) is adapted to use an X of Y criterion to weed out spurious detections. This can be implemented via a shift register, as

37

usual, or by more efficient computational methods. As described above, half waves are analyzed on a window-by-window basis, and as described above (in connection with FIG. 13), the window results are updated on a separate analysis window interval. If the detection criterion (i.e., a certain number of half waves in less than a specified time period) is met for any of the half waves occurring in the most recent window, then detection is satisfied within that window. If that occurs for at least X of the Y most recent windows, then the half wave analysis tool triggers a detection. If desired, other detection algorithms (such as line length and area) may operate in much the same way: if thresholds are exceeded in at least X of the Y most recent windows, then the corresponding analysis tool triggers a detection.

[0169] Also, in the disclosed embodiment, each detection flag, after being set, remains set for a selected amount of time, allowing them to be combined by Boolean logic (as described below) without necessarily being simultaneous.

[0170] As indicated above, each of the software processes set forth above (FIGS. 12-13, 16, and 19) correspond to functions performed by the wave morphology analysis units 712 and window analysis units 714. Each one is initiated periodically, typically once per detection window (1212, 1512). The outputs from the half wave and window analysis units 712 and 714, namely the flags generated in response to counted qualified half waves, accumulated line lengths, and accumulated areas are combined to identify event detections as functionally illustrated in FIG. 8 and as described via flow chart in FIG. 20.

[0171] The process begins with the receipt of a timer interrupt (step 2010), which is typically generated on a regular periodic basis to indicate the edges of successive time windows. Accordingly, in a system or method according to the disclosed embodiment of the invention, such a timer interrupt is received every 128 ms, or as otherwise programmed or designed. Then the half wave (step 2012, FIGS. 12-13), line length (step 2014, FIG. 16), and area (step 2016, FIG. 19) analysis tools are evaluated with respect to the latest data generated thereby, via the half wave analysis flag, the line length flag, and the area flag for each active channel. The steps of checking the analysis tools (steps 2012, 2014, and 2016) can be performed in any desired order or in parallel, as they are generally not interdependent. It should be noted that the foregoing analysis tools should be checked for every active channel, and may be skipped for inactive detection channels.

[0172] Flags, indicating whether particular signal characteristics have been identified in each active channel, for each active analysis tools, are then combined into detection channels (step 2018) as illustrated in FIG. 8. In the disclosed embodiment of the invention, this operation is performed as described in detail below with reference to FIG. 21. Each detection channel is a Boolean AND combination of analysis tool flags for a single channel, and as disclosed above, there are preferably at least eight channels in a system according to the invention.

[0173] The flags for multiple detection channels are then combined into event detector flags (step 2020), which are indicative of identified neurological events calling for action by the device. This process is described below, see FIG. 20, and is in general a Boolean combination of detection channels, if there is more than one channel per event detector.

[0174] If an event detector flag is set (step 2022), then a corresponding action is initiated (step 2024) by the device. Actions according to the invention can include the presentation of a warning to the patient, an application of therapeutic electrical stimulation, a delivery of a dose of a drug, an initiation of a device mode change, or a recording of certain EEG signals; it will be appreciated that there are numerous other possibilities. It is preferred, but not necessary, for actions initiated by a device according to the invention to be performed in parallel with the sensing and detection operations described in detail herein. It should be recognized that the application of electrical stimulation to the brain may require suspension of certain of the sensing and detection operations, as electrical stimulation signals may otherwise feed back into the detection system 422 (FIG. 4), causing undesirable results and signal artifacts.

[0175] Multiple event detector flags are possible, each one representing a different combination of detection channel flags. If there are further event detector flags to consider (step 2026), those event detector flags are also evaluated (step 2022) and may cause further actions by the device (step 2024). It should be noted that, in general, actions performed by the device (as in step 2024) may be in part dependent on a device state—even if certain combinations of events do occur, no action may be taken if the device is in an inactive state, for example.

[0176] As described above, and as illustrated in FIG. 20 as step 2018, a corresponding set of analysis tool flags is combined into a detection channel flag as shown in FIG. 21 (see also FIG. 8). Initially the output detection channel flag is set (step 2110). Beginning with the first analysis tool for a particular detection channel (step 2112), if the corresponding analysis tool flag is not set (step 2114), then the output detection channel flag is cleared (step 2116).

[0177] If the corresponding analysis tool flag is set (step 2114), the output detection channel flag remains set, and further analysis tools for the same channel, if any (step 2118), are evaluated. Accordingly, this combination procedure operates as a Boolean AND operation—if any of the enabled and active analysis tools for a particular detection channel does not have a set output flag, then no detection channel flag is output by the procedure.

[0178] A clear analysis tool flag indicates that no detection has been made within the flag persistence period, and for those analysis tools that employ an X of Y criterion, that such criterion has not been met. In certain circumstances, it may be advantageous to also provide detection channel flags with logic inversion. Where a desired criterion (i.e., combination of analysis tools) is not met, the output flag is set (rather than cleared, which is the default action). This can be accomplished by providing selectable Boolean logic inversion (step 2120) corresponding to each event detector.

[0179] Also as described above, and as illustrated in FIG. 20 as step 2020, multiple detection channel flags are combined into a single event detector flag as shown in FIG. 22 (see also FIG. 8). Initially the output event detector flag is set (step 2210). Beginning with the first detection channel for a particular event detector (step 2212), if the channel is not enabled (step 2214), then no check is made. If the channel is enabled and the corresponding detection channel flag is not set (step 2216), then the output event detector flag is cleared (step 2218) and the combination procedure exits.

If the corresponding detection channel flag is set (step **2216**), the output event detector flag remains set, and further detection channels, if any (step **2220**), are evaluated after incrementing the channel being considered (step **2222**). Accordingly, this combination procedure also operates as a Boolean AND operation—if any of the enabled and active detection channels does not have a set output flag, then no event detector flag is output by the procedure. It should also be observed that a Boolean OR combination of detection channels may provide useful information in certain circumstances; a software or hardware flow chart accomplishing such a combination is not illustrated, but could easily be created by an individual of ordinary skill in digital electronic design or computer programming.

[0180]  An implantable version of a system according to the invention advantageously has a long-term average current consumption on the order of 10 microamps, allowing the implanted device to operate on power provided by a coin cell or similarly small battery for a period of years without need for replacement. It should be noted, however, that as battery and power supply configurations vary, the long-term average current consumption of a device according to the invention may also vary and still provide satisfactory performance.

[0181]  It should be observed that while the foregoing detailed description of various embodiments of the present invention is set forth in some detail, the invention is not limited to those details and an implantable neurostimulator or neurological disorder detection device made according to the invention can differ from the disclosed embodiments in numerous ways. In particular, it will be appreciated that embodiments of the present invention may be employed in many different applications to detect anomalous neurological characteristics in at least one portion of a patient's brain. It will be appreciated that the functions disclosed herein as being performed by hardware and software, respectively, may be performed differently in an alternative embodiment. It should be further noted that functional distinctions are made above for purposes of explanation and clarity; structural distinctions in a system or method according to the invention may not be drawn along the same boundaries. Hence, the appropriate scope hereof is deemed to be in accordance with the claims as set forth below.

What is claimed is:

**1**. An implantable device for detecting a neurological event by analyzing an electrical signal from a patient's brain, the device comprising:

an implantable control module;

a central processing unit located within the control module; and

a detection subsystem located within the control module and comprising a waveform analyzer having a window-based analysis unit and a feature-based analysis unit.

**2**. The implantable device of claim 1, wherein the detection subsystem performs a first portion of an event detection procedure, and the central processing unit performs a second portion of the event detection procedure.

**3**. The implantable device of claim 1, wherein the central processing unit and the detection subsystem are enclosed within a housing, and wherein the housing is implanted in the patient.

**4**. The implantable device of claim 3, wherein the housing is implanted intracranially in the patient.

**5**. The implantable device of claim 1, wherein the neurological event comprises an epileptic seizure, an onset of an epileptic seizure, a precursor to an epileptic seizure, an episode of a movement disorder, an onset of an episode of a movement disorder, a precursor to an episode of a movement disorder, a migraine headache, an onset of a migraine headache, a precursor to a migraine headache, an episode of pain, an onset of an episode of pain, a precursor to an episode of pain, an episode of depression, an onset of an episode of depression, or a precursor to an episode of depression.

**6**. The implantable device of claim 1, wherein the neurological event comprises an event predictive of an episode of clinical symptoms selected from the group consisting of an epileptic seizure, an episode of a movement disorder, a migraine headache, an episode of pain, and an episode of depression.

**7**. The implantable device of claim 1, wherein the detection subsystem comprises at least one electronics module.

**8**. The implantable device of claim 1, wherein the feature-based analysis unit comprises a wave morphology analysis unit.

**9**. The implantable device of claim 1, wherein the window-based analysis unit comprises a line length function analysis tool.

**10**. The implantable device of claim 9, wherein the window-based analysis unit further comprises an area function analysis tool.

**11**. An implantable device for detecting a neurological event by analyzing an electrical signal from a patient's brain, the device comprising:

an implantable control module;

a detection subsystem located within the control module and adapted to identify at least one feature in the electrical signal and calculate at least one window parameter in the electrical signal; and

a central processing unit located within the control module and adapted to analyze the at least one feature and the at least one window parameter, and to initiate an action in accordance therewith.

**12**. An implantable device for detecting a neurological event by analyzing an electrical signal from a patient's brain, the device comprising:

an implantable control module;

a central processing unit located within the control module; and

a detection subsystem located within the control module;

wherein the detection subsystem performs at least a portion of a detection task without the use of the central processing unit, thereby allowing the central processing unit to remain in a relatively inactive mode at least part of the time.

**13**. An implantable device for detecting a neurological event by analyzing an electrical signal from a patient's brain, the device comprising:

an implantable control module;

a plurality of electrodes including at least one brain electrode; and

a plurality of event detectors each adapted to analyze a signal from an electrode pair, wherein the electrode pair comprises two electrodes selected from the plurality of electrodes and including at least one brain electrode;

wherein each event detector of the plurality of event detectors is programmable with respect to at least one detection parameter; and

wherein each event detector of the plurality of event detectors is adapted to be selectively coupled to receive a signal from a corresponding electrode pair.

**14.** An implantable device for detecting a neurological event by analyzing an electrical signal from a patient's brain, the device comprising:

a central processing unit;

a detection subsystem comprising at least one electronics module and including a waveform analyzer having a window-based analysis unit adapted to analyze a line length function and an area function in the electrical signal, and a feature-based analysis unit adapted to analyze half waves in the electrical signal; and

a power supply;

wherein the detection subsystem includes a plurality of inputs and a plurality of detection channels;

wherein the window-based analysis unit includes a plurality of window analysis units and the feature-based analysis unit includes a plurality of wave morphology analysis units;

wherein the detection subsystem performs at least a portion of a detection task without the use of the central processing unit, thereby allowing the central processing unit to remain in a relatively inactive mode at least part of the time;

wherein the central processing unit, the detection subsystem, and the power supply are enclosed within a housing and implanted in the patient; and

wherein the neurological event comprises an epileptic seizure, an onset of an epileptic seizure, a precursor to an epileptic seizure, an episode of a movement disorder, an onset of an episode of a movement disorder, a precursor to an episode of a movement disorder, a migraine headache, an onset of a migraine headache, a precursor to a migraine headache, an episode of pain, an onset of an episode of pain, a precursor to an episode of pain, an episode of depression, an onset of an episode of depression, or a precursor to an episode of depression.

**15.** A method for detecting a neurological event by analyzing an electrical signal from a patient's brain with an implantable device, the method comprising the steps of:

receiving the electrical signal with an electrode pair;

processing the electrical signal with a detection subsystem, wherein the detection subsystem is adapted to identify at least one feature in the electrical signal and calculate at least one window parameter in the electrical signal; and

causing the implantable device to perform an action in accordance with an indication from the detection subsystem.

**16.** The method for detecting a neurological event of claim 15, wherein the processing step comprises the steps of:

sampling the electrical signal to create a sampled digital signal;

identifying a feature in the sampled digital signal with a wave morphology analysis unit; and

calculating a window parameter in the sampled digital signal with a window analysis unit.

**17.** The method for detecting a neurological event of claim 16, wherein the calculating step comprises the step of computing a line length function.

**18.** The method for detecting a neurological event of claim 17, further comprising the step of transforming the sampled digital signal prior to computing the line length function.

**19.** The method for detecting a neurological event of claim 16, wherein the calculating step comprises the step of computing a line length function.

**20.** The method for detecting a neurological event of claim 19, further comprising the step of transforming the sampled digital signal prior to computing the area function.

**21.** The method for detecting a neurological event of claim 16, wherein the identifying step comprises the steps of:

locating a half wave in the sampled digital signal;

determining whether an amplitude of the half wave exceeds an amplitude threshold and whether a duration of the half wave exceeds a duration threshold, and if both thresholds are met, labeling the half wave as a qualified half wave.

if the half wave is a qualified half wave, storing a record representative of the qualified half wave.

**22.** The method for detecting a neurological event of claim 21, wherein the locating step comprises the steps of:

finding a starting point for the half wave, wherein the starting point has a first sample value equal to an initial current EEG sample value;

calculating an ending threshold by combining the current EEG sample value and a hysteresis value;

measuring a current EEG sample value;

comparing the current EEG sample value to the ending threshold;

repeating the calculating, measuring, and comparing steps until the current EEG sample value exceeds the ending threshold;

establishing an ending point for the half wave, wherein the ending point has an ending sample value equal to the current EEG sample value;

calculating a half wave amplitude equal to a difference between the first sample value and the current EEG sample value; and

calculating a half wave duration equal to a difference between a time corresponding to the ending point and a time corresponding to the starting point.

**23**. The method for detecting a neurological event of claim 16, wherein the causing step comprises the steps of:

processing the feature and the window parameter to determine whether to set a detection flag;

if the detection flag is set, performing an action in accordance with the detection flag.

**24**. A method for detecting a neurological event by analyzing an electrical signal from a patient's brain with an implantable device, the method comprising the steps of:

receiving a first electrical signal and a second electrical signal from a plurality of electrodes;

processing the electrical signals with a detection subsystem to obtain a first detection channel output and a second detection channel output;

combining the first detection channel output and the second detection channel output to obtain an event detector output; and

causing the implantable device to perform an action in accordance with the event detector output.

**25**. A method for detecting a neurological event of claim 24, wherein the processing step comprises the steps of:

employing the detection subsystem to identify at least a first feature in the first electrical signal and a second feature in the second electrical signal;

employing the detection subsystem to calculate at least a first window parameter in the first electrical signal and a second window parameter in the second electrical signal;

analyzing the first feature and the first window parameter to obtain a first detection channel output; and

analyzing the second feature and the second window parameter to obtain a second detection channel output.

**26**. A method for detecting a neurological event by analyzing an electrical signal from a patient's brain with an implantable device, the method comprising the steps of:

receiving the electrical signal with an electrode pair;

processing the electrical signal;

converting the electrical signal into a digital signal;

performing a feature extraction operation on the digital signal;

performing a window calculation operation on the digital signal;

analyzing a result from the feature extraction operation;

analyzing a result from the window calculation operation; and

performing an action in accordance with the result from the feature extraction operation and the result from the window calculation operation.

**27**. A method for detecting a neurological event by analyzing an electrical signal from a patient's brain with an implantable device, the device having a processor and a detection subsystem, the method comprising the steps of:

causing the processor to enter a low-power mode;

measuring a feature characteristic of the electrical signal with the detection subsystem;

measuring a window characteristic of the electrical signal with the detection subsystem;

causing the processor to exit the low-power mode;

analyzing the feature characteristic and the window characteristic with the processor; and

performing an action in accordance with the feature characteristic and the window characteristic.

**28**. The method for detecting a neurological event of claim 27, wherein the low-power mode is characterized by relative inactivity.

\* \* \* \* \*

41

**Appx933**



US 20020032386A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2002/0032386 A1
Sackner et al. (43) Pub. Date: **Mar. 14, 2002**

(54) **SYSTEMS AND METHODS FOR AMBULATORY MONITORING OF PHYSIOLOGICAL SIGNS**

(76) Inventors: **Marvin A. Sackner**, Miami Beach, FL (US); **Dana Michael Inman**, Miami, FL (US)

Correspondence Address:
**PENNIE & EDMONDS LLP**
**COUNSELLORS AT LAW**
**1155 Avenue of the Americas**
**New York, NY 10036-2711 (US)**

(21) Appl. No.: 09/836,384

(22) Filed: Apr. 17, 2001

**Related U.S. Application Data**

(63) Non-provisional of provisional application No. 60/197,589, filed on Apr. 17, 2000.

**Publication Classification**

(51) Int. Cl.[7] ................................. **A61B 5/08**; A61B 5/02
(52) U.S. Cl. ........................... **600/536**; 600/484; 600/509

(57) **ABSTRACT**

The present invention relates to the field of ambulatory and non-invasive monitoring of a plurality of physiological parameters of a monitored individual. The invention includes a physiological monitoring apparatus with an improved monitoring apparel worn by a monitored individual, the apparel having attached sensors for monitoring parameters reflecting pulmonary function, or parameters reflecting cardiac function, or parameters reflecting the function of other organ systems, and the apparel being designed and tailored to be comfortable during the individual's normal daily activities. The apparel is preferably also suitable for athletic activities. The sensors preferably include one or more ECG leads and one or more inductive plethysmographic sensor with conductive loops positioned closely to the individual to preferably monitor at least basic cardiac parameters, basic pulmonary parameters, or both. The monitoring apparatus also includes a unit for receiving data from the sensors, and for storing the data in a computer-readable medium. The invention also includes systems comprising a central data repository for receiving, storing, and processing data generated by a plurality of physiological monitored apparatus, and for making stored data available to the individual and to health care providers.



APPLE 1017

**Appx934**



FIG.1

Appx935



FIG.2

3



FIG.3

4

Patent Application Publication    Mar. 14, 2002    Sheet 4 of 10    US 2002/0032386 A1



FIG.4

5

Appx938



FIG.5



FIG.6A

FIG.6B

FIG.6C

7

**Appx940**



FIG.7

Case: 22-1890    Document: 22    Page: 421    Filed: 02/15/2023

8

Case: 22-1890    Document: 22    Page: 422    Filed: 02/15/2023



FIG.8A

FIG.8B

9



FIG.9



FIG.10

Appx944

# SYSTEMS AND METHODS FOR AMBULATORY MONITORING OF PHYSIOLOGICAL SIGNS

## 1. FIELD OF THE INVENTION

[0001] The present invention relates to the field of ambulatory and non-invasive monitoring of an individual's physiological parameters. In particular, the invention relates to a monitoring apparatus with an improved apparel worn by a monitored individual, the apparel having attached sensors for monitoring parameters reflecting pulmonary function, or parameters reflecting cardiac function, or parameters reflecting the function of other organ systems. The invention also includes systems for receiving, storing, and processing physiological-parameter data, and for making it available to the individual and to health care providers.

## 2. BACKGROUND OF THE INVENTION

[0002] In the following, the term "plethysmography" (and its derivative words) means measurement of a cross-sectional area of the body, such as a cross-sectional area of the chest or of the abdomen, or a body part, such as a cross-sectional area of the neck or of an arm. (This meaning is somewhat more limited than is standard in the medical arts.) Further, the phrase "inductive plethysmography" means herein plethysmographic measurements which depend on inductance determinations.

[0003] Measurement of pulmonary and cardiac physiological parameters by means of inductive plethysmography is known. For example, many measurement methods and apparatus are disclosed in the following U.S. patents, the entire disclosures of which are incorporated herein, in their entireties, by reference, for all purposes.

[0004] (1) The '872 patent: U.S. Pat. No. 4,308,872, issued Jan. 5, 1982 and titled "Method and Apparatus for Monitoring Respiration," discloses a method and apparatus for monitoring respiration volumes by measuring variations in the patient's chest cross sectional area, or variations in both chest and abdomen cross sectional areas, each area being measured by determining the inductance of an extensible electrical conductor closely looped around the body, and the measurements being calibrated by measuring the area variations for a few breaths while directly measuring corresponding volumes of breath, preferably while the patient assumes at least two body positions, for example sitting and supine.

[0005] (2) The '534 patent: U.S. Pat. No. 4,373,534, issued Feb. 15, 1983 and titled "Method and Apparatus for Calibrating Respiration Monitoring System," discloses methods and systems in which respiration volume is determined by weighting signals representing abdominal and chest cross-sectional areas, where the weighting factors are determined by a procedure involving measuring respiration volume by an alternate measuring apparatus along with unweighted chest and abdomen signals, the measurements occurring for a first series of breaths based with a first relative chest and abdominal contribution and for a second series of breaths based on a second relative chest and abdominal contribution.

[0006] (3) The '252 patent: U.S. Pat. No. 4,452,252, issued Jun. 5, 1984 and titled "Non-invasive Method for Monitoring Cardiopulmonary Parameters," discloses a

method for monitoring cardiopulmonary events by inductive plethysmographic measurement of a cross-sectional area of the neck, and further discloses a method for monitoring mouth volume by inductive plethysmographic measurement of a cross-sectional area of the head in a plane which extends through the mouth.

[0007] (4) The '015 patent: U.S. Pat. No. 4,456,015, issued Jun. 26, 1984 and titled "Non-invasive Method for Semiquantitative Measurement of Neck Volume Changes," discloses a method of plethysmographic measurement of a subject's neck volume by providing an extensible conductor closely circling the neck and, first, calibrated against cross-sectional area so that neck volume may be determined from the conductor's inductance, and also, second, calibrated against invasively-measured intrapleural pressure so that the intrapleural pressure may also be determined from the conductor's inductance, and also so that intrapleural pressure may also be obtained from measured neck volume.

[0008] (5) The '407 patent: U.S. Pat. No. 4,648,407, issued Mar. 10, 1987 and titled "Method for Detecting and Differentiating Central and Obstructive Apneas in Newborns," disclosing methods for detecting the presence and origin of apnea in newborns by concurrently monitoring relative movement of the cranial bones (which have been found to move with respiration as a function of intrapleural pressure), preferably by a surface inductive plethysmographic transducer, and nasal ventilation, preferably by a nasal cannula, thermistor, thermocouple or $CO_2$ sensor, wherein absence of changes in both cranial bone movement and respiratory air flow at the nose indicates of the presence of central apnea, while absence of nasal air flow accompanied by continuing cranial bone movements indicates of obstructive apnea.

[0009] (6) The '962 patent: U.S. Pat. No. 4,777,962, issued Oct. 18, 1988 and titled "Method and Apparatus for Distinguishing Central Obstructive and Mixed Apneas by External Monitoring Devices Which Measure Rib Cage and Abdominal Compartmental Excursions During Respiration," discloses an apparatus and method for distinguishing between different types of apneic episodes. The method includes measuring a new index, Total Compartmental Displacement/Tidal Volume (TCD/VT), and measuring the phase relation between the abdominal and rib cage contributions to total respiration volume, wherein an episode is classified as central, obstructive or mixed based on the value of TCD/VT and the phase relation.

[0010] (7) The '640 patent: U.S. Pat. No. 4,807,640, issued Feb. 28, 1989 and titled "Stretchable Band-type Transducer Particularly Suited for Respiration Monitoring Apparatus," discloses an improved, low-cost stretchable band incorporating a conductor for disposition about the human torso or other three dimensional object, and particularly intended for use with respiration monitoring by means of inductive plethysmography, a method for making the band, which method is suitable to mass production techniques, and an improved enclosure housing circuitry releasably connected to the conductor in the band when the band is incorporated in respiration monitoring apparatus.

[0011] (8) The '473 patent: U.S. Pat. No. 4,815,473, issued Mar. 28, 1989 and titled "Method and Apparatus for Monitoring Respiration," discloses a method and apparatus for monitoring respiration volumes by inductive plethysmo-

Appx945

graphic measurement of variations in a patient's chest cross sectional area, or preferably, variations in both chest and abdomen areas during breathing, and a method for calibrating such an apparatus by measuring cross-sectional area variations for a few breaths while directly measuring corresponding volumes of breath, preferably while the patient assumes at least two body positions, for example sitting and supine.

[0012] ***(9) The '766 patent: U.S. Pat. No. 4,860,766, issued Aug. 29, 1989 and titled "Noninvasive Method for Measuring and Monitoring Intrapleural Pressure in Newborns," discloses measuring intrapleural pressure of a newborn subject by detecting relative movement between adjacently-proximate cranial bones, preferably, using a surface inductive plethysmographic transducer secured on the subject's head across at least two adjacently-proximate cranial bones, and a method of calibrating such measurements by temporarily manually occluding the subject's nose or, if intubated, the endotracheal tube, to measure the airway pressure during such occlusion as the subject makes an inspiratory effort and comparing the measured pressure to the measured signal.

[0013] (10) The '109 patent: U.S. Pat. No. 4,834,109, issued May 30, 1989 and titled "Single Position Non-invasive Calibration Technique," discloses an improved method for calibrating inductive plethysmographic measurement of respiration volume by totaling, during a period of breathing, a plurality of values of a parameter indicative of the relative amplitude, for each breath, of uncalibrated rib cage and abdomen signals, and by dividing the average variability of the means of the total of the values of one of the rib cage and abdomen signals by the average variability of the mean of the total of the values of the other signal, the quotient being so derived represents a signal weighting factor for determining respiration volume.

[0014] (11) The '277 patent: U.S. Pat. No. 4,986,277, issued Jan. 22, 1991 and titled "Method and Apparatus for Non-invasive Monitoring of Central Venous Pressure," discloses a method and apparatus for measuring central venous pressure (CVP) and changes in CVP along with an improved transducer (50) for measuring CVP in infants, wherein a plethysmographic transducer is disposed on the neck of a subject (or on the head in the case of infants), the signal from the transducer is processed to obtain a cardiac component, and the vertical distance from the transducer to a reference level is adjusted until a position is located at which the signal changes between a venous configuration and an arterial or mixed venous-arterial configuration, at which position the vertical distance approximates CVP.

[0015] (12) The '540 patent: U.S. Pat. No. 5,040,540, issued Aug. 20, 1991 and titled "Method and Apparatus for Non-invasive Monitoring of Central Venous Pressure, and Improved Transducer Therefor," discloses an improved method and apparatus for measuring central venous pressure (CVP), and changes in CVP, along with an improved transducer for measuring CVP in infants.

[0016] (13) The '935 patent: U.S. Pat. No. 5,159,935, issued Nov. 3, 1992 and titled "Non-invasive Estimation of Individual Lung Function," discloses a non-invasive method and apparatus for plethysmographic monitoring individual lung function by disposing a transducer on the torso above the lung to be monitored, the transducer producing a signal

corresponding to movement of the torso portion there beneath which, in turn, corresponds to changes in the volume of the underlying lung, and also a method and apparatus for monitoring regional lung volume changes by utilizing transducers positioned on the torso to encompass only a portion of the underlying lung.

[0017] (14) The '151 patent: U.S. Pat. No. 5,178,151, issued Jan. 12, 1993 and titled "System for Non-invasive Detection of Changes of Cardiac Volumes and Aortic Pulses," discloses a method and an apparatus therefor for monitoring cardiac function in an animal or human subject including the steps of placing a first movement detecting transducer on the torso, said transducer overlying at least part of two diametrically opposed borders of the heart or great vessels; generating a signal indicative of the movement of the torso portion subtended by the transducer, said signal including a cardiac component comprising at least a segmental ventricular volume waveform or a segmental aortic pressure pulse waveform and assessing cardiac function by monitoring changes in said ventricular volume waveform or said aortic pressure pulse waveform.

[0018] (15) The '678 patent: U.S. Pat. No. 5,301,678, issued Apr. 12, 1994 and titled "Stretchable Band-Type Transducer Particularly Suited for Use with Respiration Monitoring Apparatus," an improved, low-cost stretchable band incorporating a conductor for disposition around the human torso or other three-dimensional object, and particularly intended for use with plethysmographic respiration monitoring apparatus, is disclosed.

[0019] (16) The '968 patent: U.S. Pat. No. 5,331,968, issued Jul. 26, 1994 and titled "Inductive Plethysmographic Transducers and Electronic Circuitry Therefor," discloses an apparatus and method for improving the detection of the inductance "signal" generated by an inductive plethysmograph by modifying the design of the inductive plethysmograph and also by improving the design of the associated circuitry, both of which permit the associated circuitry may be located remotely rather than on the transducer, the improvement including selecting the impedance matching transformer joining an inductive plethysmograph to an oscillator such that the inductance of its primary winding is greater than about ten times the reflected inductance of the inductive plethysmograph and the cable joining it to the transformer, or circling the conductor of the inductive plethysmograph therein around the relevant body portion a plurality of times, or selecting the cable connecting the inductive plethysmograph to the transformer such that the ratio of the diameter of its screen to the diameter of its center conductor is minimized for reducing the inductance per unit length thereof.

[0020] (17) The '425 patent: U.S. Pat. No. 5,588,425, issued Dec. 31, 1996 and titled "Method and Apparatus for Discriminating Between Valid and Artifactual Pulse Waveforms in Pulse Oximetry," discloses a method and apparatus for use in pulse oximetry for discriminating between valid pulse waveforms, determined with a photoelectric plethysmograph, from which arterial oxygen saturation levels are accepted, and artifactual pulse waveforms, from which saturation levels are rejected, according to whether the systolic upstroke time of each pulse waveform is within a predetermined range, it having been discovered that systolic upstroke times for valid pulse waveforms are in a consistent,

13

narrow range which varies only slightly from subject to subject and which may be defined empirically for each subject or established by a default setting applicable to all subjects,

[0021] (18) The '388 patent: U.S. Pat. No. 6,015,388, issued Jan. 18, 2000 and titled "Method for Analyzing Breath Waveforms as to Their Neuromuscular Respiratory Implications," discloses a method for measuring respiratory drive by determining a peak inspiratory flow and a peak inspiratory acceleration from a breath waveform derived from rib cage motion and abdominal motion measured by external respiratory measuring devices, such as those based on inductive plethysmography, the measured respiratory drive being usable to initiate inspiration by a mechanical ventilator and for determining an index describing a shape of the waveform for controlling a continuous positive air pressure (CPAP) device.

[0022] (19) The '203 patent: U.S. Pat. No. 6,047,203, issued Apr. 4, 2000 and titled "Physiologic Signs Feedback System," discloses a non-invasive physiologic signs monitoring device which includes a garment, in a preferred embodiment, a shirt, with electrocardiogram electrodes and various inductive plethysmographic sensors sewn, embroidered, embedded, or otherwise attached to the garment with an adhesive, signals generated by the sensors being transmitted to a recording/alarm device where they are logged and monitored for adverse or other preprogrammed conditions, which is signaled by When an adverse condition or other preprogrammed condition occurs, a message is communicated to the patient by either an audio message or a display. The recording/alarm unit is also connectable to a remote receiving unit for monitoring by a health care professional or other machine.

[0023] However, nowhere in the art of inductive plethysmography are found teachings of practical and effective apparatus for non-invasive, ambulatory monitoring, of pulmonary and cardiac parameters. Such practical and effective monitoring apparatus would be of great benefit by assisting the transfer of health care from traditional hospital-based care, which is administered by trained health care workers, to home-based self care, which is administered by the individual patient during, if possible, the patient's normal daily activities. This transfer in health care has been found socially desirable because it may reduce health care costs and may increase patient involvement in and commitment to their treatment plans. Non-invasive and ambulatory monitoring apparatus may assist this transfer, because it eliminates the risks associated with invasive sensors placed within the body, such as intravascular catheters, risks which are considerably heightened outside of the hospital.

[0024] Citation or identification of any reference in this Section, including the patents listed above, or in any section of this application shall not be construed that such reference is available as prior art to the present invention.

## 3. SUMMARY OF THE INVENTION

[0025] The present invention has for its objects practical and effective apparatus for non-invasive and ambulatory monitoring of key pulmonary and cardiac parameters along with a system that may be used for interpretation and use of monitoring data to improve health care outcomes and to reduce health case costs. In preferred embodiments, the

preferred apparatus is a garment which, while including inductive plethysmographic and other physiologic sensors, is sufficiently comfortable and unobtrusive to be worn for most activities of daily life.

[0026] In more detail, in a first embodiment, the present invention includes a monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising: a monitoring garment comprising a shirt for the torso of the individual to be monitored, one or more inductive plethysmographic (IP) sensors, each IP sensor comprising an inductance sensor including at least one conductive loop arranged to closely encircle the torso, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop, a cardiac cycle sensor for generating signals responsive to occurrence of cardiac ventricular contractions, a signal cable for carrying signals from the sensors, and a microprocessor unit comprising a microprocessor for receiving signals from the signal cable and for recording digital data derived from all received signals in a removable computer-readable memory media.

[0027] In first aspects of the first embodiment, the cardiac cycle sensor comprises at least one electrocardiogram (ECG) electrode attached to the individual to be monitored; the cardiac cycle sensor comprises at least one IP sensor closely fitting about the neck of the individual to be monitored, wherein signals the inductance of the IP sensor is responsive to cardiac ventricular contractions because the cross-sectional area of the neck is responsive to carotid artery pulsations generated by cardiac ventricular contractions and the inductance of the IP sensor is responsive to the cross-sectional area of the neck; the computer-readable medium comprises a magnetic disk; the computer-readable medium comprises a flash memory module (64 MB or more).

[0028] In second aspects of the first embodiment, the monitoring garment further comprises a band for the neck of the individual to be monitored, and the IP sensors comprise a neck inductive plethysmographic sensor operatively arranged for generating signals responsive to jugular venous pulse, carotid arterial pulse, respiration-related intra-pleural pressure changes, contraction of neck muscles, and swallowing deflections, and the signal cable further comprises an attachment to the conductive loop of the neck IP sensor; the IP sensors comprise at least one abdominal IP sensor including one or more conductive loops and at least one rib cage IP sensor including one or more conductive loops operatively arranged for measuring breathing patterns of the patient; the IP sensors comprise at least one thoracic IP sensor including a two or more conductive loops operatively arranged for measuring ventricular stroke volume; the IP sensors comprise at least one lower abdominal IP sensor operatively arranged for measuring intra-lower-abdominal contractions and dilations; the IP sensors comprise at least one two hemithoracic IP sensors operatively arranged for measuring breathing and paradoxical motion between two hemithoraces of the patient.

[0029] In third aspects, the first embodiment further comprises one or more further sensors attached to the signal cable and selected from a group comprising a body position sensor for indicating a posture of the individual, a pulse oximeter for indicating arterial oxygenation saturation, and

14

4

a throat microphone for indicating talking and snoring; or at least two body position sensors, a first body position sensor mounted on the garment and a second body position sensor mounted on a thigh of the individual; and the IP inductive plethysmographic sensors are attached to the garment as an integral part of the garment via an attachment consisting of one of sewing, embroidering, embedding, weaving and printing the inductive plethysmographic sensor into the garment; the microprocessor unit further comprises an audio device for generating audio indications to the individual being monitored; the microprocessor unit further comprises a display unit for displaying viewable messages to the individual being monitored; the microprocessor unit further comprises an input unit for the individual being monitored to input information or commands to the microprocessor unit.

[0030] In fourth aspects of the first embodiment, the microprocessor unit further comprises a memory accessible to the microprocessor, and wherein the memory comprises encoded software instructions for causing the microprocessor to read input data and to write output data derived from the input data in the removable computer-readable memory media; the memory further comprises encoded software instructions for causing the microprocessor to determine significant physiological events in the individual being monitored and to indicate audibly determined significant events to the individual; the microprocessor unit comprises components for wirelessly transmitting determined events and the memory further comprises encoded software instructions for causing the microprocessor to determine significant temporal physiological trends in the individual being monitored and to indicate audibly determined significant trends to the individual; the microprocessor unit comprises components for wirelessly transmitting determined significant trends; the memory further comprises encoded software instructions for causing the microprocessor to compress data before writing to the removable computer-readable memory media.

[0031] In fifth aspects of the first embodiment, the microprocessor unit further comprises circuitry for deriving digital data from non-digital data received from the signal cable; the monitoring apparatus further comprises circuitry for generating a variable-frequency signal from each IP sensor, the generated frequency being responsive to the inductance of the conductive loop of the IP sensor, and wherein the microprocessor unit further comprises circuitry for deriving digital data from the generated variable-frequency signals, the digital data comprising encoding of the variable frequency of the signals with errors of 100 ppm or less.

[0032] In a second embodiment, the present invention includes a monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising: a monitoring garment comprising a shirt for the torso of the individual to be monitored, one or more inductive plethysmographic (IP) sensors, each IP sensor comprising (i) a longitudinal band of elastic material attached to the garment for closely encircling the torso, (ii) an inductance sensor including at least one flexible conductive loop attached to the longitudinal band, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop, and (iii) a tightening device for adjusting circumferential tightness of the IP sensor to substantially prevent longitudinal movement of the IP sensor

along the torso, and a microprocessor unit comprising a microprocessor for receiving signals from the IP sensors and for recording digital data derived from all received signals in a removable computer-readable memory media.

[0033] In first aspects of the second first embodiment, longitudinal motion of each IP sensor is substantially prevented when the physiological parameters indicated by the inductance of the conductive loop of the sensor do not measurably change; the monitoring garment comprises excess fabric arranged to permit longitudinal stretching of the torso without applying force to the IP sensors sufficient to cause substantial longitudinal motion; longitudinal motion of each IP sensor is substantial if physiological parameters indicated by the inductance of the conductive loop of the sensor change as the monitoring garment is worn by the individual; the monitoring garment comprises fabric with sufficient longitudinal elasticity to permit longitudinal stretching of the torso without applying force to the IP sensors sufficient to cause substantial longitudinal motion.

[0034] In second aspects of the second embodiment, the tightening device comprises a cinch band and a gripping device for releasably gripping excess cinch band under tension; the tightening device comprises a drawstring;

[0035] In third aspects, the second embodiment, comprises a cardiac timing sensor for generating signals responsive to cardiac ventricular contractions, and wherein the microprocessor unit further records digital data derived from signals received from the cardiac timing sensor; or a signal cable for carrying signals from the sensors to the microprocessor unit.

[0036] In a third embodiment, the present invention includes a monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising: a monitoring garment comprising a shirt for the torso of the individual to be monitored and a longitudinal fastener for opening and closing the shirt, one or more inductive plethysmographic (IP) sensors, each IP sensor comprising an inductance sensor including at least one flexible conductive loop arranged to closely encircle the torso, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop, a cardiac timing sensor for generating signals responsive to occurrence of cardiac ventricular contractions, a signal cable for carrying signals from the sensors comprising at least one module, wherein the module is coupled to and electrically completes the conductive loops of the IP sensors, wherein termini of the conductive loops may be uncoupled from module, and wherein the module comprises circuitry for generating signals responsive to the IP sensors, and a microprocessor unit comprising a microprocessor for receiving signals from the signal cable and for recording digital data derived from all received signals in a removable computer-readable memory media.

[0037] In first aspects of the third embodiment, at least one IP sensor further comprises a tightening device for adjusting circumferential tightness of the IP sensor to substantially prevent longitudinal movement of the IP sensor along the torso, and wherein the tightening device can be arranged not to impede unfastening of the shirt; the conductive loops of the IP sensors and the module further comprise mating connectors so that the conductive loops may be connected and disconnected from the module; the signals generated by

15

the module in response to each IP sensor comprise digital data encoding the frequency of an oscillator responsive to the inductance of the conductive loop of the IP sensor, the frequency being encoded with errors of 100 (or 10) ppm or less;

[0038]  In second aspects of the third embodiment, the signals generated by the module in response to each IP sensor comprise signals of variable frequency, the frequency being responsive to the inductance of the conductive loop of the IP sensor; the microprocessor unit further comprises circuitry for deriving digital data from the variable-frequency signals generated from each IP sensor, the digital data comprising encoding of the variable frequency of the signals with errors of 100 ppm or less; the microprocessor unit further comprises multiplex circuitry for permitting single deriving circuitry to derive digital data from a plurality of variable-frequency signals.

[0039]  In a fourth embodiment, the present invention includes a monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising: a monitoring garment comprising a shirt for the torso of the individual to be monitored, one or more inductive plethysmographic (IP) sensors, each IP sensor comprising an inductance sensor including at least one flexible conductive loop arranged to closely encircle the torso, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop, a cardiac timing sensor for generating signals responsive to occurrence of cardiac ventricular contractions, a signal cable for carrying signals directly from the conductive loops of the IP sensors and for carrying signals from the sensor, electronic circuitry comprising (i) a multiplexing switch for connecting the conductive loop of any one of the IP sensors to an oscillator, the oscillator having an oscillation frequency responsive to the inductance of the conductive loop connected by the multiplexing switch, and (ii) a demodulator operatively coupled to the oscillator and outputting digital data responsive to the oscillation frequency, and a microprocessor unit comprising a microprocessor for receiving signals from the signal cable and for receiving digital data from the electronic circuitry and for recording digital data from received inputs in a removable computer-readable memory media.

[0040]  In first aspects of the fourth embodiment, the digital data responsive to the oscillation frequency has errors of 100 (or 10) ppm or less; the electronic circuitry is housed in the microprocessor unit; the resistance of the data signal cables and the multiplexing switch from the conductive loop of any IP sensor to the oscillator is less than 1 Ω; the multiplexing switch is controlled so that oscillator is periodically connected to the conductive loop of each IP sensor for the duration of a sampling period (1 msec or less).

[0041]  In second aspects of the fourth embodiment, the digital data output by the demodulator comprises digital data encoding a count of a number cycles of the oscillator occurring within a sampling period and digital data encoding a count of a number of periods of a clock occurring within the counted oscillator cycles; the microprocessor unit further comprises a memory accessible to the microprocessor, and wherein the memory comprises encoded software instructions for causing the microprocessor to determine the actual oscillator frequency by dividing the count of the number of

oscillator cycles by the count of the number of clock periods; the memory further comprises software instructions for causing the microprocessor to determine an more accurate frequency by combining the counts of a plurality of sampling periods.

[0042]  In a fifth embodiment, the present invention includes a monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising: a monitoring garment comprising a shirt for the torso of the individual to be monitored, a plurality of sensors, the sensors comprising (i) one or more inductive plethysmographic (IP) sensors, each IP sensor comprising an inductance sensor including at least one flexible conductive loop arranged to closely encircle the torso, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop to derive the at least one sensor comprises a transmitter for wirelessly transmitting signals generated by the sensor within the vicinity of the physiological monitoring apparatus, a microprocessor unit comprising (i) a receiver for receiving signals wirelessly transmitted from the sensors, and (ii) a microprocessor for accepting the received signals and for recording digital data derived from the received signals in a removable computer-readable memory media.

[0043]  In first aspects of the fifth embodiment, at least one sensor generates output signals in a digital form, and wherein the transmitter transmits the generated digital signals; the transmitter and the receiver conform to the Bluetooth standard; at least one sensor generates variable-frequency analog output signals, and wherein the transmitter output is modulated by generated variable-frequency analog signal; all sensors comprise a transmitter for wirelessly transmitting signals generated by the sensor within the vicinity of the physiological monitoring apparatus.

[0044]  In second aspects, the fifth embodiment further comprises a signal cable, wherein the output of at least one sensor is carried to the microprocessor unit by a signal cable, and wherein the microprocessor records digital data derived from signals carried by the signal cable; the sensors further comprise a cardiac timing sensor for generating signals responsive to occurrence of cardiac ventricular contractions.

[0045]  In a sixth embodiment, the present invention includes a system for the non-invasive physiological monitoring of physiological parameters of at least one individual comprising: at least one physiological monitoring apparatus comprising a monitoring garment worn on the torso of an individual being monitored, wherein the monitoring apparatus stores in a digital form in a removable computer-readable memory media data, wherein the data is by sensors comprising generated from (i) one or more inductive plethysmographic (IP) sensors flexibly attached to the monitoring garment, and (ii) a cardiac timing sensor for generating signals responsive to cardiac ventricular contractions, and a data repository for reading data from the removable computer-readable memory media that has been recorded by the physiological monitoring apparatus and for storing read data in a data archive, the data repository being remotely located from the physiological monitoring apparatus.

[0046]  In first aspects of the sixth embodiment, the physiological monitoring apparatus further transmits data wirelessly, and wherein the data repository further receives data wirelessly that has been transmitted by the physiological

monitoring apparatus, and then stores the received data; the physiological monitoring apparatus further comprises a microprocessor for processing the generated data for determining physiological events and alarms, and wherein the data wirelessly transmitted comprises the determined physiological events and alarms.

[0047]   In second aspects, the sixth embodiment further comprises a local data repository co-located with the physiological monitoring apparatus, wherein the local data repository receives data wirelessly transmitted by the physiological monitoring apparatus and stores received data in a local data archive, and wherein the local data repository comprises display terminals for making stored data available to local health care professionals; the data repository further comprises display terminals for making stored data available to health care professionals and to users monitoring the operation of the system.

[0048]   In third aspects, the sixth embodiment, further comprises a plurality of physiological monitoring apparatus, each apparatus for monitoring a different individual, and wherein the data repository reads data from removable computer-readable memory media recorded by the plurality of physiological monitoring apparatus.

[0049]   In a seventh embodiment, the invention further includes a computer readable medium comprising data recorded in digital form, wherein the recorded digital data comprises data responsive with errors of 100 ppm or less to the frequency of an oscillator connected to at least one conductive loop of at least one inductive plethysmographic sensor; and also encoded software for causing microprocessors, data repositories, and the like to perform the described methods.

### 4. BRIEF DESCRIPTION OF THE FIGURES

[0050]   The present invention may be understood more fully by reference to the following detailed description of the preferred embodiment of the present invention, illustrative examples of specific embodiments of the invention and the appended figures in which:

[0051]   **FIG. 1** illustrates a front view of a preferred monitoring apparatus constructed in accordance with to the present invention;

[0052]   **FIG. 2** illustrates a front view of another exemplary monitoring garment constructed in accordance with to the present invention;

[0053]   **FIG. 3** illustrates a rear view, partly in section, of the monitoring garment of **FIG. 2**;

[0054]   **FIG. 4** illustrates a front view of a further exemplary embodiment of a monitoring garment;

[0055]   **FIG. 5** illustrates a further view of the monitoring apparatus of **FIG. 1**;

[0056]   FIGS. 6A-C illustrate alternative functional distributions of inductive-plethysmographic signal processing;

[0057]   **FIG. 7** illustrates demodulator processing;

[0058]   FIGS. 8A-B illustrate alternatives for wireless transmission within an individual's monitoring apparatus;

[0059]   **FIG. 9** illustrates a particular embodiment of the monitoring apparatus of the present invention; and

[0060]   **FIG. 10** illustrates a system according to the present invention.

### 5. DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

[0061]   This section begins with an introductory description of inductive plethysmography, its physiological applications, and its measurement requirements. After the introduction are detailed descriptions of this invention's practical and effective apparatus for non-invasive, ambulatory monitoring, of pulmonary and cardiac parameters, which in preferred embodiments are various garments incorporating inductive plethysmographic sensors.

#### 5.1. Inductive Plethysmograph

[0062]   "Inductive plethysmography" means herein measurement of a cross-sectional area of the body by determining the self-inductance of a flexible conductor closely encircling the area to be measured. Since the inductance of a substantially planar conductive loop is well known to vary as, inter alia, the cross-sectional area of the loop, a inductance measurement may be converted into a plethysmographic area determination. Varying loop inductance may be measured by techniques known in the art, such as, e.g., by connecting the loop as the inductance in a variable frequency LC oscillator, the frequency of the oscillator then varying with the cross-sectional area of the loop inductance varies. Oscillator frequency is converted into a digital value, which is then further processed to yield the physiological parameters of interest.

[0063]   Specifically, a flexible conductor measuring a cross-sectional area of the body is closely looped around the area of the body so that the inductance, and the changes in inductance, being measured results from magnetic flux through the cross-sectional area being measured. The inductance thus depends directly on the cross-sectional area being measured, and not indirectly on an area which changes as a result of the factors changing the measured cross-sectional area.

[0064]   Various physiological parameters of medical and research interest may be extracted from repetitive measurements of the areas of various cross-sections of the body. For example, pulmonary function parameters, such as respiration volumes and rates and apneas and their types, may be determined from measurements of, at least, a chest transverse cross-sectional area and preferably also and an abdominal transverse cross-sectional area (and optionally further cross-sectional areas). See, e.g., The '872 and '473 patents; see also, e.g., The '534, '252, '015, 962, '109, '935, and '388, which describe various calibration and processing techniques for respiratory-related inductive plethysmographic signals as well as extensions to measuring intrapleural pressure and individual lung function, and the description following.

[0065]   Cardiac parameters, such central venous pressure, left and right ventricular volumes waveforms, and aortic and carotid artery pressure waveforms, may be extracted from repetitive measurements of transverse cross-sectional areas of the neck and of the chest passing through the heart. See, e.g., The '277, '540, '151 patents. At least, the cross-sectional of a plane at about the position of the xiphoid process is measured. In order to easily extract cardiac data

Appx950

from variations in these cross-sectional areas, it is helpful to have concurrent measurements of cardiac timing, especially of the onset of left ventricular contraction. Timing measurements are preferably obtained from concurrent ECG measurements, and less preferably from the carotid pulse signal present in the neck. Note: In more detail, area measurements of transverse cross-sectional areas more inferiorly through the heart give stronger indications of left ventricular waveforms, while measurements of areas more superiorly through the heart give stronger indications of right ventricular waveforms. These cardiac signals may be more positively identified by correlation with pulmonary signals. Left ventricular waveforms typically have larger stroke volume on expiration than on inspiration, while right ventricular waveforms typically have the opposite pattern.

[0066] Further related parameters may be extracted from these and other signals. From the cardiac-related signals, indications of ischemia may be obtained independently of any ECG changes. Ventricular wall ischemia is known to result in paradoxical wall motion during ventricular contraction (the ischemic segment paradoxically "balloons" outward instead of normally contracting inward). Such paradoxical wall motion, and thus indications of cardiac ischemia, may be extracted from chest transverse cross-section area measurements. Left or right ventricular ischemia may be distinguished where paradoxical motion is seen predominantly in left or right ventricular waveforms, respectively. For another example, observations of the onset of contraction in the left and right ventricles separately may be of use in providing feedback to bi-ventricular cardiac pacing devices. For a further example, pulse oximetry determines hemoglobin saturation by measuring the changing infrared optical properties of a finger. This signal may be disambiguated and combined with pulmonary data to yield improved information concerning lung function. See, e.g., The '425 patent.

[0067] Determination of other physiological parameters by measurement of other cross-sectional areas is discussed subsequently.

[0068] Useful and effective determination of physiological parameters generally requires inductance measurements of sufficient accuracies at sufficient rates. First, in order to avoid interference using electronics of reasonable cost, it is preferable to measure loop inductance at a frequency which is otherwise relatively unused, or at least not likely to be encountered in most ambulatory settings. The preferred frequency is from about 200 kHz to about 400 kHz which is assigned to aeronautical and aeronautical marine navigation beacons and is below the standard AM broadcast band.

[0069] Next, necessary measurement accuracies may be determined from known electronic circuit laws combined with measured bodily displacements resulting from the physiological events being monitored. Measurement accuracies may also be simply determined from observation of particular measurement configuration. Using either approach, it has been determined that respiratory activity generally leads to frequency changes of 500-1000 ppm (parts per million). Cardiac activity generally leads to frequency changes of 50-100 ppm. Therefore, for monitoring both respiratory and cardiac activities, it is most preferably frequency measurements have an accuracy of less than 1-2 ppm, preferably less than 5 ppm, and less preferably less than 10 ppm (and at least less than 100 ppm).

[0070] Sufficient measurement rates for respiratory and cardiac activities are generally known in the art and have been confirmed and refined by observation. Generally, respiratory activity is preferably measured at approximately 50 Hz or more; cardiac activity (including cross-sectional areas and any accompanying ECG) preferably at approximately 200 Hz or more, and vascular activity (such as arterial or venous pulsation) preferably at 100 Hz or more.

[0071] Of course, particular monitoring tasks may require higher accuracies or rates, or may permit reduced accuracies or rates. Appropriate accuracies and rates may be easily determined by one of skill in the art in view of the monitoring task.

### 5.2. Preferred Apparatus

[0072] In the following, various particular aspects of the present invention are illustrated in various combinations. The illustrated combinations are intended to be exemplary and not to be limiting. One of skill in the art will recognize that these particular aspects, illustrated or not, may be combined in different combinations in order to respond to different monitoring tasks. For a simple example, pulmonary (or cardiac) sensors may be eliminated from a monitoring apparatus where only cardiac (or pulmonary) parameters are of interest. On the other hand, additional sensors may be added to the illustrated embodiments where called for.

#### 5.2.1. Monitoring Garment and Sensors

[0073] FIG. 9 illustrates an embodiment of the monitoring apparatus present invention for monitoring basic pulmonary and cardiac parameters in an ambulatory setting of daily activity with minimum encumbrance to the individual being monitored and in an economical manner. This apparatus includes monitoring garment 1, sensor cabling 2, and microprocessor unit 3.

[0074] These components are next described in detail, beginning with FIG. 1. Monitoring garment 1 (FIG. 1) is generally in the form of a sleeveless shirt appropriate for a male of a stout habitus. Modifications of this garment so that it will appropriate for a male with a trimmer habitus, or for females of various habituses will be readily apparent to one of skill in the art. Alternatively, the garment may be of a cut and material so that, consistent with the requirements to be described, it will be appropriate for individuals of a range of body habituses and possible also for both sexes. In a further alternative, the garment may be made of an elastic material so that a single garment cut and size is able to fit a wide variety of individuals.

[0075] To measure basic pulmonary parameters, garment 1 is equipped with chest inductive plethysmographic sensor band 4 and abdominal inductive plethysmographic sensor band 6. Band 4 is preferably positioned just inferior to the axilla, and band 5 is preferably positioned 1 to 2 cm superior to the umbilicus. To measure basic cardiac parameters, garment 1 is equipped with thoracic inductive plethysmographic sensor band 5 and optional neck inductive plethysmographic sensor band 7, which is separate from garment 1. Band 5 is preferably positioned at the level of the xiphoid process, and band 7 is preferably positioned 1 to 2 cm superior to the base of the neck. Preferably, the garment has cutouts 12 for attaching ECG electrodes and ECG leads 10 (approximating right arm signals) and 11 (approximating left

Appx951

arm signals) and **12** (approximating left leg signals). In alternative embodiments, sensor bands **4** and **6** or sensor band **5** may be eliminated, or optional sensor band **7** may not be present, or additional sensor bands may be present, or so forth.

[0076]    In this embodiment, signals from all the sensors mounted on or with the garment, including any ECG signals, are conducted to external microprocessor unit **3** via signal cable **2**. Signal cable **2** is extended by optional signal cable **13** to conduct signals from optional neck band **7**. Connections between signal cable **2** and the various sensors reside underneath openable flap **18**, which both protects the connections and any electronic modules closely associated with the sensors from disruption or damage and also presents a more aesthetic surface appearance. In alternative embodiments, the signal cable may be attached to the garment by several snaps positioned or the like, associated electronic modules may be carried in pockets of the garment, and connections firmly held in place by mechanical means. Other manners for protectively securing the signal cable will be apparent to one of skill in the art and are within the scope of the present invention.

[0077]    Also underneath the flap is a zipper, preferably the full length of the garment, to assist in placing and removing the garment. Alternatively, and less preferably, the garment may be arranged for placement and removal over the head in one piece. In this case, there is no need for a zipper or other fastening devices. Other similar garment fastening devices may be used, for example, a plurality of buttons and buttonholes, or a plurality of loops fitting into grommets, or a plurality of ties, or a zipper-like device with halves fitting together continuously instead of by a plurality of teeth. More than one zipper may also be used.

[0078]    Inductive plethysmographic (IP) sensor bands **4**, **5**, **6**, and **7** and the garment **1** itself preferably include several functional or structural elements to meet several conditions advantageous for good signal quality. First, the sensor bands include the sensors themselves, which are conductor loops around the body in the substantially transverse planes whose cross-sectional area is to be measured. Since the bands should remain in close circumferential contact to the torso (of the body of the individual to be monitored) in order to accurately sense cross-section areas that change during activity, the conductor should be longitudinally flexible to accommodate normal physiological movements. Further, to achieve sufficient measurement accuracy and rate, the LC circuit containing the conductor loop must have a sufficiently high Q factor. Generally, at the preferred frequencies, the conductors preferably have a resistance of less than approximately 1 Ω (Ohm). Any flexible low-resistance conductor may be used. In preferred embodiments, the conductor is metallic wire, sinusoidally arranged for expansion and contraction without hindrance of the cross sectional area to inductance relationship. For example, the sinusoidal wire arrangement may have an "amplitude" of 1 to 2 cm with "wavelength" adequate to provide for longitudinal flexibility sufficient to accommodate anticipated activity.

[0079]    For chest sensor band **4** and abdominal sensor band **6**, which obtain respiratory signals, generally one loop of conductor about the body achieves sufficient signal quality. For thoracic sensor band **5**, and also for neck sensor band **7**, several loops, generally from 2 to 4 loops, achieve sufficient signal quality.

[0080]    Next, in order to remain in close circumferential contact to the body, it is preferable that the sensor bands also include an elastic material providing longitudinal elasticity sufficient to retain the band against the body. For example, the bands may include a longitudinally arranged strip of elastic material similar to that in elastic bandages well known in the art. The sensor conductors may attached by a plurality of distinct connections, which may be sewn loops of thread. More preferably, the bands may include a woven or knitted elastic material into which sinusoidally arranged copper wire is integrally included during the weaving or knitting process. See, e.g., U.S. patent application Ser. No. 09/774,333, filed Jan. 31, 2001, and assigned to the assignee of the present application (included by reference herein in its entirety for all purposes). The sensor conductor may be attached to underlying material of other ways known in the art, for example, by glue.

[0081]    In addition to simply remaining in close circumferential contact with the body, the bands should not move inferiorly or superiorly (collectively, longitudinally) over the surface of the torso or body, in other words, be longitudinally stable, during normal daily activities. This is advantageous so that signals from each band are responsive only to the one intended cross-sectional area. For a sufficiently trim male engaging only in light activity, the elasticity that keeps bands in close circumferential contact may be sufficient to achieve longitudinal stability. However, it has been discovered that generally, and especially for normal or vigorous activity, such as jogging or other athletic activities, or for individuals with a larger body habitus, this circumferential elasticity may not be sufficient for longitudinal stability.

[0082]    Therefore, in the embodiment illustrated in **FIG. 1**, each band is also equipped with an individual tightening device **8**, which permits individual adjustment of the tightness of each band as needed. One such tightening means, schematically illustrated by tightening device **8**, is a gripping device in which metal or plastic teeth or paired rings grip excess material **8** attached to the band. Pulling excess material so that the gripping device holds the excess material under tension will tighten a band, while release of the mechanism (e.g., rings or teeth) of the gripping device loosens the bands for undressing. In this manner, after dressing in the monitoring garment, the bands can be individually adjusted to a tightness discovered to be sufficient after an initial period of monitoring garment use. The bands may be loosened or released in preparation for undressing. Preferably, the "excess" material and gripping device form a cinch (also known as a girth) in that the "excess" material is part of a band of material circling the patient included as part of the inductive plethysmographic sensor band assembly. Alternative tightening means include belt-buckle-like arrangements with a tooth for protruding through one of plurality of holes in the excess material, or a slidable spring-loaded device that grips the excess material against a grommet as used in a drawstring, or simply a bow-type knot used like a shoe lace, or other gripping means. Any cinch or girth material must of course also be elastic, but preferably stiffer (less elastic) than existing sensor band material.

[0083]    One aspect of longitudinal stability is that during activity the garment material itself may pull on the bands causing mechanical coupling both of a band sensor to a more extended longitudinal region than intended and also between

adjacent, separate band sensors. This coupling may mix decrease signal specificity, and may mix together signals from the so-coupled sensors leading to decreased accuracy of physiological parameter determination, or even an inability to determine certain parameters. Therefore, it may be advantageous for the garment material between the sensor bands not to be tight, but rather have an excess sufficient to accommodate longitudinal stretching and other longitudinal motions that accompany activities of all expected degrees of strenuousness. (For example, such excess material may be present in regions **19** of garment 1 of **FIG. 1**.) Alternatively, the garment material may be sufficiently stretchable in a longitudinal and the bands sufficiently elastic to be circumferentially tight, or synched to be sufficiently tight, so that longitudinal motions are accommodated mainly by stretching of the garment with little or no longitudinal band movement with respect to the torso. These designs may be combined so that the garment between the bands has some excess of an elastic material. In particular, where the garment is made of an elastic material to accommodate a range of body types, care must be taken to prevent longitudinal mechanical coupling occurring, especially for individuals of larger body types relative to the garment size and cut.

[0084]   Where the garment is zippered, or otherwise similarly fastened, at least some of the inductive plethysmographic (IP) sensor bands are necessarily interrupted. However, the garment fasteners should be arranged such that, when the garment is fastened, circumferential band elasticity is established even though elastic in the sensor bands is necessarily interrupted at the garment division. With zippers, this is easily achieved because of the substantially continuous nature of a zipper fastener. Further any band tightening devices must also cooperate with the garment fasteners. With a cinch (or girth) held by a gripping device, this is easily achieved by allowing excess cinch to extend across the division in the garment. Lastly, the conductive loop is interrupted at the garment division, and may bridge this division by equipping ends of the loop with mating pair of a plug and a connector. Alternatively, one or both ends of the conductor bands may plug into connectors carried on the signal cable (see below). One of skill in the art will readily be able to similarly arrange the IP sensor bands for cooperation with other types of garment fasteners.

[0085]   In addition to the sensors already described, additional sensors may be incorporated with monitoring apparatus of the present invention. For correctly interpreting physiological parameters obtained during ambulatory monitoring, it is advantageous to have information from which the posture of the patient can be determined. At least, it is useful to determine if the monitored individual is lying, sitting, or standing, and if standing, whether still, walking, or running. In a preferred embodiment, this information is provided by accelerometers that measure orientation with respect to gravity. The apparatus illustrated in **FIG. 1** preferably includes an accelerometer attached to garment **1**, optionally by being integrated into an electronic module associated with one of the band sensors. Such a single sensor can provide only the orientation of the torso. Further information may be provided by optional accelerometers strapped to one or both thighs. Signals from these additional accelerometers may be conducted to signal cable **2** by means of secondary cables **14**, which attach to the signal cable at connector **15**.

[0086]   Further, any transdermal sensor may be incorporated into the illustrated monitoring apparatus. Such sensors may include pulse oximeters, which measure hemoglobin saturation in a finger, blood pressure sensors of various types, transdermal sensors indicative of blood chemistry, for example, blood glucose sensors or sweat electrolyte sensors, and so forth. Signals from these sensors may reach microprocessor module **17** over signal cable **16**. Preferably, these sensors will present a standard interface to the microprocessor module, for example an RS-232 or more modem serial interface. Further, it may be advantageous to obtain more complete ECG information, such as by receiving signals from 7 or 12 leads placed in manners well known in the art. A further additional sensor may be a throat microphone, which is useful for detecting snoring during sleep and talking during wakefulness. Detection of snoring during sleep is a valuable indication of incipient or actual upper airway obstruction useful in sleep apnea studies. In such an embodiment, the microprocessor module may accumulate information reflecting a broad array of transdermally measurable physiological parameters in a scandalized ???manner and in a standardized format.

### 5.2.2. Microprocessor Unit and Cable

[0087]   As described previously, the monitoring apparatus of this invention may be provided with primary and secondary signal cables. **FIG. 1** illustrates primary signal cable **2** which carries signals from the primary sensor bands **4**, **5**, and **6**, and secondary sensor band **7**. This cable also has provision for carrying ECG signals, provided, for example, over leads **10** and **11**, and provision for signals from other sensors received at connector **15**. Further, secondary signal cable **16** may optionally carry signals from a number of other sensors arranged on the body.

[0088]   Signals gathered by the monitoring apparatus are received by microprocessor unit **3**. Unit **3** performs at least basic data entry and storage functions, and optionally performs alarm functions, communication functions, and power management functions. The unit may be built as an add-on to existing personal digital assistants (PDAs), cell phones, cell phone/PDA combinations, bidirectional pagers, especially those used for e-mail exchange, and other similar handheld devices. Also the unit may be a custom design including at least a microprocessor and associated components, and optionally signal processor circuits. Preferably, unit **3** has display screen **17** which is touch sensitive for data input by the monitored individual. Other user interface features may be provided, such as voice command recognition, voice or audible alarm output, attachable keyboard, and so forth. This unit may also optionally include wireless communication circuits. Also, although **FIG. 1** illustrated unit **3** as possibly hand-held, it may also be carried on an individual normal clothing, for example, on a belt, or may be placed in a pocket provided on garment **1**.

[0089]   A first data entry function is to receive and store information input by a monitored individual. For example, a monitored individual may enter major activities during the day along with any symptoms that might be observed.

[0090]   A second data entry and storage function, to receive and store digitized signals generated by the sensors of a monitoring apparatus of this invention, is closely linked with possible communication functions. Preferably, the

Appx953

10

present invention conforms to well known standards for "standard event recording" by advantageously and preferably storing all raw signal data, whether or not it is used only in summary form for health care personnel. Storing raw data in a central repository is encouraged by regulatory authorities, and is important in quality control of monitoring by the present invention. Further, health care personnel may from time-to-time wish to examine the raw data indicative of the physiological events occurring in the monitored individual, which is possible by accessing the central repository.

[0091] However, this raw data may be voluminous, even for a basic monitoring garment. Table I presents the data rates generated by the apparatus of **FIG. 1** wherein operation is with preferred sample precision and data rate for each sensor.

TABLE I

| Exemplary Data Rates | | | |
|---|---|---|---|
| Sensor | Bits per sample | Samples per second | Data rate (MB/hr) |
| Chest sensor band | 16 | 50 | 0.36 |
| Abdominal sensor band | 16 | 50 | 0.36 |
| Thoracic cardiac sensor band | 16 | 200 | 1.44 |
| Neck sensor band | 16 | 100 | 0.72 |
| Accelerometer | 8 | 10 | 0.04 |
| ECG | 12 | 200 | 1.08 |
| Pulse oximeter | 8 | 50 | 0.18 |
| Throat microphone | 8 | 10 | 0.04 |
| TOTAL | | | 4.22 (= 1.2 kbits/sec) |

[0092] Therefore, the present invention includes various tradeoffs for the storage or raw data, which depend primarily on available battery power and accessible wireless facilities. For example, if high bandwidth wireless data transfer, for example 64 kbits/sec or greater, is available throughout an individual's daily activities, currently (as of this application's filing date) an unusual possibility, then wireless transmission of all raw data would require an apparatus transmitter duty cycle of 2% or less, which may be acceptable in view of available device battery power and the cost of wireless access. On the other hand, wireless access currently available supports data transmission rates at best of 14.4 kbits/sec. At these rates the apparatus transmitter would have a virtually 100% duty cycle, which is likely to be an unacceptable power and wireless access cost.

[0093] Alternatively, data may be stored locally in microprocessor unit **3** and transmitted periodically only in bulk. For example, a commonly available 64 MB flash memory module may easily store raw data for 12 or more hours. A 128 MB module could hold 24 hours of data. A full flash memory module may be replaced and sent by overnight mail services to the central repository. Alternatively, the data may be sent by high-speed wired digital connection (e.g., DSL or cable modem to internet) directly to the central repository. Other removable memory technologies, for example, micro-hard-drives or micro ZIP drives, may also be used. In this embodiment, unit **3** may communicate wirelessly only important or significant physiological events, such as alarms recognized. This would be a much smaller amount of data easily transmitted currently in most locations.

[0094] Therefore, depending on available wireless data rates and access cost, on available apparatus battery power, and available removable memory capacities, the present invention includes microprocessor unit designs from wireless transmission of all raw data to a central repository to local storage of all raw data with periodic transmission. The latter embodiment is currently preferred for most locations.

[0095] A further data storage embodiment includes local, private wireless transmission of data from a microprocessor unit of a monitoring garment to a local receiver within a short distance, perhaps 10 to 1000 feet, of the individual being monitored. From the local receiver, the data may be stored at a local computer system, for example a PC-type computer, for periodic transmission to a central repository for access by health care providers. The periodic transmission may be via removable media a few times daily, as described above, or may be via standard or high speed access (DSL or cable modem) perhaps hourly. Alternatively, the central repository may be replaced by a local server PC-type computer accessed by health care providers. Although not changing transmitter duty cycles, local wireless transmission would eliminate access costs to public wireless facilities and may be of higher speed, and therefore, make wireless transmission of raw data a more attractive tradeoff. The embodiment would be appropriate for an individual ambulatory yet confined to a residence, or health care facility, or relatively small workplace. It may not be appropriate for individuals engaging in their normal daily activities.

[0096] In an alternative embodiment, the microprocessor may compress the signal data prior to storage. This compression may be implemented in software encoding an appropriate known compression technique. An exemplary technique is to subtract a base carrier frequency from each frequency datum so that recorded frequency data are offset to have a substantially zero average frequency. Further, each offset frequency datum may be recorded as a difference with respect to one or more previous offset frequency data. Periodically, the current carrier frequency and a offset frequency datum may be recorded to synchronize decompression software.

[0097] Next, microprocessor unit **3** may optionally recognize alarm conditions and generation alarm signals, which are in all cases audible but may also involve screen-display of visual information. Alarm conditions recognizable by a microprocessor unit of average capabilities are of two basic types. The first type is a discrete temporal event. For example, heart rate increases suddenly to dangerous levels, or paradoxical wall motion is observed, or breathing slows or ceases dangerously. The second type of alarm condition is a trend progressing over one to a few hours. For example, in a congestive heart failure patient, over two hours an increasing respiratory rate, perhaps coupled with sustained cardiac rate changes, may signal early the onset of pulmonary edema. Similar changes may be alarmed for individuals at high altitude to warn early of dangerous forms of mountain sickness. Other discrete and trends that are known to those of skill in the art may also be alarmed. Alternatively, more powerful microprocessor units may recognize more complex alarm conditions, perhaps by employing artificial techniques such as neural networks or rule-based systems.

[0098] Finally, power management is an important optional function which may be performed in the micropro-

21

11

cessor unit. Preferably, the various electronic modules and sensors that are included in a monitoring apparatus according to the present invention include power management facilities that provide reduced power consumption whenever a module or sensor is not in active use. For example, reduced power consumption may be commanded by control signals generated by the microprocessor unit. Additionally, battery power may be physically a part of unit **3**. Alternatively, a separate battery unit could be arranged, for example, in a pocket of garment **1**.

### 5.2.3. Further Monitoring Garment Embodiments

[0099]   Referring now to **FIGS. 2 and 3**, further embodiments of the non-invasive physiologic monitoring garment **30** comprise inductive plethysmographic sensors **20-25** which are embroidered, sewn, embedded, woven, printed onto or otherwise affixed to or carried on a garment **31** that is worn over and about the torso of an individual to be monitored. As shown in **FIGS. 2 and 3**, the garment may comprise a turtle-neck long-sleeved garment **31** including portions covering the pelvic region and upper thighs. Instead of the long-sleeved garment **31**, the garment in a further embodiment may comprise sleeveless shirt **31** a shown in **FIG. 4**, which does not include the sensors **25**. Furthermore, the garment may also be made without the leg portions shown in **FIG. 2**. Monitoring garment **30** further includes electrocardiographic electrode sensors **26** that may be sewn, embedded, or fixed with adhesive or the like to the inside of the rear face of the garment **31**. Alternatively, the electrocardiographic electrode sensors **26** may be directly affixed to the individual to be monitored. The garment **31** may be fastened snugly onto the body using fastening devices **32** such, for example, as velcro strips or ties **16** (see **FIGS. 2 and 3**). Alternatively, the garment may comprise a shirt without fastening devices as in **FIG. 4**. In this embodiment, the sensors **20-25** may include an elastic material portion for holding them in place on the individual's torso.

[0100]   Microprocessor unit **33** comprises, in one embodiment, an oscillator-demodulator (see below) unit for the inductive plethysmographic sensors **20-25**, and either has multiplex capabilities or takes the form of a similarity of separate oscillator modules tuned to respectively different frequencies for eliminating cross-talk between the various sensors **20-25**. Oscillator modules **20a-24a** may also be attached directly to respective inductive plethysmographic sensors **20-24** (see **FIG. 4**). Alternatively, the oscillator modules may be located directly in the microprocessor unit **33**. The microprocessor unit is shown attached to a side of the garment at the waist of the individual to be monitored; it may, however, alternately be attached or carried in any comfortable position or location on or about the body of the individual. As described above, microprocessor unit **33** comprises a recording/alarm unit which collects the monitored signals from the sensors **20-26**. Furthermore, microprocessor unit **33** includes a processor for, inter alia, determining alarm conditions and providing data logging functions. Microprocessor unit **33** may also include an output device **45** such, for example, as a sound system optionally with a visual display, for providing alarms and action recommendations to the individual and/or healthcare provider in a preferably area. In an embodiment, the sound system provides these alarms and action recommendations as plainspoken audible statements.

[0101]   In addition to a sound system that reproduces audible messages, the output device **45** may be a display unit such as a monitor screen that displays the messages. This alternative may for example be used when the individual to be monitored is deaf or hard of hearing, or where the message contains a great deal of information which may be difficult to comprehend or appreciate when merely listening to an audible message. Such a modification also requires an additional signal to be directed to the individual being monitored when a new message is present, since the individual may not be within a line of sight of the monitor screen of the microprocessor unit **33**. For this purpose, microprocessor unit **33** may include or activate a signaling device such as a illuminitable lamp for informing the individual being monitored that there is a new message. Since microprocessor unit **33** is mounted on the monitoring garment **30**, the signaling device may also when activated effect a vibration of the microprocessor unit **33** which will be felt by the individual being monitored.

[0102]   Microprocessor unit **33** may be built to include a Personal Digital Assistant (PDA) such as a HandSpring or Palm Pilot or any mobile device capable of wireless communication. In a preferred embodiment, electrodes **20-26** are wired to an electronic module which may be plugged into the microprocessor unit **33**. The module uses the processor of the microprocessor unit to perform monitoring, alarming and data logging functions. Furthermore, the monitored signals may be compared to default values to ensure that they are within an acceptable range. If the monitored signal exceeds or falls below the acceptable range of values, the alarm function alerts the individual.

[0103]   The microprocessor unit may further include input capabilities so that the individual can input information such as symptoms, activities, medications that have been taken, and mood. These input capabilities may be menu driven such that the individual merely selects from a list. Alternatively, the individual may input his symptoms by typing on a keyboard or writing on a touch sensitive screen.

[0104]   The microprocessor unit **33** may also be connected or linked to a receiving unit **34** located at a separate or remote site that is attended by health care providers for transmitting the data received from the monitoring garment **30**, and associated alarms and/or messages, to receiving unit **34** so that the health care providers at the remote site may view and analyze the data. Furthermore, the individual may then use the input capabilities to inform the health care professional regarding the symptoms, activities, medications, and mood. The transmission to the remote site may be made via a modem, Internet connection, satellite hookup, cable, or any other communication system or arrangement, such a standard wireless telephone networks. The connection between microprocessor unit **33** and receiving unit **34** may also allow health care providers at the remote site to return information to the microprocessor unit **33**. For example, the health care providers may wish to provide specific instructions to the individual being monitored. In addition, the PDA may log the data received from the monitoring garment **30** to a local or remote database for tracking the condition of the individual and for comparison to other individuals. This enables continued modification and refinement of the diagnostic algorithm in the module or the

22

microprocessor unit 33 and transmission of action recommendations from the receiving unit 34 to the microprocessor unit.

[0105]  The monitoring garment 30 or 30*a* may transmit data to the receiving unit at a rate ranging from approximately 1-1000 points/second (depending on the available sensors). Optionally, a one minute trend numerical value reduced from data processed waveforms is transmitted every five to ten minutes in which case the monitoring garment may transmit data at the rate ranging from approximately 1-1000 points/second only when an adverse or preprogrammed event occurs to thereby conserve the batteries powering the microprocessor unit 33 on the monitoring garment.

[0106]  The structure and operative functionality of the individual sensors 20-26 will now be explained in further detail. A neck inductive plethysmographic sensor 24 is sewn, embroidered, or embedded, for example, to the area of garment 31 or 31*a*. Sensor 24 monitors jugular venous pulse, carotid arterial pulse, intrapleural pressure swings related to respiration, contraction of neck muscles, and swallowing deflections. Estimations of the central venous pressure from the data collected by sensor 24 compares well to values simultaneously recorded using intravascular catheters. Since the jugular venous pulse depicts an 'a' wave related to atrial contraction, which is a substitute for the 'P' wave of the electrocardiogram, data from sensor 24 may aid in differentiating arrythmias and supraventricular tachycardia with aberrant ventricular conduction from ventricular tachycardia. The recording of the arterial pulse in conjunction with an electrocardiograph allows computation of the systolic time intervals which may be used for estimating the mechanical function of the left ventricle. Sensor 24 may also record swallowing deflections as sharp, transient waveforms superimposed upon slower respiratory deflections and vascular pulses.

[0107]  An abdominal plethysmographic sensor 20 and a rib cage plethysmographic sensor 21 are sewn, embroidered, or embedded, for example, in the abdominal and rib cage portions of garment 31 or 31*a* for monitoring the expansion and contraction of the abdomen and rib cage, respectively. Sensors 20 and 21, used together, are referred to as a respiratory inductive plethysmograph and are employed for recording breathing patterns.

[0108]  A thoracic inductive plethysmograph sensor 22 is sewn, embroidered, or embedded, for example, into garment 31 or 31*a* around the xiphoid process region. Sensor 22 may be formed of one or more plethysmographic coil-type sensors and operatively monitors the beat by beat ventricular volume during breath holding and during slow breathing. Analysis of the resulting waveforms by the microprocessor unit recording/alarm unit 40 enables computation of changes in cardiac output and stroke volume and of parameters related to systolic and diastolic functions. Analysis of a derivative of the ventricular waveforms yields parameters analogous to Echo-Doppler measurements of the mitral valve. The deceleration time of the mitral flow velocity parameter can provide an estimate of pulmonary capillary wedge pressure in individuals with compromised left ventricular function. Longer deceleration times are consistent with normal and shorter times with elevated pulmonary capillary wedge pressures.

[0109]  Two hemithoracic inductive plethysmographic sensors 23 are sewn, embroidered, or embedded, for example, into garment 31 or 31*a* on the right and left sides of the upper thorax. These sensors 23 enable measurement of inequalities in regional expansion with breathing and paradoxical motion between the two hemithoraces. Such inequalities suggest pleural effusion, diaphragmatic hemiparesis, or pneumothorax and may aid in diagnosis of certain clinical circumstances.

[0110]  Limb inductive plethysmographic sensors 25 are sewn, embroidered, or embedded, for example, at the elbow and wrist areas of the garment 31. Sensors 25 record vascular pulses over the vessels of the limb or extremity about which it is placed. Sensors 25 may be used to record peripheral blood flow using standard plethysmographic occlusion techniques, pulse transit time by using a pair of separated sensors 25 on the extremity, or pulse transit time from arterial pulse in the neck to the extremity. Sensors 25 may also provide wide-band external pulse recording of systematic blood pressure during cuff deflation.

[0111]  The preferred embodiment of monitoring garment 30 further includes electrocardiogram (ECG) electrode sensors 26 (FIG. 3). As stated above, the ECG electrode sensor may be mounted on the monitoring garment 30 or, alternatively, may be directly applied to the individuals body and connected to the PDA 33 via a wire.

[0112]  The combination of RR intervals of the ECG measurements from sensors 26 and the tidal breath waveform from the respiratory inductive plethysmographic sensors 20 and 21 as described above may be used to determine respiratory sinus arrhythmia which is a measure of autonomic nervous system function. High values of this measure signify predominant parasympathetic nervous system activity and low values predominant sympathetic nervous system activity.

[0113]  A body position sensor 27 may also be sewn, embroidered, or embedded, for example, in garment 31 or 31*a* to indicate the individual's posture. Body position sensor 27 may comprise one or more standard available accelerometers.

[0114]  Finally, pulse oximeter sensor 28 (FIG. 3) may also be used in conjunction with the monitoring garment 30 or 30*a*. Pulse oximeter sensor 28 is generally placed at a distal fingertip of the individual or subject to measure arterial oxygen saturation and body movements. Although pulse oximeter 28 need not be carried on or as a direct component of the monitoring garment 30, detected information from oximeter 28 may be treated in a manner similar to data from sensors 20-26 by microprocessor unit 33. True values of arterial oxygen saturation are thereby distinguishable from values affected by motion artifacts using appropriate software algorithms.

[0115]  The recording/alarm functions of the microprocessor unit 33 operatively provides, by way of illustrative example, the following functionality:

[0116]  (1) messages assuring proper functioning of the monitor, such for example, as "system operating properly";

[0117]  (2) messages concerning actions to be taken in the event of malfunction, such, for example, as

Appx956

"system not operating properly, make sure the disk is inserted properly", or "system malfunction, contact the equipment manufacturer" (the name and address may also be supplied);

[0118]  (3) messages concerning correct or incorrect placement and detachment of sensors **20-26** and their lead wires;

[0119]  (4) messages relating to vital signs information, significance, and actions to be taken by the individual in response thereto;

[0120]  (5) periodic messages concerning the stability of vital signs at preselected intervals or upon request of the individual or health care provider for assurance purposes, such for example, as "it is now 1 OAM and there has been no change in the vital signs";

[0121]  (6) messages relating to specialized physiologic parameters information, significance, and recommended actions in response thereto;

[0122]  (7) directions including instructions entered by an attending health care provider, and

[0123]  (8) reminders directing the individual to take medications (the recording unit may log compliance by monitoring when the individual swallows if the medication is to be taken orally, or monitoring breathing patterns if the medication is to be taken in aerosol form).

[0124]  In addition to providing such messages, the recording/alarm function may monitor the individual for effectiveness and proper functioning of assisted ventilatory and continuous positive air pressure (CPAP) devices. The recording/alarm function also logs data into a database as physiologic waveforms for one-minute numerical trends which may be transmitted to the remote receiving unit **34** automatically or upon receipt of a request for review by the provider at the remote receiving unit **34**.

[0125]  Instead of concurrently collecting data from all of the sensors and detectors of the monitoring garment **30** or **30a** the types of physiologic parameters to be monitored may be limited as a function of the specific condition of the individual. Furthermore, garment **31** may comprise any combination of sleeves, turtle neck, and leggings as required by the specific condition of the individual. For example, if an individual has asthma, pertinent parameters such as respiratory drive/ventilation (peak inspiratory flow/ventilation and/or peak inspiratory acceleration/ventilation) should be monitored closely as non-invasive parameters of increasing bronchospasm above a predetermined threshold. This measure will be utilized to provide directions to the monitored individual via output device **45**, such for example, as "you have signs of bronchospasm; please take your aerosol medication now!" If aerosol medication is taken correctly and the proper breath holding pattern is observed by the microprocessor unit **33**, then output device may state, "aerosol taken, good!" If after 30 minutes, there is no improvement or there is a worsening of specific measures and/or vital signs, the microprocessor unit **33** may state, "call your doctor immediately!" or "get transportation and go immediately to the emergency room."

[0126]  As another specific example, if the individual has chronic heart failure, then the deceleration time from the derivative of the left ventricular volume curve obtained with the thoracocardiograph, the central venous pressure and respiratory sinus arrhythmia should be closely monitored. The deceleration time has been found to be the most predictive parameter that hospital admission is needed for treatment of chronic heart failure. In one study, values below 125 msec were the threshold associated with required hospital admission. Thresholds may be programmed into microprocessor unit **33** that instructions are delivered to the individual being monitored before the 125 msec level is reached. For example, if the baseline deceleration time of 160 msec falls to 140 msec, then microprocessor unit **33** may state, "take an additional diuretic tablet today at 5 PM." If the deceleration time falls to 120 msec, the microprocessor unit may state, "call your physician immediately." Central venous pressure reflects fluid balance in the body; low values indicate hypovolemia as might take place with over-dosing with diuretics, and high values with increasing severity of heart failure. Thus, if CVP on one day is 8 cm $H_2O$ and the following day is 4 cm $H_2O$, the microprocessor unit might state "call your doctor immediately for advice on your medications."

[0127]  With regard to the monitoring of medicine taking compliance, the desired times of day for taking medications are programmed into microprocessor unit **33**. At appropriate times, the unit may state "take one capsule of #1—or one capsule of verapamil now!" Microprocessor unit **33** may also include input devices such as, for example, a bar code reader or other reader so that when the individual takes out a medication vial with a bar code, information from the bar code is passed to the optional bar code reader. Alternately, the individual may enter information on the medications using a manual input device such as, for example, a keyboard or a simple array of buttons as stated above. By clicking or pressing one of the buttons, the individual being monitored manually updates the recording/alarm device to indicate compliance with the scheduled medicine. As mentioned above, when the individual takes medication, swallows may be logged from the neck inductive plethysmograph waveform, thereby suggesting compliance. After the taking of medication, the individual may pass the vial over the optical reader or activate a switch to create window timing marks in the data stream that can be analyzed and stored in microprocessor unit **33** and/or receiving unit **34**.

[0128]  The physiologic parameters may also be programmed for monitoring effectiveness based upon CPAP or BiPAP ventilatory requirements. Nocturnal CPAP or BiPAP are often used for treatment of the obstructive sleep apnea syndrome, which is marked by apneas and increases in upper airway inspiratory resistance. The ratio of peak inspiratory flow to mean inspiratory flow (PIF/MIF), derived from the tidal volume waveform of the respiratory inductive plethysmograph **20** and **21**, provides a numerical value for the shape of the inspiratory flow curve. An unobstructed inspiratory flow contour has a sinusoidal shape and the value of this parameter, PIF/MIF, is/2=1.57. As an inspiratory obstruction develops, the inspiratory flow waveform becomes flattened and approaches a PIF/MIF value of 1.0. Significant flattening begins with a threshold value at or below 1.3. In some instances, inspiratory obstruction is marked by a brief prominent spike near beginning inspiration that gives PIF/MIF values of approximately 1.85 or

14

greater. Therefore, optimum CPAP should provide values ranging from 1.3 to 1.85. If PIF/MF is found to be equivalent to 1.2 for a predetermined period of time, then the recording/alarm unit may deliver a message to the individual or to the personal health care provider, with increasing decibels of sound until the problem is corrected, stating "increase CPAP 3 cm water pressure now". Algorithms have been described for automatic adjustment of the level of CPAP pressure based upon indices related to the shape of the inspiratory flow curve.

[0129]  Since CPAP is generally administered using a nasal mask, it is subject to leaks, particularly at the mask-skin interface. Leaks can be discerned by the recording/alarm unit 34 by comparing the tidal volumes between the values delivered from the CPAP apparatus and those received by the individual. The latter is obtained with respiratory inductive plethysmography using the sensors 20 and 21. For example, if the inspiratory volume per breath from respiratory inductive plethysmography sensors 20 and 21 was found to be 200 ml and the volume delivered by the CPAP device is 500 ml, then a leak in the CPAP system of 300 ml is indicated and the recording/alarm unit may state "wake up and adjust your mask, it is leaking." Mask leaks are also a problem in administering ventilatory support to individuals with respiratory failure or respiratory muscle weakness. Monitoring of volumes delivered versus volumes received is effective in diagnosing such leaks.

### 5.2.4. Further Electronics Embodiments

[0130]  The present invention includes several possible distributions of electronic circuitry between electronic modules carried on garment 1, which are associated with sensors on this garment, and unit 3. FIG. 5 illustrates options for the physical distribution of circuitry, primarily circuitry for processing inductive plethysmographic signals. Here, as before garment 1 includes inductive plethysmographic sensor bands 4, 5, and 6 which are connected to microprocessor unit 3 by primary signal cable 2. Also present at ECG leads 10 and 11 along with a third lead 47 arranged underneath garment 1. Together these leads collect signals representative of a standard 3-lead ECG.

[0131]  FIG. 5 principally illustrates electronic modules 42, 43, and 44 connected as at 45, to the flexible conductors in the sensor bands, and physically close to the sensors. When the garment is zippered, or otherwise fastened, these modules may support connectors for bridging the conductive loops across the garment division. These modules are disposed underneath flap 18, which is here illustrated as opened, for example when a monitored individual is in the process of "wiring-up" during dressing (or undressing). This flap may be held normally closed by, for example, velcro strips. Also illustrated is fastener 41 (partially hidden by the extension of signal cable 2), such as a zipper, which facilitates dressing by opening the garment. Also facilitating dressing, flexible inductive plethysmographic conductors may plug and unplug into the local modules. Alternatively, for simplicity, the ECG leads may be permanently attached, or they may also plug and unplug from the modules.

[0132]  The local electronics modules optionally contain circuitry for initial processing of the inductive plethysmographic signals, while circuitry for final processing is carried in unit 3. These modules may also contain initial processing

circuitry for other sensors. For example, modules 42 and 43 may contain ECG circuitry, perhaps simply analog pre-amplification and filtering or perhaps also A/D conversion.

[0133]  Preferably, these electronics modules are permanently attached to the signal cable to minimize the number of parts to be handled during wiring up. Alternatively, these modules may be retained in pockets in the monitoring garment, and plugged and unplugged from the signal cable during wiring up.

[0134]  Next, FIGS. 6 and 7 illustrate possible functional distributions of electronic circuitry for processing the plethysmographic signals. With respect to FIGS. 6A-C, the functions of the osc (oscillator) block(s), the demod (demodulator) block(s) and the microp (microprocessor) block are substantially the same and will be described once with respect to FIG. 6A. First illustrated are three conductive loops coupled to a single or to individual oscillators. The oscillators are LC oscillators with a frequency responsive to variations in the loop inductance, and may be of any type known in the art. They preferably are of very low drift due to temperature and other compensations.

[0135]  Preferably, the loops are coupled to the oscillator(s) through an impedance step-up transformer which steps-up the loop impedance so that reasonable values of capacitor C (for example, greater than 1,000 pf) may be used leading to stable oscillator function. The impedance step-up also multiplies loop-inductance variations leading to a greater signal range. Further, the transformer provides an uninterrupted loop circuit isolated from the powered electronic circuitry. This isolation improves individual safety. Loop isolation is also improved by slightly offsetting the resonant frequency of each loop, for example, by 10 to 50 kHz. Finally, it has been found important that the total loop resistance by low, no more than approximately 1 Ω, to achieve a high Q factor.

[0136]  The demod blocks demodulate the variable frequency oscillator signal in the sense that they measure the frequency and provide digital data to the microp block. Their function is further described with reference to FIG. 7.

[0137]  The microp block includes a microprocessor programmed to perform, inter alia, the functions described above including the basic data entry, storage, and communication function. This block may be based on a commercially available PDA-like device, or may be custom designed. In either case, it will be understood to include a microprocessor and supporting components, typically including RAM and ROM memory, a display interface, user input-output interfaces, a communications interface or an interface to removable media, and so forth. The memories will be loaded with programs translated from any convenient programming language.

[0138]  In view of this general description, FIG. 6A illustrates an embodiment with a single instance of all functional blocks switched between and shared by the three inductive plethysmographic loops. Here, local modules 42, 43, and 44 would include little more than connectors from the conductive loops for bridging any division in the garment and to signal leads to the electronic functional blocks housed in unit 3. As discussed, the entire path between and including the conductive loops and the step-up transformer in the osc block preferably has a resistance of less than 1 Ω. Therefore, the switch SW is preferably a low resistance controllable

25

15

switch for analog radio-frequency signals. Such a switch is currently available from Dallas Semiconductor/Maxim. Where such a switch is available a low cost, **FIG. 6A** is a more preferred embodiment. Further, the conductors from the conductive loops to unit **3** should have a substantially small, fixed inductance to avoid adding artifacts to the inductance signals of interest. Preferably, these conductors are from small gauge coaxial cable.

[0139]    Next, **FIG. 6B** illustrates an embodiment in which single demod and microp blocks are shared between three inductive plethysmographic loops, each loop having a dedicated oscillator. Preferably, the oscillators have digitized variable frequency output (e.g., a variable frequency square wave), and switch SW may be a standard controllable digital switch. Here, local modules include the osc blocks. **FIG. 6B** is a preferred embodiment.

[0140]    Finally, **FIG. 6C** illustrates a third embodiment in which only the microp block is shared and in which the local modules include both the osc and the demod blocks. This is the currently less preferred embodiment, but may be more advantageous where the osc and demod blocks can be implemented on a single mixed-type integrated circuit (IC).

[0141]    The operation of the demod block is not described in more detail with reference to **FIG. 7**, in which portions of the embodiment of **FIG. 6B** is illustrated in more detail. In general, the demod block is a frequency counter which samples a digitized variable frequency input of from 200 to 400 kHz, and produces a digital frequency output accurate to at least 10 ppm (more preferably to 5 ppm, and even more preferably to 1 ppm). The output is preferably 24 bits or more. While any such frequency counter may be used in the present invention, **FIG. 7** illustrates a particular such counter that can be economically implemented as a single programmed logic array IC.

[0142]    **FIG. 7** illustrates only two inductive plethysmographic loops, each with a dedicated osc block, OSC **1** and OSC **2**, respectively. The digitized oscillator output is sampled by controllable switch SW and directed to the demod block components. Also input to the demod block is a 96 MHz clock signal. Other, preferably higher clock frequencies may be used, 96 MHz being merely a convenient frequency less that the about 120 MHz which the 80 ns logic in the current implementation is capable. The clock signal is divided to a 2 kHz clock by FREQ DIV block, which is first applied through an oscillator select block (OSC SEL) to control switch SW to sequentially sample the switched osc blocks for 0.5 ms (≈½ kHz). The 2 kHz clock provides for a convenient sampling period, other sampling clock rates could be used. The microprocessor (MICRO-PROC) is also interrupted (IRQ lead) at the 2 kHz clock rate to accept the output digital data through a bus buffer and multiplexer (BUS MUX BUFFER), calculate the frequency from the accepted data, and optionally average two or more successive frequence measurements to determine frequencies in sample periods that are multiples of 0.5 ms, such as 2.5 ms. Finally, the 2 kHz clock is applied to counter, accumulator, and latch components (at the latch and reset, R, inputs) of the demod block to reset this circuitry for the next period of frequency measurement.

[0143]    Generally, the circuit of **FIG. 7** operates by counting the number of 96 MHz clock pulses that occur in the number of oscillator periods that occur in a particular 0.5 ms

sampling interval (or sampling interval of other length). The components in oval **60** count the oscillator periods in a sampling interval. The OSC CNT block is an 8 bit digital counter that counts the 200-400 kHz oscillator periods in the sampling interval, this count being latched into the OSC CNT LATCH and the counter reset every 0.5 ms. This eight bit count is supplied to the microprocessor through the BUS MUX BUFFER. Next, the components in oval **61** count the number of 96 MHz clock periods that occur in the counted number of oscillator periods. The TIMER CNT block is a 16 bit digital counter that counts clock periods. Since this count is latched into the TIMER CNT ACCUM block only on the occurrence of oscillator pulses applied to this block by lead **62**, this accumulator block only contains counts of clock pulses within completed oscillator periods. At the end of a sampling period, the 16 bit count is latched into the TIMER LATCH, the counters are reset, and the 16 bit count is made available to the microprocessor through the BUS MUX BUFFER.

[0144]    One of skill in the art will appreciate other equivalent circuit arrangements that are capable of obtaining these counts. In particular, not illustrated in **FIG. 7** is hold circuitry, which prevents any activity for the first few (2-4) oscillator periods. This permits both accurate starting of the clock count as well as provides for circuit stabilization.

[0145]    Finally, the MICRO-PROC divides the 8 bit oscillator period count by the 16 bit clock period count to obtain a 24 bit measured oscillator frequency. Note that it is oscillator period (the inverse of frequency) which varies directly with changes in cross sectional area as measured by the inductive loop.

[0146]    Thus the demod block of **FIG. 7** has a random error of one-half of a 96 MHz clock period, or 5.2 ns, during every 0.5 ms sampling interval. This is a less than 10 ppm error that may be reduced by averaging; for example, averaging for 2.5 ms results in a less than approximately 2 ppm error. Thus the demod block of **FIG. 7** achieves the accuracy required for inductive plethysmography. On the other hand, if the demod merely counted the number of oscillator cycles within a 0.5 ms sampling interval, then the random error would be one-half of an approximately 300 kHz period, or 1.67 $\mu$s every 0.5 ms, of about 3300 ppm. Such inaccuracies would totally hide both respiratory and cardiac inductive plethysmographic signals, which at most have an amplitude to 1000 ppm.

### 5.3. Systems and Methods

[0147]    **FIG. 10** illustrates overall methods of operation of a system according to the present invention incorporating a monitoring apparatus according to the present invention. Here, monitored individual **80** is illustrated as wearing a monitoring garment and holding (for data entry) a microprocessor unit (collectively, monitoring apparatus) according to preferred embodiments of the present invention.

[0148]    The microprocessor unit may generate information and alarms directly to the monitored individual. Preferably, all data collected by the monitoring apparatus, including all raw data, is stored at a repository. Central repository **91**, which is usually remote from the monitored individual, may store the date from many monitored individuals in server-type computer systems **86** equipped with database facilities. Monitored individuals may transmit data either by means of

26

removable storage media **81***a* (such as a flash memory module) or by wireless transmission **81***b*, or by both means for different quantities and types of data.

[0149] Alternatively or additionally, data may be stored at local repository **92** after transmission by local wireless transmission **82**. Removable media may also be used locally. In this case, the monitored individual's activities are usually restricted so that a substantial fraction of days are spent within a few hundred to a few thousand feet of the local repository. The local repository may be a PC-type computer with adequate storage, preferably hard disks of at least 10 GB capacity. Further the local repository may transmit **83** stored data periodically to central repository **91** (if present).

[0150] Users of this system include monitored individual **80**, who enters data on, e.g., activities and symptoms into the microprocessor unit, and may receive medical reminders or alarms warning of conditions needing attention. Another type of user may be local health care professionals **85**. These users may receive patient information (and transmit patient information and instructions) through local repository system **84**. Local professionals may also receive information **93** from central health care professionals **90** by several means, such as telephone, e-mail, pager, and so forth. This information may provide patient status summaries or specific diagnostic and therapeutic guidance to the local professionals System users associated with the central repository include one or more central professionals **90**, who advantageously access the system through local computers or terminals **89** in communication with server system **86**. The central professionals oversee the medical status of all monitored individuals whose data is stored at that central repository. To assist these professionals the servers systems may be provided with display programs designed to conveniently survey the monitored population, and also with diagnostic or therapeutic programs which provide specific medical guidance perhaps by employing artificial intelligence techniques.

[0151] Also, monitoring users **88** are associated with central repository **91**, which they access by local computers or terminals **87**. These users oversee the technical operations of the monitoring apparatus of the monitored population, the operation of system computers and communications, and processing programs and resolve any problems. Monitoring users may also provide assistance to other system users in response to messages by telephone, e-mail, or other means. Further, monitoring users may perform important quality control functions by overseeing the substantive function of the system of this invention. Quality control may include ensuring that the system correctly monitors physiological parameters, correctly displays and interprets monitored parameters to the various system users, and is in compliance with all regulatory requirements and guidance.

[0152] Finally, all system components incorporate security measures sufficient to meet mandated and preferable privacy requirements. These measures may include user authentication and data encryption as is known in the art.

### 5.4. Additional Embodiments

[0153] Many additional embodiments will be apparent to one of skill in the art; come of which are described here.

[0154] Additional Inductive Plethysmographic Sensors

[0155] Additional plethysmographic sensors may be incorporated in the monitoring apparatus of this invention.

First, the data gathered by existing sensors can be augmented with additional sensors. For example, by adding one or more thoracic sensor bands superior to the already described cardiac band positioned at the level of the xiphoid process further information about cardiac function may be obtained.

[0156] Further, additional bands may provide new types of information. A sensor of a lower-abdominal cross-sectional area may be used to detect uterine contractions indicating the onset of labor in a pregnant female. Also, such a lower abdominal sensor may detect the present of intestinal gas and flatus.

[0157] An inductive plethysmographic sensor of a mid-abdominal cross-section, may monitor general intestinal activity. For example, absence of cross-sectional area variations may indicate a "silent abdomen," which is often a surgical emergency. Such monitoring may be advantageous in patients recovering from abdominal surgery.

[0158] Further, particular monitoring tasks may require higher accuracies or rates, or may permit reduced accuracies or rates. Appropriate accuracies and rates may be easily determined by one of skill in the art in view of the monitoring task and the associated circuitry may be modified. For example, higher accuracies may be achieved by a demodulator circuit with higher clock frequencies or longer sampling intervals.

[0159] Generally, a garment may be "prescribed" for an individual according to his medical condition. Such a prescribed garment would have more or fewer sensors so that only signals bearing on physiological parameters of interest are obtained and stored.

[0160] A Multi-band Garment

[0161] A shirt-like garment may be constructed with a larger number of inductive plethysmographic sensor bands, for example, 10, or 20, or 30, or more bands, which are substantially uniformly distributed long the vertical axis of the torso. Signals from these bands may be multiplexed into a smaller number of local electronic modules, which communicate with a microprocessor unit (or computer system) sufficiently capable to handle the increased data rate.

[0162] This larger number of signals may have several uses. First, they may be used for research in developing sensor bands for detecting additional physiologic parameters, or for detecting current parameters with increased reliability for individual difficult to monitor because of activity or body habitus. Second, the can be used in selecting a cut and arrangement of a monitoring garment for particular individuals. An individual may wear a multi-band garment for a short time, and the associated processing unit may determine which bands are best at detecting desired physiological parameters. A final garment may then be tailored with a cut, fit, and sensor band location best suited for that individual. This may replace garments fit to be adequate for a range of individuals, though ideal perhaps few or none. Third, a multi-band garment may be worn for regular monitoring, the few actual bands from which data is stored and communicated being selected in real time by the associated microprocessor unit as those with the best signals.

27

[0163] Wireless Transmission Within a Single Monitoring Apparatus

[0164] With the advance of radio frequency (RF) circuitry and protocols, it may be advantageous to replace at least the primary signal cable by wireless transmission between the inductive plethysmographic sensors and the microprocessor unit. Optionally, all data cables may be eliminated. This is advantageous to simplify use of the monitoring apparatus, with the monitoring garment, for a monitored individual.

[0165] FIGS. 8A-B illustrate two principal (and exemplary) embodiments for such local wireless transmission. In these figures, the osc, demod, and microp blocks have the similar meanings to these blocks in FIGS. 6A-C. The xmtr block is a RF transmitter; the rcvr block is an RF receiver; and arrows **70** represent wireless transmission between the xmtr and the rcvr between the monitoring garment and its microprocessor unit. Preferably, the transmissions are of very low power in an un-licensed band, for example, the bands near 900 MHz or 2.4 Ghz. For actual implementation, it is preferable that the xmtr and rcvr locks be implemented at least of single ICs, if not in a higher form of integration embedded in other ICs.

[0166] In the embodiment of **FIG. 8A**, the digitized, 200-400 kHz output of the oscillators is transmitted from the modules associated with the plethysmographic sensors to the microprocessor unit. In order that variations in frequency by adequately demodulated, it is advantageous for a carrier-type timing signal be transmitted so that the xmtr and rcvr may be in phase lock. Circuitry similar to that used in portable phones may be employed.

[0167] In the embodiment of **FIG. 8B**, 8 and 16 bit digital words are transmitted from the sensors. Such digital transmission is advantageously by means of evolving standards and products for local digital transmission, such as the standard being developed by the Bluetooth consortium. In this embodiment, it may be advantageous to divide the microprocessor functions between a simple microprocessor, microp1, associated with each sensor, and a "central" microprocessor, microp2, in the microprocessor unit. Microp1 may losslessly compress the digital data to reduce wireless data rates and power requirement; microp2 then decompresses the received data. Compression may be as simple as subtraction of the oscillator 200-400 kHz base frequency along with the transmission of runs of successive differences. Other compression techniques may be used.

[0168] Multiplexing of the RF transmission may be by frequency division, time division, or other multiplexing means known in the art.

[0169] Other division of the electronic function may be combined with local wireless transmission.

[0170] In summary, while there have been shown and described and pointed out fundamental novel features of the invention as applied to a preferred embodiment thereof, it will be understood that various omissions and substitutions and changes in the form and details of the devices illustrated, and in their operation, may be made by those skilled in the art without departing from the spirit of the invention. For example, it is expressly intended that all combinations of those elements and/or method steps which perform substantially the same function in substantially the same way to achieve the same results are within the scope of the inven-

tion. Moreover, it should be recognized that structures and/or elements and/or method steps shown and/or described in connection with any disclosed form or embodiment of the invention may be incorporated in any other disclosed or described or suggested form or embodiment as a general matter of design choice. It is the intention, therefore, to be limited only as indicated by the scope of the claims appended hereto.

[0171] The invention described and claimed herein is not to be limited in scope by the preferred embodiments herein disclosed, since these embodiments are intended as illustrations of several aspects of the invention. Any equivalent embodiments are intended to be within the scope of this invention. Indeed, various modifications of the invention in addition to those shown and described herein will become apparent to those skilled in the art from the foregoing description. Such modifications are also intended to fall within the scope of the appended claims.

[0172] A number of references are cited herein, the entire disclosures of which are incorporated herein, in their entirety, by reference for all purposes. Further, none of these references, regardless of how characterized above, is admitted as prior to the invention of the subject matter claimed herein.

What is claimed is:

1. A monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising:

   a monitoring garment comprising a shirt for the torso of the individual to be monitored,

   one or more inductive plethysmographic (IP) sensors, each IP sensor comprising an inductance sensor including at least one conductive loop arranged to closely encircle the torso, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop,

   a cardiac cycle sensor for generating signals responsive to occurrence of cardiac ventricular contractions,

   a signal cable for carrying signals from said sensors, and

   a microprocessor unit comprising a microprocessor for receiving signals from said signal cable and for recording digital data derived from all received signals in a removable computer-readable memory media.

2. The apparatus of claim 1 wherein said cardiac cycle sensor comprises at least one electrocardiogram (ECG) electrode attached to said individual to be monitored.

3. The apparatus of claim 1 wherein said cardiac cycle sensor comprises at least one IP sensor closely fitting about the neck of said individual to be monitored, wherein signals the inductance of the IP sensor is responsive to cardiac ventricular contractions because the cross-sectional area of the neck is responsive to carotid artery pulsations generated by cardiac ventricular contractions and the inductance of the IP sensor is responsive to the cross-sectional area of the neck.

4. The apparatus of claim 1 wherein the computer-readable medium comprises a magnetic disk.

5. The apparatus of claim 1 wherein the computer-readable medium comprises a flash memory module.

6. The apparatus of claim 5 wherein the flash memory module has a capacity of 64 MB or more.

Appx961

**7**. The apparatus of claim 1

wherein said monitoring garment further comprises a band for the neck of the individual to be monitored,

wherein said IP sensors comprise a neck inductive plethysmographic sensor operatively arranged for generating signals responsive to jugular venous pulse, carotid arterial pulse, respiration-related intra-pleural pressure changes, contraction of neck muscles, and swallowing deflections, and

wherein the signal cable further comprises an attachment to the conductive loop of the neck IP sensor.

**8**. The apparatus of claim 1 wherein said IP sensors comprise at least one abdominal IP sensor including one or more conductive loops and at least one rib cage IP sensor including one or more conductive loops operatively arranged for measuring breathing patterns of the patient.

**9**. The apparatus of claim 1 wherein said IP sensors comprise at least one thoracic IP sensor including one or more conductive loops operatively arranged for measuring ventricular stroke volume.

**10**. The apparatus of claim 1 wherein said IP sensors comprise at least one lower abdominal IP sensor operatively arranged for measuring intra-lower-abdominal contractions and dilations.

**11**. The apparatus of claim 1 wherein said IP sensors comprise one or two hemithoracic IP sensors operatively arranged for measuring breathing and paradoxical motion between two hemithoraces of the patient.

**12**. The apparatus of claim 1 further comprising one or more further sensors attached to the signal cable and selected from a group comprising a body position sensor for indicating a posture of the individual, a pulse oximeter for indicating arterial oxygenation saturation, and a throat microphone for indicating talking and snoring.

**13**. The apparatus of claim 12 further comprising at least two body position sensors, a first body position sensor mounted on said garment and a second body position sensor mounted elsewhere on the individual.

**14**. The apparatus of claim 1 wherein said IP inductive plethysmographic sensors are attached to said garment as an integral part of said garment via an attachment consisting of one of sewing, embroidering, embedding, weaving and printing said inductive plethysmographic sensor into said garment.

**15**. The apparatus of claim 1 wherein said microprocessor unit further comprises an audio device for generating audio indications to the individual being monitored.

**16**. The apparatus of claim 1 wherein said microprocessor unit further comprises a display unit for displaying viewable messages to the individual being monitored.

**17**. The apparatus of claim 1 wherein said microprocessor unit further comprises an input unit for the individual being monitored to input information or commands to said microprocessor unit.

**18**. The apparatus of claim 1 wherein said microprocessor unit further comprises a memory accessible to the microprocessor, and wherein the memory comprises encoded software instructions for causing the microprocessor to read input data and to write output data derived from the input data in the removable computer-readable memory media.

**19**. The apparatus of claim 18 wherein the memory further comprises encoded software instructions for causing the microprocessor to determine significant physiological

events in the individual being monitored and to indicate audibly determined significant events to the individual.

**20**. The apparatus of claim 19 wherein the microprocessor unit comprises components for wirelessly transmitting determined events.

**21**. The apparatus of claim 18 wherein the memory further comprises encoded software instructions for causing the microprocessor to determine significant temporal physiological trends in the individual being monitored and to indicate audibly determined significant trends to the individual.

**22**. The apparatus of claim 21 wherein the microprocessor unit comprises components for wirelessly transmitting determined significant trends.

**23**. The apparatus of claim 18 wherein the memory further comprises encoded software instructions for causing the microprocessor to compress data before writing to the removable computer-readable memory media.

**24**. The apparatus of claim 1 wherein the microprocessor unit further comprises circuitry for deriving digital data from non-digital data received from the signal cable.

**25**. The apparatus of claim 1 wherein said monitoring apparatus further comprises circuitry for generating a variable-frequency signal from each IP sensor, the generated frequency being responsive to the inductance of the conductive loop of the IP sensor, and wherein the microprocessor unit further comprises circuitry for deriving digital data from the generated variable-frequency signals, the digital data comprising encoding of the variable frequency of the signals with errors of 100 ppm or less.

**26**. A monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising:

a monitoring garment comprising a shirt for the torso of the individual to be monitored,

one or more inductive plethysmographic (IP) sensors, each IP sensor comprising

(i) a longitudinal band of elastic material attached to said garment for closely encircling the torso,

(ii) an inductance sensor including at least one flexible conductive loop attached to the longitudinal band, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop, and

(iii) a tightening device for adjusting circumferential tightness of the IP sensor to substantially prevent longitudinal movement of the IP sensor along the torso, and

a microprocessor unit comprising a microprocessor for receiving signals from said IP sensors and for recording digital data derived from all received signals in a removable computer-readable memory media.

**27**. The apparatus of claim 26 wherein longitudinal motion of each IP sensor is substantially prevented when the physiological parameters indicated by the inductance of the conductive loop of the sensor do not measurably change.

**28**. The apparatus of claim 26 wherein the monitoring garment comprises excess fabric arranged to permit longitudinal stretching of the torso without applying force to the IP sensors sufficient to cause substantial longitudinal motion.

**Appx962**

**29**. The apparatus of claim 28 wherein longitudinal motion of each IP sensor is substantial if physiological parameters indicated by the inductance of the conductive loop of the sensor change as the monitoring garment is worn by the individual.

**30**. The apparatus of claim 26 wherein the monitoring garment comprises fabric with sufficient longitudinal elasticity to permit longitudinal stretching of the torso without applying force to the IP sensors sufficient to cause substantial longitudinal motion.

**31**. The apparatus of claim 26 wherein the tightening device comprises a cinch band and a gripping device for releasably gripping excess cinch band under tension.

**32**. The apparatus of claim 26 wherein the tightening device comprises a drawstring.

**33**. The apparatus of claim 26 further comprising a cardiac timing sensor for generating signals responsive to cardiac ventricular contractions, and wherein said microprocessor unit further records digital data derived from signals received from said cardiac timing sensor.

**34**. The apparatus of claim 26 further comprising a signal cable for carrying signals from said sensors to said microprocessor unit.

**35**. A monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising:

a monitoring garment comprising a shirt for the torso of the individual to be monitored and a longitudinal fastener for opening and closing the shirt,

one or more inductive plethysmographic (IP) sensors, each IP sensor comprising an inductance sensor including at least one flexible conductive loop arranged to closely encircle the torso, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop,

a cardiac timing sensor for generating signals responsive to occurrence of cardiac ventricular contractions,

a signal cable for carrying signals from said sensors comprising at least one module, wherein the module is coupled to and electrically completes the conductive loops of the IP sensors, wherein termini of the conductive loops may be uncoupled from module, and

wherein the module comprises circuitry for generating signals responsive to the IP sensors, and a microprocessor unit comprising a microprocessor for receiving signals from said signal cable and for recording digital data derived from all received signals in a removable computer-readable memory media.

**36**. The apparatus of claim 35 wherein at least one IP sensor further comprises a tightening device for adjusting circumferential tightness of the IP sensor to substantially prevent longitudinal movement of the IP sensor along the torso, and wherein the tightening device can be arranged not to impede unfastening of the shirt.

**37**. The apparatus of claim 35 wherein the conductive loops of the IP sensors and the module further comprise mating connectors so that the conductive loops may be connected and disconnected from the module.

**38**. The apparatus of claim 35 wherein the signals generated by the module in response to each IP sensor comprise digital data encoding the frequency of an oscillator respon-

sive to the inductance of the conductive loop of the IP sensor, the frequency being encoded with errors of 100 ppm or less.

**39**. The apparatus of claim 38 wherein errors of frequency encoding are 10 ppm or less.

**40**. The apparatus of claim 35 wherein the signals generated by the module in response to each IP sensor comprise signals of variable frequency, the frequency being responsive to the inductance of the conductive loop of the IP sensor.

**41**. The apparatus of claim 40 wherein the microprocessor unit further comprises circuitry for deriving digital data from the variable-frequency signals generated from each IP sensor, the digital data comprising encoding of the variable frequency of the signals with errors of 100 ppm or less.

**42**. The apparatus of claim 41 wherein the microprocessor unit further comprises multiplex circuitry for permitting single deriving circuitry to derive digital data from a plurality of variable-frequency signals.

**43**. A monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising:

a monitoring garment comprising a shirt for the torso of the individual to be monitored,

one or more inductive plethysmographic (IP) sensors, each IP sensor comprising an inductance sensor including at least one flexible conductive loop arranged to closely encircle the torso, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop,

a cardiac timing sensor for generating signals responsive to occurrence of cardiac ventricular contractions,

a signal cable for carrying signals directly from the conductive loops of said IP sensors and for carrying signals from said sensor,

electronic circuitry comprising (i) a multiplexing switch for connecting the conductive loop of any one of the IP sensors to an oscillator, the oscillator having an oscillation frequency responsive to the inductance of the conductive loop connected by the multiplexing switch, and (ii) a demodulator operatively coupled to the oscillator and outputting digital data responsive to the oscillation frequency, and

a microprocessor unit comprising a microprocessor for receiving signals from said signal cable and for receiving digital data from said electronic circuitry and for recording digital data from received inputs in a removable computer-readable memory media.

**44**. The apparatus of claim 43 wherein the digital data responsive to the oscillation frequency has errors of 100 ppm or less.

**45**. The apparatus of claim 43 wherein the digital data responsive to the oscillation frequency has errors of 10 ppm or less.

**46**. The apparatus of claim 43 wherein said electronic circuitry is housed in said microprocessor unit.

**47**. The apparatus of claim 43 wherein the resistance of the data signal cables and the multiplexing switch from the conductive loop of any IP sensor to the oscillator is less than 1 Ω.

**48**. The apparatus of claim 43 wherein the multiplexing switch is controlled so that oscillator is periodically con-

Appx963

nected to the conductive loop of each IP sensor for the duration of a sampling period.

**49**. The apparatus of claim 48 wherein the sampling period is 1 msec or less.

**50**. The apparatus of claim 48 wherein the digital data output by the demodulator comprises digital data encoding a count of a number cycles of the oscillator occurring within a sampling period and digital data encoding a count of a number of periods of a clock occurring within the counted oscillator cycles.

**51**. The apparatus of claim 50 wherein said microprocessor unit further comprises a memory accessible to the microprocessor, and wherein the memory comprises encoded software instructions for causing the microprocessor to determine the actual oscillator frequency by dividing the count of the number of oscillator cycles by the count of the number of clock periods.

**52**. The apparatus of claim 51 wherein the memory further comprises software instructions for causing the microprocessor to determine an more accurate frequency by combining the counts of a plurality of sampling periods.

**53**. A monitoring apparatus for non-invasively monitoring physiological parameters of an individual comprising:

a monitoring garment comprising a shirt for the torso of the individual to be monitored,

a plurality of sensors, said sensors comprising

(i) one or more inductive plethysmographic (IP) sensors, each IP sensor comprising an inductance sensor including at least one flexible conductive loop arranged to closely encircle the torso, wherein the inductance of the conductive loop is responsive to the cross-sectional area of the torso enclosed by the loop,

wherein at least one sensor comprises a transmitter for wirelessly transmitting signals generated by the sensor within the vicinity of said physiological monitoring apparatus,

a microprocessor unit comprising (i) a receiver for receiving signals wirelessly transmitted from said sensors, and (ii) a microprocessor for accepting the received signals and for recording digital data derived from the received signals in a removable computer-readable memory media.

**54**. The apparatus of claim 53 wherein at least one sensor generates output signals in a digital form, and wherein the transmitter transmits the generated digital signals.

**55**. The apparatus of claim 54 wherein the transmitter and the receiver conform to the Bluetooth standard.

**56**. The apparatus of claim 53 wherein at least one sensor generates variable-frequency analog output signals, and wherein the transmitter output is modulated by generated variable-frequency analog signal.

**57**. The apparatus of claim 53 wherein all sensors comprise a transmitter for wirelessly transmitting signals generated by the sensor within the vicinity of said physiological monitoring apparatus.

**58**. The apparatus of claim 53 further comprising a signal cable, wherein the output of at least one sensor is carried to said microprocessor unit by a signal cable, and wherein said microprocessor records digital data derived from signals carried by said signal cable.

**59**. The apparatus of claim 53 wherein said sensors further comprise a cardiac timing sensor for generating signals responsive to occurrence of cardiac ventricular contractions.

**60**. A system for the non-invasive physiological monitoring of physiological parameters of at least one individual comprising:

at least one physiological monitoring apparatus comprising a monitoring garment worn on the torso of an individual being monitored, wherein the monitoring apparatus stores in a digital form in a removable computer-readable memory media data, wherein the data is by sensors comprising generated from (i) one or more inductive plethysmographic (IP) sensors flexibly attached to the monitoring garment, and (ii) a cardiac timing sensor for generating signals responsive to cardiac ventricular contractions, and

a data repository for reading data from the removable computer-readable memory media that has been recorded by said physiological monitoring apparatus and for storing read data in a data archive, said data repository being remotely located from said physiological monitoring apparatus.

**61**. The system of claim 60 wherein said physiological monitoring apparatus further transmits data wirelessly, and wherein said data repository further receives data wirelessly that has been transmitted by said physiological monitoring apparatus, and then stores the received data.

**62**. The system of claim 61 wherein said physiological monitoring apparatus further comprises a microprocessor for processing the generated data for determining physiological events and alarms, and wherein the data wirelessly transmitted comprises the determined physiological events and alarms.

**63**. The system of claim 61 further comprising a local data repository co-located with said physiological monitoring apparatus, wherein the local data repository receives data wirelessly transmitted by said physiological monitoring apparatus and stores received data in a local data archive, and wherein the local data repository comprises display terminals for making stored data available to local health care professionals.

**64**. The system of claim 60 wherein said data repository further comprises display terminals for making stored data available to health care professionals and to users monitoring the operation of said system.

**65**. The system of claim 60 further comprising a plurality of physiological monitoring apparatus, each apparatus for monitoring a different individual, and wherein said data repository reads data from removable computer-readable memory media recorded by said plurality of physiological monitoring apparatus.

**67**. A computer readable medium comprising data recorded in digital form, wherein the recorded digital data comprises data responsive with errors of 100 ppm or less to the frequency of an oscillator connected to at least one conductive loop of at least one inductive plethysmographic sensor.

\* \* \* \* \*

**Appx964**



US 20030163287A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2003/0163287 A1

Vock et al. (43) **Pub. Date:** **Aug. 28, 2003**

(54) **MOVEMENT AND EVENT SYSTEMS AND ASSOCIATED METHODS RELATED APPLICATIONS**

(76) Inventors: **Curtis A. Vock**, Boulder, CO (US);
**Adrian F. Larkin**, Essex (GB); **Robert Muir Holme**, Boulder, CO (US); **Burl W. Amsbury**, Boulder, CO (US); **Eric R. Edstrom**, Colorado Springs, CO (US); **Perry Youngs**, Longmont, CO (US); **Paul Jonjak**, Lafayette, CO (US)

Correspondence Address:
**LATHROP & GAGE LC**
**4845 PEARL EAST CIRCLE**
**SUITE 300**
**BOULDER, CO 80301 (US)**

(21) Appl. No.: **10/297,270**

(22) PCT Filed: **Dec. 17, 2001**

(86) PCT No.: **PCT/US01/51620**

Related U.S. Application Data

(60) Provisional application No. 60/256,069, filed on Dec. 15, 2000.

Publication Classification

(51) Int. Cl.$^7$ .................................................. G06F 17/40
(52) U.S. Cl. ......................................................... 702/187

(57) **ABSTRACT**

The invention provides a smart sensor (**10**) in the form of an adhesive bandage (**32**). The sensor (**12**) sticks to people and objects and wirelessly communicates with remote receivers (**24**). Internal detectors (**12**) sense conditions associated with movement or the environment of the sensor. Typically, sensors of the invention communicate by an RF transmitter or transceiver (**16**). Groups of sensors may be combined within a common canister that imparts date and time information and "power on" when dispensed.



APPLE 1018

**Appx965**



Fig.1



Fig.1A



FIG.2



FIG.2A



FIG.2B



FIG.2C



FIG.2D

3



**FIG.2E**



**FIG.3**



**FIG.3A**

4



FIG.3B



FIG.3C



FIG.3D



FIG.3E



FIG.3F

FIG.3G



FIG.4



FIG.4A

6



FIG.5

FIG.5A



FIG.6

7



FIG.7

FIG.7A

FIG.7B

8

Patent Application Publication    Aug. 28, 2003   Sheet 8 of 50      US 2003/0163287 A1



FIG.8



FIG.8A

9



MAGNITUDE OF REPRESENTATIVE IMPACT

FIG.8B



FIG.8C

10



FIG.9



FIG.10

FIG.10A

12



FIG.10B

FIG.10C

13



FIG.10D



FIG. 10E

FIG. 10F

Patent Application Publication    Aug. 28, 2003    Sheet 15 of 50    US 2003/0163287 A1



FIG. 10G



FIG. 10H



FIG. 10I

16



FIG. 11



FIG. 12





FIG.14



FIG.14A



FIG.15

FIG.16



FIG. 17



FIG. 18



FIG. 19

23



FIG.20

FIG.21

FIG.22



FIG.23



FIG.24

FIG.25

25



FIG.26



FIG.27



FIG.28



FIG.29

28



FIG.30



FIG.31



FIG.32

FIG. 33



FIG. 34



FIG. 35



440

FIG. 36



31

FIG. 37



FIG. 38



Patent Application Publication    Aug. 28, 2003    Sheet 32 of 50    US 2003/0163287 A1



FIG.39



FIG.40

33



FIG.41

FIG.42

FIG. 43



FIG. 44





FIG.45

FIG.46

FIG.47

36

FIG. 48



FIG. 49



FIG. 50



FIG. 51



FIG. 52

FIG. 53



FIG. 54



Appx1004

FIG. 55



Appx1005



FIG.56

FIG.57



FIG.58



FIG.59

43

Appx1007



FIG.60



FIG.61



FIG.62

44



FIG.63

FIG.64



1144    1142    1140    1146    FIG.65



1152    1150    1146    1140'    FIG.66

46



**FIG. 67**

Cell Phone 1302
- Indicator 1302b
- Network Transceiver 1302a

1300

Car Keys 1304
- Indicator 1304b
- Network Transceiver 1304a

Wallet/Purse 1306
- Indicator 1306b
- Network Transceiver 1306a

Digital Watch 1309
- Indicator 1309b
- Network Transceiver 1309a

Computer 1310
- Indicator 1302b
- Network Transceiver 1310a

1320

Personal Data Assistant 1308
- Indicator 1308b
- Network Transceiver 1308a

**FIG. 68**

1321

Personal Computer 1312

Representative Network transceiver 1316a

Transceiver Controller 1314

47

**FIG. 69**

Transceiver 1340a

Bluetooth Microchip 1324a

Transmitter or Transponder 1324b

GPS receiver 1322

Antenna 1326

LED or LCD Data Interface 1340b

User interface 1340c

Real time clock 1330

Cookie Memory 1340d

48

**Appx1012**

FIG. 70



FIG. 71



**FIG. 72**



FIG. 73

1600



1

# MOVEMENT AND EVENT SYSTEMS AND ASSOCIATED METHODS RELATED APPLICATIONS

## RELATED APPLICATIONS

[0001]   This application claims priority to the following six U.S. provisional applications, each of which is expressly incorporated herein by reference: U.S. Provisional Application No. 60/256,069, filed Dec. 15, 2000; U.S. Provisional Application No. 60/257,386, filed Dec. 22, 2000; U.S. Provisional Application No. 60/259,271, filed Dec. 29, 2000; U.S. Provisional Application No. 60/261,359, filed Jan. 13, 2001; U.S. Provisional Application No. 60/285,032, filed Apr. 19, 2001; and U.S. Application No. 60/323,601, filed Sep. 20, 2001.

## FIELD OF THE INVENTION

[0002]   The invention relates to sensing systems monitoring applications in sports, shipping, training, medicine, fitness, wellness and industrial production. The invention specifically relates to sensing and reporting events associated with movement, environmental factors such as temperature, health functions, fitness effects, and changing conditions.

## BACKGROUND

[0003]   The movement of objects and persons occurs continuously but is hardly quantified. Rather, typically only the result of the movement is known (i.e., object X moved from point A to point B; or, person Y ran to the store). Advances in technology have provided some quantification of movement. For example, GPS products now assist in determining the location of golf carts, vehicles and persons.

[0004]   However, the detail of movement, minute to minute, second to second, is still not generally determinable in the prior art. For example, the movement of tangible objects typically involves (a) the shipment or carrying of goods and (b) electromechanical or motorized apparatus (e.g., planes, trains, automobiles, robots). The exact movements of such objects, and the conditions that they are subjected to, from point to point, are only qualitatively known. By way of example, a package is moved from location to location through delivery services like FEDERAL EXPRESS or UPS; however what occurred during transportation, and what transpired to the package, is anyone's guess. Occasionally, an object within the package is broken, indicating that the package experienced excessive abuse; but whose fault it is, or how or when it happened, are not known. What environments the package experienced is also not readily known.

[0005]   The movement of persons, on the other hand, typically involves human-powered transportation, e.g., facilitated by biking, a wheelchair, or a motorized vehicle, e.g., a car. Body movement involved in transportation is subjected to many forces, some of which are dangerous. But the prior art does not provide for this knowledge; there is no effective way, currently, to efficiently quantify human movement. In sports, physical fitness, and training, precise information about movement would assist in many ways. By way of example, how effective a hand strike is in karate or boxing is, today, only qualitatively known. Quantitative feedback would be beneficial.

[0006]   It is, accordingly, one feature of the invention to provide systems and methods addressing the afore-mentioned difficulties. A further feature of the invention is to provide methods and devices to quantify movement in a number of applications. Another feature of the invention is to monitor and report meaningful environment information such as temperature and humidity. These and other features will be apparent in the description that follows.

## SUMMARY OF THE INVENTION

[0007]   Movement Monitoring Devices

[0008]   In one aspect, the invention provides a movement monitor device ("MMD") including an adhesive strip, a processor, a detector, and a communications port. In another aspect, two or more of the processor, port and detector are combined in a single application specific integrated circuit ("ASIC"). In one aspect the detector is an accelerometer, and preferably an accelerometer embedded into silicon within the ASIC. In other aspects, the detector is one of a strain gauge, force-sensing resistor, and piezoelectric strip. In still another aspect, the MMD includes a battery. In the preferred aspect of the invention, the MMD and battery are packaged in a protective wrapper. Preferably, the battery is packaged with the MMD in such a way that it does not "power" the MMD until the wrapper is removed. Preferably, the MMD includes a real time clock so that the MMD tags "events" (as hereinafter defined) with time and/or date information.

[0009]   In yet another aspect, the MMD with adhesive strip collectively take a form similar to an adhesive bandage. More particularly, the adhesive strip of the invention is preferably like or similar to the adhesive of the adhesive bandage; and the processor (or protective wrapper) is embedded with the strip much the way the cotton is with the adhesive bandage. Preferably, a soft material (e.g., cotton or cloth) is included to surround the processor so as to (a) soften contact of rigid MMD components with a person and/or (b) protect the processor (and/or other components of the MMD). In still another aspect, the battery is also coupled with the soft material. In still another aspect, the processor and other elements of the MMD are combined into a single system-on-chip integrated circuit. A protective cover may surround the chip to protect the MMD from breakage.

[0010]   In one aspect, one MMD of the invention takes a form similar to a smart label, with an adhesive substantially disposed with the label, e.g., on one side of the label. The adhesive strip of this MMD includes all or part of the back of the label with adhesive or glue permitting attachment of the label to other objects (or to a person).

[0011]   In still another aspect, the MMD of the invention takes the form of a rigid monolithic that attaches to objects through one of known techniques. In this aspect, the device has a processor, communications port, and detector. A battery is typically included with the MMD. The MMD is attached to objects or persons by one of several techniques, including by glue or mechanical attachment (e.g., a pin or clip). An MMD of this aspect can for example exist in the form of a credit card, wherein the communications port is either a contact transponder or a contactless transponder. The MMD of one aspect includes a magnetic element that facilitates easily attaching the MMD to metal objects.

[0012]   In operation, the MMD of the invention is typically interrogated by an interrogation device ("ID"). The MMD is

52

responsive to the ID to communicate information within the MMD and, preferably, over secure communications protocols. By way of example, one MMD of the invention releases internal data only to an ID with the correct passwords and/or data protocols. The ID can take many forms, including a cell phone or other electronic device (e.g., a MP3 player, pager, watch, or PDA) providing communications with the MMD transmitter

[0013]   However, in another aspect, the MMD communicates externally to a remote receiver ("RR"). The RR listens for data from the MMD and collects that data for subsequent relay or use. In one aspect, the MMD's communications port is a one-way transmitter. Preferably, the MMD communicates data from the MMD to the RR either (a) upon the occurrence of an "event" or (b) in repeated time intervals, e.g., once every ten minutes. Alternatively, the MMD's communication port is a transceiver that handshakes with the RR to communicate data from the MMD to the RR. Accordingly, the MMD responds to data requests from the RR, in this aspect. In still another aspect, the RR radiates the MMD with transponder frequencies; and the MMD "reflects" movement data to the RR.

[0014]   Accordingly, the communications port of one aspect is a transponder responsive to one or more frequencies to relay data back to an ID. By way of example, these frequencies can be one of 125 kHz and 13.56 MHz, the frequencies common with "contactless" RFID tags known in the art. In other aspects, communications frequencies are used with emission power and frequencies that fall within the permissible "unlicensed" emission spectrum of part 15 of FCC regulations, Title 47 of the Code of Federal Regulations. In particular, one desirable feature of the invention is to emit low power, to conserve battery power and to facilitate use of the MMD in various environments; and therefore an ID is placed close to the MMD to read the data. In other words, in one aspect, wireless communications from the MMD to the ID occurs over a short distance of a fraction of an inch to no more than a few feet. By way of example, as described herein, one ID of the invention takes the form of a cell phone, which communicates with the MMD via one or more secure communications techniques. Data acquired from the MMD is then communicated through cellular networks, if desired, to relay MMD data to end-users.

[0015]   Or, in another aspect, the ID has a larger antenna to pick up weak transmission signals from a MMD at further distances separation.

[0016]   In another aspect, the communications port is an infrared communications port. Such a port, in one aspect, communicates with the cell phone in secure communication protocols. In other aspects, an ID communicates with the infrared port to obtain the data within the MMD.

[0017]   In yet another aspect, the communications port includes a transceiver. The MMD listens for interrogating signals from the RR and, in turn, relays movement "event" data from the MMD to the RR. Alternatively, the MMD relays movement "event" data at set time intervals or when the MMD accumulates data close to an internal storage limit. In one aspect, thereby, the MMD include internal memory; and the MMD stores one or more "event" data, preferably with time-tag information, in the memory. When the memory is nearly full, the MMD transmits the stored data wirelessly to a RR. Alternatively, stored data is transmitted

to an IR when interrogated. In a third alternative, the MMD transmits stored data at set intervals, e.g., once per ½ hour or once per hour, to relay stored data to a RR. Other transmission protocols can be used without departing from the scope of the invention.

[0018]   In still another aspect, data from the MMD is relayed to an ID through "contact" communication between the ID and the communications port. In one aspect, the MMD includes a small conductive plate (e.g., a gold plate) that contacts with the ID to facilitate data transfer. Smart cards from the manufacturer GEMPLUS may be used in such aspects of the invention.

[0019]   In one aspect, the MMD includes a printed circuit board "PCB". A battery—e.g., a 2032 or 1025 Lithium coin cell—is also included, in another aspect of the invention. To make the device small, the PCB preferably has multilayers—and two of the internal layers have a substantial area of conducting material forming two terminals for the battery. Specifically, the PCB is pried apart at one edge, between the terminals, and the battery is inserted within the PCB making contact and providing voltage to the device. This advantageously removes then need for a separate and weighty battery holder.

[0020]   In another aspect, the PCB has first and second terminals on either side of the PCB, and a first side of the battery couples to the first terminal, while a clip connects the second side of the battery to the second terminal, making the powered connection. This aspect advantageously removes the need for a separate and weighty battery holder.

[0021]   In still another aspect, a terminal is imprinted on one side of the PCB, and a first side of the battery couples to that terminal. A conductive force terminal connects to the PCB and the second side of the battery, forming a circuit between the battery and the PCB.

[0022]   By way of background for transponder technology, the following U.S. patents are incorporated herein by reference: U.S. Pat. No. 6,091,342 and U.S. Pat. No. 5,541,604.

[0023]   By way of background for smart card and smart tag technology, the following U.S. patents are incorporated herein by reference: U.S. Pat. No. 6,151,647; U.S. Pat. No. 5,901,303. U.S. Pat. No. 5,767,503; U.S. Pat. No. 5,690,773; U.S. Pat. No. 5,671,525; U.S. Pat. No. 6,043,747; U.S. Pat. No. 5,977,877; and U.S. Pat. No. 5,745,037.

[0024]   By way of background for adhesive bandages, the following U.S. patents are incorporated herein by reference: U.S. Pat. No. 5,045,035; U.S. Pat. No. 5,947,917; U.S. Pat. No. 5,633,070; U.S. Pat. No. 4,812,541; and U.S. Pat. No. 3,612,265.

[0025]   By way of background for pressure and altitude sensing, the following U.S. patents are incorporated herein by reference: U.S. Pat. No. 5,178,016; U.S. Pat. No. 4,317,126; U.S. Pat. No. 4,813,272; U.S. Pat. No. 4,911,016; U.S. Pat. No. 4,694,694; U.S. Pat. No. 4,911,016; U.S. Pat. No. 3,958,459.

[0026]   By way of background for rotation sensors, the following U.S. Patents are incorporated herein by reference: U.S. Pat. No. 5,442,221; U.S. Pat. No. 6,089,098; and U.S. Pat. No. 5,339,699. Magnetorestrictive elements are further discussed in the following patents, also incorporated herein by reference: U.S. Pat. No. 5,983,724 and U.S. Pat. No. 5,621,316.

3

[0027] In accord with one aspect of the invention, the communications port is one of a transponder (including a smart tag or RFID tag), transceiver, or one-way transmitter. In other aspects, data from the MMD is communicated off-board (i.e., away from the MMD) by one of several techniques, including: streaming the data continuously off-board to get a real-time signature of data experienced by the MMD; transmission triggered by the occurrence of an "event" as defined herein; transmission triggered by interrogation, such as interrogation by an ID with a transponder; transmission staggered in "bursts" or "batches," such as when internal storage memory is full; and transmission at predetermined intervals of time, such as every minute or hour.

[0028] In one preferred aspect of the invention, the above-described MMDs are packaged like an adhesive bandage. Specifically, in one aspect, one or more protective strips rest over the adhesive portion of the device so as to protect the adhesive until the protective strips are removed. The strips are substantially stick-free so that they are easily removed from the adhesive prior to use. In another aspect, a "wrapper" is used to surround the MMD; the wrapper for example similar to wrappers of adhesive bandages. In accord with one preferred aspect, the battery electrically couples with the electronics of the MMD when the wrapper is opened and/or when the protective strips are removed. In this way, the MMD can be "single use" with the battery energizing the electronics only when the MMD is opened and applied to an object or person; the battery power being conserved prior to use by a decoupling element associated with the wrapper or protective strips. Those skilled in the art should appreciate that other techniques can be used without departing from the scope of the invention.

[0029] The MMDs of the invention are preferably used to detect movement "metrics," including one or more of air-time, speed, power, impact, drop distance, jarring and spin. WO9854581A2 is incorporated herein by reference as background to measuring speed, drop distance, jarring, impact and airtime. U.S. Pat. Nos. 6,157,898, 6,151,563, 6,148,271 and 6,073,086, relating to spin and speed measurement, are incorporated herein by reference. In one aspect, the detector and processor of the MMD collectively detect and determine "airtime," such as set forth in U.S. Pat. No. 5,960,380, incorporated herein by reference. By way of example, one detector is an accelerometer, and the processor analyzes acceleration data from the accelerometer as a spectrum of information and then detects the absence of acceleration data (typically in one or more frequency bands of the spectrum of information) to determine airtime. In another aspect, the detector and processor of the MMD collectively detect and determine drop distance. By way of example, one drop distance detector is a pressure sensor, and the processor analyzes data from the pressure sensor to determine changes in pressure indicating altitude variations (a) over a preselected time interval, (b) between a maximum and minimum altitude to assess overall vertical travel, and/or (c) between local minimums and maximums to determine jump distance. By way of a further example, a drop distance detector is an accelerometer, and the processor analyzes data from the accelerometer to determine distance, or changes in distance, in a direction perpendicular to ground, or perpendicular to forward movement, to determine drop distance.

[0030] In one preferred aspect, the accelerometer has "free fall" capability (e g., with near zero hertz detection) to determine drop distance (or other metrics described herein) based, at least on part, on free fall physics. This aspect is for example useful in detecting dropping events of packages in shipment.

[0031] In another aspect, the detector and processor of the MMD collectively detect and determine spin. By way of example, one detector is a magnetorestrictive element ("MRE"), and the processor analyzes data from the MRE to determine spin (rotation per second, number of degrees, and/or degrees per second) based upon the MME's rotation through the earth's magnetic fields. By way of a further example, another detector is a rotational accelerometer, and the processor analyzes data from the rotational accelerometer to determine spin. In another aspect, the detector and processor of the MMD collectively detect and determine jarring, power and/or impact. By way of example, one detector is an accelerometer, and the processor analyzes data from the accelerometer to determine the jarring, impact and/or power. As used herein, jarring is a function a higher power of velocity in a direction approximately perpendicular to forward movement (typically in a direction perpendicular to ground, a road, or a floor). As used herein, power is an integral of filtered (and preferably rectified) acceleration over some preselected time interval, typically greater than about ½ second. As used herein, impact is an integral of filtered (and preferably rectified) acceleration over a time interval less than about ½ second. Impact is often defined as immediately following an "airtime" event (i.e., the "thump" of a landing).

[0032] In one aspect, the MMD continuously relays a movement metric by continuous transmission of data from the detector to a RR. In this way, a MMD attached to a person may beneficially track movement, in real time, of that person by recombination of the movement metrics at a remote computer. In one aspect, multiple MMDs attached to a person quantify movement of a plurality of body parts or movements, for example to assist in athletic training (e.g., for boxing or karate). In another aspect, multiple MMDs attached to an object quantify movement of a plurality of object parts or movements, for example to monitor or assess different components or sensitive parts of an object. For example, multiple MMDs can be attached to an expensive medical device to monitor various critical components during shipment; when the device arrives at the customer, these MMDs are interrogated to determine whether any of the critical components experienced undesirable conditions— e.g., a high impact or temperature or humidity.

[0033] By way of background for moisture sensing, the following U.S. patents are incorporated herein by reference: U.S. Pat. No. 5,486,815; U.S. Pat. No. 5,546,974; and U.S. Pat. No. 6,078,056.

[0034] By way of background for humidity sensing, the following U.S. patents are incorporated herein by reference: U.S. Pat. No. 5,608,374; U.S. Pat. No. 5,546,974; and U.S. Pat. No. 6,078,056.

[0035] By way of background for temperature sensing, the following U.S. patents are incorporated herein by reference: U.S. Pat. No. 6,074,089; U.S. Pat. No. 4,210,024; U.S. Pat. No. 4,516,865; U.S. Pat. No. 5,088,836; and U.S. Pat. No. 4,955,980.

54

[0036] In accord with further aspects of the invention, the MMD measures one or more of the following environmental metrics: temperature, humidity, moisture, altitude and pressure. These environmental metrics are combined into the MMD with a detector that facilitates the monitoring of movement metrics such as described above. For temperature, the detector of one aspect is a temperature sensor such as a thermocouple or thermister. For altitude, the detector of one aspect is an altimeter. For pressure, the detector of one aspect is a pressure sensor such as a surface mount semiconductor element made by SENSYM.

[0037] In accord with one aspect, a MMD monitors one or more movement metrics for "events," where data is acquired that exceeds some predetermined threshold or value. By way of example, in one aspect the detector is a triaxial accelerometer and the processor coupled to the accelerometer seeks to determine impact events that exceed a threshold, in any or all of three axes. In another aspect, a single axis accelerometer is used as the detector and a single axis is monitored for an impact event. In another example, the detector and processor collectively monitor and detect spin events, where for example it is determined that the device rotated more than 360 degrees in ½ second or less (an exemplary "event" threshold). In still another aspect, the detector is a force detector and the processor and detector collectively determine a change of weight of an object resting on the MMD over some preselected time period. In one specific object, the invention provides for a MMD to monitor human weight to report that weight, on demand, to individuals. Preferably, such a MMD is in a shoe.

[0038] In one aspect, the movement metric of rotation is measured by a MMD with a Hall effect detector. Specifically, one aspect of the Hall effect detector with a MMD of the invention monitors when the MMD is inverted. In one other aspect, the Hall effect detector is used with the processor to determine when an object is inverted or rotated through about 180 degrees. An "event" detected by this aspect can for example be one or more inversions of the MMD of about 180 degrees.

[0039] In still another aspect, the MMD has a MRE as the detector, and the MMD measures spin or rotation experienced by the MRE.

[0040] In one aspect, a plurality of MMDs are collated and packaged in a single container, preferably similar to the cans or boxes containing adhesive bandages. Preferably, in another aspect, MMDs of the invention are similarly programmed within the container. By way of example, one container carries 100 MMDs that each respond to an event of "10 g's." In another example, another container carries 200 MMDs that respond to an event of "100 g's." Packages of MMDs can be in any suitable number N greater than or equal to two; typically however MMDs are packaged together in groups of 50, 100, 150, 200, 250, 500 or 1000. A variety pack of MMDs are also provided, in another aspect, for example containing ten 5 g MMDs, ten 10 g MMDs, ten 15 g MMDs, ten 20 g MMDs, ten 25 g MMDs, ten 30 g MMDs, ten 35 g MMDs, ten 40 g MMDs, ten 45 g MMDs, and ten 50 g MMDs. Another variety package can for example include groups of MMDs spaced at 1 g or 10 g intervals.

[0041] In one preferred aspect, the MMD of the invention includes internal memory. Preferably the memory is within

the processor or ASIC. Event data is stored in the memory, in accord with one aspect, until transmitted off-board. In this way, the MMD monitors and stores event data (e.g., an "event" occurrence where the MMD experiences 10' gs). Preferably, the event data is time tagged with data from a real-time clock; and thus a real time clock is included with the MMD (or made integral with the processor or ASIC). A crystal or other clocking mechanism may also be used.

[0042] In one aspect, the MMD is programmed with a time at the initial time of use (i.e., when the device is powered). In one other aspect, the MMD is packaged with power so that real time clock data is available when the product is used. In this aspect, therefore, a container of MMDs will typically have a "stale" date when the MMD's battery power is no longer usable. In one aspect, the MMD has a replaceable battery port so that a user can replace the battery.

[0043] The invention has certain advantages. A MMD of the invention can practically attach to almost anything to obtain movement information. By way of example, a MMD of the invention can attach to furniture to monitor shipping of furniture. If the furniture were dropped, an impact event occurs and is recorded within the MMD, or transmitted wirelessly, with an associated time tag. When the furniture is damaged prior to delivery, a reader (e.g., an ID) reads the MMD to determine when the damage occurred—leading to the responsible party who may then have to pay for the damage. In a further example, if furniture is rated to "10 g's", a MMD (programmed and enabled to detect 10 g events) is attached to the furniture before leaving the factory, so that any 10 g event before delivery is recorded and time-stamped, again leading to a responsible party. Similarly, in other aspects, devices of the invention are attached to packages (e.g., FED EX or UPS shipments) to monitor handling. By way of example, fragile objects may be rated to 5 g; and an appropriately programmed MMD of the invention is attached to the shipment to record and time-tag 5 g events. In another aspect, fragile objects that should be maintained at a particular orientation (i.e., packages shipped within "This Side Up" instructions) are monitored by a MMD detecting inversions of about 180 degrees, such as through a Hall Effect detector.

[0044] In one aspect, the MMD includes a tamper proof detector that ensures the MMD is not removed or tampered with once applied to an object or person, until an authorized person removes the MMD. In one aspect the tamper proof detector is a piezoelectric strip coupled into or with the adhesive strip. Once the MMD is powered and applied to an object or person, a quiescent period ensues and the MMD continually monitors the tamper proof detector (in addition to the event detector) to record tampering activity. In the case of the piezoelectric strip, removal of the MMD from a person or object after the quiescent period provides a relatively large voltage spike, indicating removal. That spike is recorded and time stamped. If there are more than one such records (i.e., one record represents the final removal), then tampering may have occurred. Since date and time are tagged with the event data, the tamper time is determined, leading to identify the tampering person (i.e., the person responsible for the object when the tamper time was tagged).

[0045] In one aspect, the invention provides an ID in the form of a cell phone. Nearly one in three Americans use a cell phone. According to the teachings of the invention, data

5

movement "metrics" are read from a MMD through the cell phone. Preferably, data communicated from the MMD to the cell phone is made only through secure communications protocols so that only authorized cell phones can access the MMD. In one specific aspect, MMD events are communicated to a cell phone or cellular network, and from that point are relayed to persons or additional computer networks for use at a remote location.

[0046] Miniature tension or compression load cells are used in certain aspects of the invention. By way of example, a MMD incorporating such cells are used in measuring and monitoring tension and/or compression between about fifty grams and 1000 lbs, depending upon the application. In one aspect, the MMD generates a warning signal when the load cell exceeds a preselected threshold.

[0047] In accord with the invention, several advantages are apparent. The following lists some of the non-limiting movement events monitored and captured by select MMDs of the invention, in accord to varied aspects of the invention:

[0048] impact or "g's" experienced by the MMD that exceed a predetermined threshold, e.g., 10 or 50 g's

[0049] accumulated or integrated rectified acceleration experienced by the MMD over a predetermined time interval

[0050] rotations experienced by the MMD in increments of 90 degrees, such as 90, 180, 270, 360 degrees, or multiples thereof

[0051] frequency-filtered, rectified, and low-pass filtered acceleration detecting impact events, by the MMD, exceeding thresholds such as 5, 10, 20, 25, 50 and 100 g's, preferably after an airtime event

[0052] rotational velocities experienced by the MMD exceeding some preselected "degrees per second" or "revolutions per minute" threshold

[0053] airtime events experienced by the MMD exceeding $\frac{1}{4}$, $\frac{1}{3}$, or $\frac{1}{2}$ second, or multiples thereof

[0054] speed events experienced by the MMD exceeding miles per hour thresholds of 10, 20, 30, 40, 50, 60 mph (those skilled in the art should appreciate that other "speed" units can be used, e.g., km/hour, m/s or cm/s)

[0055] drop distance events experienced by the MMD exceeding set distances such as 1, 2, 3, 4, 5, 10, 20, 50 and 100 feet (or inches, centimeters or meters)

[0056] altitude variation events between maximum and minimum values over a daily time interval

[0057] jerk variations proportional to $V^n$ or $\partial^n V / \partial^n t$, where V is velocity in a direction perpendicular to movement along a surface (e.g., ground), where n is some integer greater than or equal to 2, and where t is time

[0058] The above movement events may be combined for a variety of metrics useful to users of the invention. For example, in one aspect, altitude variations are used to accurately gauge caloric burn through the variations. Such information is particularly useful for mountain bikers and in mountain sports.

[0059] The invention of one aspect provides a quantizing accelerometer that detects one or more specific g-levels in a manner particularly useful as a detector in a MMD of the invention.

[0060] There are thus several applications of the invention, including the monitoring of movement for people, patients, packages, athletes, competitors, shipments, furniture, athletes in training (e.g., karate), and industrial robotics. The benefits derived by such monitoring can be used by insurance companies and manufacturers, which, for example, insure shipments and packages for safe delivery to purchasers. Media broadcasters, including Internet content providers, can also benefit by augmenting information associated with a sporting event (e.g., airtime of a snowboarder communicated in real time to the Internet, impact of a football or soccer ball during a game, boxing glove strike force during a fight, tennis racquet strike force during a match). The MMD of the invention is small, and may be attached to practically any object—so case of use is clearly another advantage. By way of example, an MMD can be mounted to the helmet or body armor of each football player or motocross competitor to monitor movement and jerk of the athlete. In such applications, data from the MMD preferably transmits event data in real time to a RR in the form of a network, so that MMD data associated with each competitor is available for broadcast to a scoreboard, TV or the Internet. Other advantages should be apparent in the description within.

[0061] Event Monitoring Devices

[0062] The invention also provides certain sensors and devices used to monitor and report temperature, humidity, chemicals, heart rate, pulse, pressure, stress, weight, environmental factors and hazardous conditions.

[0063] In one aspect, the invention provides a event monitor device ("EMD") including an adhesive strip, a processor, a detector, and a communications port. In another aspect, two or more of the processor, port and detector are combined in a single application specific integrated circuit ("ASIC"). In one aspect the detector is an humidity or temperature sensor, and preferably that detector is embedded into silicon within the ASIC. In other aspects, the detector is one of an EKG sensing device, weight-sensing detector, and chemical detector. In still another aspect, the EMD includes a battery. In the preferred aspect of the invention, the EMD and battery are packaged in a protective wrapper. Preferably, the battery is packaged with the EMD in such a way that it does not "power" the EMD until the wrapper is removed. Preferably, the EMD includes a real time clock so that the EMD tags "events" with time and/or date information.

[0064] In yet another aspect, the EMD with adhesive strip collectively take a form similar to an adhesive bandage. More particularly, the adhesive strip of the invention is preferably like or similar to the adhesive of the adhesive bandage; and the processor is embedded with the strip much the way the cotton is with the adhesive bandage. Preferably, a soft material (e.g., cotton or cloth) is included to surround the processor so as to (a) soften contact of rigid EMD components with a person and/or (b) protect the processor (and/or other components of the EMD). In still another aspect, the battery is also coupled with the soft material. In still another aspect, the processor and other elements of the

56

6

EMD are combined into a single system-on-chip integrated circuit. A protective cover may surround the chip to protect the EMD from breakage.

[0065]   In one aspect, one EMD of the invention takes a form similar to a smart label, with an adhesive substantially disposed with the label, e.g., on one side of the label. The adhesive strip of this EMD includes all or part of the back of the label with adhesive or glue permitting attachment of the label to other objects (or to a person).

[0066]   In still another aspect, the EMD of the invention takes the form of a rigid monolithic that attaches to objects through one of known techniques. In this aspect, the device has a processor, communications port, and detector. A battery is typically included with the EMD. The EMD is attached to objects or persons by one of several techniques, including by glue or mechanical attachment (e.g., a pin or clip). An EMD of this aspect can for example exist in the form of a credit card, wherein the communications port is either a contact transponder or a contactless transponder. The EMD of one aspect includes a magnetic element that facilitates easily attaching the EMD to metal objects.

[0067]   In operation, the EMD of the invention is typically interrogated by an ID. The EMD is responsive to the ID to communicate information within the EMD and, preferably, over secure communications protocols. By way of example, one EMD of the invention releases internal data only to an ID with the correct passwords and/or data protocols. The ID can take many forms, including a cell phone or other electronic device (e.g., an MP3 player, pager, watch, or PDA) providing communications with the EMD transmitter

[0068]   However, in another aspect, the EMD communicates externally to a RR. The RR listens for data from the EMD and collects that data for subsequent relay or use. In one aspect, the EMD's communications port is a one-way transmitter. Preferably, the EMD communicates data from the EMD to the RR either (a) upon the occurrence of an "event" or (b) in repeated time intervals, e.g., once every minute or more. Alternatively, the EMD's communication port is a transceiver that handshakes with the RR to communicate data from the EMD to the RR. Accordingly, the EMD responds to data requests from the RR, in this aspect. In still another aspect, the RR radiates the EMD with transponder frequencies; and the EMD "reflects" the data to the RR.

[0069]   Accordingly, the communications port of one EMD is a transponder responsive to one or more frequencies to relay data back to an ID. By way of example, these frequencies can be one of 125 kHz and 13.56 MHz, the frequencies common with "contactless" RFID tags known in the art. In other aspects, communications frequencies are used with emission power and frequencies that fall within the permissible "unlicensed" emission spectrum of part 15 of FCC regulations, Title 47 of the Code of Federal Regulations. In particular, one desirable feature of the invention is to emit low power, to conserve battery power and to facilitate use of the EMD in various environments; and therefore an ID is placed close to the EMD to read the data. In other words, in one aspect, wireless communications from the EMD to the ID occurs over a short distance of a fraction of an inch to no more than a few feet. By way of example, as described herein, one ID of the invention takes the form of a cell phone, which communicates with the EMD via an

or more secure communications techniques. Data acquired from the EMD is then communicated through cellular networks, if desired, to relay EMD data to end-users. Or, in another aspect, or sensitive or directional antenna is used to increase the distance to detect data of the EMD.

[0070]   In another aspect, the communications port is an infrared communications port. Such a port, in one aspect, communicates with the cell phone in secure communication protocols. In other aspects, an ID communicates with the infrared port to obtain the data within the EMD.

[0071]   In yet another aspect, the communications port includes a transceiver. The EMD listens for interrogating signals from the RR and, in turn, relays "event" data from the EMD to the RR. Alternatively, the EMD relays "event" data at set time intervals or when the EMD accumulates data close to an internal storage limit. In one aspect, thereby, the EMD include internal memory; and the EMD stores one or more "event" data, preferably with time-tag information, in the memory. When the memory is nearly full, the EMD transmits the stored data wirelessly to a RR. Alternatively, stored data is transmitted to an IR when interrogated. In a third alternative, the EMD transmits stored data at set intervals, e.g., once per ½ hour or once per hour, to relay stored data to a RR. Other transmission protocols can be used without departing from the scope of the invention.

[0072]   In still another aspect, data from the EMD is relayed to an ID through "contact" communication between the ID and the communications port. In one aspect, the EMD includes a small conductive plate (e.g., a gold plate) that contacts with the ID to facilitate data transfer. Smart cards from the manufacturer GEMPLUS may be used in such aspects of the invention.

[0073]   In one aspect, the EMD includes a printed circuit board "PCB". A battery—e.g., a 2032 or 1025 Lithium coin cell—is also included, in another aspect of the invention. To make the device small, the PCB preferably has multilayers—and two of the internal layers have a substantial area of conducting material forming two terminals for the battery. Specifically, the PCB is pried apart at one edge, between the terminals, and the battery is inserted within the PCB making contact and providing voltage to the device. This advantageously removes then need for a separate and weighty battery holder. Flex circuit boards may also be used.

[0074]   In another aspect, the PCB has first and second terminals on either side of the PCB, and a first side of the battery couples to the first terminal, while a clip connects the second side of the battery to the second terminal, making the powered connection. This aspect advantageously removes then need for a separate and weighty battery holder.

[0075]   In still another aspect, a terminal is imprinted on one side of the PCB, and a first side of the battery couples to that terminal. A conductive force terminal connects to the PCB and the second side of the batter, forming a circuit between the battery and the PCB.

[0076]   In accord with one aspect of the invention, the communications port is one of a transponder (including a smart tag or RFID tag), transceiver, or one-way transmitter. In other aspects, data from the EMD is communicated off-board (i.e., away from the EMD) by one of several techniques, including: streaming the data continuously off-board to get a real-time signature of data experienced by the

57

EMD; transmission triggered by the occurrence of an "event" as defined herein; transmission triggered by interrogation, such as interrogation by an ID with a transponder; transmission staggered in "bursts" or "batches," such as when internal storage memory is full; and transmission at predetermined intervals of time, such as every minute or hour.

[0077] In one preferred aspect of the invention, the above-described EMDs are packaged like an adhesive bandage. Specifically, in one aspect, one or more protective strips rest over the adhesive portion of the device so as to protect the adhesive until the protective strips are removed. The strips are substantially stick-free so that they are easily removed from the adhesive prior to use. In another aspect, a "wrapper" is used to surround the EMD; the wrapper being similar to existing wrappers of adhesive bandages. In accord with one preferred aspect, the battery electrically couples with the electronics of the EMD when the wrapper is opened and/or when the protective strips are removed. In this way, the EMD can be "single use" with the battery energizing the electronics only when the EMD is opened and applied to an object or person; the battery power being conserved prior to use by a decoupling element associated with the wrapper or protective strips. Those skilled in the art should appreciate that other techniques can be used without departing from the scope of the invention.

[0078] In one aspect, the EMD continuously relays an environmental metric (e.g., temperature, humidity, or chemical content) by continuous transmission of data from the detector to a RR. In this way, a EMD attached to a person or object may beneficially track conditions, in real time, of that person or object by recombination of the environmental metrics at a remote computer. In one aspect, multiple EMDs attached to a person or object quantify data for a plurality of locations, for example to monitor sub-parts of an object or person.

[0079] In accord with further aspects of the invention, the EMD measures one or more of the following environmental metrics: temperature, humidity, moisture, altitude and pressure. For temperature, the detector of one aspect is a temperature sensor such as a thermocouple or thermister. For altitude, the detector of one aspect is an altimeter. For pressure, the detector of one aspect is a pressure sensor such as a surface mount semiconductor element made by SEN-SYM.

[0080] In accord with one aspect, an EMD monitors one or more metrics for "events," where data is acquired that exceeds some predetermined threshold or value. By way of example, in one aspect the detector is a temperature sensor and the processor coupled to the temperature sensor seeks to determine temperature events that exceed a threshold. In another aspect, a humidity sensor is used as the detector and this sensor is monitored for a humidity event (e.g., did the EMD experience 98% humidity conditions). In another example, the detector and processor collectively monitor stress events, where for example it is determined that the EMD attached to a human senses increased heart rate of over 180 beats per minute (an exemplary "event" threshold). In still another aspect, the detector is a chemical (or pH) detector and the processor and detector collectively determine a change of chemical composition of an object connected with the EMD over some preselected time period.

[0081] In one aspect, a plurality of EMDs are collated and packaged in a single container, preferably similar to the cans or boxes containing adhesive bandages. Preferably, in another aspect, EMDs of the invention are similarly programmed within the container. By way of example, one container carries 100 EMDs that each respond to an event of "5 degrees" variation from some reference temperature. In another example, another container carries 200 EMDs that respond to an event of "90 degrees" change absolute. Temperature sensors may be programmed to determine actual temperatures, e.g., 65 degrees, or changes in temperature from some reference point, e.g., 10 degrees from reference.

[0082] Packages of EMDs can be in any suitable number N greater than or equal to two; typically however EMDs are packaged together in groups of 50, 100, 150, 200, 250, 500 or 1000.

[0083] In one preferred aspect, the EMD of the invention includes internal memory. Preferably the memory is within the processor or ASIC. Event data is stored in the memory, in accord with one aspect, until transmitted off-board. In this way, the EMD monitors and stores event data (e.g., an "event" occurrence where the EMD experiences 100 degree temperatures). Preferably, the event data is time tagged with data from a real-time clock; and thus a real time clock is included with the EMD (or made integral with the processor or ASIC). In one aspect, the EMD is programmed with a time at the initial time of use (i.e., when the device is powered). In one other aspect, the EMD is packaged with power so that real time clock data is available when the product is used. In this aspect, therefore, a container of EMDs will typically have a "stale" date when the EMD's battery power is no longer usable. In one aspect, the EMD has a replaceable battery port so that a user can replace the battery.

[0084] The invention has certain advantages. An EMD of the invention can practically attach to almost anything to obtain event information. By way of example, an EMD of the invention can attach to patients to track health and conditions in real time and with remote monitoring capability.

[0085] In one aspect, the EMD includes a tamper proof detector that ensures the EMD is not removed or tampered with once applied to an object or person, until an authorized person removes the EMD. In one aspect, the tamper proof detector is a piezoelectric strip coupled into or with the adhesive strip. Once the EMD is powered and applied to an object or person, a quiescent period ensues and the EMD continually monitors the tamper proof detector (in addition to the event detector) to record tampering activity. In the case of the piezoelectric strip, removal of the EMD from a person or object after the quiescent period provides a relatively large voltage spike, indicating removal. That spike is recorded and time stamped. If there are more than one such records (i.e., one record represents the final removal), then tampering may have occurred. Since date and time are tagged with the event data, the tamper time is determined, leading to identify the tampering person (i.e., the person responsible for the object when the tamper time was tagged).

[0086] In one aspect, the invention provides an ID in the form of a cell phone. Nearly one in three Americans use a cell phone. According to the teachings of the invention, data

US 2003/0163287 A1

8

Aug. 28, 2003

event "metrics" are read from an EMD through the cell phone. Preferably, data communicated from the EMD to the cell phone is made only through secure communications protocols so that only authorized cell phones can access the EMD. In one specific aspect, EMD events are communicated to a cell phone or cellular network, and from that point are relayed to persons or additional computer networks for use at a remote location.

[0087]   In accord with the invention, several advantages are apparent. The following lists some of the non-limiting events monitored and captured by select EMDs of the invention, in accord to varied aspects of the invention:

[0088]   absolute or relative temperatures

[0089]   heart rate or other fitness characteristics

[0090]   stress characteristics

[0091]   humidity or relative humidity

[0092]   fitness or patient health characteristics

[0093]   The invention will next be described in connection with preferred embodiments. In addition to those described above, certain advantages should be apparent in the description which follows.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0094]   FIG. 1 shows a monitor device (e.g., a "MMD" or "EMD") and receiver (ID or RR) constructed according to the invention;

[0095]   FIG. 1A shows an alternative monitor device of the invention, and in data communication with a receiver via "contact" transponder technology;

[0096]   FIG. 2 shows a front view of one monitor device of the invention and formed with an adhesive strip and padding to soften physical connection to persons or objects;

[0097]   FIG. 2A shows a cross-sectional top view of the monitor device and strip of FIG. 2;

[0098]   FIG. 2B shows a cross-sectional top view of one monitor device of the invention integrated with (a) a battery and (b) protective non-stick strips over the adhesive strip, all enclosed within a protective wrapper;

[0099]   FIG. 2C shows a front view of the monitor device of FIG. 2B, without a protective wrapper;

[0100]   FIG. 2D shows an alternative monitor device of the invention and integrated directly with the adhesive strip to ensure detector contact;

[0101]   FIG. 2E shows one monitor device of the invention used to detect and/or track heart rate, in accord with the invention;

[0102]   FIG. 3 shows a cross-sectional view (not to scale) of one monitor device of the invention for integrating a battery with a printed circuit board;

[0103]   FIG. 3A is a cross-sectional top view of part of the monitor device of FIG. 3;

[0104]   FIG. 3B shows an operational view of the monitor device of FIG. 3, with a battery inserted between layers of the printed circuit board;

[0105]   FIG. 3C shows a cross-sectional view (not to scale) of one monitor device of the invention for integrating a battery with a printed circuit board;

[0106]   FIG. 3D shows an operational view of the monitor device of FIG. 3C, with a battery attached to sides of the underlying printed circuit board;

[0107]   FIG. 3E shows an operational view of another monitor device of the invention, with a battery attached to one side of the underlying printed circuit board;

[0108]   FIG. 3F shows one battery attachment mechanism, including batteries, for use with a monitor device of the invention;

[0109]   FIG. 3G shows the mechanism of FIG. 3F without the batteries;

[0110]   FIGS. 4 and 4A illustrate one technique for powering a monitor device, in accord with the invention;

[0111]   FIGS. 5 and 5A illustrate one monitor device integrated within a label, in accord with the invention;

[0112]   FIG. 6 shows a monolithic monitor device constructed according to the invention for attachment to an object by way of mechanical attachment;

[0113]   FIG. 7 shows one monitor device of the invention used to monitor patient health characteristics;

[0114]   FIG. 7A shows a system of the invention used to monitor pulse characteristics for patient health, with the device of FIG. 7;

[0115]   FIG. 7B shows an alternative monitor device of the invention used to monitor respiratory behavior such as with the system of FIG. 7A;

[0116]   FIG. 8 illustrates application of a plurality of MMDs, of the invention, to athletes to facilitate training and/or to provide excitement in broadcast media;

[0117]   FIG. 8A illustrates real time data acquisition, reconstruction and display for data wirelessly transmitted from the MMDs of FIG. 8;

[0118]   FIG. 8B illustrates a television display showing data generated in accord with the teachings of the invention;

[0119]   FIG. 8C shows a one MMD applied to a human fist in accord with the invention;

[0120]   FIG. 9 shows a flow-chart illustrating "event" based and timed sequence data transmissions between a monitor device and a receiver, in accord with the invention;

[0121]   FIG. 10 shows a sensor dispensing canister constructed according to the invention;

[0122]   FIG. 10A shows an array of sensors arranged for mounting within the canister of FIG. 10;

[0123]   FIG. 10B shows one sensor of the array of sensors of FIG. 10A;

[0124]   FIG. 10C shows an interface between one sensor and a base assembly in the canister of FIG. 10;

[0125]   FIG. 10D shows an operational disconnect of one sensor from the base assembly in FIG. 10C;

[0126]   FIG. 10E schematically illustrates canister electronics and a sensor as part of the canister of FIG. 10;

59

[0127]  **FIG. 10F** illustrates imparting time-tag information to a sensor through a canister such as in **FIG. 10**;

[0128]  **FIG. 10G** shows one receiver constructed according to the invention;

[0129]  **FIG. 10H** shows one receiver in the form of a ski lift ticket constructed according to the invention;

[0130]  **FIG. 10I** shows one ticket sensor constructed according to the invention;

[0131]  **FIG. 11** schematically shows an electrical logic and process flow chart for use with determining "airtime" in accord with the invention;

[0132]  **FIG. 12** schematically shows a state machine used in association with determining airtime in association with an algorithm such as in **FIG. 11**;

[0133]  **FIG. 13** graphically shows accelerometer data and corresponding process signals used to determine airtime in accord with preferred embodiments of the invention;

[0134]  **FIG. 14** and **FIG. 14A** shows a state diagram illustrating one-way transmission protocols according to one embodiment of the invention;

[0135]  **FIG. 15** schematically illustrates functional blocks for one sensor of the invention;

[0136]  **FIG. 16** schematically illustrates functional blocks for one display unit of the invention;

[0137]  **FIG. 17** shows a perspective view of one sensor housing constructed according to the invention, for use with a sensor such as a monitor device;

[0138]  **FIG. 18** illustrates a sensor, such as a MMD, within the housing of **FIG. 17**;

[0139]  **FIG. 19** shows a top perspective view of another housing constructed according to the invention, for use with a sensor such as a MMD and for mounting to a vehicle;

[0140]  **FIG. 20** shows one vehicle and vehicle attachment bracket to which the housing of **FIG. 19** attaches;

[0141]  **FIG. 21** shows another vehicle and vehicle attachment bracket to which the housing of **FIG. 19** attaches;

[0142]  **FIG. 22** shows a bottom perspective view of the housing of **FIG. 19**;

[0143]  **FIG. 23** shows a bracket constructed according to the invention and made for attachment between the housing of **FIG. 19** and a vehicle attachment bracket;

[0144]  **FIG. 24** shows a top element of the housing of **FIG. 19**;

[0145]  **FIG. 25** shows a bottom element of the housing of **FIG. 19**;

[0146]  **FIG. 26** shows a perspective view of one housing constructed according to the invention;

[0147]  **FIG. 27** shows a perspective view of a top portion of the housing of **FIG. 26**;

[0148]  **FIG. 28** shows a perspective view of a bottom portion of the housing of **FIG. 27**;

[0149]  **FIG. 29** shows a perspective view of one monitor device constructed according to the invention for operational placement within the housing of **FIG. 26**;

[0150]  **FIG. 30** shows a mounting plate for attaching monitor devices to flat surfaces in accord with one embodiment of the invention;

[0151]  **FIG. 31** shows a perspective view of the plate of **FIG. 30** with a monitor device coupled thereto;

[0152]  **FIG. 32** shows an end view of the plate and device of **FIG. 31**;

[0153]  **FIG. 33** shows, in a top view, a low-power, long life accelerometer sensor constructed according to the invention;

[0154]  **FIG. 34** shows a cross-sectional view of one portion of the accelerometer sensor of **FIG. 33**, illustrating operation of the moment arm quantifying g's in accord with the invention;

[0155]  **FIG. 35** shows a circuit illustrating operation of the accelerometer sensor of **FIG. 33**;

[0156]  **FIG. 36** illustrates a runner speedometer system constructed according to the invention;

[0157]  **FIG. 37** illustrates an alternative runner speedometer system constructed according to the invention;

[0158]  **FIG. 38** illustrates data capture and analysis principles for determining speed with the system of **FIG. 37**;

[0159]  **FIG. 39** illustrates one sensor for operation with a shoe in a speedometer system such as described in **FIG. 37**;

[0160]  **FIG. 40** shows another runner speedometer system of the invention, including a GPS sensor;

[0161]  **FIG. 41** shows a biking work function system constructed according to the invention;

[0162]  **FIG. 42** shows one race-car monitoring system constructed according to the invention;

[0163]  **FIG. 43** shows one data capture device for operation with a racecar in a race monitoring system such as shown in **FIG. 42**;

[0164]  **FIG. 44** shows one crowd data device for operation with spectators in a race monitoring system such as shown in **FIG. 42**;

[0165]  **FIG. 45** shows one body-armor incorporating a monitor device in accord with the invention;

[0166]  **FIG. 46** shows one system for measuring rodeo and/or bull riders in accord with other embodiments of the invention;

[0167]  **FIG. 47** shows a representative television display of a bull and rider configured with a system monitoring characteristics of the bull and/or rider, in accord with the invention;

[0168]  **FIG. 48** shows one EMD of the invention utilizing flex strip as the "PCB" in accord with the invention;

[0169]  **FIG. 49** depicts one computerized gaming system of the invention;

[0170]  **FIG. 50** schematically shows one flow chart implanting game algorithms in accord with the invention;

[0171]  FIG. 51 shows one speed detection system for a ski resort in accord with the invention;

[0172]  FIG. 52 shows one bar code reader suitable for use in the system of FIG. 51;

[0173]  FIG. 53 shows one monitor device constructed according to the invention and incorporating a GPS receiver;

[0174]  FIG. 54 shows a system suitable for use with the device of FIG. 53;

[0175]  FIG. 55 shows an infant monitoring system constructed according to the invention;

[0176]  FIG. 56 schematically shows a flow chart of operational steps used in the system of FIG. 55;

[0177]  FIG. 57 shows one MMD of the invention used to gauge patient weight;

[0178]  FIG. 58 shows a weight monitoring system constructed according to the invention;

[0179]  FIG. 59 shows another weight monitoring system of the invention;

[0180]  FIG. 60 shows a force-sensing resistor suitable for use in the weight monitoring systems of FIG. 58 and FIG. 59 and in the MMD of FIG. 57;

[0181]  FIG. 61 shows one weight-sensing device in the form of a shoe or shoe insert, in accord with the invention;

[0182]  FIG. 62 illustrates fluid cavities suitable for use in a device of FIG. 61;

[0183]  FIG. 63 shows a wrestling performance monitoring system constructed according to the invention;

[0184]  FIG. 64 shows a representative graphic output from the system of FIG. 63;

[0185]  FIG. 65 shows a surfing event system according to the invention;

[0186]  FIG. 66 shows a Green Room surfing event system according to the invention;

[0187]  FIG. 67 shows a personal item network constructed according to the invention;

[0188]  FIG. 68 shows a communications interface between a computer and one of items of FIG. 67;

[0189]  FIG. 69 illustrates electronics for one of the items within the network of FIG. 67;

[0190]  FIG. 70 and FIG. 71 show an electronic drink coaster constructed according to the invention;

[0191]  FIG. 72 shows a package management system of the invention; and

[0192]  FIG. 73 shows a product integrity tracking system of the invention.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

[0193]  FIG. 1 shows a monitor device 10 constructed according to the invention. Device 10 can for example operate as a MMD or EMD described above. Device 10 includes a detector 12, processor 14, communications port 16, and battery 18. Preferably, device 10 also includes

solid-state memory 20. Memory 20 can be integral with processor 14 (or other element of device 10, including port 16), or a stand-alone element within device 10. As a MMD, for example, detector 12 senses movement experienced by device 10 and generates signals indicative of that movement. Processor 12 then processes the signals to extract desired movement metrics, as described herein. Typically, when the movement metrics exceed a predetermined threshold, processor 12 stores data as an "event" within memory 20. Events are also preferably tagged with time information, typically date and time, as provided by clock 22.

[0194]  As an EMD, for example, detector 12 senses temperature experienced by device 10 and generates signals indicative of temperature (either absolute, or relative). Processor 12 then processes the signals to extract desired data. Preferably, data such as temperature are time tagged with date and/or time information so that a limited recording is made of environmental conditions.

[0195]  Communications port 16 communicates event data from device 10 to a receiver 24 as wireless data 30a. Port 16 typically performs such communications in response to commands from processor 14. Communications port 26 receives wireless data 30a for use within receiver 24. If desired, communications port 26 can also communicate with port 16 to transmit wireless data 30b to device 10. In such an embodiment, ports 16, 26 are preferably radio-frequency, infrared or magnetically-inductive transceivers. Alternatively, port 26 is a transmitter that interrogates device 10; and port 16 is a transponder that reflects event data to receiver 24. In one preferred embodiment, receiver 24 is part of the circuitry and packaging of a cell phone, which relays events (e.g., a movement event) to a remote storage facility. In other embodiments, receiver 24 is part of the circuitry and packaging of a MP3 player, pager, watch, or electronic PDA. Receiver 24 may connect with headphones (not shown) to provide information to a user and corresponding to "event" data.

[0196]  Data communication between device 10 and receiver 24 is preferably "secure" so that only a receiver with the correct identification codes can interrogate and access data from device 10. In such a mode, receiver 24 is an interrogation device ("ID"); and wireless communications 30a, 30b between ports 16, 26 can be through one of several electromagnetic communications spectrums, including radio-frequencies, microwave frequencies, ultrasound or infrared. However, communications between device 10 and receiver 24 can also be one way, e.g., wireless data 30a from device 10 to receiver 24; and in such an embodiment receiver 24 preferably understands the communications protocols of data 30a to correctly interpret the data from device 10. Receiver 24 in this embodiment "listens" for data transmitted from device 10. Receiver 24 thus may function as a remote receiver ("RR") stationed some distance (e.g., tens or hundreds of feet or more) from device 10.

[0197]  FIG. 1A shows an alternative communication scheme between device 10' and receiver 24'. Like numbered items in FIG. 1A have like functions as in FIG. 1; except that in FIG. 1A, ports 16', 26' function to transfer data from device 10' to receiver 24' as a "contact" transponder. Device 10' and receiver 24' are separate elements, though they appear immediately adjacent. A conductive pad 17 with port 16' facilitates communication with port 26' via its conduc-

tive pad **19**. Accordingly, event data from device **10'** transfers data to receiver **24'** without "wireless" data **30** (**FIG. 1**), but rather through the circuit formed between device **10'** and receiver **24'** when contact is made between pads **17**, **19**, as shown in **FIG. 1A**.

[0198] A monitor device **10**, **10'** of the invention preferably includes an adhesive strip that provides for convenient attachment of the device to an object or person. As shown in **FIG. 2**, one such device **10"** is shown coupled to adhesive strip **32** for just this purpose. Strip **32** is preferably flexible so as to bend and attach device **10"** to nearly any surface shape. Strip **32** includes an adhesive **34** that bonds strip **32** to a person or object, such that device **10"** attaches to that person or object in a substantially fixed location. **FIG. 2** also shows that device **10"** preferably resides adjacent to padding **36**, to protect device **10"** from physical harm and to provide a cushion interface between device **10"** and a person or object. Padding **36** can for example be cotton or other soft material; and padding **36** can be made from soft material typically found with adhesive bandages of the prior art. Device **10"** preferably includes a protective housing **11** (**FIG. 2A**) surrounding integrated circuits to protect the circuits from breakage.

[0199] **FIG. 2A** shows a top cross-sectional view of monitor device **10"** and strip **32**. As illustrated, strip **32** is a flexible such that it can conform to a surface (e.g., curved surface **37**) for attachment thereto. Adhesive **34** is shown covering substantially all of the back of strip **32** to provide for complete attachment to surface **37**. Though padding **36** is not required, it preferably encapsulates device **10"** to provide for optimum protection for device **10"** when attached to surface **37**. Note that padding **36** also protects surface **37** from scratching by any rigid elements of device **10"** (e.g., battery **18**, **FIG. 1**). Those skilled in the art should appreciate that padding **36** can be formed partially about device **10"** to achieve similar goals and without departing from the scope of the invention; for example, padding **36** can reside adjacent only one side of device **10"**.

[0200] Those skilled in the art should appreciate that two or more of elements **14**, **16**, **18**, **22** (**FIG. 1**) can be, and preferably are, integrated within an ASIC. Further, in one preferred embodiment, the detector **12** is also integrated within the ASIC as a solid-state accelerometer (e.g., using MEM technology). However, detector **12** can be a stand-alone element such as a piezoelectric strip, strain gauge, force-sensing resistor, weight sensor, temperature sensor, humidity sensor, chemical sensor, or heart rate detector.

[0201] **FIG. 23B** shows one monitor device **10z**, with battery **18z**, coupled within a protective wrapper **27**. Protective non-stick strips **29** are also shown to cover adhesive (e.g., adhesive **34**, **FIG. 2**) on adhesive strips **32z** with device **10z** is operatively used and applied to a person or object. Preferably, wrapper **27** and non-stick strips **29** are similar in design to the wrapper and strips of a common adhesive bandage. Accordingly, users of device **10z** intuitively know how to open and attach device **10z** to an object or surface (e.g., surface **37**, **FIG. 2A**)—by opening wrapper **27**, removing device **10z** by pulling adhesive strip **32z** from wrapper **27**, and then removing non-stick strips **29** so that adhesive strips **32z** are exposed for application to the object or surface. **FIG. 2C** illustrates device **10z** in a back view with wrapper **27** removed, showing fuller detail of non-stick

strips **29** covering and protecting the underlying adhesive (e.g., adhesive **34**, **FIG. 2**) on strip **32z**.

[0202] A device **10** can also integrate directly with the adhesive strip, as shown in **FIG. 2D**. Specifically, device **10"** of **FIG. 2D** couples directly with adhesive strip **32'**. In addition, there is no padding with device **10"**—as in certain circumstances it is desirable to have optimal fixation between device **10"** and strip **32'**. A housing **11'** preferably protects device **10"** from breakage. In one example, when the detector of device **10"** is an accelerometer, direct coupling between device **10"** and strip **32'** provides for more accurate data capture of accelerations of the object to which strip **32'** is adhered. As such, adhesive **34'** preferably extends across the whole width of strip **32'**, as shown, such that device **10"** is tightly coupled to the object adhered to by strip **32'**.

[0203] **FIG. 2E** shows one heart-rate monitor **10w** constructed according to the invention. Like device **10**, **10"**, device **10w** preferably couples directly with an adhesive strip **32w** with adhesive **34w**. Monitor **10w** includes a heart rate detector **12w** that may for example detect EKG signals. By way of background, the following heart rate monitoring patents are incorporated herein by reference: U.S. Pat. No. 4,625,733; U.S. Pat. No. 5,243,993; U.S. Pat. No. 5,690,119; U.S. Pat. No. 5,738,104; U.S. Pat. No. 6,018,677; U.S. Pat. No. 3,807,388; U.S. Pat. No. 4,195,642; and U.S. Pat. No. 4,248,244. Two electrodes **15** electrically coupled to detector **12w** with monitor **10w** via conductive paths **13**. Electrodes **'5** couple with human skin when adhesive strip **32w** is applied to the skin such that electromagnetic pulses from the heart are detected by detector **12w**. By way of example, detector **12w** of one embodiment detects potential differences between electrodes **15** to determine heart rate. Once heart rate is detected, information is passed to other sections to process and/or retransmit the data as wireless data **17** to a remote receiver. For example, data from detector **12w** may be transmitted to processor and/or communications port **14w**, **16w**; from there, data may be relayed off-board. In one embodiment, wireless data **17** is a signal indicative of the existence of heart rate—so that monitor low may be used in patient safety to warn of patient heart failure (i.e., the absence of a heart rate may mean that a patient went into cardiac arrest). In another embodiment, wireless data **17** is a signal indicative of actual heart rate, e.g., 100 beats per minute, such that monitor **10w** may be used in fitness applications. Monitor low thus provides an alternative to "strap" heart rate monitors; users of the invention stick on monitor **10w** via adhesive strip **32w** to monitor heart rate in real time. Data **17** may be captured by a receiver such as a watch to display the data to the wearing user. Monitor **10w** can also be used in patient monitoring applications, such as in hospitals, so that patient health is monitored remotely and efficiently. By way of example, a monitor **10w** may be attached to each critical care patient so that a facility (e.g., a hospital) can monitor each patient at a single monitoring location (i.e., at the location receiving signals **17**).

[0204] As an alternative heart rate monitor, device **10** of **FIG. 1** has a detector in the form of a microphone. Processor **12** then processes microphone detector data to "listen" for breathing sounds to report breathing—or not breathing—as a health metric.

[0205] The invention also provides for efficiently integrating battery **18** with a monitor device. **FIG. 3** illustrates one

62

technique, wherein the monitor device (e.g., device **10**) includes a printed circuit board ("PCB") **40** that forms the back-plane forming the electrical interconnectivity with elements **42** (elements **42** can for example be any of items **12, 14, 16, 20, 22, FIG. 1**). PCB **40** of **FIG. 3** is a multi-layer board, as illustrated by layer line **44**. Between two layers **46***a*, **46***b*, PCB **40** is manufactured with two opposing terminals **48***a*, **48***b*. Terminals **48***a*, **48***b* can for example be copper tracks in PCB **40**, or copper with gold flash to facilitate good electrical connection. **FIG. 3A** shows a top view of one terminal **48***a* with layer **46***a*, illustrating that terminal **48***a* is typically larger than other tracks **50** within PCB **40**. Accordingly, terminal **48***a* is large enough to form good electrical connection with a battery inserted between layers **46**, such as shown in **FIG. 3B**. Specifically, **FIG. 3B** shows PCB **40** separated between layers **46**, and a battery **52** inserted therebetween, to make powered connection to PCB **40** and its elements **42**. For purposes of clarity, only part of PCB **40** is shown in **FIG. 3B**, and none of elements **42** are shown. Layers **46***a*, **46***b* may separated by prying layers **46** apart. Battery **52** can for example be a Li coin cell battery known in the art.

[0206] **FIG. 3C** shows another PCB **40'** for use with a monitor device of the invention; except, in **FIG. 3C**, terminals **48***a'*, **48***b'* are on opposing sides of PCB **40'**, as shown. PCB **40'** can be a single layer board, or multi-layer board. Batteries **52'** are coupled to PCB **40'** as shown in **FIG. 3D**; and held to PCB **40'** by end clip **54**. **FIG. 3D** illustrates clip **54** as a stand-alone element **54-A**; and alternatively as element **54-B** holding batteries **52'** in place to PCB **40'**. End clip **54** slides over PCB **40'** and batteries **52'** as illustrated by arrow **56**. End clip **54** is preferably conductive to complete the circuit to power PCB **40'** (at a contact point with PCB **40'**) and its elements **42** for use as monitor device.

[0207] Battery attachment to PCB **40"** can also be made as in **FIG. 3E**, where battery (or batteries) **52"** is attached to one side of PCB **40"**. To make overall circuit connectivity, battery **52"** connects to terminal **48***a"*, and end clip **54'** makes connection with terminal **48***b"*, as shown. A contact point with PCB **40"** can be made to complete desired circuit functions. End clip **54** is thus preferably conductive to complete the circuit to power PCB **40"** and its elements **42** for use as a monitor device.

[0208] The battery integrations with PCBs of **FIGS. 3D and 3E** provide for simple and secure ways to mount batteries **52** within a package. Specifically, a housing **56** made to surround PCB **40** abuts end clip **54** and PCB **40**, as shown, to secure the monitor device for use in varied environments, and as a small package. Housing configurations are shown and described in greater detail below.

[0209] **FIG. 3F** shows another PCB **60** for use with a monitor device of the invention. A battery **62** couples to PCB **60**, as shown, and a connecting element **64** completes the circuit between battery **62** and PCB **60** to power the monitor device. Preferably, element **64** is tensioned to help secure battery **62** to PCB **60**. **FIG. 3G** shows PCB **60** and element **64** coupled together and without battery **62**. A terminal **66** (similar to terminals **48**) is also shown in **FIG. 3G** to contact with one side of battery **62**.

[0210] **FIG. 4** illustrates a preferred embodiment of the invention, not to scale, where packaging associated with a monitor device "powers" the device upon removal of the packaging. Specifically, in **FIG. 4**, one monitor device **70**, with adhesive strips **72**, is shown with a protective wrapper **74** and non-stick strips **76**. One non-stick strip **76***a* has an extension **77** that electrically separates device **70** and a battery **78** so as to prevent electrical contact therebetween. Non-stick strip **76***a* is preferably thin, such as paper coated with non-stick material. Once strip **76***a* is removed by a user, connecting element **80** forces battery **78** to contact monitor device **70**, thereby powering the device. In this way, battery power is conserved until monitor device **70** is used operationally. Element **80** can for example take the form of element **64**, **FIG. 3G**. **FIG. 4A** shows monitor device **70** with wrapper **74** and non-stick strips **76** removed; as such, element **80** forces battery **78** to device **70** to make electrical contact therewith, powering device **70**. Those skilled in the art should appreciate that changes can be made within the above description without departing from the scope of the invention, including a monitor device with a single non-stick strip (instead of two) that has an extension to decouple the battery from device **70** until the strip is removed. Alternatively, the wrapper can couple with the extension to provide the same feature; so that when the wrapper is removed, the monitor device is powered.

[0211] **FIG. 5** shows a monitor device **82** formed within a label **84**. Instead of adhesive strips, device **82** is disposed within label **84** for attachment, as above, to objects and persons. Label **84** has an adhesive **86** over one side, and preferably a non-stick strip **88** covering adhesive **86** until removed. For purposes of illustration, strip **88** is not shown in contact with adhesive **86**, though in fact adhesive **86** is sandwiched in contact between strip **88** and label **84**. Device **82** and label **84** provide for an alternative to the monitor devices with adhesive strips described above, though with many of the advantages. **FIG. 5A** shows a front view of device **82**, with adhesive **86** covering the one side of label **84**, and with strip **88** shown transparently in covering adhesive **86** until removed.

[0212] **FIG. 6** shows a monolithic monitor device **90** constructed according to the invention. A rigid outer housing **92** surrounds PCB **94** and internal elements **96** (e.g., elements **10-22, FIG. 1**), which provide functionality for device **90**. A magnetic element **98** couples with device **90** so that device **90** is easily attached to metal objects **100**. Accordingly, device **90** is easily attached to, or removed from, object **100**. Those skilled in the art should appreciate that alternative mechanical attachments are possible to couple device **90** to object **100**, including a mechanical pin or clip.

[0213] The MMDs of the invention operates to detect movement "metrics." These metrics include, for example, airtime, speed, power, impact, drop distance, jarring and spin; typically one MMD detects one movement metric, though more than one metric can be simultaneously detected by a given MMD, if desired (potentially employing multiple detectors). The MMD detector is chosen to provide signals from which the processor can interpret and determine the desired metric. For example, to detect airtime, the detector is typically one of an accelerometer or piezoelectric strip that detects vibration of an object to which the MMD is attached. Furthermore, the MMD of the invention preferably monitors the desired metric until the metric passes some threshold, at which time that metric is tagged with time and date information, and stored or transmitted off-board. If the

MMD operates within a single day, only time information is typically tagged to the metric.

[0214] By way of example, if the detector is an accelerometer and the MMD is designed to monitor "impact" (e.g., acceleration events that are less than about ½ second)—and yet impact data is not considered interesting unless the MMD experiences an impact exceeding 50 g's—the preferred MMD used to accomplish this task would continuously monitor impact and tag only those impact events that exceed 50 g's. The "event" in this example is thus a "50 g event." Such a MMD is for example useful when attached to furniture, or a package, in monitoring shipments for rough treatment. The MMD might for example record a 50 g event associated with furniture shipped on Oct. 1, 2000, from a manufacturer in California, and delivered on Oct. 10, 2000 to a store in Massachusetts. If an event stored in MMD memory indicates that on Oct. 5, 2000, at 2:30 pm, the furniture was clearly dropped, responsibility for any damages can be assessed to the party responsible for the furniture at that time. Accuracy of the time tag information can be days, hours, minutes and even seconds, depending on desired resolution and other practicalities.

[0215] Accordingly, data from such a MMD is preferably stored in internal memory (e.g., memory **20**, FIG. 1) until the data are retrieved by receiver **24**. In the example above, the interrogation to read MMD data occurs at the end of travel of the MMD from point A to point B. Multiple events may in fact occur for a MMD during travel; and multiple events are usually stored. Alternatively, a MMD may communicate the event at the time of occurrence so long as a receiver **24** is nearby to capture the data. By way of example, if each FEDEX truck contained a receiver integrated with the truck, then any MMD contained with parcels in the truck can transmit events to the receiver at the occurrence of the event.

[0216] In another application, one or more monitor devices are attached to patients in a hospital, and one or more receivers are integrated with existing electronics at the hospital (e.g., with closed circuit television, phone systems, etc.). In operation, these device are for example used to detect "events" that indicate useful information about the patients—information that should be known. If for example the monitor device has a Hall Effect detector that detects when the device is inverted, then a device attached to the collar bone (or clothing) of a patient would generate an "event" when the patient falls or lays down. An impact detector may also be used advantageously, to detect for example a 10 g event associated with a patient who may have fallen. Accordingly, monitor devices applied to patients in hospitals typically transmit event data at occurrence, so that in real time a receiver relays important medical information to appropriate personnel.

[0217] Movement devices of the invention can also transmit movement or other metrics at select intervals. If for example "impact" data is monitored by a MMD, then the MMD can transmit the maximum impact data for a selected interval—e.g., once per minute or once per five minutes, or other time interval. In this way, a MMD applied to a patient monitors movement; and any change in movement patterns are detected in the appropriate time interval and relayed to the receiver. A MMD may thus be used to inform a hospital when a patient is awake or asleep: when asleep, the MMD

transmits very low impact events; when awake, the MMD transmits relatively high impact events (e.g., indicating that the patient is walking around).

[0218] FIG. 7 shows one monitor device **120** constructed according to the invention. Similar to device **10″** of FIG. 2 with regard to the adhesive bandage features of the device, device **120** has a detector in the form of a piezoelectric strip **122** disposed with the adhesive strip **124** (and, preferably, padding **121**). Strip **124** has adhesive **125** such as described above so that device **120** is easily attached to a human, e.g., to human arm **130**. In operation, as shown by schematic **130** of FIG. 7A, bending of strip **124** also bends piezoelectric strip **122**, generating voltage spikes **123** detected by device processor **126**. Device **120** may thus operate to detect the heart pulse of a person: the tiny physical perturbation of piezoelectric strip **122** caused by arterial pressure changes is detected and processed by device **120** as movement metric **127**, which is then transmitted by port **129** to remote receiver(s) **132** as wireless data **133**. The pulse data **127**, over time, is usefully reconstructed for analytical purposes, e.g., as data **134** on display **136**, and may indicate stress or other patient condition that should be known immediately. By way of example, an "event" determined by device **120** based on movement metric **127** can be the absence or variation of a pulse, perhaps indicating that the patient died or went into cardiac arrest. It is clear that if arm **130** moves, the voltage signal generated by piezoelectric detector **122** may swamp any signal from the patient's pulse; however, since pulse data is detected at approximately 50 to 250 times per second, the underlying signal can be recovered, particularly after arm **130** ceases movement. Device **120** can include an A/D converter and/or voltage-limiting device **121** to facilitate measurement of voltage signals **123** from piezoelectric strip detector **122**. A battery **138** such as a Lithium coin cell can be used to power device **120**.

[0219] Device **120** may alternatively detect patient movement to provide real time detection of movement of a person or of part of that person. For example, such a device **120** may be used to monitor movement of an infant (instead of arm **150**) or other patient.

[0220] Note that the application of a monitor device **120** as described in FIG. 7 and FIG. 7A can be expanded to detect respiratory behavior of a patient. FIG. 7B shows a simplified schematic of one device **120′** with a longer piezoelectric strip detector **122′**. Detector **122′** circumferentially extends, at least part way, around the chest **150** of a patent; and movement of chest **150** during breathing generates voltage variations (e.g., similar to variations **133**, FIG. 7) in response to physical perturbations of detector **122′**. Similar to pulse rate and pulse strength, therefore, device **120′** detects respiratory rate and/or strength. Pulse rate is determined by signal frequencies associated with movement metric **127**; and pulse strength is determined by magnitudes associated with movement metric **127**. Note that strip detector **122′** may be attached about chest **150** by one of several techniques, including by an adhesive strip (not shown) such as described above. A strap or elastic member **152** may be used to surround chest **150** to closely couple detector **122′** to chest **150**.

[0221] Devices such as device **120** or **120′** have additional application such as for infant monitoring. Attaching such a device to the chest (instead of arm **150**) of an infant to

monitor respiration, pulse and/or movement provides a remote monitoring tool and may prevent death by warning the infant's parents. A monitor device **10**w, **FIG. 2**E, may alternatively be used in such an application. Specifically, if for example a monitor device of the invention is attached to chest **150** of a child, processor **126** searches for "events" in the form of the absence of pulse, respiration and/or movement data. The device may thus track pulse or respiratory rate to synch up to the approximate frequency of the rate. When the device detects an absence in the repetitive signals of the pulse or respiratory rate, the device sends a warning message to an alarm for the parents. A system suitable for application with such an application is discussed in more detail in **FIGS. 55 and 56**.

[0222] Data transmissions from a monitor device of the invention, to a receiver, typically occur in one of three forms: continuous transmissions, "event" transmissions, timed sequence transmissions, and interrogated transmissions. In continuous transmissions, a monitor device transmits detector signals (or possibly processed detector signals) in substantially real time from the monitor device to the receiver. Data reconstruction at the receiver, or at a computer arranged in network with, or in communication with, the receiver, then proceeds to analyze the data for desired characteristics. By way of example, by attaching multiple monitor devices to a person, all transmitting real-time data signals to the receiver, a reconstruction of that person's activity is determined.

[0223] Consider for example **FIG. 8**. In **FIG. 8, a** plurality of MMDs **150** are attached to person "A" and person "B". As shown, person A is engaged in karate training with person B. Data from MMDs **150**"stream" to a remote receiver, such as to the reconstruction computer and receiver **152** of **FIG. 8**A. Each MMD **150** preferably has a unique identifier so that receiver **152** can decode data from any given MMD **150**. MMDs are placed on persons A, B at appropriate locations, e.g., on each foot and hand, head, knee, and chest; and receiver **152** associates data from each MMD **150** with the particular location. As data streams from MMD **150** to receiver **152**, data is reconstructed such as shown in plots **154** and **156**. Data plot **154** shows exemplary data from MMD **150**a on the fist **160** of person A, and data plot **156** shows exemplary data from MMD **150**b on the head **162** of person B. Each plot **154, 156** are shown in **FIG. 8**A as a function of time **164**. Other data plots for other sensors **150** (e.g., for illustrative sensors **2**, **3**, **4**) are not shown, for purposes of clarity.

[0224] Data plots **154, 156** have obvious advantages realized by use of the MMDs of the invention. For example, plot **154** illustrates several fist "strikes"**168** generated by person A on person B, and data plot **156** illustrates corresponding blows **168** to the head of person B. Data **154, 156** may for example be used in training, where person B learns to anticipate person A more effectively to soften or eliminate blows **168**.

[0225] Data plots **154, 156** have further advantages for broadcast media; specifically, data **154, 156** may be simultaneously relayed to the Internet or television **170** to display impact speed and intensity for blows given or received by persons A, B, and in real time, to enhance the pleasure and understanding of the viewing audience (i.e., viewers of television, and users of the Internet). Moreover, MMDs of

the invention remove some or all of the subjectivity of impact events: a blow to an opponent is no longer qualitative but quantitative. By way of example, the magnitude of strikes **166** and blows **168** are preferably provided in the data streamed from MMDs **150**, indicating magnitude or force of the blow or strike. Data **154, 156** thus represents real time movement metric data, such as acceleration associated with body parts of persons A, B. Data **154, 156** may thereafter be analyzed, at receiver **152**, to determine "events", such as when data **154, 156** indicates an impact exceeding 50 g's (or other appropriate or desired measure).

[0226] **FIG. 8**B illustrates a representative display on television **157**, including appropriate event "data"**159** generated by a MMD system of the invention. Data **159** can for example derive from receiver **152**, which communicates the appropriate event data **159** to the broadcaster for TV **157**. Such event data **159** can include magnitude or power spectral density of acceleration data generated by MMDs **150**. Data **159** is preferably displayed in an easy to understand format, such as through bar graphs **161**, each impact detected by one or more MMDs **150** (in certain instances, combining one or more MMDs as data **159** can be useful). Bar graphs **161** preferably indicate magnitude of the impact shown by data **159** by peak bar graph element **161**a on TV **157**.

[0227] Those skilled in the art should appreciate that any number of MMDs **150** may be used for applications such as shown in **FIG. 8**. In boxing, for example, it may be appropriate to attach one MMD **150** per fist. One useful MMD in this application is for example monitor device **10** of **FIGS. 2, 2**D. That is, such a device is easily attached to the boxer's fist **158**a or wrist **158**b and, if desired, prior to applying gloves and wrapping **158**c, as shown in **FIG. 8**C. The device can alternatively be placed with wrapping **158**c—making the device practically unnoticeable to the boxer. Preferably, MMD **10**'" of **FIG. 8**C includes an accelerometer (as the MMD detector) oriented with a sensitivity axis **158**d as shown; axis **158**d being substantially aligned with the strike axis **158**e of fist **158**a. Data from the MMD wirelessly transmits through the gloves and wrapping to receiver **152**. Alternatives are also suitable, for example applying the MMDs to the boxer's wrapping or glove. A MMD can also be integrated within the boxing glove, if desired. In the event that the detector of the MMD is an accelerometer, then the sensitive axis of the accelerometer is preferably arranged along a strike axis of the boxer.

[0228] Data acquired from MMDs in sports like boxing and karate are also preferably collated and analyzed for statistical purposes. Data **154, 156** can be analyzed for statistical detail such as: impacts per minute; average strike force per boxer; average punch power received to the head; average body blow power; and peak striking impact. Rotational information may also be derived with the appropriate detector, including typical wrist rotation at impact, a movement metric that may be determined with a spin sensor.

[0229] Other than continuous transmissions, such as illustrated in **FIG. 8**, data from monitor devices of the invention also occur via one of "event" transmissions, timed sequence transmissions, and/or interrogated transmissions. **FIG. 1** illustrates how interrogated transmissions preferably function: e.g., receiver **24** interrogates device **10** to obtain metrics. Event transmissions according to preferred embodi-

ments are illustrated as a flow chart **170** of **FIG. 9**. Timed sequence transmissions according to preferred embodiments are also illustrated within flow chart **170** of **FIG. 9**. In **FIG. 9**, flow chart **170** begins in step **172** by powering the monitor device—either by inserting the battery, turning the device on, or removing a wrapper (or by similar mechanism) to power the device at the appropriate time. Once powered, the monitor device monitors detector signals, in step **174**, for metrics such as movement, temperature and/or g's. By way of example, to measure airtime or impact, the device processor monitors an accelerometer for the movement metric of acceleration. Step **176** assesses the metric for "events" such as airtime or "impact" (or, for example, for an event such as when temperature exceeds a certain threshold, or an event such as when humidity decreases below a certain threshold). Typically, though not required, all events are not reported, stored or transmitted. Rather, as shown in step **178**, events that meet or pass a preselected threshold are reported. By way of example, is an airtime event greater than ½ second—a magnitude deemed interesting by snowboarders? If so, such an event may be reported. If not, an airtime event of less than ½ second is not reported, and decision "No" from **178** is taken. If the event exceeds some threshold, decision tree "Yes" from **178** sends the event data to the communications port (e.g., communications port **26, FIG. 1**) in step **180**. The communications port then transmits the event to a receiver (e.g., receiver **24, FIG. 1**) in step **182**. As an alternative, decision tree Yes₂ sends the event data to memory such that it is stored for later transmission, in step **184**. The Yes₂ decision tree is used for example when a receiver is not presently available (e.g., when no receiving device is available to listen to and capture data transmitted from the monitor device). Eventually, however, event data is transmitted off-board, in step **186**, such as when memory is full (a receiver should be available to capture the event data before memory becomes full) or when the monitor device is scheduled to transmit the data at a preselected time interval (i.e., a timed sequence transmission). For example, event data stored in memory may be transmitted off board every five minutes or every hour; data captured within that time interval is preferably stored in memory until transmission at steps **180** and **182**.

[0230] Note that timed sequence transmission of event data approaches "continuous" transmission of movement metric data for smaller and smaller timed sequence transmissions. For example, if data from the monitor device is communicated off-board each second (or less, such as each one tenth of a second), then that data becomes more and more similar to continuously transmitted data from the detector. Indeed, if sampling of the detector occurs at X Hz, and timed transmissions also occur at X Hz, then "continuous" or "timed sequence" data may be substantially identical. Timed sequence or event data, therefore, provides for the opportunity to process the detector signals, between transmissions, to derive useful events or to weed out noise or useless information.

[0231] **FIG. 10** shows a sensor-dispensing canister **200** constructed according to the invention. Canister **200** is shown containing a plurality of sensor **202**. A lid **204** may be coupled with canister **200** to enclose sensors **202** within canister **200**, as desired. Each of sensors **202** can for example be a monitor device as described above; however canister **200** can be used for other battery-powered sensors. Although canister **200** is shown with two-dozen

sensors **202**, a larger or smaller number of sensors may be contained within its cavity **200**a. As described in more detail below, canister **200** preferably contains one or both of (a) canister electronics and (b) a base assembly. Lid **204** preferably functions as a switch, to power the canister electronics when lid **204** is open, and to cause canister electronics to sleep when lid **204** is closed.

[0232] **FIG. 10A** shows sensors **202** with base assembly **206**, and, for purposes of clarity, without the rest of canister **200**. Each of sensors **202** is shown with a monitor device **202**a and an adhesive strip **202**b; however, canister **200** may be used with other sensors (i.e., sensors that are not MMDs or EMDs) without departing from the scope of the invention. **FIG. 10B** illustrates one sensor **202** in the preferred embodiment, and also illustrates a Mylar battery insulator strip **208** that keeps the sensor battery from touching its contact or terminal (not shown) within monitor device **202**a. Strip **208** can for example serve as the "non-stick" strip or extension **77** discussed above in connection with **FIG. 4**. Strip **208** preferably couples to base assembly **206** such as shown in **FIG. 10C**. Accordingly, when a user removes a sensor **202** from canister **200**, strip **208** remains with base assembly **206**—and is no longer in contact with sensor **202**—and the monitor device's internal battery powers the device for use with its intended application, as shown in **FIG. 10D**.

[0233] In one preferred embodiment of the invention, a canister **200**′ (e.g., similar to canister **200** but with internal electronics) has its own battery **210**, micro-controller **212**, sensor time tag interface **214**a, and real time clock **216** (collectively the "canister electronics"), as shown in **FIG. 10E**. With such an embodiment, a sensor **202**′ for use with canister **200**′ has a mating time tab interface **214**b. In addition to time tag interface **214**b, sensor **202**′ has a clock **218**, processor **220**, battery **222**, detector **224** and communications port **226**. In operation, sensor **202**′ is generally not powered by battery **222** until removed from canister **200**′, as described above. Accordingly, real time clock information (e.g., the exact date and time) cannot be maintained within sensor **202**′ while un-powered (i.e., so long as insulator strip **208**′ prevents battery **222** from powering sensor **202**′) since clock **218** and other electronics require power to operate. However, in **FIG. 10E**, the advantage provided by the canister electronics is that time tag information from real time clock **216** is imported to sensor **202**′ through interfaces **214**a, **214**b after battery **222** powers device **202**a′ but before interfaces **214**a, **214**b disconnect so that sensor **202**′ can be used operationally. As such, in the preferred embodiment shown in **FIG. 10F**, interface **214**a takes the form of flex cable **230** that remains attached between canister electronics and device **202**a′ until flex cable **230** extends to its full length, whereinafter sensor **202**′ disconnects from cable **230**. Time tag relay **214**b of device **202**a′, **FIG. 10F**, thus takes the form of a plug (not shown) to connect and alternatively disconnect with flex cable **230**. In **FIG. 10F**, canister electronics (e.g., elements **210**, **212**, **216**) are disposed within base assembly **206**′ and therefore flex cable **230** appears to extend only to base assembly **206**′ when in fact cable **230** extends to canister electronics disposed therein. When a user removes sensor **202**′ from canister **200**′, device **202**a′ is powered when strip **208**′, held with base assembly **206**′ (or electronics therein) disconnects from sensor **202**′; and at that time clock **218** is enabled to track real time. Before flex cable **230** disconnects from sensor **202**′, time and/or data information is communicated between interfaces **214**a, **214**b

16

to provide the "real" time to sensor **202**' as provided by clock **216**. Once real time is provided to sensor **202**', clock **218** maintains and tracks advancing time so that sensor **202**' can tag events with time and/or date information, as described herein.

[0234]  One advantage of sensor canister **200**' is that once used, it may be reused by installing additional sensors within the cavity. In addition, one canister can carry multiple monitor devices, such as 100 MMDs that each respond to an event of "10 g's." In another example, another canister carries 200 MMDs that respond to an event of "100 g's." A canister of MMDs can be in any suitable number that meets a given application; typically however sensors within the canister of the invention are packaged together in groups of 50, 100, 150, 200, 250, 500 or 1000. A variety pack of MMDs can also be packaged within a canister, such as a canister containing ten 5 g MMDs, ten 10 g MMDs, ten 15 g MMDs, ten 20 g MMDs, ten 25 g MMDs, ten 30 g MMDs, ten 35 g MMDs, ten 40 g MMDs, ten 45 g MMDs, and ten 50 g MMDs. Another variety package can for example include groups of MMDs spaced at 10 g intervals. EMDs can also be packaged in variety configurations within canisters **200**, **200**'.

[0235]  Canisters **200**, **200**' can also function to dispense one or a plurality of receivers. Specifically, each of elements **202** of FIG. 10 may alternatively be a receiver such as receiver **24** of FIG. 1. In this way, a plurality of receivers may be dispensed and powered as described above. FIG. **10G** shows one receiver **231** constructed according to the invention. Receiver **231** has a communications port **232**, battery **233** and indicator **234**. Receiver **231** can further include processor **235**, memory **236** and clock **237**, as a matter of design choice and convenience such as to implement functionality described in connection with FIGS. **10G, 10H**. Receiver **231** can for example be dispensed as one of a plurality of receivers—as an element **202**, **202**' dispensed from canisters **200**, **200**' above. In operation, battery **233** powers receiver **231** and receiver **231** receives inputs in the form of wireless communications (e.g., in accord with the teachings herein, wireless communications can include known transmission protocols such as radio-frequency communication, infrared communication and inductive magnetic communication) from a sensor such as a MMD. Communications port **232** serves to capture the wireless communications data such that indicator **234** re-communicates appropriate "event" data to a person or machine external to receiver **231**. Specifically, in one embodiment, receiver **231** operates to relay very simple information regarding event data from a movement device. If for example a MMD sends event data to receiver **231** that reported the MMD experienced an airtime event of five seconds, and it was important that this information was known immediately, then receiver **231** is programmed (e.g., through processor **235**) to indicate the occurrence of that five-second airtime event through indicator **234**. Such data may also be stored in memory **236**, if desired, until a person or machine requiring the data acquires it through indicator **234**. By way of another example, receiver **231** can take the form of a ski lift ticket **238** shown in FIG. **10H**. Lift ticket **238** is thus a receiver with an indicator **239** in the form of a LED. Lift ticket **238** is preferably made like other lift tickets, and may for example include bar code **240**, indicating that a person purchased the ticket for a particular day, and ticket connecting wire **241** to couple ticket **238** to clothing. Lift ticket **238**

may beneficially be used with a MMD having a speed sensor detector; and that MMD reports (by wireless communication) speed "events" that exceed a certain threshold, e.g., 40 mph. Lift ticket receiver **238** captures that event data and reports it though indicator **239**. A person wearing lift ticket receiver **238** with a speed sensing MMD will thus be immediately known by the ski lift area that the person skis recklessly, as a lift operator can view the speeding violation indicator LED **239**. Alternatively, indicator **239** is itself a wireless relay that communicates with a third receiver such as a ski ticket reader currently used to review bar code **240**. Lift ticket receiver **238** can further include circuitry as in monitor device **10** of FIG. 1 so that it responds to wireless requests for appropriate "event data," such as speed violation data. As such, indicator **239** may take the form of a transmitter relaying requested event data to the third receiver, for example. Event data may be stored in memory **236** until requested by the third receiver interrogating lift ticket receiver **238**.

[0236]  Preferably, canisters **200**' imparts a unique ID to the dispensed electronics—e.g., to each sensor or receiver taken from canister **200**'—for security reasons. More particularly, in addition to communicating a current date and time to the dispensed electronics, canister **200**' also preferably imparts a unique ID code which is used in subsequent interrogations of the dispensed electronics to obtain data therein. Therefore, data within a monitor device, for example, cannot be tampered with without the appropriate access code; and that code is only known by the party controlling canister **200**' and dispensing the electronics.

[0237]  FIG. **10G** and FIG. **10H** illustrate certain advantages of the invention. First, receivers in the form of lift tickets **238** may be packaged and dispensed to power the lift ticket upon use. Lift tickets are dispensed by the thousands and are sometimes stored for months prior to use. Accordingly, battery power may be conserved until dispensed so that internal electronics function when used by a skier for the day. Further, tickets **238** monitor a user's performance behavior during the day to look for offending events: e.g., exceeding the ski resort speed limit of 35 mph; exceeding the jump limit of two seconds; or performing an overhead flip on the premises. Whatever the monitor device is set to measure and transmit as "events" may be visually displayed (e.g., a LED or LCD) at indicator **234** or re-transmitted to read the offending information. Receiver **231** may incorporate transponders as discussed above to facilitate the indicator functionality, i.e., to relay data as appropriate.

[0238]  Batteries used in the above MMDs and devices like the lift ticket can benefit by using paper-like batteries such as set forth in U.S. Pat. No. 5,897,522, incorporated herein by reference. Such batteries provide flexibility in several of the monitor devices described herein. Powering such batteries when dispensing a sensor or receiver still provides advantages to conserve battery power until the sensor or receiver is used. A device battery **18** of FIG. 1 can for example be a paper-like battery or coin cell.

[0239]  FIG. **10I** shows yet another sensor **231**' constructed according to the invention. Like receiver **231**, sensor **231**' preferably conforms to a shape of a license ticket, e.g., a ski lift ticket. However sensor **231**' does not couple to a separate monitor device; rather, sensor **231**' is a stand-alone device that serves to monitor and gauge speed-

67

ing activity. Like other sensors of the invention, an "event" is generated and communicated off-board (i.e., to a person or external electronics) when sensor **231'** exceeds a pre-assigned value. Typically, that value is a speed limit associated with the authority issuing sensor **231'** (e.g., a resort that issues a ski lift ticket). Sensor **231'** is preferably dispensed through one of the "power on" techniques described herein, such as by dispensing sensor **231'** from a canister **200, 200'**. Typically, when sensor **231'** detects a speeding event, (a) data is communicated off-board (e.g., sensor **231'** generates a wireless signal of the speed violation), and/or (b) a visual indicator is generated to inform the authority (e.g., via a ski lift operator of the ski lift area) of the violation. In case (a), indicator **234'** may for example be a communications port such as port **16, FIG. 1**; in the case (b), indicator **234'** may for example be an LED or other visual indicator that one can visually detect to learn of the speeding violation. Indicator **234'** of one embodiment is a simple LED that turns black (ON), or alternatively white (OFF), after the occurrence of a speeding event. A quick visual review of sensor **231'** thus informs the resort of the speeding violation.

**[0240]** Sensor **231'** also has a battery **233'** that is preferably powered when sensor **231'** is dispensed to a user (e.g., to a snowboarder at a resort). Optionally, position locater **243** is included with sensor **231'** to track earth location of sensor **23'**; processor **235'** thereafter determines speed based upon movement between locations over a time period (e.g., distance between a first location and a second location, divided by the time differential defined by arriving at the second location after leaving the first location, provides speed). Clock **237'** provides timing to sensor **231'**. Optionally, memory **236'** serves one of several functions as a matter of design choice. Data gathered by sensor **231'** may be stored in memory **236'**; such data may be communicated off-board during subsequent interrogations. As discussed above, data may also be communicated off-board at the occurrence of a speeding "event." As an alternative, indicator **234'** may be a transponder RFID tag to be read by a ticket card reader. In one embodiment, on slope transmitters irradiate sensor **231'** with a signal that reflects to determine Doppler speed; that speed is imparted to sensor memory **236'** and reported to the resort.

**[0241]** Preferably, sensor **231'** operates in "low power" mode. Position locater **243** in one preferred embodiment is a GPS receiver and processor **243, 235'** for example collectively operate to make timed measurements of earth location so as to coarsely measure speed. For example, by measuring earth location each five seconds, and by dividing the distance traveled in those five seconds by five seconds, a coarse measure of speed is determined. Other timed measurements could be made as a matter of design choice, e.g., ½, 1, 15, 20, 25, 30 or 60 seconds. By taking fewer measurements, and by reducing processing, battery power is conserved over the course of a day, as it is preferable that the ticket determines speeding violations for at least a full day, in Winter. Finely determining speed at about one-second intervals is useful in the preferred embodiment of the invention.

**[0242]** Memory **236'** may further define location information relative to one or more "zones" at a resort, such that speed may be assigned to each zone. In this manner, for example, a resort can specify that ski run "X" (of zone "A") has a speed limit of 35 mph, while ski run "Y" (of zone "B")

has a speed limit of 30 mph. Speeding violations within any of zones A or B are then communicated to the resort. The advantage of this feature of the invention is that certain slopes or mountain areas permit higher speeds, and yet other slopes (e.g, a tree skiing area) do not support higher speeds. The resort may for example specify speed limits according to terrain. GPS receiver **243** determines earth position—which processor **235'** determines is within a particular zone—and speed violations are then determined relative to the speed limit within the particular zone, providing a more flexible system for the ski resort.

**[0243]** Position locater **243** of another embodiment is an altimeter, preferably including a solid-state pressure sensor. Altimeter **243** of one embodiment provides gross position information such as the maximum and minimum altitude on a ski mountain. For a particular resort, maximum and minimum altitude approximately correspond to a distance of "Z" meters, the distance needed to traverse between the minimum and maximum altitude. Processor **235'** then determines speed based upon dividing Z by the time between determining the minimum and maximum altitudes. Fractional speeds may also be determined. If for example a particular skier traverses between a maximum altitude and half-way between the minimum and maximum altitudes, then processor **235'** determines speed based upon dividing Z/2 by the time between determining (a) the maximum altitude and (b) the midpoint between the minimum and maximum altitudes.

**[0244]** As discussed above, one MMD of the invention includes an airtime sensor. **FIG. 11** and **FIG. 12** collectively illustrate the preferred embodiment for determining and detecting airtime in accord with the invention. A MMD configured to measure airtime preferably uses an accelerometer as the detector; and **FIG. 11** depicts electrical and process steps **250** for processing acceleration signals to determine an "airtime" event. **FIG. 12** illustrates state machine logic **280** used in reporting this airtime. By way of example, **FIG. 12** shows that motion is preferably determined prior to determining airtime, as airtime is meaningful in certain applications (e.g., wakeboarding) when the vehicle (e.g., the wakeboard) is moving and non-stationary.

**[0245]** More particularly, **FIG. 11** depicts discrete-time signal processing steps of an airtime detection algorithm. Acceleration data **252** derive from a detector in the form of an accelerometer. Two pseudo-power level signals **266**a, **272**a are produced from data **252** by differentiating (step **254**), rectifying (step **256**), and then filtering through respective low-pass filters at steps **266** or **272**. More particularly, a difference signal of data **252** is taken at step **254**. The difference signal for example operates to efficiently filter data **252**. The difference signal is next rectified, preferably, at step **256**. Optionally, a limit filter serves to limit rectified data at step **258**. Rectified, limited data may be resealed, if desired, at step **260**. The limiting and rescaling steps **258, 260** help reduce quantization effects on the resolution of power signals **266**a, **272**a. Filtering at steps **266, 272** incorporate different associated time constants, and feed binary hysteresis functions with different trigger levels, to produce "power" signals **266**a, **272**a.

**[0246]** More particularly, data from step **260** is bifurcated along fast-signal path **262** and slow-signal path **264**, as shown. In path **262**, a low pass filter operation (here shown

as a one pole, 20 Hz low pass filter) first occurs at step 266 to produce power signal 266a. Two comparators compare power signal 266a to thresholds, at step 268, to generate two signals 270 used to identify possible takeoffs and landings for an airtime event. In path 264, a low pass filter operation (here shown as a one pole 2 Hz low pass filter) first occurs at step 272 to produce power signal 272a. Three comparators compare power signal 272a to thresholds, at step 274, to generate three "confidence" signals 276 used to assess confidence of takeoffs and landings for an airtime event. Finally, a state machine 280, described in more detail in FIG. 12, evaluates signals 270, 276 to generate airtime events 278.

[0247] Those skilled in the art should appreciate that the airtime detection scheme of FIG. 11 also may be used for other detectors, such as those in the form of piezoelectric strips and microphones, without departing from the scope of the invention.

[0248] FIG. 12 schematically shows state machine logic 280 used to report and identify airtime events, in accord with the invention. State machine 280 includes several processes, including determining motion 282, determining potential takeoffs 284 (e.g., of the type determined along path 262, FIG. 11), determining takeoff confirmations 286 (e.g., of the type determined along path 264, FIG. 11), determining potential landings 288 (e.g., of the type determined along path 262, FIG. 11), and determining landing confirmations 290 (e.g., of the type determined along path 264, FIG. 11). Logic flow between processes 282, 284, 286, 288, 290 occurs as illustrated and annotated according to the preferred embodiment of the invention.

[0249] In summary, the relative fast signal from fast-signal path 262, FIG. 11, isolates potential takeoffs and potential landings from data 252 with timing accuracy (defined by filter 266) that meets airtime accuracy specifications, e.g., $\frac{1}{100}$th of 5 a second. The drawback of detections along path 262 is that it may react to accelerometer signal fluctuations that do not represent real events, which may occur with a ski click in the middle of an airtime jump by a skier. This problem is solved by confirming potential takeoffs and landings with confirmation takeoffs and landings triggered by a slower signal, i.e., along path 264. The slower signal 272a is thus used to confirm landings and takeoffs, but is not used for timing because it does not have sufficient time resolution.

[0250] An accelerometer signal described in FIG. 11 and FIG. 12 is preferably sensitive to the vertical axis (i.e., the axis perpendicular to the direction of motion, e.g., typically the direction of forward velocity, such as the direction down a hill for a snowboarder) to produce a raw acceleration signal (i.e., data 252, FIG. 11) for processing. Other accelerometer orientations can also be used effectively. The raw acceleration signal may for example be sampled at high frequencies (e.g., 4800 Hz) and then acted upon by the algorithm of FIG. 11. With a stream of accelerometer data, the algorithm produces an output stream of time-tagged airtime events.

[0251] FIG. 13 graphically shows representative accelerometer data 300 captured by a device of the invention and covering an airtime event 302. Event 302 occurs between takeoff 304 and landing 306, both determined through the algorithm of FIG. 11. Data representing power signals 266a

and 272a are also shown. A ski click 310 illustrating the importance of signals 266a, 272a shows how the invention prevents identification of ski click 310 as a landing or second takeoff.

[0252] Data transmission from a sensor (e.g., a MMD) to a display unit (e.g., a receiver) is generally at least 99.9% reliable. In the case of one-way communication, a redundant transmission protocol is preferably used to cover for lost data transmissions. Communications are also preferably optimized so as to reduce battery consumption. One way to reduce battery consumption is to synchronize transmission with reception. The "transmission period" (the period between one transmission and the next), the size of the storage buffer in sensor memory, and the number of times data is repeated (defining a maximum age of an event) are adjustable to achieve battery consumption goals.

[0253] A state diagram for transmission protocols between one sensor and display unit, utilizing one-way transmission, is shown in FIG. 14 and FIG. 14A. FIG. 14 and FIG. 14A specifically show the operational state transitions for the sensor (chart 273) and display unit (chart 274) with respect to transmission protocols, in one embodiment of the invention. The numerical times provided in FIG. 14 are illustrative, without limitation, and may be adjusted to optimize performance. As those skilled in the art should appreciate, alternative protocols may be used in accord with the invention between sensors and receivers. With reference to FIG. 14 and FIG. 14A, the display unit is generally in a low power mode unless receiving data, to conserve power in the display unit. To accomplish this, transmissions between the sensor and display unit are synchronized such that the display unit knows when the sensor can next transmit. When the sensor has no data to transmit, there preferably is no transmission; however, synchronization is still maintained by short transmissions. Synchronization need not be performed at each transmission period, but preferably at a suitably spaced multiple of the transmission period. The period between synchronization-only transmissions is then determined by the amount of clock drift between the display unit and the sensor unit. The sync-only transmission may include the power up sequence and the sync byte, such that the display unit maintains sync with sensor transmissions. The transmission period is preferably selectable by software for both the sensor and the display unit.

[0254] By way of example, one sensor unit is monitor device 10 of FIG. 1, and one display unit is receiver 24 of FIG. 1. When the sensor and receiver function as a pair, the sensor unit preferably has an identification (ID) number communicated to the display unit in transmission so that the display unit only decodes data from one particular sensor.

[0255] Preferably, the display unit determines the sync pattern for sensor transmissions by active listening until receipt of a synchronization or data transmission with the matching sensor ID. Once a valid transmission from the matching sensor is received, the display unit calculates the time of the next possible transmission and controls the display unit accordingly. When the sensor is a MMD used to determine airtime, and the sensor does not necessarily have a real time clock; data sent to the display unit includes airtime values with time information as to when the airtime occurred. As this sensor does not necessarily maintain a real time clock, the time information sent from the sensor is

relative to the packet transmission time. Preferably, the display unit, which has a real time clock, will convert the relative time into an absolute time such that airtime as an event is tagged with appropriate time and/or date information.

[0256] The amount of data communicated between the sensor and display unit varies. By way of example, for typical skier and snowboarder operation, an airtime event covering the 0-5 second range with a resolution of $\frac{1}{100}$th second is generally adequate. The coding of such airtime events can use nine data bits. Ten bits allow for measurement of up to approximately ten seconds, if desired. For an age, where the resolution of age is one second (i.e., a time stamp resolution) and the maximum age of a repeat transmission is fifteen seconds, four bits are used. Data transmission also typically has overhead, such as startup time, synchronization byte, sensor ID used to verify correct sensor reception, a product identifier to allow backwards compatibility in future receivers, a count of the number of data items in the packet, and, following the actual data, a checksum to gain confidence in the received data. This overhead is approximately six bytes in length. To reduce the effect of overhead, stored data in the sensor is preferably sent in one message. An airtime event for example can be stored in the sensor until transmitted with the desired redundancy, after which it is typically discarded. Thus, the number of airtime events included in a transmission depends upon the number of items still in the sensor's buffer (e.g., in memory **20, FIG. 1**). When the buffer is empty, there is, generally, no data transmission.

[0257] A typical data transmission can for example include: <P/up> <Sync> <Sensor ID> <Product ID> <Count> [<Age> <Airtime>] <Checksum>. <P/up> is the power-up time for the transmitter. A character may be transmitted during power up to aid the transmitter startup, and help the receiver start to synchronize on the signal. The <Sync> character is sent so that the receiver can recognize the start of a new message. <Sensor ID> defines each sensor with a unique ID number such that the display unit can selectively use data from a matching sensor. <Product ID> defines each sensor with a product ID to allow for backward compatibility in future receivers. <Count> defines how many age/airtime values are included in a message. The <Age> field provides the age of an associated airtime value, which may be used by the display unit to identify when an airtime is retransmitted. <Airtime> is the actual airtime value. <Checksum> provides verification that the data was received correctly.

[0258] A sensor's buffer length should accommodate the maximum number of airtime jumps for the duration of retransmissions. By way of example, transmissions can be restricted so that no more than one jump every three seconds is recognized; and retransmissions should generally finish within a selected time interval (e.g., six seconds). Therefore, this exemplary sensor need only store two airtime events at any one time. The buffer length is preferably configurable, and can for example be set to hold four or more airtime events.

[0259] Transmission electronics within the sensor and display units may use a UART, meaning that data is defined in byte-sized quantities. As those skilled in the art understand, alternative transmission protocols can utilize bit level resolution to further reduce transmission length.

[0260] By way of example, consider an airtime event of 1.72 seconds, occurring 2.1 seconds before start of transmission. In accord with **FIG. 14** and **FIG. 14A**, the transmitted data would be as follows:

[0261] <P/up> <Sync> <Sensor ID> <Product ID> <Count> [<Age> <Airtime>]

[0262] <Checksum>    <0xAA>    <0x    AD> <0x12><0x01><0x01><0x02>0x158><0x21>

[0263] Assuming that the age and airtime data are combined into two bytes, and that <P/up> is one byte in length, the entire packet is eight bytes in length. At a transmission speed of 1200 baud, a typical transmission speed between a sensor and receiver, the eight bytes takes 67 ms to transmit. Assuming sequential transmission periods of 500 ms, the transmission duty cycle is 13.4% for a single jump.

[0264] Those skilled in the art should appreciate that alternatives from the above-described protocols may be made without departing from the scope of the invention. In one alternative, pseudo random transmissions are used between a sensor and receiver. If for example two sensors are together, and transmitting, the transmissions may interfere with one another if both transmissions synchronously overlap. Therefore, in situations like this, a pseudo random transmission interval may be used, and preferably randomized by the unique sensor identification number <Sensor ID>. If both the display unit and the sensor follow the same sequence, they can remain in complete sync. Accordingly, a collision of one transmission (by two adjacent sensors) will likely not occur on the next transmission. In another alternative, it may also be beneficial for the receiver to define a bit pattern for the <Sync> byte that does not occur anywhere else in the transmitted data, such as used, for example, with the HDLC bit stuffing protocol. In another alternative, it may be beneficial to use an error correction protocol, instead of retransmissions, to reduce overall data throughput. In still another alternative, a more elaborate checksum is used to reduce the risk of processing invalid data.

[0265] In still another alternative, a "Hamming Code" may be used in the transmission protocol. Hamming codes are typically used with continuous streams of data, such as for a CD player, or for the system described in connection with **FIG. 8**; however they are not generally used with event or timed sequence transmissions described in connection with **FIG. 14**. Nevertheless, Hamming codes may make the data paths more robust. The wireless receiver in the display unit may take a finite time in start-up before it can receive each message. Since a further goal of the transmission protocol is generally to reduce the overall number of transmissions from the sensor, it may be beneficial to add additional data to the transmission and send it fewer times rather than to retransmit data several times. For example, rather than sending all buffered airtime values with each transmission, two data items can be sent, together with a count of airtimes in the sensor buffer, and a sum of the airtimes. If the display unit misses one airtime (e.g., determined by the count value), it can use the sum value received and the summation of the airtimes it has previously received to determine the missing airtime. A similar scheme can be used for age values so as to determine the time of the missing airtime.

[0266] The display unit receiver is typically in the physical form of a watch, pager, cell phone or PDA; and, further,

70

receivers also typically have corresponding functionality. By way of example, one receiver is a cell phone that additionally functions as a receiver to read and interpret data from a MMD. Furthermore, a display unit is preferably capable of receiving and displaying more than one movement metric. As such, data packets described above preferably include the additional metric data, e.g., containing both impact and airtime event data. Display units of the invention preferably have versatile attachment options, such as to facilitate attachment to a wrist (e.g., via a watch or Velcro strap for over clothing), a neck (e.g., via a necklace), or body (e.g., by a strap or belt).

[0267] Sensors such as the monitor devices described above, and corresponding display unit receivers, preferably have certain characteristics, and such as to accommodate extreme temperature, vibration and shock environments. One representative sensor and receiver used to determine airtime in action sports can for example have the following non-limiting characteristics: sensor attaches to a flat surface (e.g., to snowboard, ski, wake-board); sensor stays attached during normal aggressive use; display unit attachable to outside of clothing or gear; waterproof; display unit battery life three months or more; sensor battery life one week or more of continuous use; on/off functionality by switch or automatic operation; characters displayed at data unit visible from a minimum of eighteen inches; minimum data comprehension time for data minimum of 0.5 second; last airtime data accessible with no physical interaction; one second maximum time delay for display of airtime data after jump; displayed data readable in sunlight; displayed data includes time and/or date information of airtime; user selection of accumulated airtime; display unit provides real time information; display unit operable with a maximum of two buttons; physical survivability for five foot drop onto concrete; scratch and stomp resistant; no sharp edges; minimum data precision $\frac{1}{30}$th second; minimum data accuracy $\frac{1}{15}$th second; minimum data resolution $\frac{1}{100}$th second; minimum data reliability $\frac{999}{1000}$ messages received; algorithm performance less than one percent false positive and less then two percent false negative indications per day; and temperature range minimum of −10C-60C.

[0268] Those skilled in the art should appreciate that the above description of communication protocols of "airtime" between sensor and receiver can be applied to monitor devices sensing other metrics, e.g., temperature, without departing from the scope of the invention.

[0269] By way of example, FIG. 15 shows functional blocks 320, 322, 324, 326, 328, 330 of one sensor of the invention. The sensor's algorithm analyses signals from an internal detector and determines an event such as airtime. This event information is stored and made ready for transmission to the display unit. FIG. 16 shows functional blocks 332, 334, 336, 338, 340, 342, 344 of one display unit of the invention. Transmission protocols between functional blocks 326, 332 ensure that data is received reliably. The internal detector of the sensor of FIG. 15 for example is an accelerometer oriented to measure acceleration in the Z direction (i.e., perpendicular to the X, Y plane of motion). Signals generated from the detector are sampled at a suitable frequency, at block 320, and then processed by an event algorithm, at block 322. The algorithm applies filters and control logic to determine event, e.g., the takeoff and landing times for airtime events. Event data such as airtime is passed

to the data storage at block 324. Data is stored to meet transmission protocol requirements; preferably, data is stored in a cyclic buffer, and once all data transmissions are performed, the data is discarded. Transmission can be performed by a UART, at block 326, where data content is arranged to provide sufficient robustness. Power control at block 328 monitors signal activity level to determine if the sensor should be in 'operating' mode, or in 'sleep' mode. Sleep mode preserves the battery to obtain a greater operative life. While in sleep mode, the processor wakes periodically to check for activity. Timing and control at block 330 maintains timing and scheduling of software components.

[0270] With regard to FIG. 16, receiver message handler at block 332 performs data reconstruction and duplication removal from transmission protocols. Resulting data items are sent to data management and storage at block 334. Stored data ensures that the user can select desired information for display, at block 336. The display driver preferably performs additional data processing, such as in displaying Total Lists (e.g., values representing cumulative of a metric), Best lists (e.g., values representing the best or highest or lowest metric), and Current Lists (e.g., values representing latest metric). These lists are filled automatically, but may be cleared or reset by the user. Buttons typically control the display unit, at block 338. Button inputs by users are scanned for user input, with corresponding information passed to the user interface/menu control block 344. The display driver of block 336 selects and formats data for display, and sends it to the receiver's display device (e.g., an LCD). This information may also include menu items to allow the user select, or perform functions on, stored data, or to select different operation modes. A real time clock of block 340 maintains the current time and date even when the display is inactive. The time and date is used to time stamp event data (e.g., an airtime event). Timing and control at block 342 maintains timing and scheduling of various software components. User interface at block 344 accepts input from the button interface, to select data items for display. A user preferably can scroll through menu items, or data lists, as desired.

[0271] FIG. 17 shows one housing suitable for use with a monitor device (e.g., a MMD) of the invention. The housing is shown with three pieces: a top element 362, a bottom element 364, and an o-ring 366. As shown in FIG. 18, elements 362, 364 form a watertight seal with o-ring 366 to form an internal cavity that contains and protects sensor electronics 368 (e.g., detector 12, processor 14, communications port 16 of FIG. 1) disposed within the cavity. Batteries 370 power sensor electronics 368, such as described in connection with FIGS. 3E, 3G. In combination, the housing is preferably small, with volume dimensions less than about 35 mm×15 mm×15 mm. Generally, one dimension of the housing is longer than the other dimensions, as illustrated; though this is not required.

[0272] FIG. 19 shows an alternative housing 372 suitable for use with a sensor (e.g., a MMD) of the invention. Housing 372 is shown with three pieces: a top element 374, a bottom element 376, and an o-ring 378. As above, elements 374,376 form a watertight seal with o-ring 378 to form an internal cavity that contains and protects sensor electronics disposed therein. FIG. 19 also shows housing 372 coupled to sensor bracket 380. A mating screw 382 passes through housing 372, as shown, and through sensor

71

bracket **380** for attachment to a vehicle attachment bracket. **FIG. 20** illustrates one vehicle attachment bracket **390**; **FIG. 21** illustrates another vehicle attachment bracket **400**. Mating screw **382** preferably has a large head **382**a so that human fingers can efficiently manipulate screw **382**, thereby attaching and detaching housing **372** from the vehicle attachment bracket, and, thereby, from the underlying vehicle. Screw **382** also preferably clamps together elements **374, 376, 378** at a single location to seal sensor electronics within housing **372**.

[0273]   Bracket **390** of **FIG. 20** attaches directly to vehicle **392**. Vehicle **392** is for example a sport vehicle such as a snowboard, ski, wakeboard, or skateboard. Vehicle **392** may also be part of a car or motorcycle. A surface **394** of vehicle **392** may be flat; and thus bracket **390** preferably has a corresponding flat surface so that bracket **390** is efficiently bonded, glued, screwed, or otherwise attached to surface **394**. Bracket **390** also has screw hole **396** into which mating screw **382** threads to, along direction **399**.

[0274]   **FIG. 21** shows one alternative vehicle attachment bracket **400**. Bracket **400** has an L-shape to facilitate attachment to bicycle frame **398**. Frame **398** is for example part of a bicycle or mountain biking sports vehicle. A seat **402** is shown for purposes of illustration. Bracket **400** has a screw hole **404** into which mating screw **382** threads to, along direction **406**. Sensor outline **408** illustrates how housing **372** may attach to bracket **400**.

[0275]   Brackets **380, 390, 400** illustrate how sensors of the invention may beneficially attach to sporting vehicles of practically any shape, and with low profile once attached thereto. The brackets of the invention preferably conform to the desired vehicle and provide desired orientations for the sensor within its housing. By way of example, L-shaped bracket **400** may be used to effectively orient a sensor to bike **398**. If for example the sensor includes a two-axis accelerometer as the detector, with sensitive axes **410, 412** arranged as shown, then vehicle vibration substantially perpendicular to ground (i.e., ground being the plane of movement for the vehicle, illustrated by vector A) may be detected in sensor orientations illustrated by attachment of housing **372** to attachments **390, 400** of **FIGS. 20** and **21**, respectively. In addition, such an arrangement provides for mounting the sensor to a vehicle with a low profile extending from the vehicle.

[0276]   Vehicle attachment brackets (and sensor brackets) are preferably made with sturdy material, e.g., Aluminum, such that, once attached to a vehicle (e.g., vehicle **390** or **398**), the vibration characteristics of the underlying vehicle transmit through to the housing attached thereto; the sensor within the housing may then monitor movement signals (e.g., vibration of the vehicle, generally generated perpendicular to "A" in **FIG. 20** and **FIG. 21**) directly and with little signal loss or degradation.

[0277]   **FIG. 22** shows housing **374** from a lower perspective view, and specifically shows sensor bracket **380** configured with back connecting elements **376**a of housing element **376**. **FIG. 23** further illustrates bracket **380**. **FIG. 24** further illustrates element **374**, including screw hole **374**a for mating screw **382**, and in forming part of the cavity **374**b for sensor electronics. **FIG. 25** further illustrates element **376**, including screw aperture **376**b for mating screw **382**. Elements **376, 374** may optionally be joined together via attachment channels **377**, with screws or alignment pins.

[0278]   **FIG. 26** shows one housing **384** for a monitor device of the invention. Housing **384** is preferably made from mold urethane and includes a top portion **384**a and bottom portion **384**b. An o-ring (not shown) between portions **384**a, **384**b serves to keep electronics within housing **384** dry and free from environmental forces external to housing **384**. **FIG. 27** shows the inside of top portion **384**a; **FIG. 28** shows the inside of bottom portion **384**b; and **FIG. 29** shows one monitor device **386**, constructed according to the invention, for operational placement within housing **384**. Portions **384**a, **384**b are clamped together by screw attachment channels **388**. In **FIG. 29**, device **386** includes batteries **389**a, **389**b used to power a radio-frequency transmitter **390** and other electronics coupled with PCB **391**. Data from device **386** is communicated to remote receivers through antenna **392**. When transmitter **390** is a 433 MHz transmitter, for example, antenna **392** is preferably coil-shaped, as shown, running parallel to the short axis **393** of PCB **391** and about 4.5 mm above the non-battery edge **394** of PCB **391**. Coil antenna **392** is preferably about 15 mm long along length **392**a and about 5.5 mm in diameter along width **392**b; and coil antenna **392** is preferably made from about 20 turns **392**c of enameled copper wire. Antenna **392** may be coupled to housing **384** via protrusions **385**. The o-ring between portions **384**a, **384**b may be placed on track **386**.

[0279]   **FIG. 30**, **FIG. 31** and **FIG. 32** collectively illustrate one mounting system for attaching monitor devices of the invention to objects with flat surfaces. **FIG. 30** shows a plate **396** that is preferably injection molded using a tough metal replacement material such as the Verton™. Plate **396** is preferably permanently secured to the flat surface (e.g., to a ski or snowboard) with 3M VHB tape or other glue or screw. Skis, bicycles, and other vehicles use a corresponding shaped plate that accepts the same sensor. **FIG. 31** shows plate **396** in perspective view with a monitor device **397** of the invention. **FIG. 32** shows an end view illustrating how plate **396** couples with device **397**, and particularly with a lower portion **397**a of device **397**.

[0280]   **FIG. 33** shows a top view of a long-life accelerometer sensor **420** constructed according to the invention. Sensor **420** can for example be a MMD. Accelerometer sensor **420** includes a PCB **422**, a processor **424** (preferably with internal memory **424**a; memory **424**a may be FLASH), a coin cell battery **426**, a plurality of g-quantifying moment arms **428**a-e; and communications module **430**. PCB **422** has a matching plurality of contacts **432**a-e, which sometimes connect in circuit with corresponding moment arms **428**a-e. In one embodiment, module **430** is a transponder or RFID tag with internal FLASH memory **430**a. The five moment arms **428**a-e and contacts **432**a-e are shown for illustrative purposes; fewer arm and contacts can be provided with accelerometer sensor, as few as one to four or more than five.

[0281]   Battery **426** serves to power sensor **420**. PCB **422** and processor **424** serve to collect data from accelerometer(s) **428**a-e when one or more contact with contacts **432**a-e. Communications module **430** serves to transmit data from sensor **422** to a receiver, such as in communications ports **16, 26**. Operation of accelerometer sensor **420** is described with discussion of **FIG. 34**.

[0282]   In illustrative example of operation of sensor **420**, moment arm **428**d moves in direction **434**a when force

72

moves arm **428***d* in the other direction **434***b*. Once arm **428***d* moves far enough (corresponding to space **436**), then arm **428***d* contacts contact **432***d*. At that point, a circuit is completed between arm **428***d*, processor **424** and battery **426**, such as through track lines **438***a*, **438***b* connecting, respectively, contact **432***d* and arm **428***d* to other components with PCB **422**. A certain amount of force is required to move arm **428***d* to contact **432***d*; arm **428***d* is preferably constructed in such a way that that force is known. For example, arm **428***d* can be made to touch contact **432***d* in response to 10 g of force in direction **434***a*. Other arms **428***a-c*, **428***e* have different lengths (or at least different masses) so that they respond to different forces **434** to make contact with respective contacts **432**. In this way, the array of moment arms **428** quantize several g's for accelerometer **100**.

[0283] In the preferred embodiment, processor **424** includes A/D functionality and has a "sleep" mode, such as the "pic" 16F873 by MICROCHIP. Accordingly, accelerometer sensor **422** draws very little current during sleep mode and only wakes up to record contacts between arm **428** and contacts **432**. The corresponding battery life of accelerometer sensor **422** is then very long since the only "active" component is processor **424**—which is only active for very short period outside of sleep mode. Communications module is also active for just a period required to transmit data from sensor **420**.

[0284] Processor **424** thus stores data events for the plurality of moment arms **428**. By way of example, moment arms **428***a-e* can be made to complete the circuit with contacts **432** at 25 g (arm **428***e*), 20 g (arm **428***d*), 15 g (arm **428***c*), 10 g (arm **428***b*) and 5 g (arm **428***a*), and processor **424** stores results from the highest g measured by any one arm **428**. For example, if the accelerometer sensor experiences a force **434***b* of 20 g, then each of arms **428***e*, **428***d*, **428***c* and **428***b* touch respective contacts **432**; however only the largest result (20 g for arm **428***b*) needs to be recorded since the other arms (**428***e-c*) cannot measure above their respective g ratings. Longer length arms **428** generally measure less force due to their increased responsiveness to force. Those skilled in the art should appreciate that arms **428** can be made with different masses, and even with the same length, to provide the same function as shown in **FIGS. 33 and 34**.

[0285] Data events from arms **428** may be recorded in memory **424***a* or **430***a*. If for example communications module **430** is a transponder or RFID tag, with internal FLASH memory **430***a*, then data is preferably stored in memory **430***a* when accelerometer sensor **420** wakes up; data is then off-loaded to a receiver interrogating transponder from memory **430***a*. Alternatively, processor **424** has memory **424***a* and event data is stored there. Module **430** might also be an RF transmitter that wirelessly transmits data off-board at predetermined intervals.

[0286] **FIG. 35** shows a circuit **440** illustrating operation of accelerometer sensor **420**. Processor **424** is minimally powered by battery **426** through PCB **422**, and is generally in sleep mode until a signal is generated by one or more moment arms **428** with corresponding contacts **432**. Each arm and contact combination **428**, **432** serve to sense quantized g loads, as described above, and to initiate an "event" recording at processor **424**, the event being generated when

the g loads are met. Processor **424** then stores or causes data transmission of the time tagged g load events similar to the monitor device and receiver of **FIG. 1**.

[0287] **FIG. 36** shows a runner speedometer system **450** constructed according to the invention. A sensor **452** is located with each running shoe **454**. For purpose of illustration, shoes **454**A, **454**B are shown at static locations "A" and "B", corresponding to sequential landing locations of shoes **454**. In reality, however, shoes **454** are not stationary while running, and typically they do not simultaneously land on ground **456** as they appear in **FIG. 36**. Sensor **452**A is located with shoe **454**A; sensor **452**B is located with shoe **454**B. Sensors **452** may be within each shoe **454** or attached thereto. Sensors **452**A, **452**B cooperatively function as a proximity sensor configured to determine stride distance **461** between sensors **452**, while running. One or both of sensors **452** have an antenna **458** and internal transmitter (not shown). A sensor **452** can for example be a monitor device such as shown in **FIG. 1**, where detector **12** is the proximity sensor and the transmitter is the communications port **16**. Receiver **462** is preferably in the form of a runner's watch with an antenna **466** and a communications port (e.g., port **26**, **FIG. 1**) to receive signals from sensor(s) **452**. Receiver **462** also preferably includes a processor and driver to drive a display **468**. Receiver **462** can for example have elements **14**, **18**, **20**, **22**, **16** of device **10** of **FIG. 1**. Receiver **462** preferably provides real time clock information in addition to other functions such as displaying speed and distance data described herein.

[0288] In the preferred embodiment, sensors **452** internally process proximity data to calculate velocity and/or distance as "event" data, and then wirelessly communicate the event data to receiver **462**. Alternatively, proximity data is relayed to receiver **462** without further calculation at sensors **452**. Calculations to determine distance or velocity performed by a runner using shoes **454** can be accomplished in sensor(s) **452** or in receiver **462**, or in combination between the two. Distance is determined by a maximum separation between sensors **452** for a stride; preferably, that maximum distance is scaled by a preselected value determined by empirical methods, since the maximum distance between sensors **452**A, **452**B determined while running is not generally equal to the actual separation **461** between successive foot landings (i.e., while running, only one of shoes **454** is on the ground at any one time typically, and so the maximum running separation is less than actual footprint separation **461**—the scaling value accounts for this difference and calibrates system **450**).

[0289] Velocity is then determined by the maximum stride distance (and preferably scaled to the preselected value) divided by the time associated with shoe **454** impacting ground **456**. An accelerometer may be included with sensor **452** to assist in determining impacts corresponding to striking ground **456**, and hence the time between adjacent impacts for shoe positions A and B. Events may be queued and transmitted in bursts to receiver **462**; however events are typically communicated at each occurrence. Events are preferably time tagged, as described above, to provide additional timing detail at receiver **462**.

[0290] **FIG. 37** shows an alternative runner speedometer system **480** constructed according to the invention. A sensor **482** is located with one running shoe **484**. For purpose of

73

illustration, shoe **484** is shown at two distinct but separate static locations "A" and "B", corresponding to successive landing locations of shoe **484**. In reality, shoe **484** is not stationary while running, and also does not simultaneously land at two separate locations A, B on ground **486** as it appears in FIG. **37**. Shoe **484** can correspond to the left or right foot of a runner using system **480**. Sensor **482** is located with shoe **484**; it may be within shoe **484** or attached thereto. Sensor **482** has an accelerometer oriented along axis **490**, direction **490** being generally oriented towards the runner's direction of motion **491**. Sensor **482** has an antenna **488** and internal transmitter (not shown). Sensor **482** can for example be a monitor device such as shown in FIG. **1**, where detector **12** is the accelerometer oriented with sensitivity along direction **490**, and the transmitter is the communications port **16**. Sensor **482** transmits travel or acceleration data to receiver **492**. Receiver **492** is preferably in the form of a runner's watch with an antenna **496** and a communications port (e.g., port **26**, FIG. **1**) to receive signals from sensor **482**. Receiver **492** also preferably includes a processor and driver to drive a display **498**. Receiver **492** can for example have elements **14, 18, 20, 22, 16** of device **10** of FIG. **1**. Receiver **492** preferably provides real time clock information in addition to other functions such as displaying speed and distance data described herein.

[0291] In one embodiment, sensor **482** transmits continuous acceleration data to receiver **492**; and receiver **492** calculates velocity and/or distance based upon the data, as described in more detail below. Sensor **492** thus operates much like a MMD **150** described in FIG. **8**, and receiver **492** processes real time feeds of acceleration data to determine speed and/or distance. In the preferred embodiment, however, sensor **482** internally processes acceleration data from its accelerometer(s) to calculate velocity and/or distance as "event" data; it then wirelessly communicates the event data to receiver **492** as wireless data **493**. Events are preferably queued and transmitted in bursts to receiver **492**; however events are typically communicated at each occurrence (i.e., after each set of successive steps from A to B). Events are preferably time tagged, as described above, to provide additional timing detail at receiver **492**.

[0292] Generally, sensor **482** calculates a velocity and/or distance event after sensing two "impacts." Impacts **500** are shown in FIG. **38**. Each impact is detected by the sensor's accelerometer; when shoe **484** strikes ground **486** during running, a shock is transmitted through shoe **484** and sensor **482**; and sensor **482** detects that impact **500**. An additional accelerometer in sensor **482**, oriented with sensitivity perpendicular to motion direction **491**, may also be included to assist in detecting the impact; however even one accelerometer oriented along motion direction **490** receives jarring motion typically sufficient to determine impact **500**.

[0293] Alternatively, sensor **482** calculates velocity or distance between successive low motion regions **502**. Regions **502** correspond to when shoe is relatively stationary (at least along direction **491**) after landing on ground **486** and prior to launching into the air.

[0294] Once impact **500** or low motion region **502** is determined within sensor **482**, sensor **482** integrates acceleration data generated by its internal accelerometer until the next impact or low motion region to determine velocity; a double integration of the acceleration data may also be

processed to determine distance. Preferably, data from the sensor accelerometer is processed through a low pass filter. Preferably, that filter is an analog filter with a pole of about 50 Hz (those skilled in the art should appreciate that other filters can be used). However, generally only velocity is calculated within sensor **482**; and distance is calculated in receiver **492** based on the velocity information and time T between impacts **500** (or low motion regions **502**) of sensor **482**. Preferably, velocity is only calculated over the time interval $T_i$ between each impact **500**. Velocity may alternatively be calculated over an interval that is shorter than T, such that runner velocity is scaled to velocity over the lesser interval. The shorter interval is useful in that acceleration data is sometimes more consistent over the shorter interval, and thus much more appropriate as a scalable gauge for velocity. Given the short time of T, very little drift of accelerometer data occurs, and velocity may be determined sufficiently. $T_i$ is typically less than about one second, and is typically about ½ second or less.

[0295] Briefly, the processor within sensor **482** samples accelerometer data within each "T" period, or portion of the T period, and integrates that data to determine velocity. The initial velocity starting from each impact **500** (or low motion region **502**) is approximately zero. If $A_i$ represents one sample of accelerometer data, and the sampling rate of the processor is 200 Hz (i.e., preferably a rate higher than the low pass filter), then $A_i/200$ represents the velocity for one sample period (1/200 second) of the processor. Data **504** illustrates data $A_t$ over time t. Since T (in seconds) * 200 samples=x samples are taken for each period T, then the sum of all of the $A_i/200$ for each of the x samples, divided by the number x, determines average velocity over period T. For integrations over a period that is less than T, fewer samples (less than x) are used to calculate velocity.

[0296] Sensor **482** calculates and transmits its velocity data to receiver **492**. Velocity data $V_1$ corresponds to period $T_1$, velocity data $V_2$ corresponds to period $T_2$, and so on. Generally, because of processing time, sensor **482** in this example transmits $V_1$ in period $T_2$, transmits $V_2$ during period $T_3$, and so on. Receiver **492** averages $V_i$, over time, and communicates the average to the runner in useful units, e.g., 10 mph or 15 kmph.

[0297] Note that if only one accelerometer is provided with each shoe **484**, then calibration of velocity $V_i$ may be made for sensor **452** by calibration against a known reference, e.g., by running after a car or running on a treadmill. More particularly, since the accelerometer is oriented in various ways during a period T, other than along direction **491**, then errors are induced due to the acceleration of gravity and other forces. However, since $V_i$ is reported sequentially to receiver **492**, a correction factor may be applied to these velocities prior to display on display **498**. By way of example, if one runner substantially maintains his shoes **484** level, such that accelerometers in sensors **492** maintain a constant orientation along direction **491** during period T, then the reported $V_i$ reasonably approximates actual velocity over that period. However if the runner points his shoes with toe towards ground **486**, during period T, then only a component of the detected acceleration vector is oriented along direction **491**. However, by calibrating system **480** against a known reference, a substantially true velocity for each period T may be obtained. Moreover, shoe sensor **482** can have a different adjustment factor applied for

74

different gaits (e.g., jogging or running, as shoe orientations during period T may vary for different gaits).

[0298] Generally, a calibration for velocity is made at least once for each shoe using the invention, to account for variations in electronic components and other effects. Calibration also adjusts for the gait of the runner in orienting the accelerometer relative to ground **486**. Preferably, like several of the MMDs described herein, a battery powers sensor **482**; and that battery can be replaced once depleted. Implanting the MMD within shoe **484** is beneficial in that a fixed orientation, relative to direction **491**, is made at each landing.

[0299] To alleviate the problems associated with acceleration errors, one preferred sensor **482**' for a shoe **484**' is shown in FIG. **39**. Sensor **482**' is shown in a side cross sectional view (not to scale); and motion direction **491**' of the runner is shown in relation to accelerometer orientation axes **506***a*, **506***b* and ground **486**'. Shoe **484**' is shown flat on ground **486**' and generally has a sole orientation **487** also at angle θ relative to accelerometer axis **506***a*. Sensor **482**' has at least a two-axis accelerometer **510** (or, alternatively, a three axis accelerometer, with the third axis oriented in direction **506***c*) as the sensor detector, with one axis **506***a* oriented at angle θ relative to ground **486**' (and hence relative to shoe sole **487** on ground **486**'). Angle θ is chosen, preferably, such that accelerometer axis **506***a* maximally orients along axis **491**' while the runner runs. Specifically, since during a period T the toe of shoe **484**' tips towards ground **486**' while running, then angle θ approximately orients that accelerometer such that its sensitive axis **506***a* is parallel with axis **491**' for at least part of period T$_i$. Angle θ can be approximately forty-five degrees. Other angles are also suitable; for example an angle θ of zero degrees is described in connection with FIG. **37**, and other angles up to about seventy-five degrees may also function sufficiently. Axis **506***b* is preferably oriented with sensitivity perpendicular to orientation **506***a*. Data from accelerometer **510** is communicated to low pass filter **511** and then to processor **512** where it is sampled as data A$_{i, a, b, c}$ (a, b, c representing the two or three separate axes **506***a-c* of sensitivity for accelerometer **510**). Data A$_{i, a, b, c}$ is then used to (a) determine impacts **500** (and/or low motion regions **502**), as above, and (b) determine V$_i$ based upon A$_{i, a, b, c}$ for any given period T$_i$ (or for any part of a period T). Errors in V$_i$ are corrected by processing the several components A$_{i, a, b, c}$ of the acceleration data. If for example data A$_{i, a}$ is "zero" for part of period T, then either the shoe is at constant velocity, or stopped; or if A$_{i, a}$ is "one" then it is substantially oriented with the toe greatly tipped towards ground **486**', such that that accelerometer reads the acceleration due to gravity only. Data $_{i, b}$ may be used to determine which physical case it is, and to augment the whole A$_i$ data stream in determining V$_i$.

[0300] Once processor **512** determines V$_i$ for period T$_i$, then communications port **514** transmits V$_i$ to the user's watch receiver (e.g., receiver **492**, FIG. **37**) as wireless data **515**. The watch receiver calculates a useful runner speed, e.g., 15 km/hour, and displays that to the user. Battery **516** powers sensor **482**'.

[0301] Note that the systems of FIG. **36**, **37**, **39** provide other benefits associated with upward or downward movement and work functions. Such upward or downward move-

ment, when determined, defines a change of potential energy that may be reported as work or caloric burn. For example, accelerometer **510** can include multiple axes, such that angle θ may be determined. By knowing vertical climb, even over short distances, a work function is created. An inclinometer or angle measurement may also be integrated into such systems, and work functions may also be determined on a hill. Certain MMDs of the invention include for example speed detectors (e.g., accelerometers or Doppler radar devices) to determine speed. By using the hill angle for the upward or downward movement, with speed, another work function is created associated with the climb or descent. Such a work function can add to caloric consumption calculations in fitness or biking applications. Such inventions are also useful in determining whether the climb occurred on a hill or on stairs, also assisting the work function calculation.

[0302] There are several advantages of the invention of FIGS. **36-39**. The prior art such as shown in U.S. Pat. No. 6,052,654, incorporated by reference, describes a calculating pedometer; but the system does not automatically calculate speed and distance as the invention does. Another patent, U.S. Pat. No. 5,955,667, also incorporated herein by reference, requires the use of a tilt sensor or other mechanism that determines the angular orientation of accelerometers relative to a datum plane. The invention does not require tilt sensors or the continual determination of the angle of the accelerometers relative to a fresh datum plane.

[0303] FIG. **40** shows one runner speedometer system **520** constructed according to the invention. System **520** includes a GPS monitor device **522**, accelerometer-based monitor device **524**, and wrist instrument **526**. Device **522** is similar to device **10** of FIG. **1** except detector **12** is a GPS chipset receiving and decoding GPS signals. Device **522** has a processor (e.g., processor **12**, FIG. **1**) that communicates with the chipset detector to determine speed and/or distance. Speed and/or distance can be accurately determined without knowing absolute location, as in the GPS sensors of the prior art. Speed and/or distance information is then wirelessly communicated, via its communications port, to wrist instrument **526** as wireless data **531**. Instrument **526** is preferably a digital watch with functionality such as receiver **24**, FIG. **1**. Preferably, device **522** clips into clothing pocket of the runner's shirt **530**. As described above, system **520** includes one or two accelerometer-based devices **524** in runner shoes **532**. Device(s) **524** in shoe(s) **532** augment GPS device **522** to improve speed and/or distance accuracy of system **520**; however either device **522**, **524** may be used without the other. Together, however, system **520** preferably provides approximately 99% or better accuracy (for speed and/or distance) under non-obscured sky conditions. Wrist instrument **526** collates data from GPS device **522** and accelerometer device(s) **524** to provide overall speed and distance traveled information, as well as desired timing and fitness data metrics.

[0304] System **520** thus preferably has at least one MMD **524** attached to, or within, runner shoe **532**; MMD **524** of the preferred embodiment includes at least one accelerometer arranged to detect forward acceleration of runner **525**. A processor within MMD **524** processes the forward acceleration to determine runner speed. Additional accelerometers in MMD **524** may be used, as described herein, to assist in determining speed with improved accuracy. In the preferred

25

embodiment, MMD **524** wirelessly transmits speed as wireless data **527** to wrist instrument **526**, where speed is displayed for runner **525**. System **520** providing speed from a single MMD **524** can provide speed accuracy of about 97%. To improve accuracy, a second MMD **524** (not shown) is attached to, or placed within, a second shoe **532**; the second MMD **524** also determining runner speed. Speed information from a second shoe **532**b is thus combined with speed information from shoe **532**a to provide improved speed accuracy to runner **525**; for example, the two speeds from shoes **532**a, **532**b are averaged. System **520** providing speed from a pair of MMDs **524** can provide speed accuracy of better than 97%.

[0305] System **520** works as a runner speedometer with MMD **524** (or multiple MMDs **524**, one in each shoe **532**). However, to improve accuracy of speed delivered to runner **525**, a GPS chip device **522** is attached to clothing **530** of runner **525**. Device **522** may for example be placed within a pocket of clothing **530**, the pocket being in the shoulder region so that device **522** has a good view of the sky. Device **522** processes successive GPS signals to determine a speed based upon successive positions. System **520** utilizing device **522** thus provides enhanced speed to runner **525** when using device **522**. Speed from device **522** is communicated to wrist instrument **526** where it is displayed for runner **525**. Preferably, instrument **526** uses speed from device **522** when speed data is consistent and approximately similar to speed data from ED **524**. Instrument **526** alternatively combines speed data from device **522** and device **524** to provide a composite speed. If device **522** is obscured, so GPS signals are not available, then system **520** provides speed to runner **525** solely from MMD **524** (or multiple MMDs **524**, one in each shoe). As an alternative, device **522** can be integrated within a pocket in a hat worn by runner **525**, such that device **522** again has an un-obscured view of the sky.

[0306] FIG. **41** shows a computerized bicycle system **540** constructed according to the invention. In use, system **540** determines caloric burn or "work" energy expended, among other functions described herein. System **540** includes fore/ aft tilt sensor **542** and speed sensor **544**; sensors **542**, **544** determine then wirelessly transmit bicycle tilt information and speed information, respectively, and as wireless data **545**, to receiver and display **546**. A processor (not shown) in receiver and display **546** combines data from sensors **542**, **544** to determine elevation change, and, hence, work energy (e.g., change of potential energy); receiver and display **546** then displays work energy to a user of bicycle system **540**. Work energy may be converted to caloric burn, in one embodiment of the invention. Sensor **542** may include a small gyroscope or an electrolytic type tilt device, known in the art, as the detector for measuring bicycle tilt. Speed sensor **544** is readily known in the art; however the combination of speed sensor **544** with other sensors of FIG. **41** provides new and useful data accord with the invention.

[0307] System **540** can additionally include crank torque measurement sensor **548**. Sensor **548** preferably includes a strain gauge connected with bicycle crank **550** to measure force applied to pedals **552** and wheels **554**. Preferably, a sensor **548** is applied to each pedal so that system **540** determines the full effort applied by the cyclist on any terrain. Sensor(s) **548** accumulate, process and transmit tension data to receiver and display **546**. System **540** can

additionally include tension measurement sensor **556** used to measure tension of chain **558**. Sensor **556** similarly accumulates, processes and transmits tension data to receiver and display **546**. Device **546** preferably includes processing and memory elements (e.g., similar to receiver **231**, FIG. **10**G) to accumulate and process data from one or more of sensors **542**, **544**, **548**, **556** in the desired way for a user of system **540**.

[0308] As alternatives to system **540**, without departing from the scope of the invention, those skilled in the art should appreciate that (1) sensor **542** may be combined with either of sensor **544** or receiver **546**; (2) sensors **542** and **544** may communicate through electrical wiring instead of through wireless communications; (3) a GPS sensor providing earth location and altitude may instead provide the data of sensors **542**, **544** for system **540**; and (4) receiver and display **546** may instead be a watch mounted to a user's wrist. Preferably, system **540** includes memory, e.g., within receiver and display **546**, that stores gradient information associated with a certain ride on terrain, and then provides a "trail difficulty" assessment for the stored data. Maximum and minimum gradients are also preferably stored and annotated in memory for later review by a user of system **540**.

[0309] FIG. **42** shows a system **600** constructed according to the invention. System **600** is particularly useful for application to spectator sports like NASCAR. System **600** in one application thus includes an array of data capture devices **602** coupled to racecars **604**. A data capture device **602** may for example be a monitor device as described herein, with one or a plurality of detectors to monitor movement metrics. As described below, data capture devices **602** preferably have wireless transmitters connected with antennas to transmit wireless data **606** to listening receivers **608**. Receivers **608** can take the form of a computer relay **608**a and/or a crowd data device **608**b, each of which is described below. In the preferred embodiment, data capture devices **602** communicate wireless data **606** to computer relay **608**a; and computer relay **608**a relays select wireless data **610** to a plurality of crowd data devices **608**b. However, data capture devices **602** can directly relay wireless data **606** to crowd data devices **608**b, if desired, and as a matter of design choice. Crowd data devices **608**b are provided to spectators **612** during a sporting event, such as a NASCAR race of racecars **604** on racetrack **605**. Devices **608**b may be rented, sold or otherwise provided to spectators **612**, such as in connection with ticketing to access racetrack **605**, and to sit in spectator stands **616**. Data devices **608**b may also be modified personal data devices or cell phones enabled to interpret wireless data **606** and/or **610** for display of relevant information to its owner-spectator. Access to data **606**, **610** in this manner is preferably accomplished contractually such that the cell phones or data devices have encoded information necessary to decode wireless data **606** and/or **610**.

[0310] Wireless data **606** can for example be at 2.4 GHz since data capture device **602** may be sufficiently powered from racecars **604**. Wireless data **610** can for example be unlicensed frequencies such as 433 MHz or 900-928 MHz, so that each crowd data device **608**b may be powered by small batteries such as described herein in connection with receivers for monitor devices. Wireless data **610** can further derive from cellular networks, if desired, to communicate directly with a crowd data device. Wireless link **606** and **610**

76

can encompass two way communications, if desired, such as through wireless transceivers.

[0311] Computer relay **608***a* may further provide data directly to a display scoreboard **614** so that spectators **612** may view scoreboard **614** for information derived by system **600**. Scoreboard **614** may for example be near to spectator stand **616**.

[0312] FIG. 43 shows one data capture device **602**' constructed according to the invention. Device **602**' may be attached to car **604**' or integrated with car **604**'. For purposes of illustration, car **604**' is only partially shown, with wheels **605** and body **607**. Preferably, device **602**' is integrated with existing car electronics **618**. For example, car electronics **618** typically include a speedometer and tachometer, and other gauges for fuel and overheating. Device **602**' thus preferably integrates and communicates with car electronics **618**, as illustrated by overlapping dotted lines between items **602**' and **618**. Device **602**' also communicates desired metric information to spectators **612** (either directly or through computer relay **608***a*). Device **602**' thus includes a wireless transmitter **620** and antenna **622** to generate wireless data **606**'.

[0313] Data relayed to spectators **612** can be of varied format. Device **602**' can for example be a MMD with a detector providing acceleration information. Acceleration data in the form of "g's" and impact is one preferred data communicated to spectators **612** through wireless data **606**'. Car **604**' may in addition have accelerometers as part of car electronics; and device **602**' preferably communicates onboard acceleration data as wireless data **606**'. Device **602**' and car electronics **618** can for example include a speedometer, accelerometer, tachometer, gas gauge, spin sensor, temperature gauge, and driver heart rate sensor. An on-board computer can further provide position information about car **604**' position within the current race (e.g., 4th out of fifteen racecars). Accordingly, device **602**' collects data from these sensors and electronic sources and communicates one or more of the following information as wireless data **606**': racecar speed, engine revolutions per minute, engine temperature, driver heart rate, gas level, impact, g's, race track position, and spin information. As described in connection with the monitor devices above, data **606**' may be continually transmitted or transmitted at timed sequence intervals, e.g., every minute. Data **606**' may also be transmitted when an event occurs, e.g., when a major impact is reported by a device **602**' (e.g., in the form of a MMD) such as when car **604**' experiences a crash. A spin sensor also preferably quantifies rollover rate, acceleration and total rotations (e.g., four flips of the car is 1440 degrees).

[0314] FIG. 44 shows one crowd data device **608***b*' constructed according to the invention. Device **608***b*' in one embodiment is a cell phone constructed and adapted to interpret information from wireless data **606**' (or data **610**). Device **608***b*' can also be a receiver such as receiver **24** of FIG. 1. Device **608***b*' preferably includes a display **621** to display metrics acquired from information within wireless data **606**' (and/or data **610**). Communications port **623** and antenna **624** capture data **606**' and/or **610**. An internal processor decodes and drives display **621**. On-Off button **628** turns device **608***b*' on and off. Car selector button **630** provides for selecting which car **604**' to review data from. Data mode button **632** provides for selecting which data to view from selected car **604**'.

[0315] Data captured by device **608***b*' may be from one car or from multiple cars **604**. Car selection button **630** can be pressed to capture all data **606**' from all cars, or only certain data from one car, or variants thereof. In one embodiment, the update rate transferred as wireless data **606**' from any car **604**' to any crowd data device is about one second; and so each device generally acquires data from one car at any one time and "immediately" (i.e., within about one second) acquires data from another car if selected by button **630**. Alternatively, all data **606**' from all cars **604** are communicated and captured to each device **608***b*'. This alternative mode however uses more data bandwidth to devices **608***b*'.

[0316] Accordingly, users of crowd data device **608***b*' may view performance and data metrics from any car of choice during a race. Currently, spectators only have a vague feel for what is actually happening to a car at a race between multiple cars **604**. With the invention, a spectator can monitor her car of choice and review data personally desired. One spectator might for example be interested in the driver heart rate of one car; one other spectator might for example be interested in the speed of the lead car; yet another spectator might for example be interested in the temperature of the top four cars; most spectators are concerned about which car is the lead car. In accord with the invention, each spectator may acquire personal desired data in near real time and display it on individual crowd data devices in accord with the invention. Data captured from system **600** can further be relayed to the Internet or to broadcast media through computer relay **608***a*, if desired, so that performance metrics may be obtained at remote locations, and, again, in near real time.

[0317] The invention also provides for displaying certain data at display scoreboard **614**. Computer relay **608***a* may in addition connect to race officials with computers that quantify or collate car order and other details like car speed. Such data can be relayed to individuals through crowd data devices **608***b* or through scoreboard **614**, or both.

[0318] System **600** may be applied to many competitive sports. For example, when the data capture device is like a MMD, system **600** can be applied to sports like hockey, basketball, football, soccer, volleyball and rodeos. A MMD in the form of an adhesive bandage, described above, is particularly useful. Such a MMD can for example be applied with football body armor or padding, as illustrated in FIG. 45. FIG. 45 shows a football player's padding **650** with a MMD **652**. MMD **652** can be applied external to padding **650**, though it is preferably constructed internally to padding **650**. MMD **652** operates like a data capture device **602** of system **600** (FIG. 42). MMD **652** can for example capture and relay impact information to spectators of a football game, where each of the players wears body armor or padding such as padding **650**, to provide performance metrics for all players and to individual spectators. Impacts from blows between players may then be obtained for any player for relay to any spectator or user of the Internet according to the teachings of the invention. Device **652** can alternatively include other detectors, e.g., heart-rate detectors, to monitor fitness and tiredness levels of athletes in real time; preferably, in this aspect, MMD **652** attaches directly to the skin of the player.

[0319] Likewise, a MMD of the invention is effectively used in rodeo, as shown in FIG. 46. Preferably one MMD

654 attaches to the saddle 656 of the animal 658 ridden in the rodeo (or to the horn of a bull, or to a rope attached to the animal), and one MMD 660 attaches to the rider 662 on animal 658. Each MMD generates a signal, similar to signals 154, 156 of FIG. 8A. As such, data from each MMD 654, 660 can be compared to the other to assess how well rider 662 rides in saddle 656. This comparison may be beneficially used in judging, removing subjectivity from the sport. For example, by attaching MMD 660 with the pant-belt 662A of rider 662, if signals from MMDs 654, 660 collate appropriately, then rider 662 is efficiently riding animal 658. Of course, one MMD 654 can also be used beneficially to report metrics such as impact to the audience.

[0320]    FIG. 47 shows a representative television or video monitor display 678 of a bull 670 and bull rider 672, as well as a plurality of MMDs 674A-D attached thereto to monitor certain aspects of bull and rider activity, in accord with the invention. Display 678 also includes a graphic 676 providing data from one or more of MMDs 674 so that a view of display 678 can review movement metric content associated with bull and/or rider activity. In exemplary operation, MMD 674A is attached to back rope 680 so as to monitor, for example, rump bounce impacts and frequency; MMD 674B is attached to rider rope 682 so as to monitor, for example, loosening of the grip of rider 672 onto bull 670; MMD 674C is attached to bull horn 684 so as to monitor, for example, bull head bounce and frequency; and MMD 674D is attached to rider 672 so as to monitor, for example, rider bounce and frequency, and impact upon being thrown from bull 670. A sensor (not shown) may also attach to the rider's foot or boot, if desired. MMDs 674 can for example be coupled to a reconstruction computer and receiver 152 of FIG. 8A, so as to process multiple MMDs 674 and to report meaningful data to a television, scoreboard and/or the Internet. Data collected from MMDs 674 in one embodiment are collated and stored in a database so as to characterize bull strength and throwing efficiency over time. For example, by looking at magnitude and frequency of acceleration data from MMD 674C over time for a particular bull provides detail as to how the bull behaves over time. Professional bull riding media can then better gauge which bulls to use for which riders and events.

[0321]    Those skilled in the art should also appreciate that MMDs 674 can include different detectors providing data desired by sports media. For example, if the MMD contains a linear accelerometer, linear motion forces are reported; if the MMD contains a rotational accelerometer, rotational forces are reported. These MMDs may be placed on various parts of bull 670 or rider 672, such as on the body and head. Data from MMDs may be relayed to television, scoreboards and/or the Internet. Data collated on the Internet preferably includes bull and rider performance summaries.

[0322]    FIG. 48 shows one EMD or MMD 684 constructed according to the invention. EMD or MMD 684 has specific advantages as a "wearable" sensor, similar to MMD 10", FIG. 2. EMD or MMD 684 utilizes "flex strip"688 (known in the art) to mount mini-PCBs 686 (devices 686 can also be silicon chips) directly thereto. As a whole, EMD or MMD 684 can "wrap" about objects and persons to fulfill the variety of needs disclosed herein. By way of example, EMD or MMD 684 is useful for comfortable attachment to the rodeo rider 662, FIG. 46, such as to monitor and report "impact" events. Another such EMD or MMD 684 may be

attached to a bull or rider to monitor and report heartbeat. In one embodiment, a Kapton flex circuit 688 connects battery 690 to the PCBs 686, and PCBs 686 to one other, so as to flexibly conform to the shape of the underlying object or body. In one option, EMD or MMD 684 is all housed high-density foam or similar flexible housing 694; this can maximize the EMD or MMD's protection and allow it to be worn close to the object of body. For example, such an EMD or MMD 684 may be worn on the torso of a person, where accurate g-levels seen by the body can be measured. In one embodiment, battery 690 is a plastic Lithium-ion power cell that has a malleable plastic case with any variety of form factor. Other batteries may also be used, in accord with the invention.

[0323]    The invention of one preferred embodiment employs data taken from monitor devices such as described above and applies that data to video games, arcade games, computer games and the like (collectively a "game") to "personalize" the game to real ability and persons. For example, when a monitor device is used to capture airtime (and e.g., heart rate) of a snowboarder, that data is downloaded to a database for a game and used to "limit" how a game competitor plays the game. In this way, a snowboard game player can compete against world-class athletes, and others, with some level of realism provided by the real data used in the game.

[0324]    More particularly, one missing link in the prior art between video games and reality is that one a person can be great at a video game and relatively poor at a corresponding real sport (e.g., if the game is a snowboard game, the player may not be a good snowboarder; if the game is a car race, the person may not be a good race car driver; and so on). With performance metrics captured as described herein, the data is applied such that an entirely new option is provided with games. As known in the art, games take the form of PLAYSTATION, SEGA, GAMEBOY, etc.

[0325]    In operation the invention of the preferred embodiment works as follows. Individuals use a monitor device to measure one or more performance metrics in real life. Data from the monitor devices are then downloaded into a game (or computer running the game) for direct use by the game. Data used in the game may be averaged or it may be the best score for a particular player. By way of example, when the performance metric is "airtime", the option applied to the game allows the game player (typically a teenager) to measure a certain number of airtimes, in real life, and download them into the game so that the air the game player 'catches' during the game corresponds to his real airtime (e.g., best airtime, average airtime, etc.). Data used in games can be collated and interpreted in many ways, such as an individual's best seven airtimes of a day or a personal all time record for an airtime jump.

[0326]    The effect of the invention applied to games is that game users are somewhat restricted in what they can do. In a ski game, for example, a kid that does not have the natural athletic ability to do flips will not, if the option is selected, be permitted to perform flips in a game. Competitions within games then become far more real. If a kid catches only one second of airtime, on average, then it is unlikely that he can catch three seconds of airtime like Olympic athletes; accordingly, when the gaming option is selected, those kids will not be permitted within the game to throw airtime (and corre-

sponding tricks that require like airtimes) of three seconds or higher, for example. The game restricts them to playing tricks that could actually be completed in their normal airtime.

[0327] There would of course still be elements making the game unrealistic, and fun. The invention applied to games does however add a measure of realism to the games. For example, limiting a game to airtime may restrict movements to certain types, e.g., one flip instead of two. This is one example of how the invention applied to games makes the game much more real. Another gaming option is to permit the gaming user to expand their current real performance by some percentage. For example, a gaming user can instruct the game to permit 100% performance boost to his real data in competitions in the game. In this way, the gaming user knows how far off his real performance is from gaming performance. If for example it takes a 120% performance boost to beat a well-known Olympic athlete, then she knows (at least in some quasi-quantitative measure) how much harder she will need to work (i.e., 20%) to compete with the Olympic athlete.

[0328] Similar limitations to the games may be done with other metrics discussed herein, including drop distance, speed and impact, heart rate and other metrics. For example, by acquiring "impact" data through a MMD of the invention, it is known how much impact a particular athlete achieves during a jump or during a particular activity. By way of example, by collecting impact data from a boxer or karate athlete, it is roughly known the magnitude of impacts that that person endures. Such limitations are applied to games, in accord with other embodiments of the invention. Accordingly, a video game competitor may be limited to actions that he or she can actually withstand in real life. Spin rates too can limit the game in similar ways.

[0329] In the preferred embodiment of the invention, data from monitor devices applied to persons are downloaded as performance metrics into games. These metrics become parameters that are adhered to by the player if the gaming option is selected within the game. The ability to play the game, and the moving of the correct buttons, joystick or whatever, is thus linked to the real sport. By way of example, PLAYSTATION has a 'world championship' for the games. In accord with the invention, game players may now compete with their ability tied to competitions within the game, making it much more realistic on the slopes, vert ramp or other game obstacle.

[0330] In accord with one embodiment, systems like system **600** are also effectively applied to "venues" like skateparks. The data capture devices (preferably in the form of MMDs) are applied to individual users of the venue, e.g., skateboarders. Data acquired from the users are transmitted to a computer relay that in turn connects directly to game providers or Internet gaming sources. The venues are thus linked to games. Resorts with venues such as terrain parks are thus incentivized to make their venue part of the gaming world, where kids play in their park in synthesized video, and then actually use the venue to acquire data for use with the game. By tying competitors together from real venues to gaming, a real venue and a game venue become much more alike. Stigmas associated with playing games may also be reduced because gaming is then tied to reality and kids can participate in meaningful ways, both at the venue and within the game. Kids can then compete based upon real ability at both the game and in real life.

[0331] **FIG. 49** shows one network gaming system **700** constructed according to the invention. System **700** operates to collect data from one or more monitor devices **702**, such as through an Internet connection **703** with multiple home users of devices **702**. A server **704** collates performance data and relays parameters to games. By way of example, server **704** relays these parameters to a computer game **705** through Internet connection **706**. Game **705** includes a real personal data module **708** that stores parameters from server **704**. Users of computer game **705** may select an option to invoke the parameters of module **708**, thereby limiting the game as described above.

[0332] As an alternative, users of devices **702** may directly download game parameters to computer game **705**, as through a local data link **710**. Users may also type game parameters directly into module **708**. In either case, computer game **705** has real limiting functions to gaming actions via the invention. Preferably server **704** controls the download of data to computer game **705** so that data is controlled and collated in a master database for other uses and competitions.

[0333] System **700** can further network with an arcade game **720** in a similar manner, such as through Internet connection **718**. Real performance data is again stored in real personal data module **722** in game **720** (or at the computer controlling game **720**) so that users have restrictions upon play. User ID codes facilitate storing and accessing data to a particular person. In this way, users of arcade games can access and limit their games to real data associated with their skill. Competitions between players at arcade games, each with their own real personal data in play, increase the competitiveness and fairness of game playing.

[0334] **FIG. 50** illustrates a simplified flow chart of game operation such as described above. A start of a game maneuver starts at step **730**. A start may be initiated by a joy stick action, or button action, for example. Prior to performing the action, the game compares the desired game maneuver with real personal data, at step **732**. At step **734**, a comparison is made to determine whether the requested maneuver is within preselected limits (e.g., within a certain percentage from real personal data) related to the real personal data. If the answer is yes, then the game performs the maneuver, at step **736**. If the answer is no, then the game modifies, restricts or stops the maneuver, at step **738**.

[0335] **FIG. 51** shows one speed detection system **800** constructed according to the invention. System **800** includes a ticket reader **802** for each ski lift **804**. For example, reader **802-1** covers ski lift **804-1** to read tickets of persons riding ski lift **804-1**; reader **802-2** covers lift **804-2** to read tickets of persons riding lift **804-2**. Lift **804-1** carries persons (e.g., skiers and snowboarders) between locations "A" and "B"; lift **804-2** carries persons from locations "C" to "D". These persons travel (e.g., by ski or snowboard) from location B to A by approximate distance B-A, from location B to C by approximate distance B-C, from location D to A by approximate distance D-A, and from location D to C by approximate distance D-C.

[0336] Approximate distances B-A, B-C, D-A, D-C are stored in remote computer **806**. Specifically, computer **806** has memory **808** to store distances B-A, B-C, D-A, D-C. Computer **806** and readers **804** preferably communicate by wireless data **810-1**, **810-2**; thus computer **806** preferably

79

Aug. 28, 2003

29

has antenna **812**, and associated receiver and transmitter **814**, to facilitate communications **810**. Computer **806** further has a processor **816** to process data and to facilitate control of computer **806**.

[0337]    A representative reader **802**' is shown in **FIG. 52**. Reader **802**' has an antenna **820** and transmitter/receiver **822** to facilitate communications **810**' with computer **806**. Among other functions, reader **802**' reads ski lift tickets such as ticket **826** of a person riding lifts **804** via a scan beam **807**. Ticket **826** usually includes a bar code **828** read by reader **802**'.

[0338]    In operation, a ticket **826** is read each time for persons riding lifts **804**. A time is associated with when the ticket is read and logged into computer **806**. When that ticket **826** again is read, e.g., either at lift **804-1** or **804-2**, a second reading time is logged into computer **806**. Processor **816** of computer **806** then determines speed based upon (a) the two reading times, (b) the approximate lift time for the appropriate lift **804**, and (c) the distance traveled (i.e., one of distances B-A, B-C, D-A, D-C). For example, suppose a person enters lift **804-1** at 9 am and enters lift **804-2** at 9:14 am. Suppose lift **804-1** takes ten minutes, on average, to move a rider from A to B. Accordingly, this person traveled distance B-C in four minutes. If distance B-C is two miles, then that person traversed distance B-C with a speed of 30 mph. If the resort where system **800** is installed sets a maximum speed of 25 mph for the mountain **801**, then that person exceeded the speed and may be expelled from the resort. Note further that the resort may specify speed zones, corresponding to each of the paths B-A, B-C, D-A, D-C. If for example path B-A has a wide path, then a speed may be set at 30 mph. A person successively repeating lift **804-1** may thus be checked for speeds exceeding 30 mph. If on the other hand path D-A has a lot of trees, then a speed of 20 mph may be set; and a rider who rides lift **804-2** and arrives at lift **804-1** can be checked for violations along route D-A.

[0339]    When a ski lift **804** stops, then additional time is added to that person's journey. A feedback data mechanism tracking lift movement can augment data in computer **806** to adjust skier speed calculations on dynamic basis.

[0340]    Note that system **800** serves to replace or augment sensor **231**' of **FIG. 10I**. Since sensor **231**' independently determines speed, then reader **802** may for example read sensor **231**' to see whether speeds were exceeded for one or more zones. Sensor **231**' may instead have a visual indicator which is triggered when a person exceeds a speed limit in any of zones for B-A, B-C, D-A, D; and a human operator sees the indicator when there is a violation.

[0341]    As shown in **FIG. 53**, one monitor device **840** of the invention incorporates a GPS receiver chip **842** to locate device **840**. Device **840** is preferably integrated with an adhesive strip such as discussed in **FIG. 2**. Device **840** also preferably "powers on" when opened and dispensed, such as shown in **FIGS. 4 and 10**. In operation, device **840** is generally applied to persons or objects to assess, locate and log "events". By way of example, by attaching device **840** to a new computer shipped to a retailer, an impact event may be recorded and stored in memory **846** by an accelerometer detector **844**, as described above, and a location associated with the impact event is also stored, as provided by GPS chip **842**. As such, for example, the exact amount of damage received by the computer, as well as the exact location of

where the damage occurred, is stored in memory **846**. As described herein, other detectors **844** may be used to generate "events" (e.g., a spin event, or an airtime event, temperature, humidity, flip-over events, etc.) in conjunction with GPS chip **842**. Data in memory **846** is relayed to a receiver **850** having data access codes of device **840**. Alternatively, data is communicated to receiver **850** by wireless and timed-sequence transmissions. Communications ports **852**, **854** facilitate data transfers **860** between device **840** and receiver **850**. Transfers **860** may be one way, or two-way, as a matter of design choice. A clock **862** may be incorporated into device **840** to provide timing and/or real-time clock information used to time tag data events from one or both of detector **844** and GPS chip **842**. As above, a battery **864** serves to power device **840**. A processor **848** serves to manage and control device **840** to achieve its functionality.

[0342]    **FIG. 54** shows a system **866** suitable for use with a device **840**, or with other MMDs or EMDs disclosed herein. System **866** has particular advantages in the shipping industry, wherein a device **865** (e.g., device **840**, or one or more EMDs or MMDs) attaches to a package **867** (or to the goods **868** within package **867**) so that system **866** can monitor data associated with shipment of goods and package **868**, **867**. Multiple devices **865** may be attached to package **867** or goods **868** as needed or required to obtain the data of interest. Certain data determined by device **865**, during shipment, include, for example, impact data or g's, temperature, data indicating being inverted, humidity and other metrics. In sum, one or more of these data are wirelessly communicated, as wireless data **863**, to an interrogation device reader **869** to assess the data corresponding to shipment conditions and/or abuse of package **867** and/or goods **868**. Data **863** preferably includes "time tag" data indicating when a certain "event" occurred, e.g., when goods **868** experienced a 10 g event. Preferably, data from reader **869** is further relayed to a remote database **871** so that system **866** may be operated with other similar systems **866** so as to monitor a large amount of packages and goods shipments at different locations. Damaged goods can for example be evaluated by any reader **869** and recorded into a common database **871** by the controlling company.

[0343]    The invention of **FIG. 54** thus has certain advantages. Companies that ship expensive equipment **868** have an incentive to prove to the receiver that any damage incurred was not the result of faulty packaging **867** or unsatisfactory production and assembly. Also, shipment insurers want to know when and where damage occurs, so that premiums may be adjusted appropriately or so that evidence may be offered to encourage the offending party to improve handling procedures.

[0344]    The monitor devices of the invention have further application in medicine and patient health. One monitor device **870** of the invention is shown in **FIG. 55**. Specifically, device **870** attaches to a baby's body **872** (e.g., to a baby's chest, throat, leg, arm, buttocks or back) to monitor movement such as respiratory rate, pulse rate, or body accelerations. Device **870** of the preferred embodiment synchronizes to repetitive movements (e.g., pulse rate or respiratory rate) and generates an "event" in the absence of the repetitive movements. Device **870** can for example be device **10**w, **FIG. 2E**, facilitating easy placement on the infant by the adhesive strip (which is also beneficially

80

sterilized) to measure heart rate as an event. Device **870** can alternatively be a monitor device using a microphone to detect "breathing" as a health metric for the infant. Regardless of the metric, the event reported by device **870** is preferably communicated immediately as wireless signals **874** to a remote monitor **876**, with an antenna **878** to receive signals **874**. Monitor **876** is preferably portable so as to be carried with the infant's parents. Monitor **876** generates an audible or visual alarm when an event is received from signals **874**. Device **870** seeks to address the very realistic concern of parents relative to Sudden Infant Death Syndrome, or other illnesses. Device **870** preferably relays a warning event data to alarm monitor **876** within seconds of detecting trouble with the infant. For example, if device **870** detects the absence of heart rate or breathing, the alarm at monitor **876** is made in near real time.

[0345]  Like other monitor devices herein, device **870** has a detector **870**a to detect the desired metric. For purposes of illustration, other elements such as the device's communications port and processor are not shown, though reference may be made to **FIG. 1** to construct device **870**. In one embodiment, detector **870**a is a piezoelectric element that generates a voltage signal at every pulse or breath of baby **872**, such as shown and described in **FIG. 7-7**B. Detector **870**a may alternatively be an accelerometer arranged to sense accelerations of the infant's chest (or other body portion); and thus chest (or other body portion) accelerations are used to determine the repetitive signal (or simply movement or absence of movement). Preferably, the sensitive axis of the accelerometer is perpendicular to baby body **872**. For example, such an accelerometer can be used to sense accelerations of the baby's chest, rising and falling. In still another embodiment, detector **870**a is a force-sensing resistor or electro-resistive element generating signals responsive to force or weight applied to device **870**. Such a device is useful to sense when baby body **872** rolls onto device **870**. Yet another detector **870**a is a Hall Effect detector; that detector within device **870** detects when baby body **872** inverts, that is when the baby rolls over. A roll over event is one particular event of interest by parents; and in this embodiment, a warning signal **874** is generated at each roll over. Detector **870**a can alternatively be a microphone; and the device's processor processes the sound data to detect recurring audible data indicative of breathing sounds.

[0346]  Preferably, device **870** is integrated with an adhesive strip **880**; and device **870** and strip **880** form an adhesive bandage monitor device such as described above in connection with FIGS. 2-2D, 8C. Device **870** and strip **880** are also preferably packaged so as to "power on" when dispensed or used. A wrapper such as described in FIGS. 4-4A may be used; or preferably device **870** and wrapper **880** dispense from a canister **200**, **200'** such as described above in FIGS. **10-10**F. In this way, device **870** is conveniently dispensed and applied to baby body **872**, and without contamination and germs.

[0347]  Those skilled in the art should appreciate that device **870** may also attach to the infant in a variety of places depending on the parent's desire. Device **870** may for example attach to the back or bottom of the infant, and generate an event for every time the infant rolls over.

[0348]  **FIG. 56** shows a flowchart of steps associated with applying and using one monitor device according to the invention. At start **884**, the device is unwrapped and/or dispensed from a container. The device is then applied to a baby's body, preferably as an adhesive bandage package, in step **886**. Once applied, the device synchronizes to baby body movement (such as repetitive movements associated with pulse or respiratory rate), breathing sounds or heart rate, in step **888**. The device then searches for "events" in the form of the absence of repetitive signals, indicating for example the danger of an absence of pulse, heart rate or respiration, in step **890**. In step **892**, the monitor device generates a wireless signal as a warning; that signal is received at a remote receiver at step **894**. Once received, remote receiver generates an audible alarm (e.g., a buzzer sounds) or visible alarm (e.g., an LED is lit), in step **896**. Preferably, steps **890**-**896** occur in less than one or several seconds (e.g., less than five or ten or fifteen seconds). Once the alarm occurs, a parent checks the infant (step **898**) to determine whether the alarm is real and, if needed, to administer aid. If for some reason the alarm was incorrect, the remote receiver is reset (step **900**) and the monitor device continues to assess distressing situations to generate events.

[0349]  As an alternative, the detector of the monitor device (**FIG. 55**) is a temperature (or alternatively a humidity) detector, and the alarm monitor merely tracks infant temperature for worried parents; such a device is useful for sick infants in particular. The temperature sensor can be coupled with other detectors (e.g., heart rate) to provide multiple functions, if desired.

[0350]  The MMDs and EMDs of the invention thus have several other advantages. They may be used discretely and safely as medical diagnostic and monitoring detectors. With appropriate detectors, EMDs of the invention can for example provide for portable, wireless pulse oxymeters or blood glucose monitors. With the appropriate detectors in MMDs, rehabilitation clinicians would be able to quantatively monitor metrics such as limb movement and balance. EMDs equipped with certain detectors may find use as real time, remote and inexpensive pH monitors and blood gas monitors.

[0351]  One MMD **900** of the invention and useful in medical applications is shown in **FIG. 57**. MMD **900** is similar to device **10** of **FIG. 1**, but in addition (or alternatively) has a detector **902** that senses weight. Detector **902** for example is a force sensing resistor or electro-resistive device. Preferably, MMD **900** is applied to one or more locations at the bottom of a human foot **906** via attachment with adhesive strips **908**. Those skilled in the art should appreciate that MMD **900** can alternatively be located at other locations on the human body. On the occurrence of an "event", MMD **900** generates wireless signals **910** for receipt at a remote receiver **912**, here shown in the form of a watch with antenna **914**. Watch **912** is generally worn by the person having foot **906**.

[0352]  MMD **900** is preferably in the form of a MMD **10**z of FIGS. 2B-2C, though with a weight sensing detector. In operation, MMD **900** is first calibrated: all the weight of person with foot **906** is applied to MMD **900** so that detector **902** is calibrated to that entire weight. Alternatively, a separate weight simply calibrates MMD **900**. Thereafter, MMD **900** generates "events" corresponding to fractions of the entire weight that the person with foot **906** applies to MMD **900**. For example, one MMD **900** generates wireless

81

data **910** each time MMD **900** experiences at least one-fourth the entire weight; that data **910** is converted and displayed on receiver **912**, as shown. In this way, when a cast is applied to a person, MMD **900** may be applied under foot, so that the person may obey doctor's orders to put no more than ¼ weight on foot **906**, for example. As an alternative, MMD **900** is already calibrated to certain weights, e.g., 200 lbs, 180 lbs, etc. A precalibrated MMD **900** may then be applied to 200 lbs persons to generate events as needed. For example, an MMD **900** is used effectively to generate an event, to inform the person, that ½ or ¾ of the person's entire weight is on one foot.

[0353]    A weight sensing MMD may also take the form of MMD **920**, FIG. 58. Here, MMD **920** has an array of detectors **922**. Detectors **922** may be force sensing resistors or other weight sensitive elements. Detectors **922** collectively and electrically couple to processor **924**. Other elements (not shown) connect with processor **924**, e.g., a communications port and battery, such as monitor device **10** of FIG. 1. In operation, MMD **920** senses weight applied to foot **930** while walking or standing. Over time, MMD **920** ascertains the actual weight of the person of foot **930**. Once weight is determined, MMD **920** relays weight information to a remote receiver, e.g., watch **940** with antenna **940**a, via wireless signals **942**. Receiver **940** displays pertinent data, e.g., what fractional weight is applied onto foot **930**.

[0354]    In this way, a person may track his or her weight at any time. MMD **920** and receiver **940** may also communicate two-way, so that watch **940** queries MMD **920** for weight data, thereby conserving battery power. Those skilled in the art should appreciate that MMD and receiver **920**, **940** may be configured differently and still be within the scope of the invention. In one embodiment, MMD **920** is integrated with a shoe pad insert to fit into any shoe. Alternatively, MMD **920** is integrated directly into a shoe, as shown in FIG. 59. Detector **922** may also have fewer or more detectors depending upon design placement of detectors relative to foot **930**; that is, a single detector can be used to measure weight if arranged to accurately detect all or part of a person's weight. In such a configuration, MMD **920** may take the form of an adhesive bandage monitor device with a single detector and applied to the sole of a foot, as shown in FIG. 57. Preferably, weight is calibrated prior to use (e.g., when shoe is lifted off the ground) so that weight is determined relatively. In another embodiment, selectively positioning elements **922** to high impact areas of foot **930** (e.g., at the ball and heel of foot **930**), the invention monitors impact and improper walking or running events so as to provide corrective feedback to users or doctors.

[0355]    FIG. 59 shows a shoe-based weight sensing system **950** constructed according to the invention. System **950** has one or more weight sensing detectors **952** coupled to a processing section **954** (and, as a matter of design choice, other components such as shown in device **10** of FIG. 1)—all arranged in a shoe **956** (or within an insert for shoe **956**). In operation, shoe **956** generates wireless signals **958** for a remote receiver (e.g., watch **940**, FIG. 58) to inform the person wearing shoe **956** of his or her weight or weight loss. By integrating a transceiver and antenna **959** with processing section **954**, the remote receiver interrogates shoe **956** for weight information. In this way, health conscious persons can wear shoe **956** and learn of their weight at any desired time. Such a shoe **956** is for example useful

in determining weight loss. By way of example, a runner may use shoe **956** to determine weight loss in ounces, informing the runner that he or she should drink replacement water. Accordingly, in the preferred embodiment, a runner first calibrates his or her weight prior to a race; then system **950** reports weight loss relative to the calibrated weight. Those skilled in the art should appreciate that alternatives from the foregoing may be achieved without departing from the scope of the invention.

[0356]    FIG. 60 shows one force-sensing resistor **960** suitable for use with the systems and/or MMD of FIGS. 57-59. Resistor **960** includes resistive material **962** and interdigitated contacts **964**A, **964**B; material **962** forms an electrical path between contact **964**A and contact **964**B. In operation, a force applied to resistor **960** increases the conductivity in the path between contacts **964**A, **964**B. By measuring resistance or conductance between contacts **964**A, **964**B, the applied force onto resistor **960** is known. Typically, resistor **960** is calibrated so that a particular resistance translates into and applied force; as such, a processor such as processor **954** or **924** may be used to monitor and report force at any given time. In one embodiment, force is reported to users in pounds, providing a typically used weight designation for such users.

[0357]    Preferably, resistor **960** includes flexible polymers as active spring agents as the sensing element for loading conditions. Such polymers provide load-sensing resistors with enhanced performance and with preferable mechanical characteristics.

[0358]    FIG. 61 shows another weight sensing device **970** constructed according to the invention. Device **970** is formed of a shoe **972** and includes a fluid cavity **974** that displaces and pressurizes with applied force—a force such as provided by a user wearing shoe **972**. A pressure sensor **976**A coupled with cavity **974**, through a small conduit **975**, measures pressure. A processor (e.g., processor **954**, **924** above) coupled with sensor **976**A monitors pressure signals and converts the signals to weight. As above, preferably device **970** is calibrated such that a particular pressure corresponds to a particular weight. Preferably, and for increased accuracy, cavity **974** does not completely displace away from any portion of cavity **974** when a user applies weight to cavity **974** while wearing shoe **972**.

[0359]    As an alternative to a single cavity **974**, cavity **974** can also be made up of separate fluid cells, as exemplified by sections **974**A, **974**B, **974**C, and **974**D, and multiple sensors **976**A, **976**B. In this embodiment, cavity membrane walls **978** separate sections **974**A, **974**B, **974**C, **974**D; optionally two or more of sections **974**A, **974**B, **974**C, **974**D have an individual pressure sensor monitoring pressure of the particular section, such as sensor **976**A for section **974**D and sensor **976**B for section **974**C. This embodiment is particularly useful in providing highly accurate weight sensing for a user of shoe **972**. Each fluid cell **974**A-D may for example have differing pressurization characteristics to manage the overall weight application of a human foot. For example, cells **974**B, **974**C may be formed with higher pressure cavities as they are, respectively, under the ball or heel of the foot and likely have to accommodate higher pressures (i.e., higher applied weight to those sections). In either event, a processor connected to the several pressure sensors **976**A, **976**B beneficially determines weight as a

combination of different pressures of the different fluid cells. Alternatively, a single pressure sensor **976A** may be used to sequentially measure pressure from various fluid cells **974A-D**; and the processor (not shown) then determines weight based upon the several measurements.

[0360] Those skilled in the art should appreciate that the number of cells **974A-D**, and the number of sensors **976A**, **976B**, are a matter of design choice and do-not depart from the scope of the invention; more or fewer cells **974** or sensors **976** may be used without departing from the scope of the invention. Those skilled in the art should also appreciate that a shoe insert can alternatively house cavity **974** (and/or sections **974A, 974B**); for example, shoe **972** can for example be a shoe insert instead of a shoe—constructed and arranged such that a user applies weight on cavity **974** in use.

[0361] A weight-sensing device of the invention, for example as set forth in **FIG. 61** may benefit from additional information such as temperature, as fluid pressure characteristics vary with temperature. Accordingly, in one embodiment of the invention, an additional detector is integrated with the processor to monitor temperature. As such, a device **970** for example can include one or more pressure detector **976** and a temperature detector (not shown), both of which input data to the processor for processing to determine weight applied to cavity **974** (or sections **974A-D**).

[0362] **FIG. 62** shows an alternative arrangement of fluid sections **974'** (e.g., shown as fluid sections **976'**, **1000**, **1004**) integrated with a shoe insert **972'**. Preferably, sections **974'** are integrated with shoe insert **972'**, though **FIG. 62** shows sections **974'** external to insert **972'** for purposes of illustration. In operation, a user stepping on insert **972'** pressurizes the various sections **974'**—and a processor (not shown) determines weight based upon pressure data from pressure sensors **976'** connected with the various sections **974'**. Higher pressure areas **1000** and lower pressure areas **1002** are then preferably measured by separate pressure sensors **976'**. One or more pressure conduits **1004** may be used to couple like-pressure areas so that a single sensor **976'** monitors a single like-sensor area.

[0363] The invention thus has several advantages in regard to weight loss, monitoring and human fitness. In accord with the above invention, a user of a weight monitoring system or device disclosed herein can review his or her weight at nearly any time. Runners using such a system and device to know their hydration loss; chiropodists may wish to monitor weight distribution over a patient's feet; and athletic trainers may wish to analyze weight distribution and forces. The invention of these figures assists in these areas. In making these measurements, force-sensing resistors may be used; but strain gauge pressure sensors in the shoe may also be used. Preferably, in such embodiments, the bottom surface of the foot is covered by sensors, as weight is not often evenly distributed. Accordingly, a single sensor may not encompass a preferred arrangement, and therefore multiple sensors are preferred in the sole of the shoe (or in a shoe insert), with the results of all sensors summed or combined to a single "weight" answer. In one embodiment, only a portion of the foot need to be covered, covering a certain percentage of the overall weight; and that percentage is scaled to a user's full weight. Weight and compression forces monitored in a shoe or shoe insert, in accord with the invention, can further assist in gauging caloric and/or physical effort.

[0364] **FIG. 63** shows a professional wrestling rink system **1100** constructed according to the invention. System **1100** has a rink **1102** within which professional wrestlers compete (often times theatrically). Adjacent rink **1102** are tables **1104** and chairs **1106**, sometimes used in conjunction with rink **1102** (e.g., items **1104** and **1106** are sometimes used to smash over a wrestler as part of a performance). A plurality of sensors (e.g., MMDs or EMDs) **1108** are placed (attached, stuck to, etc.) throughout rink, table and/or chairs **1102**, **1104**, **1106**. For example, in one preferred embodiment a plurality of MMD sensors **1108** are placed under rink canvas **1110**, such as at positions marked "X", so as to report "impact" of wrestlers in rink **1102**. MMD sensors **1108** may also be placed on one or more of the corner posts **1112** or ropes **1114**—used to form rink **1102**. Sensors **1108** are shown illustratively in a few positions about items **1102**, **1104**, **1106**, **1110**, **1112**, **1114** for purposes of illustration—when in reality such sensors **1108** would be difficult to see, or would be hidden from view (for example, sensors **1108** are preferably under canvas **1110**).

[0365] Data from sensors **1108** typically include information such as impact, as described above. Events associated with "impact" are communicated wirelessly to a receiving computer **1120** as wireless data **1122**. Data **1122** for example includes digital data representing impact data received at any of sensors **1108** when wrestlers hit canvas **1110**, move ropes **1114**, or hit post **1112**. Receiving computer **1120** preferably has an antenna **1124** and communications port **1126** to receive data **1122**. Computer **1120** typically reprocesses and then retransmits data **1122** to a media site **1129**, such as television, scoreboard or the Internet, so that viewers may see data **1122** associated with wrestling at rink **1102**. Since wrestling in and about rink **1102** is often based on choreographed action, computer **1120** preferably includes a data manipulation section **1130** which post processes data **1122** in predetermined ways. For example, section **1130** may apply an exponential or quadratic function to data **1122** so that, in effect, and by way of example, a 25 g impact on canvas **1110** is reported as a 25 g impact, but a 50 g impact on canvas **1110** is reported as a 1000 g impact.

[0366] Section **1130** may also manipulate data for a particular player. For example, **FIG. 64** shows a representative television display **1131** that includes data from system **1100**. **FIG. 53** also shows representative wrestlers **1132** in rink **1102**. In a preferred embodiment, one or more sensors **1108** are also placed on wrestlers **1132**, such as shown, to monitor events such as impact received directly on wrestlers **1132**. In one embodiment, sensors **1108** of **FIG. 64** are of the form of an adhesive bandage MMD, described above. In another embodiment, sensors **1108** are integrated into the waistband of the wrestler; this has advantages as being close to the wrestler's center of gravity and is thus more representative of total impact received by a particular wrestler.

[0367] Data from computer **1120** is thus reported to a media destination **129** such as television so that it may be displayed to audience members. **FIG. 64** shows one exemplary data display **1134** overlaid with the actual wrestling performance—for television display **1131**—and showing impact data in "qualitative" bar scales. Display **1134** may include qualitative wording such as shown. Display **1134** also preferably includes an advertiser overlay **1136** promot-

33

ing a certain brand; typically that advertiser pays for some or all of the content provided for by system **1100** and shown in display **1134**.

[0368] Thus, FIGS. **63 and 64** demonstrate benefits in which the TV viewer desires to see information such as a display of forces acting on wrestlers in real- or near real-time; the data being presented in graphical or numeric form and with a range of possible analyses performed on the forces such as latest, largest average and total. These forces typically act in at least two planes i.e. from the side and from the front or back, though the invention may also take account of forces in all three planes. Typically, the forces of interest are those acting on the main mass (torso) of the wrestler, while flailing feet and arms are not generally as important as body slams. The system of the invention thus resolves forces on individuals and can detect the force of collision between two wrestlers.

[0369] In the preferred embodiment, at least one sensor **1108** attached to ropes **1114** preferably takes the form of a long thin sensor (e.g., 0.5"×3") with a short piece wire (e.g., 3") protruding from one end to function as the antenna. This sensor's electronics utilizes a small low power accelerometer as the sensing detector, and incorporates a simple gain block, a small micro controller such as Microchips' PIC12LC672, and a small low power transmitter such as RFMs'RX6000 or RF Solutions' TX1. These electronics mount on flex circuit (e.g., as shown in FIG. **48**) to allow for the excessive bending forces likely to be encountered. The power source is preferably a single small (thinnest available) lithium cell.

[0370] In the preferred embodiment, at least one sensor **1108** attached to posts **1112** incorporates a gas pressure sensor as the detector; such a sensor is incorporated into the cushions protecting the corner posts **1112** and thus registers an increase reading as the wrestlers collide with the posts. Alternatively, such a sensor may be incorporated directly into a cushion attached to post **1112**; preferably such a cushion is airtight. FIG. **61** shows one fluid-based pressure sensor that may be configured to such an application as the cushion with post; gas may for example replace the fluid or gel of FIG. **61**. In an alternative configuration, sensors **1108** integrated with the posts **1112** may include strain gauges as the detector. Mounted directly to the posts **1112**, these sensors indicate the forces acting on the post as the wrestlers impact the posts **1112**. In another alternative, a post sensor may include vibration or accelerometer detector so that the sensor **1108** determines impact forces.

[0371] In one embodiment, at least one of the sensors attached to ropes **1114** include extension detectors (or LVDT devices) at the points where the ropes are mounted. Sensors **1108** with strain gauges may also be used. Sensors attached to ropes **1114** preferably detect "rope deflection" as a reported metric.

[0372] In one embodiment, sensors **1108** in the floor incorporate piezoelectric cables mounted as an interlocking grid attached to the underside of the floor. For example, such cables connect the "x" locations of FIG. **63**. In such a configuration, only one sensor **1108** may be needed to monitor floor impact as all cables act as a single "detector" for a MMD sensor **1108**. Floor or canvas sensors **1108** may also incorporate strain gages attached in an array on the underside or around the perimeter at points where the floor

**1110** is suspended. Vibration sensors and accelerometers may alternatively be used as the detector in any floor-monitoring sensor **1108**.

[0373] FIG. **65** shows one surfing application for a MMD **1140** of the invention. MMD **1140** of one preferred embodiment includes an accelerometer detector (e.g., as in MMD **10** above) and MMD **1140** determines "G's" for big bottom turns. On-board signal processing for example preferably determines the location of a big bottom turn and records an "event" associated with the number of G's in the turn. G's may also be reported for other locations. One difficulty with such measurements is that there may be many larger G forces surfboard **1146** from flips, kicks and other actions; however the invention solves this difficulty by filtering out such actions. In one embodiment, the processor within MMD **1140** monitors the low frequency component of the accelerometer detector to determine the difference in the peaks and troughs of sinusoidal movement, so that MMD **1140** reports wave size and height over time.

[0374] One MMD **1140** may also gauge the power of a wave landing on top of the surfer **1142**. Such a MMD **1140** preferably includes a pressure detector to determine pressure within water **1144** when a wave lands on surfboard **1146** and on surfer **1142**. A "maximum pressure" event is then reported by MMD **1140**.

[0375] Another MMD **1140** includes an inclinometer or other angle determination detector to determine and report angle of the surfboard **1146**; for example a maximum angle is reported for a given run or day.

[0376] Data from any particular metric (e.g., g's in a turn, angle of surfboard, pressure under water) provided by MMD **1140** is preferably reported wirelessly to a watch worn by surfer **1142**; however such data may also be displayed on a display integrated with surfboard **1146** or directly with sensor **1140**, such as shown with an airtime sensor in U.S. Pat. No. 5,960,380, incorporated herein by reference. In the form of a wristwatch, one MMD of the invention includes a pressure sensor housed in the watch; the MMD watch then reports the maximum pressure events without need of a separate MMD **1140** mounted to surfboard **1146** (or integrated therein).

[0377] In one preferred embodiment, MMD **1140** includes a speed detector (such as a Doppler module or accelerometers as discussed herein or in U.S. Pat. No. 5,960,380) so that surfer speed is reported to surfer **1142**. Preferably, in this embodiment, distance traveled is also reported; by way of example the receiver of data from MMD **1140** (e.g., a digital watch) converts speed to distance by multiplying speed by a time duration traveled over that speed. FIG. **66** shows MMD **1140'** including a Doppler module that radiates energy **1150**, as shown, to determine whether the rider of surfboard **1146'** is within the "Green Room"—i.e., within a wave **1152**. Preferably, such a MMD **1140'** also includes a speed sensor which indicates that board **1146'** is in motion so that the time duration of riding within the Green Room is determined accurately.

[0378] FIG. **67** shows a personal network system **1300** constructed according to the invention. System **1300** keeps track of personal items, such as cell phone **1302**, car keys **1304**, wallet or purse, **1306**, personal data assistant **1308**, digital watch **1309**, and/or personal computer **1310**. Addi-

84

tional, fewer or different personal items can be tracked in system **1300**, at the selection of a user of system **1300**. For example, a user can set up system **1300** to keep track of cell phone **1302** and keys **1304** only. Briefly, each personal item of FIG. **67** includes a network transceiver: cell phone **1302** has transceiver **1302***a*, car keys **1304** has transceiver **1304***a*, wallet or purse **1306** has transceiver **1306***a*, data assistant **1308** has transceiver **1308***a*, watch **1309** has a transceiver **1309***a*, and computer **1310** has transceiver **1310***a*. Each transceiver **1302***a*, **1304***a*, **1306***a*, **1308***a*, **1309***a*, **1310***a* communicates with every other transceiver substantially all the time via a wireless link **1320**. Those skilled in the art appreciate that each transceiver **1302***a*, **1304***a*, **1306***a*, **1308***a*, **1309***a*, **1310***a* include an antenna to receive and communicate data on link **1320**. In the preferred embodiment, each transceiver **1302***a*, **1304***a*, **1306***a*, **1308***a*, **1309***a*, **1310***a* only maintains communications with any other transceiver over a selected distance, e.g., 100 feet, herein identified as the Network Distance. For example, cell phone transceiver **1302***a* maintains communications with every other transceiver **1304***a*, **1306***a*, **1308***a*, **1309***a*, **1310***a* so long as cell phone **1302** is within the Network Distance of every other device **1304**, **1306**, **1308**, **1309**, **1310**. However, for example, once cell phone **1302** is separated by keys **1304** by more than the Network Distance, then cell phone **1302** ceases communications with keys **1304** but maintains communications with other items **1306**, **1308**, **1309**, **1310** (assuming items **1306**, **1308**, **1309**, **1310** are within the Network Distance from cell phone **1302**).

[0379]    In one preferred embodiment, each transceiver **1302***a*, **1304***a*, **1306***a*, **1308***a*, **1309***a*, **1310***a* includes a Bluetooth microchip and transceiver known in the art. Bluetooth transceivers only maintain a communication link (at a frequency of about 2.4 GHz in the ISM band) over a short range, e.g., 50 feet, and are not generally suitable for longer communication distances.

[0380]    Optionally, one or more of transceivers **1302***a*, **1304***a*, **1306***a*, **1308***a*, **1309***a*, **1310***a* are instead transponders; and at least one of items **1302***a*, **1304***a*, **1306***a*, **1308***a*, **1309***a*, **1310***a* provide excitation energy to the transponders to "reflect" data along link **1320** to provide the functionality described herein. Those skilled in the art should appreciate that items **1302***a*, **1304***a*, **1306***a*, **1308***a*, **1309***a*, **1310***a* may incorporate other technology, such as transmitters, to facilitate like functionality. That is, not every item **1302**, **1304**, **1306**, **1308**, **1309**, **1310** needs to transmit and receive data on link **1320**. For example, wallet **1306** can include a transmitter instead of a transceiver to provide data about itself on link **1320**; and other items **1302**, **1304**, **1308**, **1309**, **1310** can use wallet data to know whether it is in the network or not (even though wallet **1306** does not know whether other items **1302**, **1304**, **1308**, **1309**, **1310** are in the network). Transponders can provide like functionality for certain items **1302**, **1304**, **1306**, **1308**, **1309**, **1310** as a matter of design choice.

[0381]    Wireless link **1320** includes information about time and items in the network; preferably the information also includes location information. For example, data **1320** informs each item **1302-1310** that every other item is still within the network, and, thus, that one or more items have not moved to beyond the Network Distance. If one item—e.g., keys **1304**—leaves the network so that item **1304** no longer communicates on link **1320**, every other item **1302**,

**1306**, **1308**, **1310** knows that item **1304** is no longer linked and data is stored on every other item **1302**, **1306**, **1308**, **1310** indicating a time when item **1304** left the network. Preferably, the stored data in every other item also includes where the network was when keys **1304** disappeared.

[0382]    In the simplest embodiment, each of items **1302-1310** includes a corresponding indicator **1302***b***-1310***b*; each of indicators **1302***b***-1310***b* can for example be a LED, LCD, buzzer or vibrator. When any of items **1301-1310** are "lost" from the network—e.g., one item moves beyond the Network Distance—then the indicator in one or more of the other items tells the user of system **1300** that an item has "left". That person can then expend effort to location the lost item. By way of example, each of indicators **1302***b***-1310***b* may provide a beep, sound or vibration to provide the user with knowledge of a lost item **1302-1310**.

[0383]    In a more complex embodiment, data stored on any item **1302-1310** indicating the loss of any item within network **1300** is a "cookie" of information detailing when and where an item left the network. In this way, a user of system **1300** can locate and find the lost item by reviewing cookies in any other item. By way of example, consider a network **1300** made from keys **1304**, wallet **1306**, digital watch **1309** and cell phone **1302**—items commonly carried by a male business person. In the preferred embodiment, this person would designate items **1302**, **1304**, **1306**, **1309** as being "in network" (such as described below in connection with FIG. **68**)—and system **1300** thereafter monitors items **1302**, **1304**, **1306**, **1309** so that the person can keep track of items **1302**, **1304**, **1306**, **1309**. If for example this person leaves his cell phone **1302** in a restaurant, then items **1304**, **1306**, **1309** know this occurred and inform him of the time, and preferably the location, of when cell phone **1302** was lost. Thus for example, watch **1309** can light an LED (as indicator **1309***b*) that an item is lost; item **1304** can indicate (through a LCD indicator **1304***b*) that cell phone **1302** was lost in cell area corresponding to downtown Boston at 15:15 pm. Specifically, in one embodiment, cell phone **1302** provides "location" information of at least a cell area; and cell phone **1302** provides "time" information by its real time clock (those skilled in the art appreciate that keys **1304**, digital watch **1309** or any other item can also include a real time clock as a matter of design choice). Accordingly, link **1320** has location and time information updated to each item **1304**, **1306**, **1309**. In leaving his cell phone at the restaurant, keys **1304**, wallet **1306**, watch **1309** receive "cookie" deposited in internal memory indicating when and where cell phone **1302** left the network of items **1302**, **1304**, **1306**, **1309**. Accordingly, the person reviews data in either of items **1304**, **1306**, **1309** to learn of where he left his cell phone. Note that if he then lost item **1304**, he may also learn something of when item **1304** left the smaller network of items **1304**, **1306**, **1309** depending upon time and location data available. Those skilled in the art appreciate that cell phone technology enables more precise location information of where a cell phone is; and preferably this information will be provided to network system **1300** so that more precise location information is available to all network items. GPS receiver chips may also be incorporated into any of items **1302-1310** to provide the location information as described herein in connection with system **1300**.

[0384]    Users of system **1300** "program" which items are in the network preferably through a personal computer inter-

face, shown in **FIG. 68.** In **FIG. 68, a** personal computer **1312** connects with a transceiver controller **1314** to program a network transceiver **1316***a* (representative of any transceiver **1302***a,* **1304***a,* **1306***a,* **1308***a,* **1309***a,* **1310***a,* for example). Controller **1314** preferably includes a transceiver that wirelessly communications with transceiver **1316***a* via a data control link **1321.** Computer **1312** provides security and ID information so that items networked in system **1300** are secure relative to other users with other networks. By way of example, computer **1312** may provide an password key that is only known and used by items of network **1300;** so that other items of other networks does not communicate on link **1320.**

[0385]    Note that a "wallet" or "purse" do not generally have electronics associated therewith, to provide the functionality described above. Therefore, in the preferred embodiment, a transceiver **1306***a* is "attached" to a wallet or purse to provide the underlying electronics. By way of example, such a transceiver takes the form of a credit card inserted into the wallet or purse. **FIG. 69** illustrates one non-electronic item **1340,** e.g., a wallet **1306,** attached to a transceiver **1340***a* suitable for construction as an attachment like a smart card. Transceiver **1340***a* can for example include a Bluetooth microchip **1324***a* or alternatively a transmitter or transponder **1324***b.* A GPS receiver **1322** can alternatively be included with transceiver **1340***a.* An antenna **1326,** if needed, provides for communication along link **1320, FIG. 67.** An LCD or LED data interface provides data and/or warnings to users reviewing item **1340** (and specifically transceiver **1340***a*). A user interface **1340***c* permits access to and/or modification of data or functionality of transceiver **1340***a.* A real time clock **1330** preferably provides time data for time stamping "lost" item information onto network link **1320,** so that a user would know when item **1340** (or other items) were lost. In the preferred embodiment, a cookie memory stores "events" associated with lost items—e.g., a cell phone was lost at GPS coordinates X,Y at noon, providing obvious benefit in finding the lost item.

[0386]    **FIG. 70** and **FIG. 71** show an electronic drink coaster **1400** constructed according to the invention. Internal electronics **1402** sense the weight of a drink **1404** on coaster **1400** to automatically inform a restaurant or bar, via wireless signals **1408** to a restaurant or bar receiver **1408,** that the customer needs a drink or refill. In one embodiment, a customer can also place an order from coaster **1400.** Liquid (e.g., beer) **1410** may be used to calibrate electronics **1402** so that electronics **1402** knows when glass **1412** is full or empty, to report the information as data **1406.**

[0387]    **FIG. 71** shows a top plan view of coaster **1400,** including customer order or calibration buttons **1410***a,* **1410***b.* Electronics **1402,** typically internal to coaster **1400,** include a weight detector **1420,** communications port **1422,** processor **1424,** and antenna **1426;** electronics **1402** are similar in design to many of the MMDs or EMDs described herein. Weight detector **1420** detects weight on coaster **1400;** and processor **1422** decides how to use the weight information in a meaningful way. By way of example, processor **1422** knows the approximate weight of glass **1412** onto weight detector **1420,** and once glass **1412** is filled with beer it also knows when glass **1412** is empty—creating one reporting event to bar receiver **1408,** if desired. Users of coaster **1400** can also select inputs to coaster electronics **1402** so as to place orders, wirelessly, to restaurant receiver

**1408.** For example, a user of coaster **1400** can order "another beer" by pressing button **1410***a.* Other order functions can of course be included with coaster **1400,** including an LED **1430** that provides the status of orders, sent to coaster **1400** via receiver **1408.**

[0388]    **FIG. 72** shows a package management system **1500,** and sensor **1502,** of the invention. Sensor **1502** (e.g., a MMD or EMD described herein) may be integrated directly with a shipping label **1504** for attachment to a box or envelope to ship products, goods or other material. Sensor **1502** includes an integrated circuit **1502**A, a communications port **1502**B and a battery **1502**C to communicate data (e.g., impact, temperature, humidity) experienced by label **1504** to external devices. By way of example, a remote receiver **1508** may be used to interrogate or read data from sensor **1502.** In the preferred embodiment, sensor **1502** also includes a unique package identifier (e.g., like a bar code) so as to identify label **1504** and the goods associated therewith. A receiver **1508** linked to a transportation channel of label **1504** (e.g., a transportation channel traveled by a shipping truck **1510**) may then communicate with sensor **1502,** e.g., via wireless link **1505,** to determine whether label **1504** is in the correct channel. Accordingly, sensor **1502** helps track label **1504** and may further prevent theft of packages linked to label **1504** since the wireless system may automatically determine inappropriate location of label **1504.** A remote wireless relay tower **1512** may communicate with receiver **1508** so as to manage and track label **1504** movement and location during shipment. The invention may augment or even replace manual scanning of labels for shipping packages; the invention may also prevent theft of packages by automatically identifying inappropriate packages in shipment channels.

[0389]    In the preferred embodiment, a dispenser **1514** may contain several labels similar to label **1504;** dispenser preferably issues label **1504** in a manner similar to canister **200, FIG. 10,** so as to "power on" label **1504** with an internal time stamp. A location code and/or time code are thus preferably communicated from dispenser **1514** to sensor **1502** when label **1504** issues **1516** from dispenser **1514.**

[0390]    **FIG. 73** shows a product integrity tracking system **1600** of the invention. One or more sensors **1602** (e.g., each of the sensors being a MMD or EMD) attach to a customer product **1604.** Preferably, sensors **1602** "stick" to product **1604** similar to MMDs or EMDs discussed herein. Product **1604** may be any product of value, including, for example, medical devices, computers, furniture and pharmaceuticals (in the case of pharmaceuticals, sensors **1604** may for example attach to packaging containing the pharmaceuticals, or be arranged adjacent to product **1604,** such as indicated by sensor **1602**A). Typically, product **1604** initiates shipment along a shipping channel at the customer facility **1610** (e.g., a plant or laboratory). The company of facility **1610** may for example independently attach sensors **1602** to product **1604.** A shipping channel may for example include a separate shipping company such as FED EX with a truck **1612.** At the conclusion of travel, product **1604** reaches its destination **1614** (e.g., a place controlled by the customer of the company of facility **1610**). At destination **1614,** sensors **1604** are read through wireless link **1619** by an interrogating device **1620** so as to see how product **1604** fared during travel. The shipping company may have persons **1622** to take the reading or this may occur automati-

cally at destination **1614**. Data acquired from sensor **1602** may for example include impact (or "acceleration information") and temperature, each preferably with a time stamp help track event occurrences (e.g., an acceleration event greater than 10 g's at 9:10 AM, Monday). Multiple sensors **1602** provide for detecting event occurrences at different locations on product **1604**. This is particularly useful for complex medical devices that may have a relatively sturdy base and a fragile robotic arm, each with different performance specifications (e.g., each with a maximum load allowance); sensors **1602** may thus each attach to separate area of product **1604** so that product integrity information **1619** may be determined for multiple locations. Data from device **1620** may communicate automatically, via link **1621**, and back to facility **1610** through network **1630** (e.g., the Internet) and through a firewall **1632** so as to communicate product integrity information, in near real-time, to the company of product **1604**. In this way, this company may better manage its brand integrity of product **1604** during shipment. If a damaging event occurred to product **1604**, during shipment, that company will learn about it and may ship a replacement product (or move to refurbish product **1604**).

What is claimed is:

1. A movement monitor device, comprising:

a detector for generating a signal in response to movement of the device;

a clock;

a processor for processing the signal to generate one or more movement events and for time-tagging the movement events with time information from the clock; and

a first communications port for communicating events, tagged with the time information, to a receiver remote from the device.

2. A device of claim 1, wherein the clock is a real-time clock.

3. A device of claim 1, further comprising at least one adhesive strip for attaching the device to an object.

4. A device of claim 3, wherein the adhesive strip comprises one of laytex and rubber.

5. A device of claim 3, further comprising protective soft material adjacent to at least the processor and communications port for protecting the processor and port against contact with the object.

6. A device of claim 5, wherein the soft material comprises cotton.

7. A device of claim 3, wherein the object comprises a person.

8. A device of claim 3, further comprising a wrapper for surrounding and sealing the device within a flexible package, a user of the device removing the wrapper prior to use.

9. A device of claim 3, wherein the strip comprises flexible material such that the strip is attachable to non-flat surfaces.

10. A device of claim 1, wherein the first communications port comprises a contact transponder.

11. A device of claim 10, wherein the first communications port comprises a conductive plate to facilitate communications with the receiver.

12. A device of claim 1, wherein the first communications port responds to an interrogation signal from the receiver to transmit data from the device to the receiver.

13. A device of claim 1, wherein the first communications port comprises a one-way transmitter.

14. A device of claim 13, wherein the transmitter transmits data to the receiver at preselected time intervals.

15. A device of claim 14, wherein the time intervals comprise one of 5 seconds, 10 seconds, 20 seconds, 30 seconds, 40 seconds, 50 seconds, 1 minute, 2 minutes, 3 minutes, 4 minutes, 5 minutes, 10 minutes, 20 minutes, 30 minutes, 1 hour, 2 hours, 3 hours, 4 hours, 5 hours, 6 hours, 7 hours, 8 hours, 24 hours, 2 days, 3 days, 4 days, 5 days, 6 days and 7 days.

16. A device of claim 14, wherein the transmitter transmits data to the receiver substantially continuously, wherein data substantially corresponds to real-time signals from the detector.

17. A device of claim 1, wherein the first communications port communicates the events to the receiver substantially continuously, and further comprising a receiver having a second communications port for receiving the events and for reconstructing the substantially continuous events to generate media signals suitable for display with broadcast media.

18. A device of claim 17, wherein the receiver communicates the media signals to one of Television or the Internet.

19. A device of claim 1, wherein the first communications port comprises a transceiver.

20. A device of claim 1, further comprising a wrapper for surrounding and sealing the device within a flexible package, a user of the device removing the wrapper prior to use, the wrapper having a battery-blocking element preventing the battery from powering the device until the wrapper is removed.

21. A device of claim 1, further comprising (a) an flexible adhesive strip for attaching the device to an object, (b) a wrapper for surrounding and sealing the device and strip within a flexible package, and (c) a soft material protecting the processor, wherein the soft material, strip, and wrapper are constructed and arranged substantially as an adhesive bandage, the processor, detector and battery being adjacent to the soft material.

22. A device of claim 1, wherein the detector and processor are constructed and arranged as a single application specific integrated circuit.

23. A device of claim 1, wherein the detector and processor and port are constructed and arranged as a single application specific integrated circuit.

24. A device of claim 1, further comprising a cell phone, the cell phone having a second communications port for receiving the events.

25. A device of claim 24, wherein the cell phone is constructed and arranged to store the events for transmission through a cellular network to a remote computer.

26. A device of claim 1, further comprising a receiver selected from the group of MP3 players, electronic PDAs, digital watches, cell phones and pagers, for receiving the events and relaying the events to a user.

27. A device of claim 26, further comprising headphones connected with the receiver for synthesizing the events as voice data to the user.

28. A device of claim 1, wherein the first communications port transmits events to the receiver in one of three modes: by event transmission and by timed sequence transmissions.

29. A device of claim 1, further comprising a battery for powering the device.

87

**30**. A device of claim 29, wherein the battery comprises a coin cell.

**31**. A device of claim 1, wherein the time information comprises date information.

**32**. A device of claim 1, wherein the time information comprises time of day information.

**33**. A device of claim 32, wherein the time of day information comprises information about an hour of the day.

**34**. A device of claim 32, wherein the time of day information comprises information about a minute of the day.

**35**. A device of claim 32, wherein the time of day information comprises information about a second of the day.

**36**. A device of claim 1, further comprising a printed circuit board having one or more layers for electrically coupling at least two or more of the processor, first communications port, the detector and the clock.

**37**. A device of claim 36, wherein the board comprises at least two adjacent layers, each of the layers having a terminal for connecting to a battery inserted between the layers, the layers being sufficiently pliant to permit separation between the layers in inserting the battery therebetween.

**38**. A device of claim 37, further comprising a battery connected to the terminals for powering the device.

**39**. A device of claim 36, wherein a first side of the board comprises a first terminal for electrically connecting the board to a first side of a battery.

**40**. A device of claim 39, further comprising a connecting element for electrically connecting a second side of the battery to the board, completing a circuit between the battery and the board.

**41**. A device of claim 40, wherein the element has tension for forcing the battery against the board.

**42**. A device of claim 39, further comprising a battery, connected to the first terminal, for powering the device.

**43**. A device of claim 42, wherein the battery comprises a coin cell.

**44**. A device of claim 39, wherein a second side of the board comprises a second terminal for electrically connecting the board to a second side of a battery.

**45**. A device of claim 44, further comprising an end clip for electrically connecting a second side of the battery to the second terminal.

**46**. A device of claim 45, wherein the end clip is constructed and arranged to force together the battery and the board.

**47**. A device of claim 1, further comprising a monolithic and rigid housing for surrounding and protecting at least one or more of the processor, first communications port, and detector.

**48**. A device of claim 47, further comprising a magnet coupled with the housing for attaching the device to metalized objects.

**49**. A device of claim 47, further comprising one of a clip or pin to couple the housing to one of an object and person.

**50**. A device of claim 1, further comprising (a) at least one adhesive strip for attaching the device to an object, (b) an adhesive applied to the strip, and (b) a non-stick strip for covering substantially all of the adhesive until the non-stick strip is removed, Whereinafter the adhesive strip may be stuck to an object.

**51**. A device of claim 50, further comprising (a) a battery for powering the device, and wherein the non-stick strip

comprises an extension for electrically decoupling the battery from at least the processor until such time that the non-stick strip is removed, whereinafter the battery powers the device.

**52**. A device of claim 1, further comprising a battery for powering the device, and further comprising an electrically non-conductive extension for electrically decoupling the battery from at least the processor until the extension is physically removed.

**53**. A device of claim 1, wherein the detector comprises an accelerometer.

**54**. A device of claim 53, wherein the processor processes acceleration signals from the accelerometer to detect airtime.

**55**. A device of claim 53, wherein the processor processes acceleration signals from the accelerometer to detect impact.

**56**. A device of claim 53, wherein the processor processes acceleration signals from the accelerometer to detect speed.

**57**. A device of claim 53, wherein the processor processes acceleration signals from the accelerometer to detect power.

**58**. A device of claim 53, wherein the processor processes acceleration signals from the accelerometer to detect drop distance.

**59**. A device of claim 53, wherein the processor processes acceleration signals from the accelerometer to detect jarring.

**60**. A device of claim 53, wherein the detector comprises a triaxial accelerometer.

**61**. A device of claim 60, wherein the processor processes acceleration signals from the accelerometer to detect airtime.

**62**. A device of claim 60, wherein the processor processes acceleration signals from the accelerometer to detect impact.

**63**. A device of claim 60, wherein the processor processes acceleration signals from the accelerometer to detect speed.

**64**. A device of claim 60, wherein the processor processes acceleration signals from the accelerometer to detect power.

**65**. A device of claim 60, wherein the processor processes acceleration signals from the accelerometer to detect drop distance.

**66**. A device of claim 60, wherein the processor processes acceleration signals from the accelerometer to detect jarring.

**67**. A device of claim 1, wherein the detector comprises a pressure sensor.

**68**. A device of claim 67, wherein the processor processes pressure signals from the pressure sensor to determine altitude variation over a preselected time interval.

**69**. A device of claim 67, wherein the time interval comprises about eight hours.

**70**. A device of claim 67, wherein the processor processes pressure signals from the pressure sensor to determine altitude variation over a minimum and maximum altitude occurring within about one to eight hours.

**71**. A device of claim 67, wherein the processor processes pressure signals from the pressure sensor to determine drop distance based upon variations in the pressure signals occurring within about ½ second to 5 seconds.

**72**. A device of claim 1, wherein the detector comprises an accelerometer, and wherein the processor processes acceleration signals from the accelerometer to detect airtime and a drop distance occurring during the airtime.

**73**. A device of claim 1, wherein the detector comprises an accelerometer and a pressure sensor, and wherein the processor processes acceleration signals from the accelerom-

88

US 2003/0163287 A1

38

Aug. 28, 2003

eter, to determine airtime, and pressure signals from the pressure sensor to determine a drop distance occurring during the airtime.

**74.** A device of claim 1, wherein the detector comprises a magnetorestrictive element, and wherein the processor processes signals from the magnetorestrictive element to determine one or more of spin, spin rate, and inversions of the device.

**75.** A device of claim 1, further comprising an environmental sensor for determining one or more of temperature, humidity, moisture, and pressure.

**76.** A device of claim 1, wherein the detector comprises a Hall Effect sensor, and wherein the processor processes signals from the Hall Effect sensor to detect one or more inversions of the device.

**77.** A device of claim 1, further comprising a flexible wrapper for surrounding and sealing the device within a flexible package, a user of the device removing the wrapper prior to use, the wrapper having flexible connectivity to one or more additional wrappers containing one or more additional devices, such that a plurality of devices attach together through interface with the wrapper.

**78.** A device of claim 77, further comprising at least one adhesive strip for attaching the device to an object, the wrapper surrounding and sealing the device and the adhesive strip.

**79.** A device of claim 1, further comprising (a) at least one adhesive strip for attaching the device to an object, and (b) a piezoelectric detector associated with the strip, the processor detecting when the adhesive strip is removed from the object by movement of the piezoelectric detector.

**80.** A device of claim 1, further comprising (a) at least one adhesive strip for attaching the device to an object, and wherein the detector comprises a piezoelectric element associated with the strip, the processor detecting when the adhesive strip is removed from the object by movement of the piezoelectric element.

**81.** A device of claim 1, further comprising a paper-like battery for powering the device.

**82.** A device of claim 1, further comprising a GPS chip for locating the device, data from the GPS chip providing information of where at least one of the events occurred.

**83.** A canister for dispensing a plurality of mobile electronic devices and for powering the mobile electronic devices upon removal from the canister, comprising:

a housing forming a cavity and constructed and arranged to dispense, from the cavity, one or more of the plurality of mobile electronic devices; and

a plurality of battery-separating elements, coupled with the housing, each of the elements electrically decoupling one device from its respective battery until the one device is removed from the cavity, wherein each of the devices conserves battery power while contained within the cavity and operationally draws upon its battery upon removal from the cavity.

**84.** A canister of claim 83, further comprising a lid for sealing the cavity.

**85.** A canister of claim 83, wherein the housing and cavity are constructed and arranged to dispense at least one of the devices by finger manipulation by a user of the canister.

**86.** A canister of claim 83, further comprising a real time clock for providing real time clocking information.

**87.** A canister of claim 86, further comprising a time tag interface for communicating the real time clocking information from the canister to at least one of the devices after that one of the devices becomes powered.

**88.** A canister of claim 87, wherein the canister imparts a unique ID to the at least one device through the time tag interface, wherein subsequent interrogation of the at least one device requires knowledge of the unique ID to read data from the at least one device.

**89.** A canister of claim 83, further comprising at least one device, the device having a battery and a clock, the battery being electrically decoupled from power sources with the device by one of the battery-separating elements while the device remains within the cavity, the battery powering the electronics when the device is removed from the cavity, the time tag interface communicating time clocking information from the real time clock after the device is powered.

**90.** A canister of claim 83, one or more of the mobile electronic devices comprising a MMD.

**91.** A canister of claim 83, one or more of the mobile electronic devices comprises a wireless receiver.

**92.** A canister of claim 83, one or more of the mobile electronic devices comprising a ticket providing license to access a venue.

**93.** A method for communicating continuous movement metrics for a media broadcast, comprising:

attaching one or more movement monitor devices to one or more athletes;

generating wireless signals representative of at least one movement metric associated with the athletes;

capturing and converting the signals to performance event data;

relaying the performance event data to a media broadcaster for display of the performance data.

**94.** A method of claim 93, wherein the step of generating wireless signals comprises generating signals representative of impact.

**95.** A method of claim 94, further comprising the step of generating wireless signals representative of impact and magnitude of the impact.

**96.** A method of claim 95, further comprising the step of generating a bar graph indicative of the magnitude on one of (a) a television or (b) a display for Internet.

**97.** A method of claim 93, wherein the step of converting comprises reconstructing the movement metric for g's magnitude.

**98.** A tamper proof sensor, comprising: a detector for sensing at least one characteristic and generating signals representative of that characteristic, and a processor for processing the signals, and further comprising an adhesive strip for attaching the sensor to an object, the strip having adhesive forming an adhesion between the strip and the object, the strip having a motion detector for detecting removal of the strip from the object.

**99.** A sensor of claim 98, wherein the motion detector comprises a piezoelectric strip.

**100.** A sensor of claim 98, further comprising memory for storing an event associated with when the adhesive strip was removed, the event including at least one of time and date information indicating when the adhesive strip was removed.

89

**101**. A sensor of claim 98, further comprising a transmitter for communicating at least one of time and date information associated with detecting the removal of the strip from the processor.

**102**. A system for assessing competitive movements between two or more athletes, comprising at least one movement monitor device attached to each athlete, each device having (a) a detector for generating signals indicative of impact associated with the athlete, and (b) a transmitter for wirelessly transmitting a telemetry representation of the signals, and further comprising a receiver for receiving the telemetry representation of the signals for reconstruction, at a monitor, as visual or voice data indicating characteristics of the impact.

**103**. A system of claim 102, wherein the athletes comprise two boxers.

**104**. A system of claim 102, wherein the athletes comprise members of a football team.

**105**. A system of claim 102, wherein the athletes comprise members of a soccer team.

**106**. A system of claim 102, wherein the athletes comprise members of a rugby team.

**107**. A system of claim 102, wherein the athletes comprise members of a hockey team.

**108**. A system of claim 102, wherein the athletes comprise members of a volleyball team.

**109**. A system of claim 102, wherein the athletes comprise wrestlers.

**110**. A system of claim 102, wherein the athletes comprise members of a basketball team.

**111**. A system of claim 102, wherein the receiver is constructed and arranged to relay the telemetry representation to one of television or the Internet.

**112**. A system of claim 102, wherein the detector comprises one of an accelerometer, microphone and piezoelectric element.

**113**. A system of claim 102, further comprising a processor for converting the signals to the telemetry representation of the signals.

**114**. A system of claim 113, wherein the processor processes the signals to isolate one or more impact events associated with the signals.

**115**. A system of claim 113, wherein the processor processes the signals such that the telemetry representation of the signals comprises fewer bits of data than a digital representation of the signals.

**116**. A system of claim 102, wherein the monitor comprises a scoreboard adjacent to an audience viewing the athletes.

**117**. A system of claim 102, wherein the monitor comprises a computer display connected to the receiver.

**118**. A system of claim 102, further comprising a data link between the receiver and a media producer, wherein the monitor comprises a television display showing signals from the producer, the receiver communicating the visual or voice data to the media producer such that a viewer at the television display views the characteristics of the impact.

**119**. A system of claim 102, further comprising an Internet data link between the receiver and an Internet content provider, wherein the monitor comprises one or more computers coupled to the Internet data link, the receiver communicating the visual or voice data to the Internet content provider such that a viewer at the computer views the characteristics of the impact.

**120**. A system of claim 102, wherein the characteristics comprise magnitude of the impact.

**121**. A system of claim 102, wherein the characteristics comprise frequency of the impact relative to an impact that occurred earlier in time.

**122**. A system of claim 102, wherein the characteristics comprise a number of impacts associated with at least one of the athletes.

**123**. A system of claim 102, wherein the characteristics comprise one or more body parts associated with the impact.

**124**. A system of claim 123, wherein the body parts comprise one or more of a head, a fist, a chest, an abdomen, a knee, a foot, a stomach and an elbow.

**125**. A method of determining airtime associated with motion along a surface, comprising the steps of: generating signals representative of vibration associated with the motion; filtering the signals through a first low pass filter; filtering the signals through a second low pass filter, and combining filtered signals from the first and second low pass filters through state machine logic to determine airtime.

**126**. A method of claim 125, further comprising sensing the vibration with an accelerometer.

**127**. A method of claim 125, wherein the step of generating signals comprises the step of sensing the vibration with a microphone.

**128**. A method of claim 125, wherein the step of generating signals comprises the step of sensing the vibration with a piezoelectric element.

**129**. A method of claim 125, wherein the step of filtering the signals through the first low pass filter comprises filtering the signals through about a 1-pole 20 Hz low pass filter.

**130**. A method of claim 125, wherein the step of filtering the signals through the second low pass filter comprises filtering the signals through about a 1-pole 2 Hz low pass filter.

**131**. A method of claim 125, further comprising the step of differentiating the signals prior to the steps of filtering.

**132**. A method of claim 125, further comprising the step of rectifying the signals prior to the step of filtering.

**133**. A method of claim 125, further comprising the step of limiting the signals prior to the step of filtering.

**134**. A method of claim 125, further comprising the steps of differentiating and rectifying the signals prior to the step of filtering.

**135**. A method of claim 126, further comprising the step of limiting the signals, after the step of rectifying and before the step of filtering.

**136**. A method of claim 126, further comprising the step of rescaling the signals, after the step of rectifying and before the step of filtering.

**137**. A method of claim 125, further comprising the steps of generating a first power signal after the step of filtering through the first low pass filter and of generating a second power signal after the step of filtering through the second low pass filter.

**138**. A method of claim 137, further comprising the step of comparing the first power signal against two preselected values to identify possible takeoffs and landing

**139**. A method of claim 137, further comprising the step of comparing the second power signal against three preselected values to identify possible takeoffs and landings.

**140**. A method of claim 125, wherein the step of combining filtered signals from the first and second low pass

90

filters through state machine logic comprises determining motion, the determination of airtime being dependent upon determination of motion.

**141**. A method of claim 125, wherein the step of combining filtered signals from the first and second low pass filters through state machine logic comprises comparing potential takeoffs, correlated to comparisons of filtered signals through the first low pass filter, to confirmed takeoffs, correlated to comparisons of filtered signals through the second low pass filter.

**142**. A method of claim 125, wherein the step of combining filtered signals from the first and second low pass filters through state machine logic comprises comparing potential landings, correlated to one or more comparisons of filtered signals through the first low pass filter, to confirmed landings, correlated to one or more comparisons of filtered signals through the second low pass filter.

**143**. A sensor for sensing acceleration, comprising a printed circuit board, a processor and a contact coupled in circuit with the circuit board, and at least one moment arm for bending in response to the acceleration along an acceleration axis and for completing circuit with the board, contact and processor upon occurrence of a g load acceleration along the acceleration axis, the processor reporting information associated with occurrence of the g load acceleration.

**144**. A sensor of claim 143, further comprising a communications port for wirelessly transmitting the information to a receiver.

**145**. A sensor of claim 143, further comprising a real time clock for time tagging the information with one of time and date information corresponding to the occurrence.

**146**. A sensor of claim 143, further comprising a plurality of moment arms and corresponding contacts, each of the plurality of moment arms and contacts having a unique g load acceleration, the processor reporting information associated with the occurrence of any of the unique g loads.

**147**. A sensor of claim 143, wherein the moment arm defines its own g load by one or more of its mass, tensile strength and length.

**148**. A method of determining travel metrics for a runner running over ground, comprising the steps of: sensing distance proximity between first and second shoes of the runner; wirelessly communicating the distance proximity to a receiver; and determining distance traveled of the runner based on the distance proximity.

**149**. A method of claim 148, further comprising scaling the distance proximity by a function of (a) a distance defined by ground contact between the first and second shoes divided by (b) a maximal distance proximity between the first and second shoes while running to compensate for errors in the distance traveled

**150**. A method of claim 148, further comprising the step of determining speed based upon the distance traveled divided by a time associated with the distance traveled.

**151**. A method of claim 150, wherein the step of determining speed comprises dividing (a) the distance traveled by (b) two times an average time between a minimal distance proximity and a maximum distance proximity while running.

**152**. A method of claim 148, further comprising the step of wirelessly transmitting the distance traveled to a receiver for displaying one or more of distance traveled and speed to the runner.

**153**. A method of determining travel metrics for a runner running over ground, comprising the steps of: sensing a first acceleration in a first shoe of the runner; determining two correlation events indicating successive contacts between the shoe and the ground; integrating the first acceleration between a period less than or equal to a time between the successive contacts to determine a first period velocity; wirelessly communicating the first period velocity to a receiver for displaying velocity to the runner based on the first period velocity.

**154**. A method of claim 153, further comprising calibrating the first period velocity to a speed reference to compensate for acceleration data between the correlation events.

**155**. A method of claim 154, further comprising compensating for orientation of a sensitivity axis associated with an accelerometer within the first shoe.

**156**. A method of claim 153, further comprising sensing a second acceleration in the first shoe, the second acceleration being substantially perpendicular to the first acceleration.

**157**. A method of claim 156, further comprising compensating the first period velocity as a function of the second acceleration.

**158**. A method of claim 153, wherein the step of determining two correlation events comprises the step of determining impacts of the shoe striking the ground.

**159**. A method of claim 153, wherein the step of determining two correlation events comprises the step of determining low motion regions in the first acceleration, the low motion regions corresponding to the shoe being relatively immobile in forward velocity in comparison to the shoe traveling in air between the correlation events.

**160**. A method of claim 153, wherein the step of sensing the first acceleration comprises sensing the acceleration along an axis between about 0 and 60 degrees from a sole of the shoe substantially flat on the ground.

**161**. A method of claim 153, wherein the step of sensing the first acceleration comprises sensing the first acceleration at a statistically typical angle substantially aligned with forward velocity of the runner over ground.

**162**. A method of claim 153, further comprising sensing the acceleration in an axis between about 30 and 60 degrees from a sole of the shoe substantially flat on the ground.

**163**. A method of claim 153, further comprising displaying the velocity at the receiver.

**164**. A method of claim 153, further comprising averaging the first period velocity over a plurality of successive correlation events to provide the runner with average speed.

**165**. A method of claim 153, wherein the step of wirelessly communicating the first period velocity to a receiver comprises wirelessly communicating the first period velocity to a watch worn by the runner.

**166**. A method of claim 153, further comprising the step of low pass filtering the first acceleration.

**167**. A method of claim 166, further comprising low pass filtering the first acceleration data between about 50 and 200 Hz.

**168**. A method of claim 166, further comprising sampling the filtered first acceleration at a sampling rate exceeding a 3 db roll-off of the filtered first acceleration.

**169**. A method of claim 153, further comprising sensing second and third accelerations in the first shoe, the first and second accelerations being mutually perpendicular to the first acceleration.

**170**. A method of claim 169, further comprising compensating the first period velocity based upon the second and third accelerations so as to reduce errors in determining runner velocity.

**171**. A method of claim 153, wherein the step of integrating the first acceleration comprises integrating over a period less than about ½ the time between the successive contacts.

**172**. A method of claim 153, further comprising determining velocity of the runner within the receiver.

**173**. A system for monitoring ticket-holders for activity at a sporting area, comprising:

at least one movement monitor device connected with an athlete at the sporting area, the device having (a) a detector for generating a signal in response to movement of the device, (b) a processor for processing the signal to generate a movement event, and (c) a first communications port for wirelessly transmitting the movement event;

at least one receiver ticket issued to the athlete and providing license to use the sporting area, the ticket having (a) a second communications port for receiving the wirelessly transmitted event and (b) an indicator for communicating the event to a representative of the sporting area.

**174**. A system of claim 173, wherein the event comprises a speed event corresponding to a speed limit for the sporting area.

**175**. A system of claim 173, wherein the sporting area is a ski location wherein the receiver ticket comprises a ski lift ticket.

**176**. A system of claim 173, wherein the device comprises a clock and wherein the device time-tags the movement event with one or both of date and time for communication to the receiver ticket.

**177**. A system of claim 173, further comprising a remote receiver for reading the receiver ticket, and wherein the receiver ticket comprises a transmitter for communicating the movement event to the remote receiver.

**178**. A system of claim 173, wherein the receiver ticket comprises a paper-like battery for powering the receiver ticket.

**179**. A method for relaying performance information to spectators watching an event of the type having a plurality of competitors, comprising the steps of:

capturing performance data from each of a plurality of the competitors, by wireless smart sensors attached to the competitors;

wirelessly communicating at least part of the performance data to one or more hand-held receivers controlled by a corresponding number of spectators;

displaying, at one of the hand-held receivers, selected performance data in response to inputs at the one hand-held receiver, wherein spectators with hand-held receivers uniquely obtain desired performance data of one or more competitors.

**180**. A method of claim 179, wherein the step of capturing performance data comprises capturing acceleration data.

**181**. A method of claim 179, wherein the step of capturing performance data comprises capturing gas gauge data.

**182**. A method of claim 179, wherein the step of capturing performance data comprises capturing competitor heart rate data.

**183**. A method of claim 179, wherein the step of capturing performance data comprises capturing spin data.

**184**. A method of claim 179, wherein the step of capturing performance data comprises capturing tachometer data.

**185**. A method of claim 179, wherein the step of capturing performance data comprises capturing competitor race position information.

**186**. A method of claim 179, wherein the step of capturing performance data comprises capturing speed data.

**187**. A method of claim 179, wherein the event is a NASCAR race and wherein the competitors are individual racecars.

**188**. A method of claim 179, wherein the event is a football game and wherein the competitors are individual football players.

**189**. A method of claim 179, wherein the event is a soccer game and wherein the competitors are individual soccer players.

**190**. A method of claim 179, wherein the event is a volleyball game and wherein the competitors are individual volleyball players.

**191**. A method of claim 179, wherein the event is a basketball game and wherein the competitors are individual basketball players.

**192**. A method of claim 179, wherein the event is a football game and wherein the competitors are individual rugby players.

**193**. A method of claim 179, wherein the event is a football game and wherein the competitors are individual wrestlers.

**194**. A method of claim 193, wherein the step of capturing comprises capturing performance data from padding or body armor of an individual football player.

**195**. A method of claim 179, wherein the event is a hockey game and wherein the competitors are individual hockey players.

**196**. A method of claim 179, wherein the event is a car race and wherein the competitors are individual racecars, the step of capturing performance data comprising acquiring data from car electronics of the individual racecars.

**197**. A method of claim 179, wherein the step of capturing performance data comprises providing a data capture device with each of the competitors, the step of wirelessly communicating comprising transmitting performance data from the data capture device.

**198**. A method of claim 179, further comprising relaying at least part of the performance data to one or more of an Internet content provider and sports media broadcaster.

**199**. A method for relaying performance information to spectators watching an event of the type having a plurality of competitors, comprising the steps of:

capturing performance data from each of a plurality of the competitors;

wirelessly communicating the performance data to a computer relay;

wirelessly communicating at least part of the performance data from the computer relay to one or more hand-held receivers controlled by a corresponding number of spectators; and

displaying, at one of the hand-held receivers, selected performance data in response to inputs at the one

92

hand-held receivers, wherein spectators with hand-held receivers uniquely obtain desired performance data of one or more competitors.

**200**. A method of claim 199, wherein the step of capturing performance data comprises capturing acceleration data.

**201**. A method of claim 199, wherein the step of capturing performance data comprises capturing gas gauge data.

**202**. A method of claim 199, wherein the step of capturing performance data comprises capturing competitor heart rate data.

**203**. A method of claim 199, wherein the step of capturing performance data comprises capturing spin data.

**204**. A method of claim 199, wherein the step of capturing performance data comprises capturing tachometer data.

**205**. A method of claim 199, wherein the step of capturing performance data comprises capturing competitor race position information.

**206**. A method of claim 199, wherein the step of capturing performance data comprises capturing speed data.

**207**. A method of claim 199, wherein the event is a NASCAR race and wherein the competitors are individual racecars.

**208**. A method of claim 199, wherein the event is a football game and wherein the competitors are individual football players.

**209**. A method of claim 199, wherein the event is a soccer game and wherein the competitors are individual soccer players.

**210**. A method of claim 199, wherein the event is a volleyball game and wherein the competitors are individual volleyball players.

**211**. A method of claim 199, wherein the event is a basketball game and wherein the competitors are individual basketball players.

**212**. A method of claim 199, wherein the event is a football game and wherein the competitors are individual rugby players.

**213**. A method of claim 199, wherein the event is a football game and wherein the competitors are individual wrestlers.

**214**. A method of claim 199, wherein the step of capturing performance data comprises capturing performance data from padding or body armor of a football player.

**215**. A method of claim 199, wherein the event is a hockey game and wherein the competitors are individual hockey players.

**216**. A method of claim 199, wherein the event is a car race and wherein the competitors are individual racecars, the step of capturing performance data comprising acquiring data from car electronics of the individual racecars.

**217**. A method of claim 199, wherein the step of capturing performance data comprises providing a data capture device with each of the competitors, the step of wirelessly communicating comprising transmitting performance data from the data capture device.

**218**. A method of claim 199, further comprising the step of communicating at least part of the performance data from the computer relay to a scoreboard near to the spectators.

**219**. A method of claim 199, wherein the event is a car race and wherein the competitors are individual racecars, and further comprising capturing race information from computers associated with race officials and communicating that race information to the computer relay.

**220**. A method of claim 219, wherein the race information comprises one or more of lead car information and car order information.

**221**. A method of claim 199, further comprising relaying at least part of the performance data to one or more of an Internet content provider and sports media broadcaster.

**222**. A method for relaying performance information to spectators watching an event of the type having a plurality of competitors, comprising the steps of:

capturing performance data from each of a plurality of the competitors;

wirelessly communicating the performance data to a computer relay; and

communicating at least part of the performance data from the computer relay to a scoreboard near to the spectators.

**223**. A method of claim 222, wherein the event comprises a rodeo and wherein each of the competitors comprises a rodeo rider and an animal.

**224**. A method of claim 223, wherein the step of capturing performance data comprises attaching a first movement monitor device to a saddle on the animal and attaching a second movement monitor device to the rider, and wherein the step of wirelessly communicating comprises generating signals indicative of impact from each of the movement monitor devices.

**225**. A method of claim 224, further comprising the step of generating a ratio metric for display on the scoreboard, the ration metric being a ratio of impact from the movement devices.

**226**. A method of claim 223, wherein the step of capturing performance data comprises the steps of applying a movement monitor device to each of the rodeo rider and the animal.

**227**. A method of claim 224, wherein the step of capturing performance data comprises capturing acceleration data from a saddle on the animal and from the rodeo rider.

**228**. A method of claim 225, further comprising generating a ratio as performance data, the ratio comprising a ratio between a filtered signal of acceleration data from the rider and a filtered signal of acceleration data from the saddle.

**229**. A method for adjusting maneuver actions within a computerized game, comprising the steps of:

downloading real performance data to a computer associated with the game;

comparing requested game maneuvers, at the computer, to the real performance data;

performing the game maneuver if the requested game maneuver is within limits of the real performance data; and

modifying, restricting or inhibiting the game maneuver if the requested game maneuver is not within the limits of the real performance data.

**230**. A method of claim 229, wherein the step of downloading comprises communicating data from a movement monitor device, that captured the real performance data, to the computer controlling the computerized game.

**231**. A method of claim 229, wherein the step of downloading comprises communicating data from a movement monitor device, that captured the real performance data, to

93

a server connected in network to the computer controlling, at least in part, the computerized game.

**232.** A method of claim 229, wherein the computerized game comprises an arcade game.

**233.** A method of claim 229, wherein the real performance data comprises user airtime.

**234.** A method of claim 229, wherein the computerized game comprises actions involving one or more of snow-boarding, wakeboarding, skateboarding, skiing, and martial arts.

**235.** A speedometer warning ticket, comprising:

a detector for generating signals indicative of location;

a processor for processing the signals, over a time interval, to determine speed of the ticket, the processor determining when the speed exceeds a preselected threshold; and

an indicator for relaying information that the ticket exceeded the threshold.

**236.** A ticket of claim 235, wherein the ticket comprises a ski lift ticket.

**237.** A ticket of claim 235, wherein the indicator comprises a liquid crystal display, the display responsive to the processor determining excessive speed by activating or deactivating one or more pixels to visually show that the ticket exceeded the threshold.

**238.** A ticket of claim 235, wherein the indicator comprises a transmitter for generating wireless signals representing the information that the ticket exceeded the threshold.

**239.** A ticket of claim 235, wherein the ticket comprises a housing formed into the shape of a lift ticket, the housing protecting the detector and processor from environmental exposure.

**240.** A ticket of claim 239, wherein the housing is formed of material selected from the group of paper, plastic and rubber.

**241.** A ticket of claim 235, wherein the time interval is approximately five seconds.

**242.** A ticket of claim 235, wherein the time interval is approximately ten seconds.

**243.** A ticket of claim 235, wherein the time interval is approximately fifteen seconds.

**244.** A ticket of claim 235, wherein the time interval is approximately one second.

**245.** A ticket of claim 235, wherein the time interval is approximately thirty seconds.

**246.** A ticket of claim 235, wherein the time interval is set to ensure that battery power for the detector and processor exceeds at least about eight hours in Winter weather.

**247.** A ticket of claim 235, further comprising memory for defining one or more zones and a preselected speed threshold within each of the zones, the processor determining speed violations relative to the preselected speed threshold within any of the zones.

**248.** A ticket of claim 235, wherein the detector comprises a GPS receiver and wherein the location comprises earth location.

**249.** A ticket of claim 235, wherein the detector comprises an altimeter and wherein the location comprises altitude.

**250.** A ticket of claim 235, wherein the detector comprises a solid-state pressure sensor.

**251.** A ticket of claim 235, further comprising memory for storing information associated with ground distance traveled

for a change in altitude, the processor dividing the distance traveled by a time associated with traveling through the change in altitude.

**252.** A ticket of claim 251, wherein the change in altitude comprises a difference between minimum and maximum altitudes approximately corresponding to minimum and maximum altitudes of a ski resort.

**253.** A ticket of claim 252, wherein the processor fractionally determines speed based upon a fractional travel between minimum and maximum altitudes, the ground distance being shortened by a ratio corresponding to the fractional travel between the minimum and maximum altitudes.

**254.** A method for determining speeding violations in a ski resort, comprising the steps of: issuing a lift ticket to a person, the ticket having a unique bar code; reading the lift ticket bar code at a first location; electronically storing a first time associated with reading the lift ticket bar code at the first location; subsequently reading the lift ticket bar code at a second location; electronically storing a second time associated with reading the lift ticket bar code at the second location; storing a distance traveled associated with traveling between the first and second locations; storing a ski lift time; determining a travel time of the lift ticket between the first and second locations based upon the first time, second time and chair lift time; dividing the distance traveled by the travel time to determine speed of the person.

**255.** A method of claim 254, wherein the step of storing a distance traveled comprises determining distance traveled after exiting the ski lift.

**256.** A method of claim 254, wherein the steps of electronically storing the first and second times comprises wirelessly communicating the first and second times to a remote computer.

**257.** A method of claim 256, wherein the steps of storing the distance traveled and ski lift time comprise storing the distance traveled and ski lift time at the remote computer.

**258.** A method of claim 256, further comprising the steps of calculating speed at the remote computer and wirelessly communicating the speed to a bar code reader at the ski lift.

**259.** A method of claim 254, wherein the step of reading the lift ticket bar code comprises reading the bar codes with a bar code reader.

**260.** A method of claim 254, wherein the second location is substantially the same as the first location.

**261.** A method of claim 254, wherein the first location comprises an entrance to a first ski lift, and wherein the second location comprises a second entrance to a second ski lift.

**262.** A method of claim 254, further comprising utilizing one or more bar code readers in the steps of reading the lift ticket bar code.

**263.** A method of claim 254, further comprising adjusting the travel time by stoppages in the ski lift.

**264.** A system for determining speed of a person at a ski resort, the person having a unique lift ticket with bar code, comprising: at least one bar code reader for reading the bar code at a ski lift; a computer for storing time associated with reading the bar code at the ski lift, the computer storing distance traveled information between subsequent readings of the bar code, wherein speed for the person is determined based upon distance traveled and time between subsequent readings of the bar code.

94

**265**. A system of claim 264, further comprising wireless communications modules for communicating between the bar code reader and the computer.

**266**. A method for remotely detecting life-threatening stress of an individual, comprising the steps of: adhering a movement monitor device to the individual; sensing repetitive movements of the individual; sensing an absence of the repetitive movements; generating a wireless signal from the device; remotely receiving the signals and generating an alarm indicating stress of the individual.

**267**. A method of claim 266, wherein the step of sensing repetitive movements comprises sensing respiratory rate.

**268**. A method of claim 267, wherein the step of adhering comprises adhering the device to the chest of the individual.

**269**. A method of claim 266, wherein the step of sensing repetitive movements comprises utilizing a piezoelectric element disposed with the device, the element generating voltage in response to bending to detect the repetitive movements.

**270**. A method of claim 266, wherein the step of sensing repetitive movements comprises utilizing an accelerometer disposed with the device, the accelerometer generating a signal in response accelerations associated with the repetitive movements.

**271**. A method of claim 266, wherein the step of generating an alarm comprises generating one or both of an audible and visual alarm.

**272**. A method of claim 266, wherein the step of sensing repetitive movements comprises sensing pulse rate.

**273**. A method of detecting roll-over of an individual, comprising the steps of: adhering a movement monitor device to the individual; sensing inverting movements of the individual; generating a wireless signal from the device; remotely receiving the signals and generating an alarm indicating roll-over.

**274**. A method of claim 273, wherein the step of sensing inverted movements comprises utilizing a Hall Effect sensor.

**275**. A method for monitoring fractional weight supported by one foot of a person, comprising the steps of adhering a movement monitor device underneath the foot such that the device is compressed when weight is applied to the foot; generating wireless signals representative of a target fractional weight of a total weight of the person; remotely receiving the wireless signals and displaying the fractional weight to a user.

**276**. A method of claim 275, further comprising utilizing one of a force sensing resistor or electro-resistive element in the device, to respond to weight applied to the device.

**277**. A method of monitoring weight of a person, comprising the steps of constructing and arranging one or more weight sensitive detectors underneath a foot of the person; processing signals from the detectors to determine weight; wirelessly communicating the weight to a remote receiver; and displaying weight information to the person.

**278**. A method of claim 277, wherein the step of constructing and arranging weight sensitive detectors comprises integrating the detectors within a shoe.

**279**. A method of claim 277, further comprising the steps of generating an interrogation signal from the remote receiver, and, in response to the interrogation signal, determining the weight and communicating the weight as wireless data signals for the remote receiver.

**280**. A shoe-based weight measuring system, comprising: a shoe; one or more weight sensitive detectors constructed and arranged with the shoe to sense weight of a person wearing the shoe and walking or standing; a processor for processing signals from the detectors to determine a weight of the person; a remote receiver; and a communications port for wirelessly communicating the weight to the remote receiver.

**281**. A system of claim 280, wherein the remote receiver comprises a watch.

**282**. A system of claim 280, wherein the communications port is a transceiver, and wherein the remote receiver has a transceiver to request weight information from the processor, the processor responding to the request to wirelessly communicate the weight to the remote receiver.

**283**. A system of claim 280, wherein the detectors comprises one or more force sensing resistors.

**284**. A system of claim 280, further comprising a replaceable battery, with the shoe, for powering one or more of the detectors, processor and communications port.

**285**. A system of claim 280, wherein the processor determines weight loss relative to a calibration weight, wherein the person can review the weight loss selectively.

**286**. A method for determining speed of a runner, comprising the steps of coupling a GPS receiver chip to the runner's clothing in a position to view the sky; sensing a first earth position at a first time; sensing a second earth position at a second time; and determining speed based upon a distance between the first and second locations divided by the time between the first and second times.

**287**. A method of claim 286, wherein the step of coupling comprises inserting the chip within a pocket formed within the clothing.

**288**. A method of claim 287, wherein the step of inserting the chip comprises inserting the chip within a pocket located adjacent to the shoulder of the runner.

**289**. A method of claim 287, wherein the step of inserting the chip comprises inserting the chip within a hat located of the runner.

**290**. A method of claim 286, further comprising the steps of wirelessly relaying data indicative of speed to a remote receiver in the form of a watch worn by the runner, and displaying the speed to the runner.

**291**. A method of claim 286, further comprising the steps of wirelessly relaying data indicative of the locations to a remote receiver in the form of a watch worn by the runner, processing, in the remote receiver, the data indicative of locations to determine speed, and displaying the speed to the runner.

**292**. A method of claim 290 or **291**, further comprising the steps of coupling one or more accelerometers with one or more shoes of the runner, processing acceleration signals from the accelerometers to determine foot speed of the runner, wirelessly transmitting data indicative of the foot speed to the remote receiver, and displaying speed to the runner at the remote receiver and based on one or both of the speed deriving from the GPS chip and the foot speed deriving from the accelerometers.

**293**. A method of claim 292, further comprising the step of blocking the speed deriving from the GPS chip when GPS signals used in determining the locations are erratic or unavailable, wherein speed shown at the remote receiver represents foot speed.

**294**. A method of claim 292, further comprising the step of mathematically combining speed deriving from the GPS chip and foot speed deriving from the accelerometers to

95

provide a reported speed shown at the remote receiver, the reported speed being more accurate than either the speed deriving from the GPS chip and the foot speed deriving from the accelerometers.

**295.** A method of claim 292, further comprising the step of determining distance traveled based upon one or both of the speed deriving from the GPS chip and the foot speed deriving from the accelerometers.

**296.** A method of claim 295, further comprising the step of determining the distance traveled at an accuracy of at least about one meter per kilometer.

**297.** A heart beat detector, comprising an adhesive bandage, electrodes, a processor and a wireless communications port, the electrodes being disposed with the adhesive bandage to couple to skin once the bandage is applied to a human, the processor processing signals from the electrodes to detect heart rate, the communications port relaying one of a signal indicative of heart rate or a signal indicative of the absence of heart rate.

**298.** An on demand weight system, comprising a weight detector coupled with a shoe for sensing weight of a person on the detector, a processor processing information from the detector for determining applied weight, a personal data display, and a communications port for wirelessly relaying the applied weight to the data display.

**299.** A system of claim 298, wherein the data display comprises a digital watch.

**300.** A system of claim 298, wherein the weight detector comprises one of a fluid and a pressure sensor and a force-sensing resistor.

**301.** A professional wrestling system, comprising a plurality of impact sensors disposed about a professional wrestling rink, each of the sensors relaying impact information associated with one or more of a floor, post or ropes making up the rink, and a computer system for capturing the impact information and for processing the information as performance data for one or more of television, the Internet and local scoreboards.

**302.** A surfer data system, comprising a sensor mounted with a surfboard for sensing one or both of motion and water information near to the surfboard, and a watch wirelessly coupled with the sensor for informing the user of the motion and water information.

**303.** A system of claim 302, wherein the sensor comprises a Doppler module for detecting waves circumferentially disposed about the surfboard, the sensor relaying to the watch a time within which the surfboard is within a wave.

**304.** A system of claim 302, wherein the sensor comprises a pressure sensor for detecting immersion of the surfboard within water, the sensor relaying to the watch a time duration under water.

**305.** A system of claim 302, wherein the sensor comprises a speedometer for relaying speed information to the watch.

**306.** A system of claim **305**, wherein the speedometer comprises one or both of a Doppler module and an accelerometer.

**307.** A system of claim 302, wherein the sensor comprises an angle detector for relaying a wave angle corresponding to a maximum angle ridden on a wave by the surfboard.

**308.** A personal items network, comprising a plurality of items, each item having a wireless communications port for coupling in network with every other item, each item having a processor for determining if any other item in the network is no longer linked to the item, each item having an indicator for informing a user that an item has left the network, wherein a user may locate lost items.

**309.** A personal items network of claim 308, wherein each item further comprises memory, wherein a cookie is left within the memory indicating one or more of a time and location of a lost item.

**310.** A personal items network of claim 309, wherein at least one of the items is a cell phone providing the location.

**311.** A personal items network of claim 309, wherein at least one of the items is a GPS receiver providing the location.

**312.** An electronic drink coaster, comprising a coaster containing a weight detector for sensing a weight or weight changes for container with drinking fluid on the coaster, and further comprising a processor for processing signals from the weight detector, and a communications port for wirelessly relaying information relating to the drinking fluid on the coaster, wherein a bar or restaurant replaces or provides a new drink when the drinking fluid is consumed.

**313.** A coaster of claim 312, further comprising one or more buttons selectable by a user for ordering a drink from the bar or restaurant and from the coaster.

**314.** A method of managing a package through shipping channels, comprising the steps of:

attaching a smart sensor to the package; and

wirelessly communicating between the smart sensor and one or more of the shipping channels to identify a location code associated with the package.

**315.** A method of claim 314, wherein the step of attaching comprises attaching a shipping label, including the sensor, to the package.

**316.** A method of claim 314, wherein the step of attaching comprises attaching a smart sensor having one or more environmental detectors for detecting a disposition of the package.

**317.** A method of claim 316, further comprising detecting one or more of impact, temperature, shock, inversion associated with the package.

**318.** A method of claim 314, further comprising imparting the location code within the smart sensor.

**319.** A method of claim 318, wherein the steps of imparting comprises utilizing a label dispenser, powering the smart sensor upon dispensing from the dispenser, and imparting at least one of date and time to the smart sensor.

**320.** A method of claim 318, wherein the step of imparting comprises imparting one of zip code, area code or location to the smart sensor.

**321.** A method of claim 314, further comprising identifying the package among a plurality of packages when the location code indicates that the package is at an inappropriate one of the channels.

**322.** A method of claim 314, wherein the channels comprise one or more of a building, truck, plane and boat.

**323.** A method for establishing product integrity after shipment from one location to another location, comprising the step of: attaching one or more smart sensors to the product, monitoring environmental conditions of the product via the sensors and during shipment, wirelessly communicating the conditions from the sensors to a receiver at the second location, and communicating the conditions to a third location.

96

**324**. A method of claim 323, wherein the step of communicating the conditions to the first location comprises communicating the conditions through the Internet.

**325**. A method of claim 323, further comprising interrogating, with the receiver, the sensors at the second location, and before the step of wirelessly communicating.

**326**. A method of claim 323, wherein the step of monitoring environmental conditions comprises detecting acceleration at at least one of the sensors.

**327**. A method of claim 323, the step of attaching comprising attaching an accelerometer to the product, and further comprising detecting free fall to determine a drop distance of the product.

**328**. A method of claim 323, the step of monitoring environmental conditions comprising monitoring temperature relative to preset temperature guidelines of the product.

\* \* \* \* \*



US006163721A

# United States Patent [19]

## Thompson

[11] **Patent Number:** **6,163,721**

[45] **Date of Patent:** **Dec. 19, 2000**

[54] **POWER CONSUMPTION REDUCTION IN MEDICAL DEVICES BY EMPLOYING PIPELINE ARCHITECTURE**

[75] Inventor: **David L. Thompson**, Fridley, Minn.

[73] Assignee: **Medtronic, Inc.**, Minneapolis, Minn.

[21] Appl. No.: **09/289,502**

[22] Filed: **Apr. 9, 1999**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 09/067,881, Apr. 29, 1998, abandoned, and a continuation-in-part of application No. 09/181,460, Oct. 28, 1998, and a continuation-in-part of application No. 09/181,459, Oct. 28, 1998, and a continuation-in-part of application No. 09/181,517, Oct. 28, 1998, and a continuation-in-part of application No. 09/181,523, Oct. 28, 1998.

[51] Int. Cl.$^7$ .................................................. A61N 1/36
[52] U.S. Cl. .................................................. 607/2
[58] Field of Search .................. 607/2, 9, 5; 395/750.03, 395/750.04, 750.07, 800.32, 800.33, 800.34, 556, 555, 557

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,031,899 | 6/1977 | Renirie . |
| 4,428,378 | 1/1984 | Anderson et al. . |
| 4,460,835 | 7/1984 | Masuoka . |
| 4,561,442 | 12/1985 | Vollmann et al. . |
| 4,663,701 | 5/1987 | Stotts . |
| 4,791,318 | 12/1988 | Lewis et al. . |
| 4,791,935 | 12/1988 | Baudino et al. . |
| 5,022,395 | 6/1991 | Russie . |
| 5,052,388 | 10/1991 | Sivula et al. . |
| 5,154,170 | 10/1992 | Bennett et al. . |
| 5,185,535 | 2/1993 | Farb et al. . |
| 5,187,796 | 2/1993 | Wang et al. . |

| | | |
|---|---|---|
| 5,292,343 | 3/1994 | Blanchette et al. . |
| 5,330,513 | 7/1994 | Nichols et al. . |
| 5,388,578 | 2/1995 | Yomtov et al. . |
| 5,447,519 | 9/1995 | Peterson . |
| 5,464,435 | 11/1995 | Neumann . |
| 5,496,351 | 3/1996 | Plicchi et al. . |
| 5,562,711 | 10/1996 | Yerich et al. . |
| 5,610,083 | 3/1997 | Chan et al. . |
| 5,683,432 | 11/1997 | Goedeke et al. . |
| 5,730,142 | 3/1998 | Sun et al. . |
| 5,778,881 | 7/1998 | Sun et al. . |
| 5,782,888 | 7/1998 | Sun et al. . |

OTHER PUBLICATIONS

Jan Mulder et al., "Application of the Back Gate in MOS Weak Inversion Translinear Circuits," IEEE Transactions on Circuits and Systems—I: Fundamental Theory and Applications, vol. 42, No. 11, Nov. 1995.

*Primary Examiner*—Scott M. Getzow
*Attorney, Agent, or Firm*—Thomas F. Woods; Harold R. Patton; Girma Wolde-Michael

[57] **ABSTRACT**

Power consumption in medical and battery powered devices is reduced through the use and operation of pipeline architecture in a digital signal processor, microcontroller or microprocessor by operating such devices at clock frequencies tailored to conserve power while preserving computational and executional performance. The digital signal processor, microcontroller or microprocessor can be operated at lower clock frequencies relative to those that would be required by one of such processors to complete the multiple functions within a predetermined time period but having no pipeline architecture. With reduced clock frequency, power consumption is reduced. Further, with reduced clock speed, supply voltages applied to such processors may also be reduced.

**63 Claims, 20 Drawing Sheets**



APPLE 1019

**Appx1062**



FIG. 1

FIG. 2

2

**FIG. 3**

3

Appx1064



## FIG. 4A



## FIG. 4B



## FIG. 4C

4

U.S. Patent        Dec. 19, 2000        Sheet 4 of 20        6,163,721



FIG. 5

5



FIG. 6

Appx1067



**FIG. 7**

Appx1068



**FIG. 8**

Case: 22-1890     Document: 22     Page: 550     Filed: 02/15/2023



**FIG. 9**

Case: 22-1890    Document: 22    Page: 551    Filed: 02/15/2023



**FIG. 10**

Case: 22-1890    Document: 22    Page: 552    Filed: 02/15/2023



FIG. 11

Appx1072

FIG. 12

FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18

Case: 22-1890    Document: 22    Page: 557    Filed: 02/15/2023



**FIG. 19**

16



FIG. 20

Case: 22-1890    Document: 22    Page: 559    Filed: 02/15/2023



FIG. 21

18



**FIG. 22**



**FIG. 23**

Case: 22-1890     Document: 22     Page: 561     Filed: 02/15/2023



**FIG. 24**

20



FIG. 25

6,163,721

**1**

### POWER CONSUMPTION REDUCTION IN MEDICAL DEVICES BY EMPLOYING PIPELINE ARCHITECTURE

#### CLAIM TO PRIORITY AND REFERENCE TO RELATED APPLICATION

This application is a Continuation-In-Part and claims priority and other benefits from the filing dates of the following patent applications: (1) U.S. patent appln. Ser. No. 09/067,881 for "Power Consumption Reduction in Medical Devices Using Multiple Supply Voltages and Clock Frequency Control" to Thompson, filed Apr. 29, 1998, and now abandoned; (2) U.S. patent appln. Ser. No. 09/181,460 for "Power Consumption Reduction in Medical Devices Employing Multiple Digital Signal Processors" to Thompson, filed Oct. 28, 1998; (3) U.S. patent appln. Ser. No. 09/181,459 for "Power Consumption Reduction in Medical Devices By Employing Different Supply Voltages" to Thompson, filed Oct. 28, 1998; (4) U.S. patent appln. Ser. No. 09/181,517 for "Power Consumption Reduction in Medical Devices Employing Multiple Supply Voltages and Clock Frequency Control" to Thompson, filed Oct. 28, 1998; and (5) U.S. patent appln. Ser. No. 09/181,523 for "Power Consumption Reduction in Medical Devices Employing Multiple Digital Signal Processors and Different Supply Voltages" to Thompson, filed Oct. 28, 1998, all hereby incorporated by reference herein in their respective entireties.

#### FIELD OF THE INVENTION

The present invention relates to the reduction of power consumption in integrated circuit designs, such as integrated circuits employed in medical devices, particularly implantable medical devices.

#### BACKGROUND OF THE INVENTION

Various devices require operation with low power consumption. For example, hand-held communication devices require such low power consumption and, in particular, implantable medical devices require low power capabilities. With respect to implantable medical devices, for example, microprocessor-based implantable cardiac devices, such as implantable pacemakers and defibrillators, are required to operate with a lower power consumption to increase battery life and device longevity.

Generally, such low power devices are designed using complementary metal oxide semiconductor (CMOS) technology. CMOS technology is generally used because such technology has the characteristic of substantially zero "static" power consumption.

Power consumption of CMOS circuits consists generally of two power consumption factors, namely "dynamic" power consumption and static power consumption. Static power consumption is only due to current leakage as the quiescent current of such circuits is zero. Dynamic power consumption is the dominant factor of power consumption for CMOS technology. Dynamic power consumption is basically due to the current required to charge internal and load capacitances during switching, i.e., the charging and discharging of such capacitances. Dynamic power (P) equals: $\frac{1}{2}CV_{DD}^2F$, where C is nodal capacitance, F is the clock or switching frequency, and $V_{DD}$ is the supply voltage for the CMOS circuit. As can be seen from the formula for calculating dynamic power (P), such dynamic power consumption of CMOS circuits is proportional to the square of

**2**

the supply voltage ($V_{DD}$). In addition, dynamic power (P) is proportional to switching or clock frequency (F).

In accordance with the formula for dynamic power consumption, it has been effective in conventional CMOS integrated circuit designs to scale down the supply voltage for an entire device (e.g., hybrid) or integrated circuit (IC), i.e., operate the circuit at low supply voltages, to reduce power consumption for such designs. For example, in the MEDTRONIC SPECTRAX® device of circa 1979, IC circuitry was powered by one lithium iodine cell (as opposed to the two cells of the prior art). This reduced the supply voltage to 2.8 volts from 5.6 volts, thus reducing overhead current. Voltages required to be greater than 2.8 volts were generated by a voltage doubler, or alternatively by a charge pump (e.g., output pacing pulses). Further, for example, in the MEDTRONIC SYMBIOS® device of circa 1983, logic circuitry was powered by a voltage regulator controlling the IC supply voltage to a "sum of thresholds" supply. This regulator provided a supply to the IC (i.e., $V_{DD}$) of several hundred millivolts above the sum of the n-channel and p-channel thresholds of the CMOS transistors making up the IC. This regulator was self calibrating regarding manufacturing variations of the transistor thresholds.

Other devices have reduced power consumption in other manners. For example, various device designs have shut-down analog blocks and/or shut-off clocks to logic blocks not being used at particular times, thereby reducing power. Further, for example, microprocessor based devices have historically used a "burst clock" design to operate a microprocessor at a very high clock rate (e.g., generally 500–1000 Kilohertz (KHz)), for relatively short periods of time to gain the benefit of a "duty cycle" to reduce average current drain. A much lower frequency clock (e.g., generally 32 KHz) is used for other circuitry and/or the processor when not in the high clock rate mode, i.e., burst clock mode. Many known processor based implanted devices utilize the burst clock technique. For example, implanted devices available from Medtronic, Vitatron, Biotronic, ELA, Intermedics, Pacesetters, InControl, Cordis, CPI, etc., utilize burst clock techniques. A few illustrative examples which describe the use of a burst clock are provided in U.S. Pat. No. 4,561,442 to Vollmann et al., entitled "Implantable Cardiac Pacer With Discontinuous Microprocessor Programmable Anti Tachycardia Mechanisms and Patient Data Telemetry," issued Dec. 31, 1985; U.S. Pat. No. 5,022,395 to Russie, entitled "Implantable Cardiac Device With Dual Clock Control of Microprocessor," issued Jun. 11, 1991; U.S. Pat. No. 5,388, 578 to Yomtov et al., entitled "Improved Electrode System For Use With An Implantable Cardiac Patient Monitor," issued Feb. 14, 1995; and U.S. Pat. No. 5,154,170 to Bennett et al., entitled "Optimization for Rate Responsive Cardiac Pacemaker," issued Oct. 13, 1992.

FIG. 1 represents a graphical illustration of energy/delay versus supply voltage for CMOS circuits such as a CMOS inverter **10** shown in FIG. **2** for illustrative purposes. The inverter **10** is provided with a supply voltage, $V_{DD}$, which is connected to the source of a PMOS field effect transistor (FET) **12**. PMOS FET **12** has its drain connected to the drain of an NMOS FET **14** whose source is connected to ground. In this configuration, an input $V_i$ applied to both the gates of FETs **12, 14** is inverted to provide output $V_o$. Simply stated, when the input $V_i$, or logic level change, is used to invert the input $V_i$ to $V_o$.

As shown in FIG. **1**, the circuit logic delay increases drastically as the supply voltage is reduced to near one volt, as represented by delay line **16** and energy/delay line **18**. As such, reducing of the supply voltage ($V_{DD}$) continuously to

22

6,163,721

**3**

lower levels is impractical because of the need for higher supply voltages when higher frequency operation is required. For example, generally CMOS logic circuits must periodically provide functionality at a higher frequency, e.g., burst clock frequency. However, as the supply voltage ($V_{DD}$) is decreased, such energy consumption is reduced by the square of the supply voltage ($V_{DD}$) as is shown by energy consumption line **20**. Therefore, speed requires a higher supply voltage ($V_{DD}$) which is in direct conflict with low power consumption.

Other problems are also evident when lower supply voltages ($V_{DD}$) are used for CMOS circuit designs. When a lower supply voltage is selected, static leakage current losses may arise, particularly at lower frequencies, due to increased static leakage current losses.

Various techniques for reducing power consumption in devices are known in the art, some examples of which may be found in at least some of the references listed in Table 1 below.

TABLE 1

| Patent No. | Inventor | Issue Date |
|---|---|---|
| 4,031,899 | Renirie | Jun. 28, 1977 |
| 4,460,835 | Masuoka | Jul. 17, 1984 |
| 4,561,442 | Vollmann et al. | Dec. 31, 1985 |
| 4,791,318 | Lewis et al. | Dec. 13, 1988 |
| 5,022,395 | Russie | Jun. 11, 1991 |
| 5,154,170 | Bennett et al. | Oct. 13, 1992 |
| 5,185,535 | Farb et al. | Feb. 9, 1993 |
| 5,187,796 | Wang et al. | Feb. 16, 1993 |
| 5,388,578 | Yomtov et al. | Feb. 14, 1995 |
| 5,610,083 | Chan et al. | Mar. 11, 1997 |

All references listed in Table 1 above are hereby incorporated by reference herein, each in its respective entirety. As those of ordinary skill in the art will appreciate readily upon reading the Summary of the Invention, Detailed Description of the Embodiments, and Claims set forth below, at least some of the devices and methods disclosed in the publications, patents or patent applications referenced in the present application, including those disclosed in the references listed in Table 1 above, may be modified advantageously in accordance with the teachings of the present invention.

SUMMARY OF THE INVENTION

The present invention has certain objects. That is, various embodiments of the present invention provide solutions to one or more problems existing in the prior art respecting circuitry design having lower power consumption, particularly with respect to implantable medical devices. Those problems include: CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuits having excessive dynamic power consumption which reduces battery life; the inability to utilize low voltage supply levels effectively; lack of ability to provide adequate processing capabilities such as high processing capabilities including telemetry uplink/ downlink, morphology detection, initialization of devices, while still providing low processing capabilities such as sensing intrinsic beats, pacing, low speed telemetry, with the desired power consumption; and the inability to provide circuit designs that operate at lower frequencies and thus lower power consumption as opposed to the use of higher speed clocks such as burst clocks.

In comparison to known techniques for reducing power consumption in circuit designs, various embodiments of the

**4**

present invention may provide one or more of the following advantages: reduced power consumption through the use of multiple digital signal processing (DSP) systems; reduced power consumption through the use of a lower voltage supply ($V_{DD}$); reduced power consumption by decreased clock frequency for circuit designs; increased longevity of circuits, particularly implantable device circuitry; provide a potential reduction in product size; providing high performance processing designs with additional features or functions due to the ability to reduce power with respect to other "required" features and functions; reduced static power consumption; providing multi-processor designs and DSP designs having additional features or functions due to the ability to reduce power with respect to other "required" features and functions; reduced current drain for an overall design, even when operating analog circuitry at higher supply voltages relative to the supply voltages applied to digital circuitry of the design.

Some embodiments of the invention include one or more of the following features: two or more digital signal processing systems; multiple processors, each performing functions at lower clock frequencies to reduce power consumption; a first and second digital signal processor operating on data representative of analog inputs to perform respective first and second functions at respective first and second clock frequencies during a predetermined time period with the first and second clock frequencies being such that the power consumed by the first and second digital signal processors during performance of such functions is less than the power that would be consumed if only one of the processors were to perform the functions within the time period; multiple digital signal processors having supply voltages that are reduced based on the reduction of clock frequency for such processors; providing analog inputs, e.g., cardiac sense signals, to the multiple processors for use in performing functions such as T-wave, P-wave, and R-wave detection; one or more analog circuits of a medical device (e.g., an atrial sense amplifier, a ventricular sense amplifier, a T-wave amplifier, one or more bandpass filters, one or more detection circuits, one or more sense amplification circuits, one or more physiological signal amplification circuits, one or more output circuits, a battery monitor circuit, and/or a power on reset circuit) and one or more digital circuits of the medical device (e.g., a processor, a controller and/or a memory) with the supply voltage applied to the analog circuits being greater than that applied to the digital circuits; a source for applying a first fixed supply voltage to digital circuits of a medical device and a voltage generation circuit (e.g., a charge pump circuit) having the first fixed supply voltage applied thereto for generating a second fixed supply voltage to be applied to analog circuits of the medical device; adjustment of back gate bias of digital circuits of the medical device; level shifting of signals being communicated between analog circuits and digital circuits having different supply voltages applied thereto; employing various ones or combinations of the foregoing features in CMOS, CML (Current Mode Logic), SOS (Silicon on Sapphire), SOI (Silicon on Insulator), BICMOS, PMOS and/or NMOS circuitry.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a graphical illustration showing energy/delay versus supply voltage for CMOS circuit operation.

FIG. **2** shows a prior art CMOS inverter which is used as a building block in many CMOS circuit designs.

FIG. **3** is a block diagram of a just-in-time clocking system according to the present invention.

23

6,163,721

5

FIGS. **4A–4C** show timing illustrations for use in describing the just-in-time clocking system of FIG. **3**.

FIG. **5** is a block diagram illustration of a multiple supply voltage system according to the present invention.

FIG. **6** is a block diagram illustrating a variable supply voltage system according to the present invention.

FIG. **7** is a block diagram of clock controlled processing circuitry according to the present invention.

FIG. **8** is a diagram illustrating an implantable medical device in a body.

FIG. **9** is a block diagram of the circuitry of a pacemaker for use in illustrating one or more embodiments of the present invention.

FIG. **10** is a schematic block diagram of an implantable pacemaker/cardioverter/defibrillator (PCD) for illustrating one or more embodiments of the present invention.

FIG. **11** is a schematic block diagram illustrating a variable clock/variable supply voltage digital signal processing system operating on the present invention.

FIG. **12** is a schematic block diagram generally illustrating the system of FIG. **11**.

FIG. **13** is a schematic block diagram generally illustrating reduction in power consumption using multiple digital signal processing systems according to the present invention.

FIG. **14** is a schematic block diagram of a portion of cardiac pacemaker including sense amplifiers for receiving cardiac sense signals.

FIG. **15** is a two digital signal processing system embodiment of a system according to FIG. **13** illustrating implementation of the sense amplifier functions illustrated in FIG. **14** according to the present invention.

FIG. **16** is a general schematic block diagram of a device according to the present invention using different supply voltages for analog and digital circuits of the device.

FIG. **17** is a more detailed schematic block diagram of one embodiment of a pacemaker much like that shown in FIG. **9** according to the present invention wherein a lower supply voltage is applied to the digital circuits of the pacemaker with a charge pump being used to generate a higher supply voltage to be applied to the analog circuits of the pacemaker.

FIG. **18** is a block diagram illustrating the use of digital signal processor(s) in the embodiment shown in FIG. **17**.

FIG. **19** shows a block diagram of one embodiment of the present invention.

FIG. **20** shows one embodiment of a rate adaptive algorithm of the present invention.

FIG. **21** shows a modified version of the schematic block diagram of FIG. **11** according to one embodiment of the present invention.

FIG. **22** shows conventional von Neumann microprocessor architecture.

FIG. **23** shows one embodiment of Harvard microprocessor architecture of the present invention.

FIG. **24** shows one embodiment of a pipeline architecture timing diagram of the present invention.

FIG. **25** shows one embodiment of pipeline architecture of the present invention.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

One embodiment of the present invention is first generally described in reference to FIGS. **3–15**. More particularly, at least in part the use of multiple DSP systems to reduce power consumption is shown in those Figures.

FIG. **3** shows a general block diagram of a just-in-time clock system **30**. Just-in-time clock system **30** includes integrated circuit **32** and clock source **34**. Integrated circuit **32** includes a plurality of circuits C1–Cn. Each circuit when operable is capable of performing one or more circuit functions. A function is defined herein as any operation performed on one or more inputs in a plurality of cycles that results in an output. Generally, the functions performed by the various circuits C1–Cn are usually, although not necessarily always, performed in a predetermined number of clock cycles. Clock source **34** is operable for providing clock signals at a plurality of frequencies generally shown as clock1–clockn.

Circuits C1–Cn of integrated circuit **32** may include discrete function circuits (e.g., logic circuits for operating upon one or more inputs to implement a particular function to provide one or more outputs therefrom), such as circuits operating on one input from a sensor to provide a representative signal to further functional circuitry, transceiver circuitry, conversion circuitry, etc. Moreover, circuits C1–Cn may comprise data processing circuitry capable of performing multiple functions under program control. Alternatively, such circuits C1–Cn may implement firmware (software) functions/routines that must complete prior to some succeeding event or prior to the start of the next function. For example, as described further herein with respect to illustrative embodiments of implantable medical devices, such circuits may include digital signal processing circuits, telemetry uplink/downlink circuitry, morphology detection circuitry, arrhythmia detection circuitry, monitoring circuitry, pacing circuitry, microprocessors, and so on.

The functions performed by each of circuits C1–Cn are typically required to be completed in a particular time period prior to a next functional process being undertaken. For example, one logic circuit may perform a function in a predetermined time period to provide an output required by another circuit, or for example, a function may need to be performed by processing circuitry during a particular period of time due to the need for other processing to be performed by such processing circuitry. In another example pertaining especially to an implantable medical device, processing to complete a particular function may need to be performed in a portion of a particular time interval such as a blanking interval, an upper rate interval, an escape interval, or refractory interval of a cardiac cycle, or further, such as during a pulse generator/programmer handshake.

Clock source **34** may be configured in any manner for providing clock signals at a plurality of frequencies. Such a clock source may include any number of clock circuits wherein each provides a single clock signal at a particular frequency, clock source **34** may include one or more adjustable clock circuits for providing clock signals over a continuous range of clock frequencies, and/or clock source **34** may include a clock circuit that is operable to provide clock signals at discrete clock frequencies as opposed to over a continuous range. For example, the clock source **34** may include oscillators, clock dividers, timers, clock control circuitry or any other circuit elements required for providing clock signaling according to the present invention. Preferably, clock source **34** is configured as a continuously oscillating low frequency clock and a controllable on/off higher frequency clock.

Just-in-time controllable clock operation of the just-in-time clocking system **30** of FIG. **3** is described herein in

24

6,163,721

**7**

reference to FIGS. 4A–4C. As shown in FIG. 4A, time period (x) represents the time period in which a circuit, e.g., one of circuits C1–Cn, is required to complete one or more functions. The same time period (x) is shown in FIG. 4B. The time period x may be equated to any number of different time periods. For example, the time period may be the amount of time a processing circuit has to perform a particular detection function due to the need for a detection output by a certain point in time, may be a time period required to complete a particular function by a certain logic circuit so as to provide a timely output to a digital signal processing circuit, may be a time period to complete a firmware (software) routine, etc. Moreover, time period x may correspond to a cardiac cycle or a part thereof.

As shown in FIG. 4B, and according to conventional processing, circuit functions were typically performed at a burst cycle frequency and, as such, the function performed required a time period **60**. Therefore, only a small amount of time (e.g., time period **60**) of the entire time period x was used to perform the one or more functions requiring n cycles of time to complete. In such a case, conventionally, such burst clocks were at a substantially high clock rate, e.g., 500–1000 KHz, for such short periods of time to gain the benefit of a "duty cycle" to reduce average current drain. However, such high clock rates may not be required for carrying out such functions, or all functions.

With just-in-time clocking according to the present invention, as shown in FIG. 4A, substantially the entire time period x is used to perform the one or more functions which are completed in n cycles. In other words, the clock frequency, e.g., one of clock1–clockn, for the circuit performing the one or more functions during the time period x is set such that the one or more functions are completed in the maximum time available for performing such functions, i.e., the clock frequency is at its lowest possible value. Stated another way, a lower frequency clock is employed such that the one or more functions are performed just-in-time for other circuit or routine functionality to be performed.

In such a just-in-time manner, the clock frequency used to control the performance of such functions by the particular CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuitry is lowered resulting in reduced power consumption by such circuitry. According to calculations of dynamic power, the lower frequency results in proportional power reduction. With the lowering of the clock frequency, the integrated circuit **32** including the various circuits C1–Cn can be designed to operate at a lower frequency, e.g., as opposed to burst frequency, and also at various other frequencies depending upon need.

It is preferred that use of substantially the entire predetermined period of time result in completion of the one or more functions being performed prior to the end of the time period x as is represented by remainder time periods **55** in FIG. 4A. This remainder time period **55**, for example, is preferably near or about 0 seconds.

FIG. 4C shows an illustrative timing example for processing circuitry which performs multiple functions. For example, the cardiac cycle of a patient is represented in FIG. 4C as time period x. During time period **71**, i.e., during a QRS complex of the cardiac cycle, high speed processing is performed at a high clock frequency relative to a lower clock frequency used to control operation of the processing circuitry during time period y. During the time period y, when the processing circuitry is operated at a lower clock frequency, such lower clock frequency may be set such that the functions performed during z cycles are performed in

**8**

substantially the entire maximum time period available for such processing, i.e., time period y. Once again, a small remainder time period **75** of the cardiac cycle time period x may exist. Such time period may be, for example, in the range of about 1.0 millisecond to about 10.0 milliseconds when the cardiac cycle is in the range of about 400 milliseconds to about 1200 milliseconds.

FIG. **5** shows a general block diagram of a multiple supply voltage system **100** wherein one or more supply voltages are available and tailored for application to various circuits in an IC. The multiple supply voltage system **100** includes integrated circuit **102** and supply voltage source **106**. Integrated circuit **102** includes circuits C1–Cn. Supply voltage source **106** is operable for providing a plurality of supply voltages V1–Vn. Each supply voltage from supply voltage source **106** is tailored to be applied to one or more circuits of circuits C1–Cn. As illustrated, supply voltage V1 is applied to circuit C1, supply voltage V2 is applied to circuit C2 and C3, and so forth.

The tailoring of the supply voltages V1–Vn to the particular circuits C1–Cn is dependent upon the frequency at which the circuits C1–Cn are required to be operated. For example, and as previously described, the logic delay of such CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuitry circuits C1–Cn increases drastically as the supply voltage is reduced to near 1 volt. If such logic delay is tolerable, the supply voltage provided to a particular circuit will drastically reduce the power consumption for that particular circuit as the energy is reduced in proportion to the square of the supply voltage ($V_{DD}$). However, if such logic delay is not tolerable, for example, if the logic circuit performs a function that must be completed within a particular period of time, the reduction of the supply voltage ($V_{DD}$) applied to such a circuit will be limited depending upon the acceptable logic delay. However, the supply voltage $V_{DD}$ for any particular circuit can be reduced as low as possible yet meet adequate speed requirements.

Integrated circuit **102** may include various different circuits C1–Cn like those described with reference to FIG. **3**. The supply voltage source **106** may be implemented using a variety of components and may include any number of voltage sources wherein each provides a single supply voltage level, may include one or more adjustable voltage sources for providing supply voltage levels over a continuous range of levels, and/or may include a voltage source that is operable to provide discrete supply voltage levels as opposed to levels over a continuous range. The supply voltage source may include a voltage divider, a voltage regulator, a charge pump, or any other elements for providing the supply voltages V1–Vn. Preferably, the supply voltage source **106** is configured as a charge pump.

In the typical case, supply voltage ($V_{DD}$) is generally in the range of about 3 volts to about 6 volts. Preferably, and in accordance with the present invention, the supply voltages V1–Vn are in the range of about 1 volt to about 3 volts dependent upon the particular CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS technology used.

With reduction in supply voltage ($V_{DD}$), the threshold voltage ($V_T$) for the circuits is also reduced. For example, with supply voltages in the range of about 3 to about 6 volts, the threshold voltage for CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS devices is generally in the range of about 0.8 volts to about 1.0 volt. Preferably, in implantable medical devices, lithium chemistries are utilized for implantable batteries. Such lithium chemistries are generally in the range of about 2.8 volts to about 3.3 volts and

25

6,163,721

**9**

generally the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuitry has an associated threshold voltage of about 0.75.

By reducing the supply voltages below about 2.8 volts, voltage thresholds for CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS devices may be decreased to as low as about 0.2 volts to about 0.3 volts. Currently, there are various ultra low power logic designs operating at a supply voltage as low as about 1.1 volts, as for example logic circuitry for microprocessors for laptop and other portable computer applications. By utilizing the tailored supply voltages V1–Vn, low power or ultra low power logic designs may be employed for at least some of the various circuits C1–Cn of integrated circuit **102**. Other circuits may require higher supply voltages. With the use of lower threshold levels due to lower supply voltages, static power consumption losses undesirably increase by several orders of magnitude.

Multiple supply voltage system **100** may therefore further optionally include back gate bias source **130** for providing back gate bias voltages BV1–BVn to circuits C1–Cn of integrated circuit **102**. Generally, back gate bias voltages BV1–BVn are dependent upon the supply voltage V1–Vn applied to the circuits C1–Cn to adjust the threshold voltages for devices of circuits C1–Cn. For example, the threshold voltage ($V_T$) for the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS devices of the circuit may be at a lower value by providing a back gate bias voltage to the particular circuits supplied with the lower supply voltage. Moreover, if circuit C1 is supplied with a lower supply voltage V1, then a back gate bias voltage BV1 may optionally be applied to circuit C1 to adjust the threshold voltage ($V_T$) for the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS devices to a higher threshold voltage ($V_T$) value. In such a manner, static leakage current losses can be minimized because the equivalent higher threshold voltage has been restored. Moreover, a broader range of supply voltages is possible because the back gate adjustment allows a tailoring of the threshold allowing high/low speed operation and eliminating the static current drain leakage.

The back gate bias voltage may be provided by, for example, a fixed voltage source (e.g., a charge pump) connected to the back gate well via a contact. Alternatively, an active body bias scheme whereby the voltage source is selectable or adjustable over an appropriate range may be used.

Back gate voltages may be applied in manners well know in the art. The application of back gate bias voltages is described, for example, in various patent references, including U.S. Pat. No. 4,791,318 to Lewis et al., U.S. Pat. No. 4,460,835 to Masuoka, U.S. Pat. No. 5,610,083 to Chan et al. and U.S. Pat. No. 5,185,535 to Farb et al., all incorporated by reference herein in their respective entireties.

FIG. **6** shows a general block diagram of a variable supply voltage/variable clock system **150** according to the present invention. System **150** includes integrated circuit **152**, clock source **156**, supply voltage source **154**, and clock/supply voltage interface **155**. Supply voltage source **154** is operable for providing a plurality of supply voltages V1–Vn to a a plurality of circuits C1–Cn of integrated circuit **152**. Clock source **156** of system **150** is operable for providing clock signals at a plurality of frequencies, clock1–clockn. Circuits C1–Cn are of a similar nature to those described with reference to FIG. **3**. Clock source **156** is similar to the clock source **34** as described with reference to FIG. **3**. Supply voltage source **154** is similar to supply voltage source **106**

**10**

described in reference to FIG. **5**. In variable supply voltage/variable clock system **150**, however, clock/voltage interface **155** is employed to adjust supply voltages V1–Vn applied to the circuits C1–Cn "on the fly," as required by specific timing functions required by or inherent to circuits C1–Cn.

As an illustrative example, circuit C1 may be a particular logic circuit for performing one or more particular functions. Such functions may be required to be performed, however, in a first time period at a first clock frequency and during a different second time period at a second clock frequency so that such function may be performed within the allowed time of the respective first and second time periods. That is, one time period is shorter than the other and, as such, the functions which require performance over a certain number of cycles must be performed at a higher clock frequency if it is to be completed within a time period that is shorter than another time period.

In such an example, and according to the present invention, clock/voltage interface **155** detects the clock signal applied to circuit C1 during the first time period in which the higher frequency clock signal is used and accordingly provides supply voltage source **154** with a signal to select and apply a certain supply voltage corresponding to the higher clock frequency. Thereafter, when the lower clock frequency is applied to circuit C1 during the second time period, clock/voltage interface **155** senses the use of the lower clock frequency and applies a signal to voltage supply source **154** for application of a certain supply voltage corresponding to the lower clock frequency for application to circuit C1.

In another example, circuit C2 may be a CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS processor which may also have clock frequency and corresponding supply voltage adjustments made "on the fly." Such a system will become readily apparent to those skilled in the art from the following discussion referring to FIG. **7**.

FIG. **7** shows a general block diagram of clock controlled processing system **200** according to the present invention. Clock controlled processing system **200** includes processor **202** (e.g., a CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS microprocessor or CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS digital signal processor), clock source **204**, supply voltage source **206**, voltage regulator **212**, regulator interface **210**, clock control **208**, and optional back gate bias source **214**. In a manner similar to that described in reference to FIG. **6**, the supply voltage **206** applied to processor **202** is changed "on the fly," as required by specific circuit timing requirements.

Generally, processor **202** is operated under control of clock source **204**. Depending upon the processing capability required, clock source **204** may operate processor **202** at any one of a plurality of clock frequencies. Such clock frequencies may be selected under the control of clock control **208**. Clock control **208** may be part of any timing and control hardware and/or timing and control software used to control operation of processor **202** as part of a larger system. Such clock control may take the form, for example, of a digital controller/timer circuit for performing timing control of an implantable medical device.

Processor **202** may perform any number of functions as appropriate for the device in which it is used. High frequency processing capabilities (i.e., about 250 KHz to about 10 MHz), low frequency processing capabilities (i.e., about 1 Hz to about 32 KHz), and processing capabilities with regard to frequencies between such limits are contemplated according to the present invention. For simplicity purposes,

26

6,163,721

**11**

clock control processing system **200** operation shall be described with reference to processor **202** performing only two different functions, each during a predetermined respective period of time. For example, with respect to an implantable medical device such as a pacemaker, during the first period of time, a high processing function requiring a relatively high clock frequency may include a function such as telemetry uplink/downlink, morphology detection, initialization, arrhythmia detection, far-field R-wave detection, EMI detection, retrograde conduction, etc. On the other hand, low frequency processing functions may include a function such as sensing intrinsic beats, pacing, low speed telemetry, transtelephonic data transfer, remote monitoring, battery checks, etc.

When processor **202** performs high frequency processing functions during a predetermined time period, a relatively high clock frequency (e.g., about 1 KHz to about 10 MHz) may be supplied by clock source **204** for operation of processor **202**. Regulator interface **210** will detect the higher clock frequency applied to processor **202** for operation during the high processing function and apply a control signal to voltage regulator **212** for regulation of the supply voltage source **206**. Supply voltage source **206** is operable under control of voltage regulator **212** to provide a supply voltage within a predetermined range, preferably between about 1.1 volts and about 3 volts. When a high clock frequency is employed to operate processor **202** for high frequency processing functions, supply voltage source **206** generally applies a supply voltage in the upper range of the preferred supply voltages to the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS devices of processor **202**.

On the other hand, when processor **202** executes low frequency processing functions during predetermined periods of time, clock control **208** signals clock source **204** to apply a lower frequency for operation of processor **202**. As such, regulator interface **210** detects the lower frequency being used to operate processor **202** and issues a control signal to voltage regulator **212** for regulation of supply voltage source **206** such that a lower supply voltage in the lower end of the preferred range of supply voltages is applied to the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS devices of processor **202**.

It will be recognized by those skilled in the art that any intermediate processing capability may be achieved between the higher frequency and the lower frequency capabilities described hereinabove, and that the scope of the present invention is not limited to processing at only two clock frequencies and at two corresponding supply voltages. Instead, multiple levels of processing capability may be achieved according to the present invention with associated clock frequencies and corresponding supply voltages being applied to processor **202**.

FIG. **4C** illustrates one embodiment of the clock control processing system **200** of the present invention. As shown in FIG. **4C**, during the overall cardiac cycle of predetermined time period x, a high frequency is employed to control operation of processor **202** during time period **71** of the cardiac cycle time period x (e.g., during processing of the QRS complex). Thereafter, a lower clock frequency is used during time period y for controlling operation of processor **202** to perform any of a number of other different functions, such as cardiac event/EMI differentiation functions. During operation of the processor **202** at the higher clock frequency during time period **71**, a higher supply voltage from supply voltage source **206** is applied to the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuitry devices of processor **202**. Likewise, during operation of the processor

**12**

**202** at the relatively lower clock frequency, a lower supply voltage from supply voltage source **206** is applied to the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS devices of processor **202** during time period y of the overall cardiac cycle time period x.

Moreover, and as shown in FIG. **7**, an optional back gate bias **214** may be used to dynamically adjust the threshold voltage ($V_T$) of CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuitry devices of processor **202** as a function of the clock frequency applied to processor **202** by clock source **204**. The regulator interface **210** detects the clock frequency used to control operation of processor **202** and controls the voltage level of back gate bias **214** to be applied to the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS devices of processor **202**. The dynamic adjustment of the threshold voltage may be implemented as an adjustable or selectable voltage source utilizing, for example, a charge pump and a regulator. The back gate voltage and the "normal" gate voltage provide a gate bias or voltage to the transistor. By adjusting the back gate voltage, the "apparent" voltage is increased with a resultant reduction in leakage current.

FIG. **8** is a simplified diagram of implantable medical device **260** for which the present invention finds particularly efficacious application. Implantable medical device **260** is implanted in body **250** near human heart **264**. Implantable medical device **260** is connected to heart **264** by leads **262**. In the case where device **260** is a pacemaker, leads **262** may be pacing and sensing leads for sensing electrical signals attendant to the depolarization and repolarization of heart **264**, and for providing pacing pulses in the vicinity of the distal ends thereof.

Implantable medical device **260** may be any implantable cardiac pacemaker such as those disclosed in U.S. Pat. No. 5,158,078 to Bennett et al., U.S. Pat. No. 5,387,228 to Shelton, U.S. Pat. No. 5,312,453 to Shelton et al., or U.S. Pat. No. 5,144,949 to Olson, all hereby incorporated herein by reference in their respective entireties and which can all be modified according to the present invention.

Implantable medical device **260** may also be a pacemaker/cardioverter/defibrillator (PCD) corresponding to any of the various commercially-available implantable PCDs, one of which is summarily described herein with reference to FIG. **10** and described in detail in U.S. Pat. No. 5,447,519. In addition to the PCD described in U.S. Pat. No. 5,447,519, the present invention may be practiced in conjunction with PCDs such as those disclosed in U.S. Pat. No. 5,545,186 to Olson et al., U.S. Pat. No. 5,354,316 to Keimel, U.S. Pat. No. 5,314,430 to Bardy, U.S. Pat. No. 5,131,388 to Pless, or U.S. Pat. No. 4,821,723 to Baker et al., all hereby incorporated herein by reference in their respective entireties. Those devices may be employed using the present invention in that such devices may employ or be modified with circuitry and/or systems according to the present invention.

Alternatively, implantable medical device **260** may be an implantable nerve stimulator or muscle stimulator such as those disclosed in U.S. Pat. No. 5,199,428 to Obel et al., U.S. Pat. No. 5,207,218 to Carpentier et al., or U.S. Pat. No. 5,330,507 to Schwartz, or an implantable monitoring device such as that disclosed in U.S. Pat. No. 5,331,996 issued to Bennet et al., all of which are hereby incorporated by reference herein in their respective entireties.

Finally, implantable medical device **260** may be a cardioverter, an implantable pulse generator (IPG) or an implantable cardioverter-defibrillator (ICD).

It is to be understood, however, that the scope of the present invention is not limited to implantable medical

27

6,163,721

**13**

devices or medical devices only, but includes any type of electrical device which employs CMOS, CML (Current Mode Logic), SOS (Silicon on Sapphire), SOI (Silicon on Insulator), BICMOS, PMOS and/or NMOS circuitry or circuit design where low power consumption is desired.

In general, implantable medical device **260** includes an hermetically-sealed enclosure that includes an electrochemical cell such as a lithium battery, CMOS circuitry that controls device operations, and a telemetry transceiver antenna and circuit that receives downlinked telemetry commands from and transmits stored data in a telemetry uplink to an external programmer. The circuitry may be implemented in discrete logic and/or may include a microcomputer-based system with A/D conversion.

It is to be understood that the present invention is not limited in scope to particular electronic features and operations of particular implantable medical devices and that the present invention may be useful in conjunction with various implantable devices. Moreover, the present invention is not limited in scope to implantable medical devices including only a single processor but may be applicable to multiple-processor devices as well.

FIG. **9** shows a block diagram illustrating the components of pacemaker **300** in accordance with one embodiment of the present invention. Pacemaker **300** has a microprocessor-based architecture. Illustrative pacemaker **300** of FIG. **9** is only one exemplary embodiment of such devices, however, and it will be understood that the present invention may be implemented in any logic-based, custom integrated circuit architecture or in any microprocessor-based system.

In the illustrative embodiment shown in FIG. **9**, pacemaker **300** is most preferably programmable by means of an external programming unit (not shown in the figures). One such programmer suitable for the purposes of the present invention is the commercially available Medtronic Model 9790 programmer. The programmer is a microprocessor-based device which provides a series of encoded signals pacemaker **300** by means of a programming head which transmits radio frequency (RF) encoded signals to antenna **334** pacemaker **300** according to a telemetry system such as, for example, that described in U.S. Pat. No. 5,127,404 to Wyborny et al., the disclosure of which is hereby to incorporated by reference herein in its entirety. It is to be understood, however, that any programming methodology may be employed so long as the desired information is transmitted to and from the pacemaker.

Pacemaker device **300** illustratively shown in FIG. **9** is electrically coupled to the patient's heart **264** by leads **302**. Lead **302**a including electrode **306** is coupled to a node **310** in the circuitry pacemaker **300** through input capacitor **308**. Lead **302**b is coupled to pressure circuitry **354** of input/output circuit **312** to provide a pressure signal from sensor **309** to the circuit **354**. The pressure signal is used to ascertain metabolic requirements and/or cardiac output of a patient. Further, activity sensor **351**, such as a piezoceramic accelerometer, provides a sensor output to activity circuit **352** of input/output circuit **312**. The sensor output varies as a function of a measured parameter that relates to metabolic requirements of a patient. Input/output circuit **312** contains circuits for interfacing to heart **264**, to activity sensor **351**, to antenna **334**, to pressure sensor **309** and circuits for application of stimulating pulses to heart **264** to control its rate as a function thereof under control of software-implemented algorithms in microcomputer unit **314**.

Microcomputer unit **314** preferably comprises on-board circuit **316** that includes microprocessor **320**, system clock

**14**

circuit **322**, and on-board random access memory (RAM) **324** and read only memory (ROM) **326**. In this illustrative embodiment, off-board circuit **328** comprises a RAM/ROM unit. On-board circuit **316** and off-board circuit **328** are each coupled by a communication bus **330** to digital controller/timer circuit **332**.

According to the present invention, the circuits shown in FIG. **9** are powered by an appropriate implantable battery supply voltage source **301** (e.g., a voltage source generally shown in FIGS. **1–7**). For the sake of clarity, the coupling of supply voltage source **301** to various circuits pacemaker **300** is not shown in the figures. Further, the circuits operable under control of a clock signal shown in FIG. **9** are operated according to the present invention under clock source **338**. For the sake of clarity, the coupling of such clock signals from the clock source **338** (e.g., a clock source generally shown in FIGS. **1–7**) to such CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuits of pacemaker **300** is not shown in the Figures.

Antenna **334** is connected to input/output circuit **312** to permit uplink/downlink telemetry through RF transmitter and receiver unit **336**. Unit **336** may correspond to the telemetry and program logic disclosed in U.S. Pat. No. 4,556,063 issued to Thompson et al., hereby incorporated by reference herein in its entirety, or to that disclosed in the above-referenced Wyborny et al. patent.

$V_{REF}$ and bias circuit **340** generates a stable voltage reference and bias currents for circuits of input/output circuit **312**. Analog-to-digital converter (ADC) and multiplexer unit **342** digitize analog signals and voltages to provide "real-time" telemetry intracardiac signals and battery end-of-life (EOL) replacement function. A power on reset circuit **341** functions as a means to reset circuitry.

Operating commands for controlling the timing pacemaker **300** are coupled by bus **330** to digital controller/timer circuit **332**, where digital timers and counters establish the overall escape interval of pacemaker **300** as well as various refractory, blanking, and other timing windows for controlling the operation of the peripheral components disposed within input/output circuit **312**.

Digital controller/timer circuit **332** is preferably coupled to sense circuitry **345** and to electrogram (EGM) amplifier **348** for receiving amplified and processed signals sensed by electrode **306** disposed on lead **302**a. Such signals are representative of the electrical activity of the patient's heart **264**. Sense amplifier **346** of circuitry **345** amplifies sensed electrocardiac signals and provides an amplified signal to peak sense and threshold measurement circuitry **347**. Circuit **347** in turn provides an indication of peak sensed voltages and measured sense amplifier threshold voltages on path **357** to digital controller/timer circuit **332**. An amplified sense amplifier signal is also provided to comparator/threshold detector **349**. The sense amplifier may correspond to that disclosed in U.S. Pat. No. 4,379,459 to Stein, which is hereby incorporated by reference herein in its entirety.

The electrogram signal provided by EGM amplifier **348** is employed when the implanted device **300** is being interrogated by an external programmer (not shown) to transmit by uplink telemetry a representation of an analog electrogram of the patient's electrical heart activity. Such functionality is, for example, shown in U.S. Pat. No. 4,556,063 to Thompson et al., previously incorporated by reference.

Output pulse generator and amplifier **350** provides pacing stimuli to the patient's heart **264** through coupling capacitor **305** and electrode **306** in response to a pacing trigger signal provided by digital controller/timer circuit **332**. Output

28

6,163,721

15

amplifier **350** may correspond generally to the output amplifier disclosed in U.S. Pat. No. 4,476,868 to Thompson, also incorporated by reference herein in its entirety. The circuits of FIG. **9** comprise CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuitry capable of operation according to the present invention include processor **320**, digital controller timer circuit **332**, RAM **324**, ROM **326**, RAM/ROM unit **328** and ADC/Mux **342**.

FIG. **10** is a functional schematic diagram from U.S. Pat. No. 5,447,519 to Peterson, which shows implantable PCD **400** in which the present invention may usefully be practiced. This diagram is an illustration to be taken only as an exemplary type of device in which the invention may be embodied, and not as limiting to the scope of the present invention. Other implantable medical devices as previously described having functional organizations wherein the present invention may be useful may also be modified in accordance with the present invention. The present invention is also believed to be useful, for example, in conjunction with implantable PCDs such as those disclosed in U.S. Pat. No. 4,548,209 to Wielders et al.; U.S. Pat. No. 4,693,253 to Adams et al.; U.S. Pat. No. 4,830,006 to Haluska et al.; and U.S. Pat. No. 4,949,730 to Pless et al.; all of which are incorporated herein by reference in their respective entireties.

Illustrative PCD **400** is provided with six electrodes **401,402, 404, 406, 408**, and **410**. Electrodes **401** and **402** may be a pair of closely-spaced electrodes, for example, that are positioned in the ventricle of heart **264**. Electrode **404** may correspond to a remote, indifferent electrode located on the housing of the implantable PCD **400**. Electrodes **406, 408**, and **410** may correspond to large surface area defibrillation electrodes located on leads to the heart **264** or epicardial electrodes.

Electrodes **401** and **402** are shown as hard-wired to the near field (i.e., narrowly spaced electrodes) R-wave detector circuit **419** comprising band pass filtered amplifier **414**, auto threshold circuit **416** (for providing an adjustable sensing threshold as a function of the measured R-wave amplitude), and comparator **418**. An Rout signal **464** is generated whenever the signal sensed between electrodes **401** and **402** exceeds a sensing threshold defined by auto threshold circuit **416**. Further, the gain on amplifier **414** is adjusted by pacer timer and control circuitry **420**. The sense signal, for example, is used to set the timing windows and to align successive waveshape data for morphology detection purposes. For example, the sense event signal **464** may be routed through the pacer/timer control circuit **420** on bus **440** to processor **424** and may act as an interrupt for the processor **424** such that a particular routine of operations, e.g., morphology detection, discrimination functions, is commenced by processor **424**.

Switch matrix **412** is used to select available electrodes under control of processor **424** via data/address bus **440** such that the selection includes two electrodes employed as a far field electrode pair (i.e., widely spaced electrodes) in conjunction with a tachycardia/fibrillation discrimination function (e.g., a function to discriminate between tachycardia, i.e., an abnormally fast heart rate, and fibrillation, i.e., uncoordinated and irregular heartbeats, so as to apply an appropriate therapy). Far field EGM signals from the selected electrodes are passed through band pass amplifier **434** and into multiplexer **432**, where they are converted to digital data signals by analog to digital converter (ADC) **430** for storage in random access memory **426** under control of direct memory access circuitry **428**. For example, a series of EGM complexes for several seconds may be performed.

16

According to the present invention, the circuits shown in FIG. **10** are powered by an appropriate implantable battery supply voltage source **490** (e.g., a voltage source generally shown in FIGS. **1–7**). For the sake of clarity, the coupling of supply voltage source **490** to various circuits of the PCD **400** is not shown in the figures. Further, the circuits operable under control of a clock signal shown in FIG. **10** are operated according to the present invention under clock source **491**. For the sake of clarity, the coupling of such clock signals from the clock source **491** (e.g., a clock source generally shown in FIGS. **1–7**) to such CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuits of PCD **400** is not shown in the figures.

The occurrence of an R-wave sense event or detect signal Rout **464** is communicated to processor **424** to initiate morphology analysis on waveforms by processor **424** for use in selection of a therapy for heart **264**. For example, the processor may calculate the cumulative beat-to-beat variability of heart **264**, time intervals separating R-wave sense events, and various other functions as set out in numerous references including any of the references already listed herein and various other references with regard to implantable PCDs.

Other portions of the PCD **400** of FIG. **10** are dedicated to the provision of cardiac pacing, cardioversion, and defibrillation therapies. With regard to cardiac pacing, the pacer timing/control circuit **420** includes programmable digital counters which control the basic timing intervals associated with cardiac pacing, including the pacing escape intervals, the refractory periods during which sensed R-waves are ineffective to restart timing of escape intervals, etc. The durations of such intervals are typically determined by processor **424** and communicated to pacer timer/control circuit **420** via address/data bus **440**. Further, under control of processor **424**, pacer timing/control circuit also determines the amplitude of such cardiac pacing pulses and pace out circuit **421** provides such pulses to the heart.

In the event that a tachyarrhythmia (i.e., tachycardia) is detected, and an anti-tachyarrhythmia pacing therapy is desired, appropriate timing intervals for controlling generation of anti-tachycardia pacing therapies are loaded from processor **424** into pacer timing and control circuitry **420**. Similarly, in the event that generation of a cardioversion or defibrillation pulse is required, processor **424** employs the counters and timing and control circuitry **420** to control timing of such cardioversion and defibrillation pulses.

In response to detection of fibrillation or a tachycardia requiring a cardioversion pulse, processor **424** activates cardioversion/defibrillation control circuitry **454**, which initiates charging of the high voltage capacitors **456, 458, 460** and **462** via charging circuit **450** under control of high voltage charging line **452**. Thereafter, delivery of the timing of the defibrillation or cardioversion pulse is controlled by pacer timing/control circuitry **420**. Various embodiments of an appropriate system for delivering and synchronization of cardioversion and defibrillation pulses, and controlling the timing functions related to them is disclosed in more detail in U.S. Pat. No. 5,188,105 to Keimel, which is incorporated herein by reference in its entirety. Other such circuitry for controlling the timing and generation of cardioversion and defibrillation pulses is disclosed in U.S. Pat. No. 4,384,585 to Zipes, U.S. Pat. No. 4,949,719 to Pless et al., and in U.S. Pat. No. 4,375,817 to Engle et al., all incorporated herein by reference in their entireties. Further, known circuitry for controlling the timing and generation of anti-tachycardia pacing pulses is described in U.S. Pat. No. 4,577,633 to Berkovits et al., U.S. Pat. No. 4,880,005 to Pless et al., U.S.

29

6,163,721

**17**

Pat. No. 4,726,380 to Vollmann et al., and U.S. Pat. No. 4,587,970 to Holley et al., all of which are incorporated herein by reference in their entireties.

Selection of a particular electrode configuration for delivery of the cardioversion or defibrillation pulses is controlled via output circuit 448 under control of cardioversion/defibrillation control circuit 454 via control bus 446. Output circuit 448 determines which of the high voltage electrodes 406, 408 and 410 will be employed in delivering the defibrillation or cardioversion pulse regimen.

The components of PCD 400 of FIG. 10 comprise CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuitry capable of operation according to the present invention include processor 424, control circuits 420 and 454, RAM 426, DMA 428, ADC 430, and multiplexer 432.

According to the present invention, pacemaker 300 illustrated in FIG. 9 and PCD 400 illustrated in FIG. 10 may both be implemented in accordance with the generalized embodiments previously described herein with reference to FIGS. 1–7. First, for example, with respect to pacemaker 300 of FIG. 9, voltage supply source 301 of pacemaker 300 may be implemented in a manner previously described with reference to FIGS. 1–7. Likewise, clock source 338 of pacemaker 300 may be implemented in such a manner as described with reference to FIGS. 1–7. Clock source 491 of PCD 400 of FIG. 10 and the voltage supply source 490 of PCD 400 of FIG. 10 may be implemented in accordance with the generalized embodiments previously described herein with reference to FIGS. 1–7.

As one illustrative example, ADC/Mux 342, RF transmitter/receiver 336, digital controller timer circuit 332, and various other CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuits may be individually operated at different clock frequencies available from clock source 338. Likewise, such circuits may be operated at corresponding supply voltages which may be different for each of the circuits. Moreover, RF transmitter/receiver 336 may be operated during a particular time period (e.g., when uplinking) at a particular clock frequency available from clock source 338 and at a particular supply voltage available from voltage supply source 301 corresponding to the particular clock frequency. On the other hand, during a different time period (e.g., during downlink), circuit 336 may be operated at a completely different clock frequency and supply voltage. Automatic adjustment of telemetry parameters under certain circumstances is described in U.S. Pat. No. 5,683,432 to Goedeke et al., hereby incorporated by reference herein in its entirety.

In respect of FIG. 10, A/D converter circuit 430, cardioverter/defibrillator control circuit 454, and various other circuits such as RAM 426, DMA 428, and multiplexer 432 may also be operated at different clock frequencies available from clock source 491 and at different corresponding supply voltages available from supply voltage source 490. A telemetry circuit (not shown in the Figures) may be employed with PCD 400 of FIG. 10 and may also be operated at different clock frequencies available from clock source 491 and at different corresponding supply voltages available from supply voltage source 490. Additionally, processor 424 may be operated at different clock speeds, depending upon the function being performed by processor 424 (such as described with reference to FIG. 7). Morphology detection sensing at typical physiologic rates (i.e., 50 to 150 BPM), for example, may be performed at a first clock frequency and corresponding supply voltage while arrhythmia detection may be performed at a different clock frequency and corresponding supply voltage.

**18**

FIG. 11 shows variable clock/variable supply voltage digital signal processing (DSP) system 500 which may be employed in conjunction with and/or in the alternative to certain circuits shown in FIGS. 9 and 10. DSP system 500 according to FIG. 11, for example, may be employed in place of activity circuit 352, pressure circuit 354, sense amplifier circuit 346 (for P-wave, R-wave- and/or T-wave sense amplifiers), and further may be provided with additional functionality with use of pseudo EKG signal 502. Generally, any number of analog signals 499, for example, such as pseudo EKG signals 502, activity sensor signal 503 and pressure and onset sensor signal 504, are provided through respective amplifiers 505–507. The amplified signals are presented to multiplexer 510 which provides them to analog to digital converter (ADC) 516 of the digital signal processing system 500 in a cycled fashion.

Signals 502–504 may be cycled at different rates by cycling through the outputs of the several amplifiers/preamplifiers 505–507 such as described in pending U.S. patent application Ser. No. 08/801,335, Medtronic Docket No. P-4521, entitled "Method for Compressing Digitized Cardiac Signals Combining Lossless Compression and Nonlinear Sampling," which describes variable compression via ADC sampling and which is incorporated herein by reference in its entirety. The ADC may also have variable conversion rates as described in U.S. Pat. No. 5,263,486 and U.S. Pat. No. 5,312,446, incorporated by reference herein in their respective entireties.

Input/output interface 514 and program registers 512 are utilized under control of a timing circuit (not shown) to control application of the analog signals from multiplexer 510 to ADC 516 of the DSP system 500 which provides such converted digital signals to digital filter 518 to provide a waveform for analysis to waveform analysis processor 520 (i.e., a digital signal processor (DSP)) of system 500. To reduce power, the waveform analysis (DSP) processor 520 is clocked at different speeds, i.e., controlled "on the fly," according to the present invention, depending upon the processing needs.

Only during a QRS complex, for example, does waveform analysis processor 520 operate in a high speed processing mode at a relatively high frequency. During the remainder of the cardiac cycle the DSP processor 520 may be "idling along" at a much lower clock frequency. Such a processing cycle has been previously described with reference to FIG. 4C. In addition to the lower clock speed utilized for different portions of the cardiac cycle, one skilled in the art will recognize that in accordance with the other aspects of the present invention, as the speed is reduced, the supply voltage level ($V_{DD}$) may also be reduced accordingly. Thus, the objective of reduced power consumption is realized.

DSP system 500 of FIG. 11 is generally shown in FIG. 12. Generally, DSP systems, such as DSP system 500, may include an input filter, an ADC, a sample and hold circuit (sometimes built into the ADC), and a digital signal processor to provide an output. The input filter, ADC, and sample and hold circuit provide data representative of an analog input to the processor. The digital signal processor can then be used to implement one of various algorithms, such as, for example, digital filtering, mapping the input, performing morphology detection, functioning as sense amplifiers (P-wave, R-wave, or T-wave), etc., to provide a desired output.

As used in a medical device described herein, the output of DSP system 500 is generally provided to a controller in digital form. Such a digital output resulting from digital

30

6,163,721

**19**

processing may, however, be converted back into an analog output using components common to DSP systems such as a digital to analog (DAC) converter, output filters, etc. One skilled in the art will recognize that depending upon the application of the present invention, the components of DSP system **500** may vary. For example, one DSP system may include a DAC to provide an analog output, while another such system may not.

As shown in FIG. **12**, two or more analog input signals **499** are multiplexed by multiplexer **510** and converted to digital data representative thereof for processing by the digital signal processor of the digital signal processor of DSP system **500**. The data representative of the input signals is then operated upon by the digital signal processor of DSP system **500** to perform functions with regard thereto during a predetermined period of time. R-wave detection algorithms and P-wave detection algorithms may be performed, for example, by the same digital signal processor during the predetermined time period using data representative of ventricular and atrial analog input signals, respectively, provided to the multiplexer **510**.

Such multiplexing of the input signals and use of a single digital signal processor as shown in FIGS. **11** and **12** to perform multiple functions in a predetermined period of time requires the digital signal processor of the DSP system **500** to be operated at a relatively high clock frequency. The clock frequency is relatively high compared to the clock frequencies that would be required if multiple digital signal processors were used to perform the functions in the same time period. With operation at a relatively high frequency to accomplish the multiple functions during this predetermined period of time, a relatively high supply voltage must also be applied to the processor for operation.

The supply voltage is relatively high compared to the supply voltage that would be required if multiple digital signal processors were used to perform the functions in the same time period. As such, the dynamic power (P) consumed by the single digital signal processor ((P)=½$CV_{DD}^2$F, where C is nodal capacitance, F is the clock or switching frequency, and $V_{DD}$ is the supply voltage for the processor) is rather high. The formula for calculating dynamic power (P) indicates that dynamic power consumption of CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS circuits is proportional to the square of the supply voltage ($V_{DD}$). In addition, the dynamic power (P) is proportional to the switching or clock frequency (F). As described below, the same multiple functions as performed above using a single DSP system can be accomplished using multiple DSP systems operating at lower clock frequencies and lower supply voltages to reduce power consumption.

FIG. **13** shows a generalized schematic illustration of such a multiple processor system **600** including multiple DSP systems **602**–**604** for reducing power consumption according to the present invention. DSP system **602** is provided with a first analog input signal **612** and includes conversion circuitry for converting the analog input signal **612** to digital data representative thereof. Digital signal processor **622** of the DSP system **602** then operates on the data to perform a function and provide an output **632** (which may be converted back to an analog signal if desired). The digital signal processor **622** is operated at a first clock frequency Clk**1** and a first supply voltage SV**1** is applied to the digital signal processor **622**.

DSP system **603** is provided with a second analog input signal **613** and includes conversion circuitry for converting the analog input signal **613** to digital data representative

**20**

thereof. Digital signal processor **623** of the DSP system **603** then operates on the data to perform a function and provide an output **633** (which may be converted back to an analog signal if desired). The digital signal processor **623** is operated at a second clock frequency Clk**2** and a second supply voltage SV**2** is applied to the digital signal processor **623**.

Generally, the first and second clock frequencies Clk**1** and Clk**2** at which the first and second digital signal processors operate to perform their respective functions in a predetermined time period, are lower relative to the clock frequency necessary for a single processor to perform the same functions in the same predetermined time period. The first and second clock frequencies Clk**1** and Clk**2** are such that the power consumed by the first and second digital signal processors in performance of the respective functions during the predetermined period of time is less than the power that would be consumed if only one of the first and second digital signal processors were to perform both the respective functions within the predetermined time period.

Likewise, supply voltages SV**1** and SV**2** may also be reduced because the digital signal processors **622** and **623** are running at a lower speed and a decrease in clock frequency allows use of lower supply voltages as previously described herein. If the clock frequency Clk**1** is reduced, for example, SV**1** applied to the digital signal processor **622** may also be reduced.

By way of example, consider the case in which system **600** includes only DSP system **602** and DSP system **603**. Each of DSP systems **602** and **603** receives a single analog input **612** and **613**, respectively. Digital signal processor **622** operates on the data representative of analog input **612** at clock frequency Clk**1** to perform a first function. Digital signal processor **623** operates on the data representative of the analog input **613** at clock frequency Clk**2** to perform a second function. In comparison to the power consumed by a system such as that shown in FIG. **12** (where a single processor is used to perform both the functions within the predetermined period of time using multiplexed inputs), multiple digital signal processors may perform the same functions, but while consuming substantially less power.

More particularly, by using two digital signal processors in accordance with the present invention, the dynamic power so consumed (P2) may be computed by the formula:

$$(P2)=½(2C)(V_{DD}/2)^2(F/2)$$

where C is two times the nodal capacitance because there are two digital signal processors, F/2 is the reduced clock or switching frequency because both the digital signal processors can operate at ½ the speed as compared to a single processor attempting to complete both functions in the predetermined period of time, and $V_{DD}/2$ is the supply voltage because the digital signal processors are running at ½ speed as compared to the single processor attempting to complete both functions in the predetermined time period.

Power consumed by the two digital signal processors illustration is given by the formula:

$$P2=½C(V_{DD}^2/4)F$$

which is ¼ the power consumed by the single processor using multiplexed inputs as described above in respect of FIG. **12**. One skilled in the art will now recognize that the foregoing two digital signal processor embodiment of the present invention occupies more integrated circuit die area than a single processor having multiplexed inputs. Power consumption is greatly reduced, however.

31

6,163,721

**21**

In the illustrative embodiment described above, the clock frequencies at which the first and second digital signal processors operate are substantially equal. Those clock frequencies need not be the same or substantially the same, however, to reduce power consumption, and indeed may be different. The first and second clock frequencies Clk1 and Clk2 at which the first and second digital signal processors operate to perform the respective functions are most preferably frequencies selected such that the power consumed by the first and second digital signal processors in performance of the respective functions during the predetermined period of time is less than the power that would be consumed if only one of the first and second digital signal processors were to perform both of the functions within the predetermined time period.

Moreover, and as shown in FIG. 13, more than two DSP systems, such as additional DSP system 604, may be employed to reduce power consumption. Additionally, each of the digital signal processors, including DSP systems 602–604, may be provided with one or more analog inputs as represented generally by inputs 618 which may be multiplexed as described with respect to FIG. 11, or alternatively may be provided with a single input as shown above with respect to DSP systems 602 and 603.

Use of multiple DSP systems is particularly beneficial when processing higher frequency analog signals, although such systems may be employed with any analog signal. Such multiple DSP systems find particularly advantageous application, for example, when employed for P-wave, R-wave, and T-wave sensing, EMI detection, sensor signal processing of such signals as pressure, oxygen saturation, blood flow and cardiac contractility signals, telemetry functions, and the like. Such functions may be characterized generally by the bandwidth of the analog signals being processed to perform such functions. In general, the bandwidth of analog signals such as cardiac sense signals is in the range of between about 10 Hz and about 100 Hz (as opposed to some sensor signals, such as pressure signals, having a bandwidth of between about 1 Hz and about 10 Hz).

FIGS. 14 and 15 illustrate the use of multiple DSP systems to perform multiple functions required for operation of a cardiac pacemaker. FIG. 14 shows some components conventionally used in a cardiac pacemaker such as that described in U.S. Pat. No. 5,387,228 to Shelton, entitled "Cardiac Pacemaker With Programmable Output Pulse Amplitude and Method," issued Feb. 7, 1995. For simplicity, other components of the pacemaker, such as those previously described herein and which are also described in other documents referenced herein such as in U.S. Pat. No. 5,387,228, are not described in further detail.

Referring again to FIG. 14, digital controller/timer circuit 731 is coupled to sensing circuitry including sense amplifier circuit 738 and a sensitivity control circuit 739. More particularly, digital controller/timer circuit 731 receives an A-event (atrial event) signal on line 740, and a V-event (ventricular event) signal on line 741. Sense amplifier circuit 738 is coupled to leads 714 and 715 and receives V-Sense (ventricular sense) and A-Sense (atrial sense) signals from heart 764. Sense amplifier circuit 738 asserts the A-event signal on line 40 when an atrial event (i.e., a paced or intrinsic atrial event) is detected, and asserts the V-event signal on line 741 when a ventricular event (paced or intrinsic) is detected. Sense amplifier circuit 738 includes one or more sense amplifiers corresponding, for example, to that disclosed in U.S. Pat. No. 4,379,459 to Stein. Sensitivity control circuit 739 is provided to adjust the gain of sense amplifier circuit 738 in accordance with programmed sensitivity settings, as will be appreciated by those skilled in art of pacing.

**22**

Ventricular electrocardiogram amplifier 742 is coupled to a conductor in lead 714 to receive a V-sense signal from heart 764. Similarly, atrial electrocardiogram amplifier 743 is coupled to one conductor of lead 715 to receive the A-sense signal from heart 764. The electrocardiogram signals developed by amplifiers 742 and 743 are used on those occasions when the implanted device is being interrogated by an external programmer for uplink telemetry.

FIG. 15 shows an embodiment of multiple DSP system 800 in accordance with the present invention for replacing sensing circuitry 738 shown in FIG. 14. Multiple DSP system 800 includes two DSP systems 801 and 803. DSP system 801 includes a digital signal processor 841 which operates on data representative of the A-sense signal 805 originating from the atrium of the heart. Further, DSP system 803 includes a digital signal processor 842 which operates on data representative of the V-sense signal 807 originating from the ventricle of the heart. By way of example of the present invention, digital signal processor 841 detects when an atrial event (P-wave detection) occurs using the data representative of the A-sense signal during a predetermined period of time. In another example of the present invention, digital signal processor 843 detects when an ventricular event (R-wave detection) occurs using the data representative of the V-sense signal during the predetermined period of time.

As shown in FIG. 15, the digital signal processors operate at clock frequencies that are ½ of the clock frequency necessary for operation of a single digital signal processor (assuming the corresponding single digital signal processor receives, via a multiplexer, both A-sense and V-sense signals and performs both the atrial and ventricular detection functions during the predetermined period of time). As such, and as described above in the general two digital signal processor illustration, the power so consumed is substantially reduced using the two digital signal processors for performing the respective functions within the predetermined period of time in respect of the power that would otherwise be required for a single processor to perform the same functions during the same time period.

Additionally, and as described above, the supply voltage may also be reduced because the digital signal processors are running at ½ speed and a decrease in clock frequency permits use of lower supply voltages. Power consumption is reduced because power the consumed is directly proportional to the square of the supply voltage. If the clock frequency of the digital signal processors is reduced in half, for example, relative to a single processor embodiment using multiplexed inputs, the supply voltage may also be reduced in half relative in respect of the supply voltage employed in a single processor embodiment.

Upon detecting an atrial event, DSP system 801 provides an A-event signal at output 811. Upon detecting a ventricular event, DSP system 803 provides a V-event signal at output 813. The sense amplifier functions illustrated in FIG. 14 are therefore accomplished using the two DSP system embodiment of the present invention shown in FIG. 15, with a corresponding reduction in power consumption in respect of the use of a single DSP system to accomplish the same functions (such as those illustrated in FIG. 12).

Those skilled in the art will recognize that other signals may be processed according to the present invention with the same or additional digital signal processors, controllers, microprocessors and/or systems. For example, such DSP systems may be used for T-wave detection, oxygen sensor data analysis, pressure sensor data analysis, cardiac contractility data analysis, EMI detection, or for processing and

32

6,163,721

**23**

analyzing any other signals or data sets may benefit from the use of digital signal processing.

The present invention is compatible with various fabrication technologies such as silicon on insulator (SOI), silicon on sapphire (SOS), current mode logic (CML), BICMOS, PMOS and NMOS CMOS technologies, as well as to conventional silicon CMOS technologies. The present invention as described herein is enabling technology in respect of the employment of multiple DSP systems to perform more functions and computations due to the manner in which power consumption may be reduced for such multiple DSP systems. Moreover, multiple processor based designs may also be implemented in accordance with the present invention due to reduced power consumption resulting from supply voltages and clocking frequencies being reduced for various functions and computations performed by the processors.

Additionally, as power consumption is reduced, further functionality may be added to devices in accordance with the present invention to provide a device having added functionality yet lower or the same power consumption relative to conventional prior art devices. A processor in accordance in accordance with the present invention may perform, for example, various morphology detection functions such as differentiation of retrograde P-waves and antegrade P-waves of EGM waveform; differentiation of P-waves from far field R-waves; differentiation of AF-A flutter-AT from sinus tachycardia; differentiation of VT-VF-V flutter from SVT; differentiation of cardiac signals from electromagnetic interference; etc. Also by way of example, various embodiments of the present invention may also be employed to detect or filter out electromagnetic interference (EMI) originating from or generated by theft detectors, conductive signals, RF noise, myopotentials, and the like.

FIG. 16 is a general schematic block diagram of device **600** including analog circuitry **602** and digital circuitry **604** (including clock circuit **605**). The digital circuitry (e.g., CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS technology) has a fixed supply voltage ($V_{digital}$) applied thereto from power source **608**, which may be any type of electrochemical cell or battery suitable for use in an implantable medical device and providing an appropriate supply voltage. Some examples of batteries or cells finding application in respect of the present invention include, but are not limited to, lithium iodine, lithium manganese, nickel cadmium, nickel metal hydride, zinc manganese oxide, zinc silver oxide, zinc mercuric oxide, lithium silver vanadium oxide, lithium ion, divalent silver oxide and silver oxide electrochemical cells and batteries. At least some of the foregoing chemical systems may require stepping down of voltage for use in certain embodiments of the present invention.

Fixed supply voltage $V_{digital}$ applied for operation of the digital circuitry is kept low to reduce power consumption as previously described herein. Power consumed by the CMOS, CML, SOS, SOI, BICMOS, PMOS and/or NMOS is circuitry, for example, is proportional to the square of the supply voltage. Therefore, a lower supply voltage is necessary to reduce power consumption.

Particularly for implantable devices, however, designing analog circuitry **602** to function at such low supply voltages is difficult due to various considerations, such as small circuit headroom, small signal amplitudes (which may effectively reduce amplifier sensitivity), small signal-to-noise ratios, reduced common mode rejection ratios (CMRR), reduced transmitted telemetry power, voltage regulation and current source problems, and so on.

**24**

As such, in accordance with the present invention, device **600** further most preferably includes voltage generator circuit **606** to generate at least one fixed supply voltage ($V_{analog}$) for application to analog circuitry **602**. Voltage generator circuit **606** is supplied with supply voltage $V_{digital}$ to generate supply $V_{analog}$. Voltage generator circuit **606** may generate any number of predetermined or fixed voltages greater than $V_{digital}$ to supply different analog circuits. For example, output circuits may require a larger voltage than other amplification circuits. Voltage generator circuit **606** will generate both +/− supplies ($V_{DD}$ and $V_{SS}$) to power only the analog circuitry **602**.

Digital circuitry **604** is supplied with the lower voltage $V_{digital}$. For example, as contemplated in the present invention, lower fixed or predetermined supply voltage $V_{digital}$ is in the range of about 1.1 to 1.5 volts at beginning-of-life (BOL) and about 0.8 volts to about 1.0 volts at end-of-life (EOL). The generated fixed supply voltage $V_{analog}$ is in the range of about +/−2.0 volts to about +/−3.0 volts.

Level shifter **610** may be used to translate logic and/or control signals between the analog circuitry **602** and the digital circuitry **604**. Such level shifting may be required due to the difference in supply voltage being applied to the respective digital circuitry **604** and analog circuitry **602**.

As described previously above, with reduction in supply voltage ($V_{DD}$), threshold voltage ($V_T$) for the circuits is also reduced. With use of lower threshold levels due to lower supply voltages, static power consumption losses undesirably increase by several orders of magnitude. A back gate bias source **609** may therefore be used to provide back gate bias voltages to digital circuitry **604**. In this manner, static leakage current losses can be minimized because the equivalent higher threshold voltage has been restored. The back gate bias voltage may be provided by, for example, a fixed voltage source (e.g., a charge pump) connected to the back gate well via a contact. Alternatively, an active body bias scheme whereby the voltage source is selectable or adjustable over an appropriate range may be used. Back gate voltages may be applied in any known manner, such as those previously described herein.

FIG. 17 is a more detailed schematic block diagram of one embodiment of pacemaker **700** much like that shown in FIG. 9. According to the present invention, a lower supply voltage V1 (e.g., 1.1 volt source **702** of pacemaker **700** with charge pump circuit **706** being used to generate at least one higher supply voltage V2 (e.g., 3.0 volts) to be applied to analog circuitry **704** of pacemaker **700**.

Digital circuitry **702** may, for example, include circuits such as those described above in reference to pacemaker **300** and FIG. 17. Digital circuitry **702** may include, for example, controller/timer and processor circuit **714** (including a clock circuit **715**) or memory circuits such as RAM/ROM circuits **716** for communication with controller/timer and processor circuit **714**. Such components and functionality are described herein with reference to FIG. 9.

Analog circuitry **704** may include the analog circuits of pacemaker **300** described previously in reference to FIG. 9. Such analog circuits may include, for example, atrial and ventricular sense amplifiers for receiving A-sense signals from the atrium of heart **764** and for receiving V-sense signals from the ventricle of heart **764**. Such sense amplifier circuits are coupled to leads extending to heart **764** via capacitors C1 and C2 to receive the V-Sense (ventricular sense) and A-Sense (atrial sense) signals from heart **764**. Sense amplifier circuits then communicate an A-event signal to controller **714** when an atrial event (i.e., an intrinsic atrial

33

6,163,721

25

event or P-wave) is detected, and communicate a V-event signal to controller 714 when a ventricular event (an intrinsic R-wave) is detected. Analog circuitry 704 may also include bandpass filters and detection circuitry to accomplish such detection. Moreover, analog circuitry 704 may include circuitry for T-wave detection, such as a T-wave amplifier, bandpass filter, or capture detection circuitry.

Analog circuitry 704 may include various other circuits, such as analog to digital converters (ADCs); voltage reference and current source circuits; telemetry transmission and reception circuitry; sensor amplification circuitry, and bandpass, detection, and drive circuitry to be used with such sensors (e.g., minute ventilation activity, pressure, temperature, pH, pCO2 or oxygen sensors); ECG amplifiers and bandpass filters, such as amplifiers for A-sense signals, V-sense signals and T-wave signals to be used for telemetry purposes; output circuits and pump circuits such as those described in U.S. Pat. No. 5,387,228 to Shelton; battery monitor circuits; power on reset circuits; and any circuits generally designed as analog circuits.

FIG. 18 shows an alternative embodiment for at least some of the analog circuitry 704 described in reference to FIG. 17. The functions of some of the analog circuits, for example sense amplifiers, may be implemented using circuitry 780 which includes analog circuits 782 (e.g., preamplifiers, ADC's, etc.) and further includes one or more digital signal processors (DSPs) 784 to perform analysis with respect to data communicated thereto by way of analog circuits 782. A similar illustrative implementation is described hereinabove in respect of FIG. 11. As such, and according to the present invention as described in reference to FIGS. 16 through 18, supply voltage V1 is applied to DSP(s) 784 while charge pumped voltage V2 is used as the supply voltage for analog circuits 782.

Charge pump circuit 706 is used to generate both +/− voltage supplies (VDD and VSS) to power analog circuitry 704. Various configurations for charge pump circuit 706 may be used. Charge pump circuit 706 may be implemented, for example, using the techniques described in U.S. Pat. No. 5,387,228 to Shelton. Charge pump circuit 706 may, for example, be regulated, such as with use of a charge comparator circuit to regulate the voltage, or charge pump circuit 706 may be unregulated. The unregulated voltage may vary as the voltage source V1 varies due to low battery conditions, for example. Yet further, one or more supply voltages may be output from charge pump circuit 706 as voltage V1 is pumped to different amplitudes. More than one supply voltage may be provided by charge pump circuit 706 or more than one charge pump circuit 706 may be employed to provide multiple supply voltages, where each charge pumped voltage is greater than supply voltage V1. That is, one charge pumped voltage may exceed another charged pumped voltage.

Supply voltages V1 and V2 described in reference to FIG. 17 (i.e., wherein different supply voltages are applied to analog circuitry and digital circuitry, respectively) are fixed predetermined voltages. In other words, pumped predetermined fixed voltage V2 is applied to the analog circuits whenever they are in operation, as opposed to a pumped voltage being applied to circuits only when low battery conditions are apparent. Such voltages are determined at the time the circuits are designed and do not vary other than possibly when batteries have even lower states of charge.

Additionally, pacemaker 700 may include level shifter 708. Level shifter 708 may be used to translate logic and/or control signals between analog circuitry 704 and controller and processor 714. Such level shifting may be required due

26

to the difference in supply voltages being applied to digital circuitry 702 and analog circuitry 704, respectively. Such a voltage level shifter may be implemented in various configurations. For example, illustrative voltage level shifters are described in U.S. Pat. No. 4,663,701, hereby incorporated by reference herein in its entirety.

Embodiments of the clock speed control and voltage supplies of the present invention other than those shown in FIGS. 9, 10 and 11 are now described. The embodiments of the present invention described hereinabove rely upon circuit design and/or firmware control to adjust device power consumption parameters. Those adjustments are based on a present logic status or situation sensed in the circuitry of the device, or on a location in a firmware program (e.g., initiation or completion of a subroutine). A potential limitation of such embodiments is the amount of time required to effect a change in clock frequency, or to increase or decrease supply voltage levels.

In another embodiment of the present invention, key parameters or signals are sensed before being input to Digital Controller Timer Circuit 332 or to Microcomputer Circuit 314 to permit earlier prediction or enablement of power reduction or power increase. In such an embodiment of the present invention, circuit and firmware power needs are predicted on the basis of expected usage, data inputs and/or signal statistics to control functional parameters relating to the delivery of electrical power.

FIG. 19 shows one such embodiment of the present invention where, for example, any one or more of an output of comparator 349 (which is also an input to Digital Controller Timer Circuit 332), an output of clock source 338, an output of supply voltage source 301, an output of Activity Sensor 352, and/or an output of RF Tx/Rx 336 are monitored by Data Monitor 600.

Other signals or inputs may also be monitored by Data Monitor 600 of the present invention, including, but not limited to, the following examples:

(1) Type and/or frequency of sensed events. Examples include, but are not limited to, sensed normal intrinsic sensed events, premature atrial contractions (PACs), premature ventricular contractions (PVCs), atrial or ventricular tachycardia, atrial or ventricular flutter, atrial or ventricular fibrillation, noise, electromagnetic interference, muscle signals, far-field R-waves (FFRW), antegrade or retrograde p-waves, and the like;

(2) Type and/or frequency of downlink or uplink telemetry transmissions. Examples include, but are not limited to, sensed complete memory data dumps, sensed selected memory location uplinks, detected retransmissions in a noisy environment such as those described in U.S. Pat. No. 5,292,343 to Blanchette et al., sensed telemetry distance, transmission power, receiver sensitivity, bit error rate (BER), the amount of data telemetered or received such as described in U.S. Pat. No. 5,683,432 to Goedeke et al., and the like;

(3) Type and/or frequency of sensed signals. Examples include, but are not limited to, high sensed rates of samples per second such as the activity rate response signals sensed in U.S. Pat. No. 4,428,378 to Anderson et al. or the cardiac acceleration signals sensed in U.S. Pat. No. 5,496,351 to Plicchi et al., low sensed rates of samples per second such as those described in U.S. Pat. No. 5,562,711 to Yerich et al., and sensed oxygen saturation signals such as those described in U.S. Pat. No. 4,791,935 to Baudino et al.;

(4) Intra-circuit block activity per unit time (i.e. transition activity). Examples include, but are not limited to,

34

6,163,721

27

sensing activity in individual circuit blocks of Digital Controller Timer Circuit **332** (not shown in FIG. **19**);

(5) Firmware sub-program activity per unit time. Examples include, but are not limited to, sensing the number and/or type of operand codes processed per unit time by microprocessor **320** using a program stored in RAM **324**, ROM **326**, or RAM/ROM unit **328**. For example, divide or multiply operand codes typically require more clock cycles to execute than do add or shift operand codes;

(6) Data streams. Examples include, but are not limited to, sensed telemetry data formatting and movement, sensed Direct Memory Access (DMA) of intra-cardiac electrogram **348** (IEGM) or sensed analog to digital converter **342** (ADC) sample or conversion rates similar to that described in U.S patent appln. Ser. Nos. 08/561,738 and 08/768,687 to Muhlenberg, and the like;

(7) Data bus activity. Examples include, but are not limited to, sensing activity along local bus **618** and/or **620** shown in Microcomputer Circuit **314** and Digital Controller Timer Circuit **332**, or sensing activity along Data Communication Bus **330**;

(8) Timed, or "alarmed" wakeups. Examples include, but are not limited to, sensing a two-second interrupt for rate response calculation similar to that described in U.S. Pat. No. 5,052,388 to Sivula et al., sensing completion of a diagnostic enable window or sensing the gathering of diagnostic data similar to that described in U.S. Pat. No. 5,330,513 to Bennett et al.

Implementation of this embodiment of the present invention generally requires use of adaptive control algorithm **700**, one example of which is shown in FIG. **20**. The adaptive control algorithm should permit at least some operating parameters of circuit **300** to be adjusted on the fly on the basis of sensed signal inputs or on the basis of sensed use or activity occurring in the circuitry to be monitored . In preferred embodiments of the present invention, adaptive control algorithm **700** is capable of analyzing or reducing data, data patterns, and/or circuit activity levels, and on the basis of such data analysis or reduction adjusts the circuit or device's functionality or operation. For example, algorithm **700** may be employed to alter the functionality and delivery of power to the circuits and devices illustrated in FIGS. **9, 10** and **11**. Examples of some of the inputs to adaptive control algorithm **700** of the present invention are set forth immediately hereinabove in examples 1 through 8.

Data Monitor **600** in FIG. **19** measures or monitors data activity and further most preferably employs algorithm **700** of FIG. **20**. In addition to monitoring the inputs, outputs and signals described hereinabove, Data Monitor **600** also most preferably monitors data on various busses, such as data communication bus **330**, internal local busses (not shown in FIG. **19**) in microprocessor **320** via line **602**, and digital controller timer circuit **332** via line **606**. Data Monitor **600** may also monitor signal inputs to various circuits such as activity circuit **352** via line **608**, RF Tx/Rx circuit **336** data via line **604**, or sense amplifier output circuit **346** via line **610** connected to the output of sense amplifier comparator **349**.

Upon detection of predetermined signal levels in the various circuits or sub-circuits monitored by Data Monitor **600**, clock source **338** and/or system clock **322** are controlled via lines **616** to **614** to speed up or slow down. Additionally, Data Monitor **600** is capable of controlling supply voltage sources **612** and **301** via control lines **614** and **616**, respectively, in response to sensing or detecting pre-

28

determined signal levels in the various circuits or sub-circuits monitored thereby. Clocks **338** and **322** and voltage sources **612** and **301** are adjusted under the control of Data Monitor **600** to either minimize current drain while clock speed is decreased, or to allow optimum circuit function while clock speed is increased, all in a manner largely similar to that described hereinabove in respect of FIGS. **9, 10** and **11**.

Referring now to FIG. **20**, there is shown an exemplary algorithm **700** for controlling the functionality of Data Monitor **600** shown in FIG. **19**. At block **702** a measurement is made of activity or signal transitions or changes occurring per unit time. The time period over which such measurements are made may range between milliseconds and minutes, seconds depending on the expected range of frequency of data arrival or generation. Block **704** periodically senses whether the activity measured in block **702** exceeds a predetermined level or threshold. The threshold may be fixed or programmable. The rate at which block **704** senses activity will vary between milliseconds and minutes according to the particular signal, input or output being sensed. If the sensed signal exceeds the predetermined threshold (i.e., "yes"), then the controlled clock rate and/or the voltage supply's voltage will be increased at block **706** under the control of Data Monitor **600**, and the algorithm will return to measure block **702** via block **708**. If at block **704** the sensed result is "no", the minimum threshold is compared to the sensed signal at block **710**. If the sensed signal is below the minimum threshold, the clock rate and/or the voltage supply's voltage is reduced at block **712** and a return to measure block **702** is effected via block **708**. If at block **710** the result is "no", the algorithm returns to measure block **702**.

FIG. **21** shows a modification of the circuit shown in FIG. **11**, where a DSP-based circuit is reconfigured by re-programming from an external programmer or alternatively under the active control of control circuit **528** in real time or "on the fly". Control circuit **528** is most preferably located inside implantable device **260**. Monitor/control circuit **528** is most preferably programmed with or otherwise effects adaptive control algorithm **700** shown in FIG. **21** and monitors the same or similar signals, inputs and/or outputs described hereinabove. Busses **524** in FIG. **21** are most preferably capable of reprogramming or reconfiguring one or more of Mux **510**, ADC **516**, Digital Filter **518** and/or Form Analysis **520** to permit sensing or detection of a particular type of signal. Such reconfiguration of DSP **500** permits adaptive filtering to be effected which is based upon the particular type of signal being sensed. For example, DSP **500** may be programmed to discriminate between or to monitor for supraventricular tachycardia (SVT), atrial fibrillation (AF), atrial flutter (AFL), ventricular tachycardia (VT), ventricular fibrillation (VF), ventricular flutter (VFL), premature atrial contractions (PAC's), premature ventricular contractions (PVC's), signal-to-noise ratio (SNR, or the ratio of intrinsic cardiac signals to noise), electromagnetic interference (EMI), myopotentials, and so on.

In yet another embodiment of the present invention, pipelining architecture is employed to reduce power consumption. Turning now to FIGS. **22** and **23**, there are shown two principal types of microprocessor architectures: the von Neumann architecture (shown in FIG. **22**), and the Harvard architecture (shown in FIG. **23**).

The von Neumann architecture of FIG. **22** generally has a single unified memory which stores both instructions and data. In the von Neumann architecture, a high throughput is required of the data bus. That is, all instructions, operand

35

6,163,721

### 29

addresses and data must successively occupy the single bus. In contrast, the Harvard architecture shown in FIG. **23** has two or more busses which permit instruction, address and data fetching to be done in parallel. The Harvard architecture typically has substantially greater processing throughput capability than does the von Neumann architecture. Consequently, the Harvard architecture is often employed in DSP's, where processing throughput demands are particularly high.

Two methods used to increase the effective processing speed or throughput of a microprocessor or DSP are: (1) to reduce the number of average clock cycles required to execute an instruction; and/or (2) to increase the clock speed (i.e., decrease the clock cycle length). One known method of reducing the average number of cycles required to execute an instruction without increasing the length of the clock cycle is to overlap the execution of multiple instructions. Such overlapping of instructions is known in the art as "pipelining".

Instruction pipelines function by dividing the execution of each instruction into several discrete portions, and then executing one portion of several different instructions simultaneously. As shown in FIG. **24**, the execution of a single instruction can be subdivided into three discrete portions. FIG. **24** shows that each instruction is divided into three discrete portions or stages respectively labelled "Stage 1: fetch"; "Stage 2: Execute 1"; and "Stage 3: Execute 2." Three successive clock cycles are thus required to execute each complete instruction shown in FIG. **24**. By creating such an instruction pipeline, a certain amount of operational or computational parallelism is achieved. Parallelism here signifies that three instructions are being executed simultaneously for any given clock cycle.

Continuing to refer to FIG. **24**, it can be seen that during the clock cycle labelled "one phase", the third instruction (i.e., RI1←ROM(PC)) is initiated, the second instruction (i.e., AC1←F( . . . ) PC ←( . . . )V( . . . )) is executed, and storing of the first instruction (RAM ←AC2) is underway. Although each instruction still requires three clock cycles to execute, a three-level instruction pipeline like that illustrated in FIG. **24** results in a new instruction being initiated during each clock cycle.

When an instruction is being executed in each stage of the pipeline, the pipeline is said to be full. Once the pipeline is full, the effective rate of instruction completion is one instruction per clock cycle. By breaking down each instruction into three smaller and simpler discrete portions or parts, the individual parts may be executed faster, which in turn permits the individual clock cycles to be shortened. As the execution rate for new instructions depends upon the clock cycle, a shorter clock cycle leads to a higher instruction execution rate. Of course, maintaining this rate requires that the pipeline be kept full and that nothing delay the advance of instructions through the pipeline.

FIG. **25** shows one embodiment of a microprocessor pipeline architecture finding application in the present invention having three stages and three phases for executing instructions. Each stage is designed to perform a specific phase of fetching or executing an instruction. Stage 1 is used to fetch an instruction from program memory and to load it in an instruction register. Stage 2 is used to execute an arithmetic logic unit (ALU) operation and to update a program counter. Stage 3 is used to load the result into data memory.

The prior art describing pipelining processors and pipeline architecture relates to increasing processing speed and computing power. See, for example, U.S. Pat. No. 5,187,796

### 30

to Wang entitled "Three-Dimensional Vector Co-Processor Having I, J and K Register Files and I, J and K Execution Units", hereby incorporated by reference herein in its entirety. See also U.S. Pat. No. 5,464,435 entitled "Parallel Processors in Implantable Medical Device" to Neumann, hereby incorporated by reference herein in its entirety, which describes using two processors in parallel in an implantable medical device to increase computational power.

Rather than seeking to increase the speed at which instructions at executed or to increase the number of calculations that can be made in a given unit of time, in the present invention, and completely contrary to the teachings of the prior art, a reduction in clock speed and pipelining architecture are employed in combination to reduce power consumption in medical and other devices. That is, instead of utilizing the two-, three-, four- or other-fold increase in speed or computing power gained by utilizing pipelining taught in the prior art, the present invention reduces clock speed the factor permitted by the particular pipeline architecture in question (e.g., clock speed is reduced by a factor of two, three, four or other factor), while processing capabilities roughly similar to those that would obtain if the pipeline architecture were not present or utilized are maintained. The reduction of clock speed in the present invention permits a reduction in the voltage of the voltage supply (VDD) provided. As a result, the capacity or current drain required of a battery powering an implantable medical device is reduced by the square of the resulting voltage difference in accordance with the teachings set forth hereinabove.

Those skilled in the art will now recognize that the technique of applying a lower supply voltage to digital circuitry of a device having a relatively large charged pumped voltage applied to the analog circuitry thereof may be applicable to other medical or implantable devices in a manner similar to that described in reference to a pacemaker. Application of different voltages to the analog and digital circuitry of the PCD described hereinabove in respect of FIG. **10**, for example, may be employed to reduce power consumption.

Additionally, as power consumption is reduced in accordance with the present invention, further functionality may be added to a device such that the device has added functionality and yet lower or the same power consumption relative to a conventional prior art device.

A processor such as a DSP, microprocessor, microcontroller or controller in accordance with the present invention may perform, for example, various morphology detection functions in sensed and/or stored electrograms (EGM's), such as differentiation of retrograde P-waves from antegrade P-waves; differentiation of P-waves from far field R-waves (FFRW); differentiation of atrial fibrillation (AF) or atrial flutter (AFL) from sinus tachycardia (ST); differentiation of ventricular tachycardia (VT) or ventricular flutter (VFL) from supraventricular tachycardia (SVT); differentiation of cardiac signals from electromagnetic interference; and so on. U.S. Pat. No. 5,447,519 to Peterson entitled "Method and Apparatus for Discriminating Monophasic and Polyphasic Arrhythmias and for Treatment Thereof", hereby incorporated by reference herein in its entirety, describes methods and apparatus for discriminating between different types of cardiac signals which find application in the present invention. All patents referenced in the '519 patent to Peterson are also incorporated by referenced herein, each in its respective entirety.

Other adaptive filtering techniques, methods and apparatus also find application in the present invention, such as

36

6,163,721

**31**

those described in U.S. Pat. No. 5,755,739 entitled "Adaptive and Morphological System for Discriminating P-Waves and R-Waves Inside the Human Body" to Sun et al.; U.S. Pat. No. 5,778,881 entitled "Method and Apparatus for Discriminating P and R Waves" to Sun et al.; U.S. Pat. No. 5,730,142 entitled "Method and Apparatus for Detecting Tachycardia" to Sun et al.; and U.S. Pat. No. 5,782,888 entitled "Method of Selecting an Operating Mode for an Implantable Medical Device" to Sun et. al., all hereby incorporated by reference herein, each in its respective entirety. All patents referenced in the foregoing '739, '881, '142 and '888 patents to Sun et al. are also incorporated by referenced herein, each in its respective entirety.

Also by way of example, various embodiments of the present invention may also be employed to detect or filter out electromagnetic interference (EMI) emanating from or generated by theft detectors, conductive signals, RF noise, myopotentials, and the like.

The preceding specific embodiments are illustrative of the practice of the invention. It is to be understood, therefore, that other expedients known to those skilled in the art or disclosed herein may be employed without departing from the invention or the scope of the appended claims. For example, the present invention is not limited to the use of any particular digital or analog circuits. Furthermore, the voltages applied need not be at any predefined level, but only need be different. Although a charge pump is preferred for generating the higher supply voltage described herein, there may be other voltage generation devices capable of generating the desired voltage levels for application to analog circuits.

The present invention is also not limited to use in conjunction with pacemakers or PCDs, but may find further application in other relevant areas such as personal computing or telecommunications where low power consumption is desired. The present invention further includes within its scope the use of other techniques described herein in conjunction with the application of different supply voltages to analog and digital circuits (such as, for example, just-in-time clocking devices and methods).

The present invention is also not limited, for example, to the use of only two DSP systems, and DSP systems in accordance with the present invention may be used with other clock frequency management techniques described herein (such as multiple clock frequencies for more than one function performed by one or more processors). Moreover, the supply voltage source used for the multiple DSP systems of the present invention may include not only discrete supply voltages, but may also include a source that is varied continuously over a particular range of voltages such as by a voltage regulator, with such voltages changed "on the fly" with corresponding clock frequencies. The present invention further includes within its scope methods of making and using the features, concepts and circuitry described hereinabove.

In the claims, means plus function clauses are intended to cover the structures described herein as performing the recited function and their equivalents. Means plus function clauses in the claims are not intended to be limited to structural equivalents only, but are also intended to include structures which function equivalently in the environment of the claimed combination.

I claim:

1. A medical device comprising:

at least one circuit operable to execute a plurality of instructions, the at least one circuit comprising a processing device, the processing device being operable to

**32**

execute the plurality of instructions, each of the plurality of instructions being executed during an associated predetermined time period prior to a subsequent time period in which another of the plurality of instructions is executed, the processing device being operable to operate simultaneously upon each of two or more instructions such that substantially the entire associated predetermined time period is used to execute at least one instruction prior to the subsequent time period in which another of the plurality of instructions is executed, the at least one circuit being operable for executing at least one of the plurality of instructions during a predetermined number of clock cycles, each of the plurality of instructions comprising at least first and second portions, the at least one circuit comprising pipeline circuitry capable of substantially simultaneously receiving and outputting in parallel at least one of each of the corresponding respective portions of two or more of the plurality of instructions;

a clock source for providing clock signals at a plurality of clock frequencies, the clock source being operatively connected to control the at least one circuit at a clock frequency such that substantially the entire predetermined time period is used to execute the at least one instruction, the at least one instruction being executed just prior to the subsequent time period;

wherein the clock frequency is such that the power consumed within the predetermined time period by the at least one circuit in performance of executing each of the plurality of instructions is less than the power that would be consumed if the at least one circuit comprised no pipeline circuitry and were to receive, execute and output each of the plurality of instructions serially.

2. The device of claim 1, wherein the predetermined time period is based on physiological events.

3. The device of claim 2, wherein the at least one time period is a time period selected from the group consisting of a blanking interval, an upper rate interval, an escape interval, a refractory interval, a pulse generator/programmer handshake, and a cardiac event.

4. The device of claim 1, wherein the device further includes one or more supply voltage sources to provide one or more supply voltages, the one or more supply voltage sources being operatively connected to the at least one circuit such that a supply voltage is applied thereto as a function of the clock frequency applied thereto.

5. The device of claim 4 wherein the at least one circuit comprises at least a first logic circuit for performing a first function and a second logic circuit for performing a second function, each of the first and second logic circuits being operated at a different clock frequency, each of the logic circuits having a different supply voltage applied thereto based on the different clock frequencies used to control the first and second logic circuits.

6. The device of claim 5, wherein the at least one circuit is operable to perform a plurality of functions, each of at least two of the plurality of functions being performed at different clock frequencies, a voltage generation circuit providing a supply voltage for application to the processing device, the supply voltage being adjusted such that a first supply voltage is provided to the processing device during performance of one of the at least two functions and a second supply voltage is provided to the processing device during performance of the other function, the first and second supply voltages being applied according to different clock frequencies used to control the processing device.

7. The device of claim 6, wherein the voltage generation circuit is a charge pump circuit for generating the second fixed supply voltage based on the first fixed supply voltage.

37

6,163,721

**33**

**8**. The device of claim **6**, wherein the first supply voltage ranges between about 0.8 volts and about 1.5 volts.

**9**. The device of claim **6**, wherein the second supply voltage ranges between about +/−2.0 volts and about +/−3.0 volts.

**10**. The device of claim **1**, wherein the at least one circuit receives at least one analog input.

**11**. The device of claim **10**, wherein the at least one analog input is a cardiac sense signal.

**12**. The device of claim **6**, wherein at least one of the first and second functions is selected from the group of capture detection, R-wave detection, P-wave detection, T-wave detection, electromagnetic interference detection, oxygen saturation determination, pressure determination, sensor cardiac contractility determination, cardiac flow determination, telemetry reception and telemetry transmission.

**13**. The device of claim **1**, wherein the device is an hermetically sealed implantable medical device.

**14**. The device of claim **13**, wherein the implantable medical device is selected from the group consisting of an implantable stimulator, an implantable nerve stimulator, an implantable pacemaker, an IPG, an implantable cardioverter, an implantable PCD, an implantable defibrillator, an implantable ICD and an implantable drug pump.

**15**. The device of claim **1**, wherein at least one of the first and second digital processing systems comprise circuits of a type selected from the group consisting of CMOS circuits, CML circuits, SOS circuits, SOI circuits, BICMOS circuits, PMOS circuits and NMOS circuits.

**16**. The device of claim **1**, further comprising one or more digital circuits.

**17**. The device of claim **16**, wherein the device further includes means for adjusting the back gate bias of at least one of the one or more digital circuits.

**18**. The device of claim **16**, wherein the one or more digital circuits include one or more of a processor, a controller and a memory.

**19**. The device of claim **1**, further comprising one or more analog circuits.

**20**. The device of claim **19**, wherein at least one of the one or more analog circuits includes at least one of an atrial sense amplifier, a ventricular sense amplifier, a T-wave amplifier, one or more bandpass filters, one or more detection circuits, one or more sensor amplification circuits, one or more physiological signal amplification circuits, one or more output circuits, a battery monitor circuit, and a power on reset circuit.

**21**. The device of claim **19**, wherein at least one of the one or more analog circuits includes at least one amplifier circuit for amplifying the one or more analog signals.

**22**. The device of claim **19**, further comprising one or more digital circuits.

**23**. The device of claim **22**, wherein the device further includes a level shifter to translate signals between the one or more analog circuits and the one or more digital circuits.

**24**. The device of claim **1**, wherein the processing device comprises at least one digital signal processor.

**25**. The device of claim **1**, wherein the processing device comprises first and second digital signal processors, a supply voltage source being operatively connected to provide a first supply voltage to the first digital signal processor and a second supply voltage to the second digital signal processor, the first and second supply voltages being such that the power consumed by the first and second digital signal processors in executing corresponding first and second sets of instructions in the predetermined time period is less than the power that would be consumed if only one of the first and

**34**

second digital signal processors were to execute both the first and second sets of instructions within the predetermined time period.

**26**. The device of claim **25**, wherein the device further includes a clock circuit for providing a first and second clock frequency to control operation of the first and second digital signal processors during execution of the first set of instructions and the second set of instructions, respectively, and further wherein the first and second clock frequencies are such that the power consumed by the first and second digital signal processors in executing the first and second sets of instructions during the predetermined time period is less than the power that would be consumed if only one of the first and second digital signal processors were to execute both of the first and second sets of instructions within the predetermined time period.

**27**. The device of claim **26**, wherein the levels of the first and second supply voltages are applied on the basis of the first and second clock frequencies, respectively.

**28**. The device of claim **25**, wherein the first set of instructions is executed at a clock frequency about equal to the clock frequency used for executing the second set of instructions, and further wherein the first and second supply voltages are about equal.

**29**. The device of claim **25**, wherein at least one of the instructions in the first and second sets of instructions corresponds to a function selected from the group consisting of capture detection, R-wave detection, P-wave detection, T-wave detection, electromagnetic interference detection, oxygen saturation determination, pressure determination, sensor cardiac contractility determination, cardiac flow determination, telemetry reception and telemetry transmission.

**30**. The device of claim **1**, wherein the processing device comprises at least processing device selected from the group consisting of a microprocessor, a digital signal processor and a microcontroller.

**31**. The device of claim **30**, wherein a supply voltage source is operatively connected to provide a supply voltage to the at least one processing device, the supply voltage being such that the power consumed by the at least one processing device in executing the at least one instruction in the predetermined time period is less than the power that would be consumed if one or more processing devices similar to the at least one processing device but having no pipeline circuitry therein were to receive, execute and output each of the plurality of instructions serially and further execute the instruction within the predetermined time period.

**32**. The device of claim **1**, wherein at least one of the plurality of instructions corresponds to a function selected from the group of capture detection, R-wave detection, P-wave detection, T-wave detection, electromagnetic interference detection, oxygen saturation determination, pressure determination, sensor cardiac contractility determination, cardiac flow determination, telemetry reception and telemetry transmission.

**33**. The device of claim **1**, wherein the at least one circuit comprises one or more circuits of a type selected from the group consisting of a CMOS circuit, a CML circuit, an SOS circuit, an SOI circuit, a BICMOS circuit, a PMOS circuit and an NMOS circuit.

**34**. A method of conserving power in a medical device, the method comprising:

   providing at least one circuit operable to execute a plurality of instructions, the at least one circuit comprising a processing device, the processing device being oper-

38

6,163,721

35

able to execute the plurality of instructions, each of the plurality of instructions being executed during an associated predetermined time period prior to a subsequent time period in which another of the plurality of instructions is executed, the processing device being operable to operate simultaneously upon each of two or more instructions such that substantially the entire associated predetermined time period is used to execute at least one instruction prior to the subsequent time period in which another of the plurality of instructions is executed, the at least one circuit being operable for executing at least one of the plurality of instructions during a predetermined number of clock cycles, each of the plurality of instructions comprising at least first and second portions, the at least one circuit comprising pipeline circuitry capable of substantially simultaneously receiving and outputting in parallel at least one of each of the corresponding respective portions of two or more of the plurality of instructions;

providing a clock source for providing clock signals at a plurality of clock frequencies, the clock source being operatively connected to control the at least one circuit at a clock frequency such that substantially the entire predetermined time period is used to execute the at least one instruction, the at least one instruction being executed just prior to the subsequent time period;

operating the clock source at a clock frequency such that the power consumed within the predetermined time period by the at least one circuit in performance of executing each of the plurality of instructions is less than the power that would be consumed if the at least one circuit comprised no pipeline circuitry and were to receive, execute and output each of the plurality of instructions serially.

**35**. The method of claim **34**, wherein the predetermined time period is based on physiological events.

**36**. The method of claim **35**, wherein the at least one time period is a time period selected from the group consisting of a blanking interval, an upper rate interval, an escape interval, a refractory interval, a pulse generator/programmer handshake, and a cardiac event.

**37**. The method of claim **34**, further comprising providing one or more supply voltage sources to provide one or more supply voltages.

**38**. The method of claim **37**, further comprising operatively connecting the one or more supply voltage sources to the at least one circuit such that a supply voltage is applied thereto as a function of the clock frequency applied thereto.

**39**. The method of claim **34**, wherein the at least one circuit comprises at least a first logic circuit for performing a first function and a second logic circuit for performing a second function, and further wherein the operating step includes:

operating the first logic circuit to perform the first function during a first predetermined time period at a first clock frequency such that substantially the entire first predetermined time period is used by the first logic circuit to perform the first function; and

operating the second logic circuit at a second clock frequency that is different than the first clock frequency such that substantially the entire respective second predetermined time period is used by the second logic circuit to perform the second functions.

**40**. The method of claim **39**, wherein at least one of the first predetermined time period and the second predetermined time period is a time period based on physiological events.

36

**41**. The method of claim **40**, wherein the at least one of the first and second predetermined time periods are time periods selected from a group of time periods associated with cardiac events including blanking interval, upper rate interval, escape interval, refractory interval, and pulse generator/programmer handshake.

**42**. The method of claim **34**, wherein the at least one circuit comprises a processing device, the processing device operable to perform a plurality of functions, each of the plurality of functions being performed during an associated predetermined time period prior to a subsequent time period in which another of the plurality of functions is performed, and further wherein the operating step includes:

operating the processing device at a clock frequency to perform at least one function of the plurality of functions such that substantially the entire associated predetermined time period for the at least one function is used to complete the first function prior to a subsequent time period in which another of the plurality of functions is performed.

**43**. The method of claim **42**, wherein the associated predetermined time period is a time period based on physiological events.

**44**. The method of claim **43**, wherein the associated time period is a time period selected from a group of time periods associated with cardiac events including blanking interval, upper rate interval, escape interval, refractory interval, and pulse generator/programmer handshake.

**45**. The method of claim **34**, wherein the method further includes controlling the level of a supply voltage applied to the at least one circuit as a function of the clock frequency.

**46**. The method of claim **38**, wherein a charge pump circuit for generating the second supply voltage based on the first supply voltage is provided.

**47**. The method of claim **46**, wherein the first supply voltage ranges between about 0.8 volts and about 1.5 volts.

**48**. The method of claim **46**, wherein the second supply voltage ranges between about +/−2.0 volts and about +/−3.0 volts.

**49**. The method of claim **34**, wherein the at least one circuit receives at least one analog input.

**50**. The method of claim **49**, wherein the at least one analog input is a cardiac sense signal.

**51**. The method of claim **39**, wherein at least one of the first and second functions is selected from the group of capture detection, R-wave detection, P-wave detection, T-wave detection, electromagnetic interference detection, oxygen saturation determination, pressure determination, sensor cardiac contractility determination, cardiac flow determination, telemetry reception and telemetry transmission.

**52**. The method of claim **34**, wherein the device is an hermetically sealed implantable medical device.

**53**. The method of claim **52**, wherein the implantable medical device is selected from the group consisting of an implantable stimulator, an implantable nerve stimulator, an implantable pacemaker, an IPG, an implantable cardioverter, an implantable PCD, an implantable defibrillator, an implantable ICD and an implantable drug pump.

**54**. The method of claim **34**, wherein the at least one circuit comprises a circuit of a type selected from the group consisting of a CMOS circuit, a CML circuit, an SOS circuit, an SOI circuit, a BICMOS circuit, a PMOS circuit and an NMOS circuit.

**55**. The method of claim **34**, further comprising providing one or more digital circuits for the at least one circuit.

**56**. The method of claim **55**, wherein the device further includes providing means for adjusting the back gate bias of at least one of the one or more digital circuits.

39

6,163,721

**37**

57. The method of claim **55**, wherein the one or more digital circuits include one or more of a processor, a controller and a memory.

58. The method of claim **34**, further comprising providing one or more analog circuits.

59. The method of claim **58**, wherein at least one of the one or more analog circuits includes at least one of an atrial sense amplifier, a ventricular sense amplifier, a T-wave amplifier, one or more bandpass filters, one or more detection circuits, one or more sensor amplification circuits, one or more physiological signal amplification circuits, one or more output circuits, a battery monitor circuit, and a power on reset circuit.

60. The method of claim **58**, wherein at least one of the one or more analog circuits includes at least one amplifier circuit for amplifying the one or more analog signals.

**38**

61. The method of claim **34**, wherein the method further includes controlling the level of a supply voltage applied to the at least one circuit as a function of the clock frequency.

62. The method of claim **34**, further comprising the step of providing at least one of at least one digital signal processor, at least one microprocessor and at least one microcontroller for incorporation into the at least one circuit.

63. The method of claim **58**, wherein the step of providing the one or more analog circuits includes the step of providing at least one of an atrial sense amplifier, a ventricular sense amplifier, a T-wave amplifier, one or more bandpass filters, one or more detection circuits, one or more sensor amplification circuits, one or more physiological signal amplification circuits, one or more output circuits, a battery monitor circuit, and a power on reset circuit.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,163,721                                          Page 1 of  1
DATED             : December 19, 2000
INVENTOR(S)  : David L. Thompson

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 36,
Line 38, "The method of claim **34**" should read -- The method of claim **1** --

Signed and Sealed this

Twentieth Day of November, 2001

*Attest:*

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

*Attesting Officer*

41

**Appx1102**



US006711691B1

(12) **United States Patent**
Howard et al.

(10) Patent No.:     **US 6,711,691 B1**
(45) Date of Patent:     **Mar. 23, 2004**

(54) **POWER MANAGEMENT FOR COMPUTER SYSTEMS**

(75) Inventors: **Brian D. Howard**, Portola Valley, CA (US); **Michael F. Culbert**, San Jose, CA (US)

(73) Assignee: **Apple Computer, Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/567,201**

(22) Filed: **May 8, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/133,918, filed on May 13, 1999.

(51) Int. Cl.⁷ .................................................. **G06F 1/32**
(52) U.S. Cl. ........................ **713/300**; 713/320; 713/322
(58) Field of Search .................................. 713/300, 320, 713/322, 323, 324

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,167,024 A | 11/1992 | Smith et al. | |
| 5,239,652 A | 8/1993 | Seibert et al. | |
| 5,254,928 A | 10/1993 | Young et al. | |
| 5,396,635 A | 3/1995 | Fung | |
| 5,483,656 A | 1/1996 | Oprescu et al. | |
| 5,557,777 A | 9/1996 | Culbert | |
| 5,590,061 A | 12/1996 | Hollowell, II et al. | |
| 5,600,841 A | 2/1997 | Culbert | |
| 5,632,037 A * | 5/1997 | Maher et al. | .............. 713/322 |
| 5,708,816 A | 1/1998 | Culbert | |
| 5,710,929 A | 1/1998 | Fung | |
| 5,724,591 A * | 3/1998 | Hara et al. | ................... 713/322 |
| 5,737,615 A * | 4/1998 | Tetrick | ...................... 713/324 |
| 5,799,198 A | 8/1998 | Fung | |
| 5,809,314 A * | 9/1998 | Carmean et al. | ............ 713/322 |
| 5,812,796 A | 9/1998 | Broedner et al. | |
| 5,892,959 A | 4/1999 | Fung | |
| 6,105,097 A | 8/2000 | Larky et al. | |
| 6,119,194 A | 9/2000 | Miranda et al. | |
| 6,141,762 A * | 10/2000 | Nicol et al. | .................. 713/300 |
| 6,230,277 B1 | 5/2001 | Nakaoka et al. | |
| 6,272,644 B1 | 8/2001 | Urade et al. | |
| 6,308,278 B1 | 10/2001 | Khouli et al. | |
| 6,460,143 B1 * | 10/2002 | Howard et al. | ............. 713/323 |

OTHER PUBLICATIONS

"Universal Serial Bus Specification", Revision 1.0, Jan. 15, 1996.

* cited by examiner

*Primary Examiner*—Dennis M. Butler
(74) *Attorney, Agent, or Firm*—Beyer Weaver & Thomas LLP

(57)     **ABSTRACT**

Power management approaches for computer systems having one or more processors are disclosed. One power management approach provides hierarchical power management. The hierarchical nature of the power management provided by the invention has various levels of power management such that power consumption of the computer system is dependent upon the amount of work placed on the processing resources of the computer system. Another power management approach pertains to deterministic handshaking provided between a power manager and one or more controller units. The deterministic handshaking provides for more reliable and controllable transitions between power management states which have associated power management taking place in the controller units. The power management approaches are suitable for use with a single-processor computer system or a multi-processor computer system.

**18 Claims, 22 Drawing Sheets**



1

APPLE 1021

**Appx1124**



FIG. 1A



FIG. 1B



FIG. 1C



FIG. 2

5



FIG. 3A

6



FIG. 3B

7



FIG. 3C



FIG. 4

9



FIG. 5



**FIG. 6**

11



FIG. 7

12



FIG. 8A



FIG. 8B

14



ACTIVATION PROCESSING FOR LAST PROCESSOR — 900

PMGR STARTS PROCESSOR CLOCKS — 902

PMGR STARTS PROCESSOR PLLs — 904

PMGR DE-ASSERTS SUSREQ1 AND SUSREQ2 — 906

MCBM CLEARS ITS IDLE BIT — 908

910 — SUSACK1 AND SUSACK2 DE-ASSERTED ? NO

YES

PMGR DE-ASSERTS SREQ — 912

LAST ACTIVE PROCESSOR RECEIVES INTERRUPT, CLEARS SLEEP BIT IN LAST ACTIVE PROCESSOR, AND DE-ASSERTS ITS QREQ — 914

MCBM DE-ASSERTS ALL QACKs — 916

ENABLE CACHES ON LAST ACTIVE PROCESSOR — 918

LAST ACTIVE PROCESSOR ENTERS RUN MODE (OTHER PROCESSORS REMAIN IN SLEEP MODE) — 920

END

FIG. 9

15

Appx1138



FIG. 10A



FIG. 10B



FIG. 11



FIG. 12



FIG. 13A



FIG. 13B



FIG. 14A



FIG. 14B

**1**

# POWER MANAGEMENT FOR COMPUTER SYSTEMS

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. Provisional Application No. 60/133,918, filed May 13, 1999, and entitled "POWER MANAGEMENT FOR COMPUTER SYSTEMS", the content of which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to computer systems and, more particularly, to power management for computer systems.

### 2. Description of the Related Art

Computer systems include electrical components that consume power when is active. These electrical components include processors, controllers, buses, and various subsystems. Limited power management has been performed to reduce the power consumption of these electrical components. Often, with portable computers where power consumption is a major concern, the portable computers can enter a sleep mode in which the processor is slowed or stopped and in which the controllers, buses and various subsystems are also shutdown. The sleep mode thus provides a state which the portable computer is able to enter to conserve power when processing resources are not needed. In the sleep mode, processors, controllers and subsystems are able to be shutdown. Typically little power management is offered with desktop computers.

Although there are various disadvantages of conventional power management, one disadvantage is that the power management is primarily processor power management and not system level. As a result, the overall power management is not very efficient in reducing power consumption. Typically, many electrical components that consume significant amounts of power are either not power managed or crudely power managed to have only an on state (i.e., active) and an off state (i.e., shutdown). Also, in the case of desktop computers, conventional power management has been even less efficient.

Still further, conventional power management for multi-processor computer systems has not been efficient. Hence, large amounts of power are consumed by these multi-processor computer systems even when there is no activity.

Thus, there is a need for improved power management in computer systems.

## SUMMARY OF THE INVENTION

Broadly speaking, the invention relates to power management for computer systems having one or more processors. One aspect of the invention pertains to providing hierarchical power management. The hierarchical nature of the power management provided by the invention has various levels of power management such that power consumption of the computer system is dependent upon the amount of work placed on the processing resources of the computer system. Another aspect lie of the invention pertains to deterministic handshaking provided between a power manager and one or more controller units. The deterministic handshaking provides for more reliable and controllable transitions between power management states which have associated power management taking place in the controller units. The invention is suitable for use with a single-processor system or a multi processor computer system.

The invention can be implemented in numerous ways, including as a computer system, an apparatus, a method, and a computer readable medium. Several embodiments of the invention are discussed below.

As a power management method for a multi-processor computer system having a plurality of processors, one embodiment of the invention includes: monitoring workload on the multi-processor computer system; and, placing the multi-processor computer system in one of a plurality of predetermined power management states based on the workload.

As a method for managing power consumption of a multi-processor computer system having a plurality of processors, one embodiment of the invention includes: determining a processing workload for the multi-processor computer system; awakening one or more of the processors from an inactive mode to an active mode when the processing workload is heavy; and transitioning one or more of the processors from the active mode to the inactive mode when the processing workload is light. The power consumption of the multi-processor computer system is managed such that those of the processors that are not needed to process the processing workload are transitioned into the inactive mode to conserve power, yet one or more of the processors can awaken from the inactive mode to the active mode to provide additional processing capabilities as needed to handle the processing workload.

As a method for providing deterministic state changes within a computer system having a plurality of processors, a bus controller and a power manager, one embodiment of the invention includes: determining when a lower power state of the multi-processor computer system should be entered to reduce power consumption, and entering the lower power state. The lower power state is entered by performing the following operations: receiving at the bus controller a state change request from the power manager; initiating a state change sequence at the bus controller upon receiving the state change request; and notifying the power manager when the bus controller has completed the state change sequence.

As a computer system, one embodiment of the invention includes: at least one processor, the processor executes operations in accordance with a processor clock; a bus controller operatively connected to the processor, the bus controller controls bus activity on a bus; and a power manager operatively connected to the processor and the bus controller, the power manager controls the processor clock and shutdown of the bus controller, and the power manager provides a first handshaking between the power manager and the bus controller to provide deterministic mode changes for the computer system so as to manage power consumption.

The advantages of the invention are numerous. Different embodiments or implementations may have one or more of the following advantages. One advantage of the invention is that it offers improved power management that is obtained by a layered approach. Another advantage of the invention is that the system power management provided by the invention includes power management (i.e., shutdown) for not only processors but also related control circuitry (e.g., bus controllers, I/O controllers, memory controllers, interrupt controllers). Still another advantage of the invention is that deterministic control over power management of control circuitry provides proper sequencing of shutdown opera-

US 6,711,691 B1

**3**

tions. Yet another advantage of the invention is that more aggressive power management of a computer system is provided, whether for a single processor or a multi-processor system.

Other aspects and advantages of the invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings, illustrating by way of example the principles of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be readily understood by the following detailed description in conjunction with the accompanying drawings, wherein like reference numerals designate like structural elements, and in which:

FIG. **1A** is a flow diagram of power management processing according to a basic embodiment of the invention;

FIG. **1B** is a flow diagram of processor deactivation processing according to one embodiment of the invention;

FIG. **1C** is a block diagram of a multiple processor computer system according to one embodiment of the invention;

FIG. **2** is a flow diagram of power management processing according to one embodiment of the invention;

FIGS. **3A–3C** are flow diagrams of start processing according to one embodiment of the invention;

FIG. **4** is a flow diagram of activation processing for all but the last active processor according to one embodiment of the invention;

FIG. **5** is a flow diagram of the shutdown processing for extra processors according to one embodiment of the invention;

FIG. **6** is a flow diagram of nap single interrupt processing according to one embodiment of the invention;

FIG. **7** is a flow diagram of nap processing for the last active processor according to one embodiment of the invention;

FIGS. **8A** and **8B** are flow diagrams of idle processing for the last active processor according to one embodiment of the invention;

FIG. **9** is a flow diagram of activation processing for the last active processor according to one embodiment of the invention;

FIGS. **10A** and **10B** are flow diagrams of shutdown processing for the last active processor according to one embodiment of the invention;

FIG. **11** is a flow diagram of wakeup processing for the last active processor according to one embodiment of the invention;

FIG. **12** is a flow diagram of snoop processing according to one embodiment of the invention;

FIG. **13A** illustrates a flow diagram of nap processing according to one embodiment of the invention;

FIG. **13B** illustrates a flow diagram of interrupt processing according to one embodiment of the invention;

FIG. **14A** is a flow diagram of memory controller/bus manager (MCBM) sleep shutdown processing according to one embodiment of the invention; and

FIG. **14B** is a flow diagram of MCBM sleep wakeup processing according to one embodiment of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

The invention relates to power management for computer systems having one or more processors. One aspect of the

**4**

invention pertains to providing hierarchical power management. The hierarchical nature of the power management provided by the invention has various levels of power management such that power consumption of the computer system is dependent upon the amount of work placed on the processing resources of the computer system. Another aspect of the invention pertains to deterministic handshaking provided between a power manager and one or more controller units. The deterministic handshaking provides for more reliable and controllable transitions between power management states which have associated power management taking place in the controller units. The invention is suitable for use with a single-processor computer system or a multi-processor computer system.

Embodiments of the invention are discussed below with reference to FIGS. **1A–14B**. However, those skilled in the art will readily appreciate that the detailed description given herein with respect to these figures is for explanatory purposes as the invention extends beyond these limited embodiments.

FIG. **1A** is a flow diagram of power management processing **10** according to a basic embodiment of the invention. The power management processing **10** is performed by a multi-processor computer system to reduce the power consumption of any processing resources whenever those resources are not needed.

The power management processing **10** monitors **12** the workload of the computer system or the processors within the computer system. The workload reflects how busy the computer system or the processors therein are in processing useful tasks. Once the workload is obtained, it is determined **14** whether the workload is heavy.

When it is determined **14** that the workload is heavy, then one or more processors of the computer system are activated **16**. Here, the heavy workload indicates that additional processing resources are needed. By activating **16** one or more of the processors (that were previously inactive), the computer system obtains the additional processing resources to help process the heavy workload.

Assume a simplistic example in which the workload is 1000 units of work that is waiting to be processed by the computer system. If only one processor is active, the workload of the one processor can be considered 1000 units. If a heavy workload is deemed anything over 600 units, then the power management processing **10** will operate to activate one or more additional processors. If one additional processor were to be activated **16**, then the average workload for each of the two activated processors would drop to 500 units.

On the other hand, when it is determined **14** that the monitored workload is not heavy, it is determined **18** whether the monitored workload is light. When it is determined **18** that the monitored workload is light, then one or more processors of the computer system are deactivated **20**. By deactivating **20** one or more of the processors, the computer system conserves power by placing the computer system, or its processors, into a lower powered state.

Following blocks **16** and **20**, as well as following the decision block **18** when the workload is not light, the power management processing **10** is complete and ends. However, typically, the power management processing **10** continuously repeats such that the power management for the computer system is ongoing and dynamically performed.

According to the invention, the deactivation **20** of one or more of the processors can be performed in a wide variety of ways. In particular, the deactivation **20** can be performed

25

US 6,711,691 B1

5

over a series of low power states into which the computer system can enter (or low power modes into which its processors can enter) to conserve power. The deactivation 20 can also be considered to be performed over a series of layers such that different layers offer different tradeoffs of processing resources verses power efficiency.

FIG. 1B is a flow diagram of processor deactivation processing 30 according to one embodiment of the invention. The processor deactivation processing 30 is, for example, suitable for use as the deactivation 20 of the one or more processors such as shown in FIG. 1A.

The processor deactivation processing 30 initially determines whether there is more than one active processor. When it is determined 32 that there is more than one active processor, the processor deactivation processing 30 places 34 one or more (but not all) of the processors in a sleep mode. The number of the processors being placed in the sleep mode is based on the workload. For example, in a computer system having five processors, the processor deactivation processing 30 could shutdown up to four of the processors by placing them in the sleep mode when the workload is light.

On the other hand, when it is determined 32 that there is only one active processor, the processor deactivation processing is performed for the last processor in a layered fashion. In particular, it is initially determined 36 whether the last processor is in a run mode. The run mode is a mode in which the last active processor is active such that it processes instructions. When it is determined that the last processor is in the run mode, then the last processor is placed 38 in a first low power mode. In this embodiment, the first low power mode is a mode in which the processor conserves some power but has a loss of performance as compared to the run mode.

Alternatively, when it is determined 36 that the last processor is not in the run mode, it is determined 40 whether the last processor is in the first low power mode. When it is determined 40 that the last processor is already in the first lower power mode, then the processor deactivation processing 30 can perform additional operations to provide greater reductions in power consumption. Specifically, the last processor is placed 42 in a second low power mode. The second low power mode is a mode that offers less power consumption (as well as less performance) than does the first low power mode. Next, any unneeded electrical components or units of the computer system are shut down 44. On the other hand, when it is determined 40 that the last processor is not in the first low power mode, it is assumed that the last processor is already in the second low power mode such that additional processing by the processor deactivation processing 30 is not available and, thus, the processor deactivation processing 30 is complete and ends. In addition, following blocks 34, 38 and 44, the processor deactivation processing 30 is complete and ends.

The processor deactivation processing 30 can be considered to have multiple hierarchical levels. For example, with respect to a multi-processor computer system, the processor deactivation processing 30 offers three layer of power management. A first layer is provided by block 34 such that the number of processors that are active (and not sleeping) is determined based on workload. Within the first layer there are various different levels of power management based largely on the number of processors activated. In any case, once only one of the processors is active, than a second layer can be entered for further power reduction. In the second layer provided by block 38, the last active processor is

6

placed in the first low power state. Still further, if further power reduction is further desired, then the last active processor can by placed in the second low power mode. Typically, the second power mode would placed the last active processor in even a greater power saving state than provided by the first low power mode. Additionally, since the second low power mode essentially deactivates the last active processor, various other electrical components or units within the multi-processor computer system can also be placed in a low-power state (or shut-down) to further enhance the power reductions. For example, the electrical components or units can include controllers (e.g., controller chips) or unneeded subsystems. Often, some subsystem can be shutdown in other earlier layers.

A third low power mode could also be provided by the processor deactivation processing 30. The third low power mode would offer even greater power reductions than provided in the first and second low power modes. For example, in the third low power mode, the last processor could be placed in the sleep mode and, thus, with all processors in the sleep mode, the computer system would itself be in a sleep mode. More than three low power modes could also be provided. The various low power modes can include, for example, nap, doze or sleep modes for a processor as well as also remove clocks and power from a processor and/or other electrical components in certain of the various low power states.

Although the invention is described herein largely in terms of a multi-processor computer system, the invention is also applicable to single processor computer systems. As an example, blocks 34–44 of FIG. 1B in effect pertain to power management for single processor computer systems.

FIG. 1C is a block diagram of a multiple processor computer system 100 according to one embodiment of the invention. The multiple processor computer system 100 includes a plurality of processors, including processor A 102, processor B 104, processor C 106 and processor D 108. Each of the processors 102–108 operates to execute instructions under the control of an operating system (not shown). The multiple processor computer system 100 also includes a power manager 110 that provides power management functions for the multiple processor computer system 100. In general, the power manager 110, provides soft resets (SRST), hard resets (HRST), system management interrupts (SMIs), and configuration control signals for phase lock loops (PLLs). In one embodiment, the power manager is an embedded controller or processor. The multiple processor computer system 100 also includes a memory controller/bus manager (MCBM) 112, a dynamic random access memory (DRAM) 114, an I/O-interrupt controller (IOIC) 116, and an operating system 11. Although not shown in FIG. 1C, the multiple processor computer system 100 would also include other components such as Read Only Memory (ROM), system bus, display controller, etc.

The processors 102–108 operate to perform program instructions under the control of operating system 118. For processor mode control, processors 102-108 communicate with the memory controller/bus manager 112 using a hardware-handshake. The hardware-handshake controls when the processors 102–108 are able to enter a lower power state. The processor A 102 supplies a quiescent request (QREQ-A) to the memory controller/bus manager 112. Likewise, the processor B 104, the processor C 106, and the processor D 108 respectively supply quiescent signals (QREQ-B, QREQ-C, and QREQ-D) to the memory controller/bus manager 112. When the memory controller/bus manager 112 determines that all of the quiescent

26

US 6,711,691 B1

7

requests QREQ-A, QREQ-B, QREQ-C, and QREQ-D all are asserted, then the memory controller/bus manager **112** asserts quiescent acknowledgement signals (QACK-A, QACK-B, QACK-C, and QACQ-D) back to each of the processors **102–108**, after any snoop cycles are completed. Hence, the hardware-handshake between the processors **102–108** and the memory controller/bus manager **112** are provided by the quiescent request signals (QREQ) and the quiescent acknowledgement signals (QACK).

Another hardware-handshake is provided between the power manager **110** and the memory controller/bus manager **112**. The hardware-handshake utilizes a suspend request (SUSREQ1) and a suspend acknowledgement (SUSACK1). When the power manager **110** asserts the suspend request (SUSREQ1) the memory controller/bus manager **112** is instructed to enter a shut-down mode if a sleep bit has been previously set or to enter an idle mode when an idle bit has been previously set. After the memory controller/bus manager **112** completes its processing to enter either its shut-down mode or the idle mode, the suspend acknowledgement (SUSACK1) is asserted to indicate that the memory controller/bus manager **112** is in now in the requested mode. The power manager **110** also supplies a system reset (SRST) and a power-on clear (POC). The system reset (SRST) resets the one or more devices on buses being managed by the memory controller/bus manager **112**. The system reset (SRST) affects the memory controller portion of the memory controller/bus manager **112** such that the contents of DRAM **114** are preserved, to aid in post-reset recovery and de-bugging when power to the DRAM **114** has been maintained. The power-on clear (POC) allows the power manager **110** to reset the memory controller portion of the memory controller/bus manager **112** and well as the DRAM **114** when the power to the DRAM **114** has previously been turned off.

The power manager **110** also interacts with the I/O-interrupt controller **116** to support the incoming interrupts when the processors **102–108** are in a low power (or sleep) mode. More particularly, when the processors **102–108** are active, the I/O-interrupt controller **116** provides interrupts INT-A, INT-B, INT-C and INT-D to each of the processors **102–108**, respectively. However, after the power manager **110** asserts a sleep request (SREQ) to the I/O-interrupt controller **116**, the I/O-interrupt controller **116** no longer supplies incoming interrupts to the processors **102–108** (which are inactive) but instead supplies a combined processor interrupt (PINT) to the power manager **110**. The power manager **110** monitors the combined processor interrupt (PINT) to determine when interrupts need to be serviced. The I/O-interrupt controller **116** also receives the system reset (SRST) from the power manager **110**. The system reset (SRST) is used to reset the I/O-interrupt controller **116**.

There is also a hardware-handshake between the power manager **110** and the I/O-interrupt controller **116**. The hardware-handshake utilizes a suspend request (SUSREQ2) and a suspend acknowledgement (SUSACK2). When the power manager **110** asserts the suspend request (SUSREQ2), the I/O-interrupt controller **116** is instructed to enter a low power (or sleep) mode, in which the clocks for the I/O-interrupt controller **116** are stopped. After the I/O-interrupt controller **116** completes its processing to enter the low power mode, the suspend acknowledgement (SUSACK2) is asserted to indicate to the power manager **110** that the I/O-interrupt controller **116** is now in the low power mode. In one embodiment, even when the I/O controller **116** is in the low power mode, interrupts can still be received in an asynchronous manner.

8

In one embodiment, the processors **102–108** themselves have a plurality of power modes, including run, doze, nap and sleep. When it is determined (e.g., by operating system) that an individual processor is idle, a nap bit for the processor can be set to cause the processor to enter a doze mode. When all of the processors have entered a doze mode, and the memory controller/bus manager **112** is idle, all the processors can transition from a doze mode into a nap mode. However, once in the nap mode, if a snoop operation is needed, the processors will return from the nap mode to the doze mode so that the snoop operations can be performed. Also, if an interrupt arrives for a processor in a nap mode, the processor will transition to a run mode so that the interrupt can be handled. The power management performed within processors is further described below with respect to FIGS. **13A–13C**.

FIG. **2** is a flow diagram of power management processing **200** according to one embodiment of the invention. The power management processing **200** is performed by a multiple processor computer system. For example, the multiple processor computer system **100** illustrated in FIG. **1C** can perform the power management processing **200**.

The power management processing **200** illustrates transitioning between different states of power management. These different states allow for a layered approach to power management for a multiple processor computer system. In this embodiment, the power management states include an off state **202**, a run single state **204**, a run multiple state **206**, a nap multiple state **207**, a nap single state **208**, an idle single state **210**, and a sleep all state **212**.

Each of the power management states offers a different tradeoff between processing capabilities and power consumption. In order of processing capabilities, from most to least, the power management states in this embodiment are the run multiple state **206**, the nap multiple state **207**, the run single state **204**, the nap single state **208**, the idle single state **210**, the sleep all state **212**, and the off state **202**. With respect to power consumption, from least to most, the power management states have the reverse order from that noted immediately above.

The run multiple state **206** refers to the condition in which more than one of the processors are active or, if only one processor is active (run mode), the other processors are in the doze mode and can rapidly be made active.

The nap multiple state **207** refers to the condition in which all processors are in the nap mode. All processor clocks are running and coherent cache storage for the processors is maintained. A processor interrupt causes the state to change to the run multiple state **206**.

The run single state **204** refers to the condition in which a single processor is running, and any other processors are placed in the sleep mode with their caches flushed.

The nap single state **208** refers to the condition in which the single processor (from the run single state **204**) is in the nap mode and has its processor clock running and its coherent cache storage maintained, while the other processors remain in the sleep mode.

The idle single state **210** refers to the condition in which the single processor (from the run single state **204**) is placed in sleep mode with its cache flushed, and all processor clocks are stopped.

The sleep all state **212** refers to the condition in which all processors are powered off with their caches flushed. The processor states are preserved in memory (e.g., DRAM **114**). The power manager **110** remains operable by way of a low frequency clock. Various controllers (controllers **112, 116**)

27

US 6,711,691 B1

9                                                                    10

and memory (DRAM 114) are also in low power modes but
their state is preserved.

The off state 202 refers to the condition (namely, system
shutdown) where the entire computer system is powered off.

The processing performed to transition between the various states 202–212 is also illustrated in FIG. 2. To transition from the off state 202 to the run single state 204, startup processing 214 is performed. The startup processing 214 is described in detail below with respect to FIGS. 3A–3C. To transition from the run single state 204 to the run multiple state 206, activation processing 216 for all but a last active processor is performed. The activation processing 216 is described in detail below with respect to FIG. 4. To transition from the run multiple state 206 to the nap single state 208, shutdown processing 218 for extra processors is performed. The shutdown processing 218 is described in detail below with respect to FIG. 5. Once in the nap single state 208, the power management processing 200 may determine that processing power is needed, such as to handle an interrupt that has occurred. Hence, when processing power is needed, nap single interrupt processing 220 can be performed to transition from the nap single state 208 to the run single state 204. The nap single interrupt processing 220 is further described below with respect to FIG. 6. On the other hand, while in the run single state 204, if the power management processing 200 determines that the last active processor is idle and thus less processing power is needed, then nap processing 222 for the last active processor can be performed to transition from the run single state 204 to the nap single state 208. The nap processing 222 for the last active processor is described in detail below with respect to FIG. 7.

Furthermore, from the run single state 204, the power management processing 200 can also enter the idle single state 210. The idle single state offers even more power conservation than is available in the nap single state 208. In any case, to transition from the run single state 204 to the idle single state 210, idle processing 224 for the last processor is performed. The idle single state 210 could also be entered from the nap single state 208 (e.g., via processing 220 and then processing 224), such as after the last processor is idle in the nap single state 208 for a predetermined period of time. The idle processing 224 for the last processor is further described below with respect to FIGS. 8A and 8B. Once in the idle single state 210, when the power management processing 200 needs additional processing power, activation processing 226 for the last processor can be performed to transition from the idle single state 210 to the run single state 204. The activation processing 226 for the last processor is further described below with respect to FIG. 9.

Still further, once in the run multiple state 206, the power management processing 200 may determine that particular processors are not needed due, for example, to blocked processes or light workloads. In such cases, the power management processing 200 can cause these processors to enter a doze mode and when all the processors have entered the doze mode, nap processing 228 is performed to transition to the nap multiple state 207 where all the processors are in the nap mode. The nap processing 228 is similar to processing described with respect to FIG. 7. Then, when processing power is needed such as to process an interrupt, interrupt processing 230 is performed to transition to the run multiple state 206. Here, at least the processor receiving the interrupt is returned to a run mode. The interrupt processing 230 is similar to processing described with respect to FIG. 6.

Further, when processors are in the nap mode, they are unable to permit a snoop transaction of a bus or memory.

The applies to both the nap single state 208 and the nap multiple state 207. Hence, from the nap multiple state 207, snoop processing 232 can be performed to return the multiple processors from their nap modes to their doze modes so that the snoop transactions can be performed. After the snoop transactions have been completed, the multiple processors are returned to their nap modes and thus the nap multiple state 207. Likewise, from the nap single state 208, snoop processing 234 can be performed to return the last processor from its nap mode to its doze mode so that the snoop transactions can be performed. After the snoop transactions have been completed, the last processor is returned to its nap mode and thus the nap single state 208. One embodiment of snoop processing is further described below with reference to FIG. 12.

When no processing is needed, then the power management processing 200 performs shutdown processing 236 for the last processor. The shutdown processing 236 transitions the power management processing 200 from the run single state 204 to the sleep all state 212. The shutdown processing 236 is, for example, described in more detail below with respect to FIGS. 10A and 10B. From the sleep all state 212, if the power management processing 200 determines that processing power is again needed, then wakeup processing 238 for the last active processor can be performed to transition from the sleep all state 212 to the run single state 204. The wakeup processing 238 is, for example, illustrated in detail below with respect to FIG. 11 as well as FIG. 3C.

Finally, if the computer system is to be completely turned off, the power management processing 200 typically transitions from the run single state 204 to the off state 202 through the sleep state 212. Hence, to enter the off state 202, the shutdown processing 236 for the last processor is also performed. Additionally, the off state 202 or the sleep state 212 can be entered more directly from the run multiple state 206 by performing the shutdown processing 218 for extra processors as well as the shutdown processing 236 for the last processor.

FIGS. 3A–3C are flow diagrams of startup processing 300 according to one embodiment of the invention. The startup processing 300 is, for example, suitable for use as the startup processing 214 illustrated in FIG. 2.

The startup processing 300 is invoked when a startup event occurs. Examples of startup events include a system reset or a power-on. Once the startup processing 300 is invoked, a power manager (PMGR) asserts 302 SUSREQ2, SREQ, and SUSREQ1. The power manager asserts 304 all resets (except the POC). Then, a decision 306 determines whether the DRAM is powered off. When the decision 306 determines that the DRAM is powered off, then the power manager asserts 308 power-on clear (POC).

Following the decision 306 directly when the DRAM is powered off, or otherwise following assertion 308 of POC, a power manager (PMGR) activates 310 all power and clocks for the processors. In one implementation, the activation 310 of the power and clocks can initially turn-on power planes for the processors, start the clocks for the processors, and then activate phase lock loops (PLLs) within the processors. The memory controller/bus manager then asserts 312 SUSACK1. Next, at 314, the power manager de-asserts POC and all non-processors resets that are currently asserted. The power manager also de-asserts 316 SUSREQ1 and SUSREQ2.

Once SUSREQ1 and SUSREQ2 are de-asserted, the memory controller/bus manager and the I/O interrupt controller (IOIC) begin their respective internal wakeup

28

Appx1151

US 6,711,691 B1

11

sequences at **318**. Next, a decision **320** determines whether the SUSACK1 and SUSACK2 are de-asserted, thus indicating that the wakeup sequences have been completed. When the decision **320** determines that the wakeup sequences are not yet completed, the startup processing **300** awaits their completion. Once the wakeup sequences are determined to be completed, the startup processing **300** continues (see FIG. 3B).

After the wakeup sequences have completed, the power manager then deasserts **324** resets for the processors. After the resets for the processors are deasserted **324**, the processors execute **326** reset vectors. Then, the startup processing **300** waits for warm or cold boot sequence to complete **328**. Next, all interrupts are mapped **330** to the last active processor. By mapping all the interrupts to the last active processor, the startup processing **300** can prevent all processors but the last active processor from being awakened due to interrupts. Next, the power manager de-asserts **332** SREQ. When SREQ is de-asserted **332**, interrupts on all of the processors are enabled **334**.

At this point, the startup processing **300** has effectively activated all of the processors. However, since the default state for the system is assumed to be the run single state in this embodiment, additional processing is performed to configure the processors for the run single state. Hence, to transition to the run single state, the following additional processing is performed in the startup processing **300** (see FIG. 3C). Specifically, the state of all but the last active processor is saved **336**. Next, the caches on all but the last active processor are flushed and then disabled **338**. Sleep bits in all but the last active processor are then set **340**. At this point, all the processors but the last active processor also assert **342** their quiescent requests (QREQ). Next, MCBM asserts all QACKs to all the processors asserting QREQ to signal that the memory controller/bus manager is ready to permit those processors to enter a sleep mode. Once a decision **346** determines that all the QACKs have been asserted, then all but the last active processor enter **348** the sleep mode. Here, the last active processor remains in a run mode. Thereafter, the startup processing **300** is complete and ends. At this point, the operating system can also power-up and/or enable any subsystems that are required.

FIG. **4** is a flow diagram of activation processing **400** for all but the last active processor according to one embodiment of the invention. The activation processing **400** is used for transitioning the processors of the computer system from the run single state **204** to the run multiple state **206**.

The activation processing **400** is initiated when the computer system, namely, the operating system, determines that there is a heavy workload and that additional processors are needed to handle the work. In such a case, the activation processing **400** is, for example, suitable for use as the activation processing **216** illustrated in FIG. **2**, where it performs the transition from the run single state **204** to the run multiple state **206**.

The activation processing **400** initially maps **402** interrupts to all of the processors. After the interrupts have been re-mapped to all of the processors, all the processors in the sleep mode are able to receive interrupts to be awakened. Upon receiving such interrupts, the processors clear their sleep bits and de-assert their quiescent requests (QREQs) at **404** to awaken. These interrupts are typically scheduled by the operating system specifically to induce wakeup but could instead be normal interrupts from peripherals or timers. Since all but the last active processors were previously sleeping, their caches need to be re-enabled when they are

12

awakened. Hence, the caches on all but the last active processors are enabled **406**. Next, all but the last active processor enter **408** a run mode. The last active processor need not enter a run mode because it is already in the run mode. The operating system typically then powers-up and/or enables any subsystems of the computer system that are required. Examples of such subsystems include a soundcard, PCI cards, hard disk or other drives, FireWire, Universal Serial Bus (USB), and/or display controller. Also, following the activation of the processors at **408**, the activation processing **400** is complete and ends.

FIG. **5** is a flow diagram of the shutdown processing **500** for extra processors according to one embodiment of the invention. The shutdown processing **500** is, for example, suitable for use as the shutdown processing **218** illustrated in FIG. **2**, where it is utilized to transition the processors of the computer system from the run multiple state **206** to the run single state **204**. The shutdown processing **500** is invoked when a light workload is detected by, for example, the operating system. When the shutdown processing **500** begins, the operating system is also able to shut down any appropriate subsystems so as to conserve power.

Once the shutdown processing **500** is invoked, all interrupts are mapped **502** to the last active processor. The state of all but the last active processor is then saved **504**. The caches on all but the last active processor are flushed and then disabled **506**. Next, the sleep bit is set **508** in all but the last active processor. Then, at **510**, all but the last active processor assert their quiescent requests (QREQ) and enter the doze mode. The MCBM asserts **511** QACKs to those of the processors asserting their QREQs to signal that the memory controller/bus manager is ready to permit these processors to enter a sleep mode. Once a decision **512** determines that the QACKs of those of the processors asserting their QREQs have been asserted, then all but the last active processor enter **514** the sleep mode. Here, the last active processor remains in a run mode. Thereafter, the shutdown processing **500** is complete and ends. At this time, the operating system can also power-down and/or disable any subsystems that are required.

FIG. **6** is a flow diagram of nap single interrupt processing **600** according to one embodiment of the invention. The nap single interrupt processing **600** is, for example, utilized by the power management processing **200** to transition the processors of the computer system from the nap single state **208** to the run single state **204**.

When the last active processor is in the nap mode as is the case in the nap single state **208** and an interrupt is received, the processor receiving the interrupt, (namely, the last active processor) needs to awaken from the nap mode and enter the run mode in order to process the interrupt. The nap single interrupt processing **600** performs the awakening of the last active processor when an interrupt is received.

Once an interrupt is received at the last active processor, the nap bit in the last active processor is cleared **602**. Next, the last active processor de-asserts **604** its quiescent request (QREQ). In turn, the memory controller/bus manager de-asserts **606** the quiescent acknowledgement (QACK). After the quiescent acknowledgement (QACK) is de-asserted **606**, the last active processor enters **608** the run mode. The other remaining processors remain in their sleep mode. Thereafter, the interrupt that was received can be processed **610** by the last active processor. Following the processing of the interrupt, the nap single interrupt processing **600** is complete and ends, and the computer system is in the run single state.

29

US 6,711,691 B1

13

FIG. **7** is a flow diagram of nap processing **700** for the last active processor according to one embodiment of the invention. The nap processing **700** is, for example, utilized by the power management processing **200** to transition the processors of the computer system from the run single state **204** to the nap single state **208**. In particular, when the operating system detects that the workload has been low or nonexistent for a short period of time, the operating system initiates the nap processing **700**.

When the nap processing **700** is initiated, the nap bit is set **702** in the last active processor. Then, at **704**, the last active processor asserts **704** its quiescent request (QREQ) and enters the doze mode. Next, it is determined **706** whether the quiescent acknowledgement (QACK) is asserted. When the quiescent request (QREQ) is presently asserted by a processor, and no snoop operations are needed, the memory controller/bus manager asserts the corresponding QACK to that processor. Once the QACK is determined **706** to have been asserted for the last active processor, the last active processor enters **708** the nap mode. Here, all other processors remain in the sleep mode. At this point, the computer system has entered the nap single state **208**, and thus the nap processing **700** is complete and ends.

FIGS. **8**A and **8**B are flow diagrams of idle processing **800** for the last active processor according to one embodiment of the invention. The idle processing **800** is used to transition from the run single state **204** to the idle single state **210**. Before invoking the idle processing **800**, the operating system typically shuts down any appropriate subsystems of the computer system that are not needed.

The idle processing **800** is invoked when the last active processor has been idle or has no workload for a given period of time. The idle processing **800** initially causes the operating system to set **802** an idle bit in the memory controller/bus manager. Then, an idle command is sent **804** to the power manager. The power manager then, at **806**, asserts the suspend request (SUSREQ1) to the memory controller/bus manager, the suspend request (SUSREQ2) to the I/O-interrupt controller, and a stop request (SREQ) to the I/O-interrupt controller. The caches on the last active processor are flushed and then disabled at **808**.

Next, the sleep bit in the last active processor is set **812**. The last active processor then asserts **814** the quiescent request (QREQ) and enters the doze mode. It is then determined **816** whether the quiescent acknowledgement (QACK) is asserted by the memory controller/bus manager. At this point, the idle processing **800** waits for the QACK to be asserted. When the quiescent request (QREQ) is presently asserted by a processor, and no snoop operations are needed, the memory controller/bus manager asserts the corresponding QACK to that processor. Once it is determined **816** that the QACK has been asserted for the last active processor, the last active processor enters the sleep mode **818**. Here, all other processors are already in their sleep mode.

Next, it is determined **820** determines whether the suspend acknowledgments (SUSACK1 and SUSACK2) has been asserted. Here, the idle processing **800** waits for the SUSACK1 and the SUSACK2 to be asserted. Once a decision **820** determines that the SUSACK1 and SUSACK2 have been asserted by the memory controller/bus manager, the power manager stops the phase lock loops (PLLs) used in providing internal clocks to the processors. The power manager then stops **824** the processor clocks **824** (which are typically external to the processors). After the processor clocks are stopped, the idle processing **800** is complete and ends.

14

FIG. **9** is a flow diagram of activation processing **900** for the last active processor according to one embodiment of the invention. The activation processing **900** operates to transition the computer system from the idle single state **210** to the run single state **204**. Before invoking the activation processing **800**, the operating system typically powers-up or enables any subsystems of the computer system that are required.

The activation processing **900** is initiated by a wakeup event received at the power manager through the I/O-interrupt controller. Examples of such wakeup events can include an internal timer, a keystroke event, or a processor interrupt (PINT).

Once the activation processing **900** has been invoked, the power manager starts **902** the processor clocks. Then, the power manager starts **904** the phase lock loops (PLLs) used in providing internal clocks to the processors. Once the processor clocks have stabilized, the power manager de-asserts **906** the suspend request (SUSREQ1) to the memory controller/bus manager and the suspend request (SUSREQ2) to the I/O-interrupt controller. The idle bit is then cleared **908**. After the idle bit is cleared **908** the memory controller/bus manager has been cleared, the activation processing **900** determines **910** whether the suspend acknowledgements (SUSACK1, SUSACK2) have been de-asserted.

Once the decision block **910** determines that the suspend acknowledgements (SUSACK1, SUSACK2) have been de-asserted, the power manager de-asserts **912** the stop request (SREQ). The last active processor then, at **914**, receives an interrupt, operates to clear its sleep bit, and de-assert its quiescent request (QREQ). After any quiescent request (QREQ) is de-asserted, all of the quiescent acknowledgements (QACKs) are de-asserted **916** by the memory controller/bus manager. The caches on the last active processor are enabled **918**. Thereafter, the last active processor enters **920** the run mode. Here, the other processors remain in their sleep mode. At this point, the computer system has entered the run single state **204**, and thus the activation processing **900** is complete and ends. FIGS. **10**A and **10**B are flow diagrams of shutdown processing **1000** for the last active processor according to one embodiment of the invention. The shutdown processing **1000** is used to enter either the sleep all state **212** or the off state **202** from the run single state **204**.

The shutdown processing **1000** is invoked when a sleep or off request is initiated. The shutdown processing **1000** initially causes the operating system to set **1002** the sleep bit in the memory controller/bus manger. Next, a sleep or off command is sent **1004** to the power manager. When off is requested the off command is used, and when sleep is requested the sleep command is used. The power manager then asserts **1006** the suspend requests (SUSREQ1, SUSREQ2) and the stop request (SREQ). The assertion of the suspend requests (SUSREQ1 and SUSREQ2) cause the memory controller/bus manager and the I/O-interrupt controller to begin their internal shutdown sequences. In one embodiment, with the SUSREQ1 asserted and the sleep bit set, the memory controller/bus manager operates to stop bus activity and stop the PLLs as well as place the DRAM (e.g., DRAM **114**) into a self-refresh mode, thus placing the memory controller/bus manager in the sleep mode. The stop request (SREQ) to the I/O-interrupt controller operates to block interrupts to the processors and instead direct the interrupts to the power manager using the combined processor interrupt (PINT). The state of the last active processor is then saved **1008**. Caches on the last active processor are flushed and then disabled **1010**. The operating system then

30

15

sets **1012** the sleep bit in the last active processor. After the sleep bit in the last active processor is set **1012**, the last active processor asserts its quiescent request (QREQ) and enters the doze mode **1014**.

The shutdown processing **1000** then determines **1016** whether the quiescent acknowledgements (QACKs) have been asserted. Once the decision **1016** determines that the quiescent acknowledgement (QACK) has been asserted, the last active processor enters **1018** a sleep mode. Here, all other processors are already in the sleep mode. Thereafter, the memory controller/bus manager and the I/O interrupt controller (IOIC) begin **1020** an internal shutdown sequence. The shutdown processing **1000** then determines **1022** whether the suspend acknowledgements (SUSACK1, SUSACK2) have been asserted. Here, the shutdown processing **1000** awaits the reception of the suspend acknowledgement (SUSACK1) from the memory controller/bus manager and the suspend acknowledgement (SUSACK2) from the I/O-interrupt controller to indicate that their respective internal shutdown sequences have been completed. Once the suspend acknowledgements (SUSACK1, SUSACK2) have been received, the power manager stops all clocks, asserts processor resets, and removes power to the processors at **1024**. Then, the shutdown processing **1000** determines **1026** whether the off was requested and used to invoke the shutdown processing **1000**. When it is determined **1026** that off has been requested, then the power manager asserts all resets and removes all power at **1028**. In this case, the computer system is placed in the off state **202** and the shutdown processing **1000** is complete and ends. On the other hand, when it is determined **1026** that off has not been requested (i.e., sleep requested), then the computer system is placed in the sleep all **212** state and the shutdown processing **1000** is complete and ends. In the sleep all state, the processors do not receive power, but the power manager, the DRAM and the various controllers continue to receive power so that the sleeping processors can be awakened as needed. However, the DRAM and the various controllers are typically also in a low power mode.

FIG. **11** is a flow diagram of wakeup processing **1100** for the last active processor according to one embodiment of the invention. The wake up processing **1100** is used to awaken the last active processor from the sleep all state **212** to the run single state **204**.

The wakeup processing **1100** is invoked when the power manager receives a wakeup event (e.g., an internal timer, a keystroke event, etc.). Once invoked, the power manager turns-on power to the processors and restarts the clocks at **1102**. After the clocks are stable, the power manager starts the processor PLLs and then de-asserts **1104** suspend requests (SUSREQ1, SUSREQ2). At this point, the memory controller/bus manager (MCBM) and the I/O-interrupt controller (IOIC) begins to perform their respective internal wakeup sequences The memory controller/bus manager then clears its sleep bit (**1106**).

The wakeup processing **1100** then determines **1110** whether the suspend acknowledgements (SUSACK1, SUSACK2) have been de-asserted. In other words, the memory controller/bus manager operates to de-assert the suspend acknowledgement (SUSACK1) when its internal wakeup sequence has been completed, and the I/O-interrupt controller operates to de-assert the suspend acknowledgement (SUSACK2) when its internal wakeup sequence has been completed.

Once the suspend acknowledgements (SUSACK1, SUSACK2) have been de-asserted to indicate the comple-

16

tion of the internal wakeup sequences, the wakeup processing **1100** continues. Namely, the resets for the processors are de-asserted **1112**. The processors then execute **1114** their reset vectors. The states for all of the processors are then restored **1116**. The power manager then de-asserts **1118** the stop request (SREQ). The interrupts on all of the processors are then enabled **1120**. After the interrupts are enabled, the processing follows blocks **336–348** of the startup processing **300** illustrated in FIG. **3C**.

FIG. **12** is a flow diagram of snoop processing **1200** according to one embodiment of the invention. The snoop processing **1200** is associated with the snoop processing **232** for the nap multiple state **207** and the snoop processing **234** for the nap single state **208** illustrated in FIG. **2**. In particular, in certain processors, such as used in the described embodiment, their individual modes of operation include a run mode, a nap mode, a doze mode and sleep mode. However, snoop operations can occur in the run mode and the doze mode, but not in the nap mode or the sleep mode. Hence, the snoop processing **1200** operates during the nap single state **208** to temporarily return a particular processor to the doze mode so that the snoop operations can be performed and then return the particular processor to the nap mode once the snoop operations have been completed. Similarly, during the nap multiple state **207**, all the processors temporarily return to the doze mode so that the snoop operations can be performed and then return to the nap mode once the snoop operations have been completed.

The snoop processing **1200** begins when there is a need to perform one or more snoop operations. When the snoop processing **1200** is invoked, the memory controller/bus manager de-asserts **1202** all the quiescent acknowledgements (QACKs). At this point, any napping processors enter **1204** the doze mode. The snoop operations can then be completed **1206** by the processors in the doze mode. After the one or more pending snoop operations have been completed, the snoop processing **1200** determines **1208** whether all of the quiescent acknowledgements (QACKs) have been asserted. Here, the memory controller/bus manager will re-assert the quiescent acknowledgements (QACKS) after all of the snoop transactions are complete. Thereafter, any processors in the doze mode re-enter **1210** the nap mode. When the dozing processors go to the nap mode, the computer system returns to its former state (e.g., the nap single state **208** or the nap multiple state **207**) and the snoop processing **1200** is complete and ends.

As previously noted, each of the processors can operate in a run mode, a doze mode, a nap mode and a sleep mode. FIG. **13A** illustrates a flow diagram of nap processing **1300** according to one embodiment of the invention. The nap processing **1300** is, for example, performed during the nap processing **228** when transitioning from the run multiple state **206** to the nap multiple state **207** illustrated in FIG. **2**.

The nap processing **1300** is invoked for a given processor whenever an idle task is scheduled to that processor during the run multiple state **206**. The idle task is scheduled to a processor when there is no useful work for the processor to perform. For example, when all software processes available to a given processor are blocked, the idle task is scheduled to that processor. The idle task schedules (sets) **1304** the nap bit in the associated processor. The associated processor then asserts **1306** its quiescent request (QREQ). The associated processor then enters **1308** the doze mode. The nap processing **1300** then determines **1310** whether the quiescent acknowledgements (QACKS) have been asserted. Once it is determined **1310** that all the quiescent acknowledgements (QACKs) have been asserted, the processors in the doze

31

17

mode enter **1312** the nap mode. Here, the associated processor would enter the nap mode at this point. As such, the computer system transitions from the run multiple state **206** to the nap multiple state **207** which offers lower power consumption. After the processor is in the doze mode enter **1312** the nap mode, the nap processing **1300** is complete and ends.

FIG. 13B illustrates a flow diagram of interrupt processing **1326** according to one embodiment of the invention. The interrupt processing **1326** is, for example, performed during the interrupt processing **230** when transitioning from the nap multiple state **207** to the run multiple state **206** illustrated in FIG. **2**. In the case of the nap multiple state **207**, one or more of the processors are in the nap mode, whereas in the run multiple state one or more of the processors are in the run mode. In order to process an interrupt a processor needs to be in the run mode, so the following processing explains how the processors needing to handle interrupts enter the run mode from the nap mode.

The interrupt processing **1326** initially clears **1328** the nap bit in the associated processor. The associated processor is the processor receiving the interrupt that needs to be processed. Then, the associated processor de-asserts **1330** its quiescent request (QREQ). Once the associated processor de-asserts **1330** its quiescent request (QREQ), the memory controller/bus manager de-asserts **1332** all the quiescent acknowledgements (QACKs). At this point, the associated processor enters **1334** the run mode. Although the associated processor has entered the run mode, any of the other processors that were in the nap mode enter the doze mode. Thereafter, the associated processor handles **1336** the interrupt. After the interrupt is handled **1336**, the interrupt processing **1326** is complete and ends. If the workload on the associated processor is subsequently determined to be low, the nap processing **1300** can thereafter be performed to transition the associated processor back to the nap mode and the nap multiple state **207**.

As noted above the controllers used in the computer system can also have sleep or idle modes that offer power savings. These sleep or idle modes can be entered by the controller performing an internal sequence of operations to effect the mode change. The particular operations performed by the controller are dependent on the particular type of controller or manager that performs the shutdown sequence.

FIG. 14A is a flow diagram of sleep shutdown processing **1400** according to one embodiment of the invention. The sleep shutdown processing **1400** is, for example, suitable for use as the internal shutdown sequence performed by the memory controller/bus manager. The sleep shutdown processing **1400** is activated when the memory controller/bus manager receives the suspend request SUSREQI from the power manager, all of the quiescent request QREQs are received from the processors, and the sleep bit has been previously set in the memory controller/bus manager.

Once invoked, any previously queued transactions to be processed by the memory controller/bus manager are initially completed **1402**. Next, the memory controller/bus manager takes **1404** control of the bus. Here, the memory controller/bus manager becomes the bus master and prevents any external grants of the bus. Then, the DRAM (i.e., SDRAM) is placed **1406** in a self-refresh mode. The memory controller/bus manager also drives **1408** address and data lines for the bus low. The control lines for the bus are then de-asserted **1410**. Also, in some embodiments, for those of the control lines that are driven high in their de-asserted state, the memory controller/bus manager can

18

tri-state such control lines so that these lines can be held high by pull-up resistors connected to the power of the peripheral devices. Additionally, the memory controller/bus manager can ignore any external bus control signals at this point as such control signals may result from transitions when power is switched on or off to the peripheral devices and the pull-up resistors. Next, the memory controller/bus manager bypasses and shuts down an internal phase-lock loops (PLL) at **1412**. Instead of using the internal PLL, the memory controller/bus manager uses an external clock with a lower frequency. Thereafter, the memory controller/bus manager asserts **1414** the suspend acknowledgment SUSACK1. After the suspend acknowledgment SUSACK1 has been asserted **1414**, the sleep shutdown processing **1400** is complete and ends.

Also, as noted above, the controllers used in the computer system can also have wakeup sequences that return the controllers from sleep or idle modes to active modes. The particular operations performed by the controller are dependent on the particular type of controller or manager that performs the wakeup sequence.

FIG. 14B is a flow diagram of sleep wakeup processing **1450** according to one embodiment of the invention. The sleep wakeup processing **1450** is, for example, the internal wakeup sequence performed by the memory controller/bus manager. The sleep wakeup processing **1450** begins at the memory controller/bus manager when the suspend request (SUSREQ1) from the power manager is de-asserted. When the sleep wakeup processing **1450** begins, the memory controller/bus manager is currently in the sleep mode because the sleep shutdown processing **1400** has already been performed. In any case, when the sleep shutdown processing **1450** begins, the sleep and idle bits are cleared **1452**. Then, the memory controller/bus manager enables the internal PLL and then switches to utilize the internal PLL (instead of the external clock) after an appropriate amount of time to enable the internal PLL to lock its frequency. Next, the DRAM is returned **1456** to its normal mode (i.e., removed from the self-refresh mode). Then, data and address lines are released (no longer driven low), and the control lines for the bus are driven (no longer tri-stated) and de-asserted **1458**. Next, the control of the bus by the memory controller/bus manager is released **1460** so that the memory controller/bus manager can accept bus requests from external devices.

Next, the suspend acknowledgment SUSACK1 is de-asserted **1462** to indicate to the power manager that the sleep wakeup processing **1450** is complete and ends. Note, if instead the power-on clear (POC) was asserted by the power manager to the memory controller/bus manager, the power manager is able to reset the memory controller portion of the memory controller/bus manager after power to the DRAM has been turned off. The separate resets allow the computer system to preserve the contents of memory through an ordinary reset when power to the DRAM has been maintained.

The invention can also be embodied as computer readable code on a computer readable medium. The computer readable medium is any data storage device that can store data which can be thereafter be read by a computer system. Examples of the computer readable medium include read-only memory, random access memory, CD-ROMs, magnetic tape, optical data storage devices. The computer readable medium can also be distributed over a network coupled computer systems so that the computer readable code is stored and executed in a distributed fashion.

The advantages of the invention are numerous. Different embodiments or implementations may have one or more of

32

US 6,711,691 B1

**19**

the following advantages. One advantage of the invention is that it offers improved power management obtained by a layered approach. Another advantage of the invention is that the system power management provided by the invention includes power management (i.e., shutdown) for not only processors but also related control circuitry (e.g., bus controllers, I/O controllers, memory controllers, interrupt controllers). Still another advantage of the invention is that deterministic control over power management of control circuitry provides proper sequencing of shutdown operations. Yet another advantage of the invention is that more aggressive power management of a computer system is provided, whether for a single processor or a multi-processor system.

The many features and advantages of the present invention are apparent from the written description, and thus, it is intended by the appended claims to cover all such features and advantages of the invention. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the invention to the exact construction and operation as illustrated and described. Hence, all suitable modifications and equivalents may be resorted to as falling within the scope of the invention.

What is claimed is:

**1**. In a computer system having a plurality of processors, a bus controller and a power manager, a method for providing deterministic state changes, said method comprising:

   (a) determining when a lower power state of the multi-processor computer system should be entered to reduce power consumption; and

   (b) entering the lower power state by performing the following operations:

      (b1) receiving, at the bus controller, a state change request from the power manager;

      (b2) initiating a state change sequence at the bus controller upon receiving the state change request; and

      (b3) notifying the power manager when the bus controller has completed the state change sequence.

**2**. A method as recited in claim **1**, wherein the computer system is a multiprocessor computer system.

**3**. A method as recited in claim **1**, wherein said entering (b) of the lower power state also performs the operation of:

      (b4) setting a state change bit in the bus controller prior to said receiving (b1).

**4**. A method as recited in claim **1**, wherein the state change sequence is a shutdown sequence performed at the bus controller, such that the bus controller thereafter has reduced power consumption.

**5**. A method as recited in claim **1**,

   wherein said entering (b) of the lower power state also performs the operation of:

      (b5) stopping clocks to at least one of the processors following said notifying, and wherein the lower power state is entered following said stopping (b5).

**6**. A method as recited in claim **1**, wherein said entering (b) of the lower power state also performs the operations of:

      (b5) setting a mode change bit in at least one of the processors to initiate a change its mode;

      (b6) receiving, at the bus controller, a mode change request from at least one of the processors to the bus controller in accordance with the mode change bit;

      (b7) receiving, at the at least one of the processors, an acknowledgement from the bus controller to the mode change request after the bus is prepared to permit the mode change; and

**20**

      (b8) changing the mode of the at least one of the processors in accordance with the mode change bit after the acknowledgement to the mode change request has been received.

**7**. A method as recited in claim **6**, wherein said operations (b5)–(b8) are performed at least partially concurrent with the mode change sequence and before said notifying (b4).

**8**. A method as recited in claim **7**, wherein the mode change sequence is a shutdown sequence performed at the bus controller, such that the bus controller thereafter has reduced power consumption.

**9**. A method as recited in claim **7**,

   wherein the multi-processor computer system further includes an interrupt controller, and

   wherein said method further comprises the operations of:

      (b9) receiving, at the interrupt controller, a state change request from the power manager;

      (b10) initiating a state change sequence at the interrupt controller upon receiving the state change request; and

      (b11) notifying the power manager when the interrupt controller has completed the state change sequence.

**10**. A method as recited in claim **9**,

   wherein said entering (b) of the lower power state also performs the operation of:

      (b12) stopping clocks to at least one of the processors following said notifying (b4) and (b11), and

   wherein the lower power state is entered following said stopping (b12).

**11**. A method as recited in claim **10**, wherein the state change sequence at the bus controller is a shutdown sequence performed at the bus controller, such that the bus controller thereafter has reduced power consumption, and wherein the state change sequence at the interrupt controller is a shutdown sequence performed at the interrupt controller, such that the interrupt controller thereafter redirects interrupts to the power manager.

**12**. A computer system, said computer system comprises:

   at least one processor, said processor executes operations in accordance with a processor clock;

   a bus controller operatively connected to said processor, said bus controller controls bus activity on a bus; and

   a power manager operatively connected to said processor and said bus controller, said power manager controls the processor clock and shutdown of said bus controller, and said power manager provides a first handshaking between said power manager and said bus controller to provide deterministic mode changes for said computer system so as to manage power consumption.

**13**. A computer system as recited in claim **12**,

   wherein said computer system further comprises:

      an I/O controller operatively connected to said processor and said power manager,

   wherein said power manager provides a second handshaking between said power manager and said I/O controller, and

   wherein said power manager considers both the first handshaking and the second shaking in providing deterministic mode changes for said computer system so as to manage power consumption.

33

**Appx1156**

US 6,711,691 B1

21

**14**. A computer system as recited in claim **12**,

wherein said computer system further comprises:

an interrupt controller operatively connected to said processor and said power manager,

wherein said power manager provides a second handshaking between said power manager and said interrupt controller, and

wherein said power manager considers both the first handshaking and the second shaking in providing deterministic mode changes for said computer system so as to manage power consumption.

**15**. A computer system as recited in claim **12**, wherein said computer system comprises a plurality of processors, said processors execute operations in accordance with processor clocks,

wherein said bus controller and said power manager are operatively connected to said processors, and

wherein said power manager controls the processor clocks.

22

**16**. A computer system as recited in claim **15**, wherein each of said processors has a run mode and a plurality of low power modes.

**17**. A computer system as recited in claim **12**, wherein said computer system further comprises:

computer program code for determining when a lower power mode of said computer system should be entered to reduce power consumption.

**18**. A computer system as recited in claim **17**, wherein said power manager controls the entry into the lower power mode by sending a mode change request to said bus controller, then awaiting a notification from said bus controller to said power manager when said bus controller has completed a mode change sequence in response to the mode change request, and then completing the entry into the low power mode.

*  *  *  *  *

Filed: July 28, 2021

Filed on behalf of:
    Patent Owner Masimo Corporation
By:   Joseph R. Re (Reg. No. 31,291)
      Jarom D. Kesler (Reg. No. 57,046)
      Joshua J. Stowell (Reg. No. 64,096)
      Stephen W. Larson (Reg. No. 69,133)
      Jacob L. Peterson (Reg. No. 65,096)
      KNOBBE, MARTENS, OLSON & BEAR, LLP
      2040 Main Street, Fourteenth Floor
      Irvine, CA 92614
      Tel.:  (949) 760-0404
      Fax:   (949) 760-9502
      E-mail:  AppleIPR2020-1523-703@knobbe.com

## UNITED STATES PATENT AND TRADEMARK OFFICE

————————

## BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————

APPLE INC.

Petitioner,

v.

MASIMO CORPORATION,

Patent Owner.

————————

Case IPR2020-01523
U.S. Patent 8,457,703

————————

## PATENT OWNER RESPONSE

# TABLE OF CONTENTS

**Page No.**

I. INTRODUCTION ................................................................1

II. MASIMO'S PIONEERING TECHNOLOGY ...............................5

    A. The '703 Patent ...................................................5

    B. Introduction To The Independent Claims ...........................12

    C. Prosecution Of The '703 Patent ..................................14

III. PETITIONER'S REFERENCES .......................................15

IV. LEVEL OF ORDINARY SKILL IN THE ART ...........................16

V. LEGAL STANDARDS ................................................17

VI. CLAIM CONSTRUCTION .............................................19

    A. "Reducing/Reduce Activation Of An Attached Sensor" ...................19

    B. "Processing Characteristics" ....................................21

        1. Petitioner Failed To Construe "Processing Characteristics" ...................................21

        2. Construction Of "Processing Characteristics" .........................23

VII. GROUND 1A FAILS TO DEMONSTRATE OBVIOUSNESS .................27

    A. Overview Of Diab .................................................27

    B. Overview Of Amano ...............................................28

    C. Petitioner Fails to Show That A POSITA Would Have Modified Diab To Operate At Lower And Higher Power Consumption Levels Based On Amano ...............................29

-i-

## TABLE OF CONTENTS
### (*cont'd*)

**Page No.**

1.    Overview Of The Deficiencies In Petitioner's Argument ................................................................. 30

2.    A POSITA Would Not "Suspend And Not Execute" Diab's Motion Artifact Suppression Module ................................................................... 33

3.    A POSITA Would Not Have Been Motivated To Combine Diab And Amano ....................................... 41

4.    Petitioner Fails To Show That Suspension Of Diab's Motion Artifact Suppression Module Would Result In Lower Power Consumption Levels ................................................................. 45

D.    Diab And Amano Do Not Disclose Or Suggest Comparing "Processing Characteristics To A Predetermined Threshold" .................................. 48

E.    Diab And Amano Do Not Disclose Or Suggest Reducing An Amount Of Processing By A Signal Processor .......................... 52

VIII.    GROUND 1B FAILS TO DEMONSTRATE OBVIOUSNESS ................. 55

IX.    GROUND 1C FAILS TO DEMONSTRATE OBVIOUSNESS ................. 56

A.    Ground 1C Fails For The Same Reasons As Ground 1A ................. 57

B.    Overview Of Turcott ......................................... 57

C.    Petitioner Fails To Show That Turcott Discloses Or Suggests "Reducing/Reduce Activation Of An Attached Sensor" In Combination With The Other Claim Limitations ........................................... 60

# TABLE OF CONTENTS
## (*cont'd*)

**Page No.**

    D.    A POSITA Would Not Have Been Motivated To Combine Diab, Amano, And Turcott To Arrive At The Claimed Inventions .................................................................. 61

X.    GROUNDS 2A-2C FAIL TO DEMONSTRATE OBVIOUSNESS ............................................................................ 67

XI.    GROUNDS 3A-3B FAIL TO SHOW OBVIOUSNESS ............................. 69

    A.    Petitioner Fails To Show That Amano Discloses Determining Measurement Values For One Or More Physiological Parameters ..................................................... 69

        1.    Petitioner Fails To Address All Elements In Limitation 9[c] ........................................................... 70

        2.    Amano Does Not Determine Measurement Values .................. 71

    B.    Petitioner Admits That Amano Does Not Compare "Processing Characteristics" To A Predetermined Threshold ........................................................................... 73

    C.    Petitioner Fails To Show That Turcott Discloses Or Suggests "Reducing/Reduce Activation Of An Attached Sensor" In Combination With The Other Claim Limitations .......................................................................... 75

XII.    CONCLUSION ............................................................................. 79

IPR2020-01523
Apple Inc. v. Masimo Corporation

communication with the sensor, calculates physiological measurements, including oxygen saturation and pulse rate, based on the detected light. (*Id.* at 1:38-47.) A monitor then displays the calculated measurements to the clinician. (*Id.*)

The '703 patent discloses that patient monitors, such as pulse oximeters, are increasingly utilized in portable, battery-operated applications. (*Id.*, 1:55-56.) For example, a patient may require a portable pulse oximeter during emergency transport between hospital wards. (*Id.*, 1:56-59.) Pulse oximeters are also increasingly implemented as "plug-in modules for multiparameter patient monitors having a restricted power budget." (*Id.*, 1:59-61.) The expanded use of pulse oximeters created "an increasing demand for lower power and higher performance pulse oximeters." (*Id.*, 1:61-63.)

The '703 patent explains that POSITAs attempted to meet the long-felt need for lower power patient monitors by developing monitors having a "sleep mode." (*Id.*, 1:63-2:16.) In sleep mode, the monitor's processor powers down, except perhaps for a portion of memory. (*Id.*) The monitor enters the sleep mode if it does not detect a significant change in a particular physiological measurement for a predetermined period of time. (*Id.*) A monitor operating in sleep mode periodically checks the physiological measurements of the patient based on an internal timer to determine whether to wake up (i.e., power up the monitor's processor). (*Id.*)

characteristics."), 130:12-131:4 ("Wasn't necessary to inform my opinions to highlight which one is the correct one.").)

The Board should not permit Petitioner to introduce belated evidence on reply regarding the correct construction of "processing characteristics" when Petitioner stymied discovery regarding the correct meaning of the term during the deposition of Petitioner's declarant. Here, Petitioner acknowledged that "processing characteristics" was subject to multiple constructions that affect the obviousness analysis and yet opted not to construe the term. *See e.g., OrthoPediatrics,* Case IPR2018-01548, Paper 9, at 10 ("the Petition fails to identify how the challenged claims are to be construed and applied to the prior art"). Moreover, Petitioner relied exclusively on its declarant to support the constructions, but the declarant never formed an opinion regarding the proper construction. (*See* Pet. 50-51 (citing Ex. 1003, ¶¶97-98); Ex. 2003, 126:13-127:5, 130:12-131:4.) Permitting Petitioner to belatedly submit new evidence on reply would prejudice Masimo because discovery is complete and Masimo has submitted this Response.

## 2.      <u>Construction Of "Processing Characteristics"</u>

The Board should construe "processing characteristics" to require that the processing characteristics are determined from a signal received from one or more detectors configured to detect light. (Ex. 2001, ¶44.) Masimo's construction is

similar to Petitioner's "limiting interpretation" construction. (Pet. 50.) Masimo's construction is the plain and ordinary meaning "processing characteristics" would have had to a POSITA in July 2001 based on the intrinsic record. (37 C.F.R. § 42.100(b); *Phillips v. AWH Corp.*, 415 F.3d 1303, 1313 (Fed. Cir. 2005) (en banc); Ex. 2001, ¶¶43-47.)

The claims of the '703 patent support this construction. *Phillips,* 415 F.3d at 1314 ("the claims themselves provide substantial guidance as to the meaning of particular claim terms"). Method claims 1, 9, and 12 require "receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue." (Ex. 1001, 11:37-39, 12:10-12, 12:34-36.) Similarly, apparatus claims 15, 20, and 22 require "an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor." (*Id.*, 12:56-58, 13:19-21, 14:9-11.)

All of the claims also require "comparing processing characteristics to a predetermined threshold" and, "when said processing characteristics pass said threshold," "transitioning to continuously operating … at a higher power consumption level." (*Id.*, 11:43-47, 12:16-20, 12:40-44, 12:62-66, 13:25-14:1, 14:15-19.) A POSITA would have understood that the processing characteristics are determined from the signal received from the detector because (1) the signal received from the detector is the only signal referenced in the claims, (2) all data

IPR2020-01523
Apple Inc. v. Masimo Corporation

processing in the claims depends on the signal from the detector, and (3) as discussed herein, the specification consistently describes determining the processing characteristics from the signal received form the detector. (Ex. 2001, ¶46.)

The specification further confirms that the processing characteristics are determined from a signal received from one or more detectors. (*Id.*, ¶47.) Figure 4 (below) shows details "regarding the sensor interface 320, the signal processor 340 and the sampling controller 360." (Ex. 1001, 5:28-30.) As shown, the detector front-end 490 [green] (i.e., detector) provides a "conditioned and digitized input signal 322 [red line] to the signal processor 340":

IPR2020-01523
Apple Inc. v. Masimo Corporation



FIG. 4

(*Id.*, 5:35-38, Fig. 4.) The "signal processor 340 has a pre-processor 410 [blue] and a post processor 430 [purple]." (*Id.*, 5:40-41.) The "post processor 430 calculates the physiological measurements 342 and the signal statistics 344, which are output to a signal status calculator 450." (*Id.*, 5:46-48.) The physiological measurement and signal statistics are examples of processing characteristics, which are determined from the signal received from the detector. (Ex. 2001, ¶47.) The '703 patent does not include any embodiments where a physiological sensor signal is not received from the detector (i.e., detector front-end). (*Id.*)

For these reasons, the Board should construe "processing characteristics" to require that the processing characteristics are determined from a signal received from one or more detectors configured to detect light. (Ex. 2001, ¶¶43-49.)

## VII.   **GROUND 1A FAILS TO DEMONSTRATE OBVIOUSNESS**

In Ground 1A, Petitioner argues that Diab in combination with Amano renders claims 9-10, 12-14, 20, and 22-24 obvious. (Pet. 3.) However, Petitioner fails to show that Diab and Amano disclose or suggest at least two limitations of independent claims 9, 12, 20, and 22: (1) operating at "a lower power consumption level" and "a higher power consumption level," and (2) "comparing processing characteristics to a predetermined threshold." (Ex. 2001, ¶¶50-51, 63-83.) Petitioner also fails to show that a POSITA would have been motivated to combine Diab with Amano. (*Id.*) For at least these reasons, Petitioner has not met its burden of demonstrating that Ground 1A renders the identified claims unpatentable. (*Id.*)

### A.   **Overview Of Diab**

As noted above, Diab was cited during prosecution of the '703 patent. (Ex. 1001, page 2.) Diab does not disclose methods of reducing the power consumption of a patient monitor by intermittently reducing activation of an attached sensor, reducing an amount of processing by a signal processor, or including an override condition as claimed. (Ex. 2001, ¶53.) Rather, Diab discloses methods of isolating

IPR2020-01523
Apple Inc. v. Masimo Corporation

that Amano and Diab disclose different systems with different processing algorithms that are not directly applicable to each other. (*Id.*)

Because Petitioner fails to address the continuous operation of the motion artifact suppression module, Petitioner never demonstrates that Diab's oximeter operates at a lower and higher power consumption level under its actual operating conditions. Moreover, even if a POSITA would have been motivated to "suspend and not execute" Diab's motion artifact suppression module, Petitioner still fails to show that the oximeter would have had a lower power consumption level. (Ex. 2001, ¶¶74-78.) As discussed herein, Petitioner fails to account for and address several processing operations that would have increased power consumption, not lowered it. (*Id.*)

Thus, for all of these reasons, and as explained below, Petitioner fails to show that Diab and Amano render claims 9-10, 12-14, 20, and 22-24 obvious.

### 2. A POSITA Would Not "Suspend And Not Execute" Diab's Motion Artifact Suppression Module

A POSITA would not have been motivated to "suspend and not execute" Diab's motion artifact suppression module 580 because the module is necessary to generate the clean plethysmograph waveform, which is critical to patient monitoring. (Ex. 2001, ¶¶53-59, 65-73.) As shown below, Diab's pulse rate calculation module 410 generates a heart rate [red lines] and a clean plethysmograph waveform [blue lines] through *different* processing paths:

module 580 if motion is not detected" because doing so would prevent generation and presentation of the clean plethysmograph waveform. (Pet. 17; Ex. 2001, ¶¶53-59, 65-69.) Petitioner has not argued, or offered any evidence, that power consumption concerns would have motivated a POSITA to eliminate the clean plethysmograph waveform. (*Id.*) For this reason, Petitioner has failed to show that Ground 1A renders the claims obvious. (*Id.*)

### 3.    A POSITA Would Not Have Been Motivated To Combine Diab And Amano

A POSITA also would not have been motivated to combine Diab and Amano due to the differences in the systems. (Ex. 2001, ¶¶70-73.) Diab and Amano disclose different processing algorithms that result in different outputs that are not directly applicable to each other. (*Id.*) For example, Diab, as discussed herein, produces multiple patient-monitoring outputs, including a heart rate and clean plethysmograph waveform. (*See e.g.,* Ex. 1007, Fig. 14 (identifying outputs).) The same is not true for the embodiments in Amano relied upon by Petitioner. (*See e.g.,* Pet. 8-9 (citing Ex. 1004, 21:3-57, 40:23-24).) Amano's apparatus detailed in Figure 1 produces a single output, a qualitative description of the patient's pulse condition as "Hua mai, Ping mai, [or] Xuan mai." (Ex. 1004, 23:5-9.)

Moreover, unlike Diab, Amano's apparatus is specifically designed to "suspend and not execute" certain modules when no motion is detected. (Ex. 2001,

IPR2020-01523
Apple Inc. v. Masimo Corporation

for the differences between Diab and Amano, and the unique aspects of Diab's

oximeter. (Ex. 2001, ¶¶74-78.)

Diab's pulse rate calculation module 410 includes a motion status module

584 that signals whether motion has been detected. (Ex. 1007, 47:50-54.) As

shown below, the signal generated by the motion status module 584 [green]

becomes an input (*see* red line) to the spectrum analysis module 590 [orange] and

the output filter 594 [pink]:



*FIG. 20*

(*Id.*, Fig. 20.) The spectrum analysis module 590 and output filter 594 operate

***differently*** depending on whether motion is detected. (*Id.*, 50:8-14, 50:21-29.)

Petitioner does not address these differences.

With respect to the output filter 594, Diab discloses that "[i]f motion is large,

this filter is slowed down, if there is little or no motion, this filter can sample much

IPR2020-01523
Apple Inc. v. Masimo Corporation

the "clip and smooth filter." (Ex. 1007, 46:61-63 ("the clip and smooth filter 566 takes each new saturation value and compares it to the current saturation value").)

For these reasons, Petitioner has failed to meet its burden to demonstrate that Diab discloses, either expressly or inherently, "comparing processing characteristics to a predetermined threshold."

## E.   Diab And Amano Do Not Disclose Or Suggest Reducing An Amount Of Processing By A Signal Processor

Petitioner also failed to show that Diab and Amano disclose "continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor." (Ex. 2001, ¶¶85-90.) Petitioner argues that "performing 'spectral estimation on the signals … directly without motion artifact suppression' includes reducing an amount of processing because the signal processor process less data (only infrared samples) and 'without motion artifact suppression.'" (Pet. 22.) Petitioner is incorrect for two reasons.

First, Petitioner's argument relies on the faulty premise that a POSITA would have been motivated to "suspend and not execute" Diab's motion artifact suppression module and that the oximeter would process "only infrared samples." (*Id.*, 21.) As demonstrated herein, Diab's motion artifact suppression module operates continuously to generate the clean plethysmograph waveform and a POSITA would not have been motivated to "suspend and not execute" it. (*Supra* VII.A, VII.C.)

Second, even if the motion artifact suppression module were suspended, as Petitioner argues, a POSITA still would have understood that Diab's oximeter may process *more* data when no motion is detected. (Ex. 2001, ¶¶87-90.) The motion status module 584 signals whether the oximeter has detected motion. (Ex. 1007, 47:50-54.) As shown below, the signal generated by the motion status module 584 is an input (*see* red line) to the spectrum analysis module 590 [orange] and the output filter 594 [pink]:



*FIG. 20*

(*Id.*, Fig. 20.)

With respect to the output filter 594, Diab discloses that "[i]f motion is large, this filter is slowed down, if there is little or no motion, this filter can sample much faster and still maintain a clean value." (Ex. 1007, 50:23-27.) A POSITA would have recognized that a module that samples "much faster" processes *more* data.

(Ex. 2001, ¶88.) This increase in processing when no motion is detected directly contradicts Petitioner's assertion that Diab's oximeter will process less data when no motion is detected. (*Id.*)

Similarly, the spectrum analysis module 590 operates differently depending on the motion status. Diab states, "In the case of motion, the spectrum analysis module 590 selects the peak in the spectrum with the highest amplitude, because the motion artifact suppression module 580 attenuates all other frequencies to a value below the actual heart rate peak." (Ex. 1007, 50:8-12.) "In the case of no motion, the spectrum analysis module selects the first harmonic in the spectrum as the heart rate as described above." (Ex. 1007, 50:12-14; *see also* 38:14-33 (describing selection of first harmonic).) A POSITA would have understood that the algorithms utilized by Diab when "no motion" is detected could consume more power than the algorithms utilized by Diab when motion is detected. (Ex. 2001, ¶89.) Again, this contradicts Petitioner's arguments.

For all of these reasons, a POSITA would not have found it obvious that Diab processes less data when no motion is detected. (Ex. 2001, ¶90.) Consequently, Petitioner fails to demonstrate that Ground 1A renders the challenged claims unpatentable.

IPR2020-01523
Apple Inc. v. Masimo Corporation

**B.** **Petitioner Admits That Amano Does Not Compare "Processing Characteristics" To A Predetermined Threshold**

Petitioner admits that Amano does not compare processing characteristics to a predetermined threshold under the proper construction of "processing characteristics." (Pet. 50-51.) As explained in the claim construction section, the proper construction of "processing characteristics" requires that the processing characteristics are determined from a signal received from one or more detectors configured to detect light. (*Supra* VI.B.2.) Petitioner admits that Amano does not determine the processing characteristics from a signal received from one or more detectors configured to detect light. (Pet. 50-51.) Rather, Amano receives the processing characteristics from an acceleration sensor, which is a different component than the detector that detects light. (*See e.g.,* Pet. 50; Ex. 1004, 21:9-12.)

The only comparison to a threshold that Petitioner identifies in Amano happens in the judging section 22 [green]:

IPR2020-01523
Apple Inc. v. Masimo Corporation



FIG. 1

(Pet. 55-56; Ex. 1004, 21:58-63, Fig. 1.) The "judging section determines whether body movement is present or not, based on the body movement waveform TH, to yield a control signal C." (Ex. 1004, 21:58-63, Fig. 1.) The "judgment section 22 makes a judgment by comparing a threshold value with the body movement waveform TH." (*Id.*) However, as Amano repeatedly states, and Petitioner admits, the body movement waveform TH, which Petitioner identifies as the "processing

IPR2020-01523
Apple Inc. v. Masimo Corporation

characteristics," is received from an "acceleration sensor," not a detector configured to detect light. (*Id.*, 21:9-12, 35:25-27, 40:65-41:3; Pet. 50.)

Thus, there is no dispute that Grounds 3A-3B cannot render the claims obvious under the proper construction of "processing characteristics." (Ex. 2001, ¶¶128-129.)

## C.    Petitioner Fails To Show That Turcott Discloses Or Suggests "Reducing/Reduce Activation Of An Attached Sensor" In Combination With The Other Claim Limitations

In Ground 3B, Petitioner argues that the combination of Amano and Turcott renders claims 1-3 and 15-17 obvious. (Pet. 3.) However, as discussed in Ground 1C, Turcott does not disclose or suggest reducing the activation of a sensor during monitoring to lower power consumption levels as disclosed in the '703 patent. (*Supra* IX.B-C.) Thus, Amano and Turcott cannot render the above-identified claims obvious.

Moreover, Petitioner fails to adequately explain why Turcott would have motivated a POSITA to ***reduce*** activation of Amano's sensor during monitoring. (Ex. 2001, ¶¶131-136.) Petitioner argues that a "POSITA would have been motivated to implement Turcott's teachings of reducing the duty cycle to lower power consumption in a pulse oximeter in combination with Amano's pulse wave examination apparatus to further minimize power consumption." (Pet. 65.) However, as discussed herein, the desire to minimize power consumption would

UNITED STATES PATENT AND TRADEMARK OFFICE

————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————————

APPLE INC.

Petitioner,

v.

MASIMO CORPORATION,

Patent Owner.

————————————

Case IPR2020-01523
U.S. Patent 8,457,703

————————————

**DECLARATION OF VIJAY K. MADISETTI, PH.D.**

**MASIMO 2001**
**Masimo v. Apple**
**IPR2020-01523**

and data off).  The '703 patent discloses that the "data off" state may be used in addition to high and low duty cycles to manage the power consumption of the monitor.  *Id*. at 8:4-46, Fig. 8.

29.    In another embodiment, the patient monitor increases or decreases the input samples processed by the monitor by varying the number of data blocks processed by the processor.  *Id.* at 6:5-8.  For example, the monitor decreases the overlap between adjacent data blocks processed by the processor to decrease power consumption.  *Id.* at 7:51-8:3.

30.    In operation of the patient monitors described in the '703 patent, a patient event, such as poor oxygen saturation, may trigger the monitor to increase the samples received and processed, such as by moving from a low duty cycle or data off state to a high duty cycle.  *Id.* at 8:47-61, Fig. 9.  Conversely, if the monitor is in a high duty cycle state and neither an event nor low signal quality occurs, the monitor may decrease the samples received and processed, such as by transitioning to a low duty cycle to conserve power.  *Id.* at 9:6-18.  Thus, patient monitors described in the '703 patent can adapt during adverse patient events or upon signal quality issues.

## B.    Introduction To The Independent Claims Of The '703 Patent

31.    The '703 patent has six independent claims. Claims 1, 9, and 12 describe methods of managing power consumption by (a) reducing activation of an

**B.    "Processing Characteristics"**

43.    The term "processing characteristics" appears in every independent claim of the '703 patent.

44.    In my opinion, the Board should construe "processing characteristics" to require that the "processing characteristics" are determined from a signal received from one or more detectors configured to detect light.  This construction is the meaning "processing characteristics" would have had to a POSITA in July 2001 based on the patent claims and specification.

45.    The claims of the '703 patent support this construction.   Method claims 1, 9, and 12 require "receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue."  Ex. 1001 ('703 patent) at 11:37-39, 12:10-12, 12:34-36.  Similarly, apparatus claims 15, 20, and 22 require "an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor."  *Id.* at 12:56-58, 13:19-21, 14:9-11.

46.    All of the claims also require "comparing processing characteristics to a predetermined threshold" and, "when said processing characteristics pass said threshold," "transitioning to continuously operating … at a higher power consumption level."  *Id.* at 11:43-47, 12:16-20, 12:40-44, 12:62-66, 13:25-14:1, 14:15-19.  A POSITA would have understood that the processing characteristics are

determined from the signal received from the detector because (1) the signal received from the detector is the only signal referenced in the claims, (2) all data processing in the claims depends on the signal from the detector, and (3) as discussed herein, the specification consistently describes determining the processing characteristics from the signal received from the detector.

47.    The specification further confirms that the processing characteristics are determined from a signal received from one or more detectors.  Figure 4 (below) shows details "regarding the sensor interface 320, the signal processor 340 and the sampling controller 360."  Ex. 1001 at 5:28-30.  As shown, the detector front-end 490 [green] (i.e., detector) provides a "conditioned and digitized input signal 322 [red line] to the signal processor 340":



## FIG. 4

*(Illustrating processing path from detector front-end)*

*Id.* at 5:35-38, Fig. 4. The "signal processor 340 has a pre-processor 410 [blue] and a post processor 430 [purple]." *Id.* at 5:40-41. The "post processor 430 calculates the physiological measurements 342 and the signal statistics 344, which are output to a signal status calculator." *Id.* at 5:46-48. The physiological measurement and signal statistics are examples of processing characteristics, which are determined from the signal received from the detector. The '703 patent does not include any embodiments where a physiological sensor signal is not received from the detector (i.e., detector front-end).

"reducing/reduce an amount of processing by a signal processor." Dr. Anthony's arguments regarding these limitations require that a POSITA would have been motivated to "suspend and not execute" Diab's "motion artifact suppression module." However, as I discuss below, Diab's motion artifact suppression module cannot be suspended because it is necessary for other aspects of Diab's patient monitor.

51.    The combination of Diab and Amano also does not disclose "comparing processing characteristics to a predetermined threshold." Dr. Anthony assumes that Diab detects motion by comparing a certain value to a "predetermined threshold," but that is not accurate. A POSITA would have understood that Diab does not necessarily compare the value to a predetermined threshold to detect motion.

52.    For these reasons, the combination of Diab and Amano do not render claims 9-10, 12-14, 20, and 22-24 obvious.

## A.    Overview Of Diab

53.    Diab does not disclose methods of intermittently reducing the power consumption of a patient monitor. Rather, Diab discloses methods of isolating a primary or secondary signal portion from a composite measured signal using signal-processing techniques. Ex. 1007 (Diab) at 3:16-21, 8:65-9:4, Figs. 4-5. Diab's oximeter includes a "pulse rate calculation module 410." Figure 20 (below)

"illustrates a block diagram of the operations of the pulse rate calculation module

[410]." Ex. 1007 (Diab) at 8:16-17. Diab's pulse rate calculation module 410

generates a heart rate [red lines] and a clean plethysmograph waveform [blue lines]

through ***different*** processing paths:



*FIG. 20*

***(Red lines illustrate heart rate processing path; Blue lines illustrate clean
plethysmograph processing path)***

Ex. 1007 (Diab) at 49:29-32, 50:27-29, Fig. 20; *see also id*., 39:25-30, Fig. 14. For

example, the module 410 determines the heart rate by applying "spectral

estimation" (586 or 588), "spectrum analysis" (590), "slew rate limiting" (592), and

"output filter" (594) to the infrared and red signals. *Id*. at 47:30-50:29, Fig. 20.

The pulse rate calculation module 410 ***does not*** use these same modules (i.e.,

"spectral estimation" (586 or 588), "spectrum analysis" (590), "slew rate limiting"

(592), and "output filter" (594)) to process the infrared and red signals to generate

-27-

the clean plethysmograph waveform. *Id.* Consequently, the heart rate processing path is not indicative or representative of the clean plethysmograph waveform processing path.

54. With respect to the heart rate processing path, Diab discloses, "If motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression." *Id*. at 47:52-54. Conversely, Diab states, "In the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580." *Id.* at 47:55-56. As shown in Figure 20 (below), "spectral estimation" [purple] applies to only the heart rate processing path [red lines]:



*FIG. 20*

***(Illustrating that "spectral estimation" [purple] is part of only the heart rate processing path [red lines], not the clean plethysmograph processing path [blue lines])***

Ex. 1007 (Diab) at Fig. 20.  "Spectral estimation" is not part of the clean plethysmograph waveform processing path [blue lines].

55.    As shown below, Diab's pulse rate calculation module 410 includes a "motion status module 584 [red]" that uses the "average peak width value" to determine whether motion is present:



*FIG. 20*

***(Illustrating the motion status module 584 [red] for determining whether motion is present)***

Ex. 1007 (Diab) at 47:43-47, Fig. 20.  Diab discloses, "if the peaks are wide, this is taken as an indication of motion."  *Id.* at 47:52-54; *see also id.*, 46:53-55 ("The width of the peaks provides some indication of motion by the patient – wider peaks indicating motion.").  However, Diab does not disclose how the oximeter determines whether peaks are "wide."

56.    As shown below, the pulse rate calculation module 410 also includes a "motion artifact suppression module 580":



*FIG. 20*

**(Illustrating the motion artifact suppression module 580 [blue])**

*Id.* at 47:30-38, Fig. 20.

57.    Diab discloses that generating the clean plethysmograph waveform requires continuous operation of the motion artifact suppression module 580. Diab states that the "infrared and red sample packets, the saturation value and the output of the motion status module are provided to the motion artifact suppression module 580," as illustrated by the blue lines:



*FIG. 20*

**(Blue lines illustrate clean plethysmograph processing path, which includes the motion artifact suppression module 580)**

Ex. 1007 (Diab) at 47:47-49, Figs. 20-21.

58.    Figure 21 (below), which is "a block diagram of the operations of the motion artifact suppression module of FIG. 20," illustrates that the motion artifact suppression module 580 uses the infrared *and* red packets to generate the clean plethysmograph waveform (highlighted yellow):



FIG. 21

***(The clean waveform (highlighted yellow) is an output of the motion artifact
suppression module 580)***

*Id.* at 49:14-32, Fig. 21.  For example, the "reference generator 582" subtracts the

red and infrared signals from each other after multiplying by the arterial saturation

ratio.  *See id.* at 42:60-43:7 (describing operation of reference generator), 48:49-53

(stating that reference generator 582" is the same as the corresponding module in

saturation transform reference processor 530).

     59.    Similarly, the "DC removal" [green] and "bandpass filter" [purple]

modules process the infrared and red packets to generate the clean plethysmograph

waveform:



*FIG. 21*

***(The infrared and red signals are processed by the DC Removal [green] and Bandpass Filter [purple] modules to generate the clean waveform [highlighted yellow])***

Ex. 1007 (Diab) at Fig. 21.  If this processing did not occur, the oximeter could not derive the clean plethysmograph waveform from infrared and red packets and output it for presentation to a clinician.  *Id.*; *see also id*. at 5:59-60.  Importantly, Diab never discloses that Diab's oximeter generates the clean plethysmograph waveform without the motion artifact suppression module 580, or discloses not generating a clean plethysmograph waveform.

### B.    <u>Overview Of Amano</u>

60.    Amano describes "a pulse wave examination apparatus which can judge the pulse condition objectively and accurately."  Ex. 1004 (Amano) at 3:20-23.  Amano explains that "typical forms of pulse waveforms by the classification of

consumption concerns would have motivated a POSITA to eliminate the important clean plethysmograph waveform.

69.    Because a POSITA would not have been motivated to suspend the motion artifact suppression module, Dr. Anthony's argument that Diab's oximeter would operate at a "lower power consumption level" when the module is not executed is not correct.  Ex. 1003 (Anthony Declaration) at ¶55.  Similarly, Dr. Anthony's argument that Diab's oximeter would operate at a "higher power consumption level" when the motion artifact suppression module is executed is also not correct.  *Id.* at ¶58.

### 2.    Amano Would Not Have Motivated A POSITA To Suspend Diab's Motion Artifact Suppression Module

70.    Even if a POSITA would have been motivated to "suspend and not execute" Diab's motion artifact suppression module, Amano would not have motivated a POSITA to do so for several reasons.  ***First***, a POSITA would not have been motivated to combine Diab and Amano due to the differences in the systems.  Diab and Amano disclose different processing algorithms that result in different outputs that are not directly applicable to each other.  For example, Diab produces multiple patient-monitoring outputs, including a heart rate and clean plethysmograph waveform.  *See e.g.,* Ex. 1007 (Diab) at Fig. 14 (identifying outputs).  The same is not true for the embodiments in Amano relied upon by Dr. Anthony.  *See e.g.,* Ex. 1003 at ¶42 (citing Ex. 1004 (Amano) 21:3-57, 40:23-24).

The apparatus disclosed and described in Figure 1 produces a single output, a qualitative description of the patient's pulse condition as "Hua mai, Ping mai, [or] Xuan mai." Ex. 1004 at 23:5-9.

71. **Second**, as discussed in the "Overview Of Amano" above, Amano's apparatus is specifically designed to "suspend and not execute" certain modules when no motion is detected. Diab is not. Specifically, Diab's motion artifacts suppression module cannot be suspended because its continuous operation is necessary to generate the clean plethysmograph waveform.

72. **Third**, as discussed in the "Overview of Amano" above, Amano's apparatus relies on an additional sensor, an acceleration sensor, to detect motion. Ex. 1004 (Amano) at 21:9-12, 35:25-27, 40:65-41:3. Diab does not include an acceleration sensor to supply movement signals and instead identifies motion using detected light. *See e.g.,* Ex. 1007 (Diab) at 50-54, Fig. 20 (detecting motion by comparing peak widths). Amano is not only different from Diab, but also from the '703 patent in which the patient monitor uses signal processing techniques to detect motion from the signal received from an optical detector. Ex. 1001 ('703 patent) at 6:25-41, Fig. 4.

73. As a result of all these differences, a POSITA would not have had a reasonable expectation of success in combining Amano's disclosure to suspend specific modules with Diab's oximeter. A POSITA would have at least understood

that Amano's disclosure of suspending its "body movement component eliminating section" is not applicable to Diab's motion artifact suppression module because each module has different processing responsibilities.

### 3. Dr. Anthony Does Not Show That Suspension Of Diab's Motion Artifact Suppression Module Would Result In A "Lower Power Consumption Level"

74. Even if a POSITA would have been motivated to "suspend and not execute" Diab's motion artifact suppression module, Dr. Anthony still does not show that suspending the module would result in a "lower power consumption level," as required by the '703 patent claims. Dr. Anthony assumes that Diab's oximeter would consume less power by suspending the motion artifact suppression module because Amano's apparatus consumes less power when it suspends specific modules. Ex. 1003 (Anthony Declaration) ¶¶54-55. However, again, Dr. Anthony does not account for the differences between Diab and Amano, and the unique aspects of Diab's oximeter.

75. Diab's pulse rate calculation module 410 includes a motion status module 584 that signals whether motion has been detected. Ex. 1007 (Diab) at 47:50-54. As shown below, the signal generated by the motion status module 584 [green] becomes an input (*see* red line) to the spectrum analysis module 590 [orange] and the output filter 594 [pink]:



*FIG. 20*

***(Illustrating input of motion status signal [red line] to spectrum analysis and output filter)***

*Id.* at Fig. 20.   The spectrum analysis module 590 and output filter 594 operate **differently** depending on whether motion is detected.  *Id.* at 50:8-14, 50:21-29.  Dr. Anthony does not address these differences.

76.     With respect to the output filter 594, Diab discloses that "[i]f motion is large, this filter is slowed down, if there is little or no motion, this filter can sample much faster and still maintain a clean value."  Ex. 1007 (Diab) at 50:23-27. A POSITA would have recognized that a module that samples "much faster" will process more data and **increase** the power consumption level.  This higher power consumption level when no motion is detected directly contradicts Dr. Anthony's argument that Diab's oximeter will operate at a lower power consumption level when no motion is detected.  Ex. 1003 (Anthony Declaration) ¶¶54-55.

-44-

77.     Similarly, the spectrum analysis module 590 operates differently depending on the motion status. Diab states, "In the case of motion, the spectrum analysis module 590 selects the peak in the spectrum with the highest amplitude, because the motion artifact suppression module 580 attenuates all other frequencies to a value below the actual heart rate peak." Ex. 1007 (Diab) at 50:8-12. Conversely, in "the case of no motion, the spectrum analysis module selects the first harmonic in the spectrum as the heart rate as described above." *Id*. at 50:12-14; *see also* 38:14-33 (describing selection of first harmonic). A POSITA would have understood that the algorithms utilized by Diab when "no motion" is detected could consume more power than the algorithms utilized by Diab when motion is detected.

78.     Thus, Dr. Anthony's assumption that suspension of Diab's motion artifact suppression module would necessarily lower the power consumption level is incorrect. For this additional reason, Dr. Anthony has not shown that Diab and Amano render the claims obvious.

**D.     The Combination Of Diab And Amano Does Not Disclose Or Suggest Comparing "Processing Characteristics To A Predetermined Threshold"**

79.     All of the independent claims in the '703 patent require "comparing the processing characteristics to a predetermined threshold." Even if the combination of Diab and Amano disclosed or suggested operating a patient monitor at a "lower power consumption level" and a "higher power consumption level," Dr.

because the signal processor process less data (only infrared samples) and 'without motion artifact suppression.'"  Ex. 1003 ¶62.  Dr. Anthony is incorrect for two reasons.

86.     First, Dr. Anthony's argument relies on the faulty premise that a POSITA would have been motivated to "suspend and not execute" Diab's motion artifact suppression module and that the oximeter would process "only infrared samples."  Ex. 1003 at ¶¶53-55.  As explained above, Diab's motion artifact suppression module operates continuously to generate the clean plethysmograph waveform and a POSITA would not have been motivated to "suspend and not execute" it.

87.     Second, even if the motion artifact suppression module were suspended, a POSITA still would have understood that Diab's oximeter may process *more* data when no motion is detected.  The motion status module 584 signals whether the oximeter has detected motion. Ex. 1007 (Diab) at 47:50-54.  As shown below, the signal generated by the motion status module 584 is an input (*see* red line) to the spectrum analysis module 590 [orange] and the output filter 594 [pink]:



*FIG. 20*

***(Illustrating input of motion status signal [red line] to spectrum analysis and output filter)***

*Id.* at Fig. 20.

88.    With respect to the output filter 594, Diab discloses that "[i]f motion is large, this filter is slowed down, if there is little or no motion, this filter can sample much faster and still maintain a clean value."  Ex. 1007 (Diab) 50:23-27.  A POSITA would have recognized that a module that samples "much faster" processes ***more*** data.  This increase in processing when no motion is detected directly contradicts Dr. Anthony's assertion that Diab's oximeter will process less data when no motion is detected.

89.    Similarly, the spectrum analysis module 590 operates differently depending on the motion status.  Diab states, "In the case of motion, the spectrum

analysis module 590 selects the peak in the spectrum with the highest amplitude, because the motion artifact suppression module 580 attenuates all other frequencies to a value below the actual heart rate peak." Ex. 1007 (Diab) 50:8-12. "In the case of no motion, the spectrum analysis module selects the first harmonic in the spectrum as the heart rate as described above." *Id*. at 50:12-14; *see also* 38:14-33 (describing selection of first harmonic). A POSITA would have understood that the algorithms utilized by Diab when "no motion" is detected could consume more power than the algorithms utilized by Diab when motion is detected. Again, this contradicts Dr. Anthony's arguments.

90.    For all of these reasons, a POSITA would not have assumed that Diab would process less data if the motion artifact suspension module were suspended. Consequently, I do not believe that Dr. Anthony has demonstrated that Diab and Amano render claims 9-10 and 20-21 obvious.

## X.    THE COMBINATION OF DIAB, AMANO, AND EDGAR DOES NOT RENDER THE CLAIMS OBVIOUS

91.    Dr. Anthony argues that the combination of Diab, Amano, and Edgar renders dependent claims 11 and 21 obvious. However, a POSITA would not have been motivated to combine Diab, Amano, and Edgar. Edgar discloses methods of "processing measured signals to remove unwanted signal components caused by noise and especially noise caused by motion artifacts." Ex. 1005 (Edgar) 1:15-18. Edgar specifically purports to address a need in the art for "a method, apparatus and

Case: 22-1890    Document: 22    Page: 657    Filed: 02/15/2023

7/7/2021                Apple, Inc. v. Masimo Corp.                Brian Anthony, Ph.D.

Page 1

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

APPLE INC.,                        )
                                   )
                    Petitioner,    )
                                   ) Case IPR2020-01523
        -against-                  ) U.S. Patent
                                   ) 8,457,703
MASIMO CORPORATION,                )
                                   )
                    Patent Owner.  )
_____)


VIDEO-RECORDED DEPOSITION OF

BRIAN W. ANTHONY, PH.D.

Zoom Recorded Videoconference

07/07/2021

1:03 p.m. (EDT)


REPORTED BY:  AMANDA GORRONO, CLR

CLR NO. 052005-01


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

**MASIMO 2003**
**Apple v. Masimo**
**IPR2020-01523**

Page 2

1                                           07/07/2021

2                                           1:03 p.m. (EDT)

3

4          VIDEO-RECORDED DEPOSITION OF BRIAN W. ANTHONY,

5    Ph.D., held virtually via Zoom Videoconferencing,

6    before Amanda Gorrono, Certified Live Note Reporter,

7    and Notary Public of the State of New York.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 3

```
 1   A P P E A R A N C E S
     (Via Zoom Videoconferencing):
 2   ON BEHALF OF PLAINTIFF APPLE INC.:
             Dan Smith, Esquire
 3           Fish & Richardson
             1717 Main Street
 4           Suite 5000
             Dallas, Texas 75201
 5           PHONE:  214-292-4071
             E-MAIL: Dsmith@fr.com
 6              -AND-
             Kim Leung, Esquire
 7           Fish & Richardson
             12860 El Camino Real
 8           Suite 400
             San Diego, CA 92130
 9           PHONE:  858-678-4713
             E-MAIL: Leung@fr.com
10
11   ON BEHALF OF DEFENDANT MASIMO CORPORATION:
             Joshua Stowell, Esquire
12           Knobbe Martens
             2040 Main Street
13           Irvine, CA 92614
             PHONE:  949-760-0404
14           E-MAIL: Joshua.stowell@knobbe.com
                -AND-
15           Jacob Peterson, Esquire
             Knobbe Martens
16           925 4th Ave #2500
             Seattle, WA 98104
17           PHONE: 206-405-2000
             E-MAIL: Jacob.peterson@knobbe.com
18
19   ALSO PRESENT:
     Andrew Hill
20   Sarah Howard - Legal Videographer - Digital Evidence
21   Group
22   Brian Sparks - Exhibit Technician - Digital Evidence
```

Appx1456

Page 47

1          A.          As it is 580 in Figure 21, which is a

2     subblock of the figure block in Figure 20, ones

3     labeled "clean waveform" and the other one is labeled

4     "plethysmograph clean waveform," so they wouldn't be

5     referring to the same thing.

6          Q.          And in Figure 21 the infrared and red

7     samples are used as inputs in something called a

8     "reference generator 582," correct?

9          A.          That is correct.  They both feed into

10    528, a reference generator.

11         Q.          And have you had an opportunity to

12    form an opinion regarding how the reference generator

13    processes the red and infrared snapshots?

14                     MR. SMITH:  Objection; form.

15         A.          Wasn't necessary to go into the

16    details of understanding -- of characterizing what

17    that specific block is doing.  But it's taking as

18    input the infrared and red to form a reference.

19         Q.          Okay.  The motion artifact

20    suppression module 580 also includes modules for DC

21    removal 583 and bandpass filter 585, correct?

22         A.          Yes.  In the box, the dotted block

Page 48

1    labeled "570," it includes the DC removal block 583

2    and the bandpass filter 585.

3         Q.      And you have not offered any opinions

4    whether the clean waveform could be generated without

5    DC removal or bandpass filtering, correct?

6              MR. SMITH:  Objection; form.

7         A.      Did not need to opine on sort of

8    modifications for alternative embodiments.

9         Q.      And have you formed an understanding

10   of how the DC removal module and the bandpass

11   filtering module processes the signals received from

12   the infrared snapshot and the reference generator?

13             MR. SMITH:  Objection; form.

14        A.      Just highlighting in Paragraph -- in

15   Column 48 of the Diab reference, around Line 43

16   describing the figure -- the motion artifact

17   reference processor 570 is the same as the reference

18   processor 530 at the saturation transfer module.

19             It goes on, Line 48, "The reference

20   processor 570, therefore, has a saturation equation

21   module 581, a reference generator 582, a DC removal

22   module 583 and a bandpass filter module 585."

Page 54

1    the green pathway.

2         Q.      And the purple line reflects the

3    signals and modules used to determine the pulse rate

4    with motion artifact suppression, correct?

5         A.      The additional -- the purple

6    highlight "Additional processing for motion artifact

7    suppression," which includes the motion artifact

8    suppression, spectral estimation, spectral analysis.

9    And the slew rate limiting and the output filter.

10        Q.      In Paragraph 54, you provide the

11   opinions that it would have "been obvious to suspend

12   and not execute the operations of Diab's motion

13   artifact suppression module 580 if motion is not

14   detected based on Amano's teachings," correct?

15        A.      Correct.  "Teaching of suspending the

16   operation of body movement component eliminating

17   section when no body movement is present."

18        Q.      And you rely on Amano's teachings

19   because Diab does not say that determining the pulse

20   rate without motion artifact suppression results in a

21   lower power consumption level, correct?

22        A.      So as I highlight in Paragraphs 44

Page 68

1    for me to understand your opinions.  And so I'm

2    asking:  Do you -- have you expressed an opinion

3    regarding whether the detection of motion impacts the

4    creation of the clean PPG waveform?

5                    MR. SMITH:  Objection; form, asked

6    and answered.

7        Q.      If you have not expressed an opinion,

8    that's fine.  Let me know.  I don't think you have,

9    but if you believe you have, please point me to the

10   portion of your Declaration where you discuss how

11   motion impacts the creation of the clean PPG

12   waveform.

13                   MR. SMITH:  Objection to form,

14   argumentative.

15       A.      So as I highlight in 58, so a clean

16   plethysmograph signal is a signal presumably that

17   does not have noise or doesn't have motion in it as

18   one example of what it would mean to clean up the

19   plethysmograph signal.  And so if motion is not

20   present, we don't need to remove it to generate the

21   clean plethysmograph signal as highlighted here that

22   if no motion is detected, estimation is carried out

Page 69

1    directly without motion artifact suppression.  So no

2    need to suppress -- it's not dirty with motion

3    artifacts, so no need to clean it.  It's already

4    clean.  In the case of motion, it's dirty, so we need

5    to clean it with the motion artifact suppression

6    module in 580.

7          Q.      So in Paragraph 58, you quote a

8    portion of Diab that says, "If motion is not

9    detected, spectral estimation on the signals is

10   carried out directly without, without motion artifact

11   suppression," correct?

12         A.      That is the second sentence of

13   Paragraph 58, correct.

14         Q.      And if we look at Figure 20 which is

15   of Diab which is on the screen, the clean PPG

16   waveform is not subjected to spectral estimation,

17   correct?

18               MR. SMITH:  Objection; form.

19         A.      It's not, it's not -- it doesn't go

20   through that box labeled spectral estimation, but

21   indeed one, one option for motion artifact

22   suppression would be including spectral estimation so

Page 125

1    describe -- I sort of talk about reducing activation.

2          Q.        And does that mean you have not

3    rendered an opinion regarding the proper construction

4    of the term "processing characteristics"?

5                    MR. SMITH:  Objection; form.

6          A.        As I highlight here in 97 and 98, a

7    limiting interpretation requiring process

8    characteristics be obtained from a signal provided by

9    the photodetector as opposed to a non-limiting

10   meeting and including characteristics or features in

11   Paragraph 98 obtained from or used for processing

12   information.

13         Q.        Is the limiting interpretation

14   provided in Paragraph 97 the proper construction of

15   the term processing characteristics?

16                   MR. SMITH:  Objection; form.

17         A.        So it's highlighting Diab indeed

18   teaches that these limitations are met where

19   processing characteristics are obtained from a signal

20   process, from a signal provided by a photodetector.

21         Q.        Right.  And is it your opinion that

22   that, that the limiting interpretation in Paragraph

Page 126

1    97 is the proper construction of processing

2    characteristics?

3              MR. SMITH:  Objection; form.

4         A.      Certainly a person of skill in the

5    art reading Diab would understand those limitations

6    were met under interpretation of processing

7    characteristics come from a signal provided by the

8    photodetector.

9              And in a alternative, sort of, not as

10   limited, but an alternative equally valid

11   interpretation here processing characteristics met by

12   Amano's acceleration sensor output.

13        Q.      Is the limiting interpretation you

14   referred to in Paragraph 97 of your Declaration the

15   meaning that processing characteristics would have

16   had to a person of ordinary skill in the art in

17   July 2001?

18             MR. SMITH:  Objection; form.

19        A.      Didn't need to construe sort of a

20   specific definition of processing characteristics

21   highlighting that there is a subset and a broader set

22   of processing characteristics.  And Diab teaches

Page 127

1    limitation from a signal provided by a photodetector,

2    and in a non-limiting -- or in -- teaches these

3    limitations based on alternative non-limiting not as

4    constrained interpretation of processing

5    characteristics.

6        Q.    Is if fair to say, Dr. Anthony, that

7    you have not formed an opinion on whether the

8    limiting interpretation or the alternative

9    non-limiting interpretation is the construction or

10   meaning that a person of ordinary skill in the art

11   would have had in July 2001?

12            MR. SMITH:  Objection; form.

13       A.    A person skilled in the art reading

14   processing characteristics would understand what they

15   meant in the context.

16            And I guess I would just also

17   highlight looking -- reading -- where did it go?

18   I've lost my place.  Sorry.

19       Q.    No problem.  Let me ask you in a

20   different way:  Have you formed an opinion of whether

21   the correct construction of processing

22   characteristics is the limiting interpretation or the

Page 128

1    alternative non-limiting interpretation you identify

2    in Paragraph 98?

3                    MR. SMITH:  Objection; form.

4         A.        At the time of the patent, whether a

5    person of skill in the art reading processes and

6    characteristics, you know, shows interpreted as

7    limiting and being from a photodetector Diab teaches

8    those limitations.  And if the -- in a broader

9    interpretation, processing characteristics we include

10   characteristics or features that is, you know, Amano

11   teaches those limitations based on those alternative

12   non-limiting interpretation of processing

13   characteristics.

14        Q.        So you have provided in your expert

15   declaration two potential definitions for processing

16   characteristics, a limiting interpretation in

17   Paragraph 97, and a alternative non-limiting

18   interpretation in Paragraph 98.

19                  Do you have an opinion regarding

20   which of those interpretations is the correct

21   construction of processing characteristics?

22                  MR. SMITH:  Objection; form.

Page 129

1        A.        Certainly Diab takes the broader

2    construction, which is an alternative non-limiting

3    interpretation of processing characteristics.  The --

4    something obtained from the photodetector would fall

5    underneath there.

6                    And if I also, sort of, highlight

7    maybe -- let's see.  Where was it?  So if we look at

8    Claim 1, for example, in the '703 patent, processing

9    characteristics, as in the last two limitations of

10   Claim 1; and then a independent claim on one is four,

11   for example, where a method of Claim 1 wherein said

12   processing characteristics comprise signal

13   characteristics from one or more light sensitive

14   detectors.

15                   So a person of skill in the art

16   reading that, sort of, the broader interpretation is

17   sort of what you get by reading one, and then the

18   narrow is, is four.  Or narrow it to just the

19   light-sensitive detector.

20                   Certainly Diab teaches, whether that

21   characteristic coming from a signal provided by

22   the -- whether it be a photodetector or another

Page 130

1    sensor.

2         Q.        Okay.  You didn't answer my question.

3    I'll ask it one more time, and then we can --

4         A.        I'm sorry.

5         Q.        Do you have an opinion as to whether

6    the limiting interpretation of processing

7    characteristics you've provided in Paragraph 97, or

8    the alternative non-limiting interpretation of

9    processing characteristics you've provided in

10   Paragraph 98 -- okay.  Let me scratch that and start

11   over.

12              Is the limiting interpretation

13   identified in Paragraph 97 or the alternative

14   non-limiting interpretation identified in Paragraph

15   98 the correct construction of processing

16   characteristics?

17              MR. SMITH:  Objection; form.

18        A.        Wasn't necessary to inform my

19   opinions to highlight which one is the correct one.

20   The processing characteristics, Diab teaches the

21   limitation -- teaches limiting interpretation

22   requiring that these processing characteristics come

Page 131

1    from the photodetector; and Amano teaches them with a

2    broader non-limiting interpretation of the processing

3    characteristics coming from, for example, Amano's

4    acceleration sensor output.

5           Q.    Okay.  Why, don't we take --

6           A.    Now I'm limiting it --

7           Q.    Do you have more to add?  I'm sorry

8    to cut you off.

9           A.    This could be the second, the

10   additional sentence, "The non-limiting plain meaning

11   of the phrase includes characteristics obtained from

12   or used for processing information."

13              MR. STOWELL:  Okay.  Sorry I

14   interrupted you.

15              Why don't we take a break now.  Is

16   that good?

17              THE WITNESS:  Sure.

18              MR. STOWELL:  Why don't we plan to

19   met back at -- let's see.  It would be 5:10 your

20   time.

21              THE VIDEOGRAPHER:  The time is --

22              MR. SMITH:  We're off the record.

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

APPLE INC.,
Petitioner,

v.

MASIMO CORPORATION,
Patent Owner.

_____

Case IPR2020-01523
Patent No. 8,457,703

_____

**PETITIONER'S REPLY TO PATENT OWNER'S RESPONSE**

Case No. IPR2020-01523
Attorney Docket:  50095-0002IP1

# TABLE OF CONTENTS

I.    CLAIM CONSTRUCTION ............................................................................1

    A. "processing characteristics".............................................................1

II.   DIAB IN VIEW OF AMANO RENDERS CLAIMS 9-10, 12-14, 20, AND
     22-24 OBVIOUS (GROUND 1A) ...........................................................4

    A. Diab in view of Amano teaches operating at "a lower power consumption
       level" and "a higher power consumption level."..................................4

      1.  A POSITA would have found it obvious to suspend and not execute
         Diab's motion artifact suppression module if motion is not detected. .4

      2.  A POSITA would have been motivated to apply Amano's teachings to
         suspend and not execute operations of Diab's motion artifact
         suppression module if no motion is detected to reduce calculation time
         and power consumption. ....................................................................8

      3.  Suspending operations of the motion artifact suppression module
         would result in Diab's device operating "at a lower power
         consumption level," thereby "reducing an amount of processing by a
         signal processor." ..............................................................................9

    B. Diab teaches "comparing processing characteristics to a predetermined
       threshold."........................................................................................13

III.  A POSITA WOULD HAVE BEEN MOTIVATED TO COMBINE EDGAR
     WITH DIAB AND AMANO (GROUND 1B)............................................15

IV.   DIAB IN VIEW OF AMANO AND TURCOTT RENDER CLAIMS 1-7
     AND 15-18 OBVIOUS (GROUND 1C).....................................................16

    A. Diab in view of Amano and Turcott teach "reducing/reduce activation of
       an attached sensor." ..........................................................................16

    B. A POSITA would have been motivated to apply Turcott's teachings to
       Diab's oximeter. ...............................................................................19

V.    GROUNDS 2A-2C ESTABLISH THAT THE CHALLENGED CLAIMS
     ARE OBVIOUS.....................................................................................23

VI.   AMANO RENDERS CLAIMS 9-10, 12-14, 20, and 22-24 OBVIOUS
     (GROUND 3A).....................................................................................23

    A. Amano teaches determining "measurement values for one or more
       physiological parameters of a patient." ..............................................23

i

B. Amano teaches "comparing processing characteristics to a predetermined threshold."..................................................................................24

VII. AMANO IN VIEW OF TURCOTT RENDER CLAIMS 1-3 and 15-17 OBVIOUS (GROUND 3B) ...........................................................................25

VIII. CONCLUSION...............................................................................28

**Appx1679**

Case No. IPR2020-01523
Attorney Docket:  50095-0002IP1

**EXHIBITS**

| | |
|---|---|
| APPLE-1001 | U.S. Patent No. 8,457,703 to Al-Ali ("the '703 Patent") |
| APPLE-1002 | Excerpts from the Prosecution History of the '703 Patent |
| APPLE-1003 | Declaration of Brian W. Anthony, Ph.D. |
| APPLE-1004 | U.S. Patent No. 6,293,915 to Amano et al. ("Amano") |
| APPLE-1005 | U.S. Patent No. 6,393,311 to Edgar, Jr. et al. ("Edgar") |
| APPLE-1006 | U.S. Patent No. 6,527,729 to Turcott ("Turcott") |
| APPLE-1007 | U.S. Patent No. 5,632,272 to Diab et al. ("Diab") |
| APPLE-1008 | U.S. Patent No. 6,178,343 to Bindszus et al. |
| APPLE-1009 | U.S. Patent No. 5,924,979 to Swedlow et al. |
| APPLE-1010 | Tremper, *Pulse Oximetry*, Anesthesiology, The Journal of the American Society of Anesthesiologists, Inc., Vol. 70, No. 1 (January 1989) |
| APPLE-1011 | Mendelson, *Skin Reflectance Pulse Oximetry: In Vivo Measurements from the Forearm and Calf*, Journal of Clinical Monitoring, Vol. 7, No. 1 (January 1991) |
| APPLE-1012 | Excerpts from Bronzino, *The Biomedical Engineering Handbook*, CRC Press, Inc. (1995) |
| APPLE-1013 | Konig, *Reflectance Pulse Oximetry – Principles and Obstetric Application in the Zurich System*, Journal of Clinical Monitoring, Vol. 14, No. 6 (August 1998) |
| APPLE-1014 | U.S. Patent No. 5,490,505 to Diab et al. |
| APPLE-1015 | U.S. Patent No. 5,027,410 to Williamson et al. |

iii

| APPLE-1016 | U.S. Patent Application Publication No. 2003/0004428 to Pless et al. |
|---|---|
| APPLE-1017 | U.S. Patent Application Publication No. 2002/0032386 to Sackner et al. |
| APPLE-1018 | U.S. Patent Application Publication No. 2003/0163287 to Vock et al. |
| APPLE-1019 | U.S. Patent No. 6,163,721 to Thompson |
| APPLE-1020 | U.S. Patent No. 5,058,203 to Inagami |
| APPLE-1021 | U.S. Patent No. 6,711,691 to Howard et al. |
| APPLE-1022-1030 | Reserved |
| APPLE-1031 | Scheduling Order, Masimo v. Apple et al., Case 8:20-cv-00048, Paper 37 (April 17, 2020) |
| APPLE-1032 | Stipulation by Apple |
| APPLE-1033 | Telephonic Status Conference, Masimo v. Apple et al., Case 8:20-cv-00048, Paper 78 (July 13, 2020) |
| APPLE-1034 | Joseph Guzman, "Fauci says second wave of coronavirus is 'inevitable'", TheHill.com (Apr. 29, 2020), available at: https://thehill.com/changing-america/resilience/natural-disasters/495211-fauci-says-second-wave-of-coronavirus-is |
| APPLE-1035 | "Tracking the coronavirus in Los Angeles County," LATimes.com (Aug. 20, 2020), available at https://www.latimes.com/projects/california-coronavirus-cases-tracking-outbreak/los-angeles-county/ |
| APPLE-1036 | Order Amending Scheduling Order, Masimo et al. v. True Wearables et al., Case 8:18-CV-02001 (July 7, 2020) |

APPLE-1037    Order Regarding Motion to Stay (Redacted) in *Masimo Corporation et al. v. Apple Inc*., Case 8:20-cv-00048, October 13, 2020

APPLE-1038    Single Exponential Smoothing, Engineering Statistics Handbook, Internet Archive Wayback Machine capture April 19, 2001, available at https://web.archive.org/web/20010419095031/http://www.itl.nist.gov:80/div898/handbook/pmc/section4/pmc431.htm

APPLE-1039    Transcript of Deposition of Vijay K. Madisetti, Ph.D.

The arguments in Masimo's POR attempt to overcome the substantial evidence of unpatentability of the challenged claims. These arguments fail because, as explained in the Petition and further clarified below, the cited prior art references render the challenged claims of the '703 patent unpatentable.

# I.    CLAIM CONSTRUCTION

## A.    "processing characteristics"

Masimo alleges that the plain meaning of "processing characteristics" should "require that the processing characteristics are determined from a signal received from one or more detectors configured to detect light." POR, 23-27. But the '703 claims and specification demonstrate that Masimo's construction is unjustifiably limiting, and thus should not be adopted.

With respect to the claims, claim 4, which depends from independent claim 1, recites that "said processing characteristics comprise signal characteristics from one or more light sensitive detectors." APPLE-1001, 11:59-61. If "processing characteristics" were required to be "determined from a signal received from one or more detectors," claim 4 would be rendered meaningless. Such an interpretation is legal error and is contrary to well-established canons of claim interpretation. *Bicon, Inc. v. Straumann Co.*, 441 F.3d 945, 951 (Fed. Cir. 2006) ("claim language should not be treated as meaningless").

Further, claim 8 recites "said processing characteristics include ***determining***

1

Case No. IPR2020-01523
Attorney Docket: 50095-0002IP1

***an estimate of current power consumption*** and comparing said estimate with a

target power consumption." APPLE-1001, 12:1-4. The specification makes clear

that, contrary to Masimo's proposed construction, the "estimate of current power

consumption" (which, per claim 8, is included in the "processing characteristics")

is not "determined from a signal received from one or more detectors configured to

detect light."

> Claim 8 corresponds to the following description in the specification:

>> The power status calculator 460 utilizes an internal time
>> base, such as a counter, timer or real-time clock, in
>> conjunction with the control engine state to estimate the
>> average power consumption of at least a portion of the
>> pulse oximeter 300. The power status calculator 460 also
>> stores a predetermined power target and compares its
>> power consumption estimate to this target.

APPLE-1001, 6:45-51, FIG. 4. The power status calculator 460 is highlighted in

FIG. 4 below. FIG. 4 and the corresponding description in the specification show

that the power consumption estimate ("processing characteristics" per claim 8) is

not determined from a signal received from the detector front-end 490, but rather

from a signal received from control engine 440. *Id.*

2

Case No. IPR2020-01523
Attorney Docket:  50095-0002IP1



FIG. 4

APPLE-1001, FIG. 4 (annotated)

As such, the claims and specification do not require that "processing characteristics" be determined from a signal received from detectors configured to detect light as Masimo argues. *Id.*  In fact, the '703 patent explicitly describes "processing characteristics" determined from a signal received from another element of a patient monitor, such as a control engine, and nothing in the intrinsic evidence precludes "processing characteristics" from being determined from a signal received from another element of a patient monitor, such as an acceleration sensor, as described in Amano.

Thus, the '703 patent demonstrates that Masimo's proposed construction of "processing characteristics" is unjustifiably limiting and should not be adopted.

3

## II.   DIAB IN VIEW OF AMANO RENDERS CLAIMS 9-10, 12-14, 20, AND 22-24 OBVIOUS (GROUND 1A)

### A.   Diab in view of Amano teaches operating at "a lower power consumption level" and "a higher power consumption level."

#### 1.   A POSITA would have found it obvious to suspend and not execute Diab's motion artifact suppression module if motion is not detected.

In its POR, Masimo contends that Diab's motion artifact suppression module 580 "is necessary to generate the clean plethysmograph waveform, which is critical to patient monitoring." POR, 30-41. But Masimo's (and its declarant's) contentions are inconsistent with Diab's explicit disclosures.

For example, Diab discloses that its system can, but does not necessarily need to, provide a clean plethysmograph waveform. APPLE-1007, 35:42-50 ("may be provided"), 49:29-32 ("can be"), *cf.* 50:27-29 (the pulse/heart rate "is advantageously provided"). Additionally, Diab teaches that a "clean" plethysmograph waveform would only need to be generated by the correlation canceler of the motion artifact suppression module if motion is detected. APPLE-1007, 2:24-27, 3:6-9, 4:39-43, 5:3-9, 9:20-27, 13:15-20, 33:19-23, 33:47-50, 34:1-7, 47:55-56, 48:34-42, FIG. 3. If motion is not detected, the signal measured by the detector is representative of the arterial pulse, and a plethysmograph waveform can be generated from the signal using "traditional filtering techniques, such as simple subtraction, low pass, band pass, and high pass filtering" or "[a] static

4

**Appx1686**

filtering system, such as a bandpass filter."  APPLE-1007, 2:31-45, 4:20-35, 4:59-64, 9:16-20, 33:45-47, 33:64-34:1, 47:52-54, 48:6-13, FIG. 1.  Indeed, Dr. Anthony testified that "if motion is not present, we don't need to remove it to generate the clean plethysmograph signal."  EX2003, 68:15-69:6.  Because Diab's purported invention is "the removal or derivation of either the primary or secondary signal portion" where "[t]he secondary portion also includes artifacts due to patient movement," Diab's FIGS. 20 and 21 depict the modules that are executed "[i]n the case of motion."  APPLE-1007, 1:17-22, 4:20-50, 47:30-50:29.  Diab's FIGS. 20 and 21 do not show the generation of the plethysmograph waveform using "traditional filtering techniques" because it was well known in the art, as indicated by Diab.  *In re Wands*, 858 F.2d 731, 735 (Fed. Cir. 1988) ("need not disclose what is well known").

Masimo's contention that Diab "requires continuous operation of the motion artifact suppression module" is contradicted by their assertion that modules "operate ***differently*** depending on whether motion is detected" by the motion status module.  POR, 34, 46; EX2001, ¶¶57, 75.  Masimo's POR and Dr. Madisetti's declaration provide annotations to Diab's FIG. 20 (reproduced below) to show that the spectrum analysis module and the output filter "operate ***differently*** depending on whether motion is detected," but omit highlighting that the signal generated by the motion status module 584 is also provided to the motion artifact suppression

5

module 580:



*FIG. 20*

*Id.* If Diab required "continuous operation of the motion artifact suppression

module," as Masimo alleged, there would be no reason to provide the motion status

to the motion artifact suppression module since the motion artifact suppression

module would not "operate ***differently*** depending on whether motion is detected."

*See id.;* POR, 34, 46; EX2001, ¶¶57, 75.

Based on Diab's disclosure, a POSITA would have recognized that Diab's

motion artifact suppression module does, in fact, "operate ***differently*** depending on

whether motion is detected." APPLE-1007, 2:24-45, 3:6-9, 4:20-64, 5:3-9, 9:16-

27, 13:15-20, 33:19-23, 33:45-50, 33:64-34:7, 47:52-56, 48:6-13, 48:34-42, FIGS.

1, 3. The Petition provided an annotation of Diab's FIG. 21 showing an example

(reproduced below) of the additional processing performed by the motion artifact

6

suppression module when motion is detected, and showing that Diab's motion

artifact suppression module does "operate **_differently_** depending on whether

motion is detected" in accordance with Diab's disclosure. *Id.*; Petition, 17.



APPLE-1007, Detail of FIG. 21 (annotated)

As shown in the example above, the clean plethysmograph waveform can be

generated using "traditional filtering techniques, such as... band pass... filtering" of

the infrared signal if motion is not detected, or using a correlation canceler 571 if

motion is detected, consistent with Diab's disclosure. *Id.*; APPLE-1007, 49:18-21.

Alternatively, because Diab's FIG. 21 DC removal module 583 and the bandpass

filter module 585 are the same as the FIG. 20 DC removal and bandpass filter

module 578, a POSITA would have found it obvious to suspend and not execute all

the operations of the motion artifact suppression module 580 and instead provide

the clean plethysmograph waveform from the FIG. 20 DC removal and bandpass

7

filter module 578. *Id.*; APPLE-1007, 48:6-11, 48:48-53, 42:27-30. In any case, a

POSITA would have found it obvious not to execute operations of Diab's motion

artifact suppression module 580 if no motion is detected. *Id.*; APPLE-1003, ¶¶52-

54.

> ## 2. A POSITA would have been motivated to apply Amano's teachings to suspend and not execute operations of Diab's motion artifact suppression module if no motion is detected to reduce calculation time and power consumption.

Masimo alleges that "[a] POSITA also would not have been motivated to

combine Diab and Amano due to the differences in the systems," including

"different processing algorithms," "different outputs," Amano's "additional

sensor," and "different processing responsibilities." POR, 41-45. Masimo's

arguments primarily focus on whether Diab's and Amano's systems can be

physically combined together. Masimo's arguments are misplaced as they do not

focus sufficiently on the teachings of Diab and Amano. "The test for obviousness

is not whether the features of a secondary reference may be bodily incorporated

into the structure of the primary reference.... Rather, the test is what the combined

teachings of those references would have suggested to those of ordinary skill in the

art." *In re Keller*, 642 F.2d 413, 425 (CCPA 1981); *see also In re Sneed*, 710 F.2d

1544, 1550 (Fed. Cir. 1983) ("[I]t is not necessary that the inventions of the

references be physically combinable to render obvious the invention under

8

review.").

The Petition relies on Amano's teachings of suspending "the operations of... body movement component eliminating section" "when no body movement is present" which reduces calculation time and power consumption, not on the physical combination of Diab and Amano. Petition, 17-18; APPLE-1004, 21:50-22:6, 35:54-64; APPLE-1007, 48:34-49:38; APPLE-1003, ¶¶54-55. As the Petition establishes, a POSITA would have found it obvious, based on Amano's teachings, to suspend and not execute operations of Diab's motion artifact suppression module 580 if motion is not detected to reduce calculation time and power consumption. *Id.* As explained above in Section II.A.1, *supra*, suspending and not executing operations of Diab's motion artifact suppression module if no motion is detected is consistent with Diab's disclosure.

> **3.    Suspending operations of the motion artifact suppression module would result in Diab's device operating "at a lower power consumption level," thereby "reducing an amount of processing by a signal processor."**

Masimo alleges that "Petitioner's assumption that suspension of Diab's motion artifact suppression module will necessarily lower the power consumption level is incorrect." POR, 45-48. Masimo further alleges that "Petitioner also failed to show that Diab and Amano disclose 'continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal

9

processor.'" POR, 52-54. Masimo relies on the same rationale for both contentions.

As a first reason, Masimo alleges that the output filter 594 "will process more data and increase the power consumption" if no motion is detected. POR, 45-47, 53-54. In doing so, Masimo relies on Diab's disclosure that "if there is little or no motion, this filter can sample much faster and still maintain a clean value," and concludes that the filter processes more data and increases power consumption if there is no motion. POR, 47; EX2001, ¶¶76, 88; APPLE-1007, 50:23-27. This interpretation of Diab's disclosure is incorrect.

Diab discloses that "[t]he output filter 594 comprises an exponential smoothing filter similar to the exponential smoothing filter described above with respect to the clip and smooth filter 566... controlled via an output filter coefficient module." APPLE-1007, 50:21-23. Describing the clip and smooth filter 566, Diab discloses that an exponential smoothing filter is computed using the conventional equation in the form $y(n)=\alpha*x(n)+(1-\alpha)*y(n-1)$ where $\alpha$ is the smoothing coefficient, $x(n)$ is the input sample, and $y(n-1)$ is the previous smoothed value. APPLE-1007, 47:5-10; APPLE-1038, 1. As apparent from this equation and as known by a POSITA, the speed at which older values are dampened is the function of $\alpha$. *Id.*, APPLE-1038, 2. When $\alpha$ is close to 1, dampening is fast, and when $\alpha$ is close to 0, dampening is slow. *Id.* Accordingly, a POSITA would have

10

understood Diab's disclosure that "[i]f motion is large, this filter is slowed down" to refer to the filter dampening being slowed down by selecting $\alpha$ that is close to 0. *Id.*; APPLE-1007, 50:23-27. Conversely, Diab's disclosure that "if there is little or no motion, this filter can sample much faster and still maintain a clean value" refers to the filter dampening faster by selecting $\alpha$ that is close to 1. *Id.* In either case, the filter's equation and thus the amount of processing are the same; only the values, including smoothing coefficient $\alpha$, used by the equation has changed. *Id.*

This is illustrated in Diab's FIG. 20, which is correctly annotated below to show that the motion status module 584 (green) provides a signal (red line) to the output filter coefficient module 596 (blue) that provides the smoothing coefficient (blue line) to the output filter 594 (pink) to control the filter's dampening. APPLE-1007, 48:2-3, 50:23-25.



FIG. 20

11

APPLE-1007, Detail of FIG. 20 (annotated)

Thus, Masimo's assertions that the output filter 594 "will process more data and increase the power consumption" if no motion is detected, are contrary not only to common sense, but also to Diab's explicit disclosure. POR, 45-47, 53-54. Accordingly, Masimo's arguments with respect to the output filter 594 are meritless.

In addition, Masimo further argues that the spectrum analysis module 590 "could consume more power" when no motion is detected than when motion is detected. POR, 47-48, 54; EX2001, ¶¶77, 89. But Diab does not disclose that selecting the first harmonic "could consume more power" than selecting the peak with the highest amplitude. Diab discloses that the spectrum analysis module 590 selects the first harmonic by selecting "the first peak that has an amplitude of at least 1/20 th [*sic*] of the largest peak," based on the output of the spectrum estimation module 588, which performs its operations regardless of whether motion is detected. APPLE-1007, 48:21-31. Thus, in both the case of motion and no motion, the spectrum analysis module 590 is merely "selecting" a value from the output of one of the spectrum estimation modules 588 or 586. *See id.* Diab does not describe any difference between these two selections, and Masimo's argument alleges no such difference. *See* POR, 47-48, 54; EX2001, ¶¶77, 89. Thus, Masimo's argument that the spectrum analysis module 590 "***could*** consume

12

more power" when no motion is detected is nothing more than naked speculation.

Based on Diab's teachings as a whole, the Petition establishes that a POSITA would have found obvious that suspending operations of Diab's motion artifact suppression module would result in operating "at a lower power consumption level" and "reducing an amount of processing by a signal processor." Petition, 14-18, 21-22; APPLE-1003, ¶¶52-55, 61-62. Masimo's arguments regarding the output filter 594 and the spectrum analysis module 590 fail to show otherwise.

## B. Diab teaches "comparing processing characteristics to a predetermined threshold."

The Petition establishes that "a predetermined threshold" corresponds to "a width value above which the peaks are considered 'wide'," as disclosed in Diab. Petition, 18-20. Dr. Anthony further explains that "a predetermined threshold" corresponds to "a value corresponding to 'wider peaks indicating motion'," as disclosed in Diab. APPLE-1003, ¶¶56-57. The Petition and Dr. Anthony further establish that Diab teaches comparing the "average peak width value" (processing characteristics) to "a width value above which the peaks are considered 'wide'" (predetermined threshold). *Id.*; Petition, 18-20.

Masimo argues that "[t]he Petition does not identify how Diab allegedly satisfies the 'predetermined' requirement," but did not explain why "a width value

13

above which the peaks are considered 'wide'" is not a "predetermined" threshold.

POR, 50.  But in order for the "average peak width value" to be compared to "a

width value above which the peaks are considered 'wide'," such "width value"

must be determined ***before*** the comparison is performed.  Thus, the width value

represents a "predetermined threshold."

In addition, Masimo presents several examples purporting to show how

"Diab's oximeter could evaluate the peak width," but it still remains unclear why

the threshold values in those examples do not satisfy the "predetermined"

requirement.  POR, 51-52.  In each of the examples described in the POR, the

threshold value (e.g., "an average of the most recent peak widths," "the most recent

peak width," and "recent data points") is determined before the comparison is

performed and is thus "predetermined" relative to the comparison.  *See id.*

The '703 patent provides no further insight into the meaning of

"predetermined" that would justify deviating from its plain meaning relied on by

Petitioner and Dr. Anthony.  The '703 patent uses the terms "predetermined" and

"predetermining" with respect to "a target power level," "power target," and

"target power consumption level."  APPLE-1001, 2:34-37, 3:23-27, 3:52-56, 6:15-

19, 6:49-51, 8:22-28.  But the '703 patent provides no definition for

"predetermined" nor does it provide an explanation of how or why the "target

power level," "power target," and "target power consumption level" are

14

predetermined.  As such, the Petition and Dr. Anthony properly applied the plain

meaning of "predetermined" and established that Diab teaches "comparing

processing characteristics to a predetermined threshold," as required by the claims.

Petition, 18-20; APPLE-1003, ¶¶56-57.

## III.    A POSITA WOULD HAVE BEEN MOTIVATED TO COMBINE EDGAR WITH DIAB AND AMANO (GROUND 1B)

As explained in the Petition and Dr. Anthony's declaration, Edgar seeks to

improve upon Diab's technique for calculating blood oxygen saturation, and a

POSITA would have been motivated to implement Edgar's technique, instead of

Diab's technique, to calculate blood oxygen saturation.  Petition, 30-33; APPLE-

1005, 3:58-4:6, 5:1-11; APPLE-1003, ¶¶68-72.  Masimo contends that "because

Edgar distinguishes Diab's approach to cancelling noise, a POSITA would not

have been motivated to combine Edgar with Diab."  POR, 55-56.  Masimo appears

to be arguing that Edgar teaches away from its combination with Diab.  But

Edgar's teachings do not establish "clear discouragement" of the combination, as

required for teaching away.  *In re Ethicon, Inc.*, 844 F.3d 1344, 1351 (Fed. Cir.

2017); *In re Gurley*, 27 F.3d 551, 553 (Fed. Cir. 1994) ("A reference may be said

to teach away when a person of ordinary skill, upon reading the reference, would

be discouraged from following the path set out in the reference, or would be led in

a direction divergent from the path that was taken by the applicant.").

15

In fact, as Masimo admits, Edgar suggests that its inventions provide an advantage over Diab's approach.  *See* POR, 55-56.  A POSITA seeking to improve Diab's device, upon reading Edgar, would have been encouraged to implement Edgar's technique, instead of Diab's technique, to calculate blood oxygen saturation using a relatively simple computation as compared to Diab's, as established in the Petition.  Petition, 30-33; APPLE-1003, ¶¶68-72.

## IV.  DIAB IN VIEW OF AMANO AND TURCOTT RENDER CLAIMS 1-7 AND 15-18 OBVIOUS (GROUND 1C)

### A.  Diab in view of Amano and Turcott teach "reducing/reduce activation of an attached sensor."

The Petition establishes that a POSITA would have found it obvious to combine Diab's (as supplemented with Amano's) and Turcott's teachings to implement the oximeter's signal processor to reduce activation of the attached sensor.  Petition, 37-40, 41-43; APPLE-1003, ¶¶80-86.  Masimo, focusing on Turcott's purported deficiency individually, argues that "Turcott does not disclose or suggest reducing activation of a sensor during monitoring to lower power consumption levels."  POR, 60-61.  Masimo's arguments here are inapposite as "[n]on-obviousness cannot be established by attacking references individually where the rejection is based upon the teachings of a combination of references." *Bradium Technologies v. Iancu*, 923 F. 3d 1032, 1050 (Fed. Cir. 2019).  Instead, each reference "must be read, not in isolation, but for what it fairly teaches in

16

combination with the prior art as a whole." *Id*.

Further, the Supreme Court's decision in *KSR Int'l Co. v. Teleflex Inc*., 550 U.S. 398, 406 (2007) "does not support [the] theory that a person of ordinary skill can only perform combinations of a puzzle element A with a perfectly fitting puzzle element B. To the contrary, *KSR* instructs that the obviousness inquiry requires a flexible approach," recognizing that "'[a] person of ordinary skill is also a person of ordinary creativity, not an automaton.'" *ClassCo, Inc. v. Apple, Inc*., 838 F.3d 1214, 1219 (Fed. Cir. 2016). Thus, "the question under 35 [U.S.C. §] 103 is not merely what the references expressly teach but what they would have suggested to one of ordinary skill in the art at the time the invention was made." *Merck & Co. v. Biocraft Labs., Inc*., 874 F.2d 804, 807–08 (Fed. Cir. 1989).

The Petition establishes that a POSITA would recognize that Diab already provides control for driving the light emitters with an emitter current and adjusting the current for changes in the ambient room light or other changes during monitoring (APPLE-1007, 35:50-36:6); and that Diab and Amano teach adjusting/suspending operations depending on motion-induced noise during monitoring (APPLE-1007, 47:52-56; APPLE-1004, 21:50-22:6). Petition, 21, 37-38. Based on these teachings, as explained in the Petition, a POSITA would have found it obvious to also adjust the drive current, the frequency of the pulse train, the pulse duration, or the duty cycle of the pulse train to optimize the signal to

17

noise ratio and to minimize power consumption (APPLE-1006, 11:51-59).

Petition, 14-18, 37-40, 41 (analysis of element 1[c] incorporating Ground 1A's analysis of element 9[c])), 41-43; APPLE-1003, ¶¶52-55, 80-86. Neither Masimo nor its declarant dispute the Petition's and Dr. Anthony's analysis in this regard, but instead improperly focus on Turcott's purported deficiencies outside the context of the proposed combination.

Masimo argues that "Turcott does not disclose or enable making these adjustments in real-time during patient monitoring," "does not identify any conditions during patient monitoring that would trigger a reduction in the duty cycle," and "also does not disclose the hardware and software necessary to make the real-time adjustments." POR, 61. Consequently, Masimo concludes that "a POSITA would have understood Turcott to suggest selecting the parameters once during product design or setup." *Id*. Masimo's conclusion is unsupported conjecture, as Turcott does not disclose selecting/setting the parameters only once during product design or setup. Rather, Turcott explicitly uses the terms "adjusted" and "adjusting," connoting that multiple values are possible for the adjustment during monitoring and not a single value selected during product design or setup. APPLE-1006, 11:51-59.

## B. A POSITA would have been motivated to apply Turcott's teachings to Diab's oximeter.

The Petition establishes that a POSITA would have been motivated to modify Diab based on Amano's and Turcott's teachings to achieve a patient monitor that optimizes the signal-to-noise ratio and minimizes power consumption, as both Amano and Turcott disclose a need to optimize the signal-to-noise ratio and minimize power consumption. Petition, 38; APPLE-1003, ¶81; APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1006, 11:54-59. Specifically, Turcott teaches that "the driver current, the frequency of the pulse train, the pulse duration, or the duty cycle" "is adjusted to optimize the signal to noise ratio and to minimize power consumption." APPLE-1006, 11:54-59. Contrary to Masimo's contentions (POR, 62), a POSITA would not have merely wanted to minimize power consumption of the patient monitor, but would have also wanted to optimize signal to noise ratio (as explained in the Petition). Petition, 38; APPLE-1003, ¶81; APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1006, 11:54-59. Thus, a POSITA would have also been motivated to adjust, *e.g.*, by increasing, activation of the sensor to optimize signal to noise ratio when the signal to noise ratio is low. APPLE-1006, 11:54-59.

As also explained in the Petition, a POSITA would have further been motivated to reduce Diab's emitter drive current. Petition, 42; APPLE-1003, ¶85.

19

Diab explicitly discloses that "the current could be adjusted for changes in the ambient room light and other changes which would [a]ffect the voltage input to the front end analog signal conditioning circuitry 330." APPLE-1007, 36:2-6; APPLE-1003, ¶84; Petition, 41.  Without addressing the relevance of Diab's disclosure cited in the Petition, Masimo points instead to Diab's disclosure of "an ***alternative embodiment*** in which the emitter drive current is held constant" because "it would be advantageous to fix the emitter drive current for all patients."  POR, 63; APPLE-1007, 37:17-35.  Masimo then argues that "[b]ased on this disclosure, a POSITA would not have been motivated to reduce Diab's drive current because doing so could disadvantageously affect the oximeter readings."  *Id.*  But the asserted combination does not rely on Diab's alternative embodiment but rather on Diab's explicit disclosure of adjusting the drive current.  APPLE-1007, 36:2-6; APPLE-1003, ¶84; Petition, 41.

Masimo further contends that "a POSITA would have been discouraged from reducing activation of Diab's sensor... without proper patient and signal protections in place," and "Diab and Turcott do not include a feedback loop whereby physiological measurements or signal statistics are used to adjust the sensor activation level."  POR, 62-63.  But the claims of the '703 patent do not require such "a feedback loop."  These arguments are therefore based on unclaimed limitations and cannot form the basis for a proper obviousness analysis:

20

"we know of no principle of law which would authorize us to read into a claim an element which is not present, for the purpose of making out a case of novelty...." *McCarthy v. Lehigh Valley R. Co.*, 160 U.S. 110, 116 (1895); *Smith & Nephew, Inc. v. Rea*, 721 F.3d 1371, 1381 (Fed. Cir. 2013) ("an unclaimed and undisclosed feature... cannot be the basis for finding [a] patent to be non-obvious over the prior art.").

Masimo's arguments that "Turcott describes an ***invasive*** 'implantable monitoring device'" is also meritless. POR, 63-64. Turcott explicitly discloses that its teachings apply to noninvasive pulse sensors: "As with most of the sensors described here, the vascular plethysmography and arterial $O_2$ saturation sensors can be used in noninvasive, external embodiments, in contrast to incorporation in an implantantable monitor." APPLE-1006, 11:66-12:15. While Turcott discloses that there are "disadvantages" associated with "an external embodiment... that necessarily requires patient cooperation," Turcott also discloses that "[t]hese optical sensors are particularly attractive candidates for an external embodiment" and describes a number of "advantages" of such an external embodiment. APPLE-1006, 12:2-28. Masimo fails to mention much less address this disclosure of Turcott. *Medichem, S.A. v. Rolabo, S.L.*, 437 F.3d 1157, 1165 (Fed. Cir. 2006) ("a given course of action often has simultaneous advantages and disadvantages, and this does not necessarily obviate motivation to combine.").

21

Masimo's fourth argument that "Petitioner fails to explain how the combination of Turcott, Diab, and Amano would operate to adjust activation of Diab's sensors" (POR, 65-67) fails to acknowledge the Petition's explanation that the combination "would include implementing the oximeter's signal processor to reduce the drive current or the duty cycle of the pulse train of the LEDs when the oximeter is operating at the lower power consumption level." Petition, 42; APPLE-1003, ¶85. Masimo's argument further fails to account for what would have been suggested to a POSITA from Diab's, Amano's, and Turcott's teachings. As evident from Masimo's explanation of the combination in its POR, the modification of Diab to incorporate Turcott's teachings would have been well within the skill level of a POSITA. *See, e.g., ClassCo, Inc. v. Apple, Inc.*, 838 F.3d 1214, 1219 (Fed. Cir. 2016) ("*KSR* does not require that a combination only unite old elements without changing their respective functions. Instead, *KSR* teaches that '[a] person of ordinary skill is also a person of ordinary creativity, not an automaton.' And it explains that the ordinary artisan recognizes 'that familiar items may have obvious uses beyond their primary purposes, and in many cases a person of ordinary skill will be able to fit the teachings of multiple patents together like pieces of a puzzle.' The rationale of KSR does not support [Patent Owner's] theory that a person of ordinary skill can only perform combinations of a puzzle element A with a perfectly fitting puzzle element B. To the contrary, KSR instructs that the

22

obviousness inquiry requires a flexible approach.").

## V.    GROUNDS 2A-2C ESTABLISH THAT THE CHALLENGED CLAIMS ARE OBVIOUS

Masimo's attempt to rebut Petitioner's Grounds 2A-2C (POR, 67-69) rests

on the same arguments discussed above and thus fails for the same reasons.

Further, even if Grounds 2A-2C were subject to the deficiencies alleged by

Masimo (which, as described above, it is not), a POSITA would nonetheless have

found the claims obvious based on the general knowledge of a POSITA, as

explained in the Petition.  *See* Petition, 47-49.

## VI.    AMANO RENDERS CLAIMS 9-10, 12-14, 20, and 22-24 OBVIOUS (GROUND 3A)

### A.    Amano teaches determining "measurement values for one or more physiological parameters of a patient."

The Petition establishes that Amano determines measurement values for a

physiological parameter of a patient by determining a pulse waveform and a pulse

condition of a subject being monitored; the pulse waveform and the pulse

condition are "measurement values for a physiological parameter of a patient."

Petition, 54-55; APPLE-1003, ¶¶104-105.  Masimo takes issue with Amano's

disclosure because allegedly "Amano does not disclose that the notifying section

displays any measurement values."  POR, 72.  But the claims do not require

displaying measurement values.  This argument is therefore based on unclaimed

limitations and cannot form the basis for a proper obviousness analysis.  *McCarthy*

23

*v. Lehigh Valley R. Co.*, 160 U.S. 110, 116 (1895); *Smith & Nephew, Inc. v. Rea*, 721 F.3d 1371, 1381 (Fed. Cir. 2013). That Amano's apparatus determines a pulse waveform and a pulse condition, which are "measurement values for a physiological parameter of a patient," is enough to satisfy the claims.

Masimo states that Amano's notifying section provides an output that qualitatively describes the patient's pulse condition: "notifying section 80 displays the characters 'Hua mai, Ping mai, Xuan mai' or symbols, e.g., icons," while arguing that Amano's output "are not measurement values but qualitative classifications of the patient's condition." POR, 72; APPLE-1004, 23:5-7. But Masimo did not explain why these alleged "qualitative classifications" are not "measurement values." *Id.* Amano's pulse condition is determined from the harmonics of a measured pulse waveform. *See, e.g.,* APPLE-1004, 21:3-23:9, FIG. 1. The pulse condition is therefore "measurement values for a physiological parameter of a patient." *See* EX2003, 165:20-166:11.

### B.   Amano teaches "comparing processing characteristics to a predetermined threshold."

Petitioner and Masimo both agree that Amano receives the processing characteristics from an acceleration sensor and compares it to a threshold value. Petition, 50-51; POR, 73-75; APPLE-1003, ¶98; EX2001, ¶¶128-129. Masimo however argues that Amano's disclosure does not meet "the proper construction of

24

'processing characteristics' [which] requires that the processing characteristics are determined from a signal received from one or more detectors configured to detect light." POR, 73-75. However, as discussed in Section I.A, the '703 patent explicitly describes "processing characteristics" determined from a signal received from another element of a patient monitor, such as a control engine, and nothing in the intrinsic evidence precludes "processing characteristics" from being determined from a signal received from another element of a patient monitor, such as an acceleration sensor, as described in Amano. Amano renders obvious these limitations based on the plain meaning of "processing characteristics." APPLE-1003, ¶98. Indeed, the plain meaning of "processing characteristics" includes characteristics or features obtained from or used for processing information, including Amano's acceleration sensor output, which is used by Amano to provide a body movement waveform that used for processing of the pulse waveform. *Id.*; APPLE-1004, 21:9-49. Accordingly, Amano's teachings satisfy the "processing characteristics" limitations.

## VII.    AMANO IN VIEW OF TURCOTT RENDER CLAIMS 1-3 and 15-17 OBVIOUS (GROUND 3B)

Masimo's attempt to rebut the Amano-Turcott combination rests on arguments discussed above in Sections IV.A-IV.B and thus fails for the same reasons. Notably, the Petition establishes that a POSITA would have found it

25

obvious to combine Amano's and Turcott's teachings to implement Amano's apparatus to reduce the drive current or the duty cycle of the pulse train of the LED.  Petition, 64-67; APPLE-1003, ¶¶122-126.  Further, the Petition and Dr. Anthony establish that a POSITA would have been motivated to modify Amano based on Turcott's teachings to achieve a pulse wave examination apparatus that optimizes the signal-to-noise ratio and minimizes power consumption, as both Amano and Turcott disclose a need to optimize the signal-to-noise ratio and minimize power consumption.  Petition, 64; APPLE-1003, ¶119; APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1006, 11:54-59.  Specifically, Turcott teaches that "the driver current, the frequency of the pulse train, the pulse duration, or the duty cycle" "is adjusted to optimize the signal to noise ratio and to minimize power consumption."  APPLE-1006, 11:54-59.  Contrary to Masimo's contentions (POR, 75-76), a POSITA would not have merely wanted to minimize power consumption of the patient monitor, but would have also wanted to optimize signal to noise ratio.  Petition, 64; APPLE-1003, ¶119; APPLE-1004, 21:50-53, 22:4-6, 35:54-64; APPLE-1006, 11:54-59.  Thus, a POSITA would have also been motivated to increase activation of the sensor to optimize signal to noise ratio when the signal to noise ratio is low and reduce activation of the sensor to minimize power consumption when the signal to noise ratio is high.  APPLE-1006, 11:54-59.

Masimo further contends that "a POSITA would have been discouraged

26

from reducing activation of Amano's sensor without the proper protections in place," and "[n]either Amano nor Turcott include these protections." POR, 76. But the claims do not require such "protections." These arguments are therefore based on unclaimed limitations and cannot form the basis for a proper obviousness analysis. *McCarthy v. Lehigh Valley R. Co.*, 160 U.S. 110, 116 (1895); *Smith & Nephew, Inc. v. Rea*, 721 F.3d 1371, 1381 (Fed. Cir. 2013).

Finally, Masimo's argument that "Petitioner also fails to explain how the combination of Amano and Turcott would operate to adjust activation of Amano's sensors" (POR, 76-79) fails to acknowledge the Petition's and Dr. Anthony's explanation that it "would include implementing the apparatus to reduce the drive current or the duty cycle of the pulse train of the LED." Petition, 66-67; APPLE-1003, ¶123. Masimo's argument further fails to account for what would have been suggested to a POSITA from Amano's and Turcott's teachings. As evident from Masimo's explanation of the combination in its POR, the modification of Amano to incorporate Turcott's teachings would not have been beyond the skill level of a POSITA. *See, e.g.*, *ClassCo*, 838 F.3d at 1219 ("*KSR* does not require that a combination only unite old elements without changing their respective functions. Instead, *KSR* teaches that '[a] person of ordinary skill is also a person of ordinary creativity, not an automaton.'").

27

## VIII.  CONCLUSION

All Challenged Claims are unpatentable.


Respectfully submitted,


Dated: <u>October 21, 2021</u>    <u>/Dan Smith/</u>
W. Karl Renner, Reg. No. 41,265
Dan Smith, Reg. No. 71,278
Kim Leung, Reg. No. 64,399
Fish & Richardson P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
T: 202-783-5553

28

Case No. IPR2020-01523
Attorney Docket:  50095-0002IP1

## CERTIFICATION UNDER 37 CFR § 42.24(d)

Under the provisions of 37 CFR § 42.24(d), the undersigned hereby certifies

that the word count for the foregoing Petitioner's Reply to Patent Owner's

Response totals 5,586, which is less than the 5,600 allowed under 37 CFR § 42.24.


Respectfully submitted,



Date:  October 21, 2021                 /Dan Smith/
                                        W. Karl Renner, Reg. No. 41,265
                                        Dan Smith, Reg. No. 71,278
                                        Kim Leung, Reg. No. 64,399
                                        Fish & Richardson P.C.
                                        3200 RBC Plaza
                                        60 South Sixth Street
                                        Minneapolis, MN 55402
                                        T: 202-783-5070
                                        F: 877-769-7945

                                        Attorneys for Petitioner

29

Case No. IPR2020-01523
Attorney Docket:  50095-0002IP1

## CERTIFICATE OF SERVICE

Pursuant to 37 CFR §§ 42.6(e)(1) and 42.6(e)(4)(iii), the undersigned

certifies that on October 21, 2021, a complete and entire copy of this Petitioner's

Reply to Patent Owner's Response and exhibits were provided via email to the

Patent Owner by serving the email correspondence addresses of record as follows:

Joseph R. Re
Stephen W. Larson
Jarom D. Kesler
Jacob L. Peterson

Knobbe, Martens, Olson, & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA 92614

Email:  AppleIPR2020-1523-703@knobbe.com

/Crena Pacheco/
Crena Pacheco
Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
(617) 956-5938

30

Page 1

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

--------------------

APPLE, INC.

Petitioner,

v.

MASIMO CORPORATION,

Patent Owner.

--------------------

IPR2020-01523

U.S. Patent 8,457,703

--------------------

Deposition of VIJAY K. MADISETTI, Ph.D.

Conducted Virtually

Wednesday, September 15, 2021

11:04 a.m.


Pages: 1-83

Reported by: Matthew Goldstein, RPR, RMR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

APPLE 1039
Apple v. Masimo
IPR2020-01523

Page 2

1       Deposition of VIJAY K. MADISETTI, Ph.D.,

2    conducted virtually:

3       Pursuant to Notice, before Matthew Goldstein,

4    RPR, RMR, Notary Public in and for the State of

5    Maryland.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
                                                      Page 3
 1                    A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PETITIONER, APPLE, INC.:

     DANIEL D. SMITH, ESQUIRE

 4   KIM LEUNG, ESQUIRE

 5   FISH & RICHARDSON, P.C.

 6   1717 Main Street

 7   Suite 5000

 8   Dallas, Texas 75201

 9   214.292.4071

10

11   ON BEHALF OF THE PATENT OWNER, MASIMO

12   CORPORATION:

13   JOSHUA STOWELL, ESQUIRE

14   JACOB PETERSON, ESQUIRE

15   KNOBBE MARTENS

16   2040 Main Street

17   Irvine, California 92614

18   949.760.0404

19

20   ALSO PRESENT:

21   HENRY MARTE - VIDEOGRAPHER/EXHIBIT

22                   TECHNICIAN
```

Page 59

1    case of motion, the spectrum analysis module 590

2    selects the peak in the spectrum with the highest

3    amplitude."

4            And then it goes further in line 12, "In

5    the case of no motion, the spectrum analysis

6    module selects the first harmonic in the spectrum

7    as the heart rate as described above," in other

8    sections that I cite in paragraph 89 of my

9    declaration.

10       Q.   And what's the difference between

11   selecting the first harmonic and selecting the

12   peak and the spectrum with the highest amplitude?

13       A.   It is significant in the sense that a

14   POSITA would understand that in the context of

15   Diab, in the context of the algorithms disclosed,

16   there is significant overhead and higher power

17   consumption to the extent, as disclosed in Diab,

18   that when the motion is detected, the techniques

19   start with Diab would consume more power when no

20   motion is detected.

21       Q.   What operations are being performed to

22   generate that significant overhead?

Filed: December 2, 2021

Filed on behalf of:
      Patent Owner Masimo Corporation
By:     Joseph R. Re (Reg. No. 31,291)
        Stephen W. Larson (Reg. No. 69,133)
        Jarom D. Kesler (Reg. No. 57,046)
        Jacob L. Peterson (Reg. No. 65,096)
        Joshua J. Stowell (Reg. No. 64,096)

        KNOBBE, MARTENS, OLSON & BEAR, LLP
        2040 Main Street, Fourteenth Floor
        Irvine, CA 92614
        Tel.:  (949) 760-0404
        Fax:   (949) 760-9502
        E-mail: AppleIPR2020-1523-703@knobbe.com

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————

APPLE INC.

Petitioner,

v.

MASIMO CORPORATION,

Patent Owner.

———————————

Case IPR2020-01523
U.S. Patent 8,457,703

———————————

**PATENT OWNER'S SUR REPLY TO REPLY**

IPR2020-01523
Apple Inc. v. Masimo Corporation

evidence. *See e.g., Intelligent Bio-Systems,* 821 F.3d at 1369-1370 (affirming Board decision to not consider new arguments raised in reply); *Ariosa Diagnostics v. Verinata Health, Inc.,* 805 F.3d 1359, 1368 (Fed. Cir. 2015) (rejecting previously unidentified portions of a prior-art reference). Petitioner's decision to delay claim construction is inconsistent with its burden to state in the Petition "[h]ow the challenged claim is to be construed." 37 C.F.R. §42.104(b)(3).

### B.    <u>Masimo's Construction Of "Processing Characteristics" Is Correct</u>

Petitioner argues Masimo's construction of "processing characteristics" is "unjustifiably limiting" based on claims 4 and 8. (Reply 1-3.)

Claim 4 states:

*wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors.*

Petitioner argues, "If 'processing characteristics' were required to be 'determined from a signal received from one or more detectors,' claim 4 would be rendered meaningless." (Reply 1.)

Petitioner is incorrect. Petitioner assumes the limitation "from one or more light sensitive detectors" is the narrowing limitation of claim 4. However, Petitioner ignores that claim 4 is narrower than claim 1 because the "processing characteristics ***comprise signal characteristics***." The '703 patent discloses that processing characteristics can include (1) physiological measurements and (2)

-4-
**Appx1811**

IPR2020-01523
Apple Inc. v. Masimo Corporation

signal statistics, both of which are received from the one or more light sensitive detectors. (Ex. 1001, 4:11-27, Figs. 3-4.) Claim 4 is limited to signal characteristics (i.e., as opposed to physiological measurements).

The clause identified by Petitioner, "from one more light sensitive detectors," **supports** Masimo's construction that the "processing characteristics" must come "from a signal received from one or more detectors configured to detect light." (*See also* POR 23-27.)

Claim 8 also does not support Petitioner's argument. Claim 8 states:

*wherein said processing characteristics include determining an estimate of current power consumption and comparing said estimate with a target power consumption.*

Petitioner argues the "specification makes clear that…the 'estimate of current power consumption'…is not 'determined from a signal received from one or more detectors configured to detect light.'" (Reply 2.) Instead, Petitioner argues that the power consumption estimate is determined "from a signal received from control engine 440." (*Id.*)

Petitioner is incorrect that the "power consumption estimate…is not determined from a signal received from the detector front-end 490." As illustrated by the red lines below, the "process status calculator 460" [orange] estimates the

IPR2020-01523
Apple Inc. v. Masimo Corporation

current power consumption using a signal received from the detector front-end 490

[green]:



FIG. 4

(Ex. 1001, Fig. 4, 5:28-6:55.) While the signal passes through other processing

modules before reaching the power status calculator 460, the power consumption

estimate is still "determined from a signal received from one or more detectors

[490] configured to detect light."

    This distinguishes the '703 patent from Amano. Amano determines its

alleged "processing characteristics" from a signal received exclusively from an

acceleration sensor, not a "detector configured to detect light." (Ex. 1004, 21:9-12,

module once it is suspended. Diab does not disclose any suspension or wakeup circuitry or modules, and Petitioner has not shown that a POSITA could easily modify Diab's complex calculations to include such circuitry or modules. (Ex. 2001, ¶¶53-59, 65-69.)

For these reasons and those in the POR, a POSITA would not have found it obvious, or been motivated, to "suspend and not execute" Diab's motion artifact suppression module based on Amano.

### 2.    Figures 20-21 Illustrate A Complete Module

Petitioner argues that Diab's Figures 20-21 are incomplete. (Reply 4-5.) Petitioner argues in the case of no motion, "a plethysmograph waveform can be generated from the signal using 'traditional filtering techniques, such as simple subtraction, *low pass*, *band pass*, and high pass filtering' or 'a static filtering system, such as a bandpass filter.'" (*Id.* (emphasis added).) Petitioner argues Figures 20-21 "do not show the generation of the plethysmograph waveform using 'traditional filtering techniques' because it was well known in the art, as indicated by Diab." (Reply 5.)

However, Figures 20 and 21 do show the alleged "traditional filtering techniques." The motion artifact suppression module utilizes a bandpass filter [red] and a lowpass filter [purple] to generate the clean waveform:

Moreover, Diab does not mention "filter dampening." Rather, Diab states the output "filter can sample much faster" or be "slowed down." (Ex. 1007, 50:23-27.) A POSITA would have understood that a "module that samples 'much faster' will process more data and increase the power consumption level." (POR 47; Ex. 2001, ¶76.)

Petitioner also argues that the spectrum analysis module 590 does not consume more power when no motion is detected because the module merely selects one of two values and that "Diab does not describe any difference between these two selections[.]" (Reply 12.) That is not true. The module does not simply select a value; it runs algorithms to determine which value to select. (*See e.g.,* Ex. 1039, 58:13-59:20, 63:14-65:2, 68:2-16, 69:20-72:2 (explaining how module operates).) For example, for no motion, the module selects "the first peak that has an amplitude of at least $1/20^{th}$ of the largest peak in the spectrum." (Ex. 1007, 48:28-31.) Before selecting a peak, the module first determines the "largest peak" and then runs calculations to identify "the first peak." (*Id.*; POR 47; Ex. 2001, ¶77.) As explained by Masimo's declarant, this process may consume more power than selecting the first harmonic in the case of motion. (Ex. 1039, 68:2-72:2.) Petitioner cited no contrary evidence.

# Apple Inc. (Petitioner)

## v.

# Masimo Corporation (Patent Owner)

## Petitioner Demonstratives

Case No. IPR2020-01523
U.S. Patent No. 8,457,703

Before Hon. Josiah C. Cocks, Robert L. Kinder, Amanda F. Wieker
Administrative Patent Judges

**FISH.**

DEMONSTRATIVE EXHIBIT – NOT EVIDENCE          1

APPLE 1040
Apple v. Masimo
IPR2020-01523

# "Processing Characteristics" Does Not Require Construction

### Petition

"processing characteristics." APPLE-1003, ¶98. Indeed, the plain meaning of "processing characteristics" includes characteristics or features obtained from or used for processing information, including Amano's acceleration sensor output,

Petition, 51

### Patent Owner's Response

The Board should construe "processing characteristics" to require that the processing characteristics are determined from a signal received from one or more detectors configured to detect light. (Ex. 2001, ¶44.) Masimo's construction is

PO Response, 23

### Petitioner's Reply

from one or more detectors configured to detect light." POR, 23-27. But the '703 claims and specification demonstrate that Masimo's construction is unjustifiably limiting, and thus should not be adopted.

Pet. Reply, 1



7

# Diab Renders Obvious Adjusting Behavior of a Patient Monitor By Reducing an Amount of Processing

### Diab

In the case of motion, motion artifacts are suppressed using the motion artifact suppression module **580**. The

APPLE-1007, 47:55-56 (cited at Pet. 15)

peaks are wide, this is taken as an indication of motion. If motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression.

APPLE-1007, 47:52-54 (cited at Pet. 15)

In the case of no motion, one of the signals (the infrared signal in the present embodiment) is subjected to DC removal and bandpass filtering as represented in the DC removal and bandpass filter module **578**. The DC removal

APPLE-1007, 48:6-9 (cited at Pet. 15)



Heart rate determination without motion artifact suppression

Additional processing for motion artifact suppression

APPLE-1007, FIG. 20
(as annotated at Pet. 16; APPLE-1003, ¶53)

**FISH.**

13

# Diab Renders Obvious Adjusting Behavior of a Patient Monitor By Reducing an Amount of Processing

### Patent Owner's Response

Diab discloses that generating the clean plethysmograph waveform requires continuous operation of the motion artifact suppression module 580. (Ex. 2001,

PO Response, 34



*FIG. 20*

APPLE-1007, FIG. 20 (as annotated at POR, 34)

**FISH.**

17

DEMONSTRATIVE EXHIBIT – NOT EVIDENCE       17

Trials@uspto.gov                                    Paper # 31
571-272-7822                             Entered: February 16, 2022

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

APPLE INC.,
Petitioner,

v.

MASIMO CORPORATION,
Patent Owner.

_____

IPR2020-01523
Patent 8,457,703 B2

_____

Record of Oral Hearing
Held:  January 19, 2022

_____

Before JOSIAH C. COCKS, ROBERT L. KINDER, and
AMANDA F. WIEKER, *Administrative Patent Judges.*

IPR2020-01523
Patent 8,457,703 B2


APPEARANCES:

ON BEHALF OF THE PETITIONER:

     WALTER KARL RENNER, ESQUIRE
     DAN SMITH, ESQUIRE
     KIM LEUNG, ESQUIRE
     Fish & Richardson
     1000 Maine Avenue, S.W.
     Washington, D.C.  20024


ON BEHALF OF PATENT OWNER:

     JOSH STOWELL, ESQUIRE
     Knobbe, Martens, Olson & Bear, LLP
     2040 Main Street
     Irvine, CA  92614


     The above-entitled matter came on for hearing on Wednesday, January 19, 2022, commencing at 12:39 p.m., EDT, at the U.S. Patent and Trademark Office, by video/by telephone, before Chris Hofer, Notary Public.

1    According to Masimo the show goes on and that module is going to

2    continue to process and it's going to continue to absorb processing cycles

3    and therefore power and we don't believe that's true at all.  We believe that

4    there's an in input too that we'll talk a lot about that would tell that device to

5    do something different to modify its processing and therefore have a

6    corresponding modification in the power that's consumed as a consequence

7    and this is based on the express disclosure found in Diab as well as

8    inferences that are drawn from it in other statements.

9    But let's look at Diab pretty closely if we could as we're talking to this

10   and there's a couple of excerpts you can see at the top of this slide.  The top

11   and the top left quotes immediately follow from one another in the

12   specification, both are referencing the same section and they speak to the

13   what happens in each of the circumstances.  I'm going to address them in the

14   order they're listed on this slide although they are opposite in the actual

15   specification of Diab.  But it says in the case of motion motion artifacts are

16   suppressed.  There's no real mystery to that.  But they also say that if motion

17   is not detected it tells us what happens here.  It says spectral estimation on

18   the signals is carried out without motion artifact suppression.  The key here

19   is Diab's use of the word without.  It describes what happens when motion is

20   not detected.  Spectral estimation of signals is carried out without motion

21   artifact suppression.  Motion artifact suppression does not occur.  This is

22   Diab's disclosure expressly.  It couldn't be more clear.

23   Now also in Diab there's a great number of instances where it speaks

24   more affirmatively to the actual performance of motion suppression and in

25   doing so we believe it draws out what negative inference that you don't

6

1  perform that same suppression in the absence of motion.  An example of this

2  would be found, for instance, at Diab 48, 34 to 36 and I'll quote,

3       "In the case of motion, a motion artifact suppression is completed."

4       Now this is an affirmative indication.  But we believe there's a

5  negative inference from it.  Why would you specify in the case of motion if

6  not suggesting at least rendering obvious to those of skill that in the absence

7  of motion the opposite would happen.

8       Slide 14, please.  For fear of beating a dead horse the point is also

9  reinforced we believe by Diab's disclosure of input from its motion status

10 module 584 to the motion artifact suppression module 580 and this is shown

11 at the bottom left of the prior figure.  Motion status module 584 we know

12 generates an output reflecting the presence or the absence of motion and it

13 provides a trigger therefore for additional motion artifact suppression

14 module and the processing that's done by it.  Dr. Anthony credibly testifies

15 that motion status input to the motion artifact suppression module must have

16 a purpose and one of skill would find it obvious in view of Diab's other

17 disclosure as well as the namesake of module 580 itself that it foregoes

18 motion artifact suppression processes when informed of no motion and in

19 this way the naming conventions themselves given by Diab's further

20 disclosure by Diab of exactly what's going on when read in light of this

21 motion status indication.  Of course, this is an obviousness inquiry and this

22 is a rhetorical issue.  Why wash a car if the car isn't dirty?  Why clean, why

23 perform the processing on a motion artifact laden signal, there is no motion

24 and this is what Diab is telling us.

25      Even Masimo offers tellingly helpful rhetoric on this.  In its Patent

7

IPR2020-01523
Patent 8,457,703 B2

1    Owner response, it confirms that operations are different in light of motion

2    or lack thereof by Diab.  I'll quote, the modules, "operate differently based

3    on motion status input."  There's no rational basis offered alongside of this

4    by Masimo to distinguish modules 590 and 94 that are implicated by that

5    statement from 580.  Instead, they maintain for whatever reason that the

6    module continues in its way regardless of whether the motion is there or not

7    and we can see in Diab that there's none.

8        Slide 15, please.  As shown by figure 21 that's annotated at the bottom

9    of this figure you can see, and Anthony has testified to this in paragraph 54

10   incidentally, that the motion artifact suppression module of Diab has

11   components whose functions in red are useful for motion suppression but

12   has other components that are only partially devoted to this function because

13   they're not useful to it and therefore don't process data, but they process data

14   regardless of motion.  So, some of its components that are internal would

15   naturally be affected by lack of motion because they're devoted to getting rid

16   of motion artifacts.  Others might still operate.  It's hard to know.  What we

17   do know is the obviousness theories that have been set forth suggest that

18   either you shut down that module, you suspend its operation all together or

19   you shut down at least the portions of processing that are devoted to motion

20   suppression.

21       Slide 17, please.  With all this why does Masimo maintain -- why are

22   we talking about this -- why do they maintain that even if motion were

23   absent a POSITA would not find it obvious to forego the processing that is

24   specifically designed to eliminate motion inspired artifacts.  Well, in the

25   figure you see here, figure 20, you can see there's a lead line that shows out

8

1   as a clean plethysmograph waveform at the bottom, it's labeled and

2   highlighted.  Masimo goes further than just identifying a lead line.  They

3   draw some conclusions that we think are fairly incredible and unsupported,

4   two of which stand out.  One, that a POSITA would have considered the

5   generation of that clean plethysmograph waveform by the motion artifact

6   suppression module 580 a critical feature of Diab and two, that because

7   that's a critical feature that a person would not modify Diab in any way that

8   would affect the generation of that signal or the availability of that signal in

9   that spot.

10       Now let's unwind this.  First, accepting Masimo's argument that

11   generation by 580, module 580, of a clean plethysmograph wave form is

12   essential to Diab if we accept that, which we do not, but for the purposes of

13   the argument if we accept that Masimo still fails to account for contentions

14   that a POSITA would find it obvious to suspend performance of processes

15   after which module 580 is named, the ones that deal with motion artifact

16   suppression in the absence of motion and to be clear about this point, recall

17   figure 21 -- we just saw it -- which showed that several of the module 580

18   sub-components, there's a DC band filter and a bandpass filter but they're not

19   fully devoted to artifact suppression so it's possible that you could suppress

20   the activities, the motion artifact suppression, you could suspend those and

21   nevertheless still get to a place where the lead line would be present and

22   that's not addressed in the arguments that they've given us.

23       Now another issue with this is, to be clear, Masimo's critical feature

24   theory is just itself unsustainable.  Masimo's theory turns on the notion that

25   that waveform is critical to the teaching of Masimo but when you look at

1    Masimo -- Diab, when you look at Diab beyond figure 20 there's scant

2    mention of exactly what that is, why it's there and frankly that it's only there

3    and we know that that's not the only place you can find a clean

4    plethysmograph waveform.  What you find at that spot as highlighted -- and

5    let's go back to that (indiscernible) figure 20, it's on slide 17 -- you can see

6    that it's cleaned of motion.  That's the point of putting the lead line here.  It's

7    to show someone of skill reading this that you can find clean

8    plethysmograph waveforms after this because you clean it in the presence of

9    motion.  But in the absence of motion, why would you go through the

10   processing that's otherwise devoted to cleaning out motion?  You find the

11   clean plethysmograph waveform available wherever.  This is something

12   that's well understood by people of skill.  There's no motion error to clean

13   out and the only difference between the output of this module and the input

14   of it is that you've cleaned out that motion that no longer exists or the

15   artifacts no longer exist in the absence of motion.

16        So, their contentions seem to be that because figure 20 shows an

17   opportunity to obtain this waveform at the spot where it's shown, that it

18   wouldn't be obvious for a POSITA to forego having the module perform

19   processing operations that are specifically designed for cleaning of motion

20   artifacts and we think this defies logic.  Again, why would you run a car

21   that's clean through a car wash?

22        If we could jump to slide 19, please.  Starting at the bottom --

23        JUDGE COCKS:  Actually, I have a question, Mr. Renner.

24        MR. RENNER:  Yes.

25        JUDGE COCKS:  Can we go back to slide 13?  That would illustrate

10

1   my question better.  So, I think I heard you suggest -- well, let me ask.  The

2   infrared signal that's shown in green there, there are occasions when it goes

3   through motion artifact suppression and times that it does not; is that

4   accurate?

5         MR. RENNER:  The green signal does not.  Sorry, the green signal is

6   free of --

7         JUDGE COCKS:  The green signal --

8         MR. RENNER:  -- the, oh, sorry.

9         JUDGE COCKS: So, I guess my question then is I think you're

10  suggesting that the purple signal from what's called the red snapshot, if that

11  could pass through the motion artifact suppression module without

12  undergoing motion artifact suppression; is that accurate?

13        MR. RENNER:  That is accurate.  That's one thing that could happen

14  and in order of course -- there are several different things spoken to in the

15  record as to what a person of skill would find.  But, Your Honor, I think

16  you're asking is that possible and the answer is we believe so.

17        JUDGE COCKS:  So, I guess my question then is what is the purpose

18  of figure 20 in showing the infrared snapshot, the green, not passing through

19  the motion artifact suppression if that module can be turned off for motion

20  artifact suppression?  I guess, what is the entire purpose of that upper

21  schematic portion dealing with infrared snapshot if it would pass -- if it

22  could pass through the motion artifact suppression module without

23  undergoing motion artifact suppression?

24        MR. RENNER:  Yes.  Great question.  That goes back to, you'll recall

25  I mentioned that the Diab reference speaks of two different kinds of noise

IPR2020-01523
Patent 8,457,703 B2

1  and the kind of noise that we're spending all of our time with is the motion

2  artifacts noise that needs to be suppressed.  So, in the existence of motion

3  you want to suppress the artifacts that are motion laden and that's what the

4  580 module and the purple path does.

5      But there's a second kind of noise that Diab is speaking to in its

6  disclosure and that's noise that comes of respiration and other low frequency

7  effects on the blood.  Those effects are filtered out in the green.  So in the

8  absence of motion, you need not pursue all of the processing that it

9  contemplates on motion artifacts but you still might have, in fact you

10  probably have, other artifacts, the ones that are respiratory in nature and

11  those are going to pass through different filters as you can see in different

12  processing to get rid of them and then they all will under the spectral

13  analysis collectively which is where you can see the green and the purple

14  come together in the presence of motion.  Does that help?  So, kind of there's

15  two different kinds of noise --

16      JUDGE COCKS:  I understand your answer.

17      MR. RENNER:  Uh-huh.

18      JUDGE COCKS:  Okay.  Go ahead.  Thank you.

19      MR. RENNER:  Sure.  So, we were at slide 19, if I may, and here we

20  were looking at testimony from Dr. Anthony that concerns the notion that

21  the motion suppression is not necessary and it's the why drive your car

22  through a car wash.  He says, and this is in response to questions in the

23  deposition, if motion is not present we need not remove it to generate the

24  clean plethysmograph signal and this is at the transcript at 68, 15 to 69, 6.

25      Now we expounded upon that.  That was of course his deposition

12

1  early on.  There was no mention of this in the brief where the critical theory

2  was introduced.  Instead, this was not regarded and we talked about that in

3  our Petitioner's reply at 4 and 7 and 8 and we'll leave that to the papers but

4  the point being that there's very specific testimony here from Dr. Anthony

5  that confirms the very concept of don't do something that's not necessary and

6  that could be changing the processing, that could be shutting down the

7  element all together.

8      Without more, I would move to slide 25 and we'd start speaking about

9  Amano's contribution.  So generally, at slide 25 Amano is leveraged relating

10  to its body movement eliminating operations.  Sounds very familiar.  These

11  are designed to address motion artifacts also in a manner that's similar to

12  what Diab just gave us with its motion artifact suppression module and

13  Amano says, and I'll quote.  This is from 21, 50 to 22, 6.  It says,

14      "When the control signal C," its control signal, "indicates that no body

15  movement is present, the operations of the body movement component

16  eliminating section are suspended."

17      And then it goes on to say that this can "reduce power consumption in

18  the apparatus."  So much like Diab but a little more explicitly here, you see

19  from Amano an indication that when you get a motion, a no motion signal,

20  you shut down the operations that are devoted to getting rid of motion

21  artifacts and when you do that, you get the side benefit of less processing

22  equals less power consumption.  This isn't really a tough concept but we

23  wanted to have a reference in the combination that was express on this point,

24  hence we have Amano.

25      So it also talks about the relationship that exists between performance

13

IPR2020-01523
Patent 8,457,703 B2

1  of its movement eliminating operations therefore and the power

2  consumption and it discloses that a POSITA similarly would commonly

3  know that the power consumption is indeed increased when a device

4  performs processing and power consumption is decreased when it foregoes

5  the same, and more to the point therefore it teaches suspending in light of no

6  motion and motion eliminating operation they didn't call for just like what

7  Diab has said but in the context of, as Dr. Anthony explains, these two

8  together it becomes even more evident and more obvious that what you're

9  going to do in a system like Diab is you're going to stop the processing that's

10  devoted to motion artifacts if indeed there is no motion.

11      If we could go to slide 29, please.  Now the obviousness of the

12  combination of Diab and Amano is there's an attempt to undermine that

13  based on details that are not part of the combination itself.  Various different

14  details you'll probably hear about, that have got really nothing to do with the

15  combination of Amano.  Keep in mind I want to be very clear on this, has

16  been looked upon for very specifically its teaching of artifact suppression,

17  motion artifact suppression, and shutting down the processing for that in the

18  spirit of pursuing power consumption savings.  Beyond that we're leaving

19  Diab where it is in large part so the other details that are said to be

20  conflicting as between them would have to amount to a teaching away or

21  something along those lines and we would submit to you that the record just

22  does not establish that kind of proof.

23      To this point, none of the supposed incompatibilities between the

24  device of Diab and Amano have bearing on the proposed combination.  In

25  fact, the devices described in Diab and Amano share many key features that

14

IPR2020-01523
Patent 8,457,703 B2

1  based on that attenuation and like Diab it (indiscernible) move motion, we've

2  talked about this already.  The difference that we are going to talk about is it

3  uses an accelerometer to detect motion rather than influencing it or inferring

4  it from a light signal.  In Diab we infer from a light signal what motion

5  existed here.  It's an accelerometer that bears that out and that difference

6  forms the crux of Masimo's attack on it and its attempt to leverage the term

7  processing characteristic.  You'll note that the trigger was formed by virtue

8  of the processing characteristic being part of a comparison to that

9  predetermined threshold.

10      So, what is a processing characteristic?  If we go to slide 7.  What we

11  can see here is that Masimo's construction was that the processing

12  characteristic is to require the characteristics determined from a signal

13  received from one or more detectors configured to detect light.  So,

14  something's that determined from a signal, received from one or more

15  detectors that are configured to detect light and that's what they're reading

16  into the words processing characteristic.  We think that plain meaning does

17  the trick to what we had alleged at the front end and we don't see reason to

18  move from that.

19      Looking at their construction we think it's improper.  It injects

20  unclaimed subject matter from the specification into the claim.  It usurps the

21  amendment process in doing so.  If they had wanted more detail into the

22  claim they certainly could have amended the claims while in prosecution or

23  even during these proceedings.  We have amendment procedures.  Why from

24  a light signal?  Why from detectors configured to detect light?  These are

25  details that are just not needed, and why is the term unclear enough to even

IPR2020-01523
Patent 8,457,703 B2

1  need construction?  It's just broad.  Presumably it's purposely broad.  It

2  renders claim 4 and the language of claim 4 superfluous and conflicts with

3  limitations found in claim 8.  With respect to claim 4 there's from one or

4  more light sensing devices is the way the terms read in claim 4.  These

5  words within claim 4 wouldn't be necessary if this indeed was the

6  construction that was appropriate and claim 8 it demands the processing

7  characteristics include current power consumption which is not determined

8  from a light detector and then contrary -- when you look at this -- contrary to

9  that is what's wrong with plain meaning?  You know, processing

10  characteristics, processing.  It enables processing.  It's yielded from

11  processing.  It might do more looking back or looking forward.

12  Characteristic, is a discernable attribute.  It's not limited to process or

13  component and Amano's accelerometer meets both of these terms and then

14  together.

15       So, with that, Your Honor, I think I would reserve the remainder of

16  my time for rebuttal.  How much time do we have left?

17       JUDGE COCKS:  Okay.  You'll have your ten minutes.

18       MR. RENNER:  Thank you.  I should ask if there are any questions

19  before we split here that you would like me to answer.  I'm happy to stay on

20  and do that before we break.

21       JUDGE COCKS:  So actually, I would like to ask one question.  If we

22  can scroll back briefly to slide 13 and I should have asked this earlier.  Just

23  for my edification, and this is not what you were discussing about processing

24  characteristics, but my question is this.  A signal that -- production of the

25  clean plethysmograph waveform, if that signal does not undergo motion

## <u>CERTIFICATE OF SERVICE AND FILING</u>

I certify that on February 15, 2023, I electronically filed the foregoing **JOINT APPENDIX** using the Court's CM/ECF filing system. Counsel for appellee were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Lauren A. Degnan*
Lauren A. Degnan