**No. 22-1890**

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**

*Appellant,*

*v.*

**MASIMO CORPORATION,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01523

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL LAURA E. POWELL AND REMOVAL FROM ELECTRONIC NOTIFICATION**

| | |
|---|---|
| Lauren A. Degnan<br>W. Karl Renner<br>Christopher Dryer<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070<br>degnan@fr.com | Michael J. Ballanco<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070 |

April 20, 2023            *Attorneys for Appellant Apple Inc.*

**PLEASE TAKE NOTICE** that the appearance of Laura E. Powell of the law firm Fish & Richardson P.C. on behalf of Appellant Apple Inc. in the above-captioned matter is hereby withdrawn and should be removed from electronic notification.  *See* Fed. Cir. R. 47.3(c).

**PLEASE TAKE FURTHER NOTICE** that Apple Inc. will continue to be represented by Fish & Richardson P.C. and that Lauren A. Degnan has been duly and properly designated by the Court as the principal counsel on behalf of Appellant Apple Inc.

Dated:  April 20, 2023                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/ Michael J. Ballanco*
　　　　　　　　　　　　　　　　　　Lauren A. Degnan
　　　　　　　　　　　　　　　　　　W. Karl Renner
　　　　　　　　　　　　　　　　　　Christopher Dryer
　　　　　　　　　　　　　　　　　　Michael J. Ballanco
　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　1000 Maine Ave., Suite 1000
　　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　　Telephone: (202) 783-5070

　　　　　　　　　　　　　　　　　　***Attorneys for Appellant Apple Inc.***

**CERTIFICATE OF SERVICE AND FILING**

I certify that on April 20, 2023, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL LAURA E. POWELL AND REMOVAL FROM ELECTRONIC NOTIFICATION** of appellant using the Court's CM/ECF filing system. Counsel for appellee were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

                                                  */s/ Michael J. Ballanco*
                                                  Michael J. Ballanco